UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

\_ SEALED
\_ NOT SEALED

Case No.

RYAN BRESLOW, ALEX FINE, and JON GORDON,

    Plaintiffs,

vs.

MARK PHILLIPS and BENJAMIN REED,

    Defendants.
_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_\_ years; \_\_\_\_ (specific date);
\_\_\_\_ permanently; \_\_\_\_ (other).

# [PROPOSED] ORDER SEALING DOCKET AND ENTIRE CASE FILE

Upon consideration of Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon's (collectively, "Plaintiffs") *Ex Parte* Motion to Seal Docket and Entire Case File, it is hereby **ORDERED** that the docket and entire file, including all pleadings, motions, memorandum, exhibits, excluding orders entered by this Court, shall be sealed.

**This seal shall expire upon the expiration of any temporary restraining order issued in connection with Plaintiffs'** *Ex Parte* **Application for Temporary Restraining Order**, or upon notification to the Clerk by Plaintiffs' counsel that the seal is no longer necessary.

    _____ , 2023

    _____
    United States District Judge
    Southern District of Florida

2178297.1