**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

RYAN BRESLOW, ALEX FINE, and JON GORDON,

    Plaintiffs,

vs.

MARK PHILLIPS and BENJAMIN REED,

    Defendants.

_____/

FILED BY _____ D.C.

FEB 2 3 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTION FOR PLAINTIFFS' COUNSEL TO APPEAR TELEPHONICALLY FOR HEARING ON PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs respectfully request that the Court permit its counsel, Christopher T. Berg (*pro hac vice* admission pending) to appear telephonically or by remote videoconference at any hearing set for Plaintiffs' *Ex Parte* Application for Temporary Restraining Order.

Good cause exists to grants Plaintiffs' request because Mr. Berg, who lives in Los Angeles, California, is the attorney best suited to discuss the technologically complex fraud alleged in the moving papers. Additionally, Plaintiffs are seeking immediate, emergency relief—with a hearing date (if any) yet to be determined—and a remote appearance will save attorneys' fees and travel costs.

Counsel is available for a telephonic hearing at the Court's convenience at (424) 202-5506, or by any other means the Court directs.

1

Dated: February 23, 2023

| | |
|---|---|
| **SHUBIN & BASS, P.A.**<br>150 West Flagler Street, Suite 1420<br>Miami, Florida 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>jshubin@shubinbass.com<br>jkatz@shubinbass.com<br>dhelfand@shubinbass.com | **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 274-7100<br>Fax: (310) 275-5697<br>cberg@egcfirm.com<br>bkussman@egcfirm.com |

By: /s/ John K. Shubin
John K. Shubin, Esquire
Fla. Bar. No. 771899
Jamie L. Katz, Esquire
Fla. Bar. No. 105634
Dylan M. Helfand, Esquire
Fla. Bar. No. 1009129

By: /s/ Christopher T. Berg
Christopher T. Berg (*pro hac vice pending*)
Benjamin J. Kussman (*pro hac vice pending*)

*Counsel for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon*

*Counsel for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon*