UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

RYAN BRESLOW, ALEX FINE, and JON GORDON,

    Plaintiffs,

vs.

MARK PHILLIPS and BENJAMIN REED,

    Defendants.

_____/

\_ SEALED

\_ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_\_\_ years; \_\_\_\_\_ (specific date);
\_\_\_\_\_ permanently; \_\_\_\_\_ (other).

# [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY FOR HEARING ON PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

The Court, having read and considered Plaintiffs' Request for Counsel to Appear Telephonically For Hearing on Plaintiffs' *Ex Parte* Application for Temporary Restraining Order, finds:

Plaintiffs' Request for a Telephonic Appearance by their counsel, Christopher T. Berg, is **GRANTED**. Plaintiffs' counsel is permitted to appear telephonically using a number to be provided by the Clerk at a date and time to be determined by the Court.

**IT IS SO ORDERED.**

Dated: _____, 2023

                                    _____
                                    United States District Court Judge

2178326.1