UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

RYAN BRESLOW, ALEX FINE, and JON GORDON,

    Plaintiffs,

vs.

MARK PHILLIPS and BENJAMIN REED,

    Defendants.

_____/

__ SEALED

__ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
_____ years; _____ (specific date);
_____ permanently; _____ (other).

# [PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATIONS SET OUT IN LOCAL RULE 7.1(c)

The Court has considered Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon's (collectively, "Plaintiffs") *Ex Parte* Motion for Leave to Exceed The Page Limitations Set Out In Local Rule 7.1(c) and Memorandum in Support Thereof, and finds that Plaintiffs have shown good cause and that the Motion should be and is **GRANTED**.

**IT IS ORDERED** that leave is **GRANTED** to file Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction in excess of the page limitation imposed by Local Rule 7.1(c).

_____, 2023

_____
United States District Judge

2178117.1