**SEALED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RYAN BRESLOW, ALEX FINE, and JON GORDON

Plaintiffs,

v.

MARK PHILLIPS and BENJAMIN REED,

Defendants.

Action No.

FILED BY_____D.C.

FEB 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher T. Berg of the law firm of Ellis George Cipollone O'Brien Annaguey LLP, 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067, (310) 274-7100, for purposes of appearance as co-counsel on behalf of Plaintiffs RYAN BRESLOW, ALEX FINE, and JON GORDON in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher T. Berg to receive electronic filings in this case, and in support thereof states as follows:

1.  Christopher T. Berg is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and California District Courts.

2.  Movant, Dylan Helfand, Esquire, of the law firm of Shubin & Bass, P.A., 150 West Flagler Street, Suite 1420, Miami, FL 33130, (305) 381-6060, is a member in good

2178215.1

standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christopher T. Berg has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Christopher T. Berg, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher T. Berg at email address: cberg@egcfirm.com.

WHEREFORE, Dylan Helfand, moves this Court to enter an Order for Christopher T. Berg to appear before this Court on behalf of Plaintiffs RYAN BRESLOW, ALEX FINE, and JON GORDON for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher T. Berg.

Dated:  February 23, 2023                                    Respectfully submitted,

 

                                      **SHUBIN & BASS, P.A.**
150 West Flagler Street, Suite 1420
Miami, Florida 33130
Telephone (305) 381-6060
Fax: (305) 381-9457
jshubin@shubinbass.com
jkatz@shubinbass.com
dhelfand@shubinbass.com
eservice@shubinbass.com

By: _____
John K. Shubin, Esq.
Fla. Bar. No. 771899
Jamie L. Katz, Esq.
Fla. Bar. No. 105634
Dylan Helfand
Fla. Bar. No. 1009129

*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON<br><br>Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>Defendants. | Action No. |

## CERTIFICATION OF CHRISTOPHER T. BERG

Christopher T. Berg, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California Bar, Texas Bar, District of Columbia Bar, and Bars of the U.S. District Courts for the Central District of California, Eastern District of Wisconsin, Eastern District of Wisconsin, and all California District Courts; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated: February 23, 2023

_____
Christopher T. Berg

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

\_ SEALED

\_ NOT SEALED

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON<br><br>Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>Defendants. | Action No.: |

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
\_\_\_\_\_ years; \_\_\_\_\_ (specific date);
\_\_\_\_\_ permanently; \_\_\_\_\_ (other).

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christopher T. Berg, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Christopher T. Berg, may appear and participate in this action on behalf of Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon. The Clerk shall provide electronic notification of all electronic filings to Christopher T. Berg, at cberg@egcfirm.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____.

-6-

_____
United States District Judge

Copies furnished to: All Counsel of Record