# SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

RYAN BRESLOW, ALEX FINE, and JON GORDON,

    Plaintiffs,

vs.

MARK PHILLIPS and BENJAMIN REED,

    Defendants.

_____/

FILED BY _____ D.C.

FEB 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon (collectively, "Plaintiffs"), by and through undersigned counsel submit this Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

### CERTIFICATE OF INTERESTED PARTIES

Undersigned counsel for Defendants hereby certifies that the following is a complete list of persons and entities having an interest in the outcome of this case:

1. Plaintiff Ryan Breslow;
2. Plaintiff Alex Fine;
3. Plaintiff Jon Gordon;
4. Defendant Mark Phillips; and
5. Defendant Benjamin Reed

Plaintiffs reserve the right to amend, correct, or update this disclosure at any point in this action.

2178291.1

Dated: February 23, 2023

| | |
|---|---|
| **SHUBIN & BASS, P.A.**<br>150 West Flagler Street, Suite 1420<br>Miami, Florida 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>jshubin@shubinbass.com<br>jkatz@shubinbass.com<br>dhelfand@shubinbass.com | **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 274-7100<br>Fax: (310) 275-5697<br>cberg@egcfirm.com<br>bkussman@egcfirm.com |

By: /s/ John K. Shubin
John K. Shubin, Esquire
Fla. Bar. No. 771899
Jamie L. Katz, Esquire
Fla. Bar. No. 105634
Dylan M. Helfand, Esquire
Fla. Bar. No. 1009129

By: /s/ Christopher T. Berg
Christopher T. Berg (*pro hac vice pending*)
Benjamin J. Kussman (*pro hac vice pending*)

*Counsel for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon*

*Counsel for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon*