AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON<br>*Plaintiff(s)*<br>v.<br><br>MARK PHILLIPS and BENJAMIN REED<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>23-cv-20727-R |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mark Phillips
c/o Nitoj Singh
The Dhillon Law Group, Inc.
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jamie Katz
Shubin & Bass, P.A.
150 W. Flagler St., Suite 1420
Miami, Florida 33130

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __ Feb 24, 2023 _____



Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No. |
|  | ) ) | 23-cv-20727-R |
| MARK PHILLIPS and BENJAMIN REED | ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Benjamin Reed




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jamie Katz
Shubin & Bass, P.A.
150 W. Flagler St., Suite 1420
Miami, Florida 33130


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: ___ Feb 24, 2023 ___



Angela E. Noble
Clerk of Court

SUMMONS

s/ *Ketly Pierre*
Deputy Clerk
U.S. District Courts