Generated: Feb 24, 2023 10:54AM                                                                                                    Page 1/1



# U.S. District Court

## Florida Southern - Miami

SHUBIN & BASS, P.A.                                                                  Receipt Date: Feb 24, 2023 10:54AM

| Rcpt. No: 265329 | | Trans. Date: Feb 24, 2023 10:54AM | | | Cashier ID: #VT |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | DFLS123CV020727 | 1 | 402.00 | 402.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #7487 | 02/24/2023 | | $402.00 |
| | | | Total Due Prior to Payment: | | $402.00 |
| | | | Total Tendered: | | $402.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.