Generated: Feb 24, 2023 11:00AM									Page 1/1



# U.S. District Court

## Florida Southern - Miami

SHUBIN & BASS P.A.									Receipt Date: Feb 24, 2023 11:00AM

Rcpt. No: 265331			Trans. Date: Feb 24, 2023 11:00AM				Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DFLS123LB000004 /001<br>U S CLERKS OFFICE<br>FBO: BENJAMIN J. KUSSMAN | 1 | 200.00 | 200.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #7489 | 02/24/2023 | | $200.00 |
| | | | | Total Due Prior to Payment: | $200.00 |
| | | | | Total Tendered: | $200.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments:** 23-CV-20727

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.