Generated: Feb 24, 2023 10:58AM																			Page 1/1



# U.S. District Court

**Florida Southern - Miami**

Receipt Date: Feb 24, 2023 10:58AM

SHUBIN & BASS, P.A.

Rcpt. No: 265330					Trans. Date: Feb 24, 2023 10:58AM					Cashier ID: #VT

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DFLS123LB000004 /001<br>U S CLERKS OFFICE<br>**FBO**: CHRISTOPHER T. BERG | 1 | 200.00 | 200.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #7488 | 02/24/2023 | $200.00 |
| | | | Total Due Prior to Payment: | $200.00 |
| | | | Total Tendered: | $200.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 23-CV-20727

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.