UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/Reid

**RYAN BRESLOW**, *et al.*,

    *Plaintiffs*,

v.                                                               **COURTROOM MINUTES**
                                                                            **FILED UNDER SEAL**

**MARK PHILLIPS**, *et al.*,

    *Defendants.*
_____/

## SEALED *EX PARTE* MINUTE ENTRY

Date: February 24, 2023
Sealed *Ex Parte* Hearing: Emergency *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction

Counsel for the Plaintiffs: Jamie L. Katz and Christopher T. Berg
Counsel for the Defendants: Not present

Court Reporter: Francine Salopek
Courtroom Deputy: Janier Arellano

Duration in Minutes: 12

The Court held a hearing on [ECF No. 4] the Plaintiffs' Emergency *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction on February 24, 2023, at 2:30 p.m. in the Miami Division before Judge Roy K. Altman. Counsel for the Plaintiffs, Jamie L. Katz and Christopher T. Berg, appeared. Paper order to follow.