UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>　　　　　　　Defendants. | Case No.: 1:23-cv-20727-RKA |

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

PLEASE TAKE NOTICE, the information for the undersigned attorney has changed. Pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, the new contact information for the attorney who has appeared on behalf of Plaintiffs in this action is as follows:

Dylan M. Helfand, dhelfand@shubinbass.com
**Shubin & Bass, P.A.,**
**150 W Flagler Street, Suite 1420**
**Miami, FL 33130**

Dated:  March 1, 2023

Respectfully submitted,

SHUBIN & BASS, P.A.
150 W Flagler Street, Suite 1420
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
dhelfand@shubinbass.com
eservice@shubinbass.com

By:  /s/ Dylan M. Helfand
Dylan M. Helfand
Fla. Bar No. 1009129

*Counsel for Plaintiffs, Ryan Breslow,*
*Alex Fine, and Jon Gordon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the authorized CM/ECF filers.

                                            /s/ Dylan M. Helfand
                                                    Attorney