AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Ryan Breslow, Alex Fine, and Jon Gordon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   23-cv-20727 |
| Mark Phillips and Benjamin Reed | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Phillips and Benjamin Reed                                                                                      .

Date:   03/03/2023

/s/ Matthew Sarelson
*Attorney's signature*

Matthew Sarelson,  888281
*Printed name and bar number*

Dhillon Law Group
1601 Forum Place, Suite 403
West Palm Beach, FL 33401

*Address*

msarelson@dhillonlaw.com
*E-mail address*

(305) 773-1952
*Telephone number*

(415) 520-6593
*FAX number*