## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

    v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

---

### MOTION TO APPEAR *PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Nitoj P. Singh of the law firm of Dhillon Law Group Inc., 177 Post Street, Suite 700, San Francisco, CA 94108, (415) 433-1700, for purposes of appearance as co-counsel on behalf of Defendants MARK PHILLIPS and BENJAMIN REED in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nitoj P. Singh to receive electronic filings in this case, and in support thereof states as follows:

1.    Nitoj P. Singh is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and the United States District Courts for the Central District of California, the Northern District of California, the Southern District of California, and the Eastern District of California.

2.      Movant, Matthew Sarelson, of the law firm Dhillon Law Group Inc., 1601 Forum Place, Suite 403, West Palm Beach, FL 33401, (415) 433-1700 is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Nitoj P. Singh has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Nitoj P. Singh, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Nitoj P. Singh at the following email address: nsingh@dhillonlaw.com.

WHEREFORE, Matthew Sarelson moves this Court to enter an Order for Nitoj P. Singh to appear before this Court on behalf of Defendants MARK PHILLIPS and BENJAMIN REED for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Nitoj P. Singh.

///

///

///

Dated:  March 7, 2023                    DHILLON LAW GROUP INC.

                                         _/s/ Matthew S. Sarelson_____
                                         Matthew S. Sarelson

                                         Attorney for Defendants Mark Phillips and
                                         Benjamin Reed

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

    v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

---

### CERTIFICATION OF NITOJ P. SINGH

Nitoj P. Singh, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California Bar and all district courts in the State of California; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated:   March 7, 2023

/s/ *Nitoj P. Singh*
Nitoj P. Singh

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORDA**

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

     Plaintiffs,

     v.

**MARK PHILLIPS**, *et al.*,

     Defendants.

---

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

---

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Nitoj P. Singh, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Nitoj P. Singh may appear and participate in this action on behalf of Defendants MARK PHILLIPS and BENJAMIN REED.  The Clerk shall provide electronic notification of all electronic filings to Nitoj P. Singh, at nsingh@dhillonlaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this-.___ day of _____

_____
United States District Judge


Copies furnished to: All Counsel of Record