UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-20727-RKA

RYAN BRESLOW, ALEX FINE, and JON GORDON,

    Plaintiffs,

vs.

MARK PHILLIPS and BENJAMIN REED,

    Defendants.

_____/

**CERTIFICATE OF SERVICE**

2182051.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2023, I served copies of the following documents:

1) Verified Complaint and Verification Page;

2) Summons to Mark Phillips;

3) Civil Cover Sheet;

4) Plaintiffs' Emergency *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and Supporting Memorandum of Law, and Proposed Order;

5) Declaration of Ryan Breslow & Exhibits;

6) Declaration of Christopher Berg & Exhibits;

7) Plaintiffs' *Ex Parte* Motion for Leave to File Memorandum of Law in Excess of the Page Limitation Set Out in Local Rule 7.1(c) and Memorandum in Support Thereof, and Proposed Order;

8) Plaintiffs' *Ex Parte* Motion to Seal Docket and Case File, and Proposed Order;

9) Plaintiffs' Certificate of Interested Parties and Corporate Disclosure Statement

10) Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Christopher Berg;

11) Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Ben Kussman;

12) Motion for Plaintiffs' Counsel to Appear Telephonically for Hearing on Plaintiffs' *Ex Parte* Application for Temporary Restraining Order, and Proposed Order; and

13) Certification of Emergency

14) Order Granting Plaintiffs' Emergency Ex Parte Application for Entry of Temporary Restraining Order

by electronic mail, with consent, on the following individuals:

| | |
|---|---|
| Nitoj P. Singh, Esq.<br>Harmeet Dhillon, Esq.<br>Dhillon Law Group Inc.<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br><br>Office: 415-433-1700<br>Email:  nsingh@dhillonlaw.com<br>             harmeet@dhillonlaw.com | Attorneys for Defendant Mark Phillips |

**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Tel.: (310) 274-7100
Fax: (310) 275-5697
cberg@egcfirm.com
bkussman@egcfirm.com

By: /s/ Christopher T. Berg
Christopher T. Berg (*pro hac vice*)
Benjamin J. Kussman (*pro hac vice*)

**SHUBIN & BASS, P.A.**
John K. Shubin, Esquire
Jamie L. Katz, Esquire
46 S.W. First Street, Third Floor
Miami, Florida 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
jshubin@shubinbass.com
jkatz@shubinbass.com

*Counsel for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon*