UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/Reid

**RYAN BRESLOW**, *et al.*,

　　*Plaintiffs*,

v.

**MARK PHILLIPS**, *et al.*,

　　*Defendants.*
_____/

## ORDER GRANTING THE DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING ON THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND A REVISED BRIEFING SCHEDULE

**THIS MATTER** comes before us on the Defendants' Unopposed Motion to Continue Hearing On the Plaintiffs' Motion for Preliminary Injunction and a Revised Briefing Schedule (the "Motion") [ECF No. 28]. Being fully advised, we hereby **GRANT** the Motion and further **ORDER AND ADJUDGE** as follows:

1. The March 16, 2023, preliminary injunction hearing is continued to **March 28, 2023**, at **3:00 p.m**. The hearing will be held **in person in Courtroom 12-4 at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Avenue, Miami, Florida 33128**.

2. The Defendants' response or opposition to the Plaintiffs' Motion for Preliminary Injunction must be filed and served on the Plaintiffs' counsel by **March 17, 2023**. The Plaintiffs shall file any Reply Memorandum on or before **March 24, 2023**.

3. In light of this Order granting the Motion, we **DENY** as moot, and because it is duplicative, the Defendants' Unopposed Motion to Continue Hearing On the Plaintiffs' Motion for Preliminary Injunction and a Revised Briefing Schedule [ECF No. 27].

**DONE AND ORDERED** in the Southern District of Florida on March 8, 2023.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record