UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| Plaintiff / Petitioner:<br>RYAN BRESLOW; ALEX FINE; and JON GORDON | Case No:<br>23-cv-20727 |
|---|---|
| Defendant / Respondent:<br>MARK PHILLIPS; and BENJAMIN REED | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein.

That on THURSDAY, MARCH 02, 2023 at 1:32 PM, at the address of 8111 206TH ST SE, SNOHOMISH, WA 98296, within SNOHOMISH COUNTY, the undersigned duly served the following document(s): SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF EMERGENCY; PLAINTIFFS' EX PARTE MOTION TO SEAL DOCKET AND CASE FILE; (PROPOSED) ORDER SEALING DOCKET AND ENTIRE CASE FILE; PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW; MOTION FOR PLAINTIFFS' COUNSEL TO APPEAR TELEPHONICALLY FOR HEARING ON PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH EXHIBITS 1-56; DECLARATION OF CHRISTOPHER T BERG WITH EXHIBITS A-D; PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF THE PAGE LIMITATION SET OUT IN LOCAL RULE 7.1(C) AND MEMORANDUM IN SUPPORT THEREOF; (PROPOSED) ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATIONS SET OUT IN LOCAL RULE 7.1(C); MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING; CERTIFICATION OF BENJAMIN J KUSSMAN; ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING; MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING; CERTIFICATION OF CHRISTOPHER T BERG; ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING; PLAINTIFFS' CERTIFICATION OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT; and ORDER GRANTING THE PLAINTIFFS' EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER,F in the above entitled action upon BENJAMIN REED, by then and there, at the residence and usual place of abode of said person(s), personally delivering one (1) true and correct copy of the above documents into the hands of and leaving same with BENJAMIN REED.

Description:
CAUCASIAN MALE, APPROXIMATELY 44 YEARS OF AGE, 5'-10" TALL, 180 POUNDS, WITH BLACK HAIR.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

SIGNED AND DATED at Snohomish Washington, on March 02, 2023
Fees: $224.85

Jettson Smutek
WA RPS 2022-40
Apex Legal Services
13300 Bothell Everett Hwy Ste. 303 - PMB 674
Mill Creek, WA 98012

ARN: 8475957
CRN: 62672