UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-cv-20727-ALTMAN

RYAN BRESLOW, et al.,

    Plaintiffs,

v.

MARK PHILLIPS, et al.,

    Defendants.

_____/

DECLARATION OF NICOLAS BAX

I, Nicolas Bax, make the following declaration based on my personal knowledge:

1.      My name is Nick Bax. I am over the age of 18, competent to testify, and have person knowledge of the matters stated herein.

2.      I am a resident of Brookline, Massachusetts.

3.      I am the co-founder and Head of Research of Convex Labs.  Convex Labs is a blockchain intelligence company which specializes in identifying illicit activity and emerging threats in digital assets. Convex Labs's offerings include blockchain forensics, crypto asset due diligence, trade surveillance, money laundering tracing, and digital asset theft detection.

4.      In my capacity as Head of Research for Convex Labs, I conduct crypto-tracing consulting, analysis, and research.  I specialize in tracing "anonymity-enhanced cryptocurrencies" and analyzing cases of cryptocurrency fraud.

5.      During my time at Convex Labs, I have authored the following publications:

A Guide to Effectively Cheating NFT Launches (and detecting cheaters)

https://medium.com/@convexlabs/a-guide-to-effectively-cheating-nft-launches-

and-detecting-cheaters-a76143ef8ad8

HonestNFT Shenanigan Scanning Tools

https://github.com/Convex-Labs/honestnft-shenanigans

Tutela: An Open-Source Tool for Assessing User-Privacy on Ethereum and

Tornado Cash https://arxiv.org/abs/2201.06811

6.      I have been frequently cited in media publications as an expert on cryptocurrency

fraud, including in Fortune, Forbes, Wired, and Vice.

7.      I have been retained by Plaintiffs in this case to conduct a tracing analysis of

transactions made from the DAO endowment[1] and DAO Developer[2] accounts in February 2023.

Although my analysis is incomplete and ongoing, I have generated the following table to

demonstrate my findings to date based on my review of the blockchain transaction records

available on etherscan.io.  See, e.g., Breslow Decl. ¶¶ 80, 90, 100, 101, Exhibits 30–39, 41, 48,

49.

---

[1] 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6

[2] 0x2187e6a7c765777d50213346F0Fe519fCA706fbD

| No. | DATE | RECIPIENT | VALUE | CURR | Notes |
|---|---|---|---|---|---|
| 1 | 2/2/2023 | 0x91898f9103cdba1546de834f6e26f019e09a0d4b | 100,000 | DAI | 1st transaction 2/2/23 |
| 2 | 2/2/2023 | 0x57a16a385e86cd215def121e6887d23be8080d37 | 20,000 | DAI | cookieslayer.eth |
| 3 | 2/2/2023 | 0x91898f9103cdba1546de834f6e26f019e09a0d4b | 100,000 | DAI | 1st transaction 2/2/23 |
| 4 | 2/2/2023 | 0x57a16a385e86cd215def121e6887d23be8080d37 | 15,000 | DAI | cookieslayer.eth |
| 5 | 2/2/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 592,000 | DAI | benreed.eth |
| 6 | 2/2/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 250,000 | DAI | benreed.eth |
| 7 | 2/2/2023 | 0x607d56643673649bd25aa47325a7a6afeffc3b4a | 500,000 | DAI | Tankbottoms created |
| 8 | 2/2/2023 | 0x55ded454d3aeba95c901dae36568d99fc904d510 | 39.53 | ETH | Robinhood exchange |
| 9 | 2/2/2023 | 0x5d95baebb8412ad827287240a5c281e3bb30d27e | 1,058,000 | DAI | tankbottoms.eth |
| 10 | 2/2/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 322,034.67 | DAI | benreed.eth |
| 11 | 2/2/2023 | 0x4823e65c10daa3ef320e5e262cfa8d0a059e02a6 | 50,000 | DAI | sveltedev.eth |
| 12 | 2/5/2023 | 0x752515a3a1091b9f1c04416cf79d1f14d2340085 | 10 | ETH | *service-provider.eth |
| 13 | 2/6/2023 | 0x5044ff7f0ef531f3ace48fc1aff4dda429acde38 | 18.49 | ETH | Unknown |
| 14 | 2/6/2023 | 0xe41188926607921763d25392475f1156ac5f9033 | 13.39 | ETH | jimmyethworld.eth |
| 15 | 2/10/2023 | 0x752515a3a1091b9f1c04416cf79d1f14d2340085 | 3,877.50 | DAI | *service-provider.eth |
| 16 | 2/10/2023 | 0x823b92d6a4b2aed4b15675c7917c9f922ea8adad | 10,000 | DAI | jango.eth |
| 17 | 2/10/2023 | 0x30670d81e487c80b9edc54370e6eaf943b6eab39 | 12,000 | DAI | filipv.eth |
| 18 | 2/13/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 250,000 | DAI | benreed.eth |

