UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/REID

RYAN BRESLOW, *et al.*,

     Plaintiffs,

v.

MARK PHILLIPS, *et al.*,

     Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY
<u>RECEIVE NOTICES OF ELECTRONIC FILING</u>**

This cause is before the Court on Matthew S. Sarelson, Esq.'s Motion for Jesse D. Franklin-Murdock, Esq. to Appear *Pro Hac Vice*. [ECF No. 30]. Pursuant to the Rules Governing Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and S.D. Fla. Loc. R. 4(b), and this Court having considered the motion and all other relevant factors, it is:

**ORDERED AND ADJUDGED** that the Motion [ECF No. 30] is **GRANTED**. Jesse D. Franklin-Murdock may appear and participate in this action as counsel on behalf of Defendants. The Clerk of Court shall provide electronic notification of all electronic filing to Jesse D. Franklin-Murdock at jfranklin-murdock@dhillonlaw.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of March 2023.

1

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:     **All Counsel of Record**