UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

    v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

**DECLARATION OF PAIGE CONE**

I, Paige Cone, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters herein. The following is based on personal knowledge unless otherwise noted.

2. In February 2022, Mark Phillips ("Phillips") told me about the project he was working on, Movement DAO ("Movement"). Phillips explained that Movement was a new decentralized autonomous organization ("DAO") that would provide for the funding of social movements through blockchain technology and the formation of other DAOs.

3. I have experience with nonprofits and was intrigued by the DAO governance structure and was particularly intrigued by Movement, as it would be funding real world projects, unlike many other DAOs that emerged in the Web3/cryptocurrency space.

4. February 2, 2022, the DAO launched when the GitBook was published, which enabled members of the public to contribute to Movement and join its community. I

understood Movement to have formally launched on this date.

5. On the day of the launch, I contributed $237.17 in ETH to Movement.

6. I understood that my contributions to Movement were contributions that would be used to fund social movements, and not investments made for the purpose of obtaining a return on my investment.

7. I am a member of Movement's Discord channel, and I was initially an active participant on the Discord channel, where I discussed and voted on proposals relating to Movement's governance and structure before the Snapshot voting system was rolled out.

8. I was invited by David Steen (another active member of Movement's community) to a meeting of Movement community members in New York to discuss Movement's future operations. I attended the meeting, which took place on June 26, 2022. The meeting was an opportunity for me to meet members of the Movement community, and we discussed Movement's future.

9. Not long after the start of the war in Ukraine, Ryan Breslow ("Breslow") became more involved in Movement's operations. I felt as though Breslow was treating Movement as a vanity project and that his efforts to exercise control over Movement was contrary to the spirit of a DAO. I therefore became increasingly less involved in the Movement community,

10. I understand that Phillips and Benjamin Reed ("Reed") have continued to assist in the governance, development, and operations of Movement following efforts by Breslow, Alex Fine, and Jon Gordon, to take their money out of Movement in defiance of Movement's governing documents, including its GitBook and Guiding Principles.

11. As a contributor to and member of Movement, I believe that any transfer of funds on the part of Phillips and Reed were done in accordance with authority Movement's members provided them through various MIPs and for the proper purpose of funding Movement's continued operations and development.

I, Paige Cone, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Corpus Christi, Texas, March 17, 2023

DocuSigned by:

*Paige Cone*

BBC62B59F6B148C...

Paige Cone