UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

## DECLARATION OF EVITA STENQVIST

I, Evita Stenqvist, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters herein. The following is based on personal knowledge unless otherwise noted.

2. In April 2022, I was introduced to Mark Phillips ("Phillips") by a mutual acquaintance. Phillips recruited me to work for the unincorporated nonprofit association known as Movement DAO ("Movement"). Phillips explained that Movement was a new decentralized autonomous organization ("DAO") that would provide for the funding of social movements through blockchain technology and the formation of other DAOs.

3. I began working as a lead developer at Movement in April 2022, where I help develop Movement's UX and other technical features.

4. I am paid at a monthly rate of $30,000, and I work between forty and sixty hours per week for Movement.

DocuSign Envelope ID: 9E3B071A-CC7C-4777-BC18-0C2E880C0B10

5.      As part of my compensation for my development work, Phillips and Benjamin Reed ("Reed") have transferred funds into the Movement Gnosis on my behalf such that I have governance tokens in Movement. Both this contribution and my regular payments for my development work can be identified by payments made to cookieslayer.eth. This ENS belongs to me, not Phillips.

6.      In August 2022, I understand that Movement's community began voting on proposed actions (known as MIPs) through the Snapshot voting process, but at that point, I wanted to focus only on my role as a lead developer and did not involve myself in Movement's governance.

7.      I am aware that Phillips and Reed formed an emergency committee (the "Committee") in January 2023. I understood the Committee to be a way for Movement stakeholders, including internal developers, large contributors, small contributors, and independent members of the community, to help guide Movement's governance following efforts by Ryan Breslow, Alex Fine, and Jon Gordon, to take their money out of Movement in defiance of Movement's governing documents, including its GitBook and Guiding Principles. After the Committee's third meeting on January 26, 2023, I reviewed and approved the Committee's meeting minutes shortly after the meeting concluded.

8.       After the foregoing Committee meeting, as well as two other Committee meetings, Reed submitted MIPs reflecting the Committee's recommendations to the Movement community to vote on via the Snapshot voting system. I understand those MIPs to be valid grants of authority to Movement by its members, which includes me, as I voted for mip-0014, mip-0015, and mip-0023. I did not vote against the remaining MIPs.

9. As a contributor to and member of Movement, I believe that any transfer of funds on the part of Phillips and Reed were done in accordance with authority Movement's members provided them through various MIPs and for the proper purpose of funding Movement's continued operations and development.

10. I continue to this day to perform development work for Movement, which I believe is necessary for Movement's continued operations and development.

I, Evita Stenqvist, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Umeå, Sweden, March 17, 2023

*EVITA STENQVIST*

_____
Evita Stenqvist

3