**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

---

**DECLARATION OF NITOJ P. SINGH**

---

I, Nitoj P. Singh, declare as follows:

1. I am a Partner with the Dhillon Law Group Inc., counsel for Defendants in this Action. I am over the age of eighteen and am competent to testify as to the matters herein. The following is based on personal knowledge unless otherwise noted.

2. I hereby certify that Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction was filed at 12:02 a.m. on March 18, 2023, Eastern Daylight Time. Despite diligent efforts, the voluminous number of declarations and exhibits resulted in the two-minute lapse.

Dated: San Francisco, California March 17, 2023

                                                      /s/ Nitoj P. Singh

                                                      DHILLON LAW GROUP INC.
                                                      Matthew S. Sarelson (Florida Bar 888281)
                                                      MSarelson@dhillonlaw.com
                                                      1601 Forum Place, Suite 403
                                                      West Palm Beach, FL 33401

305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (Admitted *pro hac vice*)
NSingh@dhillonlaw.com
Jesse Franklin-Murdock (Admitted *pro hac vice)*
JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
415.433.1700

Attorneys for Defendants Mark Phillips and Benjamin Reed