UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

    v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

---

### [PROPOSED] ORDER GRANTING DEFENDANTS MARK PHILLIPS AND BENJAMIN REED'S MOTION TO DISMISS PLAINTIFFS' VERIFIED COMPLAINT

THIS CAUSE having come before the Court on Defendants Mark Phillips and Benjamin Reed's Motion to Dismiss Plaintiffs' Verified Complaint, and the Court having considered the motion and all memoranda filed in support of and opposition thereto, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Plaintiffs' Verified Complaint fails to state a claim upon which relief can be granted, which warrants dismissal under Federal Rule of Civil Procedure 12(b)(6). Plaintiffs' failure to join MovementDAO, a Delaware unincorporated nonprofit association, as a party-plaintiff or party-defendant, further merits dismissal for failure to join an indispensable party under Federal Rule of Civil Procedure 12(b)(7).

DONE AND ORDERED in Chambers at _____, Florida, this-.\_\_\_ day of _____

                                                                                                              2

_____
United States District Judge

Copies furnished to: All Counsel of Record