UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN

RYAN BRESLOW, *et al.*,

    *Plaintiffs*,

v.

MARK PHILLIPS, *et al.*,

    *Defendants*.

_____/

### DECLARATION OF NICOLAS BAX

I, Nicolas Bax, make the following declaration based on my personal knowledge:

1. My name is Nick Bax. I am over the age of 18, competent to testify, and have person knowledge of the matters stated herein.

2. I am a resident of Brookline, Massachusetts.

3. I am the co-founder and Head of Research of Convex Labs. Convex Labs is a blockchain intelligence company which specializes in identifying illicit activity and emerging threats in digital assets. Convex Labs's offerings include blockchain forensics, crypto asset due diligence, trade surveillance, money laundering tracing, and digital asset theft detection.

4. In my capacity as Head of Research for Convex Labs, I conduct crypto-tracing consulting, analysis, and research. I specialize in tracing "anonymity-enhanced cryptocurrencies" and analyzing cases of cryptocurrency fraud.

5. I have been retained by Plaintiffs in this case to conduct a tracing analysis of transactions made from the DAO endowment[1] and DAO Developer[2] accounts in February 2023.

6. In the course of my tracing investigation on behalf of Plaintiffs, I examined the voting tables presented on several of the MovementDAO's proposals on Snapshot.org.

7. The tables suggest that votes were cast with a voting element described as "MOVE."

8. Using transaction records from etherscan.io, I reviewed a sample of the cryptocurrency wallets associated with the cryptocurrency addresses that voted on certain MovementDAO proposals on Snapshot.org. None of the accounts in my sample contained any ERC-20 tokens that are MOVE tokens.

9. For example, the wallet 0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525 voted on MIP-0014, MIP-0015, MIP-0016, MIP-0017, MIP-0018, MIP-0019, MIP-0020, and MIP-0021. Dkt. No. 24-1, Exhibits 18–20, 23–27. For each of these proposals, the voting table shows this wallet used 101K MOVE voting units to vote in favor of each proposal. A review of this wallet using etherscan.io reveals that it possesses zero ERC-20 tokens, including zero MOVE tokens. A true and accurate copy of this wallet's etherscan.io transaction history showing no ERC-20 tokens in the wallet is attached as Exhibit A.

10. Similarly, the wallet 0x2770736960c4739f96d3a033676ff0e34e71fC63 voted on MIP-0014, MIP-0015, MIP-0016, MIP-0017, MIP-0018, MIP-0019, MIP-0020, and MIP-0021. Dkt. No. 24-1, Exhibits 18– 20, 23–27. For each of these proposals, the voting table shows this wallet used 200K MOVE voting units to vote in favor of the proposal. A review of this wallet

---

[1] 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6
[2] 0x2187e6a7c765777d50213346F0Fe519fCA706fbD

using etherscan.io reveals that this wallet possesses zero ERC-20 tokens, including zero MOVE tokens. A true and accurate copy of this wallet's etherscan.io transaction history is attached as Exhibit B.

11. The wallet 0x91898f9103cDBA1546DE834F6E26f019E09A0d4B voted on MIP-0014 and MIP-0015. Dkt. No. 24-1, Exhibits 18 & 19. For each of these proposals, the voting table shows this wallet used 100K MOVE voting units to vote in favor of the proposal. A review of this wallet using etherscan.io reveals that this wallet possesses no ERC-20 tokens that are MOVE tokens. A true and accurate copy of this wallet's etherscan.io transaction history is attached as Exhibit C.

12. From my review, it appears that the voting elements described as "MOVE" on Movement DAO's snapshot proposals are not MOVE tokens.

13. I reviewed the voting table for MIP-0000. Dkt. No. 24-1, Exhibit 5. The wallet identified as "service-provider.eth" accounted for 99.8% of the votes cast for that proposal.

14. As part of my tracing analysis, I compared the accounting I prepared during the course of my tracing analysis of the DAO endowment account transfers from February 2022 with the accounting provided by the declarations of Defendants Phillips and Reed. Dkt. Nos. 43-8 ¶¶ 16, 17 and 43-9 ¶ 67. Below is a table showing a comparison between my accounting and the accounting offered by Defendants Phillips and Reed.

