**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON, <br><br> Plaintiffs, <br><br> v. <br><br> MARK PHILLIPS and BENJAMIN REED, <br><br> Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid <br><br> Honorable Roy K. Altman |

**NOTICE OF STRIKING DOCKET ENTRY 45-3**

2200409.1

Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon, by and through the undersigned counsel, herby serves this Notice of Striking Docket Entry 45-3, Declaration of Jon Gordon. That document was inadvertently filed without redacting certain financial information as directed in the CM/ECF Administrative Procedures. Plaintiffs shall be immediately refiling a redacted version of the Declaration of Jon Gordon.

Respectfully Submitted,

Dated: March 24, 2023

*/s/ Christopher T. Berg*

| | |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, FL 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email:  jshubin@shubinbass.com<br>            jkatz@shubinbass.com<br>            dhelfand@shubinbass.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* | Christopher T. Berg (*pro hac vice pending*)<br>Benjamin J. Kussman (*pro hac vice pending*)<br>**ELLIS GEORGE CIPOLLONE**<br>**O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>(310) 274-7100<br>Email:  cberg@egcfirm.com<br>            bkussman@egcfirm.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |