UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

**DECLARATION OF BENJAMIN REED**

I, Benjamin Reed, make the following declaration:

1. I am a Defendant in this Action, am over the age of 18, and am competent to testify in this matter. I have personal knowledge of the matters stated herein.

2. The following table ("**Table 1**") reflects transfers made <u>from</u> the Movement Gnosis Account between January 26, 2023, and the present:

| Date | Recipient | Transfer | Dollar Value |
|---|---|---|---|
| 02/02/2023 | Developer Gnosis | 805 ETH | $1,322,405.70 |
| 02/02/2023 | Developer Gnosis | 7,500,000 DAI | $7,504,497.26 |
| Total | | | $8,826,902.96 |

[*continued on following page.*]

3. The next table ("**Table 2**") reflects transfers made back <u>to</u> the Movement Gnosis in compliance with the TRO:

| Date | Transferor | Transfer | Dollar Value |
|---|---|---|---|
| 03/07/2023 | Developer Gnosis | 722.69 ETH | $1,128,574.38 |
| 03/07/2023 | Developer Gnosis | 4,217,950.97 DAI | $4,222,912.15 |
| 03/07/2023 | benreed.eth | 148.53 ETH | $231,948.90 |
| 03/22/2023 | gnosis.service-provider.eth | 478,621.50 yvDAI | $502,184.00 |
| 3/23/2023 | Robinhood account controlled by Mr. Phillips | 4.168 ETH | $7,540.74 |
| **Total** | | | $6,093,205.18 |

4. The next table ("**Table 3**") accounts for all transfers made <u>from</u> the Developer Gnosis Account from January 26, 2023, to the present, that <u>have</u> been unwound:

| Date | Transferor | Transfer |
|---|---|---|
| 02/02/2023 | gnosis.service-provider.eth | 500,00 DAI |
| 02/13/2023 | benreed.eth | 250,000 DAI |
| **Total** | | 750,000 DAI |

5. The two unwound transactions in Table 3 are also reflected in Table 2, as the two recipients transferred the funds at issue back to the Movement Gnosis Account.

[*continued on following page.*]

DocuSign Envelope ID: D177E120-9BAC-4428-8F8B-6F023823EEB5

6. The next table ("**Table 4**") accounts for all transfers made <u>from</u> the Developer Gnosis Account from January 26, 2023, to the present, which have <u>not</u> been unwound along with the reason they have not been unwound:

| Date | Recipient | Transfer | Dollar Value | Notes | Reason Not Unwound |
|---|---|---|---|---|---|
| Feb. 2 | Evita Stenqvist | 100,000 DAI | $100,063.96 | Payment to Evita Stenqvist for salary owed for development work in 2022 | Payment to third party for services rendered |
| Feb. 2 | Evita Stenqvist | 20,000 DAI | $20,012.79 | Payment to Evita Stenqvist for salary owed for development work in 2022 | Payment to third party for services rendered |
| Feb. 2 | Evita Stenqvist | 100,000 DAI | $100,063.96 | Payment to Evita Stenqvist for salary owed for development work in 2022 | Payment to third party for services rendered |
| Feb. 2 | Evita Stenqvist | 15,000 DAI | $15,009.59 | Payment to Evita Stenqvist for salary owed for development work in 2022 | Payment to third party for services rendered |
| Feb. 2 | benreed.eth | 592,000 DAI | $593,378.66 | Indemnification advance; December 2022 and January 2023 salary; four-month salary advance | Converted to fiat currency and used to pay expenditures authorized by MovementDAO |
| Feb. 2 | benreed.eth | 250,000 DAI | $250,159.91 | Funds to be used for development in accordance with the approved MovementDAO 2023 budget. | Converted to fiat currency for the payment of expenditures authorized by MovementDAO |
| Feb. 2 | tankbottoms.eth | 1,058,000 DAI | $1,058,676.73 | Indemnification advance; December 2022 | Converted to fiat currency and used to pay |

|  |  |  |  | and January 2023 salary; four-month salary advance; deferred developer payout | expenditures authorized by MovementDAO and held in a Robinhood account that only allows transfers of cryptocurrency of up to $5,000 per 24-hour period |
|---|---|---|---|---|---|
| Feb. 2 | benreed.eth | 322,034.67 DAI | $322,034.67 | Converted to fiat currency to pay Mikhail Radin for development work in 2022 | Payment to third party for services rendered |
| Feb. 2 | Robinhood account belonging to Mr. Phillips | 39.53 ETH | $64,937.51 | Transferred for the purpose of paying outstanding operational expenses in accordance with MIP-0017 | Converted to fiat currency and used to pay expenditures authorized by MovementDAO and held in a Robinhood account that only allows transfers of cryptocurrency of up to $5,000 per 24-hour period |
| Feb. 2 | sveltedev.eth | 50,000 DAI | $50,000 | Payment to Sameer Tariq as four-month salary advance for development work | Payment to third party for services rendered |
| Feb. 5 | gnosis.service-provider.eth | 10 ETH | $16,298.00 | Payment to Daniel Resnick-Neillie for legal services | Payment to third party for services rendered |
| Feb. 6 | Marc Welton | 18.49 ETH | $29,848.59 | Payment to paralegal from the Law Offices of Reed Yurchak | Reimbursement to third party for expenses |

| | | | | for expenses incurred on behalf of MovementDAO in 2022 | |
|---|---|---|---|---|---|
| Feb. 6 | jimmyethworld.eth | 13.39 ETH | $21,615.61 | Payment to Plaintiff Jon Gordan for December 2022 salary | Payment to third party for services rendered |
| Feb. 10 | jango.eth | 10,000 DAI | $9,998.13 | Payment to third-party developer for services provided to MovementDAO in the form of intellectual and technical contributions | Payment to third party for services rendered |
| Feb. 10 | filip.eth | 12,000 DAI | $11,997.76 | Payment to third-party developer for December 2022 salary | Payment to third party for services rendered |
| Feb. 10 | gnosis.service-provider.eth | 3,877.50 DAI | $3,877.50 | Payment to Daniel Resnick-Neillie for legal services | Payment to third party for services rendered |
| **Total** | | | **$2,667,973.37** | | |

7.     The sum of the transfers Mr. Phillips and I did not unwind from the Developer Gnosis Account (the sum total of Table 4) is therefore $65,724.41 less than the net total of transfers from the Movement Gnosis Account. This shortfall is explained solely by the following: (1) fluctuations in the value of Ethereum relative to fiat currency; and, to a lesser extent, (2) gas payments, i.e., the transaction fees associated with the conversion of cryptocurrency. This shortfall represents only 0.56% of the current $11,827,237.67 value of the assets in the Movement Gnosis Account.

8. Mr. Phillips and I have no authority to force third parties with whom MovementDAO has contracted for services to return money paid for services rendered.

9. The remainder of the transfers are transfers made to a Robinhood wallet with the intention of using the funds to pay for MovementDAO's operational expenses.

10. It is my understanding that Robinhood limits account holders to transfers of no more than $5,000 in any 24-hour period; thus, Mr. Phillips and I have no ability to unwind these transfers.

11. With respect to MovementDAO cryptocurrency that had already been converted to fiat currency, Mr. Phillips and I did not convert these assets back to cryptocurrency as doing so would entail additional transaction costs and would be inconsistent with Plaintiffs' demand that cryptocurrency holdings be converted to fiat currency.

12. Mr. Phillips and I are honoring our obligations under the TRO with regard to our stewardship of MovementDAO's fiat currency holdings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2023

DocuSigned by:

*Benjamin Reed*
1D3C007C51EB4DF...
Benjamin Reed