UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

---

**DEFENDANTS' NOTICE OF STRIKING DOCKET ENTRIES 41-2 AND 43-9**

---

Defendants Mark Phillips and Benjamin Reed, by and through their undersigned counsel, hereby file this Notice of Striking Docket Entries 41-2 and 43-9. Defendants do not believe the contents are confidential or merits sealing; however, Plaintiffs assert that the Confidential Independent Contractor Agreement attached as Exhibit 6 to the Declaration of Mark Phillips, dated March 16, 2023 (ECF No. 41-2, docket pages 84–89), and Exhibit 7 to the Declaration of Mark Phillips, dated March 17, 2023 (ECF No. 43-9, docket pages 105–110), must be filed under seal. Defendants will move ex parte to have the pages of Docket Entries 41-2 and 43-9 identified above filed under seal.

    Respectfully submitted,

    /s/ Nitoj P. Singh

DHILLON LAW GROUP INC.
Matthew S. Sarelson (Florida Bar 888281)
MSarelson@dhillonlaw.com
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (Admitted *pro hac vice*)
NSingh@dhillonlaw.com

Jesse Franklin-Murdock (Admitted *pro hac vice*)
JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
415.433.1700

Attorneys for Defendants
Mark Phillips and Benjamin Reed