## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>              Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>              Defendants. | Case No.: 23-cv-20727-ALTMAN |

**STIPULATION EXTENDING BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTION TO DISMISS**

1. WHEREAS, on March 21, 2023, Defendants Mark Phillips and Benjamin Reed ("Defendants") filed and served their Motion to Dismiss the Complaint for Failure to State a Claim (ECF No. 46);

2. WHEREAS, Plaintiff's opposition to Defendants' Motion to Dismiss is due on April 4, 2023;

3. WHEREAS, on March 28, 2023, the Court entered a Paperless Order (ECF. No. 59) directing the parties to submit proposed dates by which to resume the preliminary-injunction hearing and to include a proposed deadline by which the Parties shall file their witness lists, exhibit lists, and any pre-hearing stipulation;

4. WHEREAS, the parties will be fully engaged preparing for the upcoming preliminary injunction hearing over the next several weeks;

5. WHEREAS the parties do not believe this extension will prejudice any party.

6. THEREFORE, IT IS HEREBY AGREED AND STIPULATED to continue the Motion to Dismiss briefing schedule until after the preliminary injunction hearing as follows:

    1. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be due fifteen (15) days after the preliminary injunction hearing concludes;

    2. Defendants' Reply in support of their Motion to dismiss shall be due twenty-two (22) days after the preliminary injunction hearing concludes.

The parties, therefore, respectfully request that the Court grant the accompanying proposed order established the above-adjusted deadlines.

Respectfully Submitted,

Dated: March 31, 2023

| | |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, FL 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email: jshubin@shubinbass.com<br>  jkatz@shubinbass.com<br>  dhelfand@shubinbass.com | By:/s/ Christopher T. Berg<br>  Christopher T. Berg (*pro hac vice*)<br>  Benjamin J. Kussman (*pro hac vice*)<br>  **ELLIS GEORGE CIPOLLONE**<br>  **O'BRIEN ANNAGUEY LLP**<br>  2121 Avenue of the Stars, 30th Floor<br>  Los Angeles, California 90067<br>  (310) 274-7100<br>  Email: cberg@egcfirm.com<br>    bkussman@egcfirm.com<br><br>  *Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |

Dated: March 31, 2023

By: /s/ Nitoj P. Singh
  Nitoj P. Singh (*pro hac vice*)
  Jesse Franklin-Murdock (*pro hac vice*)
  **Dhillon Law Group Inc.**
  177 Post Street, Suite 700
  San Francisco, CA 94108
  (415) 433-1700
  Email: nsingh@dhillonlaw.com
  Email: jfranklin-murdock@dhillonlaw.com

  Matthew S. Sarelson
  **Dhillon Law Group, Inc.**
  2100 Ponce de Leon Blvd, Suite 1290
  Coral Gables, FL 33134
  (305) 773-1952
  Email: msarelson@dhillonlaw.com

  *Attorneys for Defendants Mark Phillips and Benjamin Reed*