## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>              Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>              Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS**

2203655.1

The Court hereby GRANTS the Stipulation Extending Briefing Schedule Regarding Defendants' Motion to Dismiss, and modifies these deadlines as follows:

1. The time within which Plaintiffs shall be required to file their Opposition to the Motion to Dismiss shall be due fifteen (15) days after the preliminary injunction hearing concludes;

2. The time within which Defendants shall be required to file their Reply in support of the Motion to Dismiss shall be due twenty-two (22) days after the preliminary injunction hearing concludes.

IT IS SO ORDERED.

DATED: March ___, 2023

_____
The Hon. Roy K. Altman
Judge of the United States District Court