**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON, <br><br> Plaintiffs, <br><br> v. <br><br> MARK PHILLIPS and BENJAMIN REED, <br><br> Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid <br><br> Honorable Roy K. Altman |

**SUBMISSION CONCERNING PROPOSED DATES TO CONTINUE PRELIMINARY INJUNCTION HEARING**

On March 28, 2023, the Court entered an Order [ECF No. 59] directing the parties to file proposed dates by which to resume the preliminary injunction hearing. The parties, having conferred, propose either one of the following two schedules:

**PROPOSED SCHEDULE 1**
April 20    Witness lists, Exhibit lists, and Stipulations to be filed with the Court
April 27    Proposed Hearing Date

**PROPOSED SCHEDULE 2**
April 21    Witness lists, Exhibit lists, and Stipulations to be filed with the Court
April 28    Proposed Hearing Date

Respectfully Submitted,

Dated:  April 3, 2023

|  |  |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, FL 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email:  jshubin@shubinbass.com<br>        jkatz@shubinbass.com<br>        dhelfand@shubinbass.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* | /s/ Christopher T. Berg<br>Christopher T. Berg (*pro hac vice pending*)<br>Benjamin J. Kussman (*pro hac vice pending*)<br>**ELLIS GEORGE CIPOLLONE<br>O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>(310) 274-7100<br>Email:  cberg@egcfirm.com<br>        bkussman@egcfirm.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |