UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/Reid

**RYAN BRESLOW**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK PHILLIPS**, *et al.*,

    *Defendants.*

_____/

**ORDER**

The Plaintiffs have filed an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re a Preliminary Injunction (the "Motion") [ECF No. 4]. On February 28, 2023, we granted the application for a temporary restraining order and set a hearing for March 16, 2023, on the request for a preliminary injunction. *See* Order Granting the Plaintiff's Emergency Ex Parte Application for a Temporary Restraining Order [ECF No. 18]. On March 9, 2023, we reset the preliminary-injunction hearing to March 28, 2023. *See* Order Granting the Defendants' Unopposed Motion to Continue the Hearing on the Plaintiffs' Motion for Preliminary Injunction [ECF No. 32]. On March 28, 2023, we postponed the preliminary-injunction hearing and ordered the Parties "to file proposed dates by which to resume the preliminary-injunction hearing[.]" Paperless Order Following the Preliminary-Injunction Hearing [ECF No. 59]. Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the Motion [ECF No. 4] is **REFERRED** to United States Magistrate Judge Lisette M. Reid for a report and recommendation.

**DONE AND ORDERED** in the Southern District of Florida on April 3, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record