**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>               Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>               Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**PLAINTIFFS' WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon hereby file their witness list for the preliminary injunction hearing set for April 27, 2023.

- Ryan Breslow

- Jon Gordon

- Nicholas Bax

- Reed Yurchak

Dated:  April 20, 2023

| | |
|---|---|
| | /s/ Christopher T. Berg |
| John K. Shubin, Esq. | Christopher T. Berg (*pro hac vice pending*) |
| Dylan M. Helfand, Esq. | Benjamin J. Kussman (*pro hac vice pending*) |
| Jamie L. Katz, Esq. | **ELLIS GEORGE CIPOLLONE** |
| **SHUBIN & BASS, P.A.** | **O'BRIEN ANNAGUEY LLP** |
| 150 W Flagler Street, Suite 1420 | 2121 Avenue of the Stars, 30th Floor |
| Miami, FL 33130 | Los Angeles, California 90067 |
| Tel.: (305) 381-6060 | (310) 274-7100 |
| Fax: (305) 381-9457 | Email:  cberg@egcfirm.com |
| Email:  jshubin@shubinbass.com | bkussman@egcfirm.com |
| jkatz@shubinbass.com | |
| dhelfand@shubinbass.com | *Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |
| *Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* | |