## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>　　　　　Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon hereby submit the following Exhibit List, which includes Defendants' Objections.  (*Continued on next page*).

Plaintiffs' Exhibit List - Preliminary Injunction Hearing - April 27, 2023

Breslow et al., v. Phillips, et al. Case no. 23-cv-20727

| Exhibit Number | Objections | Admitted |
|---|---|---|
| Exhibit 001 | | |
| Exhibit 002 | | |
| Exhibit 003 | | |
| Exhibit 004 | | |
| Exhibit 005 | | |
| Exhibit 006 | | |
| Exhibit 007 | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction ... substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |
| Exhibit 008 | | |
| Exhibit 009 | | |
| Exhibit 010 | | |
| Exhibit 011 | | |
| Exhibit 012 | | |
| Exhibit 013 | | |
| Exhibit 014 | | |
| Exhibit 015 | | |
| Exhibit 016 | | |
| Exhibit 017 | | |
| Exhibit 018 | | |
| Exhibit 019 | | |
| Exhibit 020 | | |
| Exhibit 021 | | |
| Exhibit 022 | | |
| Exhibit 023 | | |
| Exhibit 024 | | |
| Exhibit 025 | | |
| Exhibit 026 | | |
| Exhibit 027 | | |
| Exhibit 028 | | |
| Exhibit 029 | | |
| Exhibit 030 | | |
| Exhibit 031 | | |
| Exhibit 032 | | |
| Exhibit 033 | | |

Plaintiffs' Exhibit List - Preliminary Injunction Hearing - April 27, 2023

Breslow et al., v. Phillips, et al. Case no. 23-cv-20727

| | | |
|---|---|---|
| Exhibit 034 | | |
| Exhibit 035 | | |
| Exhibit 036 | | |
| Exhibit 037 | | |
| Exhibit 038 | | |
| Exhibit 039 | | |
| Exhibit 040 | | |
| Exhibit 041 | | |
| Exhibit 042 | | |
| Exhibit 043 | | |
| Exhibit 044 | | |
| Exhibit 045 | | |
| Exhibit 046 | | |
| Exhibit 047 | | |
| Exhibit 048 | Duplicative of Ex. 4. Fed. R. Evid. 403. | |
| Exhibit 049 | | |
| Exhibit 050 | | |
| Exhibit 051 | | |
| Exhibit 052 | | |
| Exhibit 053 | | |
| Exhibit 054 | | |
| Exhibit 055 | | |
| Exhibit 056 | | |
| Exhibit 057 | | |
| Exhibit 058 | | |
| Exhibit 059 | | |
| Exhibit 060 | | |
| Exhibit 061 | | |
| Exhibit 062 | | |
| Exhibit 063 | | |
| Exhibit 064 | | |
| Exhibit 065 | | |
| Exhibit 066 | | |
| Exhibit 067 | | |
| Exhibit 068 | | |
| Exhibit 069 | | |
| Exhibit 070 | | |
| Exhibit 071 | | |
| Exhibit 072 | | |
| Exhibit 073 | | |
| Exhibit 074 | | |
| Exhibit 075 - Intentionally Omitted | | |
| Exhibit 076 | | |
| Exhibit 077 | | |
| Exhibit 078 | | |
| Exhibit 079 - Intentionally Omitted | | |
| Exhibit 080 | | |

