## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>               Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>               Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**JOINT STIPULATION OF FACTS RE PRELIMINARY INJUNCTION HEARING**

In advance of the Preliminary Injunction hearing set for April 27, 2023, the parties stipulate as follows:

1. A stablecoin is a type of cryptocurrency designed to be pegged to the United States Dollar, though there can be variance in their price relative to the United States Dollar. DAI is one such stablecoin.

2. Ethereum (ETH) is a cryptocurrency.

3. "DAO" means a decentralized autonomous organization.

4. Etherscan.io is an online application that enables a user to access details on Ethereum blockchain, including transaction data, cryptocurrency wallet addresses, and smart contracts. In some instances, Etherscan.io shows Ethereum Name Service ("ENS") aliases that are registered to a particular cryptocurrency address.

5. Snapshot.org is an online platform that allows a user to create and vote on proposals. A user seeking to cast a vote on a Snapshot proposal must register an Ethereum address with Snapshot to vote. When that user casts a vote, their then-current ENS alias may appear as the vote-caster. If an ENS alias is not associated with the cryptocurrency address, then the user's registered cryptocurrency address may appear as the vote-caster. Votes are computed using strategies defined by the Snapshot space administrator(s).

6. Discord is a social media platform where users can communicate with voice calls, video calls, text messaging, in chat rooms, or in private chats.

7. Mr. Phillips performed his initial work as an independent contractor pursuant to a Consulting Agreement between himself and Merkaba, Inc.

8. Mark Phillips resigned from his work with the SEC pursuant to the independent contractor agreement he signed on December 8, 2021.

9. Mr. Breslow and Mr. Phillips entered into a Confidential Independent Contractor Agreement ("IC Agreement") on December 8, 2021, and which terminated on January 1, 2022.

10. A Gnosis SAFE account is a cryptocurrency wallet that requires a minimum number of signatories to authorize a transfer from that wallet or alter any features of that wallet. For example, a Gnosis SAFE account with seven signatories may be programmed to require three signatories to approve a transfer from that wallet or to remove a signatory from that wallet.

11. At the time of its creation, the DAO endowment had seven signatories. The cryptocurrency wallets of those seven signatories, as well as their identities, are:

| | |
|---|---|
| dao-lawfirm.eth | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 |
| adridadou.eth | 0xDe6ab16a4015c680daab58021815D09ddB57db8E |
| Ryan Breslow | 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57 |
| tankbottoms.eth (Mark Phillips) | 0x468f178672C86bFA02e5E1B0413C3ccf55A37409 |
| Alex Fine | 0x550bD0F03580B9a687931af4d837F8e45D61d410 |
| Jon Gordon | 0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498 |
| fredymontero.eth | 0x67A5A5136ba1725359bfdf204Cbbb1c809Cc5490 |

12. As of the date of this joint stipulation, no MOVE tokens have been created or dispersed to anyone who contributed to the DAO endowment.

13. The cryptocurrency address registered to ENS service-provider.eth is 0x752515a3A1091b9f1c04416CF79D1F14d2340085.

14. The cryptocurrency address registered to the ENS developer.movedao.eth is 0x2187e6a7c765777d50213346F0Fe519fCA706fbD ("DAO Developer").

15. The cryptocurrency address registered to the ENS benreed.eth is 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c.  That account is controlled by Ben Reed.

16. Mark Phillips controls the cryptocurrency wallet associated with the following address:  0x5d95baEBB8412AD827287240A5c281E3bB30d27E.

17. On August 2, 2022, the IRS issued an Employment Identification Number ("EIN") to DAOLABS LLC.

18. On August 8, 2022, the IRS issued an EIN to "MOVEMENTDAO."

19. Service-provider.eth cast over 10,000,000 votes on each of the following proposals posted on https://snapshot.org/#/snapshot.movedao.eth: MIP-0000, MIP-0001, MIP-0002, MIP-0003, MIP-0004, MIP-0005, MIP-0006, MIP-0007, MIP-0008.

20. Mr. Gordon voted for MIP-0000, MIP-0001, MIP-0002, MIP-0004, MIP-0005, MIP-0006, MIP-0007, and MIP-0008 on Snapshot.org.

21. Mr. Gordon did not vote for MIP-0003 on Snapshot.org (or otherwise).

22. An online alias of Ben Reed is rice$cracker.

23. The email address m@dao-lawfirm.xyz belongs to Mark Phillips.

24. Each of the following exhibit numbers are an accurate tabulation of the votes cast on the corresponding Snapshot vote proposal described below. The number listed under the column "voting power" for each of these exhibits constitutes the number of votes that each address voted in favor of the proposal.

| Exhibit 155/447 | Voting record for MIP-0000 dated August 29, 2022. |
| Exhibit 310 | Voting record for MIP-0001 dated August 29, 2022. |
| Exhibit 313 | Voting record for MIP-0002 dated August 29, 2022. |
| Exhibit 315 | Voting record for MIP-0003 dated August 29, 2022. |
| Exhibit 318 | Voting record for MIP-0004 dated August 29, 2022. |
| Exhibit 322 | Voting record for MIP-0005 dated August 29, 2022. |
| Exhibit 325 | Voting record for MIP-0006 dated August 29, 2022. |

| Exhibit 327 | Voting record for MIP-0007 dated August 29, 2022. |
|---|---|
| Exhibit 333 | Voting record for MIP-0008 dated September 19, 2022. |
| Exhibit 335 | Voting record for MIP-0009 dated January 9, 2023. |
| Exhibit 337 | Voting record for MIP-0010 dated January 9, 2023. |
| Exhibit 339 | Voting record for MIP-0011 dated January 9, 2023. |
| Exhibit 341 | Voting record for MIP-0012 dated January 9, 2023. |
| Exhibit 344 | Voting record for MIP-0014 dated January 9, 2023. |
| Exhibit 348 | Voting record for MIP-0016 dated February 9, 2023. |
| Exhibit 350 | Voting record for MIP-0017 dated February 9, 2023. |
| Exhibit 352 | Voting record for MIP-0018 dated February 9, 2023. |
| Exhibit 354 | Voting record for MIP-0019 dated February 9, 2023. |
| Exhibit 356 | Voting record for MIP-0020 dated February 9, 2023. |
| Exhibit 358 | Voting record for MIP-0021 dated February 9, 2023. |
| Exhibit 360 | Voting record for MIP-0022 dated March 13, 2023. |
| Exhibit 362 | Voting record for MIP-0023 dated March 21, 2023. |

25. Transfers were made from the DAO Developer account to the below-listed cryptocurrency addresses:

| No. | DATE | CRYPTOCURRENCY ADDRESS RECIPIENT | VALUE | CURR | ADDRESS OWNER |
|---|---|---|---|---|---|
| 1 | 2/2/2023 | 0x91898f9103cdba1546de834f6e26f019e09a0d4b | 100,000 | DAI | |
| 2 | 2/2/2023 | 0x57a16a385e86cd215def121e6887d23be8080d37 | 20,000 | DAI | cookieslayer.eth |
| 3 | 2/2/2023 | 0x91898f9103cdba1546de834f6e26f019e09a0d4b | 100,000 | DAI | |
| 4 | 2/2/2023 | 0x57a16a385e86cd215def121e6887d23be8080d37 | 15,000 | DAI | cookieslayer.eth |
| 5 | 2/2/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 592,000 | DAI | benreed.eth |
| 6 | 2/2/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 250,000 | DAI | benreed.eth |
| 7 | 2/2/2023 | 0x607d56643673649bd25aa47325a7a6afeffc3b4a | 500,000 | DAI | |
| 8 | 2/2/2023 | 0x55ded454d3aeba95c901dae36568d99fc904d510 | 39.53 | ETH | |
| 9 | 2/2/2023 | 0x5d95baebb8412ad827287240a5c281e3bb30d27e | 1,058,000 | DAI | tankbottoms.eth |
| 10 | 2/2/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 322,034.67 | DAI | benreed.eth |
| 11 | 2/2/2023 | 0x4823e65c10daa3ef320e5e262cfa8d0a059e02a6 | 50,000 | DAI | sveltedev.eth |
| 12 | 2/5/2023 | 0x752515a3a1091b9f1c04416cf79d1f14d2340085 | 10 | ETH | *service-provider.eth |
| 13 | 2/6/2023 | 0x5044ff7f0ef531f3ace48fc1aff4dda429acde38 | 18.49 | ETH | |
| 14 | 2/6/2023 | 0xe41188926607921763d25392475f1156ac5f9033 | 13.39 | ETH | jimmyethworld.eth |
| 15 | 2/10/2023 | 0x752515a3a1091b9f1c04416cf79d1f14d2340085 | 3,877.50 | DAI | *service-provider.eth |
| 16 | 2/10/2023 | 0x823b92d6a4b2aed4b15675c7917c9f922ea8adad | 10,000 | DAI | jango.eth |
| 17 | 2/10/2023 | 0x30670d81e487c80b9edc54370e6eaf943b6eab39 | 12,000 | DAI | filipv.eth |
| 18 | 2/13/2023 | 0xa4e6c2b6264652444b3f0cc1bb37496ae916931c | 250,000 | DAI | benreed.eth |

26.  All exhibits from Etherscan and Etherscan's Ethereum Name Service lookup are accurate records maintained by the online tool Etherscan.io.

Respectfully Submitted,

Dated: April 20, 2023

By: /s/ Christopher T. Berg

| | |
|---|---|
| John K. Shubin, Esq. | Christopher T. Berg (*pro hac vice*) |
| Dylan M. Helfand, Esq. | Benjamin J. Kussman (*pro hac vice*) |
| Jamie L. Katz, Esq. | **ELLIS GEORGE CIPOLLONE** |
| **SHUBIN & BASS, P.A.** | **O'BRIEN ANNAGUEY LLP** |
| 150 W Flagler Street, Suite 1420 | 2121 Avenue of the Stars, 30th Floor |
| Miami, FL 33130 | Los Angeles, California 90067 |
| Tel.: (305) 381-6060 | (310) 274-7100 |
| Fax: (305) 381-9457 | Email: cberg@egcfirm.com |
| Email: jshubin@shubinbass.com | bkussman@egcfirm.com |
| jkatz@shubinbass.com | |
| dhelfand@shubinbass.com | |

*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon*

DATED:  April ___, 2023

By: <u>      /s/ Nitoj P. Singh                        </u>
Nitoj P. Singh (*pro hac vice*)
Jesse Franklin-Murdock (*pro hac vice*)
**Dhillon Law Group Inc.**
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700
Email: nsingh@dhillonlaw.com
Email: jfranklin-murdock@dhillonlaw.com

Matthew S. Sarelson
**Dhillon Law Group Inc.**
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
(305) 773-1952
Email: msarelson@dhillonlaw.com

*Attorneys for Defendants Mark Phillips and Benjamin Reed*