UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

---

**DEFENDANTS' WITNESS LIST FOR EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

---

Defendants Mark Phillips and Benjamin Reed ("Defendants"), by and through their attorneys, Dhillon Law Group Inc., hereby file their witness list for the evidentiary hearing on Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon's (collectively, "Plaintiffs") motion for a preliminary injunction on April 27, 2023.

1. Mark Phillips.
2. Benjamin Reed.
3. Ryan Mallory.
4. Paige Cone.
5. Mikhail Radin.

[*continued on following page.*]

Defendants further reserve the right to call any witness listed on Plaintiffs' witness list as well as additional witnesses for the purpose of rebutting Plaintiffs' witnesses' testimony and/or impeaching Plaintiffs' witnesses' credibility.

Respectfully submitted,

 /s/ Nitoj P. Singh

DHILLON LAW GROUP INC.
Matthew S. Sarelson (Florida Bar 888281)
MSarelson@dhillonlaw.com
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (Admitted *pro hac vice*)
NSingh@dhillonlaw.com
Jesse Franklin-Murdock (Admitted *pro hac vice*)
JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
415.433.1700

Attorneys for Defendants Mark Phillips and Benjamin Reed