UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/REID

RYAN BRESLOW, *et al.*,

    Plaintiffs,

v.

MARK PHILLIPS, *et al.*,

    Defendants.

_____/

## ORDER AUTHORIZING THE PARTIES TO BRING ELECTRONIC EQUIPMENT

The Court will conduct a motion hearing in this case on **Thursday, April 27, 2023,** at **9:00 a.m**. in the C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 3rd floor. Accordingly, Counsel and their staff may bring cell phones, laptop computers and/or writing tablets, monitors, tablets, easels, white boards, remotes, and all related cords and adapters into the courthouse for use and attendance in the hearing.

The Parties' multimedia staff are authorized to install the media equipment subject to the Court's policies and procedures. Counsel, staff, and witnesses for **Plaintiffs** include:

- Benjamin Kussman (*pro hac vice*)
- Christopher Berg (*pro hac vice*)
- Jamie Katz
- Diane Torosyan
- Ben Cameron
- Andrew Iglesias
- Nicholas Bax
- Ryan Breslow
- Jon Gordon
- Alex Fine

1

- Frank Cantillo
- Jason Hedges
- Gabriel Corzo.

Counsel, staff, and witnesses for **Defendants** include:

- Nitoj Singh (*pro hac vice*)
- Jesse Franklin-Murdock (*pro hac vice*)
- Mark Phillips
- Benjamin Reed
- Paige Cone
- Mikhail Radin
- Ryan Mallory

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of April 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**