# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

# MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>    Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**PLAINTIFFS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

2

Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon hereby submit the following Exhibit List, which includes Defendants' Objections.  (*Continued on next page*).

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 001 | PLAINTIFF0000001 | Confidential Independent Contractor Agreement between Breslow and Phillips | | |
| Exhibit 002 | PLAINTIFF0000007 | [SEALED] Declaration of Ryan Breslow re Verified Complaint | | |
| Exhibit 003 | PLAINTIFF0000029 | Webpage printout of DAO LawFirm ETH from Wayback Machine | | |
| Exhibit 004 | PLAINTIFF0000031 | Webpage printout of DAO Lawfirm ETH dated 2/22/23 | | |
| Exhibit 005 | PLAINTIFF0000032 | Etherscan.org account statement and transaction history of DAO Endowment Gnosis account as of 2/22/23 | | |
| Exhibit 006 | PLAINTIFF0000047 | Movement DAO Gitbook White Paper 2/2/2022 | | |
| Exhibit 007 | PLAINTIFF0000170 | FBI Press Release re Phillip's Conviction | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction ... substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |
| Exhibit 008 | PLAINTIFF000072 | MIP-0000: Adopt the Guiding Principles, Terms of Service, and Code of Conduct | | |
| Exhibit 009 | PLAINTIFF0000246 | MIP-0001: Adopt the Governance and Multisig Process | | |
| Exhibit 010 | PLAINTIFF0000262 | MIP-0002: Initial Treasury Diversification | | |
| Exhibit 011 | PLAINTIFF0000275 | MIP-0003: Bootstrap Product Development | | |
| Exhibit 012 | PLAINTIFF0000294 | MIP-0004: Adopt Actions | | |
| Exhibit 013 | PLAINTIFF0000336 | MIP-0005: Adopt Banking Relationship Authorizations | | |
| Exhibit 014 | PLAINTIFF0000349 | MIP-0006: Appoint a Treasury Committee | | |
| Exhibit 015 | PLAINTIFF0000358 | MIP-0007: Snapshot Consent of the Members of the DAO | | |
| Exhibit 016 | PLAINTIFF0000448 | MIP-0011: Pay Deferred Legal Fees From 2022 | | |
| Exhibit 017 | PLAINTIFF0000456 | MIP-0012: Pay Deferred Legal Fees From 2022 | | |
| Exhibit 018 | PLAINTIFF0000463 | MIP-0020: Proposal for Payout of Deferred Legal and Indemnification Expenses | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 019 | PLAINTIFF0000471 | Email from Gordon forwarding Email from Yurchak re dated 2/6/23 re communications with Phillips | | |
| Exhibit 020 | PLAINTIFF0000474 | Email from Phillips to Breslow re response to 2/6/23 Email | | |
| Exhibit 021 | PLAINTIFF0000478 | MIP-0014: Proposal to Ratify Action to Cycle All Gnosis Keys | | |
| Exhibit 022 | PLAINTIFF0000485 | MIP-0015: Proposal to Ratify the Termination of Certain Members | | |
| Exhibit 023 | PLAINTIFF0000492 | MIP-0016: Proposal to Update to the DAO's Snapshot Strategy | | |
| Exhibit 024 | PLAINTIFF0000498 | MIP-0009: Approve Launch of DAOLABS Beta Service | | |
| Exhibit 025 | PLAINTIFF0000506 | MIP-0010: Approve Authorized Members to Retain Further Legal Counsel | | |
| Exhibit 026 | PLAINTIFF0000513 | MIP-0017: Proposal for Outstanding Operational Expense Payouts | | |
| Exhibit 027 | PLAINTIFF0000520 | MIP-0018: Proposal for Deferred 2022 Developer Payouts | | |
| Exhibit 028 | PLAINTIFF0000527 | MIP-0019: Proposal Regarding the Service Provider Fee Payout From 2022 | | |
| Exhibit 029 | PLAINTIFF0000534 | MIP-0020: Proposal for Payout of Deferred Legal and Indemnification Expenses | | |
| Exhibit 030 | PLAINTIFF0000542 | MIP-0021: Proposal for the DAO's 2023 Operational Budget | | |
| Exhibit 031 | PLAINTIFF0000551 | Exhibit 28 to Breslow Declaration<br>Etherscan.org Transaction Records reflecting Transaction of $7,500,000 USD on 2/2/23 | | |
| Exhibit 032 | PLAINTIFF0000553 | Exhibit 29 to Breslow Declaration<br>Etherscan.org Transaction Records reflecting Transaction of $1,367,408 USD on 2/2/23 | | |
| Exhibit 033 | PLAINTIFF0000555 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $20,000 in DAI on 2/2/23 | | |
| Exhibit 034 | PLAINTIFF0000557 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $100,000 in DAI on 2/2/23 | | |
| Exhibit 035 | PLAINTIFF0000559 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $15,000 in DAI on 2/2/23 | | |
| Exhibit 036 | PLAINTIFF0000561 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $592,000 in DAI on 2/2/23 | | |
| Exhibit 037 | PLAINTIFF0000563 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $250,000 in DAI on 2/2/23 | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 038 | PLAINTIFF0000565 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $500,000 in DAI on 2/2/23 | | |
| Exhibit 039 | PLAINTIFF0000567 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $39.53 in Ethereum on 2/2/23 | | |
| Exhibit 040 | PLAINTIFF0000569 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $1,058,000 in DAI on 2/2/23 | | |
| Exhibit 041 | PLAINTIFF0000571 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $322,034.67 in DAI on 2/2/23 | | |
| Exhibit 042 | PLAINTIFF0000573 | Transfer from DAO Developer Multisig to accounts believed to be under control of Defendants for $50,000 in DAI on 2/2/23 | | |
| Exhibit 043 | PLAINTIFF0000575 | Transfer from benreed.eth to an unknown cryptocurrency holding wallet with address 0x64d6A4C28868d9dD9eA650c37F7d0090986aC1CE for 86 ETH on 2/13/23 | | |
| Exhibit 044 | PLAINTIFF0000577 | Transfer by Phillips operating under alias *service-provider.eth from DAO Developer Multisig account to benreed.eth for $250,000 on 2/13/23 | | |
| Exhibit 045 | PLAINTIFF0000579 | Transfer by "unknown" persons from blockchain address 0x64d6A4C28868d9dD9eA650c37F7d0090986aC1CE to the blockchain address 0xa26e73C8E9507D50bF808B7A2CA9D5dE4fcC4A04 for 86 ETH on 2/15/23 | | |
| Exhibit 046 | PLAINTIFF0000581 | Text Messages between Fine and Phillips re authoring Gitbook | | |
| Exhibit 047 | PLAINTIFF0000582 | Transfer from DAO Endowment account to DAO Developer Multisig Account with address 0x2187e6a7c765777d50213346F0Fe519fCA706fbD for $1.75 Million on 8/30/22 | | |
| Exhibit 048 | PLAINTIFF0000584 | DAO Law firm ETH Website: https://dao-lawfirm.xyz | Duplicative of Ex. 4. Fed. R. Evid. 403. | |
| Exhibit 049 | PLAINTIFF0000585 | List of Wallet Addresses to be Subject to Temporary Restraining Order | | |
| Exhibit 050 | PLAINTIFF0000587 | Exhibit 48 to Breslow Declaration<br>Transfer of DAI cryptocurrency from DAO Developer Multisig account 0x2187e6a7c765777d50213346F0Fe519fCA706fbD to the blockchain address 0x752515a3A1091b9f1c04416CF79D1F14d2340085, associated with sham DAO-lawfirm.eth, for $3877.50 on 2/10/23 | | |
| Exhibit 051 | PLAINTIFF0000589 | Transfer of DAI cryptocurrency from DAO Developer Multisig account 0x2187e6a7c765777d50213346F0Fe519fCA706fbD to unknown cryptocurrency holding with blockchain address 0x607d56643673649bd25AA47325A7a6AFeffc3B4a for $500,000 on 2/2/23 | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 052 | PLAINTIFF0000591 | Transfer from Plaintiff Fine in DAI cryptocurrency from blockchain 0xD78368092Cb1079e3DdaE7f192F5dCdE53949CCD to the DAO Endowment Gnosis for $3,000,000 on 2/2/22 | | |
| Exhibit 053 | PLAINTIFF0000593 | Transfer from Plaintiff Breslow in DAI cryptocurrency from blockchain 0x752515a3A1091b9f1c04416CF79D1F14d2340085 to the DAO Endowment Gnosis for $9,786,795 on 2/2/22 | | |
| Exhibit 054 | PLAINTIFF0000595 | Transfer from Plaintiff Breslow in DAI cryptocurrency from blockchain 0x58F09dd6DF8dFCe8c209A00BaE4348002BACac1d to the DAO Endowment Gnosis for $1,200,000 on 2/2/22 | | |
| Exhibit 055 | PLAINTIFF0000597 | Transfer from Plaintiff Fine in DAI cryptocurrency from blockchain 0xDe10F01e3f9bF288eF7A91cb4744B4AF3F2797F0 to the DAO Endowment Gnosis for $200,000 on 2/7/22 | | |
| Exhibit 056 | PLAINTIFF0000599 | Transfer from Plaintiff Breslow in DAI cryptocurrency from blockchain 0x752515a3A1091b9f1c04416CF79D1F14d2340085 to the DAO Endowment Gnosis for $99,991.60 on 2/2/22 | | |
| Exhibit 057 | PLAINTIFF0000601 | Transfer from Plaintiff Gordon in DAI cryptocurrency from blockchain 0xfE021e62637Cf8B880a76b09E94904693D38256A to the DAO Endowment Gnosis for 79.93 ETH (valued at the time at approximately $214,000) on 2/2/22 | | |
| Exhibit 058 | PLAINTIFF0000603 | Transfer from Plaintiff Breslow in DAI cryptocurrency from blockchain 0x58F09dd6DF8dFCe8c209A00BaE4348002BACac1d to the DAO Endowment Gnosis for 687.47 ETH (valued at the time at approximately $1,842,302) on 3/12/22 | | |
| Exhibit 059 | PLAINTIFF0000605 | Declaration of Jon Gordon re Plaintiffs' Emergency Motion to Amend Temporary Restraining Order | | |
| Exhibit 060 | PLAINTIFF0000608 | Etherscan.io transactions from DAO Developer to cryptocurrency account with unnamed address 0x91898f9103cdba1546de834f6e26f019e09a0d4b for total of $200,000 DAI on 2/2/23 | | |
| Exhibit 061 | PLAINTIFF0000610 | Transfers from DAO Developer to cryptocurrency account held by cookieslayer.eth (0x57a16a385e86cd215def121e6887d23be8080d37) for total of $35,000 DAI in February, 2023 | | |
| Exhibit 062 | PLAINTIFF0000612 | Transfer 7 from DAO Developer to cryptocurrency account with unnamed address 0x607d56643673649bd25aa47325a7a6afeffc3b4a for total of $500,000 DAI on 2/2/23 | | |
| Exhibit 063 | PLAINTIFF0000614 | Transfer 8 from DAO Developer to address at Robinhood for 39.53 ETH in February, 2023 | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 064 | PLAINTIFF0000617 | Declaration of Nicolas Bax re Plaintiffs' Emergency Motion to Amend Temporary Restraining Order | | |
| Exhibit 065 | PLAINTIFF0000625 | January 2, 2022 email from Mr. Fine to Mr. Yurchak re. $1,000,000 contract bonus payment to Mr. Phillips | | |
| Exhibit 066 | PLAINTIFF0000626 | Defendants' version of GitBook's February 2, 2022 | | |
| Exhibit 067 | PLAINTIFF0000691 | Copy of MovementDAO Guiding Principles | | |
| Exhibit 068 | PLAINTIFF0000704 | Copy of MovementDAO Terms of Service | | |
| Exhibit 069 | PLAINTIFF0000706 | Copy of MovementDAO Code of Conduct | | |
| Exhibit 070 | PLAINTIFF0000709 | Copy of chat discussion of Mr. Fine's announcement regarding the launch of PeaceDAO, a DAO formed by MovementDAO | | |
| Exhibit 071 | PLAINTIFF0000710 | Copy of chat exchange between Mr. Fine and Mr. Phillips regarding the recent MIPs | | |
| Exhibit 072 | PLAINTIFF0000711 | Copy of chat exchange between Mr. Breslow and Mr. Phillips | | |
| Exhibit 073 | PLAINTIFF0000712 | Declaration of Mark Phillips | | |
| Exhibit 074 | PLAINTIFF0000720 | Copy of the State of Washington, Office of the Secretary of State, Corporations & Charities Division, Corporation Search Report for DAOLabs LLC | | |
| Exhibit 075 | | INTENTIONALLY OMITED | | |
| Exhibit 076 | PLAINTIFF0000721 | Declaration of Benjamin Reed | | |
| Exhibit 077 | PLAINTIFF0000724 | Declaration of Evita Stenqvist | | |
| Exhibit 078 | PLAINTIFF0000727 | Declaration of Mikhail Radin | | |
| Exhibit 079 | | INTENTIONALLY OMITED | | |
| Exhibit 080 | PLAINTIFF0000731 | Copy of retainer agreement between Mr. Reed and the Yurchak Law Firm | | |
| Exhibit 081 | PLAINTIFF0000737 | Copy of the Committee meeting minutes from January 9, 2023. | | |
| Exhibit 082 | PLAINTIFF0000743 | Copy of the Committee meeting minutes from January 13, 2023. | | |
| Exhibit 083 | PLAINTIFF0000746 | Exhibit D to the Committee meeting minutes from January 26, 2023. | | |
| Exhibit 084 | PLAINTIFF0000749 | Copy of the Committee meeting minutes from January 26, 2023. | | |
| Exhibit 085 | PLAINTIFF0000754 | Declaration of Benjamin Reed | | |
| Exhibit 086 | PLAINTIFF0000760 | Merkaba Consulting Agreement | | |
| Exhibit 087 | PLAINTIFF0000770 | Unredacted Copy of IRS Form SS-4, assigning an EIN to Movement DAO | | |
| Exhibit 088 | PLAINTIFF0000772 | Copy of posts made on Discord | | |
| Exhibit 089 | PLAINTIFF0000773 | Copy of various messages on MovementDAO's Discord | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 090 | PLAINTIFF0000774 | Copy of the MovementDAO's budget | | |
| Exhibit 091 | PLAINTIFF0000784 | Email from Mr. Phillips to Mr. Gordon regarding accounting expenses and budget | | |
| Exhibit 092 | PLAINTIFF0000788 | Email discussion between Mr. Breslow, Mr. Gordon, Mr. Fine, and Mr. Phillips | | |
| Exhibit 093 | PLAINTIFF0000791 | Declaration of Mark Phillips | | |
| Exhibit 094 | PLAINTIFF0000809 | Declaration of Nicolas Bax re Reply In Support of Plaintiffs' Emergency Motion to Amend Temporary Restraining Order | | |
| Exhibit 095 | PLAINTIFF0000813 | Declaration of Reed Yurchak re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| Exhibit 096 | PLAINTIFF0000818 | Declaration of Aidan Heintzman re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| Exhibit 097 | PLAINTIFF0000822 | Etherscan.io transaction history for wallet: 0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525, that voted on MIP-0014, MIP-0015, MIP-0016, MIP-0017, MIP-0018, MIP-0019, MIP-0020, and MIP-0021 with 101K Move voting units, but possesses zero ERC-20 tokens, including zero MOVE tokens | | |
| Exhibit 098 | PLAINTIFF0000823 | Etherscan.io transaction history for wallet: 0x2770736960c4739f96d3a033676ff0e34e71fC63, that voted on MIP-0014, MIP-0015, MIP-0016, MIP-0017, MIP-0018, MIP-0019, MIP-0020, and MIP-0021 with 200K Move voting units, but possesses zero ERC-20 tokens, including zero MOVE tokens | | |
| Exhibit 099 | PLAINTIFF0000824 | Etherscan.io transaction history for wallet: 0x91898f9103cDBA1546DE834F6E26f019E09A0d4B, that voted on MIP-0014 and MIP-0015 with 100K Move voting units, but possesses zero ERC-20 tokens that are MOVE tokens | Duplicative of Ex. 60. Fed. R. Evid. 403. | |
| Exhibit 100 | PLAINTIFF0000825 | Declaration of Nicolas Bax re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| Exhibit 101 | PLAINTIFF0000830 | Copy of two webpages on the Juicebox website: https://juicebox.money/ and https://juicebox.money/create | | |
| Exhibit 102 | PLAINTIFF0000833 | Copy of the landing page for PeaceDAO on the Juicebox platform. | | |
| Exhibit 103 | PLAINTIFF0000835 | Declaration of Ryan Breslow re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| Exhibit 104 | PLAINTIFF0000842 | Screenshot of text messages dated 1/29/22 between Fine and Phillips re Phillips working on Gitbook white paper | Duplicative of Ex. 60. Fed. R. Evid. 403. | |
| Exhibit 105 | PLAINTIFF0000843 | Screenshot of text message dated 3/24/22 from Fine to Phillips re Bolt Sales implementation and bothering Phillips | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 106 | PLAINTIFF0000845 | Screenshot of text messages dated 10/10/21 between Fine and Phillips re resources for project and security of vault and hacking/bleeding it of funds | | |
| Exhibit 107 | PLAINTIFF0000847 | Screenshot of text messages dated 7/2/22 between Fine and Phillips re Move token launch procedures | | |
| Exhibit 108 | PLAINTIFF0000848 | Screenshot of text messages dated 8/24/22 between Fine and Phillips re Token launch in 3 months and timeline | | |
| Exhibit 109 | PLAINTIFF0000849 | Declaration of Alex Fine re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| Exhibit 110 | PLAINTIFF0000856 | Snapshot of Gordon's email inbox & emails: -Index showing emails from 9/22 and 10/22 from "Reed Yurchak" - that are actually from m@dao-lawfirm.xyz, re requesting he sign Movement DAO documents | | |
| Exhibit 111 | PLAINTIFF0000871 | Screenshot of post by Phillips on chat platform called Discord on 7/4/22 and attachment associated with the post (internal-dao-lawfirm-analysis re: Legal Research - Securities and Tokens Notes for dao-lawfirm.eth) | | |
| Exhibit 112 | PLAINTIFF0000883 | Declaration of Jon Gordon re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | | |
| Exhibit 113 | PLAINTIFF0000889 | Email dated 5/2/22 from M. Welton (Yurchak law) to Gordon attaching 4/30/22 invoice for services provided by developers that Gordon approved in connection with the Movement DAO Project | | |
| Exhibit 114 | PLAINTIFF0000892 | Email dated 5/26/22 from M. Welton (Yurchak law) to Gordon attaching 5/26/22 invoice for services provided by developers that Gordon approved in connection with the Movement DAO Project | | |
| Exhibit 115 | PLAINTIFF0000894 | Screenshot of text message dated 3/13/22 from Phillips to Gordon re Project and interest | | |
| Exhibit 116 | PLAINTIFF0000895 | Screenshot of text message dated 8/9/22 from Phillips to Gordon re challenges and proposals | | |
| Exhibit 117 | PLAINTIFF0000896 | Declaration of Jon Gordon re Reply In Support of Plaintiffs' Emergency Motion to Amend Temporary Restraining Order | | |
| Exhibit 118 | PLAINTIFF0000899 | Defendants' Notice of Compliance and Response to Order to Show Cause | | |
| Exhibit 119 | PLAINTIFF0000909 | Declaration of Benjamin Reed re Defendants' Notice of Compliance and Response to Order to Show Cause | | |
| Exhibit 120 | PLAINTIFF0000915 | Breslow's emails to Phillips dated January 6 & 29, expressing concern with actions taken in recent weeks and recitation of Breslow's offer to redeem investors' contributions. | | |
| Exhibit 121 | PLAINTIFF0000917 | Text message exchange between Gordon and Phillips dated Aug 1, 2022, concerning the team members Gordon has brought in for the Movement project. | | |
| Exhibit 122 | PLAINTIFF0000920 | Text message exchange between Alex and Phillips dated Nov 2, 2021. | | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 123 | PLAINTIFF0000922 | MOVE Community twitter page showing two tweets | | |
| Exhibit 124 | PLAINTIFF0000923 | Movedao.eth Instagram page | | |
| Exhibit 125 | PLAINTIFF0000924 | natasha-pankina.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 126 | PLAINTIFF0000968 | pillowfightclub.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 127 | PLAINTIFF0001011 | tankbottoms.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 128 | PLAINTIFF0001412 | obstacker.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 129 | PLAINTIFF0001451 | service-provider.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 130 | PLAINTIFF0001552 | benreed.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 131 | PLAINTIFF0001593 | partypants.eth etherscan (wallet voted on MIP-0000) | | |
| Exhibit 132 | PLAINTIFF0001631 | 0x58Ba…1650 etherscan (wallet voted on MIP-0000) | | |
| Exhibit 133 | PLAINTIFF0001653 | Defendants cash accounting 2023.04.08 | | |
| Exhibit 134 | PLAINTIFF0001654 | Defendants cash accounting 2023.04.12 | | |
| Exhibit 135 | PLAINTIFF0001655 | Phillips text to Ryan July 30, 2022 | | |
| Exhibit 136 | PLAINTIFF0001656 | Phillips text to Ryan August 6, 2022 | | |
| Exhibit 137 | PLAINTIFF0001657 | Phillips criminal indictment | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction … substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |
| Exhibit 138 | PLAINTIFF0001674 | Phillips criminal judgement 2011.11.02 | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction … substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |
| Exhibit 139 | PLAINTIFF0001681 | Phillips criminal final judgement 2013.07.26 | "Evidence of a witness's conviction is not admissible if more than ten years have elapsed since the date the witness was convicted or released from prison. . . . Nevertheless, an older conviction may be introduced if 'the court determines, in the interests of justice, that the probative value of the conviction … substantially outweighs its prejudicial effect.'" *United States v. Walthour*, 202 F. App'x 367, 371 (11th Cir. 2006) (quoting Fed. R. Evid. 609(b)). Mr. Phillips was released from prison on March 29, 2013, and the prejudicial value of this document is not substantially outweighed by the probative value. https://www.bop.gov/mobile/find_inmate/byname.jsp (search for Mark (first name), Edward (middle name), Phillips (last name)). | |

| Exhibit Number | Begin Bages Number | Description | Defendants' Objections | Admitted or Excluded |
|---|---|---|---|---|
| Exhibit 140 | PLAINTIFF0001687 | Daniel Resnick-Nellie's LinkedIn profile | | |
| Exhibit 141 | PLAINTIFF0001689 | Example Currency Swap transaction hash 0x6b17...b81b | | |
| Exhibit 142 | PLAINTIFF0001690 | Example Token Transfer transaction hash 0x7b91...a2d2 | | |
| Exhibit 143 | PLAINTIFF0001693 | Hearing transcript | | |
| Exhibit 144 | PLAINTIFF0001730 | Screen capture of Move.xyz's "Legal Tools" listing dao-lawfirm.eth as reed@dao-lawfirm.xyz | | |
| Exhibit 145 | PLAINTIFF0001732 | Jan 1, 2022 Text message bteween Jon Gordon and Mark Phillips | | |
| Exhibit 146 | PLAINTIFF0001733 | Mar. 18, 2022 Text message between Jon Gordon and Mark Phillips | | |
| Exhibit 147 | PLAINTIFF0001736 | Aug. 16, 2022 Text message between Jon Gordon and Mark Phillips | | |
| Exhibit 148 | PLAINTIFF0001737 | June 15, 2022 Text message between Jon Gordon and Mark Phillips | | |
| Exhibit 149 | PLAINTIFF0001738 | Text message between Jon Gordon and Mark Phillips | | |
| Exhibit 150 | PLAINTIFF0001739 | Etherscan transaction records of certain transactions listed on Ex. 90 | | |
| Exhibit 151 | PLAINTIFF0001760 | I/C vendor agreements between TED ONE and Shopymiz | | |
| Exhibit 152 | PLAINTIFF0001771 | I/C vendor agreements between TED ONE and Form Fiction | | |
| Exhibit 153 | PLAINTIFF0001782 | I/C vendor agreements between TED ONE and Action Engine | | |
| Exhibit 154 | PLAINTIFF0001794 | DAO endowment Gnosis SAFE transaction record | | |
| Exhibit 155 | PLAINTIFF0001812 | MIP-0000 Snapshot Voting Record | | |
| Exhibit 156 | PLAINTIFF0001813 | Aug 2021 "Merkaba Safes" email. | | |
| Exhibit 157 | PLAINTIFF0001814 | This shows that Mark was the one handling the Gnosis SAFE | | |
| Exhibit 158 | PLAINTIFF0001815 | Sept. 2021 Gnosis Address book email | | |
| Exhibit 159 | PLAINTIFF0001816 | July 8, 2022 Discord post from Aidan Heintzman. | | |
| Exhibit 160 | PLAINTIFF0001817 | Defendants cash accounting 2023.04.13 | | |
| Exhibit 161 | PLAINTIFF0001818 | 12/6/2022 text message from Alex Fine to Mark Phillips | | |
| Exhibit 162 | PLAINTIFF0001819 | November 2022 text between Alex Fine and Mark Phillips | | |
| Exhibit 163 | PLAINTIFF0001821 | December 2022 text between Alex Fine and Mark Phillips | | |
| Exhibit 164 | PLAINTIFF0001822 | Nov 5, 2021 text message between Alex Fine and Mark Phillips | | |
| Exhibit 165 | PLAINTIFF0001823 | [SEALED]  Declaration of Jango | Hearsay. Fed. R. Evid. 802. Prejudice substantially outweighs probative value. Fed. R. Evid. 403. | |
| Exhibit 166 | PLAINTIFF0001827 | Etherscan domain name lookup for Jango.eth | | |
| Exhibit 167 | PLAINTIFF0001829 | Plaintiffs' Response to Defendants' Notice of Compliance and Response to Order to Show Cause | | |
| Exhibit 168 | PLAINTIFF0001837 | Copy of move.xyz website | | |
| Exhibit 169 | PLAINTIFF0003908 | Etherscan.io transaction history for cookieslayer.eth | | |

Dated: April 26, 2023

*[signature: Christopher T. Berg]*

John K. Shubin, Esq.
Dylan M. Helfand, Esq.
Jamie L. Katz, Esq.
**SHUBIN & BASS, P.A.**
150 W Flagler Street, Suite 1420
Miami, FL 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
Email:  jshubin@shubinbass.com
             jkatz@shubinbass.com
             dhelfand@shubinbass.com

*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon*

Christopher T. Berg (*pro hac vice pending*)
Benjamin J. Kussman (*pro hac vice pending*)
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
(310) 274-7100
Email:  cberg@egcfirm.com
             bkussman@egcfirm.com

*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon*