UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL MINUTES/CALENDAR
COURTROOM NO. 3 – 9:00 AM

**MAGISTRATE JUDGE**: **LISETTE M. REID**

Case No. *23-20727-CIV-ALTMAN*

Date 4/27/23                                                  END: 5:00 PM

Clerk Elizabeth Rodriguez

DAR: 15:28:59; 13:05:46              COURT REPORTER Glenda Powers

Title of Case Breslow, et al Phillips, et al

Plaintiffs' Attorney(s) Benjamin Kussman, Christopher Berg, Jamie Katz, Andrew Iglesias

Defendants' Attorney(s) Jesse Franklin-Murdock, Nitoj Singh

Reason for Hearing: Preliminary Injunction Hearing

Result of Hearing
-For the Plaintiff: 1) Ryan Breslow sworn & testified; 2) Jon Gordon sworn & testified; 3) Reed Yurchak sworn & testified.

Case continued to  5/1/23        Time   11:00 am        For  Telephonic Scheduling Conference
Misc.