UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>              Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>              Defendants.<br><hr><br>MOVEMENTDAO and MARK PHILLIPS,<br><br>              Counterclaim-Plaintiffs<br><br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>              Counterclaim-Defendants | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**STIPULATION TO EXTEND TIME FOR COUNTERCLAIM-DEFENDANTS TO RESPOND TO COUNTERCLAIM**

IT IS HEREBY STIPULATED AND AGREED between Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon (collectively, "Counterclaim-Defendants"), and Counterclaim-Plaintiffs MovementDAO and Mark Phillips ("Counter-Claim Plaintiffs") (all collectively, the "Parties"), that Counterclaim-Defendants may have additional time within which to answer or otherwise respond to Counterclaim-Plaintiffs' Counterclaim.

On April 27, 2023, the Court held a hearing on Plaintiffs' request for a preliminary injunction. That hearing was not concluded but is scheduled to resume on May 25, 2023. In light of the pending preliminary injunction hearing, and the Parties' dedicated efforts towards the

same, the Parties agree that Counterclaim-Defendants must serve answers or otherwise respond to Counterclaim-Plaintiffs' Counterclaim within twenty-one (21) days following the parties' closing arguments at the preliminary injunction hearing, or, if there are no closing arguments, following the conclusion of testimony.

This document is being electronically filed through the Court's CM/ECF System. In this regard, counsel for Counterclaim-Defendants hereby attest that (1) the content of this document is acceptable to all persons required to sign the document (2) Counterclaim-Plaintiffs' counsel has agreed to the filing of this document, and (3) a record supporting this agreement is available for inspection or production if so ordered.

Dated: May 12, 2023

| | /s/ Christopher T. Berg |
|---|---|
| John K. Shubin, Esq. | Christopher T. Berg (*pro hac vice pending*) |
| Dylan M. Helfand, Esq. | Benjamin J. Kussman (*pro hac vice pending*) |
| Jamie L. Katz, Esq. | **ELLIS GEORGE CIPOLLONE** |
| **SHUBIN & BASS, P.A.** | **O'BRIEN ANNAGUEY LLP** |
| 150 W Flagler Street, Suite 1420 | 2121 Avenue of the Stars, 30th Floor |
| Miami, FL 33130 | Los Angeles, California 90067 |
| Tel.: (305) 381-6060 | (310) 274-7100 |
| Fax: (305) 381-9457 | Email: cberg@egcfirm.com |
| Email: jshubin@shubinbass.com | bkussman@egcfirm.com |
| jkatz@shubinbass.com | |
| dhelfand@shubinbass.com | *Attorneys for Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, And Jon Gordon* |
| *Attorneys for Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, And Jon Gordon* | |

Dated: May 12, 2023

| | By: /s/ Jesse D. Franklin |
|---|---|
| Matthew Sarelson, esq. | Nitoj P. Singh *(Pro Hac Vice)* |
| Dhillon Law Group Inc. | Jesse D. Franklin-Murdock *(Pro Hac Vice)* |
| 1601 Forum Place, Suite 403 | Harmeet Dhillon, Esq. |
| West Palm Beach, Florida 33401 | Dhillon Law Group Inc. |

| | |
|---|---|
| Office: 305.773.1952<br>Fax: 415.520.6593<br>Email: msarelson@dhillonlaw.com<br><br>*Attorneys for Defendants Mark Phillips and Benjamin Reed* | 177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Office: 415-433-1700<br>Email: nsingh@dhillonlaw.com<br>        jfranklin-murdock@dhillonlaw.com<br>        harmeet@dhillonlaw.com<br><br>*Attorneys for Defendants Mark Phillips and Benjamin Reed* |

SO ORDERED:

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2023, the foregoing was electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to authorized CM/ECF files.

*/s/Jamie Katz*

Attorney