UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

## DECLARATION OF MARK PHILLIPS

I, Mark Phillips, declare as follows:

1. I am a defendant in this action, am over the age of eighteen, and am competent to testify as to the matters herein. The following is based upon personal knowledge unless otherwise stated.

2. Through my company, Meow, LLC, I have incurred expenses on MovementDAO's behalf in the amount of $88,586.35, for which I have received no reimbursement.

1

3. Prior to the initiation of this lawsuit, I used the funds in my Investment Robinhood account primarily for personal purposes.

4. I have caused MovementDAO funds to be routed through this account to facilitate the payment of vendors, and I have made efforts to cease using this account in an abundance of caution in order to avoid a dispute about my compliance with the Court's Order Granting the Plaintiffs' Emergency *Ex Parte* Application for Entry of Temporary Restraining Order, dated February 28, 2023.

5. I rely on my Investment Robinhood account to pay bills and living expenses, and I will face significant hardship unless the Court confirms that I may access the funds in that account.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

DocuSigned by:

*Mark Phillips*

18C8B6E5A594474...

Mark Phillips