UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

**DECLARATION OF BENJAMIN REED**

I, Benjamin Reed, declare as follows:

1. I am a defendant in this action, am over the age of eighteen, and am competent to testify as to the matters herein. The following is based upon personal knowledge unless otherwise stated.

2. I am the Authorized Member of Counterclaim-Plaintiff MovementDAO ("MovementDAO"), and I am therefore familiar with MovementDAO's business records and files.

1

3. At present, the Movement Gnosis Account contains cryptocurrency equivalent to $11,978,213.15, and the Developer Gnosis Account contains cryptocurrency equivalent to $21,801.65. These values fluctuate based on the value of DAI and Ethereum relative to the dollar.

4. Attached hereto as **Exhibit 1** is a true and correct copy of MovementDAO's cash accounting, which I prepared based on my knowledge of MovementDAO's records and files.

5. Attached hereto as **Exhibit 2** is a true and correct copy of MIP-0018, which MovementDAO maintains in its records and files in its ordinary course of business. MIP-0018 shows that MovementDAO owed Mikhail Radin ("Mr. Radin") 234,035 DAI (nearly the same amount in dollars) for deferred 2022 compensation. MIP-0018 was approved by the MovementDAO community.

6. As Mr. Radin continued to work for MovementDAO in 2023, MovementDAO continued to incur financial obligations to Mr. Radin for services rendered.

7. On February 14, 2023, before the Court's Order Granting the Plaintiffs' Emergency *Ex Parte* Application for Entry of Temporary Restraining Order, dated February 28, 2023 (the "TRO") was issued, MovementDAO paid Mr. Radin $79,520.00 for work he performed in December 2022 and January 2023, which is separate from the deferred compensation obligation shown in MIP-0018.

8. On March 8, 10, and 13, 2023, MovementDAO issued payment to Mr. Radin in the respective amounts of $100,000.00, $100,000.00, and $38,417.67, which would have constituted payment in full through April 2023.

9. It is my understanding as Authorized Member of MovementDAO that MovementDAO owes Mr. Radin the $238,417.67 that he returned to MovementDAO on April 13, 2023.

10. MovementDAO contracts with Action Engine, a company operated by Sergey Sukov, for support engineering and development consulting. Action Engine began performing work for what became MovementDAO in September 2021. Action Engine's work focuses on core back-end infrastructure, website development, and cloud service deployment. MovementDAO currently owes Action Engine $55,000.00 for services rendered, which is equivalent to three months of services.

11. Action Engine has taken its three application developers off the MovementDAO development project, resulting in further delays and distractions for the core development team.

12. Yuri Popov is a part-time developer who has provided support engineering services to MovementDAO on a part-time basis since September 2022. Mr. Popov's work focuses on MovementDAO's web application, user interface styling, internationalization, and infrastructure testing. MovementDAO currently owes Mr. Popov $4,527.25 for services rendered, which is equivalent to one month of services.

13. Aishwarya Narayana is a design and program manager who has provided services to MovementDAO since January 2023. Ms. Narayana's focus is developing the text and graphic interfaces by which users will interact with MovementDAO's application, and she also provides branding and product expression services. MovementDAO pays Ms. Narayana through the company Viciously AB (which is owned and operated by Evita Stenqvist, another MovementDAO developer). MovementDAO currently owes Ms. Narayana $32,000.00 for services rendered, which is equivalent to two months of services. Ms. Narayana provided a resignation notice to McKinsey & Company (where she was previously employed) to focus on MovementDAO on a full-time basis.

14. In addition to these contractors, MovementDAO owes Meow, LLC (owned and operated by Mr. Phillips) $30,860.00 for advancing funds MovementDAO owed Daniel Resnick-Neillie for work he provided to MovementDAO's for governance and documentation.

15. On May 31, 2023, MovementDAO will owe Mr. Radin $33,333.34 for services rendered in May 2023.

16. On May 31, 2023, MovementDAO will owe Ms. Stenqvist $30,000.00 for services rendered in May 2023. Ms. Stenqvist has served as MovementDAO's lead front-end developer since April 2022. Ms. Stenqvist is responsible for all website and user interface components of the MovementDAO and associated DAOLABS platforms. Ms. Stenqvist also supervises Action Engine and Ms. Narayana's work.

17. On May 31, 2023, MovementDAO will owe Ms. Narayana $16,000.00 for services rendered in May 2023.

18. On May 31, 2023, MovementDAO will owe Sameer Tariq $15,000.00 for services rendered in May 2023. Mr. Tariq has worked as a senior Typescript developer for MovementDAO since December 2021. Mr. Tariq works on MovementDAO's core application development and its back-end systems architecture.

19. On May 31, 2023, MovementDAO will owe Mr. Resnick-Neillie $7,715.00 for services provided in May 2023. Mr. Resnick-Neillie is an attorney who began providing services to MovementDAO in 2023, and responsibilities include reviewing governance proposals, editing legal and entity formation documents, conducting legal research, drafting legal analysis, and providing advice on general legal matters.

20. On May 31, 2023, MovementDAO will owe Natalia Phillips $15,000.00 for services rendered in May 2023. Ms. Phillips is a designer and graphic artist who has provided

services to what became MovementDAO since November 2021. Ms. Phillips is responsible for most of the artwork utilized by MovementDAO and its affiliates, including, without limitation, MovementDAO's entire application interface for both the DAO treasury and the non-fungible tokens ("NFT") collection system; artwork for the platform NFTs including the MAPE non-fungible tokens used for voting; the PeaceDAO brand, merchandise and NFT; and the DAOLABS logo, branding, and governance website.

21. I have incurred expenses on MovementDAO's behalf in the amount of $22,095.91 for which he has received no reimbursement.

22. Prior to the initiation of this lawsuit, I generally used my personal Wells Fargo checking account with an account number ending in 9216 ("Reed Wells Fargo Account") for personal purposes.

23. I have caused MovementDAO funds to be routed through the Reed Wells Fargo Account to facilitate the payment of vendors, and I have made efforts to cease using this account in an abundance of caution in order to avoid a dispute about my compliance with the TRO.

24. While MovementDAO's contractors have provided valuable services for MovementDAO, their work will likely cease if the Court does not permit them to be paid.

25. Without the work of these contractors, almost all development work on MovementDAO will cease; all work performed by the parties to-date will have been for naught; the MovementDAO platform will never be completed; and no further social movements will be funded.

26. I rely on the Reed Wells Fargo Account to pay bills and living expenses, including the mortgage on my home, and I will face significant hardship unless the Court confirms that I may access the funds in this account.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

<div style="text-align: right;">
DocuSigned by:

*Benjamin Reed*

AE782D911EE54B9

Benjamin Reed
</div>

# EXHIBIT 1

**AMOUNT OF CRYPTOCURRENCY RECEIVED BY BENJAMIN REED & MARK PHILLIPS - CONVERTED TO FIAT AND NOT UNWOUND**

| TnX Date | From ENS | To ENS | Amount - USD | Comments | |
|---|---|---|---|---|---|
| 2/2/2023 | dev.gnosis.eth | benreed.eth | $ 592,378.66 | $500,000 indemnification; $92,378.66 payroll | |
| 2/2/2023 | dev.gnosis.eth | benreed.eth | $ 250,159.91 | Movement 2023 operating expenses | |
| 2/2/2023 | dev.gnosis.eth | benreed.eth | $ 322,034.67 | Mikhail Radin's payroll | |
| 2/2/2023 | dev.gnosis.eth | Mark Phillip's Robinhood | $ 64,937.51 | reimbursement of expenses - Meow, LLC Dec. 2022/Jan. 2023 | |
| 2/2/2023 | dev.gnosis.eth | tankbottoms.eth | $ 1,058,676.73 | $500,000 indemnification; $558,676.73 payroll | |
| 2/5/2023 | dev.gnosis.eth | serviceprovider.eth | $ 16,298.00 | reimbursement of expenses - Daniel Resnick-Neillie, unwound with return of service-provider funds | *funds were returned to gnosis with last service-provider Txn |
| | | | $ 2,304,485.48 | Total funds received by Benjamin Reed & Mark Phillips | |

**TRANSACTIONS RELATED TO MOVEMENTDAO WITH MOVEMENTDAO'S FUNDS**

| Date | Transfer From | Transfer To | Amount - USD | Comments |
|---|---|---|---|---|
| 2/9/2023 | DAOLABS-LLC…0195 | Aishwarya Narayana (summerelf) | $ 7,350.00 | Payment for UX, UI, branding work |
| 2/9/2023 | DAOLABS-LLC…0195 | DAOLABS-Credit…4139 | $ 18,669.89 | DAOLABS LLC credit card payment |
| 2/10/2023 | DAOLABS-LLC…0195 | Action Engine | $ 47,000.00 | Developer consultant payment, Dec/Jan invoices |
| 2/13/2023 | DAOLABS-LLC…0195 | Chase bank | $ 35.00 | Bank fee |
| 2/13/2023 | DAOLABS-LLC…0196 | Dhillon Law Group | $ 250,000.00 | Reed indemnification payment to DLG |
| 2/13/2023 | MEOW…0326 | Dhillon Law Group | $ 50,000.00 | Phillips indemnification payment to DLG |
| 2/14/2023 | DAOLABS-INC…2721 | Mikhail Radin | $ 79,520.00 | Mikhail Radin payment ($322,034.67), installment 1 of 4 |
| 2/16/2023 | DAOLABS-LLC…0195 | Chase bank | $ 15.00 | Bank fee |
| 2/23/2023 | DAOLABS-INC…2721 | DAOLABS-LLC-Coinbase | $ 100.00 | Seed payment for DAOLABS LLC Coinbase business account |
| 2/27/2023 | DAOLABS-INC…2721 | Meow-LLC…0326 | $ 40,000.00 | Reimbursement of expenses to Meow, LLC in accordance with MIP-0017 |
| 3/8/2023 | DAOLABS-LLC…0195 | Mikhail Radin | $ 100,000.00 | Mikhail Radin payment ($322,034.67), installment 2 of 4 |
| 3/10/2023 | DAOLABS-LLC…0195 | Mikhail Radin | $ 100,000.00 | Mikhail Radin payment ($322,034.67), installment 3 of 4 |
| 3/13/2023 | DAOLABS-LLC…0195 | Mikhail Radin | $ 38,417.67 | Mikhail Radin payment ($322,034.67), installment 4 of 4 |
| 3/15/2023 | DAOLABS-LLC…0195 | Chase bank | $ 40.00 | Bank fee |
| 3/15/2023 | DAOLABS-LLC…0195 | Aishwarya Narayana | $ 14,700.00 | SummerElf payment for UX, UI, branding work |
| 3/16/2023 | DAOLABS-LLC…0196 | 8cast Corporation | $ 548.25 | Consultant - financial; financial model work |
| 4/13/2023 | Mikhail Radin | DAOLABS-LLC…0195 | $ (238,417.67) | Transfer of deferred developer payout funds back to DAOLABS LLC Chase account |
| | | | $ 507,978.14 | |

**BALANCE OF FIAT ACCOUNTS - MOVEMENT & PERSONAL**

| Date | Account | Beginning Balance (USD) | Current Balance (USD) | Comments |
|---|---|---|---|---|
| 4/12/2023 | DAOLABS LLC CHASE CHECKING…0195 | $ 1,336.46 | $ 280,498.32 | Current balance as of 5/10/23 |
| 4/12/2023 | DAOLABS INC CHASE CHECKING…2721 | $ 1,185.00 | $ 111,049.67 | Current balance as of 5/10/23 |
| 4/12/2023 | BEN REED ROBINHOOD | $ 90.26 | $ 261.26 | Current balance as of 5/10/23 |
| 4/12/2023 | BEN REED CHASE CHECKING…4135 | $ 188.00 | $ 257,138.33 | Current balance as of 5/10/23 |
| 4/12/2023 | BEN REED WF CHECKING…9216 | $ 5,855.19 | $ 126,119.62 | Current balance as of 5/10/23 |
| 4/12/2023 | MARK PHILLIPS ROBINHOOD - INVESTMENT | $ - | $ 1,216,929.23 | Current balance as of 5/10/23 |
| 4/12/2023 | MARK PHILLIPS ROBINHOOD - SPENDING | $ - | $ - | Current balance as of 5/10/23 |
| 4/12/2023 | MEOW LLC CHASE CHECKING…0326 | $ 100.55 | $ 45,316.89 | Current balance as of 5/10/23 |
| | | | $ 2,037,313.32 | |
| | | | Total fiat | DAOLABS + Personal accounts |

| | | Accounted for Movement funds | $ 2,545,291.46 | Spent TRO funds + Fiat account balances |

# EXHIBIT 2



# MIP-0018: Proposal for Deferred 2022 Developer Payouts

Closed · Movement DAO: Consensus Space by rice$cracker (Core)

```
Authors: benreed.eth
Date: 2023-01-31
```

## Thesis

Over the course of 2022, certain developer consultants ("Developers"), listed below, requested the DAO to defer payouts until the upcoming new year. The DAO accepted the request of the Developers and deferred certain payouts. Now that it is the new year, 2023, monies from deferred payouts can now be paid to the Developers.

## Motivation

Attracting and retaining top developer talent is the top priority for the DAO. In an effort to support this priority, the Service Provider and Authorized Members of the DAO, benreed.eth and tankbottoms.eth, agreed to the Developers request to defer payouts. It is in the best interest of the DAO to honor all agreements made with these Developers in order to avoid loss of talent and maintain the DAO's reputation.

## Specification

## Specification

The Gnosis Multi-sig[1] shall transfer `DAI 349,035`, to the Developer Multisig[2].

## Deferred Developer Payout

The following table represents the total amount of deferred 2022 payouts now due to the Developers. The Developers each have agreements with the DAO and are recognized as senior developers within their respective technology areas: Solidity Smart Contract and UX front-end Typescript development.

| Due Date | Developer Consultant | Deferred Amount | Deferred Months | Practice Area |
| --- | --- | --- | --- | --- |
| 2023-01-01 | 0xF1cf...eD7C | DAI 234,035 | January, October, November | Smart Contracts |
| 2023-01-01 | 0x89Ff...84fF | DAI 85,000 | October, November | UX Typescript |
| 2023-01-01 | 0x57a1...0d37 | DAI 30,000 | October, November | UX Typescript |

The total amount of developer payouts deferred in 2022 was `DAI 349,035`.

## Utilization

The Authorized Members, benreed.eth and tankbottoms.eth, have reviewed and confirm this was the agreement made with the above mentioned Developers.

## Rationale

The DAO is required to abide by it's Guiding Principles and Code of Conduct, requiring its Members to honor agreements made in good faith and follow through with deferred payouts. Additionally the DAO aspires to be an attractive destination for top talent in Web3; therefore, the DAO's Authorized Members want to continue to support requests of the few developers it employs including flexible payout requests.

## Risks

- Delay in the deferred payouts has resulted in loss of trust and goodwill from the Developers.
- Deferred payouts require additional overhead and administrative support to execute.
- Deferred payouts have the potential to distort budget burn rates and complicate accounting.

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of `DAI 349,035` to the Developer Multisig (hereinafter, "Deferred Developer Payout") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Developer Multisig further transfer `DAI 349,035` to the accounts specified by the previously mentioned developers for the deferred 2022 payouts. Account transfers may

developers for the deferred 2022 payouts. Account transfers may include conversion to fiat currency and or other digital assets.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER:** That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

## Authors

1. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

---

1. The DAO Multisig is a Gnosis Safe at `0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6` on the Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at

**000275**

0x2187e6a7c765777d50213346F0Fe519fCA706fbD on the Ethereum Mainnet. ⤶

| Votes 5 | Show less | ⬇ |
|---|---|---|
| 0x2987...0fE0 | For | 1.9M MOVE |
| 0x2770...fC63 | For | 200K MOVE |
| rice$cr... Core | For | 197K MOVE |
| 0x4e33...a525 | For | 101K MOVE |
| 0xc928...A296 | For | 80K MOVE |

## Information

| | |
|---|---|
| Strategie(s) | 🌊🌊 |
| IPFS | #bafkrei ↗ |
| Voting system | Basic voting |
| Start date | Feb 2, 2023, 2:27 AM |
| End date | Feb 9, 2023, 2:27 AM |
| Snapshot | 16,540,511 ↗ |

## Results

For                              2.4M MOVE  100%

Against                              0 MOVE  0%

Case 1:23-cv-20727-RKA Document 86-3 Entered on FLSD Docket 05/16/2023 Page 15 of 17

I voted POAP

000277

4/6/23, 2:57 PM
Movement DAO Consensus Space Proposal: MIP-0018 Proposal for Deferral of 2022 Developer payouts
Case 1:23-cv-20727-RKA Document 86-3 Entered on FLSD Docket 05/16/2023 Page 16 of 17



**000278**

| address | choice | voting_power | timestamp | date_utc | author_ipfs_hash |
|---|---|---|---|---|---|
| 0x298761434ba7d4c99825C5317e643D2818Aa0fE0 | 1 | 1866129.295 | 1675334792 | Thu, 02 Feb 2023 10:46:32 GMT | bafkreigqjjiga5phdw4u5l62kllhgvrbec5rdyjhgbub7z7wzcz4rpbhvq |
| 0x2770736960c4739f96d3a033676ff0e34e71fC63 | 1 | 200276.96 | 1675473194 | Sat, 04 Feb 2023 01:13:14 GMT | bafkreif7jbozjmflm6s3el5wkehlx4beuy43bxhg3yo7ml4r5452wsdegi |
| 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 1 | 197010.91 | 1675343884 | Thu, 02 Feb 2023 13:18:04 GMT | bafkreib4fzse6igy2tlbgwt6vj6dixwrpei3ktmyvbkimrrflcglptdmai |
| 0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525 | 1 | 100951.97 | 1675403428 | Fri, 03 Feb 2023 05:50:28 GMT | bafkreiaqpmpxkotaf433v5gf6qh6qhyo6n7wh4plydzxnm76weraneymfy |
| 0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296 | 1 | 79999.995 | 1675468003 | Fri, 03 Feb 2023 23:46:43 GMT | bafkreiepfyzspxsnn6qrkreav2i2qovuo27b7dvafqwhauukiyb5xeewze |