UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

**DECLARATION OF NITOJ P. SINGH**

I, Nitoj P. Singh, declare as follows:

1.    I am one of the attorneys representing Defendants and Counterclaim-Plaintiffs in this action, am over the age of eighteen, and am competent to testify as to the matters herein. The following is based upon personal knowledge unless otherwise stated.

1

2. I caused a cash accounting substantially similar to the cash accounting attached to the Declaration of Benjamin Reed as **Exhibit 1** to be shared with Plaintiffs' counsel on April 13, 2023.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2023

/s/ Nitoj P. Singh
Nitoj P. Singh