UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/Reid

**RYAN BRESLOW**, *et al.*,

    *Plaintiffs*,

*v.*

**MARK PHILLIPS**, *et al.*,

    *Defendants.*

_____/

**ORDER**

The Defendants and Counterclaimants have filed an Expedited Motion to Modify the Temporary Restraining Order (the "Motion") [ECF No. 86]. Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that the Motion [ECF No. 86] is **REFERRED** to United States Magistrate Judge Lisette M. Reid for an order.

**DONE AND ORDERED** in the Southern District of Florida on May 17, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record