# Exhibit B

**Ben Kussman**

---

| | |
|---|---|
| **From:** | Christopher T. Berg |
| **Sent:** | Wednesday, April 5, 2023 10:07 PM |
| **To:** | Nitoj Singh (Dhillon Law) |
| **Cc:** | Jesse Franklin-Murdock (Dhillon Law); Matthew Sarelson (Dhillon Law); Travis Yokoyama (Dhillon Law); Ben Kussman; Andrew R. Iglesias; Eric M. George |
| **Subject:** | Re: Breslow, et al. v. Phillips, et al. |

Nitoj,

We did not receive a response from you regarding (1) the documents you intend to use at the PI hearing that implicate privilege issues, (2) the status of the accounting for the DAO endowment funds converted to cash, (3) whether your firm received DAO endowment funds after the TRO issued, and (4) whether your firm will return the DAO endowment funds you have already received. Your failure to respond on these issues is prejudicing our ability to prepare for the preliminary injunction hearing. When are you available this Thursday, April 6, to meet and to confer about them?


Chris

Get Outlook for iOS

---

**From:** Christopher T. Berg
**Sent:** Monday, April 3, 2023 5:31:03 PM
**To:** Nitoj Singh (Dhillon Law) <nsingh@dhillonlaw.com>
**Cc:** Jesse Franklin-Murdock (Dhillon Law) <JFM@dhillonlaw.com>; Matthew Sarelson (Dhillon Law) <Msarelson@dhillonlaw.com>; Travis Yokoyama (Dhillon Law) <TYokoyama@dhillonlaw.com>; Ben Kussman <bkussman@egcfirm.com>; Andrew R. Iglesias <aiglesias@egcfirm.com>; Eric M. George <egeorge@egcfirm.com>
**Subject:** Breslow, et al. v. Phillips, et al.

Counsel,

Please see the attached correspondence.

Regards,

Chris

**Christopher T. Berg** | Partner

ELLIS GEORGE CIPOLLONE

ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP

2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@egcfirm.com
www.egcfirm.com