# Exhibit C

## Ben Kussman

| | |
|---|---|
| **From:** | Nitoj Singh (Dhillon Law) <nsingh@dhillonlaw.com> |
| **Sent:** | Thursday, April 6, 2023 8:57 AM |
| **To:** | Christopher T. Berg |
| **Cc:** | Jesse Franklin-Murdock (Dhillon Law); Matthew Sarelson (Dhillon Law); Travis Yokoyama (Dhillon Law); Ben Kussman; Andrew R. Iglesias; Eric M. George |
| **Subject:** | RE: Breslow, et al. v. Phillips, et al. |

Chris,

We have not yet finalized the documents we intend to use at the PI hearing. Once we do, we will share those with you. We expect to share the accounting with you this week, and can meet and confer at the beginning of next week on all issues. I'm out of the office in expert meetings today and tomorrow. Our firm has not received any DAO funds since the TRO issued. We admitted to the Court at the last hearing that we had received DAO funds prior to the TRO, and will again seek guidance from the Court with respect to those funds.

Nitoj

--
**Nitoj P. Singh**
**Partner**
Dhillon Law Group Inc.

177 Post Street, Suite 700
San Francisco, CA 94108

**Email:** nsingh@dhillonlaw.com
**O:** 415.433.1700



**From:** Christopher T. Berg <cberg@egcfirm.com>
**Sent:** Wednesday, April 5, 2023 10:07 PM
**To:** Nitoj Singh (Dhillon Law) <nsingh@dhillonlaw.com>
**Cc:** Jesse Franklin-Murdock (Dhillon Law) <JFM@dhillonlaw.com>; Matthew Sarelson (Dhillon Law) <Msarelson@dhillonlaw.com>; Travis Yokoyama (Dhillon Law) <TYokoyama@dhillonlaw.com>; Ben Kussman <bkussman@egcfirm.com>; Andrew R. Iglesias <aiglesias@egcfirm.com>; Eric M. George <egeorge@egcfirm.com>
**Subject:** Re: Breslow, et al. v. Phillips, et al.


**External Email**

Nitoj,

We did not receive a response from you regarding (1) the documents you intend to use at the PI hearing that implicate privilege issues, (2) the status of the accounting for the DAO endowment funds converted to cash, (3) whether your firm received DAO endowment funds after the TRO issued, and (4) whether your firm will return the DAO endowment funds

1

you have already received.  Your failure to respond on these issues is prejudicing our ability to prepare for the preliminary injunction hearing.  When are you available this Thursday, April 6, to meet and to confer about them?

Chris

Get Outlook for iOS

---

**From:** Christopher T. Berg
**Sent:** Monday, April 3, 2023 5:31:03 PM
**To:** Nitoj Singh (Dhillon Law) <nsingh@dhillonlaw.com>
**Cc:** Jesse Franklin-Murdock (Dhillon Law) <JFM@dhillonlaw.com>; Matthew Sarelson (Dhillon Law) <Msarelson@dhillonlaw.com>; Travis Yokoyama (Dhillon Law) <TYokoyama@dhillonlaw.com>; Ben Kussman <bkussman@egcfirm.com>; Andrew R. Iglesias <aiglesias@egcfirm.com>; Eric M. George <egeorge@egcfirm.com>
**Subject:** Breslow, et al. v. Phillips, et al.

Counsel,

Please see the attached correspondence.

Regards,

Chris

**Christopher T. Berg** | Partner
**ELLIS GEORGE CIPOLLONE**
ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
T 310.274.7100 | F 310.275.5697
cberg@egcfirm.com
www.egcfirm.com

_____

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____