# Exhibit D

SUMMARY OF ACCOUNTS

| ACCOUNT NAME | OWNER | Balance as of January 28, 2023 | Present Balance of Account | COMMENTS |
|---|---|---|---|---|
| DAOLABS LLC CHASE CHECKING…0195 | MOVEMENT | $ 1,336.46 | $ 42,135.65 | Primary MOVEMENT, DAOLABS account |
| DAOLABS INC CHASE CHECKING…2721 | MOVEMENT | $ 1,185.00 | $ 111,049.67 | Secondary MOVEMENT, DAOLABS account |
| DAOLABS LLC CHASE CREDIT CARD...4139 | MOVEMENT | $ 870.47 | $ 3,298.61 | Statement balance as of 1/17/23; Primary payment source for entity operating expenses |
| BEN REED ROBINHOOD | Reed Personal | $ 90.26 | $ 261.26 | Used to convert crypto to fiat, primarily used for Movement and DAOLABS |
| BEN REED CHASE CHECKING…4135 | Reed Personal | $ 188.00 | $ 257,138.33 | Used to transfer MOVEMENT funds to DAOLABS Chase accounts |
| BEN REED WF CHECKING…9216 | Reed Personal | $ 5,855.19 | $ 47,497.86 | Personal bank account for salary, living expense; used sparingly for some business expenses |
| MARK PHILLIPS ROBINHOOD - INVESTMENT | Phillips Personal | - | $ 1,308,093.00 | $1,081,940.19 held in crypto; $175,043.36 in stock; $51,000 brokerage cash |
| MARK PHILLIPS ROBINHOOD - SPENDING | Phillips Personal | - | $ 12,626.94 | Spending cash account |
| MEOW LLC CHASE CHECKING…0326 | MEOW LLC | $ 100.55 | $ 13,491.82 | Used for MEOW and MOVEMENT operating expenses |
| MEOW LLC CHASE CREDIT CARD…4113 | MEOW LLC | $ 1,240.68 | $ 4,302.23 | Statement balance as of 1/19/23; used for MEOW and MOVEMENT operating expenses |
| | | | $ 1,799,895.37 | |

MOVEMENT RELATED TRANSACTIONS OCCURRING AFTER 4PM PT, FEBRUARY 28, 2023

| DATE | OWNER | ACCOUNT | AMOUNT | COMMENTS |
|---|---|---|---|---|
| 3/1/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (25.00) | bank fee |
| 3/8/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (100,000.00) | Mike Radin payment ($322,034.67), 2 of 4 |
| 3/10/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (100,000.00) | Mike Radin payment ($322,034.67), 3 of 4 |
| 3/13/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (38,417.67) | Mike Radin payment ($322,034.67), 4 of 4 |
| 3/15/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (40.00) | bank fee |
| 3/15/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (14,700.00) | summerelf payment for branding work |
| 3/16/2023 | MOVEMENT | DAOLABSLLC…0195 | $ (548.25) | Consultant - financial; 8cast Corporation financial model work |
| | | | $ (253,730.92) | |

Tab: account-summary

**DAO ACCOUNTS**

DAOLABS LLC CHASE CHECKING…0195

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Balance of January 28,2023 | $ | 1,336.46 | |
| 2/1/2023 | DEBIT | DAOLABSLLC…0195 | Chase bank | ACH bank fee | $ | (25.00) | fee |
| 2/9/2023 | DEBIT | DAOLABSLLC…0195 | Chase bank | Wire bank fee | $ | (40.00) | fee |
| 2/9/2023 | DEBIT | DAOLABSLLC…0195 | Aishwarya Narayana | Outgoing international wire - developer | $ | (7,350.00) | summerelf payment for UX, UI, branding work |
| 2/9/2023 | DEBIT | DAOLABSLLC…0195 | ChaseCredit…4139 | DAOLABS credit card payment | $ | (18,669.89) | internal transfer |
| 2/9/2023 | CREDIT | ReedChase…4135 | DAOLABSLLC…0195 | Online Transfer from CHK …4135 | $ | 78,000.00 | Fiat flow through from Reed Robinhood |
| 2/9/2023 | CREDIT | ReedChase…4135 | DAOLABSLLC…0195 | Online Transfer from CHK …4135 | $ | 322,034.67 | Fiat flow through from Reed Robinhood |
| 2/10/2023 | DEBIT | DAOLABSLLC…0195 | Action Engine | Online payment to developer | $ | (47,000.00) | Developer consultant payment, Dec/Jan invoices |
| 2/10/2023 | DEBIT | DAOLABSLLC…0195 | DAOLABSINC…2721 | Internal Transfer | $ | (80,000.00) | transfer to DAOLABS INC checking |
| 2/13/2023 | DEBIT | DAOLABSLLC…0195 | Chase bank | Wire bank fee | $ | (35.00) | fee |
| 2/13/2023 | DEBIT | DAOLABSLLC…0195 | Dhillon Law Group | Wire transfer - indemnification advance | $ | (250,000.00) | Reed indemnification payment to DLG |
| 2/13/2023 | DEBIT | DAOLABSLLC…0195 | DAOLABSINC…2721 | Internal Transfer | $ | (242,514.67) | transfer to DAOLABS INC checking |
| 2/13/2023 | CREDIT | ReedChase…4135 | DAOLABSLLC…0195 | Online Transfer from CHK …4135 | $ | 250,000.00 | Fiat flow through from Reed Robinhood |
| 2/16/2023 | DEBIT | DAOLABSLLC…0195 | Chase bank | DOMESTIC INCOMING WIRE FEE | $ | (15.00) | fee |
| 2/16/2023 | CREDIT | Venable | DAOLABSLLC…0195 | Incoming Wire | $ | 17,177.50 | return of unbilled Venable payment |
| 2/27/2023 | CREDIT | ReedChase…4135 | DAOLABSLLC…0195 | Online Transfer from CHK …4135 | $ | 250,000.00 | Fiat flow through from Reed Robinhood |
| 3/1/2023 | DEBIT | DAOLABSLLC…0195 | Chase bank | ACH bank fee | $ | (25.00) | fee |
| 3/8/2023 | DEBIT | DAOLABSLLC…0195 | Mike Radin | Outgoing ACH - Mike Radin 2022 deferred payroll | $ | (100,000.00) | Mike Radin payment ($322,034.67), 2 of 4 |
| 3/10/2023 | DEBIT | DAOLABSLLC…0195 | Mike Radin | Outgoing ACH - Mike Radin 2022 deferred payroll | $ | (100,000.00) | Mike Radin payment ($322,034.67), 3 of 4 |
| 3/13/2023 | DEBIT | DAOLABSLLC…0195 | Mike Radin | Outgoing ACH - Mike Radin 2022 deferred payroll | $ | (38,417.67) | Mike Radin payment ($322,034.67), 4 of 4 |
| 3/15/2023 | DEBIT | DAOLABSLLC…0195 | Chase bank | Wire bank fee | $ | (40.00) | bank fee |
| 3/15/2023 | DEBIT | DAOLABSLLC…0195 | Aishwarya Narayana | Outgoing international wire - developer | $ | (14,700.00) | summerelf payment for branding work |
| 3/16/2023 | DEBIT | DAOLABSLLC…0195 | 8cast Corporation | ACH payment to consultant | $ | (548.25) | Consultant - financial; financial model work |
| 3/20/2023 | CREDIT | ChaseChecking…2721 | DAOLABSLLC…0195 | Internal Transfer | $ | 23,000.00 | internal transfer |
| | | | | | $ | 42,168.15 | Present balance as of April 6, 2023 |

DAOLABS INC CHASE CHECKING…2721

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments |
|---|---|---|---|---|---|---|---|
| 1/28/2023 | | | | Balance of January 28,2023 | $ | 1,185.00 | |
| 1/31/2023 | DEBIT | DAOLABSINC..2721 | Chase bank | Bank fee | $ | (15.00) | fee |
| 2/10/2023 | CREDIT | DAOLABSLLC…0195 | DAOLABSINC..2721 | Internal Transfer | $ | 80,000.00 | internal transfer |
| 2/13/2023 | CREDIT | DAOLABSLLC…0195 | DAOLABSINC..2721 | Internal Transfer | $ | 242,514.67 | internal transfer |
| 2/14/2023 | DEBIT | DAOLABSINC..2721 | dsintermediatd | Outgoing ACH - MikeR 2022 deferred payroll | $ | (79,520.00) | MikeR payment ($322,034.67), 1 of 4 |
| 2/23/2023 | DEBIT | DAOLABSINC..2721 | Coinbase | DAOLABS LLC business Coinbase account | $ | (100.00) | Seed DAOLABS Coinbase business account |
| 2/27/2023 | DEBIT | DAOLABSINC..2721 | MEOWLLC…0326 | MEOW reimbursements of expenses mip-0017 | $ | (40,000.00) | Transfer to Meow for reimbursement |
| 2/28/2023 | DEBIT | DAOLABSINC..2721 | Chase bank | Bank fee | $ | (15.00) | fee |
| 3/3/2023 | CREDIT | ReedChase…4135 | DAOLABSINC..2721 | Indemnification funds | $ | 180,000.00 | transfer of BenR indemnification funds to DAOLABS..2721 |
| 3/6/2023 | DEBIT | DAOLABSINC..2721 | ReedChase…4135 | Return of BenR personal indemnification funds | $ | (250,000.00) | BenR remaining personal indemnification funds |
| 3/20/2023 | DEBIT | DAOLABSINC..2721 | DAOLABSLLC…0195 | Internal Transfer | $ | (23,000.00) | internal transfer |
| | | | | | $ | 111,049.67 | Present balance as of April 6, 2023 |

DAOLABS LLC CHASE CREDIT CARD...4139

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments | Reimburse |
|---|---|---|---|---|---|---|---|---|
| | | | | Balance of January 17,2023 | $ | (870.47) | last statement balance | |
| 1/17/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (22.33) | SHELL OIL 57543955900 | YES |
| 1/17/2023 | CREDIT | na | ChaseCredit…4139 | Subscription | $ | 42.75 | APPLE.COM/US | |
| 1/19/2023 | DEBIT | ChaseCredit…4139 | | Food & Drink | $ | (552.36) | ZUMA MIAMI | |
| 1/19/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (54.49) | CNP* Wired | |
| 1/20/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (20.50) | EPIC HOTEL | |
| 1/21/2023 | DEBIT | ChaseCredit…4139 | | Food & Drink | $ | (79.08) | OUTBACK 1075 | YES |
| 1/21/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (895.59) | APPLE.COM/US | |
| 1/23/2023 | DEBIT | ChaseCredit…4139 | | Automotive | $ | (15.25) | Tesla_US_Service | YES |
| 1/24/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (300.00) | APPLE.COM/BILL | |
| 1/24/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (14.99) | APPLE.COM/BILL | YES |
| 1/24/2023 | DEBIT | ChaseCredit…4139 | | Personal | $ | (374.49) | Dyson Direct Inc | YES |
| 1/25/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (250.00) | APPLE.COM/BILL | |
| 1/25/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (481.49) | Merchandise & Inventory | |
| 1/26/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (660.98) | NAME-CHEAP.COM* MLKRDG | |
| 1/26/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (20.87) | INTUIT *QBooks 1099 | |
| 1/27/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (571.37) | Merchandise & Inventory | |
| 1/27/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (3,207.86) | Merchandise & Inventory | |
| 1/27/2023 | DEBIT | ChaseCredit…4139 | | Merchandise & Inventory | $ | (4.39) | APPLE.COM/BILL | |
| 1/28/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (52.43) | APPLE.COM/US | |
| 1/28/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (18.17) | INTUIT *QBooks Online | |

Tab: DAO-accounts

| Date | Type | Account | Ref | Category | | Amount | Description | Flag |
|---|---|---|---|---|---|---|---|---|
| 1/29/2023 | DEBIT | ChaseCredit…4139 | | Automotive | $ | (9.50) | Tesla Inc Supercharger | YES |
| 1/29/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (33.02) | APPLE.COM/BILL | YES |
| 1/30/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (9.99) | APPLE.COM/BILL | |
| 1/31/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (34.61) | Merchandise & Inventory | |
| 2/2/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (105.76) | SP MAGIC MIND | |
| 2/3/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (98.72) | SP MAGIC MIND | |
| 2/3/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (903.13) | LEDGER* LEDGER | |
| 2/3/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (41.73) | APPLE.COM/US | |
| 2/3/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (592.37) | APPLE.COM/US | |
| 2/3/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (319.93) | APPLE.COM/US | |
| 2/3/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (60.00) | FLEEK BASIC PLAN | |
| 2/4/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (2,113.90) | DIGITALOCEAN.COM | |
| 2/5/2023 | DEBIT | ChaseCredit…4139 | | Food & Drink | $ | (170.56) | MORTON'S NORTH MIAMI | YES |
| 2/5/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (342.35) | AMZN Mktp US*FM8MV9JP3 | YES |
| 2/5/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (70.61) | AMZN Mktp US*IR4Z14X23 | YES |
| 2/5/2023 | DEBIT | ChaseCredit…4139 | | Office Supplies | $ | (158.36) | APPLE.COM/US | |
| 2/5/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (100.00) | BC UBER CASH | |
| 2/6/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (23.11) | Office Supplies | |
| 2/6/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (4,569.62) | Merchandise & Inventory | |
| 2/7/2023 | DEBIT | ChaseCredit…4139 | | Automotive | $ | (61.00) | Tesla_US_Service | YES |
| 2/7/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (309.85) | Office Supplies | |
| 2/7/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (47.07) | AMZN Mktp US*OM1K84SP3 | YES |
| 2/7/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (9.99) | APPLE.COM/BILL | YES |
| 2/7/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (29.83) | Office Supplies | |
| 2/8/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (92.01) | AMZN Mktp US*KT0745NZ3 | YES |
| 2/8/2023 | DEBIT | ChaseCredit…4139 | | Merchandise & Inventory | $ | (348.92) | WWW.DWR.COM | YES |
| 2/8/2023 | CREDIT | na | ChaseCredit…4139 | Merchandise & Inventory | $ | 2,967.33 | Lumens | |
| 2/9/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (4.84) | DISCORD* 6XSERVERBOOST | |
| 2/9/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (2.42) | DISCORD* 4XSERVERBOOST | |
| 2/9/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (149.79) | Merchandise & Inventory | |
| 2/9/2023 | CREDIT | DAOLABSLLC…0195 | ChaseCredit…4139 | Credit card payment | $ | 18,669.89 | Payment Thank You - Web | |
| 2/9/2023 | DEBIT | ChaseCredit…4139 | | Fee | $ | (10.46) | FOREIGN TRANSACTION FEE | |
| 2/9/2023 | DEBIT | ChaseCredit…4139 | | Office & Shipping | $ | (109.14) | STICKER MULE | |
| 2/10/2023 | DEBIT | ChaseCredit…4139 | | Office & Shipping | $ | (40.66) | STICKER MULE | |
| 2/10/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (154.07) | Merchandise & Inventory | |
| 2/11/2023 | DEBIT | ChaseCredit…4139 | | Automotive | $ | (4.94) | Tesla Inc Supercharger | YES |
| 2/12/2023 | DEBIT | ChaseCredit…4139 | | Office & Shipping | $ | (77.04) | STICKER MULE | |
| 2/13/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (34.35) | Amazon.com*H99J37WL2 | YES |
| 2/13/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (100.00) | BC UBER CASH | |
| 2/13/2023 | CREDIT | na | ChaseCredit…4139 | Merchandise & Inventory | $ | 52.43 | APPLE.COM/US | |
| 2/14/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (45.00) | FIGMA MONTHLY RENEWAL | |
| 2/14/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (8.00) | TWITTER PAID FEATURES | |
| 2/15/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (1.76) | DISCORD* 10XSERVERBOOS | |
| 2/16/2023 | DEBIT | ChaseCredit…4139 | | License & fees | $ | (450.00) | DELAWARE CORP &amp; TAX WEB | |
| 2/16/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (5.26) | DISCORD* 9XSERVERBOOST | |
| 2/16/2023 | DEBIT | ChaseCredit…4139 | | License & fees | $ | (450.00) | DELAWARE CORP &amp; TAX WEB | |
| 2/16/2023 | DEBIT | ChaseCredit…4139 | | License & fees | $ | (450.00) | DELAWARE CORP &amp; TAX WEB | |
| 2/16/2023 | DEBIT | ChaseCredit…4139 | | Merchandise & Inventory | $ | (4.39) | APPLE.COM/BILL | YES |
| 2/16/2023 | DEBIT | ChaseCredit…4139 | | Automotive | $ | (25.08) | Tesla Inc Supercharger | YES |
| 2/18/2023 | DEBIT | ChaseCredit…4139 | | Merchandise & Inventory | $ | (12.10) | APPLE.COM/BILL | YES |
| 2/18/2023 | DEBIT | ChaseCredit…4139 | | Automotive | $ | (3.84) | Tesla Inc Supercharger | YES |
| 2/18/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (89.00) | SENTRY | |
| 2/19/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (50.00) | BC UBER CASH | |
| 2/20/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (50.00) | BC UBER CASH | |
| 2/20/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (22.00) | SUPPORTSIGNOW.COM | |
| 2/21/2023 | CREDIT | na | ChaseCredit…4139 | Amazon | $ | 47.07 | Return | |
| 2/21/2023 | DEBIT | ChaseCredit…4139 | | Merchandise & Inventory | $ | (3.29) | APPLE.COM/BILL | YES |
| 2/21/2023 | DEBIT | ChaseCredit…4139 | | Office & Shipping | $ | (28.89) | STICKER MULE | |
| 2/23/2023 | DEBIT | ChaseCredit…4139 | | Office & Shipping | $ | (148.20) | STICKER MULE | |
| 2/23/2023 | DEBIT | ChaseCredit…4139 | | Amazon | $ | (17.11) | Office Supplies | |
| 2/23/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (14.99) | APPLE.COM/BILL | YES |
| 2/24/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (17.60) | APPLE.COM/BILL | YES |
| 2/25/2023 | DEBIT | ChaseCredit…4139 | | Office & Shipping | $ | (12.45) | USPS PO 5493940280 | |
| 2/27/2023 | DEBIT | ChaseCredit…4139 | | Merchandise & Inventory | $ | (200.00) | APPLE.COM/BILL | |
| 2/27/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (60.56) | INTUIT *QBooks Online | |
| 3/1/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (422.78) | DIGITALOCEAN.COM | |
| 3/1/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (100.00) | BC UBER CASH | |
| 3/1/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (9.99) | APPLE.COM/BILL | YES |
| 3/1/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (16.50) | APPLE.COM/BILL | YES |
| 3/2/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (60.00) | FLEEK BASIC PLAN | |
| 3/4/2023 | DEBIT | ChaseCredit…4139 | | Software & applications | $ | (14.00) | FATHOM | |
| 3/6/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (449.89) | DISCORD* 10XSERVERBOOS | |
| 3/7/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (40.11) | UBER   TRIP | |
| 3/7/2023 | DEBIT | ChaseCredit…4139 | | Subscription | $ | (9.99) | APPLE.COM/BILL | YES |
| 3/7/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (0.84) | UBER   TRIP | |
| 3/7/2023 | DEBIT | ChaseCredit…4139 | | Travel | $ | (18.37) | UBER   TRIP | |

Tab: DAO-accounts

| Date | Type | Account | Category | | Amount | Description | Reimburse |
|---|---|---|---|---|---|---|---|
| 3/9/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (18.41) | UBER TRIP | |
| 3/9/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (16.35) | UBER TRIP | |
| 3/10/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (225.00) | INFURA SUBSCRIPTION | |
| 3/10/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (14.00) | FATHOM | |
| 3/10/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (32.37) | FIGMA MONTHLY RENEWAL | |
| 3/13/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (100.00) | BC UBER CASH | |
| 3/13/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (100.00) | BC UBER CASH | |
| 3/15/2023 | DEBIT | ChaseCredit…4139 | Subscription | $ | (8.00) | TWITTER PAID FEATURES | |
| 3/15/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (69.99) | COPILOT* TRIAL OVER | |
| 3/17/2023 | DEBIT | ChaseCredit…4139 | Merchandise & Inventory | $ | (12.10) | APPLE.COM/BILL | YES |
| 3/18/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (89.00) | SENTRY | |
| 3/19/2023 | DEBIT | ChaseCredit…4139 | Food & Drink | $ | (45.23) | UBER EATS | |
| 3/20/2023 | DEBIT | ChaseCredit…4139 | Office Supplies | $ | (63.87) | SP MAGIC MIND | |
| 3/21/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (22.00) | SUPPORTSIGNOW.COM | |
| 3/21/2023 | DEBIT | ChaseCredit…4139 | Amazon | $ | (27.81) | Amazon.com*H70I94C61 | YES |
| 3/21/2023 | DEBIT | ChaseCredit…4139 | Amazon | $ | (10.15) | AMZN Mktp US*HC9D55W51 | YES |
| 3/21/2023 | DEBIT | ChaseCredit…4139 | Merchandise & Inventory | $ | (200.00) | APPLE.COM/BILL | |
| 3/23/2023 | DEBIT | ChaseCredit…4139 | Subscription | $ | (14.99) | APPLE.COM/BILL | YES |
| 3/24/2023 | DEBIT | ChaseCredit…4139 | Subscription | $ | (17.60) | APPLE.COM/BILL | YES |
| 3/25/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (100.00) | BC UBER CASH | |
| 3/27/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (19.64) | UBER TRIP | |
| 3/28/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (60.56) | INTUIT *QBooks Online | |
| 3/29/2023 | DEBIT | ChaseCredit…4139 | Food & Drink | $ | (47.60) | UBER EATS | YES |
| 3/31/2023 | DEBIT | ChaseCredit…4139 | Subscription | $ | (9.99) | APPLE.COM/BILL | YES |
| 3/31/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (422.78) | DIGITALOCEAN.COM | |
| 4/1/2023 | DEBIT | ChaseCredit…4139 | Food & Drink | $ | (36.60) | UBER EATS | |
| 4/1/2023 | DEBIT | ChaseCredit…4139 | Software & applications | $ | (60.00) | FLEEK BASIC PLAN | |
| 4/4/2023 | DEBIT | ChaseCredit…4139 | Subscription | $ | (16.50) | APPLE.COM/BILL | YES |
| 4/4/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (32.93) | UBER TRIP | |
| 4/4/2023 | DEBIT | ChaseCredit…4139 | Travel | $ | (1.51) | UBER TRIP | |
| | | | | $ | (3,238.26) | Present balance as of April 6, 2023 | |
| | | | Reimbursement Required | $ | (2,004.97) | Mark Phillips reimbursement amount to DAOLABS LLC | |

| Reimburse | YES |
|---|---|
| Row Labels | Sum of Amount - USD |
| Amazon | $ (624.35) |
| Automotive | $ (119.61) |
| Food & Drink | $ (297.24) |
| Merchandise & Inventory | $ (380.80) |
| Office Supplies | $ (33.02) |
| Personal | $ (374.49) |
| Subscription | $ (153.13) |
| Travel | $ (22.33) |
| Grand Total | $ (2,004.97) |

Tab: DAO-accounts

**NON-DAO BEN REED ACCOUNTS**

BEN REED ROBINHOOD

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments |
|---|---|---|---|---|---|---|---|
| 2/8/2023 | DEBIT | RobinhoodBrokerage | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 31,000.00 | Reed Movement payroll |
| 2/8/2023 | WIRE | RobinhoodBrokerage | ReedChase…4135 | Robinhood WIRE of Movement funds | $ | 750,000.00 | $500,000 for Reed indemnification & $250,000 Movement operational funds |
| 2/10/2023 | DEBIT | RobinhoodBrokerage | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 50,000.00 | Reed Movement payroll |
| 2/17/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Transfer for Movement funds for Mike Radin |
| 2/21/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Transfer for Movement funds for Mike Radin |
| 2/22/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Transfer for Movement funds for Mike Radin |
| 2/23/2023 | DEBIT | RobinhoodBrokerage | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 50,000.00 | Reed personal fund transfer |
| 2/24/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Transfer for Movement funds for Mike Radin |
| 2/27/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Transfer for Movement funds for Mike Radin |
| 2/28/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Transfer for Movement funds for Mike Radin |
| 3/2/2023 | DEBIT | RobinhoodBrokerage | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 37,000.00 | Transfer for Movement funds for Mike Radin |
| 3/3/2023 | DEBIT | RobinhoodBrokerage | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 10,500.00 | Reed Movement payroll |

BEN REED CHASE PERSONAL CHECKING…4135

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments |
|---|---|---|---|---|---|---|---|
| 2/8/2023 | DEBIT | ReedChase…4135 | Chase bank | Bank wire fee | $ | (15.00) | fee |
| 2/8/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood wire of Movement funds | $ | 750,000.00 | Fiat pass through from Robinhood |
| 2/9/2023 | DEBIT | ReedChase…4135 | DAOLABSLLC…0195 | Online transfer funds to DAOLABS LLC | $ | (78,000.00) | Transfer of Movement funds |
| 2/9/2023 | DEBIT | ReedChase…4135 | DAOLABSLLC…0195 | Online transfer funds to DAOLABS LLC | $ | (322,034.67) | Transfer of Movement funds for Mike Radin |
| 2/13/2023 | DEBIT | ReedChase…4135 | DAOLABSLLC…0195 | Indemnification funds | $ | (250,000.00) | Transfer of Movement funds for indemnification |
| 2/14/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat pass through from Robinhood |
| 2/15/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat pass through from Robinhood |
| 2/16/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat pass through from Robinhood |
| 2/21/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat pass through from Robinhood |
| 2/22/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat pass through from Robinhood |
| 2/23/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat pass through from Robinhood |
| 2/27/2023 | DEBIT | ReedChase…4135 | DAOLABSLLC…0195 | Funds for 2023 Movement operating expenses | $ | (250,000.00) | Transfer of Movement funds for operating expenses |
| 2/27/2023 | CREDIT | BEN REED ROBINHOOD | ReedChase…4135 | Robinhood ACH of Movement funds | $ | 37,000.00 | Fiat pass through from Robinhood |
| 3/3/2023 | DEBIT | ReedChase…4135 | DAOLABSINC..2721 | Indemnification funds | $ | (180,000.00) | Indemnification funds moved from personal to DAOLABS |
| 3/6/2023 | CREDIT | DAOLABSINC..2721 | ReedChase…4135 | Indemnification funds | $ | 250,000.00 | Indemnification funds moved from DAOLABS to personal |

BEN REED WF PERSONAL CHECKING…9216

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments |
|---|---|---|---|---|---|---|---|
| 2/3/2023 | CREDIT | BEN REED ROBINHOOD | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 31,000.00 | Fiat from Robinhood, Reed Movement payroll |
| 2/7/2023 | CREDIT | BEN REED ROBINHOOD | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat from Robinhood, Reed Movement payroll |
| 2/17/2023 | CREDIT | BEN REED ROBINHOOD | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 50,000.00 | Fiat from Robinhood, personal funds |
| 2/28/2023 | CREDIT | BEN REED ROBINHOOD | ReedWF…9216 | Robinhood ACH of Movement funds | $ | 10,500.00 | Fiat from Robinhood, Reed Movement payroll |
| 2/1/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 300.00 | Image Church childcare assistance for ministry meetings |
| 2/3/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 1,338.30 | Eco Car Café payroll |
| 2/13/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 49.17 | Return |
| 2/17/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 631.80 | Eco Car Café payroll |
| 2/22/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 42.07 | Deposit |
| 3/2/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 300.00 | Image Church childcare assistance for ministry meetings |
| 3/3/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 35.00 | deposit |
| 3/3/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 123.52 | Eco Car Café payroll |
| 3/13/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 1,065.00 | deposit |
| 3/17/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 775.50 | Eco Car Café payroll |
| 3/31/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 1,338.30 | Eco Car Café payroll |
| 4/5/2023 | CREDIT | na | ReedWF…9216 | Reed other income | $ | 300.00 | Image Church childcare assistance for ministry meetings |
| | DEBIT | ReedWF…9216 | | Reed living expenses after February 28, 2023 | $ | (32,850.34) | |

Tab: BR-details

**NON-DAO MARK PHILLIPS ACCOUNTS**

MARK PHILLIPS ROBINHOOD

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | Comments |
|---|---|---|---|---|---|---|
| 2/8/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (50,000.00) | Fiat pass through from Robinhood, Phillips payroll |
| 2/9/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (50,000.00) | Fiat pass through from Robinhood, Phillips payroll |
| 2/10/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (50,000.00) | Fiat pass through from Robinhood, Phillips payroll |
| 2/13/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (50,000.00) | Fiat pass through from Robinhood, Phillips payroll |
| 2/17/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (20,000.00) | Fiat pass through from Robinhood, Phillips payroll |
| 3/10/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (50,000.00) | Fiat pass through from Robinhood, Phillips payroll |
| 3/20/2023 | DEBIT | RobinhoodBrokerage | Mark…8683 | Robinhood ACH of Movement funds | $ (40,000.00) | Fiat pass through from Robinhood, Phillips payroll |
|  | DEBIT | RobinhoodBrokerage | multiple | Sum of Phillips personal withdrawals | $ (3,145.82) | transfer of Phillips funds out of Robinhood |
|  | CREDIT | multiple | RobinhoodBrokerage | Sum of Phillips personal deposits | $ 20,731.00 | transfer of Phillips funds in to Robinhood |

MARK PHILLIPS CHASE PERSONAL CHECKING…8683

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | Comments |
|---|---|---|---|---|---|---|
| 2/3/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 50,000.00 | Phillips Movement payroll |
| 2/3/2023 | DEBIT | Mark…8683 | Savings…6726 | Transfer to Mark savings | $ (10,000.00) | internal transfer |
| 2/3/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (10,000.00) | internal transfer |
| 2/3/2023 | DEBIT | Mark…8683 | Saving…8684 | Tranfer to MeowTrust | $ (10,000.00) | transfer to MEOW business account |
| 2/3/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (10,000.00) | internal transfer |
| 2/6/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 50,000.00 | Phillips Movement payroll |
| 2/6/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (20,000.00) | transfer to MEOW business account |
| 2/6/2023 | DEBIT | Mark…8683 | Checking…2685 | Transfer to Mark checking | $ (10,000.00) | internal transfer |
| 2/6/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (10,000.00) | internal transfer |
| 2/6/2023 | DEBIT | Mark…8683 | Saving…8684 | Tranfer to MeowTrust | $ (10,000.00) | internal transfer |
| 2/7/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 50,000.00 | Phillips Movement payroll |
| 2/7/2023 | DEBIT | Mark…8683 | CapitalOne | Credit card payment | $ (4,000.00) | Credit card payment |
| 2/7/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (10,000.00) | transfer to MEOW business account |
| 2/7/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (10,000.00) | Internal transfer |
| 2/8/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 50,000.00 | Phillips Movement payroll |
| 2/8/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (10,000.00) | Internal transfer |
| 2/8/2023 | DEBIT | Mark…8683 | Saving…8684 | Tranfer to MeowTrust | $ (10,000.00) | Internal transfer |
| 2/8/2023 | DEBIT | Mark…8683 | Checking…2685 | Transfer to Mark checking | $ (10,000.00) | Internal transfer |
| 2/8/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (10,000.00) | transfer to MEOW business account |
| 2/8/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (17,315.57) | transfer to MEOW business account |
| 2/8/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (25,000.00) | Internal transfer |
| 2/14/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 20,000.00 | Phillips Movement payroll |
| 2/14/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (15,000.00) | transfer to MEOW business account |
| 2/15/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (4,000.00) | Internal transfer |
| 2/21/2023 | DEBIT | Mark…8683 | Robinhood | Transfer to Robinhood account | $ (2,000.00) | Internal transfer |
| 2/22/2023 | CREDIT | MEOW…0326 | Mark…8683 | Deposit in Mark checking | $ 2,050.00 | Deposit |
| 2/22/2023 | CREDIT | MEOW…0326 | Mark…8683 | Deposit in Mark checking | $ 1,000.00 | Deposit |
| 2/22/2023 | DEBIT | Mark…8683 | Robinhood | Transfer to Robinhood account | $ (500.00) | Internal transfer |
| 2/23/2023 | DEBIT | Mark…8683 | Robinhood | Transfer to Robinhood account | $ (6,000.00) | Internal transfer |
| 3/7/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 50,000.00 | Phillips Movement payroll |
| 3/7/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (30,000.00) | transfer to MEOW business account |
| 3/7/2023 | DEBIT | Mark…8683 | Checking…3087 | Transfer to Mark checking | $ (10,000.00) | Internal transfer |
| 3/15/2023 | CREDIT | RobinhoodBrokerage | Mark…8683 | ACH transfer from Robinhood | $ 40,000.00 | Phillips Movement payroll |
| 3/16/2023 | DEBIT | Mark…8683 | MEOW…0326 | Transfer to MEOW business account | $ (40,000.00) | transfer to MEOW business account |

MEOW LLC CHASE BUSINESS CHECKING…0326

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | Comments |
|---|---|---|---|---|---|---|
| 2/3/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Phillips checking | $ 10,000.00 | Online transfer |
| 2/6/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ 20,000.00 | Online transfer |
| 2/7/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ 10,000.00 | Online transfer |

Tab: MP-details

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments | Movement Expense |
|---|---|---|---|---|---|---|---|---|
| 2/8/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ | 10,000.00 | Online transfer | |
| 2/8/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ | 17,315.57 | Online transfer | |
| 2/13/2023 | CREDIT | Checking…3087 | MEOW…0326 | Transfer from checking | $ | 10,000.00 | Online transfer | |
| 2/14/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ | 15,000.00 | Online transfer | |
| 2/27/2023 | CREDIT | DAOLABSINC…2721 | MEOW…0326 | DAOLABS reimbursement | $ | 40,000.00 | Reimbursement from Movement, mip-0017 | |
| 2/28/2023 | CREDIT | Checking…2658 | MEOW…0326 | Transfer from checking | $ | 5,000.00 | Online transfer | |
| 3/7/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ | 30,000.00 | Online transfer | |
| 3/16/2023 | CREDIT | Mark…8683 | MEOW…0326 | Transfer from Mark checking | $ | 40,000.00 | Online transfer | |
| 4/3/2023 | CREDIT | MEOWTrust…8684 | MEOW…0326 | Transfer from Phillips savings | $ | 10,000.00 | Online transfer | |
| | | | | | | | | Movement Expense |
| 2/13/2023 | DEBIT | MEOW…0326 | Dhillon Law Group | Indemnification advance | $ | (50,000.00) | Indemnification wire to Dhillon Law Group | Yes |
| 2/13/2023 | DEBIT | MEOW…0326 | Siteground | Software & application | $ | (22.01) | Siteground hosting services | Yes |
| 2/14/2023 | DEBIT | MEOW…0326 | Reed Yurchak | Reed Yurchak | $ | (40.00) | Payment for Reed Yurchak | Yes |
| 2/21/2023 | DEBIT | MEOW…0326 | Daniel Resnick | Contractor payment - legal | $ | (3,857.50) | Contractor payroll - Daniel Resnick | Yes |
| 3/7/2023 | DEBIT | MEOW…0326 | Daniel Resnick | Contractor payment - legal | $ | (3,857.50) | Contractor payroll - Daniel Resnick | Yes |
| 3/10/2023 | DEBIT | MEOW…0326 | Daniel Resnick | Contractor payment - legal | $ | (3,857.50) | Contractor payroll - Daniel Resnick | Yes |
| 3/24/2023 | DEBIT | MEOW…0326 | Daniel Resnick | Contractor payment - legal | $ | (3,857.50) | Contractor payroll - Daniel Resnick | Yes |
| 3/10/2023 | DEBIT | MEOW…0326 | Daniel Resnick | Contractor payment - legal | $ | (3,857.50) | Contractor payroll - Daniel Resnick | Yes |
| 3/24/2023 | DEBIT | MEOW…0326 | Daniel Resnick | Contractor payment - legal | $ | (3,857.50) | Contractor payroll - Daniel Resnick | Yes |
| | | MEOW…0326 | | Sum of MEOW business expenses | $ | (190,784.44) | | |

MEOW LLC CHASE BUSINESS CREDIT CARD…4113

| Date | Debit/Credit | Transfer from | Transfer To | Description | Amount - USD | | Comments | Movement Expense |
|---|---|---|---|---|---|---|---|---|
| 1/19/2023 | DEBIT | MEOW…4113 | | Security | $ | (89.00) | SENTRY | Yes |
| 1/20/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (22.00) | SUPPORTSIGNOW.COM | Yes |
| 1/23/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (15.00) | INTUIT *QBooks Online | Yes |
| 1/27/2023 | DEBIT | MEOW…4113 | Venable LLP | Professional Services - legal | $ | (25,000.00) | VENABLE LLP | Yes |
| 1/29/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (46.45) | TASKER ON TASKRABBIT | Yes |
| 1/31/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (31.02) | Amazon.com*SF7T17TW3 | Yes |
| 2/1/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (288.88) | AMZN Mktp US*115LU5MZ3 | Yes |
| 2/1/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (56.61) | GOOGLE *CLOUD L6ZGBS | Yes |
| 2/2/2023 | DEBIT | MEOW…4113 | | Office Supplies | $ | (76.25) | NFT Coffee subscription | Yes |
| 2/5/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (38.08) | Office shelving | Yes |
| 2/7/2023 | DEBIT | MEOW…4113 | | Health & Wellness | $ | (250.00) | MED*BRAIN CENTER | Yes |
| 2/10/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (247.73) | INFURA SUBSCRIPTION | Yes |
| 2/10/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (15.00) | SKIFF | Yes |
| 2/11/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (123.76) | AMZN Mktp US*D612O6Q73 | Yes |
| 2/11/2023 | DEBIT | MEOW…4113 | | Security | $ | (89.00) | SENTRY | Yes |
| 2/17/2023 | DEBIT | MEOW…4113 | | Subscriptions | $ | (14.50) | APPLE.COM/BILL | Yes |
| 2/19/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (53.50) | AMZN Mktp US*HE0OE9YC1 | Yes |
| 2/20/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (12.20) | Amazon.com*HP74R54L2 | Yes |
| 2/23/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (15.00) | INTUIT *QBooks Online | Yes |
| 2/24/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (1,000.00) | NFT display, UX front-end frame application | Yes |
| 2/27/2023 | DEBIT | MEOW…4113 | | Professional Services - contractor | $ | (74.00) | PAY* HANDY.COM-MAR06 | Yes |
| 2/27/2023 | DEBIT | MEOW…4113 | | Professional Services - contractor | $ | (74.00) | PAY* HANDY.COM-MAR06 | Yes |
| 2/27/2023 | DEBIT | MEOW…4113 | | Professional Services - contractor | $ | (74.00) | PAY* HANDY.COM-MAR06 | Yes |
| 2/27/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (66.06) | Security subscription | Yes |
| 2/28/2023 | CREDIT | na | MEOW…4113 | Professional Services - contractor | | 74.00 | PAY* HANDY.COM-MAR06 | Yes |
| 2/28/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (267.47) | AMZN Mktp US*HD5DX0YK0 | Yes |
| 2/28/2023 | DEBIT | MEOW…4113 | | Subscriptions | $ | (41.90) | Federal legal account | Yes |
| 2/28/2023 | CREDIT | na | MEOW…4113 | Professional Services - contractor | | 74.00 | PAY* HANDY.COM-MAR06 | Yes |
| 3/1/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (41.27) | GOOGLE *CLOUD PTHDC4 | Yes |
| 3/1/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (21.28) | AMZN Mktp US*HD0EK85S2 | Yes |
| 3/1/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (49.74) | AMZN Mktp US*HD8AE8XO2 | Yes |
| 3/4/2023 | DEBIT | MEOW…4113 | | Office Supplies | $ | (34.87) | Home Depot | Yes |
| 3/4/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (54.67) | AMZN Mktp US*HD2485WH2 | Yes |
| 3/5/2023 | DEBIT | MEOW…4113 | | Office Supplies | $ | (20.33) | Home office supplies | Yes |
| 3/7/2023 | DEBIT | MEOW…4113 | | Office Supplies | $ | (266.43) | Home Depot | Yes |
| 3/7/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (52.18) | Amazon.com*H506I8X52 | Yes |
| 3/8/2023 | DEBIT | MEOW…4113 | | Professional Services - accounting | $ | (350.00) | Taxman CC, accounting | Yes |
| 3/8/2023 | CREDIT | na | MEOW…4113 | Health & Wellness | | 74.00 | PAY* HANDY.COM-MAR06 | Yes |

Tab: MP-details

| Date | Type | Account | Account2 | Category | | Amount | Description | Business |
|---|---|---|---|---|---|---|---|---|
| 3/8/2023 | CREDIT | na | MEOW…4113 | Health & Wellness | $ | 25.00 | Medical expenses | Yes |
| 3/8/2023 | DEBIT | MEOW…4113 | | Health & Wellness | $ | (180.00) | Medical expenses | Yes |
| 3/8/2023 | DEBIT | MEOW…4113 | | Health & Wellness | $ | (425.00) | Medical expenses | Yes |
| 3/8/2023 | DEBIT | MEOW…4113 | | Professional Services | $ | (25.00) | Medical expenses | Yes |
| 3/10/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (231.02) | AMZN Mktp US*HG0VO6LF1 | Yes |
| 3/10/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (9.62) | AMZN Mktp US*H51TH2RZ2 | Yes |
| 3/10/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (406.00) | AMZN Mktp US*HG7BM56C0 | Yes |
| 3/10/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (206.93) | AMZN Mktp US*H59UN2YA2 | Yes |
| 3/11/2023 | DEBIT | MEOW…4113 | | Security | $ | (89.00) | SENTRY | Yes |
| 3/13/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (42.79) | Amazon.com*HG9X06VY1 | Yes |
| 3/14/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (58.89) | AMZN Mktp US*HC2BE4E80 | Yes |
| 3/15/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (32.08) | AMZN Mktp US*HC07P5GD0 | Yes |
| 3/16/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (30.29) | TREATSTOCK.COM | Yes |
| 3/16/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (70.45) | Amazon.com*HC04L9BJ0 | Yes |
| 3/16/2023 | DEBIT | MEOW…4113 | | Professional Services - contractor | $ | (135.80) | PAY* HANDY.COM-MAR17 | Yes |
| 3/16/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (22.77) | TREATSTOCK.COM | Yes |
| 3/16/2023 | DEBIT | MEOW…4113 | | Merchandise & Inventory | $ | (13.63) | TREATSTOCK.COM | Yes |
| 3/17/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (25.67) | AMZN Mktp US*HC9P34D10 | Yes |
| 3/18/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (48.10) | AMZN Mktp US*HC85T0I30 | Yes |
| 3/18/2023 | CREDIT | na | MEOW…4113 | Merchandise & Inventory | $ | 4.14 | TREATSTOCK.COM | Yes |
| 3/19/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (199.00) | AMZN Mktp US*HC29V8Q01 | Yes |
| 3/19/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (16.04) | Amazon.com*H785114H0 | Yes |
| 3/19/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (40.64) | AMZN Mktp US*H74ZW6430 | Yes |
| 3/19/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (7.04) | Amazon.com*H706Q54F0 | Yes |
| 3/23/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (79.05) | AMZN Mktp US*HC3GL6WT2 | Yes |
| 3/23/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (30.00) | INTUIT *QBooks Online | Yes |
| 3/23/2023 | DEBIT | MEOW…4113 | | Software & applications | $ | (23.53) | SNAP LLC | Yes |
| 3/24/2023 | CREDIT | na | MEOW…4113 | Amazon | $ | 90.94 | AMZN Mktp US | Yes |
| 3/24/2023 | DEBIT | MEOW…4113 | | Amazon | $ | (17.10) | AMZN Mktp US*H70AY6UJ0 | Yes |
| 3/26/2023 | DEBIT | MEOW…4113 | | Office Supplies | $ | (76.62) | Redbull | Yes |
| 3/26/2023 | DEBIT | MEOW…4113 | | Telecommunications | $ | (56.52) | GoogleFi | Yes |
| 3/27/2023 | DEBIT | MEOW…4113 | | Parking | $ | (22.05) | Parking to meet with Nitoj | Yes |
| 3/28/2023 | DEBIT | MEOW…4113 | | Office & Shipping | $ | (176.95) | UPS Store | Yes |
| 4/3/2023 | DEBIT | MEOW…4113 | | Professional Services - accounting | $ | (3,000.00) | HashBasis tax crypto accounting | Yes |
| | DEBIT | MEOW…4113 | | Sum of MEOW business expenses | $ | (11,412.42) | Other MEOW business expenses | |

Tab: MP-details