# Exhibit F

# INVOICE

**Viciously AB**
Agnes Lagerstedts Gata 10
11825 Hägersten

| | | **Meow** |
|---|---|---|
| **Invoice number:** | 2023-1 | |
| **Invoice date:** | 2023-03-31 | |
| **Payment terms:** | 14 days | |
| **Due date:** | 2023-04-14 | |
| **Late payment interest:** | 8.00 % | |

| Description | Date | Qty | Unit | Unit price | VAT % | Total |
|---|---|---|---|---|---|---|
| Retainer 3 months | 2023-04-03 | 480.00 | h | US$100.00 | 0.00 % | US$48,000.00 |

| | | |
|---|---|---|
| **Total excl. VAT** | | **US$48,000.00** |
| **VAT 0.00 %** | | **US$0.00** |
| **Total amount due** | | **US$48,000.00** |

---

**Viciously AB**
Agnes Lagerstedts Gata 10
11825 Hägersten
Company number: 559265-5145
VAT number: SE559265514501
Godkänd för F-skatt

**Contact information**
Evita Stenqvist
0762565834
evita@viciously.co
viciously.co

**Payment details**
Bankgiro: 5528-3105
Sort code: 8420-2
Account holder: Viciously AB
Bank account: 704 405 120-4
Bank: Swedbank
SWIFT/BIC: SWEDSESS
IBAN: SE68 8000 0842 0270 4405 1204