# Exhibit J



**Token** Dai Stablecoin (DAI)

Buy | Exchange | Play | Gaming

**Sponsored:** **METAWIN**: Play fair, win big and withdraw instantly at MetaWin's Web3 Casino. **Play NOW**

ERC-20 | # Maker | # Stablecoin | # DeFi

makerdao.com | More

**Overview**

MAX TOTAL SUPPLY
4,659,884,680.106915... DAI

HOLDERS
508,276 (▲ 0.005%)

**Market**

Chart

PRICE
$1.00 @ 0.000555 ETH

FULLY DILUTED MARKET CAP
$4,659,884,680.11

CIRCULATING SUPPLY MARKET CAP
$4,660,424,344.00

**Other Info**

TOKEN CONTRACT (WITH **18** DECIMALS)
0x6b175474e89094c44da98b954eedeac495271d0f

**FILTERED BY TOKEN HOLDER**
0x57a16a385e86cd215deF121E6887D23Be8080d37
cookieslayer.eth

BALANCE
11,310 DAI

VALUE
$11,310.00 ( ~6.2731 Eth) [0.0002%]

Transfers | Info | Exchange | Contract | Analytics

0x57a16a385e86cd215deF12...

A total of 17 transactions found

| Txn Hash | Method | Age | From | | To | Quantity |
|---|---|---|---|---|---|---|
| 0xd36a823d99376bcb... | Transfer | 33 days 16 hrs ago | cookieslayer.eth | OUT | 0xbC57e4...8EF265D4 | 9,000 |
| 0x312ad24256b256b0... | Transfer | 33 days 16 hrs ago | cookieslayer.eth | OUT | 0x630893...52be1e70 | 30,000 |
| 0xa8b71e61df08fa578... | Transfer | 67 days 15 hrs ago | cookieslayer.eth | OUT | 0x006EC6...3EE686c7 | 200 |
| 0xdb16c2cb9d681cad... | Transfer | 67 days 16 hrs ago | cookieslayer.eth | OUT | 0x1c5965...57684E45 | 3,500 |
| 0x3d3a17a00f53745cc... | Transfer | 95 days 14 hrs ago | cookieslayer.eth | OUT | 0xbC57e4...8EF265D4 | 5,000 |
| 0xc196bff43fc1379b3... | Fill Taker Sign... | 101 days 13 hrs ago | cookieslayer.eth | OUT | 0xA3F14C...23597FD7 | 500 |
| 0x2fd0cc4d3a24a958b... | Uniswap V3S... | 101 days 13 hrs ago | cookieslayer.eth | OUT | Uniswap V3: DAI 2 | 500 |
| 0x6f6e5f598b299fe5b... | Exec Transact... | 108 days 14 hrs ago | 0x2187e6...CA706fbD | IN | cookieslayer.eth | 15,000 |
| 0x001b6d3efb7d7ea1a... | Exec Transact... | 108 days 15 hrs ago | 0x2187e6...CA706fbD | IN | cookieslayer.eth | 20,000 |
| 0x60b7d4c5e1b65166... | Transfer | 130 days 16 hrs ago | cookieslayer.eth | OUT | 0xbC57e4...8EF265D4 | 5,000 |
| 0xeb7b151515804445... | Transfer | 167 days 16 hrs ago | cookieslayer.eth | OUT | 0xbC57e4...8EF265D4 | 10,000 |
| 0x40f359abc11425027... | Exec Transact... | 202 days 18 hrs ago | 0x2187e6...CA706fbD | IN | cookieslayer.eth | 10,000 |
| 0x01b8648c832f64e72... | Exec Transact... | 202 days 18 hrs ago | 0x2187e6...CA706fbD | IN | cookieslayer.eth | 10,000 |
| 0xe6f799de35954bbfc... | Transfer | 214 days 13 hrs ago | cookieslayer.eth | OUT | 0xbC57e4...8EF265D4 | 8,000 |
| 0x28de6f228e407915e... | Transfer | 224 days 15 hrs ago | cookieslayer.eth | OUT | 0xbC57e4...8EF265D4 | 6,000 |
| 0xabdc785004a9e044... | Exec Transact... | 232 days 17 hrs ago | 0x2187e6...CA706fbD | IN | cookieslayer.eth | 34,000 |
| 0x1447a62ad31ae86fd... | Exec Transact... | 247 days 13 hrs ago | 0x2187e6...CA706fbD | IN | cookieslayer.eth | 10 |

[ Download: CSV Export ]

A token is a representation of an on-chain or off-chain asset. The token page shows information such as price, total supply, holders, transfers and social links. Learn more about this page in our Knowledge Base.