# Exhibit L

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                           MIAMI DIVISION

                    CASE NO. 23-20727-CIV-RKA




    RYAN BRESLOW, ET AL.,         . Miami, Florida
                                  . March 28, 2023
              Plaintiff,          . 3:32 p.m.
                                  .
              v.                  .
                                  .
    MARK PHILLIPS, ET AL.,        .
                                  .
              Defendant.          .
    . . . . . . . . . . . . . . . .

                              - - - - -

         Transcript of Preliminary Injunction Hearing had

              before the Honorable Roy K. Altman,

                  United States District Judge.

                              - - - - -











    Proceedings recorded by mechanical stenography, transcript
    produced by computer.
```

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305)301-3276

1           THE COURT:  Sure.
2           MR. BERG:  I wanted to use this time to address the
3    notice of compliance that defendants filed.
4           THE COURT:  Sure.
5           MR. BERG:  We still do not have an accounting for what
6    defendants have done with the cryptocurrency they converted
7    into cash.  The notice was very, very vague on that point.
8           THE COURT:  I agree with that.
9           MR. BERG:  And we also have presented, in two
10   different briefs, evidence that suggests that transfers were
11   fraudulent to developers and vendors.  Again, no response to
12   the notice of compliance about that.  So our view is that good
13   cause for not following the TRO has not been shown, and we
14   wanted to raise that issue with you here.
15          THE COURT:  All right.  So what happened to the cash?
16          MR. SINGH:  Your Honor, I don't have that accounting
17   in front of me, but I know that some of it was used to pay
18   common business expenses.  DAO Labs is a functioning LLC, and
19   it has business expenses.
20          Some of the cash was used to pay for attorneys' fees
21   and for -- pursuant to indemnification --
22          THE COURT:  Attorneys' fees to whom?
23          MR. SINGH:  To my firm, Your Honor, and I believe
24   another lawyer as well.
25          THE COURT:  What's the other lawyer?

```
 1              MR. SINGH:  No, Your Honor.
 2              THE COURT:  All right, folks.  So you got your
 3   instructions.  Any questions about that, please don't hesitate
 4   to call.  But by the end of the week, please call chambers or
 5   email chambers and give us some dates that work for you in the
 6   next -- I guess probably in the next month, let's say, and
 7   we'll go from there.  Okay?
 8              MR. BERG:  Thank you, Your Honor.
 9              THE COURT:  All right, folks.  Have a good day.
10              MR. SINGH:  Thank you, Your Honor.
11              (The Judge exited the courtroom)
12              (Proceedings concluded at 4:08 p.m.)
13                           -  -  -  -  -
14
15
16
17
18                     C E R T I F I C A T E
19       I hereby certify that pursuant to Section 753,
20   Title 28, United States Code, the foregoing is a true and
21   correct transcript from the record of proceedings in the
22   above-entitled matter.
23
        /s/Francine C. Salopek                  3-30-2023
24   Francine C. Salopek, RMR-CRR               Date
     Official Court Reporter
25
```