UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL MINUTES/CALENDAR
COURTROOM NO. 3 – 9:30 AM

**MAGISTRATE JUDGE**: **LISETTE M. REID**

Case No. *23-20727-CIV-ALTMAN*

Date 5/25/23                                                                    END:   5: 30 PM

Clerk Elizabeth Rodriguez

DAR:                                                    COURT REPORTER Sharon Pell Velazco

Title of Case Breslow, et al Phillips, et al

Plaintiffs' Attorney(s) Benjamin Kussman, Christopher Berg, Jamie Katz, Andrew Iglesias

Defendants' Attorney(s) Jesse Franklin-Murdock, Nitoj Singh

Reason for Hearing: Continuation Preliminary Injunction Hearing

Result of Hearing
-Oral Arguments re: Defendants' Expedited Motion to Modify Temporary Restraining Order (DE #86)
- For the Plaintiffs: Nicholas Bax sworn & testified.
- For the Defendants: 1) Benjamin Reed sworn & testified; 2) Mark Phillips sworn & testified

Case continued to 5/30/23 Time: 11:00 am     For Preliminary Injunctions
Misc.