UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

## DECLARATION OF MARK PHILLIPS

I, Mark Phillips, declare as follows:

1. I am a defendant in this action, am over the age of eighteen, and am competent to testify as to the matters herein. The following is based upon personal knowledge unless otherwise stated.

2. Defendant Benjamin Reed ("Mr. Reed") and I utilized Robinhood in connection with MovementDAO, an online cryptocurrency and brokerage platform, to convert cryptocurrency

into fiat. Robinhood only permits its users to send cryptocurrency amounts of $5,000 each 24 hours. Attached hereto as **Exhibit 1** is a true and correct copy of Robinhood's "Crypto Transfers" information page, which sets forth the $5,000 daily limitation.

3. On March 21, 2023, I contacted Robinhood to see if Robinhood would increase the daily transfer limit, but I was unable to do so. Attached hereto as **Exhibit 2** is a true and correct copy of my March 21, 2023, communications with Robinhood.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2023

DocuSigned by:

*Mark Phillips*

18C8B6E6A504474...

Mark Phillips