

< Buying and selling crypto

# Crypto transfers

Transferring crypto into and out of your Robinhood Crypto account is fast and easy. You can consolidate your coins into one account so it's easier to track your portfolio, move supported coins into your Robinhood account so you can trade those coins without commission, and more.

When it comes to crypto, it's important that you—and only you—can transfer coins into or out of your Robinhood Crypto account.

To enable crypto transfers, you'll need to **verify your identity** and **add two-factor authentication** to your account. After you complete those steps, it can take up to 5 business days to review your info and enable crypto transfers with Robinhood.

## Verify your identity

You'll need to verify your identity with:

- A **photo of your government-issued ID**: Acceptable forms of ID include a driver's license, state ID, passport, passport card, or permanent resident card.
- A **live photo of yourself**: You might be asked to take a selfie with your mobile device or webcam. Make sure you're in a well-lit place to take your photo.

## Add two-factor authentication

Two-factor authentication (2FA) provides an additional layer of security to your account. 2FA makes it much harder for attackers to gain access to both of these, which helps protect you in case an attacker learns your password. 2FA is more secure because it requires 2 sources of verification: Something you know (your password) and something you have (the code you generate or receive on your device)



- Google Authenticator: iPhone, Android
- Duo Mobile: iPhone, Android
- Authy: iPhone, Android

2. **Confirm your mobile number**: You'll get a code in a text message to the phone number linked to your Robinhood account. When prompted, enter that code to confirm your phone number.

3. **Verify your email address**: We'll send an email to the email address associated with your Robinhood account. Select the link in the email to confirm your email address.

4. Select **Account → Settings**

5. Select **Security and privacy**, select **Two-Factor Authentication**

6. Toggle the feature to the **On** setting

7. Choose the authentication app

8. Select **Open App**

9. Confirm that you'd like to add Robinhood

10. Copy the verification code generated by your authentication app, and when prompted, paste it into your Robinhood app

11. You'll receive an emergency backup code from Robinhood that allows you to log in if you ever lose access to your device. Be sure to save this code in a secure place, such as within a password manager, saving a screenshot in a password-protected folder, or writing it down and locking it in a safe.

# How to send crypto

1. Go to the crypto's detail page
2. Select **Send**
3. Enter the amount you'd like to send
4. Paste the crypto address of the receiving wallet
5. Select **Review → Submit**



## Transfer limits and fees

**Transfer limits**: You can send up to $5,000 worth of crypto or make up to 10 transfers total in a 24-hour period.

Crypto bought on Robinhood using Instant cannot be withdrawn until those transactions settle, which can take approximately up to 5 business days.

**Transfer fees**: Every on-chain crypto transaction incurs a network fee— sometimes called a miner fee or gas fee. The amount of the fee depends on, among other things, the coin and how many other transactions are happening on the coin's network. We'll always let you know what the network fee estimate is before you finalize a transfer out of your Robinhood Crypto account.

When you send a coin on Robinhood, we'll estimate the network fee and add it to the amount you want to send. For example, if you send 100 DOGE and the network fee is 1 DOGE, a total of 101 DOGE is then sent to the network.

When you select the **Send All** option, the estimated network fee will be deducted from the total amount you send. For example, if you send all 100 DOGE in Robinhood Crypto account and the network fee is 1 DOGE, the recipient address will receive 99 DOGE.

**ERC-20 transfer fees:** You can transfer ERC-20 tokens, such as Chainlink (LINK), Compound (COMP), Polygon (MATIC), Shiba Inu (SHIB), and Solana (SOL), Uniswap (UNI) and USD Coin (USDC).

When withdrawing ERC-20 tokens on the Ethereum blockchain, you pay the network fee in Ether (ETH). However, with Robinhood, you don't need an ETH balance to complete an ERC-20 token transfer. Robinhood automatically calculates the ETH equivalent and debits your ERC-20 token balance directly. We'll estimate the network fee and add it to the amount you want to send.

**Polygon transfer fees:** MATIC is the native token on the Polygon network. Similar to ERC-20 tokens, Robinhood automatically calculates the estimated network fee and debits your Polygon (MATIC) balance for withdrawals.

## How to receive crypto

Transfer crypto into your Robinhood account for our robust security, crime insurance, and commission-free trading.

1. Go to the crypto's detail page



4. Paste the address into the receiving wallet app

## Supported coins

You can receive the following coins currently in Robinhood:

- Aave (AAVE)
- Avalanche (AVAX)*
- Bitcoin (BTC)
- Bitcoin Cash (BCH)
- Cardano (ADA)*
- Chainlink (LINK)
- Compound (COMP)*
- Dogecoin (DOGE)
- Ethereum (ETH)
- Ethereum Classic (ETC)
- Litecoin (LTC)
- Polygon (MATIC)**
- Shiba Inu (SHIB)*
- Solana (SOL)*
- Stellar Lumens (XLM)*
- Tezos (XTZ)*
- Uniswap (UNI)*
- USD Coin (USDC)**

Make sure you only transfer the coins listed above—any unsupported coins sent to your Robinhood account may be lost and the transactions are irreversible. This includes ERC-20 tokens and NFTs sent to a Robinhood Ethereum address.

*Not available for trading in New York. Polygon (MATIC) is also not available for trading in New York, and USD Coin is not available for trading in New York or Texas.



**IMPORTANT**: Addresses on different networks might not be cross-compatible. Before transferring, **always confirm that the address and network match, and that the platform receiving the funds supports the network they are sent on.**

## Which states have access to Robinhood Crypto transfers?

Robinhood Crypto transfers are currently available in every US state and the District of Columbia, except for Hawaii, Nevada, and New York. We're working hard to make Robinhood Crypto available in those states as soon as possible.

## Transfer fees and timing

**Transfer fees**: We don't charge any extra fees to receive crypto. Any transaction fees collected by a crypto network will be deducted from the sender's crypto address.

**Timing**: We require a certain number of network confirmations before crypto is credited to your Robinhood account. The number of confirmations may vary depending on, among other things, network conditions. Under ordinary conditions, this process can take up to a few hours. We also review each transfer for security and safety reasons, which typically takes just a few minutes but on rare occasions it could take longer. We'll let you know in the app as soon as your crypto is available.

KEEP IN MIND

Never send crypto back to a Robinhood address you received it from. The crypto address we use for withdrawals is not the same as your deposit address. Only send crypto to your deposit address, which can be found by tapping **Receive** on each crypto detail page. Sending crypto to an incompatible address might result in a loss.



## Supported address formats for crypto withdrawals

Crypto can have different types of address formats depending on the receiving wallet.

Robinhood currently supports the following address formats for withdrawals. If you try to use an unsupported address format, your transaction won't be submitted. We're working on adding support for additional address types.

- **Avalanche** (AVAX): We currently support Avalanche addresses with a C-Chain (Contract Chain) address starting with an "0x". We don't support addresses from the X-Chain (Exchange Chain) or P-Chain (Platform Chain).

- **Bitcoin** (BTC): We currently support Bitcoin address formats that start with a "1" (P2PKH), "3" (P2SH) and "bc1q" (Native SegWit/Bech32). We don't currently support lightning network transactions or address formats that start with "bc1p" (taproot).

- **Bitcoin Cash** (BCH): We currently support Bitcoin Cash address formats that start with a "1" (Legacy P2PKH), or "q" (Cashaddr P2PKH). We do not support Bitcoin Cash address formats that start with "bitcoincash:q." However, you can simply remove the "bitcoincash:" section of the address prefix and it will convert the address into a standard "q" address.

- **Cardano** (ADA): We currently support both Byron and Shelley address formats. Byron wallet address formats that start with "Ae2" and "DdzFF," and Shelley wallet address formats that start with "addr1."

- **Dogecoin** (DOGE): We currently support Dogecoin addresses that start with "D" (P2PKH).

- **Ethereum** (ETH), **Aave** (AAVE), **Chainlink** (LINK), **Compound** (COMP), **Shiba Inu** (SHIB), **Uniswap** (UNI), and **USD Coin** (USDC): We currently support withdrawals to Ethereum addresses (EOA) and contract addresses (smart contracts).

- **Ethereum Classic** (ETC): We currently support Ethereum Classic addresses that start with "0x" but please note that we don't currently support Ethereum Classic withdrawals to smart contracts. If you attempt to withdraw ETC to a smart contract you'll receive an unsupported address error even if the address starts with "0x."

- **Litecoin** (LTC): We currently support Litecoin address formats that start with an "L" (P2PKH), "M" (P2SH), and "ltc1" (Native SegWit/Bech32). We don't currently support P2SH addresses that begin with "3."

- **Polygon** (MATIC), **USD Coin** (USDC): We currently support withdrawals only for addresses on Ethereum or Polygon networks. Before transferring, **always confirm that the address and**



- **Solana** (SOL), **USD Coin** (USDC): We currently support withdrawals to Solana addresses (SOL).

- **Stellar Lumens** (XLM): If a Stellar address begins with a "G" then it's a standard address, in **need of a separate memo for custodial accreditation** of funds. This memo is provided by the receiving party. Unfortunately, if the address starts with "M" it's a muxed account with the ID included in the address, this address typo isn't currently supported for Stellar withdrawals by Robinhood.

- **Tezos** (XTZ): We currently support Tezos address formats that start with a "tz".

KEEP IN MIND

Only send crypto to the same blockchain (for example, only bitcoin can be sent to a Bitcoin address). In practice, Bitcoin (BTC) and Bitcoin Cash (BCH) share some of the same address formats, but sending bitcoin to a Bitcoin Cash address will likely result in a loss of funds.

## Why did my deposit address change?

Your deposit addresses can change for some of the crypto with Robinhood. We do this for privacy, so that a third party cannot easily associate your activity to your address.

The following coin addresses change each time you send a deposit.

- ADA
- BCH
- BTC
- DOGE
- LTC

Unless otherwise indicated, all deposit addresses we provide to you are unique and will remain attributed to your account, meaning deposits sent to any previous deposit addresses will be credited if the deposit is accepted. However, we suggest using a new address for each deposit to Robinhood wherever possible for your financial privacy.



For ERC20, ETH, and SOL deposits, your deposit address won't change. This is because of the unique account-based model shared by these blockchains.

Get more information about address and QR code safety in Security best practices.

## Tips for staying safe when transferring crypto

1. **Double check you're transferring the right coin to the right address**

- Crypto addresses are only compatible with specific coins. For example, sending litecoin to a Bitcoin address will result in the loss of your litecoin. And since crypto transfers are irreversible, there's no way to return the litecoin to the sender.
- This also applies to coins that have similar names or symbols—sending ETC to an ETH address will result in the loss of those coins.
- Also, sending unaccepted coins across a similar network won't be credited or returned. This can include unsupported ERC20 tokens being sent to ETH or ETC receiving addresses.

2. **Double check you're sending to the right wallet address**

- Crypto addresses are long strings of characters, which can make it difficult to distinguish one address from another. Getting even one character wrong can result in your crypto being lost.
- When entering a wallet address, it's recommended to copy and paste the address or scan a QR code. Avoid manually entering an address whenever possible.
- It's also a good idea to compare the crypto address you've entered with the address you intend to use. One way to do this is to compare the first and last 5 characters of the addresses to make sure they match.

3. **Watch out for QR code scams**

- Be careful using a QR code to scan a crypto address because it can lead you to fraudulent sites or phishing scams.
- When using your Robinhood QR code to receive funds, always make sure the address scanned matches the address shown in your app.



4. **Double check how much crypto you're transferring**

   - Unlike dollars, crypto can be divisible into very small amounts. A bitcoin, for example, can be divided into eight decimal places. When entering an amount of crypto to transfer, double check your decimal places to make sure you're transferring the intended amount.

5. **Double check the security of your crypto accounts**

   - Enabling crypto transfers means your coins can be sent outside of Robinhood. Once crypto is sent out of your Robinhood account, the transaction can't be reversed. This makes security incredibly important. Make sure you're using a strong, unique password—we recommend using a password manager—and also checking the security settings of the device you're using for two-factor authentication. For more information, check out Security best practices.

KEEP IN MIND

Crypto transfers are irreversible and unauthorized activity can result in the loss of funds. By following the tips above, you can reduce the risk of loss due to account security issues.

## Reading your transaction in a block explorer

Each blockchain transaction has a unique identifier otherwise known as a transaction hash (TxID). When transferring crypto, we'll provide you with a link that allows you to see the status of your transaction on the blockchain. This link goes to a third-party block explorer—a website that allows you to view your transactions' live status on the blockchain.

When navigating a block explorer, you'll want to make sure that the transaction hash you want to search matches the one shown on the explorer (if you select a block explorer link from Robinhood, your transaction will automatically be populated).

When looking at your transaction hash, the most relevant pieces of information are:



- **The recipients of the transaction**. If depositing crypto to Robinhood, one or more of the receiving addresses will be your address. If withdrawing, one or more of the receiving addresses will be the intended receiving party.

- **The sender of the transaction**. If depositing crypto into Robinhood, this will be your crypto address or that of a third party. If you're withdrawing from Robinhood, the sending address will show up on the blockchain as a Robinhood managed crypto address. Never send crypto back to a Robinhood crypto address that you received a withdrawal from. If you send crypto back to that listed address, the crypto won't reach your account. The address shown there is part of a safeguard to protect your assets.

Check out [Block Explorer Disclosure](Block Explorer Disclosure) for details.

KEEP IN MIND

Not all senders and recipients (sometimes known as inputs and outputs) of a blockchain transaction will be you. Due to the way that many crypto trading platforms batch multiple withdrawals at a time, many transactions may be included in a single transaction hash.

## Crypto deposit processing times

Robinhood requires crypto deposits to reach a certain number of references (confirmations) on the blockchain, before being credited to your account.

Processing times for crypto deposits vary based on the type of crypto. The following lists the confirmation requirements by crypto type and an estimated completion time based on the respective blockchain.

- **Avalanche** (AVAX): 20 confirmations (approximately 20 seconds)
- **Bitcoin** (BTC): 6 confirmations (approximately 1 hour)
- **Bitcoin Cash** (BCH): 15 confirmations (approximately 3 hours)

# Robinhood

- **Ethereum** (ETH), **Aave** (AAVE), **Chainlink** (LINK), **Compound** (COMP), **Shiba Inu** (SHIB), **Uniswap** (UNI), and **USD Coin** (USDC): 30 confirmations (approximately 5 minutes)
- **Ethereum Classic** (ETC): 1,200 confirmations (approximately 6 hours)
- **Litecoin** (LTC): 12 confirmations (approximately 30 minutes)
- **Tezos** (XTZ): 30 confirmations (approximately 15 minutes)
- **Polygon** (MATIC): 15 confirmations (approximately 4 minutes)
- **Solana** (SOL): 1 confirmation (approximately 5 minutes)
- **Stellar Lumens** (XLM): 1 confirmation (approximately 5 seconds)

NOTE

The amount of confirmations required for a crypto deposit are subject to change. The actual processing times can vary from their estimates depending on the network's status.

# FAQ

Do I have access to my private keys?

How can I get my own keys?

What happens if I send crypto that isn't supported on Robinhood?

Can I reuse crypto addresses?

Is there a fee to send crypto?

Can I sell crypto that I receive into my Robinhood account?



Do you support airdrops, forks, or ICOs?

Do I need to hold Ether (ETH) to withdraw ERC-20 tokens from my account?

Can I pay for the transfer using my ETH balance?

Can I transfer Polygon (MATIC) from an Ethereum address to a Polygon address or vice versa?

## Disclosures

This is not investment advice, a recommendation, an offer to sell, or a solicitation of an offer to buy any security or crypto.

Crypto trading is offered through an account with Robinhood Crypto (NMLS ID 1702840).

Trading in crypto comes with significant risks, including volatile market price swings or flash crashes, market manipulation, and cybersecurity risks. In addition, crypto markets and exchanges are not regulated with the same controls or customer protections available in equity, option, futures, or foreign exchange investing. Several federal agencies have also published advisory documents surrounding the risks of virtual currency. For more information, see the Robinhood Crypto Risk Disclosure, the CFPB's Consumer Advisory, the CFTC's Customer Advisory, the SEC's Investor Alert, and FINRA's Investor Alert.

Reference No. 2912782

**Still have questions?** Contact Robinhood Support

**Brokerage Customer Relationship Summary**
**FINRA's BrokerCheck**



| Product | Company |
|---|---|
| Invest | About us |
| Crypto | Blog |
| Retirement | Affiliates |
| Options | Press |
| Cash Card | Careers |
| Learn | Commitments |
| Snacks | Our Customers |
| | Investor Relations |
| **Legal & Regulatory** | Support |
| Terms & Conditions | ESG |
| Disclosures | Podcast |
| Privacy | Investor Index |
| Law Enforcement Requests | |

Follow us on        

Brokerage services are offered through Robinhood Financial LLC, (RHF) a registered broker dealer (member SIPC) and clearing services through Robinhood Securities, LLC, (RHS) a registered broker dealer (member SIPC). Cryptocurrency services are offered through Robinhood Crypto, LLC (RHC) (NMLS ID: 1702840). Robinhood Crypto is licensed to engage in virtual currency business activity by the New York State Department of Financial Services. The Robinhood spending account is offered through Robinhood Money, LLC (RHY) (NMLS ID: 1990968), a licensed money transmitter. A list of our licenses has more information. The Robinhood Cash Card is a prepaid card issued by Sutton Bank, Member FDIC, pursuant to a license from Mastercard®. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. RHF, RHY, RHC and RHS are affiliated entities and wholly owned subsidiaries of Robinhood Markets, Inc. RHF, RHY, RHC and RHS are not banks. Products offered by RHF are not FDIC insured and involve risk, including possible loss of principal. RHC is not a member of FINRA and accounts are not FDIC insured or protected by SIPC. RHY is not a member of FINRA, and products are not subject to SIPC protection,



Options trading entails significant risk and is not appropriate for all customers. Customers must read and understand the Characteristics and Risks of Standardized Options before engaging in any options trading strategies. Options transactions are often complex and may involve the potential of losing the entire investment in a relatively short period of time. Certain complex options strategies carry additional risk, including the potential for losses that may exceed the original investment amount.

Commission-free trading of stocks, ETFs and options refers to $0 commissions for Robinhood Financial self-directed individual cash or margin brokerage accounts that trade U.S. listed securities and certain OTC securities electronically. Keep in mind, other fees such as trading (non-commission) fees, Gold subscription fees, wire transfer fees, and paper statement fees may apply to your brokerage account. Check out Robinhood Financial's Fee Schedule for details.

 View important disclosures

© 2023 Robinhood. All rights reserved.