7:48   ::!! 5G 78





**Transfers**



> There is a maximum of 10 transfers total in a 24-hour period.

Yes I can read this, but can I fill out some form to transfer more out? Like a large wire payment?

At the moment, that is a limitation that cannot be changed. Hopefully, this can be increased in the future. We just don't have an exact timeline of when it will be increased.

Do you have any other questions that I can answer for you?



Please don't hesitate to reach out with any additional questions. We're here 24 hours a day 7 days a week, whenever you need us. Again, my name is Allister. Have a great day!

9:01 AM

This case was closed on Mar 21st. Still need help, or have a new issue?

**Get support**

Exhibit 2