UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

---

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF MARK PHILLIPS AND DEFENDANT BENJAMIN REED'S SUPPLEMENTAL MEMORANDUM REGARDING EXHIBIT 168**

---

Defendant and Counterclaim-Plaintiff Mark Phillips and Defendant Benjamin Reed (collectively, "Defendants"), by and through their attorneys, Dhillon Law Group Inc., hereby submit this supplemental memorandum regarding the evidentiary hearing on Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon's (collectively, "Plaintiffs") motion for preliminary injunction. As explained by Defendants' counsel at the hearing, the full text of certain Movement Improvement Proposals ("MIPs") is set forth in Plaintiffs' Exhibit 168, which the Court admitted

into evidence on May 25, 2023. Due to the length of Exhibit 168, Defendants hereby provide the Court with the bates numbers of pages containing MIPs relevant to the Court's analysis that have not already been entered into evidence.

1. A table of contents showing the name of each MIP, its date of adoption, and the votes cast in favor thereof is located on page PLAINTIFF0003596.

2. MIP-0000 is located on page PLAINTIFF0003602. The resolutions appointing Defendants as Authorized Members of MovementDAO and setting forth their authority as Authorized Members are located on page PLAINTIFF0003606-07.

3. MIP-0001 is located on page PLAINTIFF003609. The resolution authorizing MovementDAO's governance process is located on page PLAINTIFF0003611.

4. MIP-0004 is located on page PLAINTIFF0003629. The resolutions authorizing ongoing reimbursements to MovementDAO's Service Providers and providing for the indemnification of its Service Providers are located on pages PLAINTIFF0003631-36.

5. MIP-0007 is located on page PLAINTIFF0003644. The resolutions authorizing the appointment of Mr. Phillips as Service Provider and Mr. Reed as Authorized Member are located on page PLAINTIFF003645.

6. MIP-0011 is located on page PLAINTIFF0003664. The resolution authorizing the payment of 58,831.02 DAI to MovementDAO's Service Provider as deferred legal fees for 2022 is on page PLAINTIFF0003665.

7. MIP-0012 is located on page PLAINTIFF0003668. The resolution authorizing the payment of 334,487 DAI as the Service Provider's fee for 2022 is located on page PLAINTIFF0003669.

8. MIP-0014 is located on page PLAINTIFF0003675. The resolution cycling the keys to MovementDAO's multi-signature Gnosis SAFE account ("Movement Gnosis") is located on page PLAINTIFF0003677.

9. MIP-0015 is located on page PLAINTIFF0003679. The resolutions terminating Plaintiffs' governance rights are located on page PLAINTIFF0003681.

10. MIP-0017 is located on page PLAINTIFF0003686. The resolutions authorizing various transfers for operational expenses are located on page PLAINTIFF0003688.

11. MIP-0018 is located on page PLAINTIFF0003690. The resolution authorizing the transfer of 349,035 DAI for the payment of deferred developer salaries for 2022 is located on page PLAINTIFF0003692.

12. MIP-0019 is located on page PLAINTIFF0003695. The resolution authorizing the maintenance of the Service Provider's 2022 fee of 334,487 DAI in the Developer Gnosis is located on page PLAINTIFF0003696.

13. MIP-0020 is located on page PLAINTIFF0003698. The resolutions authorizing the disbursement of indemnification expenses to MovementDAO's Authorized Members and Service Providers are located on pages PLAINTIFF0003700-01.

14. MIP-0021 is located on page PLAINTIFF0003703. The resolution authorizing the transfer of 5,354,433 from the Movement Gnosis to the Developer Gnosis to fund MovementDAO's 2023 development budget is located on page PLAINTIFF0003706.

        Respectfully submitted,

        /s/ Nitoj P. Singh

        DHILLON LAW GROUP INC.
        Matthew S. Sarelson (Florida Bar 888281)
        MSarelson@dhillonlaw.com
        1601 Forum Place, Suite 403

West Palm Beach, FL 33401
305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (Admitted *pro hac vice*)
NSingh@dhillonlaw.com
Jesse Franklin-Murdock (Admitted *pro hac vice*)
JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
415.433.1700

Attorneys for Defendant and Counterclaim-Plaintiff Mark Phillips; Defendant Benjamin Reed; and Counterclaim-Plaintiff MovementDAO