UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL MINUTES/CALENDAR
COURTROOM NO. 3 – 11:00 AM

**MAGISTRATE JUDGE**: **LISETTE M. REID**

Case No. *23-20727-CIV-ALTMAN*

Date 5/30/23                                                             END:   3: 35 PM

Clerk Elizabeth Rodriguez

DAR:                                               COURT REPORTER Laura Melton

Title of Case Breslow, et al Phillips, et al

Plaintiffs' Attorney(s) Benjamin Kussman, Christopher Berg, Andrew Iglesias

Defendants' Attorney(s) Jesse Franklin-Murdock, Nitoj Singh

Reason for Hearing: Continuation of Preliminary Injunction Hearing

Result of Hearing
-Oral Arguments re: Defendants' First Expedited Motion for Clarification (DE #93)
- For the Defendants: Mark Phillips (continuation of his testimony)
- Closing Arguments

Case continued _____ Time:___For
Misc.