AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RYAN BRESLOW, ET AL

V.

MARK PHILLIPS, ET AL

**EXHIBIT AND WITNESS LIST**

23-20727-CIV-ALTMAN

| PRESIDING JUDGE<br>Lisette M. Reid | | | PLAINTIFF'S ATTORNEY<br>B. Kussman, C. Berg, J. Katz, A. Iglesias | | DEFENDANT'S ATTORNEY<br>Jesse Franklin-Murdock & Nitoj P. Singh |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>Evidentiary Hearing: 4/27/23 | | | COURT REPORTER<br>Glenda Powers | | COURTROOM DEPUTY<br>Elizabeth Rodriguez |
| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | |
| X | | 4/27/23 | | | Ryan Breslow sworn & testified |
| X | | | | | Jon Gordon sworn & testified |
| X | | | | | Reed Yurchak sworn & testified |
| 3 | | | X | X | Webpage printout of DAO LawFirm ETH from Wayback Machine |
| 5 | | | X | X | Etherscan.org account statement and transaction history of DAO Endowment Gnosis account as of 2/22/23 |
| 6 | | | X | X | Movement DAO Gitbook White Paper 2/2/2022 |
| 12 | | | X | X | MIP0004: Adopt Actions |
| 15 | | | X | X | MIP0007: Snapshot Consent of the Members of the DAO |
| 16 | | | X | X | MIP0011: Pay Deferred Legal Fees From 2022 |
| 90 | | | X | X | Copy of the MovementDAO's budget |
| 90A | | | X | X | Excerpt from budget |
| 91 | | | X | X | Email from Mr. Phillips to Mr. Gordon regarding accounting expenses and budget |
| 92 | | | X | X | Email discussion between Mr. Breslow, Mr. Gordon, Mr. Fine, and Mr. Phillips |
| 95 | | | X | X | Declaration of Reed Yurchak re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 98 | | | X | X | Etherscan.io transaction history for wallet: 0x2770736960c4739f96d3a033676ff0e34e71fC63, that voted on MIP0014 through MIP0021 w/ 101K Move voting units, but possesses zero ERC20 |
| 107 | | | X | X | Screenshot of text messages dated 7/2/22 between Fine and Phillips re Move token launch procedures |
| 108 | | | X | X | Screenshot of text messages dated 8/24/22 between Fine and Phillips re Token launch in 3 months and timeline |
| 110 | | | X | X | Snapshot of Gordon's email inbox & emails: Index showing emails from 9/22 and 10/22 from "Reed Yurchak" that are actually from m@daolawfirm. xyz, re requesting he sign Movement DAO documents |
| 115 | | | X | X | Screenshot of text message dated 3/13/22 from Phillips to Gordon re Project & interest |
| 116 | | | X | X | Screenshot of text message dated 8/9/22 from Phillips to Gordon re challenges and proposals |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

☜AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Breslow, et al vs. Phillips, et al | | | | | | 23-20727-CIV-ALTMAN/REID |
|---|---|---|---|---|---|---|
| 120 | | | X | X | Breslow's emails to Phillips dated January 6 & 29, expressing concern with actions taken in recent weeks and recitation of Breslow's offer to redeem investors' contributions. | |
| 135 | | | X | X | Phillips text to Ryan July 30, 2022 | |
| 154 | | | X | X | DAO endowment Gnosis SAFE transaction record | |
| 165 | | | X | X | SEALED | |
| | 314 | | X | X | MIP-0003: Bootstrap Product Development, dated August 22, 2022 | |
| | 316 | | X | X | MIP-0003: Exhibit A - initialization budget, dated August 29, 2022 | |
| | 322 | | X | X | MIP-0005 voting log, dated August 29, 2022 | |
| | 367 | | X | X | SEALED | |
| | 369 | | X | X | Email dated December 29, 2021, from Marc Welton to Reed Yurchak; Mark Phillips re: Gitbook (ADMITTED FOR LIMITED PURPOSES) | |
| | 374 | | X | X | Discord Chat with Fuego and OBStaker dated February 2, 2022 | |
| | 376 | | X | X | Discord Chat with FoxFlint; cRekto; AliG; mr_fine; Fuego; ChoosingtheGarden; mrtdlgc; AmyMarcella and dated February 15, 2022 | |
| | 380 | | X | X | Email dated July 11, 2022, from Benjamin Reed to Reed Yurchak re: Non profit (ADMITTED FOR LIMITED PURPOSES ONLY) | |
| | 381 | | X | X | Email dated July 14, 2022, from Marc Welton to Mark Phillips re: Template, Draft documents (ADMITTED FOR LIMITED PURPOSED ONLY) | |
| | 382 | | X | X | Email dated July 14, 2022, from Reed Yurchak to Mark Phillips re: Reminder: Invoice 1391 from Action Engine Inc. (ADMITTED FOR LIMITED PURPOSES ONLY) | |
| | 387 | | X | X | Email dated August 17, 2022, from Benjamin Reed to Reed Yurchak re: Change of Registered Agent - DAOLABS, LLC (ADMITTED FOR LIMITED PURPOSES ONLY) | |
| | 389 | | X | X | Text with Jon Gordon; Ryan Breslow and Mark Phillips dated August 27, 2022 | |
| | 394 | | X | X | Email dated September 21, 2022, from Reed Yurchak to Benjamin Reed re: DAOLABS Inc EIN (ADMITTED FOR LIMITED PURPOSES ONLY) | |
| | 397 | | X | X | Email dated October 17, 2022, from Reed Yurchak to Benjamin Reed re: Review please: DAOLABS Technology License Agreements (ADMITTED FOR LIMITED PURPOSES ONLY) | |
| | 405 | | X | X | Email dated January 29, 2023, from Ryan Breslow to Reed Yurchak re: Some important notes | |
| | 426 | | X | X | Email dated August 9, 2022, from Benjamin Reed to Reed Yurchak; Mark Phillips re: [None] (FOR LIMITED PURPOSES ONLY) | |
| | 427 | | X | X | Email dated August 17, 2022, from Benjamin Reed to Reed Yurchak re: Change of Registered Agent (ADMITTED FOR LIMITED PURPOSES) | |
| | 430 | | X | X | Email dated September 27, 2022, from Mark Phillips to Reed Yurchak re: Jango Laboratory Inc Docs - 2 of 3 (no attachment) (ADMITTED FOR PURPOSES ONLY) | |
| | 443 | | X | X | Email dated December 26, 2021, from Marc Welton to j.ted-dao@protonmail.com re: Gitbook Legal Advice | |
| | 461 | | X | X | Declaration of John Gordon dated March 23, 2023 | |
| | 465 | | X | X | Discord Chat with Fuego and tankbottoms dated N/A | |
| | 471 | | X | X | Discord Chat with notice to everyone on server | |
| | 478 | | X | X | Chat with Jon Gordon, Mark Phillips, David Steen, and others | |
| X | | 5/25/23 | | | Nicholas Bax sworn & testified | |

AO 187A (Rev. 7/87)                     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Breslow, et al | | | | vs. Phillips, et al | CASE NO. 23-20727-CIV-ALTMAN/REID |
|---|---|---|---|---|---|
| | X | | | Mark Phillips sworn & testified | |
| | X | | | Benjamin Reed sworn & testified | |
| 2 | | | X | X | SEALED |
| 8 | | | X | X | MIP-0000: Adopt the Guiding Principles, Terms of Service, and Code of Conduct |
| 27 | | | X | X | MIP-0018: Proposal for Deferred 2022 Developer Payouts |
| 51 | | | X | X | Transfer of DAI cryptocurrency from DAO Developer Multisig account 0x2187e6a7c765777d50213346F0Fe519fCA706fbD to unknown cryptocurrency holding with blockchain address 0x607d56643673649bd25AA47325A7a6AFeffc3B4a for $500,000 on 2/2/23 |
| 93 | | | X | X | Declaration of Mark Phillips |
| 118 | | | X | X | Defendants' Notice of Compliance and Response to Order to Show Cause |
| 125 | | | X | X | natasha_pankina.eth etherscan (wallet voted on MIP_0000) |
| 126 | | | X | X | pillowfightclub.eth etherscan (wallet voted on MIP_0000) |
| 127 | | | X | X | tankbottoms.eth etherscan (wallet voted on MIP_0000) |
| 128 | | | X | X | obstacker.eth etherscan (wallet voted on MIP_0000) |
| 129 | | | X | X | Service-provider.eth etherscan (wallet voted on MIP_0000) |
| 130 | | | X | X | benreed.eth etherscan (wallet voted on MIP_0000) |
| 131 | | | X | X | partypants.eth etherscan (wallet voted on MIP_0000) |
| 132 | | | X | X | 0x58Ba...1650 etherscan (wallet voted on MIP_0000 |
| 133 | | | X | X | Defendants cash accounting 2023.04.08 |
| 134 | | | X | X | Defendants cash accounting 2023.04.12 |
| 149 | | | X | X | Text message between Jon Gordon and Mark Phillips |
| 150 | | | X | X | Etherscan transaction records of certain transactions listed on Ex. 90 |
| 155 | | | X | X | MIP-0000 Snapshot Voting Record |
| 160 | | | X | X | Defendants cash accounting 2023.04.13 |
| 168 | | | X | X | Copy of move xyz website |
| 169 | | | X | X | Etherscan.io transaction history for cookieslayer.eth |
| 172 | | | X | X | 5/16/2023 Declaration of Mark Phillips |
| 224 | | | X | X | Screenshot Project #515 |
| | 301 | | X | X | MIP-000: Adopt the Guiding Principles Terms of Service, and Code of Conduct dated 8/9/22 |
| | 302 | | X | X | MIP-000: Exhibit A – Certificate of Adoption of the Organization Documents dated 8/23/22 |

Page ___3___ of ___5___ Pages

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Breslow, et al | | | vs. | Phillips, et al | CASE NO. 23-20727-CIV-ALTMAN/REID |
|---|---|---|---|---|---|
| | 303 | | X | X | MIP-0000: Exhibit B - Guiding Principles, dated August 23, 2022 |
| | 304 | | X | X | MIP-0000: Exhibit C- Terms of Service, dated August 21, 2022 |
| | 305 | | X | X | MIP-0000: Exhibit D - Code of Conduct, dated August 21, 2022 |
| | 306 | | X | X | MIP-0000: Exhibit E - Definitions, dated August 21, 2022 |
| | 333 | | X | X | MIP-0008 voting log, dated September 19, 2022 |
| | 347 | | X | X | MIP-0016: Proposal to the Update to the DAO's Snapshot Strategy, dated January 31, 2023 |
| | 358 | | X | X | MIP-0021 voting log, dated February 9, 2023 |
| | 362 | | X | X | MIP-0023 voting log, dated March 21, 2023 |
| | 371 | | X | X | Email dated January 12, 2022, from Reed Yurchak to Ryan Mallory; mmfredyh2@gmail.com re: N/A |
| | 375 | | X | X | Movement DAO (branch deployed) dated February 2, 2022 |
| | 388 | | X | X | Text with Alex Fine and Mark Phillips dated August 24, 2022 |
| | 395 | | X | X | Email dated October 1, 2022, from Reed Yurchak to Mark Phillips re: Movement GitBook (ADMITTED FOR LIMITED PURPOSES) |
| | 396 | | X | X | The Movement Endowment dated October 2, 2022 |
| | 399 | | X | X | Email dated December 8, 2022, from Mark Phillips to Jon Gordon re: A.F. talking points |
| | 417 | | X | | Movement DAO presentation - The platform enabling sustainably funded & governed movements |
| | 418 | | X | X | Email dated January 10, 2022, from Reed Yurchak to Benjamin Reed re: Custodial Account |
| | 419 | | X | X | Email dated January 10, 2022, from Reed Yurchak to Benjamin Reed re: Client Information Sheet (Crypto Custodial Account) |
| | 420 | | X | X | Email dated January 11, 2022, from Reed Yurchak to Benjamin Reed re: Engagement Letter, Custodial Crypto Account (fully executed) |
| | 421 | | X | X | Discord Chat with theryanking; myco\|MOVE; OBStacker; rice$cracker and mr_fine dated March 24, 2022 |
| | 423 | | X | X | Discord Chat with Felixander; rice$cracker; _anna; Fuego and theryanking dated April 7, 2022 |
| | 449 | | X | X | Peace DAO Movement Juicebox |
| | 466 | | X | X | Email dated October 26, 2022, from Ryan Breslow to Jon Gordon; Mark Phillips re: FYI |
| | 472 | | X | X | Discord Chat with Alex Fine, Benjamin Reed, David Steen, Jon Gordon, and others |
| | 481 | | X | X | Text Message chain with Jon Gordon |
| | 482 | | X | | New York Times Article "Bolt Built $11 Billion Payment Business on Inflated Metrics and Eager Investors." |
| | X | 5/30/23 | | | Mark Phillips – Continuation |
| 9 | | | X | X | MIP_0001: Adopt the Governance and Multisig Process |
| 11 | | | X | X | MIP_0003: Bootstrap Product Development |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Breslow, et al | | | | vs. Phillips, et al | CASE NO. 23-20727-CIV-ALTMAN/REID |
|---|---|---|---|---|---|
| 30 | | 5/30/23 | X | X | MIP-0021: Proposal for the DAO's 2023 Operational Budget |
| 73 | | | X | X | Declaration of Mark Phillips |
| 139 | | | X | X | Phillips criminal final judgement 2013.07.26 |
| 203 | | | X | X | Internet Page Captured 4/17/23 10:36 AM URL: https://web.archive.org/web/20220613162032/https:/move.xyz/ |
| 204 | | | X | X | Internet Page Captured 4/17/23 10:19 AM URL: https://web.archive.org/web/20220314233635/https:/move.xyz/ |
| 211 | | | X | X | Superseding Indictment CR10-269JCC |
| | | 378 | X | X | Email dated April 11, 2022, from Marc Welton to Reed Yurchak; Mark Phillips re: https://gitbook.move.xyz/move/legal/token- sale-and-use (ADMITTED FOR LIMITED PURPOSES) |