UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>     Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>     Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |
| MOVEMENTDAO and MARK PHILLIPS,<br><br>     Counterclaim-Plaintiffs<br><br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>     Counterclaim-Defendants | |

**STIPULATION TO EXTEND TIME FOR COUNTERCLAIM-DEFENDANTS TO RESPOND TO COUNTERCLAIM**

IT IS HEREBY STIPULATED AND AGREED between Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon (collectively, "Counterclaim-Defendants"), and Counterclaim-Plaintiffs MovementDAO and Mark Phillips ("Counter-Claim Plaintiffs") (all collectively, the "Parties"), that Counterclaim-Defendants may have additional time within which to answer or otherwise respond to Counterclaim-Plaintiffs' Counterclaim.

On April 27, 2023, the Court held a hearing on Plaintiffs' request for a preliminary injunction. That hearing was resumed on May 25 and concluded on May 30, 2023. In light of the preliminary injunction hearing, and the Parties' dedicated efforts towards the same, the parties had originally agreed that Counterclaim-Defendants must serve answers or otherwise respond to Counterclaim-Plaintiffs'

-1-

Counterclaim within twenty-one (21) days following the parties' closing arguments at the preliminary injunction hearing, or, if there are no closing arguments, following the conclusion of testimony. Following the conclusion of the preliminary injunction hearing on May 30, the parties agreed to allow Counterclaim-Defendants an additional ten (10) days to respond to Counterclaim-Plaintiffs' Counterclaim. Counterclaim-Defendants' deadline to respond to the Counterclaim is now June 30, 2023.

This document is being electronically filed through the Court's CM/ECF System. In this regard, counsel for Counterclaim-Defendants hereby attest that (1) the content of this document is acceptable to all persons required to sign the document (2) Counterclaim-Plaintiffs' counsel has agreed to the filing of this document, and (3) a record supporting this agreement is available for inspection or production if so ordered.

Dated: June 5, 2023

| | |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, Florida 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email: jshubin@shubinbass.com<br>         jkatz@shubinbass.com<br>         dhelfand@shubinbass.com<br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, And Jon Gordon* | /s/ Christopher T. Berg<br>Christopher T. Berg (*pro hac vice*)<br>Benjamin J. Kussman (*pro hac vice*)<br>**ELLIS GEORGE CIPOLLONE**<br>**O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>(310) 274-7100<br>Email: cberg@egcfirm.com<br>         bkussman@egcfirm.com<br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, And Jon Gordon* |

|  |  |
|---|---|
| Matthew Sarelson, Esq.<br>Dhillon Law Group Inc.<br>1601 Forum Place, Suite 403<br>West Palm Beach, Florida 33401<br>Office: 305.773.1952<br>Fax: 415.520.6593<br>Email: msarelson@dhillonlaw.com<br><br>*Attorneys for Defendants Mark Phillips and Benjamin Reed* | By: /s/ Jesse D. Franklin-Murdock<br>Nitoj P. Singh *(Pro Hac Vice)*<br>Jesse D. Franklin-Murdock *(Pro Hac Vice)*<br>Harmeet Dhillon, Esq. Dhillon Law Group Inc.<br>177 Post Street, Suite 700<br>San Francisco, CA 94108<br>Office: 415-433-1700<br>Email: nsingh@dhillonlaw.com<br>          jfranklin-murdock@dhillonlaw.com<br>          harmeet@dhillonlaw.com<br><br>*Attorneys for Defendants Mark Phillips and Benjamin Reed* |

SO ORDERED:

_____

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2023, the foregoing was electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to authorized CM/ECF files.

/s/Jamie Katz
Attorney