4/6/23, 2:26 PM — Movement DAO Consensus Space Proposal: MIP-0000 Adopt the Guiding Principles, Terms of Service, and Code of Conduct

Case 1:23-cv-20727-RKA   Document 100-1   Entered on FLSD Docket 06/06/2023   Page 1 of 4



| | | |
|---|---|---|
| obstacker.eth | For | 4.2K MOVE |
| rice$cr… Core | For | 2.2K MOVE |
| natasha-pan… | For | 187 MOVE |
| pillowfightcl… | For | 39 MOVE |

See more

### Information

| | |
|---|---|
| Strategie(s) | |
| IPFS | #bafkrei |
| Voting system | Basic voting |
| Start date | Aug 22, 2022, 9:00 PM |
| End date | Aug 29, 2022, 9:00 PM |
| Snapshot | 15,399,566 |

### Results

For    10M MOVE  100%

Against    0 MOVE  0%

### I voted POAP

4/6/23, 2:46 PM                    MovementDAO Consensus Space Proposal: MD-1000 Adopt the Guiding Principles, Terms of Service, and Code of Conduct

Case 1:23-cv-20727-RKA   Document 100-1   Entered on FLSD Docket 06/06/2023   Page 3 of 4



**000004**