> Resources > Code of Conduct

# Code of Conduct

This is the Code of Conduct for DAO and its Community. Some terms used in this document have specific meanings, and are defined in the Definitions.

## Community.

Before being admitted as a DAO Member, each individual must accept the DAO's Code of Conduct, the DAO's Community Enforcement Guidelines, the DAO's Guiding Principals, and the DAO's Terms of Service.

In the event of a breach of the Code of Conduct, or a breach of any applicable terms and conditions, the DAO reserves the right to remove the associated DAO Member(s) without notice.

Views, statements and opinions expressed by a DAO Member do not necessarily reflect the opinions of the DAO Association or any of its affiliated entities, and shall be considered individual and personal statements of that DAO Member. The DAO shall not in any case be held responsible for any views, statements or opinions of any kind expressed by the DAO Member.

Every Member must act and interact in ways that contribute to an open, welcoming, diverse, and inclusive Community. By participating in the Community, every Member agrees to make our Community a harassment-free experience for everyone regardless of age, body size, visible or invisible disability, ethnicity, sex, gender identity and expression, level of experience, education, socio-economic status, nationality, personal appearance, race, religion, or sexual identity and orientation. Any behavior contrary to this spirit of tolerance is unacceptable, and those acting in such a way will be immediately excluded from the Dapp, and prevented from any and all privileges granted to DAO Members.

## Community Standards.

**Examples of behavior that contributes to a positive environment for our Community include:**

- Honesty.

- Prioritizing education; learning by doing.
- Demonstrating empathy and kindness.
- Being respectful.
- Giving and accepting feedback.
- Accepting responsibility. Owning mistakes, and learning from them.
- Focusing on what is best for the Community.
- Stewards of the Community and its wishes.

We are committed to Personal Integrity, Excellence, Teamwork, Inspiration to the Community Members. We are Responsible to our Community Members, Ourselves, Each Other, and to our Partners, Colleagues, and the Community we serve.

**Examples of unacceptable behavior include:**

- The use of sexualized language or imagery, and sexual attention or advances of any kind.
- Trolling, insults, derogatory comments, and personal or political attacks.
- Harassment.
- Publishing others' private information (NCC and/or PII) without their explicit consent.
- Giving any type of financial advice.
- Other conduct which could reasonably be considered inappropriate in a professional setting.
- Unauthorized use of the DAO's Cryptographic keys to sign any transaction which has not been ratified by the DAO's governance process.

# Community Enforcement Guidelines.

DAO Members will follow the Community Impact and Enforcement Guidelines listed below in determining the consequences for any action they deem to be in violation of the Code of Conduct:

## 1. Correction.

**Transgression:** The use of inappropriate language or other unprofessional or unwelcome behavior.

**Consequence:** Deletion or removal of the content in question, along with a communication of which rule was violated and how to avoid such violations in the future.

**000045**

## 2. Warning.

**Transgression:** A violation of the DAO's Code of Conduct, either through a single incident or a series of actions.

**Consequence:** A warning describing the consequences for continued inappropriate behavior. No interaction shall take place with the people involved (including unsolicited interaction with those enforcing the Code of Conduct) for 72 hours. This includes interactions in Community spaces, as well as interactions through external channels like Telegram, Discord, Reddit, a Community Forum, or another platform. Violating these terms may lead to a temporary or permanent ban.

## 3. Temporary Ban.

**Transgression:** A serious violation of Community standards, including sustained inappropriate behavior.

**Consequence:** A temporary ban from any sort of interaction or communication with the Community for 168 hours. No interaction shall take place with the people involved (including unsolicited interaction with those enforcing the Code of Conduct) during this period. Violating these terms may lead to a permanent ban.

## 4. Permanent Ban.

**Transgression:** Demonstrating a pattern of violating Community standards, including sustained inappropriate behavior, harassment, aggression, or disparagement towards individuals or classes of individuals.

**Consequence:** Permanent removal from any sort of interaction or public communication with the Community for an indefinite period of time. If an individual has alternate accounts, those may be removed as well. No public or private interaction with the people involved (including unsolicited interaction with those enforcing the Code of Conduct) shall take place during this period.

## 5. Compulsory Withdrawal.

**Transgression:** A violation of the DAO's Code of Conduct, the DAO's Community Impact and Enforcement Guidelines, or the DAO's Guiding Principals § 6(d): *Withdrawal Rights; Compulsory Withdrawal; Non-Disparagement* shall result in a permanent ban.

**Consequence:** The DAO Member shall be removed from the Dapp and prevented from any and all privileges granted to Members. Referral to the DAO's Service Provider to initiate the Guiding Principal's Compulsory Withdrawal § 6(b) proceedings.

## Other.

Notwithstanding the above Community standards and enforcement guidelines, the DAO and its Service Provider reserve the right to exclude any participant of the Dapp in case of breach of the Code of Conduct or any applicable terms and conditions.

✏️ Edit this page

**000047**