

D-314

000078



MovementDAO Consensus Space Proposal MIL-0103 Bootstrap Product Development



https://snapshot.org/#/snapshot.movedao.eth/proposal/0x72417d8bc44d911f5f399fe4f69016f58a02eb15c85141d5c40068fd5808761d  3/4

**000080**

**000081**