daolabs.dao initialization budget(5)

2080 Houry computation per year

| | Count | Role | Monthly | FC | Hourly | Annualize | Onetime | gTOKENs | Notes | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| developers | 1 | Application Block/Architect | $ 88,000.00 | $44,000.00 | $ 507.69 | $1,056,000.00 | $ - | | 1 | UX, smart contracts, cloud functions, legal, cheerleader |
| | 2 | UX Illustrator Figma | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | 100,000 | 2 | UX designer, PFP illustrator designer |
| | 3 | UX Front-end Typescript | $ 30,000.00 | $15,000.00 | $ 173.08 | $ 360,000.00 | $ - | 100,000 | 3 | UX, Svelte front-end |
| | 4 | Typescript/Solidity | $ 20,000.00 | $10,000.00 | $ 115.38 | $ 240,000.00 | $ - | 100,000 | 4 | Full-stack, smart contracts |
| | 5 | Typescript/Solidity | $ 12,000.00 | $ 6,000.00 | $ 69.23 | $ 144,000.00 | $20,000.00 | | 5 | Account-custodial smart contract, front-end |
| | 6 | Typescript/UX/Svelte | $ 12,000.00 | $ 6,000.00 | $ 69.23 | $ 144,000.00 | $20,000.00 | | 6 | UX, Svelte front-end |
| | 7 | Blockchain Architect | $ 46,000.00 | $23,000.00 | $ 265.38 | $ 552,000.00 | $30,000.00 | 100,000 | 7 | Delegate, blockchain architect, tezos |
| | 8 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 8 | TBD |
| | 9 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 9 | TBD |
| | 10 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 10 | TBD |
| | 11 | Program Management | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $20,000.00 | | 11 | Documentation, Legal, Github Issues, Sprint prioritization |
| | 12 | Application Block/Architect | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | | 100,000 | 12 | Architect OG of the Juicebox protocol |
| | | sub-total | $ 290,500 | $ 145,250 | | $ 3,486,000 | $ 90,000.00 | | | |
| business development | 13 | Community, marketing | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | 100,000 | 13 | Discontinue |
| | 14 | Governance & documentation | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 14 | Discontinue |
| | 15 | Marketing, copy & documentation | $ 5,000.00 | $ 2,500.00 | $ 28.85 | $ 60,000.00 | $ - | 100,000 | 15 | Discontinue |
| | 16 | Marketing, business develop | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | 100,000 | 16 | Discontinue |
| | 17 | Onboarding workflow | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 17 | Discontinue |
| | 18 | Onboarding business dev | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 18 | Discontinue |
| | 19 | Community, documentation | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | | 19 | Discontinue |
| | 20 | Infrastructure, Subscription Expenses | $ 5,000.00 | $ 2,500.00 | $ 28.85 | $ 60,000.00 | $ - | | 20 | Fleek, Firebase, Github, Graph, Alchemy, Tenderly, Namespace, ens.domains, Filing fees, BVI structure |
| | 21 | Legal, Accounting | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | | 21 | Terms of Service, Privacy Policy, EULA, Articles of Incorporation, By-laws, for parent and for generated DAOs and tokens |
| | 22 | Bolt, Wyre Integration | $ - | $ - | $ - | $ - | $ 15,000 | | 22 | Bolt credit card payment, Wyre, omnibus wallet management system, integration and segmented provider |
| | 23 | Branding, Design | $ - | $ - | $ - | $ - | $ 100,000 | | 23 | RFQ Complete |
| | | sub-total | $ 70,000 | $ 35,000 | | $ 840,000 | $ 115,000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | $ 360,500 | | | $ 4,326,000 | $ 205,000 | | expenses to date for r&d and previous consultants interviews, recruiting |
| | | $1,442,000.00 | | | $2,163,000.00 | $ 205,000 | | rough budget may include conversion fees or on-off ramp incurred by 3rd parties |