| address | choice | voting_power | timestamp | date_utc | author_ipfs_hash |
|---|---|---|---|---|---|
| 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 1 | 10249206.01 | 1661619798 | Sat, 27 Aug 2022 17:03:18 GMT | bafkreia5bvw4iby2vy6gl3idy7saxon242d32x63vnnbgt5h4uhv2stk3y |
| 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | 1 | 9501.82 | 1661637392 | Sat, 27 Aug 2022 21:56:32 GMT | bafkreifsl7q42cann74nca34zzz63arrp7uzgncktrfy52pgav3xhvzruy |
| 0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1 | 1 | 4155.55 | 1661350173 | Wed, 24 Aug 2022 14:09:33 GMT | bafkreictq3bmoy3ill34bwlc3jljr7az7btfsdhpmtp3mbrj4vuctjdjzq |
| 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 1 | 2172.59 | 1661301962 | Wed, 24 Aug 2022 00:46:02 GMT | bafkreid3kfuh5lor5n3keexh3fjidbxy76o4affgk3rnyxrx4udxtzsh6u |
| 0x1DD2091f250876Ba87B6fE17e6ca925e1B1c0CF0 | 1 | 186.88 | 1661619537 | Sat, 27 Aug 2022 16:58:57 GMT | bafkreidfz2cpyvc363bbndtdlgu5f6fcdusofjkpwhu4mxqjalgmd3g5ei |
| 0x2B075EDE4AF705D31464090b41B8D5C3CA9da84c | 1 | 38.93 | 1661620217 | Sat, 27 Aug 2022 17:10:17 GMT | bafkreidpmitsuzhsw3s4ubpbkrna4g2b5d3hgm4xit2blpbe6cslswf3h4 |
| 0xB646B4cD68548D96804e844b7CfBEf4e74b80675 | 1 | 38.93 | 1661619952 | Sat, 27 Aug 2022 17:05:52 GMT | bafkreicnqdlhgmjwuz3wfhx7emikprhj5pxxirfjtbns2j7awff6ub64oe |
| 0x5d95baEBB8412AD827287240A5c281E3bB30d27E | 1 | 0 | 1661619373 | Sat, 27 Aug 2022 16:56:13 GMT | bafkreiax2wcbdyryfavzdsjq7vwhqxdkat2i7mfbe2kqyext3bpmh3h47a |