| address | choice | voting_power | timestamp | date_utc | author_ipfs_hash |
|---|---|---|---|---|---|
| 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 1 | 10249244.94 | 1663298108 | Fri, 16 Sep 2022 03:15:08 GMT | bafkreihz5p4wxchh37row5vqy5hay6a2igw5nnifezjlxgcbvq427yjtwm |
| 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | 1 | 9501.82 | 1663105322 | Tue, 13 Sep 2022 21:42:02 GMT | bafkreies27e33y5y4355rf4ind6lquhml63b7mgvklrxs3laark36zrllq |
| 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 1 | 2172.59 | 1663088829 | Tue, 13 Sep 2022 17:07:09 GMT | bafkreig5yn3bhm7x65akvpou7kt3fx2m6npvrwmp7bto4dqabehgnlspxm |
| 0x5d95baEBB8412AD827287240A5c281E3bB30d27E | 1 | 225.81 | 1663034670 | Tue, 13 Sep 2022 02:04:30 GMT | bafkreifnvalc7cekakam3dlhmgx4g3bfpxrd62jbiai4uomfcdsctv7ube |