Case 1:23-cv-20727-RKA  Document 100-11  Entered on FLSD Docket 06/06/2023  Page 1 of 6



# MIP-0016: Proposal to the Update to the DAO's Snapshot Strategy

Closed  Movement DAO: Consensus Space by rice$cracker Core

```
Authors: benreed.eth
Date: 2023-01-31
```

## Thesis

The DAO is governed by its community. Multi-sig transactions and signatures, as well as updates to the DAO process, must be ratified by the Governance Process prior to their execution. To support this process the DAO maintains Snapshot Strategies that assign, value, and record Member's voting rights in the Snapshot Consensus Space.

Therefore it is important for the Snapshot Strategies to accurately capture and reflect the correct assignment and value associated to Members. Upon any changes to Member's contributions or rights to participate in governance, due to a lack of good-standing as outlined in the DAO's Terms of Service, Code of Conduct and Policies; the Snapshot Strategies will require reconfiguration in order to incorporate any of these changes.

Authority to make changes to the Snapshot Strategies are outlined in the Governance Process as highlighted under Emergency Governance. It

Case 1:23-cv-20727-RKA   Document 100-11   Entered on FLSD Docket 06/06/2023   Page 2 of 6

states, "the Authorized Members, individually, or collectively, they may take any and all on-chain or off-chain actions to protect the DAO's treasury and assets - including interfering with the execution of a proposal, approving a proposal, reconfiguring Snapshot, or reconfiguring the Multi-sig."

The Authorized Members includes the appointed Authorized Members as ratified in MIP-0000, MIP-0004, and MIP-0007.

## Motivation

The Authorized Members recently took action to revoke and terminate membership rights of certain community Members ("Certain Members"), nullifying their right and ability to participate in governance. Therefore the existing Snapshot Strategy and Snapshot Consensus configuration is inaccurate and is in need of updating.

## Specification

The Authorized Members will update the Snapshot Strategies, removing the rights of the Certain Members no longer in good-standing. A detailed explanation of all changes and adjustments to the Snapshot Strategies will be posted online to ensure complete transparency.

## Rationale

The Authorized Members want to ensure the DAO's Governance process and is accurate and trustworthy for all Members of the community.

## Risks

- Transparent operation of the DAO is not certain or guaranteed.

000258

- DAO governance is restricted until the Snapshot Strategies have been updated.
- Updating the Snapshot Strategy takes time and may be error prone.

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Authorized Members voted to adopt and resolve the following actions. The Authorized Members now seeks to ratify those actions taken by a Snapshot Consensus by the DAO Members.

**RESOLVED:** That a new Snapshot Strategy incorporates the decisions of the Authorized Members to reconfigure the Snapshot Strategy to reflect actions taken by them to remove Certain Members from the community, is hereby adopted and approved;

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER:** That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.

000259

Case 1:23-cv-20727-RKA   Document 100-11   Entered on FLSD Docket 06/06/2023   Page 4 of 6

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

## Authors

1. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

| Votes 5 | Show less | |
|---|---|---|
| 0x2987...0fE0 | For | 1.9M MOVE |
| 0x2770...fC63 | For | 200K MOVE |
| rice$cr... Core | For | 197K MOVE |
| 0x4e33...a525 | For | 101K MOVE |
| 0xc928...A296 | For | 80K MOVE |

## Information

| | |
|---|---|
| Strategie(s) | |
| IPFS | #bafkrei |
| Voting system | Basic voting |
| Start date | Feb 2, 2023, 2:10 AM |
| End date | Feb 9, 2023, 2:10 AM |
| Snapshot | 16,540,426 |

Snapshot                                                                                                            18,540,426

## Results

**For**                                                                                                      2.4M MOVE  100%

**Against**                                                                                                        0 MOVE  0%

## I voted POAP

**Vote to get this POAP**

Mint

**000261**

4/6/23, 2:29 PM
Case 1:23-cv-20727-RKA   Document 100-11   Entered on FLSD Docket 06/06/2023   Page 6 of 6
Movement DAO Consensus Space Proposal (GFed10 Proposal to the Update to the DAO Snapshot Strategy)



**000262**