| address | choice | voting_power | timestamp | date_utc | author_ipfs_hash |
| --- | --- | --- | --- | --- | --- |
| 0x5d95baEBB8412AD827287240A5c281E3bB30d27E | 1 | 1072663.345 | 1675341539 | Thu, 02 Feb 2023 12:38:59 GMT | bafkreiemngxalf4kbvrh4veopp3yntijhhfjd6wftvg57ninpwwxmy2uf4 |
| 0x298761434ba7d4c99825C5317e643D2818Aa0fE0 | 1 | 793504.88 | 1675341836 | Thu, 02 Feb 2023 12:43:56 GMT | bafkreieqsvgc3xxienag54bz4fu4obhkeqcdrcvv44wt5wsokstgev7jpy |
| 0x2770736960c4739f96d3a033676ff0e34e71fC63 | 1 | 200276.96 | 1675473285 | Sat, 04 Feb 2023 01:14:45 GMT | bafkreihvkgwfotpbwubhdjdfacpo6rvmhl7xjnluxsf2jjcud2vae5skqm |
| 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 1 | 197010.91 | 1675343939 | Thu, 02 Feb 2023 13:18:59 GMT | QmRAuAi9m4y8WD4jYLtq56tfVnYUAfK1wrjo3EvBB3wMgP |
| 0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525 | 1 | 100951.97 | 1675403271 | Fri, 03 Feb 2023 05:47:51 GMT | bafkreibwgfwr2zk5aycx7v7v4wijamvcw65zc7lwrnfwq6erdmszqrfrm4 |
| 0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296 | 1 | 79999.995 | 1675462633 | Fri, 03 Feb 2023 22:17:13 GMT | bafkreihabx2l3qfbmadzm6mzzoywt3xcs6z4t5ahwlgq2q7ystpsxqxxgy |
| 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 2 | 142.56 | 1675799510 | Tue, 07 Feb 2023 19:51:50 GMT | bafkreifgkyrgq5jut5vhgscscjcyou547yqkoeuawwystjmloxdsufwtcm |