| address | choice | voting_power | timestamp | date_utc | author_ipfs_hash |
|---|---|---|---|---|---|
| 0x5d95baEBB8412AD827287240A5c281E3bB30d27E | 1 | 1172850.225 | 1678827952 | Tue, 14 Mar 2023 21:05:52 GMT | bafkreig2bcjcwpwmn67cw2sr7dhygv7ccgtvfvuuq3ketoiob7dneb5qqy |
| 0x2770736960c4739f96d3a033676ff0e34e71fC63 | 1 | 200276.96 | 1679082762 | Fri, 17 Mar 2023 19:52:42 GMT | bafkreigivylao2h3syoldgyw6uyqcy5wbpijiawdodrwxilr7wjfpj6ade |
| 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 1 | 197010.91 | 1678825591 | Tue, 14 Mar 2023 20:26:31 GMT | bafkreibgi4ubsjsrdloypenbhlmsb6hw4r2j53kzrri56anp2dcy2zevca |
| 0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525 | 1 | 100951.97 | 1678830455 | Tue, 14 Mar 2023 21:47:35 GMT | bafkreia6atsu4jilqhuewakatzhzkjjqihrjtwx7svfsrsccpin7mxguuy |
| 0x4823e65C10DAa3eF320e5e262CfA8D0A059e02A6 | 1 | 100000 | 1678850078 | Wed, 15 Mar 2023 03:14:38 GMT | bafkreiggdhn3od2vqc3bnzlhubylepomp4m2afxvw6rxwpu43a25usspba |
| 0x91898f9103cDBA1546DE834F6E26f019E09A0d4B | 1 | 100000 | 1678983075 | Thu, 16 Mar 2023 16:11:15 GMT | bafkreicuoi2gh3p4krgi6yntynuef44o4l5t7zcx2gumqbcdbcl3xfz664 |
| 0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296 | 1 | 79999.995 | 1679008103 | Thu, 16 Mar 2023 23:08:23 GMT | bafkreidccii3cpi7ncir3sjnjj5xjxx2koyrnytgggf74d6zluwo54gvea |
| 0x23d5925CbeAb8803d906e52Bf68ae30d69dc570E | 1 | 281.32 | 1679000466 | Thu, 16 Mar 2023 21:01:06 GMT | bafkreifaipoyp5uwkmfcwkri3ou5j3q4hhxjnlsjioadaryi2rorfmrgle |
| 0xC9f6e3FCDd26F3bAc822A675DE7427a0D77b39FE | 1 | 237.17 | 1678832369 | Tue, 14 Mar 2023 22:19:29 GMT | bafkreiesn2nv3e2526f2usk76ou3alhb2vsckhpj2wxxgfslptwiflxov4 |