

**Reed Yurchak** <yurchaklaw@gmail.com>
to Ryan.m.mallory@gmail.com, Me, mmfredyh2@gmail.com, me

Wed, Jan 12, 2022, 11:28 AM

Hi.  I would suggest that we schedule a conference call tomorrow or Friday to discuss the final details and I can answer questions related to the accounts and the token handling.  Mark will keep us apprised of any information regarding the launch and the DAO.

Let me know your schedules. We can push it to the weekend if that is easier for you and I know Ben is in the middle of a move.

Regards,

Reed
Law Office of Reed Yurchak
620 131st Ave NE
Bellevue, WA 98005
Office Tel: 206-866-0766
Bus. Cell: 425-941-6659
Fax: 425-654-1205

CONFIDENTIAL & PRIVILEGED. This e-mail message may contain legally privileged and/or confidential information.  If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.