**4:21 PM OBStacker** Website looking sick!

Still trying to make my way through this godly whitepaper

**7:05 PM OBStacker** White paper was a great read, nicely done. Love it. Some questions below:

1. The team has decided to deploy on Ethereum. While voting happens off-chain through snapshot, how does the team plan on mitigating the high gas costs on ethereum and is there L2 on the roadmap? Would imagine that the costs on Ethereum could be a barrier / issue with some use-cases.

2. Are the parameters for the bonding curve going to be revealed prior to launch tomorrow? Or did I miss this somewhere?

3. There was mention to vesting tokens and tributes associated. Are the vesting schedules of $Move known or is this pertaining to potential vesting schedules that are set on $(movement)s?

4. Is there a limit per wallet on presale period?

5. Is there any technical enforcement to marry $Move with $(movement)s (e.g. address whitelisting)? Is there any risk that $(movement)s gain liquidity from external sources to potentially try to circumvent $Move tribute? This might be a little bit of an unlikely or unreasonable scenario but maybe there's something to that question (it's late so apologies if it's a dumb q!)

Overall things made a lot of sense and really looking forward to kickstarting some impactful movements! (edited)

---

February 2, 2022

---

**7:11 AM Fuego** Gas costs are clearly a huge consideration for the project. We have compiled and performed test suites on optimism, and will run on polygon by end of week. We have partnered with other projects who have tested the code base on Near, Harmony and a other EVM compatible chains. We are discussing next steps internally.

**7:40 AM Fuego** The bonding curve purchase is being done off chain by means of a snapshot. We will publish the code as well as a CSV file showing the contributions in chronological order. We are doing this primarily to mitigate gas costs, avoid congestion and reduce competition for tokens. We are also doing this because we will be able to price the token after. There will be not cap on the total assets raised, therefore we can set the price upon completion of the bonding curve offering. A similar approach was used for FreeRossDAO

**Fuego** There will be no tokens during the contribution period, therefore no vesting. But once tokens can be claimed we plan to have a staking contract. This would be a good community led conversation / solution.

**Fuego** No limit per wallet, and no strong convictions for or against. Change our minds?

**7:50 AM Fuego** Regarding liquidity of token pairs, smart question and a very important topic. We are spending a lot of time and effort in solving this. We don't have movements to start, so our initial focus is $MOVE and slow rolling the first few movements while maintaining deep liquidity pools. More to come...thanks for putting on your Gitbook Goggles for this one...great questions!

**10:21 AM OBStacker** Awesome, thanks for those answers. Glad to hear L2 is in progress.

Re: limit per wallet, I don't have a conviction either way as well, just a logistics question. People are gunna get around that if they want to so those never really work unless you tie it to some personal info or some identifier anyway.

**10:57 AM Etherean** 👏👏

 1

**11:20 AM OBStacker** The time is almost upon us!

**11:22 AM Fuego** Indeed my friends! Happy 2/2/2022 2:22!

**Fuego** We are delaying a little bit here...looks to be a little anticlimactic for now...but we're MOVING on it...

**11:29 AM OBStacker**



🐿 4

**11:37 AM NT 26** Ayoooo I got mine 🧝

🙏 3

**12:09 PM Jim OB** I'm just going to go ahead and take it as an incredible sign that tokens are released on my birthday - 2/22! ✅

**Jim OB** Here's to early adoption!

**1:15 PM aminta_paiz** Got my MOVEs too 🥰✨