February 15, 2022

2:03 AM — ↩ @Fuego We're all learning ourselves and here to help 🙏
**FoxFlint** Agree 🙂 Could you give me any insights into the project?

3:38 AM **cRekto** gm, thanks for the nft. may I know what is it role in your ecosystem?

4:43 AM **AliG** Hello, thanks for the NFT, looks super cool! What was the qualifications for recieving it? Wonder how what i did to even deserve it lol.

7:56 AM **mr_fine** Based on my understanding I think the NFT serves as the community governance token before the official tokens are released

**mr_fine** And the platform is pretty neat. I've gotten into it in the past few days. Again, based on my understanding (I'm not a moderator or a creator so take it with a grain of salt), but the platform is designed to make it really easy to launch a fully featured DAO (a Movement). Movements are packaged with DeFi tools, bonding curves, built in governance, adapters (its built off of Tribute) and has a platform wide managed endowment to invest in Movements.

I imagine it like Juicebox on steroids

**mr_fine** Other people feel free to chime in on how accurate my understanding is

8:02 AM ↩ @mr_fine Based on my understanding I think the NFT serves as the community governance token before the official tokens are released
**Fuego** That's correct, it also represents the genesis community that are shaping the platform to come. This project is community first. NFT holders will earn special rewards. These NFTs were not sold to raise money. They were airdropped for free to seed the community with the right people. The rest of the NFTs can only be earned.

8:54 AM ↩ @Fuego That's correct, it also represents the genesis community that are shaping the platform to come. This project is community first. NFT holders will earn special rewards. These NF...
**ChoosingtheGarden** Is the Airdrop Still on going? i checked my wallet, did not see anything.

9:57 AM ↩ @Fuego That's correct, it also represents the genesis community that are shaping the platform to come. This project is community first. NFT holders will earn special rewards. These NF...
**AliG** What was the criteria of distribution for nft's sir? (edited)

9:57 AM ↩ @mr_fine And the platform is pretty neat. I've gotten into it in the past few days. Again, based on my understanding (I'm not a moderator or a creator so take it with a grain of salt), but t...
**AliG** Sounds dope. Thats what i understood as well. Info about the project and the airdrop is quite limited tho.

5:18 PM **mrtdlgc** 🌀 gm sers. just noticed that i got airdropped the beautiful NFT. getting to know you guys vision, reading the docs now

**mrtdlgc** 🌀 coming from 1hive and token engineering commons btw. been contributing as a translator and a content creator. if needed, i will be glad to contribute here as well 👋

5:22 PM ↩ @mrtdlgc 🌀 coming from 1hive and token engineering commons btw. been contributing as a translator and a content creator. if needed, i will be glad to contribute here as well 👋
**Fuego** Amazing, welcome! Those are awesome projects. We're glad you're here..there's plenty to help with!

7:23 PM ↩ @Fuego That's correct, it also represents the genesis community that are shaping the platform to come. This project is community first. NFT holders will earn special rewards. These NF...
**AmyMarcella** Was I included in the NFT drop? Just asking. Thx

7:42 PM ↩ @AmyMarcella Was I included in the NFT drop? Just asking. Thx
**Fuego** Yes, of course...incoming