**Re: https://gitbook.move.xyz/move/legal/token-sale-and-use**

| | |
|---|---|
| From | Marc Welton <marc@yurchaklaw.com> |
| To | Law Office of Reed Yurchak<reed@yurchaklaw.com>, mark.phillips@protonmail.com |
| Date | Monday, April 11th, 2022 at 1:51 PM |

It looks like my gitbook link still works so I've gone in and edited out the reference to LORY and "kinetic platform." I'm hitting the "submit for review" button so hopefully you can go in and approve.

I scanned the docs we sent to make sure I didn't FU but there's no reference to "kinetic platform" and that wasn't a site I used as a reference. I think this was Alex just adding stuff. He's added whole sections since we submitted the last edits. I'll start going thru them and think we should cut out a lot of the stuff, especially the repetitive stuff. I'm sorry I've been putting off the Gitbook review but will prioritize it since there may be other bombs in there.

On Sun, Apr 10, 2022 at 10:00 PM Law Office of Reed Yurchak <reed@yurchaklaw.com> wrote:
> Yes it is
>
> On Sun, Apr 10, 2022, 9:14 PM Me <mark.phillips@protonmail.com> wrote:
>> This is pretty embarrassing:
>>
>> The Tokens have no rights, intended uses or attributes outside of use with the Kinesis Platform or as otherwise expressly referred to in these Terms.
>>
>> Regards,
>> Mark Phillips
>>
>> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>>
>> Sent with ProtonMail secure email.

--
*Marc Welton, JD, MBA*
*Paralegal*

# REED YURCHAK
L A W O F F I C E S

620 131st Ave. NE
Bellevue, WA 98005
Telephone: (206) 866-0766
Business Cell: (425) 941-6659
Marc's cell: (206) 641-5148
Facsimile: (425) 654-1205
Email: marc@yurchaklaw.com

CONFIDENTIAL & PRIVILEGED COMMUNICATION. This e-mail message may contain legally privileged and/or confidential information. If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.