

benjamin reed &lt;benjamin.reed@gmail.com&gt;

## RE: Non profit
1 message

**Benjamin Reed** &lt;ben@ecocarcafe.com&gt;  
To: Law Office of Reed Yurchak &lt;reed@yurchaklaw.com&gt;  
Cc: Marc Welton &lt;marc@yurchaklaw.com&gt;, benjamin reed &lt;benjamin.reed@gmail.com&gt;

Mon, Jul 11, 2022 at 5:53 PM

Hi Reed, I authorize you to get an EIN. I'll call with my SSN.

BenR

**From:** Law Office of Reed Yurchak &lt;reed@yurchaklaw.com&gt;  
**Sent:** Monday, July 11, 2022 12:47 PM  
**To:** Benjamin Reed &lt;ben@ecocarcafe.com&gt;  
**Cc:** Marc Welton &lt;marc@yurchaklaw.com&gt;  
**Subject:** Non profit

Hi. We need to pull an EIN from the IRS for the nonprofit. You can either do this yourself online or authorize us to do it for you. You can send me your SSN or call to give it to me over the phone if you prefer.

Let us know if you have questions.

Regards,

Reed

--
Law Office of Reed Yurchak
620 131st Ave NE
Bellevue, WA 98005

Office Tel: 206-866-0766
Bus. Cell: 425-941-6659
Fax: 425-654-1205

CONFIDENTIAL & PRIVILEGED. This e-mail message may contain legally privileged and/or confidential information. If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.