### Re: Fwd: Reminder: Invoice 1391 from Action Engine Inc.

| | |
|---|---|
| From | Law Office of Reed Yurchak <reed@yurchaklaw.com> |
| To | mark.phillips@protonmail.com |
| Date | Thursday, July 14th, 2022 at 3:39 PM |

No I'm not on vacation
I don't really get to take vacations

On Thu, Jul 14, 2022 at 12:33 PM Me <mark.phillips@protonmail.com> wrote:

> yeah, but i will do it later, i need to get the enti ies set up so i can put in place governance - are you on vacation?
>
> Regards,
> Mark Phillips
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or en ity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confiden ial information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not  he intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Thursday, July 14th, 2022 at 11:10 AM, Law Office of Reed Yurchak <reed@yurchaklaw.com> wrote:
>
>> Don't know if you want this paid,
>>
>> ---------- Forwarded message ---------
>> From: **Action Engine Inc.** <quickbooks@notification.intuit.com>
>> Date: Wed, Jul 13, 2022 at 11:01 PM
>> Subject: Reminder: Invoice 1391 from Action Engine Inc.
>> To: <m@merkaba.network>
>> Cc: <sergey.sukov@actionengine.com>, <reed@yurchaklaw.com>
>>
>> NVOICE 1391 DETAILS
>>
>> 
>>
>> Action Engine Inc.
>>
>> DUE 07/15/2022
>>
>> # $19,000.00
>>
>> Review and pay
>>
>> Powered by QuickBooks
>>
>> Dear MEOW, LLC,
>>
>> Just a reminder that we have not received a payment for this invoice yet. Let us know if you have questions.
>>
>> Thanks for your business!
>> Action Engine Inc.

| | |
|---|---|
| **Bill to** | MEOW, LLC<br>219 152nd Pl SE<br>Bellevue, WA 98007 |
| **Terms** | Net 15 |

06/30/2022

| | |
|---|---|
| **Services** | $19,000.00 |

June 2022: 3 developers + one time 15% discount

1 X $19,000.00

| | |
|---|---|
| Balance due | $19,000.00 |

...

For Wire transfers please send payments to:

Bank: Bank of America
Bank Address: 222 Broadway, New York, NY 10038
Beneficiary: Action Engine Inc.
Routing number: 026009593
Account number: REDACTED

Tax ID: 82-2782605
Tax-Exempt: Corporation

**Review and pay**

Action Engine Inc.

370 Beach Park Blvd Foster City, CA 94404 US

+1 8583379946    sergey.sukov@actionengine.com

If you receive an email that seems fraudulent, please check with the business owner before paying.

intuit quickbooks.

© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service

000448

000449