**Re: Change of Registered Agent - DAOLABS, LLC**

| | |
|---|---|
| From | benjamin reed <benjamin.reed@gmail.com> |
| To | Law Office of Reed Yurchak<reed@yurchaklaw.com> |
| CC | mark.phillips@protonmail.com |
| Date | Wednesday, August 17th, 2022 at 3:55 PM |

Ok thanks, will submit today

BenR

---

**From:** Law Office of Reed Yurchak <reed@yurchaklaw.com>
**Sent:** Wednesday, August 17, 2022 12:24:39 PM
**To:** benjamin reed <benjamin.reed@gmail.com>
**Cc:** Me <mark.phillips@protonmail.com>
**Subject:** Re: Change of Registered Agent - DAOLABS, LLC

Hi,

Yes, that looks correct

On Wed, Aug 17, 2022 at 11:23 AM benjamin reed <benjamin.reed@gmail.com> wrote:
Hi Reed, can you review this document & make sure that it is acceptable for me to file with the State of WA. The documents establishes you as the registered agent for DAOLABS LLC in the State of Washington.

Thanks,

BenR