**AF**  Alex Fine

Aug 24, 2022

Do you have a timeline for the token launch?  2:28 AM

You mean to make tokens for you to deploy?

You can use JuiceBox.wtf to launch - you should market for 2 months and build momentum  11:14 AM

Ah — I meant the $ted token  1:21 PM

Oh yeah, I think in 3 months.  1:22 PM

What are we waiting for at this point to launch? Ie key milestones?  1:25 PM

Did you see the recent proposals?

gov.move.xyz  1:37 PM

Read over that.

You have mapes to vote with.

The short answer is to be legal. I'm not doing anything which is questionable, and so I'm proposing a path to be clearly legal while using the benefits of tokens. It's potentially more lucrative than what was proposed.  1:38 PM

Aug 27, 2022

Free to catchup today or tomorrow on some of these proposals?  8:46 PM

Aug 29, 2022

Bumping this  11:54 PM

Aug 30, 2022

Let me know what times you'll be available today.  4:06 AM

Aug 31, 2022

Hey I actually came down w something and slept all day yesterday

Feeling a little better today

My afternoon could work  12:05 PM

ok, let me catch up with a few things  2:02 PM

Sep 1, 2022

How's 5pm et or 630pm et tomorrow for you?  4:41 AM

Hi, i am up now, do you want to chat for 20 mins?

i have been up all night so i maybe sleeping at that time.

But as always, ping me  6:18 AM

I'm up and should be at 5pm to talk ...  1:35 PM

Hey sorry just saw these!

If 5pm still works that'd be ideal ✨  2:06 PM

Sure sure

I maybe loopy but cool cool  2:14 PM

📞 Incoming voice call · 5:02 PM

Call Back

Sun, Sep 18

Hey random question. I got in a pretty serious accident the other day while riding as a passenger in an Uber, all things considered I'm fine, but was exploring legal recourse.

Do you know much about settlements in situations like these?  6:10 PM

so it's calculated 2x medical and sometimes 3x medical. Start going to chiropractor and massages weekly and get an attorney.  6:15 PM

$20-$30k expect 9m-12m for the settlement but either way you should. And you can get tons of massages, so it's totally worth it.  6:16 PM

attorney will charge 1/3 settlement on contingency  6:17 PM

Is there a dial to turn for severity of accident, "psychological damages", or is it primarily just a factor of direct medical costs?  6:17 PM

Exactly like I said  7:27 PM