

+

3 members

For your security, conversation history isn't transferred to new linked devices.

Aug 18, 2022

You created the group.

> This is Jango's original project which turned into Juicebox, https://github.com/tauren/fountain.finance, Fountain, he has been working on this for two years.   12:17 AM

Aug 27, 2022

**R**
Oh wow I didn't realize the history here

Very cool find

Also btw guys I'm off the grid for a week starting today at the burn

Thanks for some epic weeks. Things haven't been easy but we're moving in the right direction. So so much gratitude for everything you both do. See you on the other side 🌟💪   12:25 PM

> have fun! You should have a good time, hope you brought goggles.   12:30 PM
> ❤️

**R**
Thanks and yes haha, goggles are critical

6th time for this guy so I'm seasoned!   12:32 PM

> Hope Margarita enjoys it.   12:42 PM

**R**
Im so excited to show her   12:48 PM

1 Unread Message