### Re: DAOLABS Inc EIN

| | |
|---|---|
| From | Law Office of Reed Yurchak <reed@yurchaklaw.com> |
| To | Ben R<r@daolabs.wtf> |
| CC | m@daolabs.wtf m@daolabs.wtf<m@daolabs.wtf>, mark.phillips@protonmail.com |
| Date | Wednesday, September 21st, 2022 at 7:12 PM |

Please see attached!

On Tue, Sep 20, 2022 at 6:38 PM Ben <r@daolabs.wtf> wrote:
> Hi Reed, since the IRS still operates in the last century they will be mailing your office an EIN confirmation letter for DAOLABS IP INC. When you receive it can you please provide us with a digital copy.
> My only other option from them was to be standing next to a secure fax.
> Thanks for being awesome!
> Benjamin Reed
> discord: rice$cracker | twitter: ricescracker
> m: 206.604.8885
> 

**78.09 KB**   1 file attached1 embedded image

noname.png 22.67 KB    Peace DAO PIN.PDF 55.42 KB





09/13/2022

P: 4  T:64  10003572  PP1B-000019051
PEACE DAO INC
% BENJAMIN REED
REDACTED



**TIN/EIN**
(Taxpayer Identification Number/Employee Identification Number)

\*\*-\*\*\*4112

**PIN**
(EFTPS Personal Identification Number)


REDACTED

Dear Peace Dao Inc,

As a new business with a likely federal tax deposit obligation, you were enrolled in the Electronic Federal Tax Payment System (EFTPS), a free service of the U.S. Department of the Treasury.

To start making payments via EFTPS, follow these steps:

1. **Call 1.800.555.3453.** Enter your EIN and the four-digit PIN that appears in the box above. If you're calling from outside the U.S., please call 1.303.967.5916.
2. **Enter your financial institution information,** including account number, bank routing number, and account type (savings or checking) when instructed. The voice response system will repeat the number you entered so you can either confirm or correct the number.
3. **Re-enter your PIN.**
4. **Enter the phone number** of the person to contact if we have questions about your EFTPS enrollment. This could be you or a member of your staff.
5. **Record the enrollment number** and keep for future reference.

After you've completed your enrollment, you can make payments at **EFTPS.gov** or via the phone by following the steps listed on reverse side of this letter.

**Please note:** While you can schedule a payment as soon as you activate your enrollment, payments must be scheduled by 8 p.m. ET the day before the due date to be timely. The funds will move out of your bank account on the payment settlement date you select. Payments can be scheduled up to 365 days in advance.

If a payroll company, accountant, or other third party makes any federal tax payments for you, be sure to review this information with that entity.

If you need further assistance, please call customer service 24 hours a day, 7 days a week at 1.800.555.4477. If you are calling from outside the U.S., call 1.303.967.5916.

PP1 11-13

000509

## MAKING A FEDERAL TAX PAYMENT

### ONLINE
1. Go to **EFTPS.gov** and click on "Log In."
2. Click on "Need a Password" and follow the instructions.
3. Select "Log In" again and use your TIN/EIN, PIN, and the password you just set.
4. Enter the payment information in the step-by-step screens that follow.
5. When you are finished, print out a copy of the "Payment confirmation" page. This contains your EFT Acknowledgment Number that acts as a receipt for your payment instruction.

### BY PHONE
1. Call 1-800-555-3453.
2. Enter your TIN/EIN and PIN.
3. Press 1 to make a payment.
4. Follow the prompts to complete your payment.
5. Record your EFT Acknowledgment Number.

**Please note: Payments must be scheduled via EFTPS by 8 p.m ET the day before the due date to be timely with the IRS.**

**Privacy Act and Paperwork Reduction Act Notice:** We ask for the information on this form to carry out the Internal Revenue laws of the United States. We need this information to ensure that you are complying with the revenue laws and to allow us to figure and collect the right amount of tax. Our authority to ask for this information is 5 U.S.C. 301 and Internal Revenue Code sections 6001, 6011, 6012, and their applicable regulations. Section 6109 requires filers to provide their SSN or other identifying numbers. The information will be used to enroll you in the Electronic Federal Tax Payment System (EFTPS) and to ensure that payment(s) are properly credited to the appropriate account(s).

Generally, tax returns and return information are confidential, as stated in section 6103 of the Internal Revenue Code. However, section 6103 allows or requires the Internal Revenue Service to disclose such information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. If you are required by regulation to use electronic funds transfer to make your deposits, your response is mandatory; failure to provide all of the requested information or providing false or fraudulent information may subject you to penalties. If you are not required by regulation to use electronic funds transfer, your response is voluntary; failure to provide all of the requested information may prevent processing of this form, and providing false or fraudulent information may subject you to penalties. If you are not required to use electronic funds transfer to pay taxes owed, you need to pay the taxes due by another method.

You are not required to provide information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. The time needed to provide this information will vary depending on individual circumstances. The estimated average time is ten minutes. If you have comments concerning the accuracy of this time estimate or suggestions for reducing this burden, we would be happy to hear from you. You can write to the IRS Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR 6526, Washington, DC
20224. Please do not send the enrollment form to this address.