**Subject:** Fwd: Some important notes
**Date:** Monday, January 30, 2023 at 8:58:49 AM Pacific Standard Time
**From:** Law Office of Reed Yurchak
**To:** Ben, ben.reed@daolabs.wtf

---------- Forwarded message ---------
From: Ryan Breslow <ryan@ryanbreslow.com>
Date: Sun, Jan 29, 2023 at 6:31 PM
Subject: Fwd: Some important notes
To: Reed Yuchak <reed@yurchaklaw.com>
Cc: Alex Fine <alex@westvillagecapital.com>, Jon Gordon <jg@ryanbreslow.com>


Dear Reed,

Hope you have been well. Please see the emails below. Investors behind the project have serious concerns regarding Mark's latest actions and decisions. We have made many attempts to contact him without success. Would Monday morning or afternoon work for a call? Looking forward to speaking.

Ryan

---------- Forwarded message ---------
From: Ryan Breslow <ryan@ryanbreslow.com>
Date: Sun, Jan 29, 2023 at 10:29 PM
Subject: Re: Some important notes
To: Mark Phillips <mark.phillips@protonmail.com>
CC: Alex Fine <alex@westvillagecapital.com>, Jon Gordon <jg@ryanbreslow.com>


Mark,

Please note that my offer to 100% redeem each investor in this project expires at the end of this month, 01/31/23. Investors have serious concerns about decisions and actions you have taken to prevent this redemption. Many of these these concerns are previewed in the prior email from Jon, Alex and I.

I am reiterating that I am an open line of communication to you to connect, respond and resolve so we can move forward.

Ryan

On Fri, Jan 6, 2023 at 12:26 PM Ryan Breslow <ryan@ryanbreslow.com> wrote:
>
> Mark,
>
> There are many issues with actions taken in recent weeks.

>
> You have falsely represented to the community that Jon Gordon approved a proposal that he explicitly rejects.
> You have not notified the community about the limited-time offer to reimburse everyone 1:1 through the end of January, in conjunction with project shutdown, after multiple requests to do so.
> Instead of notifying the community of this path, you have spent a large portion of your time and paid hours producing proposals and modifying historical docs to get you, the law firm, and other service providers paid more.
> You have not voted my, Alex, or Jon's tokens to reject your recent proposals, despite being the manager of our keys.
> Several of your questionnaire questions seem explicitly designed to prevent progress of any redemptions being made.
> You have changed the historical Gitbook to remove vague language around 2% fees estimates.
> You have taken no action to notify the community of reducing spend to $0 (outside of your/jon's salaries and $50k to the law firm). Furthermore, you have not paid Jon's approved monthly salary for his time and contributions.
> When we asked you to send us drafts of the snapshot proposal, you agreed, but instead went and published your own proposals to snapshot immediately, including objectionable and self-serving proposals contained within, without our review.
>
> Many of these actions appear to be outright fraud to the three of us. We recommend a swift 180.
>
> Ryan

--
sent via mobile
--
sent via mobile