**Gmail**

benjamin reed <benjamin.reed@gmail.com>

## Custodial Account
2 messages

---

**Reed Yurchak** <yurchaklaw@gmail.com>                          Mon, Jan 10, 2022 at 12:12 PM
To: benjamin reed <benjamin.reed@gmail.com>

Ben:

Per our conversation on Friday, attached please find a Client Info Sheet and Engagement Letter.  Let me know if you have questions or comments.

Regards,

Reed
Law Office of Reed Yurchak
620 131st Ave NE
Bellevue, WA 98005
Office Tel: 206-866-0766
Bus. Cell: 425-941-6659
Fax: 425-654-1205

CONFIDENTIAL & PRIVILEGED. This e-mail message may contain legally privileged and/or confidential information.  If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.

---

**2 attachments**

 **Client Information Sheet.docx**
19K

 **Custodial Engagement Letter, BR.docx**
59K

---

**benjamin reed** <benjamin.reed@gmail.com>                          Tue, Jan 11, 2022 at 5:39 PM
To: Reed Yurchak <yurchaklaw@gmail.com>

Thanks Reed. Please see the completed forms.
[Quoted text hidden]

---

**2 attachments**

 **Client Information Sheet.docx**
20K

 **Custodial Engagement Letter, BR.pdf**
1235K

D-418

000807