March 24, 2022

**6:52 AM mr_fine** Hey All! The Power to the Peaceful livestream will kick off at 5pm today! You can find it directly on the website peace.move.xyz 🙂

🔥 6    ☮ 5    👤 1

↪ @mr_fine Hey All! The Power to the Peaceful livestream will kick off at 5pm today! You can find it directly on the website peace.move.xyz
**8:30 AM theryanking** This is going to be EPIC!

🔥 1    🎇 1    💃 1

↪ @mr_fine Hey All! The Power to the Peaceful livestream will kick off at 5pm today! You can find it directly on the website peace.move.xyz
**12:14 PM myco | MOVE** what time zone?

**12:14 PM mr_fine** Eastern!

🙌 1

**12:57 PM myco | MOVE** Hey there folks ~ Our community intake form is almost ready to deploy and one of the useful elements is the automated respondent email.
✨ **Would anyone here be interested in crafting a Peace Movement-specific respondent email?** This would get sent out to anyone who selects to join the Peace Movement community.
It could include a Peace Movement explainer, links to content, and an introduction to how to get involved and start contributing.
There is also the option to ask respondents if they would like to continue to receive a Peace Movement newsletter.

**myco | MOVE** BTW, I'm so inspired by all the progress Peace DAO is making. I just had a chance to listen to the recording from yesterday's Peace Talk and I'm so impressed by all of the incredible contributors coming into the project. WOW.

**2:48 PM OBStacker** Looks like the DJ is live @everyone 🎵🎵🎵

https://peace.move.xyz/

So cool, hope it's a successful event!

**The Peace Movement (DAO)**
The Peace Movement (DAO)

🔥 6    HYPE 3    🙈 3

**2:50 PM rice$cracker** LFG! Here's to raising over 100 ETH!!

👾 5    🔥 4    🏆 3