April 7, 2022

5:39 AM **theryanking**  **@Felixander**  **@rice$cracker**  **@_anna**  we're pitching reporters today. If you could send me the highlight bullets sometime today on the impact of the projects we've funded that would be amazing 🙏🙏🙏

7:37 AM **rice$cracker**  Hi **@theryanking** . Here is the draft for the newsletter that summarizes each effort we funded.
https://docs.google.com/document/d/11XarEL-Dg65-QEpZFhPKeBxsNy6j-GnDS7IP9H-fhks/edit



Google Docs

**Newsletter 4/6/22**

On The Move Edition # - 04/06/22 ☮ Peace DAO update ☮ After a couple minutes scrolling through Twitter or reading your favorite news publication, the need for the Peace Movement is apparent. Momentum continues to build for Peace DAO and there has been a flurry of activity since our last update,...

🔥 2

**rice$cracker**  **@Felixander** , could use your writing chops to wordsmith it a bit so it's ready for prime time.

9:29 AM **Fuego**  Amazing stuff here **@rice$cracker**

🙏 2

**D-423**

000818