

benjamin reed <benjamin.reed@gmail.com>

## (no subject)
2 messages

---

**benjamin reed** <benjamin.reed@gmail.com>  Tue, Aug 9, 2022 at 1:33 PM
To: Law Office of Reed Yurchak <reed@yurchaklaw.com>, Me <mark.phillips@protonmail.com>

Hi Reed, wanted to follow up on a couple items. I've worked through the documents in the Dropbox drive here

- Florida Peace DAO Inc: do we have a UBI or business number for this entity? I see the document number but wasn't sure how the state of Florida tracks their businesses.
- Peace DAO Revocable Trust: do you have a copy of this paper? I didn't find it but could have easily missed it. Considering its listed at one of the officers/members of Florida Peace DAO Inc I wanted to put it on file.

In other news, Mark wanted me to put you down as the registered agent for DAOLABS IP, INC & DAOLABS, LLC. Since I've already filed for DAOLABS, LLC I've added a Statement-of-change document that I'll need your signature on before I make that change.

Let me know if you have any questions. Thanks!

BenR

📄 **Registered-Agent-statement-of-change.pdf**
692K

---

**Law Office of Reed Yurchak** <reed@yurchaklaw.com>  Thu, Aug 18, 2022 at 1:05 PM
To: benjamin reed <benjamin.reed@gmail.com>

Hi.

Attached is a draft of the Peace DAO Trust.  It was designed so that you would be the Grantor to make it easier to get everything organized and set up.  You would also be the Trustee of the trust initially.

Florida corporations use the "document number" for tracking and for filing purposes.  The Peace DAO, Inc. no. is N2200008251.

I have no problem being the designated agent for the entities.  Let me know if you have any questions.

Regards,

--
Law Office of Reed Yurchak
620 131st Ave NE
Bellevue, WA 98005
Office Tel: 206-866-0766
Bus. Cell: 425-941-6659
Fax: 425-654-1205

CONFIDENTIAL & PRIVILEGED. This e-mail message may contain legally privileged and/or confidential information.  If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.

[Quoted text hidden]

📄 **Peace DAO Trust .docx**
36K

D-426

000821