**benjamin reed <benjamin.reed@gmail.com>**

## Change of Registered Agent - DAOLABS, LLC
3 messages

**benjamin reed** <benjamin.reed@gmail.com>  Wed, Aug 17, 2022 at 11:23 AM
To: Law Office of Reed Yurchak <reed@yurchaklaw.com>
Cc: Me <mark.phillips@protonmail.com>

Hi Reed, can you review this document & make sure that it is acceptable for me to file with the State of WA. The documents establishes you as the registered agent for DAOLABS LLC in the State of Washington.

Thanks,

BenR

📄 **DAOLABS LLC - Change of Registered Agent.pdf**
798K

---

**Law Office of Reed Yurchak** <reed@yurchaklaw.com>  Wed, Aug 17, 2022 at 12:24 PM
To: benjamin reed <benjamin.reed@gmail.com>
Cc: Me <mark.phillips@protonmail.com>

Hi,

Yes, that looks correct

[Quoted text hidden]

---

**benjamin reed** <benjamin.reed@gmail.com>  Wed, Aug 17, 2022 at 12:55 PM
To: Law Office of Reed Yurchak <reed@yurchaklaw.com>
Cc: Me <mark.phillips@protonmail.com>

Ok thanks, will submit today

BenR

**From:** Law Office of Reed Yurchak <reed@yurchaklaw.com>
**Sent:** Wednesday, August 17, 2022 12:24:39 PM
**To:** benjamin reed <benjamin.reed@gmail.com>
**Cc:** Me <mark.phillips@protonmail.com>
**Subject:** Re: Change of Registered Agent - DAOLABS, LLC

[Quoted text hidden]