

**From:** **Me** *mark.phillips@protonmail.com* 🔗
**Subject:** Re: Jango Laboratory Inc Docs - 2 of 3
**Date:** September 27, 2022 at 10:10 AM
**To:** Law Office of Reed Yurchak reed@yurchaklaw.com
**Cc:** Ben r@daolabs.wtf

---

ben, probably worth sharing the daolabs documents when you have a handle on what outstanding docs need to be completed. etc.

Regards,
Mark Phillips

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, September 27th, 2022 at 1:06 PM, Me <mark.phillips@protonmail.com> wrote:

> thank you
>
> Regards,
> Mark Phillips
>
> This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Tuesday, September 27th, 2022 at 11:35 AM, Law Office of Reed Yurchak <reed@yurchaklaw.com> wrote:
>
>> Looked good.
>> Just a few edits:
>>
>> JL-8-Restricted Stock Purchase Agreement, page 1 - purchase price should be $75,000
>> JL-12-2-22 Equity Incentive Plan, page 4 - "Plan" means this 2022 Equity Incentive Plan
>> JL-13-Form of Stock Option Agreement, page 7, 2022 Equity Incentive Plan
>>
>> On Mon, Sep 26, 2022 at 12:32 PM Ben <r@daolabs.wtf> wrote:
>>> Hi Reed, here is email 2 of 3.
>>> Can you please review and provide your review on the following documents related to Jango's Laboratory.
>>> Blessings!
>>> Benjamin Reed

000825

discord: rice$cracker | twitter: ricescracker
m: 206.604.8885




publickey –
mark.p…56.asc