**From:** Marc Welton marc@yurchaklaw.com
**Subject:** Re: Gitbook Legal Advice
**Date:** December 26, 2021 at 16:33
**To:** Ted DAO j.ted-dao@protonmail.com
**Cc:** ? * me@teddao.xyz, ? * m@teddao.xyz, Law Office of Reed Yurchak reed@yurchaklaw.com, Steve Faffle steve@teddao.xyz



Hi. So I'm working on changes and suggestions on a separate Word document that Reed will also edit. We'll then cut and paste our suggestions into Gitbook one time to avoid some confusion.

M

On Thu, Dec 23, 2021 at 7:23 PM Ted DAO <j.ted-dao@protonmail.com> wrote:
> Marc, here's the link for you to be an editor. Thanks
>
> https://app.gitbook.com/invite/XoAswDq56uOQ2eNyG1eC/BrkKpsmdyKncRPP6B1LZ
>
>> On Dec 23, 2021, at 10:19 PM, Steve Faffle <steve@teddao.xyz> wrote:
>>
>> Popping in here.
>>
>> Would you mind adding legal disclaimers directly under paragraphs that need clarification in italics?
>>
>> And then any language that needs to be changed leaving comments?
>>
>> The Gitbook is so large that I'm afraid it would create a logistical nightmare to move between documents.
>>
>> -Steve
>>
>>> On Dec 23, 2021, at 10:10 AM, Marc Welton <marc@yurchaklaw.com> wrote:
>>>
>>> We can work from screen shots or pictures. Not a big deal since we won't be editing master doc.
>>>
>>> On Thu, Dec 23, 2021 at 8:49 AM Ted DAO <j.ted-dao@protonmail.com> wrote:
>>>> I'm not seeing an ability to invite which is really strange. Working on this..
>>>>
>>>>> On Dec 23, 2021, at 10:46 AM, Steve Faffle <steve@teddao.xyz> wrote:
>>>>>
>>>>> Not sure how that works to be honest.
>>>>>
>>>>> J?
>>>>>
>>>>>> On Dec 23, 2021, at 7:45 AM, Marc Welton <marc@yurchaklaw.com> wrote:
>>>>>>
>>>>>> Morning. I'm not being allowed to open the gitbook link. Can you resend?
>>>>>>
>>>>>> Thanks
>>>>>>
>>>>>>> On Thu, Dec 23, 2021 at 3:58 AM Steve Faffle <steve@teddao.xyz> wrote:
>>>>>>> Hello Reed & Marc,
>>>>>>>
>>>>>>> We need your legal approval and expertise on our written Gitbook content here.
>>>>>>>
>>>>>>> We are looking for feedback in three forms:
>>>>>>>
>>>>>>> 1. If you find grammatical errors you can edit the text directly in-line
>>>>>>> 2. If you find that a paragraph or section needs a specific legal disclaimer **please do not edit the text directly**, but instead add an additional paragraph below in italics.
>>>>>>> 3. If you find any text that is not legally compliant even with a paragraph disclaimer, **please do not change it directly.** Instead, add a comment with the issue and your suggested change.
>>>>>>>
>>>>>>> Finally, feel free to add a unique legal disclaimers page as you see fit.
>>>>>>>
>>>>>>> If you have any questions feel free to reach out.
>>>>>>>
>>>>>>> We will need a revved Gitbook within a few days. Happy to coordinate!
>>>>>>>
>>>>>>> Warmly,

> > Steve
> 
> --
> *Marc Welton, JD, MBA*
> *Paralegal*
> 
> ## REED YURCHAK
> 
> LAW OFFICES
> 
> 1215 120th Ave. NE, Ste. 110
> Bellevue, WA 98005
> Telephone: (206) 866-0766
> Business Cell: (425) 941-6659
> Marc's cell: (206) 641-5148
> Facsimile: (425) 654-1205
> Email: marc@yurchaklaw.com
> 
> CONFIDENTIAL & PRIVILEGED COMMUNICATION. This e-mail message may contain legally
> privileged and/or confidential information.  If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.

--
*Marc Welton, JD, MBA*
*Paralegal*

## REED YURCHAK

LAW OFFICES

1215 120th Ave. NE, Ste. 110
Bellevue, WA 98005
Telephone: (206) 866-0766
Business Cell: (425) 941-6659
Marc's cell: (206) 641-5148
Facsimile: (425) 654-1205
Email: marc@yurchaklaw.com

CONFIDENTIAL & PRIVILEGED COMMUNICATION. This e-mail message may contain legally
privileged and/or confidential information.  If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.

--
*Marc Welton, JD, MBA*
*Paralegal*

## REED YURCHAK

LAW OFFICES

1215 120th Ave. NE, Ste. 110
Bellevue, WA 98005
Telephone: (206) 866-0766
Business Cell: (425) 941-6659
Marc's cell: (206) 641-5148
Facsimile: (425) 654-1205
Email: marc@yurchaklaw.com

CONFIDENTIAL & PRIVILEGED COMMUNICATION. This e-mail message may contain legally
privileged and/or confidential information.  If you have received this e-mail in error, please notify the sender immediately and delete all copies of this e-mail message and any attachment.

000945

000946