

D-449

001013