**Fuego**  02/25/2022 4:24 PM
We should def do an NFT project and donate 111% of proceeds

 **tankbottoms(🎽,🍑)**  02/25/2022 5:49 PM
I like the 111%

 **tankbottoms(🎽,🍑)**  02/26/2022 1:19 AM
https://storage.googleapis.com/staging-movedao.appspot.com/snapshot/mape-owners.csv
https://storage.googleapis.com/staging-movedao.appspot.com/snapshot/mape-owners.json
https://storage.googleapis.com/staging-movedao.appspot.com/snapshot/transactions.json
https://storage.googleapis.com/staging-movedao.appspot.com/snapshot/transactions.csv

 **tankbottoms(🎽,🍑)**  02/28/2022 3:10 PM
Asked Ahmed for a more realistic - what's his nut - expenses - yea for sure. $2k/week is like minimum wage here in nyc for devs. if we could do $35/hr, $1400/week, $72,800/year.. i could live. but i'd weekends off for at least the first month or two, but only because i want to use them to plug knowledge gaps i have during the week. after that, i'll be able to party on the weekend with you and the team.

 **Fuego**  02/28/2022 7:10 PM
what do u think?

 **tankbottoms(🎽,🍑)**  02/28/2022 8:17 PM
Did you talk with him?

 **Fuego**  02/28/2022 8:18 PM
not yet

 **tankbottoms(🎽,🍑)**  02/28/2022 8:20 PM
I am inclined to give him 3 month runway to kick ass, because he will take time either to do the work we want him to do, or for us to explain what needs to be done and no work output. And given the Ukraine situation, the Russian's needing to explain stuff, and my need to get shit done I can handle only so many things while delivering what we need, which is less appealing than spending the $x needed for the Blockchain Jesi - and getting things done. So that is where I am at, you can offer him a 3 month window to focus on stuff and learn. But inside that we have serious stuff to do.

 **tankbottoms(🎽,🍑)**  03/02/2022 9:13 PM
Not sure if its worth shitting on the community about but we worked Friday night, Saturday to launch a page on Sunday and completely missed the boat on getting something out there immediately for Ukraine, so its just worth remembering that everyone pretends to listen to the community but after you ship what you need to.


**tankbottoms(🛡️,🍑)**  04/05/2022 4:52 PM
yeah, I pretty much like just working with people I know in Juice, forking, evm and mike are solid, and oneof has a pile of resumes, button tests for me to go through but we are just now vibing together. alex is the one who is going to need defi-jesus to descend.

I hope you are not completely sick, i thought you were upset with us.

if there is anything I can get you let me kno w


**Fuego**  04/05/2022 5:27 PM
Thanks, its been getting worse every day for the last few days.


**Fuego**  04/17/2022 12:03 PM
Here's the ETH addresses for the next round of funding. We will be sending $10k to each

Evacuate Kharkiv:
ETH (ERC-20): 0xdE2a0E3d9993FEB84dD5eBA9215533F3aEFedF7B
Donation requisites shared in the message + can be double-checked here:
https://evacuatekharkiv.org/donate/
Point of contact: https://www.instagram.com/banduragram/

> admin
> **Donate - Evacuate Kharkiv**
> Free evacuation and humanitarian aid for Kharkiv people

Help Mariupol:
ETH (ERC-20): 0x48d0a4dc0e58e7de7b05e0e3fe2d3264baa13340
Donation requisites shared in the message + can be double-checked here: https://help-mariupol.com/donate
Point of contact: https://www.instagram.com/myhailo.puryshev/ (@Mihailo_Puryshev on Telegram)

> **Donate**
> Support Mariupol Refugees! 

Grace Tea Church
0xb23acD0f73aD32952f07f14eAfC6D9F732F5c040

┌ 🟠 **Fuego** Evacuate Kharkiv: ETH (ERC-20): 0xdE2a0E3d9993FEB84dD5eBA9215533F3aEFedF7B Don...


**tankbottoms(🛡️,🍑)**  04/17/2022 9:48 PM
complete
https://etherscan.io/tx/0xbcb86c2320161417226df1ea5ea5dfb3c5a8c7eb93a6c5916b46f0481e456ca1


**Fuego**  05/02/2022 10:26 PM
https://discord.com/channels/933784059321147412/961281030042550272/970802241919385681

Might be a conversation to ape into


**tankbottoms(🫠,🍑)**  05/11/2022 3:20 PM
this is cookieslayer our front-end dev's master thesis - hidden control structures by analyzing transactional data overlayed with voting behavior visualization https://thesis.stenqvist.co/

 1

hehehe the visualization of this tool for sure enforces the democratic process


**tankbottoms(🫠,🍑)**  07/05/2022 12:52 AM
this is the opinion letter research which reed, marc and i have been working with when figuring out a solid legal strategy with regards to the legal framework
https://docs.google.com/document/d/1zXU0KfCS5ljTSsY0uIlrCWV7q1Mw7nuWZncbWgn7R9c/edit?usp=sharing

> **internal-dao-lawfirm-analysis**
>
> Legal Research - Securities and Tokens Notes for dao-lawfirm.eth  The regulations and law in the cryptocurrency and blockchain asset space is evolving daily.  Although the SEC has taken the blanket position that all DAOs are a "security," we believe a more careful analysis is required in this m...

its worth a read to get an understanding of the issues, as we have always discussed, the strategy to never misrepresent, do what makes sense, create a foundation off-shore, worse comes to worse, if we are successful, a fine is at stake, however, SEC pinged me again as the stablecoin legislation is heating up, and it may be worth taking the meeting to learn more. but i just don't have bandwidth.

 1


**tankbottoms(🫠,🍑)**  07/14/2022 4:56 PM



**Fuego**  08/02/2022 12:10 AM
We are looking to give people in HelpUAnow.org (volunteers who are helping identify and research beneficiaries in Ukraine) Peace tokens for helping. First thought was to give them

the equivalent of $1000 each worth of equivalent peace tokens (as if they contributed $1k), throw them a peace NFT, etc. But also wondering if there's a better way, and to throw them on the reserve list going forward

 **tankbottoms(🏔,🍑)** 08/02/2022 12:55 PM

Peace NFTs allow people to participate in governance, but Peace tokens are how decisions get ratified, and you can always give people tokens, which myco mentioned for contributing time and effort, as well as have people added to the reserved rate (ongoing contributors) so just let us know the addresses of who is getting what and we can get them transferred.

 **tankbottoms(🏔,🍑)** 09/19/2022 3:33 PM

were you going to finalize the consulting docs and other signing docs for DAOLABS trust, llc, inc?

 **Fuego** 09/19/2022 6:27 PM

yea, are there supposed to be signature sections on the safe agreement, etc?

also i've just been paying people to help me bc i dont have the bandwidth rn

do you have time to chat before our call at 4?


🔴 Fuego yea, are there supposed to be signature sections on the safe agreement, etc?

 **tankbottoms(🏔,🍑)** 09/19/2022 6:35 PM

no those pages were marked draft because i was going to send out the saft, and common stock sections later after i updated the computation. it was marked in the introduction page the equity sections were drafts or proposed for review but that the final versions would be sent this week, which I am getting ready to do but the signer tool restricts how many we can do at a time so I have to remove the onboarding documents, hence why I am asking, since I'd like to avoid the larger signup fee.

🔴 Fuego also i've just been paying people to help me bc i dont have the bandwidth rn

**tankbottoms(🏔,🍑)** 09/19/2022 6:35 PM
ok, do i need to do something?


🔴 Fuego do you have time to chat before our call at 4?

**tankbottoms(🏔,🍑)** 09/19/2022 6:35 PM
yeah

**tankbottoms(🏔,🍑)** 09/19/2022 9:04 PM
everything ok?

i know i get pretty in the weeds going through the tooling, so oh well

 **Fuego** 09/19/2022 10:29 PM
All good


**tankbottoms(🪩,🍑)**  09/19/2022 10:49 PM
did you look around the https://daolabs-docs.on.fleek.co/, its intense.


**Fuego**  09/20/2022 12:33 AM
Looks pretty amazing

Exported 119 message(s)