# FYI

| | |
|---|---|
| From | Ryan Breslow <ryan@ryanbreslow.com> |
| To | Jon Gordon<jg@ryanbreslow.com>, mark.phillips@protonmail.com |
| Date | Wednesday, October 26th, 2022 at 10:07 PM |

Jon can we get in touch with these guys and see if they're game to build on move? [https://future.quest/](https://future.quest/)