
**Fuego** 02/19/2022 4:05 PM
@everyone GM! hope you all are having an amazing day! Just want to check in and make sure everyone who's earned a MAPE has gotten one. Also want to make sure everyone has a chance to earn one. This is all about building the right community. With that said, anyone who completes any of the "aping into movement DAO" tasks will get their first MAPE. Many more opportunities to come…stay tuned

 8    5   👀 2    2


**Carl-bot** BOT 02/21/2022 11:48 PM
@everyone



**GM!  Huge news here**

**Given the recent spike in community growth , we have decided to extend our "APEing into movements" campaign as well as our token release date!**

**Instead of 2/22/2022, the token release will be on 3/3/2022. With this, there are a few important developments to understand.**

**1**. Campaign Changes: The existing "APEing into movements" campaign remains open, with a few enhancements:

*a)* - *Extending to 3/3/2022*
*b)* - *an airdrop of MAPES now for those who have already contributed in the campaign*
*c)* - *an allocation of tokens based on total points earned*

**2**. Governance: The MAPES will now begin representing initial voting rights, because YOU are the founding community. Those who have 5 or more MAPES will be able to vote on upcoming initiatives that will shape the future of this platform. When tokens are released, MAPES will represent super-voting rights until tokens become more broadly allocated.

**3**. New Ways To Earn: There will be new ways to earn MAPES, such as through tactical campaigns. Pay close attention to #announcements for tactical tasks like twitter campaigns, community outreach campaigns, participation in working groups (#coordinape) and many more.

**4**. Community Funding: We have received a very generous donation of $1,000,000 from a community member who is looking to fund additional development, marketing, and community growth. To kick off governance, you will use your MAPES to determine how to best deploy these funds!

These are huge announcements, especially for such a new DAO - we hope you take advantage of this and help us make a



**Juicebox**

Community funding for people and projects on Polygon.

⚡ 3    🤘 1    🚀 1

 **OBStacker**  03/15/2022 3:52 PM

📣  Some big announcements here  @everyone

**Updates On Juicebox Partnership**

We have launched a Matic deployment of Juicebox: https://matic.move.xyz/#/

This L2 Juicebox v1.1 experiment was undertaken by Movement DAO with the kind help from the cool-cat-developers of JuiceboxDAO, WAGMI Studios, and Peel DAO (more on them later), and the community members who make everything happen.

Movement DAO is a community funded, operated, and deployed Web3 endowment whose purpose is to facilitate the incubation, funding and sustenance of decentralized communities regardless of purpose - from an innovative start-up to a public good, as long as communities form and take action. Movement DAO is building applications and tools within and on Juicebox v2 to bring crypto treasury management to everyone by enabling affordable L2 solutions (Polygon, Optimism), simplifying creating and deploying NFT collections, curating and selling digital assets, and built-in treasury tools for decentralized finance, and liquidity management.

More details from a thread here:
https://discordapp.com/channels/919071794332323903/919071794936311823/953026665699741846

**Announcing The Peace DAO Movement**

Russian community member natasha-pankina.eth, in collaboration with Ukrainian descendant  @theryanking  joined forces on a beautiful NFT collection for Ukraine relief. The

Peace Movement (https://peace.move.xyz/) is dedicated to funding relocation expenses for Ukrainian refugees.

They are using Juicebox (https://juicebox.money/#/p/peace) to conduct the token sale and what is amazing is that they have configured their funding to automatically give 15% of all contributions directly to the movement endowment.

Because of our co-development relationship with Juicebox that's ongoing, this project was part of an experiment in using the Juicebox platform to kickstart a movement that is intended to later be migrated to the move.xyz platform. This means that the project will be able to have the benefits of a continuously funded, sustainable treasury. The project is currently deployed on Ethereum and well as our new Matic deployment of Juicebox , representing a more environmentally-friendly approach to decentralized funding.

We will be hosting a workshop soon for anyone wanting to kickstart an early movement through this model, and in certain cases, we will set up the Juicebox project for contributors.

Let us know your thoughts on the project in #deleted-channel !

**Governance Updates Coming**

We're currently working on some processes for governance and process for submitting proposals & movements. If you want to be involved in helping to form this, let us know in #🏛️ | governance-discussion .

Additionally, we have our first Movement DAO proposal (MP-000) live with voting starting today at 9:08pm UTC. If you are a MAPE holder, make sure to vote to ensure you have no problems connecting and voting. As you'll see, this first proposal is a bit of a fun one, but will get us used to the process :).

Vote: https://snapshot.org/#/movedao.eth (edited)

> **The Peace Movement (DAO)**
> The Peace Movement (DAO)

> **Juicebox**
> Community funding for people and projects on Ethereum.    Thumbnail

> **Juicebox**
> Community funding for people and projects on Polygon.

🚀 7   🔥 8   ☮️ 7   😎 5   🧟 5   🍄 5   🛠️ 3   3   3   ⚡ 3


**OBStacker** 03/17/2022 1:40 PM

For today's Town Hall at 8pm UTC we will have a special guest talking about our new #☮ | general (https://peace.move.xyz/) - @theryanking !

Also - we may or may not be giving away MAPEs for attending 👀 (hint: we totally are 😉 )

Don't miss it because it will be an interesting one! More on Ryan here: https://twitter.com/theryanking

@everyone (edited)



**The Peace Movement (DAO)**
The Peace Movement (DAO)

**Ryan Breslow 🕺 (@theryanking)**
Building great companies @bolt @eco. Fixing company culture https://t.co/bNFmbhsJoo. Spreading dance https://t.co/iHUUvPUUiL. Sharing learnings ☀️

Followers    Tweets
164590       2161

Twitter

🔥 16   🚀 6   ✌️ 6   ☮️ 6   ☮ 6


**OBStacker** 03/21/2022 2:15 PM
Results from our first snapshot proposal are in - looks like we've got lots of HODLers in here !

https://snapshot.org/#/movedao.eth/proposal/0x3e0b1e8c86da06de4ae37af67fbfa1fc2fc0625c6ec4ecf69bf20f8448dfba6e

Thanks to everyone who participated in this "test" vote. If you had trouble voting, please let us know!

@everyone

🗳 5   🦀 4


**OBStacker** 04/05/2022 10:05 PM
Just a reminder @everyone that there are MAPE gated channels (e.g., for governance).

We are in the process of putting out some governance proposals for the community to vote on and would like as much participation from the Movement DAO community as possible. So if you would like to be involved in governance (either as a voter or proposal creator), make sure you get your MAPEs through the #🎁 | giveaways .

🟦 12   🦹 10   🎁 5



Stay safe



vopa (@v0paNFT)

etherscan, dextools, coingecko and more are currently under attack. please be very cautious when using these websites!!! do not connect your wallet.

Likes
287

Retweets
208

Twitter • 05/13/2022 9:15 PM

 1

 **OBStacker** 05/16/2022 6:48 PM

Wanted to take a minute to call out a great moment that happened over at The Peace DAO, our first Movement, to be sure the broader community is aware.

https://twitter.com/nevm_a/status/1525533204999901184

Great job team!

@everyone

 (@nevm_a)

Had the pleasure of sharing about @helpuanow & @ThePeaceDAO's impact with @USAmbPoland. Thanks, @theryanking, for bringing me along



Twitter • 05/14/2022 5:47 PM

🔥 11    ☮ 7


**OBStacker** 05/19/2022 4:17 PM
We're going to NYC! 🏙

Come join us at DAOplanet's NYC event June 24th-25th after NFT.NYC.
https://daoplanet.org/events/nyc22/

@everyone

**DAOPlanet**

**NYC '22 - DAOPlanet**

DAOPlanetNYC '22 - DAOPlanetDAOPlanet.NYC is on 6/24 &25, 2022. Join us for another DAOPlanet Deep Dive DAO event!



🔥 15    ⚡ 6    Ⓜ 6    🎉 4


**myco | MOVE** 06/01/2022 6:06 PM
**Hey there, Movers!** If you're new here we just want to say *thank you joining* in on the effort to make web3 super-powers accessible to community movements everywhere! Ⓜ

There are a lot of opportunities to get involved and make an impact and we would love to see you at our Welcome to Movement DAO call here in a half hour - or at the same time every

16/20
**001399**

 **Sally_H** 06/30/2022 9:12 PM

Do you mean you need the brief written, or you need the research capability to execute the brief?

I'd love to know if there is a good web3 research agency yet.

 **OBStacker** 07/01/2022 3:25 PM

Pausing on the research ask for now until we nail down a scope, but will definitely need research done

 **OBStacker** Pausing on the research ask for now until we nail down a scope, but will definitely need ...

 **Sally_H** 07/01/2022 7:22 PM

Ah, just realised the date of your orig post.

 **TomTran.eth** 10/19/2022 8:00 AM

**@OBStacker** I contributed presale $Move. Is there a plan when to distribute $Move?

 1    1

**TomTran.eth** **@OBStacker** I contributed presale $Move. Is there a plan when to distribute $Move?

 **OBStacker** 10/19/2022 12:13 PM

Hey there, yep, still the plan, more info here https://gov.move.xyz/dao/intro/genesis

> **Genesis | Move Docs**
> 
> Background

 1    1

---

Exported 29 message(s)