
**mr_fine** 02/10/2022 9:02 PM
Hey All! I discovered Movement recently and this product looks amazing! Super cool idea.

This is my first time exploring Discord, but cool to see there's a community here.

Today I tried to setup a MOVE community fanpage on Facebook (& maybe run some ads) but ran into some troubles. The Facebook ad dashboard is really confusing 😅

I'm a designer, passionate about the project, and am happy to spearhead a small ad budget, but I was hoping someone had experience (or knows someone) who can manage a FB page well. Lmk!


🐵 **mr_fine** Hey All! I discovered Movement recently and this product looks amazing! Super cool idea. ...
**rice$cracker** 02/10/2022 9:03 PM
I have a little experience with FB ad manager & could help out. Agree its a little challenging & would probably help if they stopped changing the layout every 4-6mo

you should join the marketing call this afternoon/evening! Meet us in the Lounge at 330PM/630PM. (edited)


**OBStacker** 02/10/2022 9:41 PM
Hi @mr_fine , welcome and that's awesome that you're thinking about that!

And yes, definitely come join the call. Although @rice$cracker , think you meant 10pm UTC ?

Original message was deleted or could not be loaded.

**OBStacker** 02/10/2022 9:42 PM
That would be 5pm EST

But if you need more time we can try to reschedule if it's ok with everyone else

It was your initial idea for the call tho I think


**rice$cracker** 02/10/2022 9:44 PM
that works for me. my confusion was there was a second call for later that was being discussed on a side thread over Signal

lets push forward with the 10pm UCT/5PM EST call 🙂


🧑 **rice$cracker** that works for me. my confusion was there was a second call for later that was being ...
**OBStacker** 02/10/2022 9:45 PM
Oh gotcha, I wasn't in that thread - sounds good though!


**rice$cracker** 02/10/2022 9:47 PM
just followed the #deleted-channel channel so I can keep track of things going forward

 1   1

 **Fuego** We're all learning ourselves and here to help 🙏

**FoxFlint** 02/15/2022 10:03 AM

Agree 🙂 Could you give me any insights into the project?

**cRekto** 02/15/2022 11:38 AM

gm, thanks for the nft. may I know what is it role in your ecosystem?

 **AliG Effendi** 02/15/2022 12:43 PM

Hello, thanks for the NFT, looks super cool! What was the qualifications for recieving it? Wonder how what i did to even deserve it lol.

 **mr_fine** 02/15/2022 3:56 PM

Based on my understanding I think the NFT serves as the community governance token before the official tokens are released

And the platform is pretty neat. I've gotten into it in the past few days. Again, based on my understanding (I'm not a moderator or a creator so take it with a grain of salt), but the platform is designed to make it really easy to launch a fully featured DAO (a Movement). Movements are packaged with DeFi tools, bonding curves, built in governance, adapters (its built off of Tribute) and has a platform wide managed endowment to invest in Movements.

I imagine it like Juicebox on steroids

Other people feel free to chime in on how accurate my understanding is

 🐵 **mr_fine** Based on my understanding I think the NFT serves as the community governance token bef…

**Fuego** 02/15/2022 4:02 PM

That's correct, it also represents the genesis community that are shaping the platform to come. This project is community first. NFT holders will earn special rewards. These NFTs were not sold to raise money. They were airdropped for free to seed the community with the right people. The rest of the NFTs can only be earned.

🔥 **Fuego** That's correct, it also represents the genesis community that are shaping the platform to co…

 **ChoosingtheGarden** 02/15/2022 4:54 PM

Is the Airdrop Still on going? i checked my wallet, did not see anything.

🔥 **Fuego** That's correct, it also represents the genesis community that are shaping the platform to co…

 **AliG Effendi** 02/15/2022 5:57 PM

What was the criteria of distribution for nft's sir? (edited)

 🐵 **mr_fine** And the platform is pretty neat. I've gotten into it in the past few days. Again, based on my …

 **AliG Effendi** 02/15/2022 5:57 PM

Sounds dope. Thats what i understood as well. Info about the project and the airdrop is quite limited tho.