**danielrion** 03/17/2022 8:03 PM

hey everyone - whats the best way to join the town hall?

👍 1

 **NT 26** 03/17/2022 8:07 PM

Lounge - Voice chat

 **danielrion** hey everyone - whats the best way to join the town hall?

**aminta_paiz** 03/17/2022 9:12 PM

I was on the same boat 😅

 🐵 **tankbottoms(🧜‍♂️,🍑)** Ok, everyone, warm your wallets, and head to Snapshot and participate in our...

**myco | MOVE** 03/18/2022 2:36 AM

looks like we're not voting with Mapes, eh?

where can I find the $MOVE token address?

🦍 **myco | MOVE** looks like we're not voting with Mapes, eh?

**OBStacker** 03/18/2022 3:19 AM

What makes you say that?

Voting is through MAPEs

**Fuego** 03/18/2022 2:17 PM

are you referring to voting in Peace DAO?

**nicholasgpadilla.eth** 03/18/2022 3:23 PM

gm

🐵 **OBStacker** Are you looking to create something in that space?

**infinitehomie.eth** 🏴 🛠️ 🪄 03/19/2022 10:57 AM

that's the plan, sorry for the delay. i've been helping out with some research projects that deal with creating initiatives to assist in maintanining and improving the mental health of members

❤️ 1

**infinitehomie.eth** 🏴 🛠️ 🪄 that's the plan, sorry for the delay. i've been helping out with some resear...

**aminta_paiz** 03/19/2022 5:11 PM

Did I hear mental health? 👂happy to help 💕✨

🔥 2

🐵 **OBStacker** Updated this a bit https://www.notion.so/movedao/Welcome-2353a71bdc154530b793ff...