**Jon Gordon** 

---

Aug 14, 2022

> 📄 **PeaceDAO Round 4 Disbursements.pdf**
> 366.45 KB
>
> Natasha and I signed the PeaceDAO transactions and I've attached them here for you to sign them. There is a screenshot to checkout the Transaction Queue page in Gnosis. https://gnosis-safe.io/app/eth:0xD2427c0e44D28Ea74c0504E072c6073d135569B2/transactions/queue
>
> 2:47 PM

Thank you  3:26 PM

> this is the txns hash of the $10k to your wallet, https://etherscan.io/tx/0xe8d180a988143e34ab35f9971f8a2a67650339fae6c86514847c50e2fd2a7757
> 3:32 PM

👍

Aug 15, 2022

> Looks like you haven't signed the peacedao transactions.  9:47 AM

I don't have my ledger with me. Haven't you been signing with the law firm?  10:04 AM

> Nat signed and I signed personally, and I can finalize the transfer, I just wanted you to look at the transaction and I can sign and finalize if you want.  10:10 AM

This looks right

Thanks  10:50 AM    ...

Aug 16, 2022

How was the meeting? Can we have a call tomorrow?  4:33 PM

> yeah, we mostly spent time talking about how sorry i was for being grumpy and not being patient with people and not giving you space by being at work all the time. otherwise, we talked about what the business structure will be like, what allocation of stock there should be and how to fold in you and ryan in a more formal role with the right optics. which i got his ok on. basically saying he has funded expenses to date. just have to keep working with the legal documents. we can totally have a call tomorrow.
> 6:26 PM

Ok. He told me to talk to you about next steps. I'll ping you tomorrow and find a time
6:47 PM

> Is there a reason not one person voted to ratify the governance process for PeaceDAO?
>
> I am going to have it restarted and add a new proposal create a process for the awards of funds.
> 9:14 PM

Aug 17, 2022

I think there was a bunch of content in there that was not relevant to the project. Filip is working on a new one
8:49 AM

can you send me the formation documents for peace dao  9:19 AM

> **Jon Gordon**

D-481          001622