UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>               Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>               Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |
| MOVEMENTDAO and MARK PHILLIPS,<br><br>             Counterclaim-Plaintiffs<br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>Counterclaim-Defendants | |

**PLAINTIFFS' AND COUNTERCLAIM-DEFENDANTS' INDEX OF ADMITTED EXHIBITS**

Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon hereby submit the following Index of Admitted Exhibits. (*Continued on next page*).

| EXHIBIT NUMBER | BATES NUMBER | DESCRIPTION |
|---|---|---|
| 2 | PLAINTIFF0000007 | [SEALED] Declaration of Ryan Breslow re Verified Complaint |
| 3 | PLAINTIFF0000029 | Webpage printout of DAO LawFirm ETH from Wayback Machine |
| 5 | PLAINTIFF0000032 | Etherscan.org account statement and transaction history of DAO Endowment Gnosis account as of 2/22/23 |
| 6 | PLAINTIFF0000047 | Movement DAO Gitbook White Paper 2/2/2022 |
| 8 | PLAINTIFF000072 | MIP-0000: Adopt the Guiding Principles, Terms of Service, and Code of Conduct |
| 9 | PLAINTIFF0000246 | MIP-0001: Adopt the Governance and Multisig Process |
| 11 | PLAINTIFF0000275 | MIP-0003: Bootstrap Product Development |
| 12 | PLAINTIFF0000294 | MIP-0004: Adopt Actions |
| 15 | PLAINTIFF0000358 | MIP-0007: Snapshot Consent of the Members of the DAO |
| 16 | PLAINTIFF0000448 | MIP-0011: Pay Deferred Legal Fees From 2022 |
| 27 | PLAINTIFF0000520 | MIP-0018: Proposal for Deferred 2022 Developer Payouts |
| 30 | PLAINTIFF0000542 | MIP-0021: Proposal for the DAO's 2023 Operational Budget |
| 51 | PLAINTIFF0000589 | Transfer of DAI cryptocurrency from DAO Developer Multisig account 0x2187e6a7c765777d50213346F0Fe519fCA706fbD to unknown cryptocurrency holding with blockchain address 0x607d56643673649bd25AA47325A7a6AFeffc3B4a for $500,000 on 2/2/23 |
| 73 | PLAINTIFF0000712 | Declaration of Mark Phillips |
| 85 | PLAINTIFF0000754 | Declaration of Benjamin Reed |
| 90 | PLAINTIFF0000774 | Copy of the MovementDAO's budget |
| 90A | PLAINTIFF0000784 | Copy of the MovementDAO's budget |
| 91 | PLAINTIFF0000788 | Email from Mr. Phillips to Mr. Gordon regarding accounting expenses and budget |
| 92 | PLAINTIFF0000790 | Email discussion between Mr. Breslow, Mr. Gordon, Mr. Fine, and Mr. Phillips |
| 93 | PLAINTIFF0000791 | Declaration of Mark Phillips |
| 95 | PLAINTIFF0000813 | Declaration of Reed Yurchak re Plaintiffs' Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction |
| 107 | PLAINTIFF0000847 | Screenshot of text messages dated 7/2/22 between Fine and Phillips re Move token launch procedures |
| 108 | PLAINTIFF0000848 | Screenshot of text messages dated 8/24/22 between Fine and Phillips re Token launch in 3 months and timeline |
| 110 | PLAINTIFF0000856 | Snapshot of Gordon's email inbox & emails:<br>-Index showing emails from 9/22 and 10/22 from "Reed Yurchak" - that are actually from m@dao-lawfirm.xyz, re requesting he sign Movement DAO documents |
| 115 | PLAINTIFF0000894 | Screenshot of text message dated 3/13/22 from Phillips to Gordon re Project and interest |
| 116 | PLAINTIFF0000895 | Screenshot of text message dated 8/9/22 from Phillips to Gordon re challenges and proposals |
| 118 | PLAINTIFF0000899 | Defendants' Notice of Compliance and Response to Order to Show Cause |
| 120 | PLAINTIFF0000915 | Breslow's emails to Phillips dated January 6 & 29, expressing concern with actions taken in recent weeks and recitation of Breslow's offer to redeem investors' contributions. |
| 125 | PLAINTIFF0000924 | natasha-pankina.eth etherscan (wallet voted on MIP-0000) |
| 126 | PLAINTIFF0000968 | pillowfightclub.eth etherscan (wallet voted on MIP-0000) |
| 127 | PLAINTIFF0001011 | tankbottoms.eth etherscan (wallet voted on MIP-0000) |
| 128 | PLAINTIFF0001412 | obstacker.eth etherscan (wallet voted on MIP-0000) |

| 129 | PLAINTIFF0001451 | service-provider.eth etherscan (wallet voted on MIP-0000) |
|---|---|---|
| 130 | PLAINTIFF0001552 | benreed.eth etherscan (wallet voted on MIP-0000) |
| 131 | PLAINTIFF0001593 | partypants.eth etherscan (wallet voted on MIP-0000) |
| 132 | PLAINTIFF0001631 | 0x58Ba…1650 etherscan (wallet voted on MIP-0000) |
| 133 | PLAINTIFF0001653 | Defendants cash accounting 2023.04.08 |
| 134 | PLAINTIFF0001654 | Defendants cash accounting 2023.04.12 |
| 135 | PLAINTIFF0001655 | Phillips text to Ryan July 30, 2022 |
| 139 | PLAINTIFF0001681 | Phillips criminal final judgement 2013.07.26 |
| 149 | PLAINTIFF0001738 | Text message between Jon Gordon and Mark Phillips |
| 150 | PLAINTIFF0001739 | Etherscan transaction records of certain transactions listed on Ex. 90 |
| 154 | PLAINTIFF0001794 | DAO endowment Gnosis SAFE transaction record |
| 155 | PLAINTIFF0001812 | MIP-0000 Snapshot Voting Record |
| 160 | PLAINTIFF0001817 | Defendants cash accounting 2023.04.13 |
| 165 | PLAINTIFF0001823 | [SEALED] Declaration of Jango |
| 168 | PLAINTIFF0001837 | Copy of move.xyz website |
| 169 | PLAINTIFF0003908 | Etherscan.io transaction history for cookieslayer.eth |
| 172 | PLAINTIFF0003955 | 5/16/2023 Declaration of Mark Phillips |
| 203 | PLAINTIFF0004032 | June 2022 Wayback Machine Capture of move.xyz |
| 204 | PLAINTIFF0004035 | March 2022 Wayback Machine Capture of move.xyz |
| 211 | PLAINTIFF0004141 | December 14, 2010 Phillips Superseding Indictment |
| 224 | PLAINTIFF0004308 | Bax created project |
| 333 | 000201-000201 | MIP-0008 voting log, dated September 19, 2022 |
| 358 | 000306-000306 | MIP-0021 voting log, dated February 9, 2023 |
| 362 | 000319-000319 | MIP-0023 voting log, dated March 21, 2023 |
| 367 | 000347-000352 | [SEALED] Confindential Independent Contractor Agreement dated December 6, 2021 |
| 378 | 000431-000431 | Email dated April 11, 2022, from Marc Welton to Reed Yurchak; Mark Phillips re: https://gitbook.move.xyz/move/legal/token-sale-and-use |

Dated:  June 9, 2023

*[signature: Christopher T. Berg]*

| | |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, FL 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email:  jshubin@shubinbass.com<br>            jkatz@shubinbass.com<br>            dhelfand@shubinbass.com<br><br>*Attorneys for Plaintiffs and CounterClaim-Defendants Ryan Breslow, Alex Fine, And Jon Gordon* | Christopher T. Berg (*pro hac vice*)<br>Benjamin J. Kussman (*pro hac vice*)<br>**ELLIS GEORGE CIPOLLONE**<br>**O'BRIEN ANNAGUEY LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>(310) 274-7100<br>Email:  cberg@egcfirm.com<br>            bkussman@egcfirm.com<br><br>*Attorneys for Plaintiffs and Counerclaim-Defendants Ryan Breslow, Alex Fine, And Jon Gordon* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2023, the foregoing was electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to authorized CM/ECF files.

*/s/Jamie Katz*
Attorney