2/20/23, 10:17 AM                                                                           dao-lawfirm.eth

The Wayback Machine - https://web.archive.org/web/20221229124016/https://dao-lawfirm.xyz/



# DAO LAWFIRM ETH

Reed Yurchak, Esq.

## ATTORNEY-AT-LAW

(206) 866-0766 (o) - (425) 491-6659 (c)

reed@dao-lawfirm.xyz - reed@yurchaklaw.com

## ABOUT

A boutique crypto-savvy law firm specializing in legal and blockchain development services.

## SERVICES

Crypto Custodial Services, and Multi-Sig Administration; Bespoke Solidity Development, Tokens, Governance; ICOs/STOs, Programmable Treasuries; DAO Orchestration, Service Provider, Registration, Jurisdiction; TributeDAO, JuiceBox/Projects, and Bespoke Frameworks; License Agreements, Protocol Terms of Use, and Privacy Policies.

Traditional Meat-Space Services - Law Office of Reed Yurchak

EXHIBIT 003        PLAINTIFF0000029

2/20/23, 10:17 AM                                           dao-lawfirm.eth