8.      I observed that 7,500,000 DAI and 805 Ethereum were transferred from the DAO endowment account to the DAO Developer account on February 2, 2023.  See Breslow Decl. ¶ 79, Exhibits 28–29.

9.      Based on my preliminary analysis, I have identified 18 transactions made from the DAO Developer account between February 2, 2023 and February 13, 2023.

10.     At the moment, I have been unable to determine the identity or origin of the following accounts:

No. 11 - Sveltedev.eth: 0x4823e65c10daa3ef320e5e262cfa8d0a059e02a6

No. 13 - 0x5044ff7f0ef531f3ace48fc1aff4dda429acde38

No. 16 - Jango.eth: 0x823b92d6a4b2aed4b15675c7917c9f922ea8adad

No. 17 - filipv.eth: 0x30670d81e487c80b9edc54370e6eaf943b6eab39

11.     For the purpose of my preliminary analysis, I am assuming that transfers to these four accounts are to so-called independent contractors.  The total amount of assets transferred to those four accounts totals 72,000 DAI and 18.49 ETH ($30,383.51 by Ethereum's February 2, 2023 value).  See Berg Decl., Exhibit C.

DocuSign Envelope ID: 13DE496E-878F-460E-8F9D-92F21R9BF9C8

12.     One transfer made within February 2023 was to the account held by jimmyethworld.eth,[3] which I understand to be a cryptocurrency wallet controlled by Plaintiff Jon Gordon.  That transfer—No. 14 in my table—was made on February 6, 2023 for a total of 13.39 ETH.

13.     Seven of the transfers made in February 2023 were made to accounts that I understand are known to belong to Defendants.  Transfer Nos. 5, 6, 10, and 18 were sent from the DAO Developer account to what I understand to be Defendant Ben Reed's cryptocurrency account, benreed.eth,[4] for a total of 1,414,035 DAI.  Transfer No. 9 was sent from the DAO Developer account to what I understand to be Defendant Mark Phillips's cryptocurrency account, tankbottoms.eth,[5] for a total of 1,058,000 DAI.  Transfer Nos. 12 and 15 were sent from the DAO Developer account to what I understand to be a cryptocurrency account associated with dao-lawfirm.eth and controlled by Defendant Mark Phillips, *service-provider.eth,[6] for a total of $3,877.50 DAI and 10 ETH.

14.     The remaining six transfers—Nos. 1, 2, 3, 4, 7, and 8—were made to accounts that Defendant Mark Phillips likely controls.

15.     Transfer Nos. 1 and 3 were sent from the DAO Developer account to a cryptocurrency account held by an unnamed account with address 0x91898f9103cdba1546de834f6e26f019e09a0d4b for a total of 200,00 DAI.  Defendant Phillips likely controls that account because it has only ever had three transactions—the two that sent it $200,000 DAI on February 2, 2023 and one other "spam" transaction on February 4, 2023.

---

[3] 0xe41188926607921763d25392475f1156ac5f9033

[4] 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c

[5] 0x5d95baebb8412ad827287240a5c281e3bb30d27e

[6] 0x752515a3a1091b9f1c04416cf79d1f14d2340085

Below is a snapshot of the Etherscan.io transaction record for that account, which shows that the first transfer the account received was on February 2, 2023—the same day that the transfers out of the DAO endowment account were made.

| 38 days 22 hrs ago | 📄 0x2187e6...CA706fbD ⧉ | IN | 0x91898f...E09A0d4B ⧉ | 100,000 | 🪙 Dai Stableco... (DAI) |
| 38 days 23 hrs ago | 📄 0x2187e6...CA706fbD ⧉ | IN | 0x91898f...E09A0d4B ⧉ | 100,000 | 🪙 Dai Stableco... (DAI) |

A true and correct copy of the Etherscan.io transaction record for that account is attached as Exhibit 1. Based on my experience investigating cryptocurrency fraud, a cryptocurrency account whose activity begins the same day that unauthorized transfers occurred, and whose maiden activity is the receipt of those unauthorized transfers, likely is controlled by the individual who caused the transfers to be made—in this case Defendant Phillips.

16.    Transfer Nos. 2 and 4 were sent from the DAO Developer account to a cryptocurrency account held by cookieslayer.eth[7] for a total of $35,000 DAI. Defendant Phillips likely controls that account because cookieslayer.eth's ENS domain was registered by tankbottoms.eth, which I understand belongs to Defendant Phillips. Below is a snapshot of an Etherscan Ethereum Name Service (ENS) Lookup that shows the address associated with tankbottoms.eth registering cookieslayer.eth's ENS domain.

| Transactions | Age | From | Actions |
| --- | --- | --- | --- |
| 0xbc132c2fc47c88ade... | 208 days 4 hrs ago | 0x5d95ba...bB30d27E ⧉ | setOwner |
| 0xc3942b6f0e71262b7... | 208 days 8 hrs ago | 0x5d95ba...bB30d27E ⧉ | registerWithConfig |

Attached as Exhibit 2 is a true and correct copy of the Etherscan Ethereum Name Service Lookup page for cookieslayer.eth.

---

[7] 0x57a16a385e86cd215def121e6887d23be8080d37

17.     Transfer No. 7 was sent from the DAO Developer account to a cryptocurrency account held by an unnamed account with address 0x607d56643673649bd25aa47325a7a6afeffc3b4a for 500,000 DAI.  Defendant Phillips likely controls that account because it was created by tankbottoms.eth.  Below is a snapshot of the Etherscan.io transaction record for that account, which shows that the contract for the account was created by tankbottoms.eth.



A true and correct copy of the Etherscan.io transaction record for that account is attached as Exhibit 3.

18.     Transfer No. 8 was sent from the DAO Developer account to a deposit address at Robinhood for 39.53 ETH. Robinhood is used to convert cryptocurrency into fiat currency, such as U.S. dollars.  The deposit address had previously received over a dozen transfers from tankbottoms.eth and other accounts connected to Phillips. Based on using analytical methods

DocuSign Envelope ID: 13DE496E-879F-469E-8F9D-92F21R9BF9C8

published by Victor (2020)[8] and Wu, et al. (2022),[9] and my experience investigating cryptocurrency fraud, an exchange deposit address that frequently receives transfers from the same individual is likely associated with the exchange account of the individual transferring the funds—in this case Defendant Phillips.  Attached as Exhibit 4 is a true and correct copy of the Etherscan.io transaction record for that account.

19.     Excluding the transfers to the assumed "independent contractors" and jimmyethworld.eth, my analysis shows that 3,210,912 DAI and 49.53 ETH were transferred in February 2023 from the DAO Developer account to accounts that Defendants are known to control (Transfer Nos. 5, 6, 9, 10, 12, 15, and 18 ) and accounts that Defendant Phillips likely controls (Transfer Nos. 1, 2, 3, 4, 7, and 8).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13 day of March 2023.

_Nicolas Bax_
Nicolas Bax

---

[8] Friedhelm Victor. 2020. Address clustering heuristics for ethereum. In International Conference on Financial Cryptography and Data Security, pages 617– 633. Springer.

[9] Mike Wu, et al. 2022. Tutela: An Open-Source Tool for Assessing User-Privacy on Ethereum and Tornado Cash. arXiv.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by the

Court's CM/ECF system on March 13, 2023 on all counsel of record.


/s/ Jamie L. Katz
Jamie L. Katz

# Exhibit 1



**Address** 0x91898f9103cDBA1546DE834F6E26f019E09A0d4B

Buy | Exchange | Earn | Gaming

Sponsored: **CryptoSlots** - $1,000,000 Jackpot & Provably Fair Casino Games **Click for games!**

More

### Overview

ETH BALANCE
0 ETH

ETH VALUE
$0.00

TOKEN HOLDINGS
$197,940.60 (2 Tokens)

### More Info

PRIVATE NAME TAGS
+ Add

NO TXNS SENT FROM THIS ADDRESS

**Sponsored**

**Transactions** Token Transfers (ERC-20) **Analytics** **Comments**

↓≡ Latest 3 ERC-20 Token Transfer Events

| ? | Txn Hash | Age | From | | To | | Value | Token |
|---|----------|-----|------|---|-----|---|-------|-------|
| 👁 | 0x08673873e752e187... | 36 days 11 hrs ago | 📄 Uniswap Protocol: UNI ... ⧉ | IN | 0x91898f...E09A0d4B ⧉ | | 800 | ⚪ ERC-20: twe.....ap) |
| 👁 | 0x4b7dcb8eb3e393d1... | 38 days 22 hrs ago | 📄 0x2187e6...CA706fbD ⧉ | IN | 0x91898f...E09A0d4B ⧉ | | 100,000 | 🟠 Dai Stableco... (DAI) |
| 👁 | 0x135ad3491ad6cdb0... | 38 days 23 hrs ago | 📄 0x2187e6...CA706fbD ⧉ | IN | 0x91898f...E09A0d4B ⧉ | | 100,000 | 🟠 Dai Stableco... (DAI) |

[ Download: CSV Export ⬇ ]

🔅 A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Exhibit 2

# Ethereum Name Service (ENS) Lookup

Search ENS name or address                                                    🔍

**Featured:** Bridging tokens between Ethereum, Layer 2 and other chains? Browse through the Blockscan **bridges list.**

Ethereum Name Lookup  /  Search Results

Result for   cookieslayer.eth

| Overview |
| --- |

⊙ **Resolved Address:**
🔴 0x57a16a385e86cd215deF121E6887D23Be8080d37 ⎘

⊙ Expiration Date:
📅 2025.08.16 at 19:08

⊙ Registrant:
0x57a16a385e86cd215deF121E6887D23Be8080d37 ⎘    Lookup names 🔍

⊙ Controller:
0x57a16a385e86cd215deF121E6887D23Be8080d37 ⎘    Lookup names 🔍

⊙ DNS Owner:
0x57a16a385e86cd215deF121E6887D23Be8080d37 ⎘    Lookup names 🔍

⊙ Token ID:
232716614317638084193933650017428967429140170264849070609064117333283021692

⊙ Other Addresses:
ETH                                    0x57a16a385e86cd215deF121E6887D23Be8080d37 ⎘

— Click to show less

🍪 This website **uses cookies to improve your experience.** By continuing to use this website, you agree to its **Terms** and **Privacy Policy**.                                    Got it!

## Related Transactions

| Transactions | Age | From | Actions |
|---|---|---|---|
| 0xbc132c2fc47c88ade… | 208 days 4 hrs ago | 0x5d95ba...bB30d27E ⧉ | setOwner |
| 0xc3942b6f0e71262b7… | 208 days 8 hrs ago | 0x5d95ba...bB30d27E ⧉ | registerWithConfig |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

# Exhibit 3



**Contract** 0x607d56643673649bd25AA47325A7a6AFeffc3B4a

Buy Exchange Earn Gaming

**Sponsored:** **Neosify**: Bull Your Crypto Yourself! **X10 ROI with Daily Returns. $200 Registration Bonus**

# Safe Multisig

More

## Overview

ETH BALANCE

0.243185125000258888 ETH

ETH VALUE

$385.54 (@ $1,585.37/ETH)

TOKEN HOLDINGS

$0.00 (1 Tokens)

## More Info

PRIVATE NAME TAGS

+ Add

CONTRACT CREATOR

tankbottoms.eth at txn 0x9e399c602577f9b0b...

## Multi Chain

MULTICHAIN ADDRESSES

1 address found via Blockscan

Ad
Blockscan Chat | Wallet-to-wallet instant messaging platform. Start Chat

Transactions | Internal Transactions | Token Transfers (ERC-20) | Contract | Events | Analytics | Comments

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy. Got it!

↓₮ Latest 4 ERC-20 Token Transfer Events

| ? | Txn Hash | Age | From | | To | |
|---|----------|-----|------|---|-----|---|
| 👁 | 0x720fde33c5b513d97… | 34 days 2 hrs ago | 0x7269eb...237A4F87 ⧉ | IN | 📄 0x607d56...effc3B4a ⧉ |
| 👁 | 0xfe03eed30552fc68e… | 34 days 2 hrs ago | 📄 0x607d56...effc3B4a ⧉ | OUT | 0x7269eb...237A4F87 ⧉ |
| 👁 | 0x9e7a97ff8fc248733… | 34 days 2 hrs ago | 📄 0x607d56...effc3B4a ⧉ | OUT | 0x7269eb...237A4F87 ⧉ |
| 👁 | 0xb5a098ecb5adf2ab8… | 38 days 22 hrs ago | 0x2187e6...CA706fbD ⧉ | IN | 📄 0x607d56...effc3B4a ⧉ |

[ Download: CSV Export ⬇ ]

💡 A contract address hosts a smart contract, which is a set of code stored on the blockchain that runs when predetermined conditions are met. Learn more about addresses in our Knowledge Base.

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

# Exhibit 4

## Transactions

For 0x55ded454d3aeba95c901dae36568d99fc904d510

**Sponsored:** 📈 **Neosify**: Bull Your Crypto Yourself! **X10 ROI with Daily Returns. $200 Registration Bonus**



A total of 34 transactions found

First ‹ Page 1 of 1 › Last ▽∨

| | Txn Hash | Method ⓘ | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | 0xb743e9910b98f40e8... | Transfer | 16707129 | 15 days 21 hrs ago | ⟨⟩ tankbottoms.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 5 ETH |
| 👁 | 0xf969c47a865aada00... | Transfer | 16638599 | 25 days 13 hrs ago | 0x55dEd4...c904d510 ⧉ | OUT | 0xa26e73...4fcC4A04 ⧉ | 4.49868202 E |
| 👁 | 0x8d5907628293c18c... | Transfer | 16638438 | 25 days 13 hrs ago | ⟨⟩ developer.beef69.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 4.5 ETH |
| 👁 | 0xf12cd572e4eb166c1... | Transfer | 16586395 | 32 days 20 hrs ago | 0x55dEd4...c904d510 ⧉ | OUT | 0xa26e73...4fcC4A04 ⧉ | 642.5290783 |
| 👁 | 0xd331b66834ff723d7... | Transfer | 16541388 | 39 days 3 hrs ago | ⟨⟩ tankbottoms.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 603.0003256 |
| 👁 | 0x5f41773b87de672a1... | Transfer | 16190760 | 88 days 1 hr ago | 0x55dEd4...c904d510 ⧉ | OUT | 0xa26e73...4fcC4A04 ⧉ | 69.99959745 |
| 👁 | 0xaae1a90b2c87ab02... | Transfer | 15963588 | 119 days 19 hrs ago | 0x55dEd4...c904d510 ⧉ | OUT | 0xa26e73...4fcC4A04 ⧉ | 84.99963068 |
| 👁 | 0xf282273e3d8e206b5... | Transfer | 15854377 | 135 days 1 hr ago | ⟨⟩ *natasha-pankina.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 10 ETH |
| 👁 | 0x7fc34ddd09e0fdbcf... | Transfer | 15835183 | 137 days 18 hrs ago | 0x55dEd4...c904d510 ⧉ | OUT | 0xa26e73...4fcC4A04 ⧉ | 266.1136020 |
| 👁 | 0x1d4bfd306759ddb9... | Transfer | 15663425 | 161 days 18 hrs ago | ⟨⟩ meowsdao.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 15.5 ETH |
| 👁 | 0x85cbb45ecd98b4bb... | Transfer | 15657717 | 162 days 13 hrs ago | ⟨⟩ tankbottoms.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 77 ETH |
| 👁 | 0xe25b617e820ea697... | Transfer | 15645720 | 164 days 5 hrs ago | ⟨⟩ tankbottoms.eth ⧉ | IN | 0x55dEd4...c904d510 ⧉ | 51 ETH |

| | Txn Hash | Method | Block | Age | From | | To | | Value |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x40c8e15c45b71ad9f... | Transfer | 15643254 | 164 days 13 hrs ago | 0xC582D5...22F9B383 | IN | 0x55dEd4...c904d510 | | 115 ETH |
| 👁 | 0x31842a610c7dc5d6... | Transfer | 15543072 | 178 days 14 hrs ago | 0x55dEd4...c904d510 | OUT | 0xa26e73...4fcC4A04 | | 642.3409084... |
| 👁 | 0x53db6bf4e480bd407... | Transfer | 15480472 | 188 days 17 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 125 ETH |
| 👁 | 0x7e057e6f6243d8f07... | Transfer | 15479489 | 188 days 21 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 19 ETH |
| 👁 | 0xbf517b48d55004a7... | Transfer | 15425931 | 197 days 11 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 5 ETH |
| 👁 | 0xbbde89efd891675de... | Transfer | 15419863 | 198 days 10 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 11 ETH |
| 👁 | 0xeee4d499b9063237... | Transfer | 15389895 | 203 days 5 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 10 ETH |
| 👁 | 0xad7dde51dd912479... | Transfer | 15384221 | 204 days 3 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 15 ETH |
| 👁 | 0x45648ee31310faefd... | Transfer | 15373257 | 205 days 20 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 14.7 ETH |
| 👁 | 0x3ee8c2151bff55acc... | Transfer | 15362137 | 207 days 15 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 27.05 ETH |
| 👁 | 0x9d620c981ad05c37... | Transfer | 15331200 | 212 days 12 hrs ago | *natasha-pankina.eth | IN | 0x55dEd4...c904d510 | | 14.5 ETH |
| 👁 | 0x236a908301083634f... | Transfer | 15331192 | 212 days 12 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 35 ETH |
| 👁 | 0xc032b611c3ca8961... | Transfer | 15318072 | 214 days 14 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 26.25030188... |
| 👁 | 0x3c254d26b1c282f09... | Transfer | 15303351 | 216 days 21 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 127 ETH |
| 👁 | 0xd2baf347c14384f65... | Transfer | 15058358 | 254 days 21 hrs ago | 0x55dEd4...c904d510 | OUT | 0xa26e73...4fcC4A04 | | 60.23055443... |
| 👁 | 0x9ef847e66f2d1b426... | Transfer | 14982519 | 268 days 14 hrs ago | tankbottoms.eth | IN | 0x55dEd4...c904d510 | | 15.15 ETH |
| 👁 | 0x83561d11760f6062... | Transfer | 14859314 | 289 days 7 hrs ago | Coinbase 5 | IN | 0x55dEd4...c904d510 | | 26.87566007... |

| | Txn Hash | Method | Block | Age | From | | To | | Value |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0xefd861d3ba68ebf98... | Transfer | 14851840 | 290 days 13 hrs ago | ◇ tankbottoms.eth 📋 | IN | 0x55dEd4...c904d510 📋 | | 0.5 ETH |
| 👁 | 0x3bab5066ed2bd20b... | Transfer | 14844512 | 291 days 17 hrs ago | ◇ *natasha-pankina.eth 📋 | IN | 0x55dEd4...c904d510 📋 | | 7.5 ETH |
| 👁 | 0x6cccb86a0617bf191... | Transfer | 14830669 | 293 days 23 hrs ago | ◇ tankbottoms.eth 📋 | IN | 0x55dEd4...c904d510 📋 | | 5 ETH |
| 👁 | 0x7d5276001956b3c6... | Transfer | 14745740 | 307 days 15 hrs ago | 0xF37F0E...38AdDaAB 📋 | IN | 0x55dEd4...c904d510 📋 | | 0.147 ETH |
| 👁 | 0x435da2b14bcfedfbf... | Transfer | 14733663 | 309 days 13 hrs ago | ◇ *service-provider.eth 📋 | IN | 0x55dEd4...c904d510 📋 | | 0.05885654 E |

Show: [ 50 ] Records          First   ‹   Page 1 of 1   ›   Last

[ Download: CSV Export ⬇ ]

⚙ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.