| PLAINTIFF'S ACCOUNTING (Mot. at 10-12; Dkt. No. 35-3 ¶ 7) | | | | DEFENDANTS' ACCOUNTING (Dkt. No. 43-8 ¶¶ 16, 17; Dkt. No. 43-9 ¶ 67) | | |
|---|---|---|---|---|---|---|
| RECIPIENT | VALUE | CURR | Notes | VALUE | CURR | RECIPIENT |
| 0x91...0d4b | 100,000 | DAI | Phillips controlled | 100,000 | DAI | disintermediated.eth |
| 0x57...0d37 | 20,000 | DAI | cookieslayer.eth | 20,000 | DAI | cookieslayer.eth |
| 0x91...0d4b | 100,000 | DAI | Phillips controlled | Unaccounted for | | |
| 0x57...0d37 | 15,000 | DAI | cookieslayer.eth | 15,000 | DAI | cookieslayer.eth |
| 0xa4...931c | 592,000 | DAI | benreed.eth (Reed) | 592,000 | DAI | Ben Reed |
| 0xa4...931c | 250,000 | DAI | benreed.eth (Reed) | 250,000 | DAI | Ben Reed |
| 0x60...3b4a | 500,000 | DAI | Phillips controlled | 500,000 | DAI | Mark Phillips |
| 0x55...d510 | 39.53 | ETH | Phillips controlled | Unaccounted for | | |
| 0x5d...d27e | 1,058,000 | DAI | tankbottoms.eth (Phillips) | 1,058,000 | DAI | Mark Phillips |
| 0xa4...6931 | 322,034.67 | DAI | benreed.eth (Reed) | 322,034.67 | DAI | disintermediated.eth |
| 0x48...02a6 | 50,000 | DAI | sveltedev.eth | 50,000 | DAI | Sameer T |
| 0x75...0085 | 10 | ETH | *service-provider.eth (Phillips) | Unaccounted for | | |
| 0x50...de38 | 18.49 | ETH | Unknown | Unaccounted for | | |
| 0xe4...9033 | 13.39 | ETH | jimmyethworld.eth | 13.39 | ETH | Jon Gordon |
| 0x75...0085 | 3,877.50 | DAI | *service-provider.eth (Phillips) | Unaccounted for | | |
| 0x82...adad | 10,000 | DAI | jango.eth | Unaccounted for | | |
| 0x30...ab39 | 12,000 | DAI | filipv.eth | Unaccounted for | | |
| 0xa4...931c | 250,000 | DAI | benreed.eth (Reed) | Unaccounted for | | |
| | | | | 26.14 | ETH | Mark Phillips |
| | Total: | | | Total: | | |
| | 3,282,912 DAI | | | 2,907,035 DAI | | |
| | 81.41 ETH | | | 39.53 ETH | | |

15. Based on this comparison, it appears that Defendants' accounting does not account for over $375,000 DAI and 41.88 ETH, despite $350,000 DAI and 39.53 ETH of the unaccounted for amounts going into the accounts of Defendant Phillips and Reed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of March 2023.

DocuSigned by:

Nick Bax

55C21695C8C245B...

Nicolas Bax

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on March 23, 2023 on all counsel of record.

<p style="text-align: right;">/s/ Jamie L. Katz<br>Jamie L. Katz</p>

# Exhibit A



**Address** 0x4e33Ac0C5F929A0Da68e38f524e6DD3b2e44a525

Buy | Exchange | Gaming

**Sponsored:** **Boto**: Want to monitor this? **Build a no-code bot on Discord or Telegram in 5 minutes.**

More

**Overview**

ETH BALANCE

0.07473897 ETH

ETH VALUE

$130.35 (@ $1,744.10/ETH)

**More Info**

PRIVATE NAME TAGS

+ Add

NO TXNS SENT FROM THIS ADDRESS

**Sponsored**

Transactions | Token Transfers (ERC-20) | Analytics | Comments

| Txn Hash | Age | From | To | Value | Token |
|---|---|---|---|---|---|

**There are no matching entries**

Please try again later

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Exhibit B



**Address** 0x2770736960c4739f9ad3e03376ff0e842e71fC63

Buy | Exchange | Gaming

**Sponsored:** Win 150 ETH today at **MetaWin.** **Click to enter. Limited time only.**

More

### Overview

ETH BALANCE

0.001152340424138046 ETH

ETH VALUE

$2.01 (@ $1,743.83/ETH)

TOKEN HOLDINGS

$0.00 (2 Tokens)

### More Info

PRIVATE NAME TAGS

+ Add

LAST TXN SENT

0x212b1670ebfbe... from 402 days 20 hrs ago

FIRST TXN SENT

0x212b1670ebfbe... from 402 days 20 hrs ago

### Sponsored

Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

| Txn Hash | Age | From | To | Value | Token |
|---|---|---|---|---|---|

**There are no matching entries**

Please try again later

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Exhibit C

**Address** 0x91898f9103cDBA154bDE834F6E26f0419E09A0d4B

Buy | Exchange | Gaming

**Sponsored:** : Get $200 Bonus and Money-Back Guarantee when you bet with crypto on VOdds.com

More

### Overview

ETH BALANCE
0 ETH

ETH VALUE
$0.00

TOKEN HOLDINGS
$200,800.00 (2 Tokens)

### More Info

PRIVATE NAME TAGS
+ Add

NO TXNS SENT FROM THIS ADDRESS

### Sponsored

Transactions | Token Transfers (ERC-20) | Analytics | Comments

Latest 3 ERC-20 Token Transfer Events

| | Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| | 0x08673873e752e187... | 46 days 3 hrs ago | Uniswap Protocol: UNI ... | IN | 0x91898f...E09A0d4B | 800 | ERC-20: twe.....ap) |
| | 0x4b7dcb8eb3e393d1... | 48 days 14 hrs ago | 0x2187e6...CA706fbD | IN | 0x91898f...E09A0d4B | 100,000 | Dai Stableco... (DAI) |
| | 0x135ad3491ad6cdb0... | 48 days 14 hrs ago | 0x2187e6...CA706fbD | IN | 0x91898f...E09A0d4B | 100,000 | Dai Stableco... (DAI) |

[ Download: CSV Export ]

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