Plaintiffs' Exhibit List - Preliminary Injunction Hearing - April 27, 2023

Breslow et al., v. Phillips, et al. Case no. 23-cv-20727

| | | |
|---|---|---|
| Exhibit 081 | | |
| Exhibit 082 | | |
| Exhibit 083 | | |
| Exhibit 084 | | |
| Exhibit 085 | | |
| Exhibit 086 | | |
| Exhibit 087 | | |
| Exhibit 088 | | |
| Exhibit 089 | | |
| Exhibit 090 | | |
| Exhibit 091 | | |
| Exhibit 092 | | |
| Exhibit 093 | | |
| Exhibit 094 | | |
| Exhibit 095 | | |
| Exhibit 096 | | |
| Exhibit 097 | | |
| Exhibit 098 | | |
| Exhibit 099 | Duplicative of Ex. 60. Fed. R. Evid. 403. | |
| Exhibit 100 | | |
| Exhibit 101 | | |
| Exhibit 102 | | |
| Exhibit 103 | | |
| Exhibit 104 | Duplicative of Ex. 46. Fed. R. Evid. 403. | |
| Exhibit 105 | | |
| Exhibit 106 | | |
| Exhibit 107 | | |
| Exhibit 108 | | |
| Exhibit 109 | | |
| Exhibit 110 | | |
| Exhibit 111 | | |
| Exhibit 112 | | |
| Exhibit 113 | | |
| Exhibit 114 | | |
| Exhibit 115 | | |
| Exhibit 116 | | |
| Exhibit 117 | | |
| Exhibit 118 | | |
| Exhibit 119 | | |
| Exhibit 120 | | |
| Exhibit 121 | | |
| Exhibit 122 | | |
| Exhibit 123 | | |
| Exhibit 124 | | |
| Exhibit 125 | | |
| Exhibit 126 | | |
| Exhibit 127 | | |

Case 1:23-cv-20727-RKA   Document 67   Entered on FLSD Docket 04/20/2023   Page 6 of 8

Plaintiffs' Exhibit List - Preliminary Injunction Hearing - April 27, 2023

Breslow et al., v. Phillips, et al. Case no. 23-cv-20727

| | | |
|---|---|---|
| Exhibit 128 | | |
| Exhibit 129 | | |
| Exhibit 130 | | |
| Exhibit 131 | | |
| Exhibit 132 | | |
| Exhibit 133 | | |
| Exhibit 134 | | |
| Exhibit 135 | | |
| Exhibit 136 | | |
| Exhibit 137 | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction ... substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |
| Exhibit 138 | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction ... substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |

Case 1:23-cv-20727-RKA   Document 67   Entered on FLSD Docket 04/20/2023   Page 7 of 8

Plaintiffs' Exhibit List - Preliminary Injunction Hearing - April 27, 2023

Breslow et al., v. Phillips, et al. Case no. 23-cv-20727

| | | |
|---|---|---|
| Exhibit 139 | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction ... substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |
| Exhibit 140 | | |
| Exhibit 141 | | |
| Exhibit 142 | | |
| Exhibit 143 | | |
| Exhibit 144 | | |
| Exhibit 145 | | |
| Exhibit 146 | | |
| Exhibit 147 | | |
| Exhibit 148 | | |
| Exhibit 149 | | |
| Exhibit 150 | | |
| Exhibit 151 | | |
| Exhibit 152 | | |
| Exhibit 153 | | |
| Exhibit 154 | | |
| Exhibit 155 | | |
| Exhibit 156 | | |
| Exhibit 157 | | |
| Exhibit 158 | | |
| Exhibit 159 | | |
| Exhibit 160 | | |
| Exhibit 161 | | |
| Exhibit 162 | | |
| Exhibit 163 | | |
| Exhibit 164 | | |
| Exhibit 165 | Hearsay. Fed. R. Evid. 802. Prejudice substantially outweighs probative value. Fed. R. Evid. 403. | |
| Exhibit 166 | | |
| Exhibit 167 | | |
| Exhibit 168 | | |
| Exhibit 169 | | |
| Exhibit 170 | | |

Dated: April 20, 2023

| | |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, FL 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email: jshubin@shubinbass.com<br>            jkatz@shubinbass.com<br>            dhelfand@shubinbass.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* | /s/Christopher T. Berg<br>Christopher T. Berg (*pro hac vice pending*)<br>Benjamin J. Kussman (*pro hac vice pending*)<br>**ELLIS GEORGE CIPOLLONE**<br>**O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>(310) 274-7100<br>Email: cberg@egcfirm.com<br>            bkussman@egcfirm.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |