2/22/23, 1:47 PM                     Case 1:23-cv-20727-RKA  Document 24-1  Entered on FLSD Docket 03/01/2023  Page 24 of
                                                                                 653

🪙 **Token Holdings**  0x143cc0A996De329C1C5723Ee4F15D2a40c1203c6  📋    [ Movement DAO: Presale ]

---

### Overview

| NET WORTH IN USD | NET WORTH IN ETH | TOTAL BALANCE CHANGE (24H) | | Hide $0.00 assets ⬤ |
|---|---|---|---|---|
| **$5,514,405.32** | ♦ **3417.137298** | ▼ 2.77% | | Show/Hide value in ETH ⬤ |

| Assets in Wallet (9) | NFT Assets (0) | Liquidity Pool Assets in Wallet (0) |
|---|---|---|
| **$5,514,405.32** | - | - |

---

### Assets in Wallet (9)

**$5,514,405.32**                                                                              🔍 Search Token Name / Address

| ⇕ Asset | Symbol | Contract Address | ⇕ Quantity | ⇕ Price | Change (24H) | ⇕ Value | |
|---|---|---|---|---|---|---|---|
| ⬤ Ethereum | ETH | - | 704.643624861579488... | $1,613.75 | ▼ 1.74% | $1,137,118.65 | More ⌄ |
| ⬤ Dai Stableco... | DAI | 📄 0x6B1754...95271d0F | 4379850 | $0.999414 | ▼ 0.33% | $4,377,283.41 | More ⌄ |
| ⬤ BlueSparrowT... | BlueSp... | 📄 0x24cCeD...e5a46FdE | 50 | $0.065144 | ▲ 6.72% | $3.26 | More ⌄ |
| ⬤ Tokenize Emb... | TKX | 📄 0x667102...9E480a88 | 0.0000054 | $6.4181 | ▼ 0.9% | ≈$0.00 | More ⌄ |
| ⬤ ERC-20 TOKEN... | - | 📄 0x14D1b2...1e9EF082 | 32 | - | -- | - | More ⌄ |
| ⬤ ERC-20 TOKEN... | - | 📄 0xe397ef...3e18c5Ec | 7000 | - | -- | - | More ⌄ |
| ⬤ ERC-20 TOKEN... | - | 📄 0xbadb41...bB4000EE | 150 | - | -- | - | More ⌄ |
| ⬤ ERC-20 TOKEN... | - | 📄 0x106Eeb...765f64f8 | 475 | - | -- | - | More ⌄ |
| ⬤ posercoin | posc | 📄 0x9D1188...a259de5e | 15000 | - | -- | - | More ⌄ |

Show rows: 10                                                              First   <   Page 1 of 1   >   Last

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its *Terms* and *Privacy Policy*.   [ Got it! ]

**EXHIBIT 005**                                                                                                     PLAINTIFF0000032

653

NFT Assets (0)

No NFT found for this address.

Liquidity Pool Assets in Wallet (0)

| ⇅ Asset | Dex | Contract Address | ⇅ Quantity |
|---|---|---|---|

No LP found for this address.

ⓘ The token holding page lists token assets owned by an address. Assets displayed include ERC-20, NFT and Liquidity Pool tokens. Learn more about this page in our Knowledge Base.

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**PLAINTIFF0000033**

# Token Transfers (ERC-20)

For 0x143cc0a996de329c1c5723ee4f15d2a40c1203c6

**Sponsored:** **Metawin:** Click Here to claim your FREE Entry to MetaWin's 20 ETH giveaway! Ends soon

ⓘ Transactions involving tokens marked as suspicious, unsafe, spam or brand infringement are currently hidden. To display them, go to Token Ignore List.

A total of 56 txns found

First  <  Page 1 of 1  >  Last

| | Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| 👁 | 0xd3da22c14836abc82f8... | 20 days 10 hrs ago | Movement DAO: Presale | OUT | 0x2187e6...CA706fbD | 7,500,000 | Dai Stableco... (DAI) |
| 👁 | ⚠ 0x0fc08344c49b8c1d... | 87 days 18 hrs ago | 1inch: Treasury | IN | Movement DAO: Presale | 9 | ERC-20 TOKEN* ⚠ |
| 👁 | ⚠ 0x997b38f6ad4e1554... | 100 days 10 hrs ago | Maker: Dai Stablecoin | IN | Movement DAO: Presale | 7,000 | ERC-20 TOKEN* ⚠ |
| 👁 | 0x38cdd2e57b2645e8f1e... | 116 days 11 hrs ago | 0x49F5D5...63613B6b | IN | Movement DAO: Presale | 95,038,800 | (atuns.org) (Invita...) |
| 👁 | 0x84796a40ec0221b226... | 119 days 15 hrs ago | 0x902bC2...13f68eE3 | IN | Movement DAO: Presale | 0.0000054 | Tokenize Emb... (TKX) |
| 👁 | 0x24b584bdbd9b121efe0... | 122 days 8 hrs ago | Bulksender.app | IN | Movement DAO: Presale | 50 | BlueSparrowT... (BlueSp..) |
| 👁 | 0xfb0eafccdbd2ae8f894b... | 140 days 15 hrs ago | 0x552cfe...4Ff9D004 | IN | Movement DAO: Presale | 83,158,950 | (aatu.site) (This t...) |
| 👁 | ⚠ 0x8a75a0f19098c6e4... | 147 days 9 hrs ago | Null Address: 0x000...000 | IN | Movement DAO: Presale | 32 | ERC-20 TOKEN* ⚠ |
| 👁 | ⚠ 0xf96a2455f12046ebf... | 152 days 23 hrs ago | 0x885A67...3B96586E | IN | Movement DAO: Presale | 83,158,950 | ERC-20 TOKEN* ⚠ |
| 👁 | ⚠ 0x7d72a40f523c9b8f8... | 153 days 21 hrs ago | 0xeC5EE3...604284e2 | IN | Movement DAO: Presale | 150,964 | ERC-20 TOKEN* ⚠ |
| 👁 | 0xbb89229d6df34dc91d... | 155 days 23 hrs ago | Uniswap V2: posc | IN | Movement DAO: Presale | 15,000 | posercoin (posc) |
| 👁 | 0x2ee7aaf40019a416538... | 156 days 5 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI 2 | 10,000 | Dai Stableco... (DAI) |
| 👁 | 0x2ee7aaf40...16538... | 156 days 5 hrs ago | Movement DAO: Presale | | Uniswap V3: DAI/USD... | 20,000 | Dai Stableco... (DAI) |

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy. [Got it]

| | Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| 👁 | 0x9cb87b8a4f5477a53b5... | 159 days 12 hrs ago | 0xa27F25...6f2A494F | IN | Movement DAO: Presale | 143,758,200 | mdai.io (mdai.i...) |
| 👁 | 0x3a2e0e4257af96fbb5f... | 162 days 15 hrs ago | Movement DAO: Presale | OUT | 0xB500cd...A910cc79 | 116.245059715 | Wrapped Ethe... (WETH) |
| 👁 | 0x7fce5b4a02facd6b714... | 162 days 15 hrs ago | CoW Protocol: GPv2Settl... | IN | Movement DAO: Presale | 116.245059715 | Wrapped Ethe... (WETH) |
| 👁 | 0x7fce5b4a02facd6b714... | 162 days 15 hrs ago | Movement DAO: Presale | OUT | CoW Protocol: GPv2Settl... | 200,000 | Dai Stableco... (DAI) |
| 👁 | ⚠ 0x1fbd4d205a689c8c... | 169 days 23 hrs ago | Maker: Dai Stablecoin | IN | Movement DAO: Presale | 475 | ERC-20 TOKEN* ⚠ |
| 👁 | ⚠ 0xc65b8c5a3d0cbbfd... | 175 days 3 hrs ago | Maker: Dai Stablecoin | IN | Movement DAO: Presale | 150 | ERC-20 TOKEN* ⚠ |
| 👁 | 0x86332db3a76c48c597... | 176 days 9 hrs ago | Movement DAO: Presale | OUT | 0x2187e6...CA706fbD | 1,750,000 | Dai Stableco... (DAI) |
| 👁 | 0x655706998e03400ec8... | 226 days 9 hrs ago | 0x7C05C4...C0F048cE | IN | Movement DAO: Presale | 0 | Dai Stableco... (DAI) |
| 👁 | 0x238c8382ee0bf1bca90... | 237 days 1 hr ago | Movement DAO: Presale | OUT | Uniswap V3: DAI-USDC 4 | 50,000 | Dai Stableco... (DAI) |
| 👁 | 0xf620fca9109f1d526f68... | 237 days 10 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI-USDC 4 | 100,000 | Dai Stableco... (DAI) |
| 👁 | 0x9220f2803481949c3cb... | 238 days 2 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI-USDC 4 | 50,000 | Dai Stableco... (DAI) |
| 👁 | 0x6b177130f75ddf8bf43... | 249 days 1 hr ago | Movement DAO: Presale | OUT | Uniswap V3: DAI-USDC 4 | 50,000 | Dai Stableco... (DAI) |
| 👁 | 0x8beaec7c3ed1ac55ae2... | 249 days 5 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI-USDC 4 | 100,000 | Dai Stableco... (DAI) |
| 👁 | 0xafe47fe9f127f4427f1fa... | 249 days 7 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI | 55,000 | Dai Stableco... (DAI) |
| 👁 | 0xafe47fe9f127f4427f1fa... | 249 days 7 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI 2 | 10,000 | Dai Stableco... (DAI) |
| 👁 | 0xafe47fe9f127f4427f1fa... | 249 days 7 hrs ago | Movement DAO: Presale | OUT | Uniswap V2: DAI | 5,000 | Dai Stableco... (DAI) |
| 👁 | 0xafe47fe9f127f4427f1fa... | 249 days 7 hrs ago | Movement DAO: Presale | OUT | Uniswap V3: DAI-USDC 4 | 30,000 | Dai Stableco... (DAI) |
| 👁 | 0xd6c1d1bb116564faced... | 307 days 12 hrs ago | webvc.eth | IN | Movement DAO: Presale | 150 | Dai Stableco... (DAI) |
| 👁 | 0x79c77c684... | | | | | | ai Stableco... (DAI) |

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000035

| | Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| 👁 | 0x8dea92888016e34ce9... | 325 days 20 hrs ago | 0xA1b27b...2Eb6637b | IN | Movement DAO: Presale | 50 | Dai Stableco... (DAI) |
| 👁 | 0xaea415350c003ace2e... | 344 days 19 hrs ago | 0xe4918B...9B523763 | IN | Movement DAO: Presale | 500 | Dai Stableco... (DAI) |
| 👁 | 0xea429bb30f45b0061a9... | 347 days 2 hrs ago | 0xD78368...53949CCD | IN | Movement DAO: Presale | 100,000 | Dai Stableco... (DAI) |
| 👁 | 0x0ecaabda5ba7917f678... | 362 days 18 hrs ago | 0x14817c...Fff0dd31 | IN | Movement DAO: Presale | 685 | Dai Stableco... (DAI) |
| 👁 | 0x629edd81e51d770fb1f... | 363 days 19 hrs ago | 0x58E12A...A0359984 | IN | Movement DAO: Presale | 4,000 | Dai Stableco... (DAI) |
| 👁 | 0x6339904075ec608e12... | 363 days 19 hrs ago | 0x58E12A...A0359984 | IN | Movement DAO: Presale | 1,000 | Dai Stableco... (DAI) |
| 👁 | 0x3265c58705abe8365e... | 363 days 19 hrs ago | 0x58E12A...A0359984 | IN | Movement DAO: Presale | 2,000 | Dai Stableco... (DAI) |
| 👁 | 0xb88c753d6cdbff74e49... | 363 days 19 hrs ago | 0x58E12A...A0359984 | IN | Movement DAO: Presale | 3,000 | Dai Stableco... (DAI) |
| 👁 | 0x87de5aa5437fd73da00... | 368 days 9 hrs ago | linrui.eth | IN | Movement DAO: Presale | 500 | Dai Stableco... (DAI) |
| 👁 | 0xf2c3877e85c121496d6... | 372 days 20 hrs ago | 0x58E12A...A0359984 | IN | Movement DAO: Presale | 50 | Dai Stableco... (DAI) |
| 👁 | 0xea665bb5658bb0db47... | 372 days 20 hrs ago | 0x58E12A...A0359984 | IN | Movement DAO: Presale | 50 | Dai Stableco... (DAI) |
| 👁 | 0x3f4c724dddaedffb5be... | 380 days 17 hrs ago | 0xDe10F0...3F2797F0 | IN | Movement DAO: Presale | 200,000 | Dai Stableco... (DAI) |
| 👁 | 0x210614f9f5c95e40a96... | 383 days 23 hrs ago | jamesbarrie.eth | IN | Movement DAO: Presale | 1,000 | Dai Stableco... (DAI) |
| 👁 | 0xa5ef0b4edd588dc3b78... | 383 days 23 hrs ago | jamesbarrie.eth | IN | Movement DAO: Presale | 80,000 | Dai Stableco... (DAI) |
| 👁 | 0x8912ddc0ddc57c5e2f5... | 383 days 23 hrs ago | jamesbarrie.eth | IN | Movement DAO: Presale | 20 | Dai Stableco... (DAI) |
| 👁 | 0x233834c33ad4a6e120... | 384 days 22 hrs ago | 0xD78368...53949CCD | IN | Movement DAO: Presale | 3,000,000 | Dai Stableco... (DAI) |
| 👁 | 0x7b918b7cd3c66d6bfc8... | 384 days 23 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 9,786,795 | Dai Stableco... (DAI) |
| 👁 | 0xaeb8614064e3bae801... | 384 days 23 hrs ago | 0x58F09d...2BACac1d | IN | Movement DAO: Presale | 1,200,000 | Dai Stableco... (DAI) |
| 👁 | 0x3e3b2ab0f... | | | | | | ai Stableco... (DAI) |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000036

| | Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| 👁 | 0xf844f8e007c5989f7aa... | 385 days 1 hr ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 1 | Dai Stableco... (DAI) |
| 👁 | 0x3fe11699d89fa8052c3... | 385 days 3 hrs ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 15 | Dai Stableco... (DAI) |
| 👁 | 0x186582298b7ad8b731... | 387 days 2 hrs ago | Movement DAO: Presale | OUT | 0x2187e6...CA706fbD | 51 | Dai Stableco... (DAI) |
| 👁 | 0x7ff7f949be56e9a501a... | 387 days 22 hrs ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 1 | Dai Stableco... (DAI) |
| 👁 | 0x78c6c8f39e93a7663a3... | 387 days 22 hrs ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 50 | Dai Stableco... (DAI) |

Show: 100 Records     First   ‹   Page 1 of 1   ›   Last

[ Download: CSV Export ⬇ ]

ⓘ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

# Transactions

For 0x143cc0a996de329c1c5723ee4f15d2a40c1203c6 [ Movement DAO: Presale ]

**Sponsored:** ⓧ **Metawin:** Click Here to claim your FREE Entry to MetaWin's 20 ETH give away! Ends soon

A total of 140 transactions found                          First  <  Page 1 of 2  >  Last  ▽ ⌄

| | Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | 0x2892b44b8e68a9bd07... | Exec Transact... | 16541505 | 20 days 7 hrs ago | ⟨⟩ *service-provider.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x490561b89e91b50147... | Exec Transact... | 16540924 | 20 days 9 hrs ago | 0x0087F6...582868aD 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x323dcee96dfd18b9552... | Exec Transact... | 16540888 | 20 days 10 hrs ago | 0x0087F6...582868aD 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0xd3da22c14836abc82f8... | Exec Transact... | 16540876 | 20 days 10 hrs ago | 0x0087F6...582868aD 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x7b1786fc249e00b17e5... | Exec Transact... | 16540860 | 20 days 10 hrs ago | ⟨⟩ *service-provider.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x5b2c1d1baa69f6152c8... | Exec Transact... | 16540840 | 20 days 10 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x5a1f3ae42150afd6e4d... | Exec Transact... | 16540354 | 20 days 11 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x9496ad4c40f884ee744... | Exec Transact... | 16540326 | 20 days 11 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0xedb3ed5b2ab8aecab0... | Exec Transact... | 16540316 | 20 days 11 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x47c39d0845abdd51c2f... | Exec Transact... | 16540310 | 20 days 11 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x80e77364cdd172de93... | Exec Transact... | 16540283 | 20 days 12 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x21c5fdeb66cf33c731b... | Exec Transact... | 16540279 | 20 days 12 hrs ago | 0xDbE76F...18aB2b57 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0xa03f950329c60de22b0... | Exec Transact... | 16540247 | 20 days 12 hrs ago | ◇ beef69.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x33aace853ae9c60253... | Exec Transact... | 16537002 | 20 days 23 hrs ago | ⟨⟩ *service-provider.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x58637be6... | | | | | | | 0.005 ETH |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.  [ Got it! ]

PLAINTIFF0000038

| | Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | 0x2ee7aaf40019a416538... | Exec Transact... | 15568644 | 156 days 5 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0xa3ec2b8052299f60158... | Transfer | 15543726 | 159 days 17 hrs ago | 0x8500cd...A910cc79 | IN | Movement DAO: Presale | 1,434.871214796 ETH |
| 👁 | 0x40e7334fc38b1401f2c... | Transfer | 15543718 | 159 days 17 hrs ago | 0x8500cd...A910cc79 | IN | Movement DAO: Presale | 0.125 ETH |
| 👁 | 0x3a2e0e4257af96fbb5f... | Exec Transact... | 15525277 | 162 days 15 hrs ago | 0xDbE76F...18aB2b57 | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0xa7ae687de1d39f37452... | Exec Transact... | 15525253 | 162 days 16 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x8ddf048b3be0542fbc9... | Exec Transact... | 15525040 | 162 days 16 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x86332db3a76c48c597... | Exec Transact... | 15440402 | 176 days 9 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x4178936e95e14fab49d... | Transfer | 15366274 | 188 days 4 hrs ago | coryfeco.eth | IN | Movement DAO: Presale | 0.075 ETH |
| 👁 | 0x9878c12fd3f4d336161... | Exec Transact... | 15123800 | 226 days 10 mins ago | 0x550bD0...5D61d410 | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x02107d93e48e48dab3... | Transfer | 15096831 | 230 days 4 hrs ago | raeez.eth | IN | Movement DAO: Presale | 0.08 ETH |
| 👁 | 0x238c8382ee0bf1bca90... | Exec Transact... | 15052336 | 237 days 1 hr ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x6f493c11023e4692e4e... | Exec Transact... | 15052292 | 237 days 1 hr ago | 0xDbE76F...18aB2b57 | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0xf620fca9109f1d526f68... | Exec Transact... | 15049997 | 237 days 10 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x9220f2803481949c3cb... | Exec Transact... | 15046576 | 238 days 2 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x6b177130f75ddf8bf43... | Exec Transact... | 14986965 | 249 days 1 hr ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x67c9a92d6a0791f26af... | Exec Transact... | 14986926 | 249 days 1 hr ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0xeee92ac52ea3b97c0ec... | Exec Transact... | 14986505 | 249 days 3 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x8beaec7c3ed1ac55ae2... | Exec Transact... | 14985820 | 249 days 5 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH |
| 👁 | 0x1a4b5432... | | | | | | | 0 ETH |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000039

2/22/23, 1:45 PM                Ethereum Transactions Information | Etherscan
653

| | Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | ⓘ 0x2b9e1c63c2469df0773... | Exec Transact... | 14985650 | 249 days 6 hrs ago | *service-provider.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0xafe47fe9f127f4427f1fa... | Exec Transact... | 14985408 | 249 days 7 hrs ago | *service-provider.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x132ac8755efc92b1ef5... | Exec Transact... | 14969686 | 252 days 17 mins ago | *service-provider.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0xad1517b8ea9508c286... | Transfer | 14840371 | 273 days 15 hrs ago | 0x58C3C3...6aE1d013 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.05 ETH |
| 👁 | 0x4e1b71a719d7290e88... | Transfer | 14826321 | 275 days 21 hrs ago | sal1y.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.02 ETH |
| 👁 | 0x0ceaf28353e84a34446... | Transfer | 14696403 | 296 days 16 hrs ago | 0xd1182C...7d3a7d97 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.3901603 ETH |
| 👁 | 0x3d4298fe34e8b765316... | Transfer | 14682236 | 298 days 21 hrs ago | vip789.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.7 ETH |
| 👁 | 0x6367aa16ef3922cc2de... | Transfer | 14680914 | 299 days 2 hrs ago | coinboot.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.1 ETH |
| 👁 | 0xa02e44a61f00476deb5... | Transfer | 14674519 | 300 days 2 hrs ago | epowell101.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.05 ETH |
| 👁 | 0x5310ead1de480a9874... | Transfer | 14589945 | 313 days 9 hrs ago | thefinest.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.006753 ETH |
| 👁 | 0x8e516a90ef560270ca3... | Transfer | 14532273 | 322 days 9 hrs ago | 0xDab5f4...E63737c3 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.01 ETH |
| 👁 | 0xb9ca9cdb75d381cb45... | Transfer | 14516791 | 324 days 19 hrs ago | 0x5b2b4B...CAb7548f 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.05553 ETH |
| 👁 | 0x1f9194c39298832d3d... | Exec Transact... | 14515277 | 325 days 1 hr ago | beef69.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0x29b091885a4ea577dc... | Transfer | 14434437 | 337 days 15 hrs ago | 0x54F0E1...1Db45584 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.333 ETH |
| 👁 | 0x70df12c6070d4cd9166... | Transfer | 14406341 | 342 days 34 mins ago | 0x23d592...69dc570E 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.1 ETH |
| 👁 | 0xf98fa12d0cc993c8d92... | Exec Transact... | 14404183 | 342 days 8 hrs ago | beef69.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0 ETH |
| 👁 | 0xe9e291d5ec57aae987... | Transfer | 14403268 | 342 days 12 hrs ago | bobek.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.1 ETH |
| 👁 | 0x3083d5bc64dfaea5b61... | Transfer | 14403227 | 342 days 12 hrs ago | bobek.eth 📋 | IN | 📄 Movement DAO: Presale 📋 | 0.07 ETH |
| 👁 | 0xa56172d4l... | | | | | | | 0.14 ETH |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000040

| | Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | 0x7ee78853790ea04a53... | Transfer | 14388113 | 344 days 20 hrs ago | 0xC36A37...75a1e17C | IN | Movement DAO: Presale | 0.02 ETH |
| 👁 | 0x18dc4bb7b32b93721d... | Transfer | 14373027 | 347 days 5 hrs ago | 0x252279...52064220 | IN | Movement DAO: Presale | 0.0775 ETH |
| 👁 | 0x81f3e989d1b206d1d0... | Transfer | 14369882 | 347 days 17 hrs ago | 0x620F9E...9B4775d0 | IN | Movement DAO: Presale | 0.001 ETH |
| 👁 | 0x7b88db7125f4d961be... | Transfer | 14353456 | 350 days 6 hrs ago | 0x588a37...67dE1650 | IN | Movement DAO: Presale | 2.541779 ETH |
| 👁 | 0xe350a09ab74aff0462f... | Transfer | 14343365 | 351 days 19 hrs ago | 0x1ebe61...8D67b852 | IN | Movement DAO: Presale | 0.186819 ETH |
| 👁 | 0x3a7b48a063cb21209b... | Transfer | 14311560 | 356 days 18 hrs ago | 0xa7d317...eEC69b50 | IN | Movement DAO: Presale | 0.033 ETH |
| 👁 | 0xa694edc35418b316b6... | Transfer | 14311125 | 356 days 20 hrs ago | angyts.eth | IN | Movement DAO: Presale | 0.1 ETH |
| 👁 | 0xcadeb5aaa49d4e1183... | Transfer | 14311068 | 356 days 20 hrs ago | 0x17d880...554e829b | IN | Movement DAO: Presale | 0.02 ETH |
| 👁 | 0x757ff4c6fabe13c254a... | Transfer | 14299044 | 358 days 16 hrs ago | 0x9f7bD4...1b1B52C8 | IN | Movement DAO: Presale | 0.07 ETH |
| 👁 | 0xe7620b29958daafea76... | Transfer | 14297832 | 358 days 21 hrs ago | 0x13b841...0ceD7b42 | IN | Movement DAO: Presale | 0.1 ETH |
| 👁 | 0x6c282de5e1c542b775... | Transfer | 14285500 | 360 days 19 hrs ago | 0x1ebe61...8D67b852 | IN | Movement DAO: Presale | 0.032753 ETH |
| 👁 | 0x76ccf423ccd3fca7db4... | Transfer | 14261813 | 364 days 11 hrs ago | welovecolors.eth | IN | Movement DAO: Presale | 0.3 ETH |
| 👁 | 0xac173e9a93c9ac9536... | Transfer | 14258694 | 364 days 22 hrs ago | 0xb30051...43349949 | IN | Movement DAO: Presale | 0.02 ETH |
| 👁 | 0xa3debb27f05c4ada0b7... | Transfer | 14258407 | 364 days 23 hrs ago | 0xC9f6e3...D77b39FE | IN | Movement DAO: Presale | 0.09 ETH |
| 👁 | 0x1160c91d9051c147aa... | Transfer | 14244607 | 367 days 2 hrs ago | 0x511E06...f585fa52 | IN | Movement DAO: Presale | 0.124903 ETH |
| 👁 | 0x024424e2e8d32151ba... | Transfer | 14239603 | 367 days 21 hrs ago | dside.eth | IN | Movement DAO: Presale | 0.1 ETH |
| 👁 | 0x692b16a6311837987b... | Transfer | 14238604 | 368 days 1 hr ago | 0xb30051...43349949 | IN | Movement DAO: Presale | 0.05 ETH |
| 👁 | 0x2f7eede6ff525bc4c0bb... | Transfer | 14225844 | 370 days 1 hr ago | 0xB159DE...317D9EC6 | IN | Movement DAO: Presale | 3 ETH |
| 👁 | 0x7008190e4... | | | | | | | 0.3 ETH |

⊙ This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000041

| | Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | 0x839891cf296aab33460... | Transfer | 14220119 | 370 days 22 hrs ago | 0x616001...dBBC4739 | IN | Movement DAO: Presale | 0.013 ETH |
| 👁 | 0x146b99996008b39475... | Transfer | 14214409 | 371 days 19 hrs ago | 0x8269CA...15BF6929 | IN | Movement DAO: Presale | 0.03 ETH |
| 👁 | 0xd466a6c110862431bb... | Transfer | 14212724 | 372 days 1 hr ago | 0xab5d30...5a8e05Ee | IN | Movement DAO: Presale | 0.06 ETH |
| 👁 | 0x55e293d21569bde9d6... | Transfer | 14210414 | 372 days 10 hrs ago | dinizbr.eth | IN | Movement DAO: Presale | 0.15 ETH |
| 👁 | 0xfd7880dae5dc4687cf8... | Transfer | 14209771 | 372 days 12 hrs ago | 0x9AB301...aBd2f9E9 | IN | Movement DAO: Presale | 0.1 ETH |
| 👁 | 0x05ac15a2ffa6658944c... | Transfer | 14209580 | 372 days 13 hrs ago | 0x0F9D72...A1Cff110 | IN | Movement DAO: Presale | 0.01 ETH |
| 👁 | 0x67632df56e5ee65f2f1... | Transfer | 14207304 | 372 days 21 hrs ago | benreed.eth | IN | Movement DAO: Presale | 0.34 ETH |
| 👁 | 0xe27cc82181be50647f5... | Transfer | 14205312 | 373 days 5 hrs ago | aminia.eth | IN | Movement DAO: Presale | 0.15 ETH |
| 👁 | 0x9de0262481d2ce58d7... | Transfer | 14197580 | 374 days 10 hrs ago | 0xdbbF74...c5c9a05D | IN | Movement DAO: Presale | 0.34 ETH |
| 👁 | 0x1aa89d53ecb9d3ab41... | Transfer | 14196704 | 374 days 13 hrs ago | 0x9dE8aE...c0D5326b | IN | Movement DAO: Presale | 0.1 ETH |
| 👁 | 0x212b1670ebfbeece670... | Transfer | 14196297 | 374 days 14 hrs ago | 0x277073...4e71fC63 | IN | Movement DAO: Presale | 0.0965 ETH |
| 👁 | 0x0f2e35361e3f2246372... | Transfer | 14187197 | 376 days 19 mins ago | 0xc9284a...85f0A296 | IN | Movement DAO: Presale | 0.009 ETH |
| 👁 | 0x29f830dfa6721d23376... | Transfer | 14183177 | 376 days 15 hrs ago | ecocarcafe.eth | IN | Movement DAO: Presale | 0.325 ETH |
| 👁 | 0xd7bd7fde4d3f7f38f353... | Transfer | 14183128 | 376 days 15 hrs ago | 0x4eeD0f...c78fe32B | IN | Movement DAO: Presale | 0.32 ETH |
| 👁 | 0x76e064ab94356e1614... | Transfer | 14175863 | 377 days 18 hrs ago | 0xb44A14...2Cb88461 | IN | Movement DAO: Presale | 6.26 ETH |
| 👁 | 0xd607a0d67d46da93a4... | Transfer | 14175125 | 377 days 21 hrs ago | 0xda94DA...3cE15fBC | IN | Movement DAO: Presale | 0.016 ETH |
| 👁 | 0x661ea7857a4f886aef9... | Transfer | 14172647 | 378 days 6 hrs ago | 0x1561c3...D257e5a3 | IN | Movement DAO: Presale | 0.05 ETH |
| 👁 | 0x86be8434a0bf7e3e2b2... | Transfer | 14167114 | 379 days 2 hrs ago | jimmyethworld.eth | IN | Movement DAO: Presale | 0.05 ETH |
| 👁 | 0xbe544ef32... | | | | | | | 0.075 ETH |

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000042

| | Txn Hash | Method | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|---|---|
| 👁 | 0x0beba2d7ff73f1f7cc22... | Transfer | 14164147 | 379 days 14 hrs ago | *natasha-pankina.eth | IN | Movement DAO: Presale | 0.06 ETH |
| 👁 | 0x9408ac726f47d82da20... | Transfer | 14164138 | 379 days 14 hrs ago | bryankingsley.eth | IN | Movement DAO: Presale | 0.0125 ETH |
| 👁 | 0xb87c54a3c0a9e6c233... | Transfer | 14164133 | 379 days 14 hrs ago | pillowfightclub.eth | IN | Movement DAO: Presale | 0.0125 ETH |
| 👁 | 0x383143c3fc7e331b72b... | Transfer | 14164131 | 379 days 14 hrs ago | partypants.eth | IN | Movement DAO: Presale | 0.0125 ETH |
| 👁 | 0x3738306ef3657b34f8f... | Transfer | 14162213 | 379 days 21 hrs ago | 0x715796...Ec01744e | IN | Movement DAO: Presale | 0.75 ETH |
| 👁 | 0x25e56c650fdf8b563d6... | Transfer | 14159620 | 380 days 6 hrs ago | 0xb44A14...2Cb88461 | IN | Movement DAO: Presale | 0.06 ETH |
| 👁 | 0x8d668190c53e81edbd... | Transfer | 14159399 | 380 days 7 hrs ago | 0xb44A14...2Cb88461 | IN | Movement DAO: Presale | 0.1 ETH |
| 👁 | 0x014a98bb4633a6d6db... | Transfer | 14157139 | 380 days 16 hrs ago | benreed.eth | IN | Movement DAO: Presale | 0.374358 ETH |
| 👁 | 0x1b443d8bb741261240... | Transfer | 14156241 | 380 days 19 hrs ago | 0x580756...C5c53a54 | IN | Movement DAO: Presale | 1 ETH |

Show: 100 Records                                                                      First  <  Page 1 of 2  >  Last

[ Download: CSV Export ⬇ ]

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000043

## Transactions

For 0x143cc0a996de329c1c5723ee4f15d2a40c1203c6   [Movement DAO: Presale]

**Sponsored:** ⓜ **Metawin:** Click Here to claim your FREE Entry to MetaWin's 20 ETH give away! Ends soon

| | Txn Hash | Method | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0xae4f17c74bef89c91ba... | Transfer | 14155304 | 380 days 22 hrs ago | 0xDb88DB...4733Fc70 | IN | 📄 Movement DAO: Presale | 2.1 ETH | 0.00336146 |
| 👁 | 0xbe1c8cec4249f5d9a46... | Transfer | 14150232 | 381 days 17 hrs ago | 0xc9284a...85f0A296 | IN | 📄 Movement DAO: Presale | 0.03 ETH | 0.0030346 |
| 👁 | 0x6a917c0733aa32f5c15... | Transfer | 14147056 | 382 days 5 hrs ago | 0xb44A14...20b88461 | IN | 📄 Movement DAO: Presale | 0.191 ETH | 0.00308135 |
| 👁 | 0x0a5168901f1274351e2... | Transfer | 14146784 | 382 days 6 hrs ago | 0x6C0822...856Aeb54 | IN | 📄 Movement DAO: Presale | 2.222222222 ETH | 0.00237068 |
| 👁 | 0x5c105589e581e0418af... | Transfer | 14141972 | 383 days 27 mins ago | 0x1F736b...9E0Ab82f | IN | 📄 Movement DAO: Presale | 0.09 ETH | 0.0036084 |
| 👁 | 0x8eb1e08e1a3367d030... | Transfer | 14141432 | 383 days 2 hrs ago | 0x3c7eA1...2d9f2539 | IN | 📄 Movement DAO: Presale | 0.278 ETH | 0.00612025 |
| 👁 | 0x5417ea96f4ea887e099... | Transfer | 14141237 | 383 days 2 hrs ago | 0x1F736b...9E0Ab82f | IN | 📄 Movement DAO: Presale | 0.3 ETH | 0.00572795 |
| 👁 | 0x3fd3cde7bfecced47ac... | Transfer | 14140684 | 383 days 5 hrs ago | 0x8B4Ca0...6771bccA | IN | 📄 Movement DAO: Presale | 0.105 ETH | 0.00745211 |
| 👁 | 0xccce2242340a16deaac... | Transfer | 14140674 | 383 days 5 hrs ago | 0xb44A14...20b88461 | IN | 📄 Movement DAO: Presale | 0.6 ETH | 0.00518052 |
| 👁 | 0xcbe7da38c824543439f... | Transfer | 14139128 | 383 days 10 hrs ago | ⬨ nicholasgpadilla.eth | IN | 📄 Movement DAO: Presale | 0.0015 ETH | 0.00171026 |
| 👁 | 0x01bb029c5afb6367eff... | Transfer | 14139044 | 383 days 10 hrs ago | ⬨ kyson.eth | IN | 📄 Movement DAO: Presale | 0.001 ETH | 0.00144852 |
| 👁 | 0x9b017edccfc4b7a1286... | Transfer | 14137774 | 383 days 15 hrs ago | 0x58Ba37...67dE1650 | IN | 📄 Movement DAO: Presale | 0.77 ETH | 0.00381174 |
| 👁 | 0x6bd063ae5aaea75282... | Transfer | 14136565 | 383 days 20 hrs ago | 0xDfd89a...4Cb1d397 | IN | 📄 Movement DAO: Presale | 0 ETH | 0.00418367 |
| 👁 | 0xf5c2c7a839f440a0864... | Transfer | 14136520 | 383 days 20 hrs ago | 0x3D4C86...80f4f4C6 | IN | 📄 Movement DAO: Presale | 0.38 ETH | 0.006035 |
| 👁 | 0xe56b97f41fa614ac5e0... | Transfer | 14136349 | 383 days 20 hrs ago | 0x8ffd0b...FFf0d338 | IN | 📄 Movement DAO: Presale | 2.45 ETH | 0.00327948 |
| 👁 | 0x790c66823111c... | | | | | | | 333333 ETH | 0.00900097 |

A total of 140 transactions found — Page 2 of 2

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.   [Got it!]

| | Txn Hash | Method | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0xd698d9dcb05e4bfc1c0... | Transfer | 14135618 | 383 days 23 hrs ago | jamesbarrie.eth | IN | Movement DAO: Presale | 1 ETH | 0.00390363 |
| 👁 | 0x8674b136eea82e3d0f0... | Transfer | 14135395 | 384 days 28 mins ago | 0x74F230...164C0704 | IN | Movement DAO: Presale | 3 ETH | 0.00429065 |
| 👁 | 0x103c0efcfa74a8d07e4... | Transfer | 14134221 | 384 days 4 hrs ago | 0x872C95...E4Caea97 | IN | Movement DAO: Presale | 1.12 ETH | 0.00566083 |
| 👁 | 0xf5f554317f37b92a27d... | Transfer | 14134186 | 384 days 4 hrs ago | 0x588a37...67dE1650 | IN | Movement DAO: Presale | 0.1 ETH | 0.00904719 |
| 👁 | 0xdac48a46cfd018b251d... | Transfer | 14133937 | 384 days 5 hrs ago | 0x2843b4...Aed0d0A2 | IN | Movement DAO: Presale | 0.11433 ETH | 0.0073 |
| 👁 | 0x5873fdc9ac407f65707... | Transfer | 14133719 | 384 days 6 hrs ago | doramina11.eth | IN | Movement DAO: Presale | 1.5 ETH | 0.00457493 |
| 👁 | 0xbecf50051b1b9a6bedc... | Transfer | 14133548 | 384 days 7 hrs ago | obstacker.eth | IN | Movement DAO: Presale | 0.766923 ETH | 0.00500539 |
| 👁 | 0xd28846471bd4b82b77... | Transfer | 14133509 | 384 days 7 hrs ago | 0xdeFD0d...16906e1c | IN | Movement DAO: Presale | 1.2 ETH | 0.00430286 |
| 👁 | 0x233b39b936a1c3069e... | Transfer | 14130555 | 384 days 18 hrs ago | 0xb44A14...20b88461 | IN | Movement DAO: Presale | 0.364 ETH | 0.00533736 |
| 👁 | 0x47a5db31d03cb723b3... | Transfer | 14129978 | 384 days 20 hrs ago | 0xb44A14...20b88461 | IN | Movement DAO: Presale | 0.96297 ETH | 0.00438317 |
| 👁 | 0xcf9d97c827fae088002... | Transfer | 14129789 | 384 days 21 hrs ago | 0xe4918B...9B523763 | IN | Movement DAO: Presale | 0.4 ETH | 0.00550059 |
| 👁 | 0x4eb5579dcfe0478bccb... | Transfer | 14129326 | 384 days 23 hrs ago | 0xB66426...2F532DD0 | IN | Movement DAO: Presale | 57.325246818 ETH | 0.00792541 |
| 👁 | 0x3e3b2ab0ff5fc8893d5f... | Exec Transact... | 14129129 | 384 days 23 hrs ago | *service-provider.eth | IN | Movement DAO: Presale | 0 ETH | 0.01003392 |
| 👁 | 0x64c0017c2d0de375c8... | Transfer | 14128924 | 385 days 40 mins ago | 0x580756...C5c53a54 | IN | Movement DAO: Presale | 0.3 ETH | 0.01174594 |
| 👁 | 0x2eca37bf012c1ef9ec0... | Transfer | 14128830 | 385 days 1 hr ago | 0x4Ab54c...7305d80c | IN | Movement DAO: Presale | 0.001 ETH | 0.00485421 |
| 👁 | 0x22ef59ef9b5579ef744f... | Transfer | 14128502 | 385 days 2 hrs ago | 0xdeFD0d...16906e1c | IN | Movement DAO: Presale | 1.2 ETH | 0.01598615 |
| 👁 | 0x2f0e4ad847389e5c56a... | Transfer | 14128498 | 385 days 2 hrs ago | 0x2843b4...Aed0d0A2 | IN | Movement DAO: Presale | 0.11067 ETH | 0.01705362 |
| 👁 | 0xc8a1a9fe03cd82346ef... | Transfer | 14128488 | 385 days 2 hrs ago | doramina11.eth | IN | Movement DAO: Presale | 1.5 ETH | 0.01331027 |
| 👁 | 0x69a640c24a8d45014a... | Transfer | 14128487 | 385 days 2 hrs ago | obstacker.eth | IN | Movement DAO: Presale | 0.78 ETH | 0.01331027 |
| 👁 | 0xf731af4510de85... | | | | | | | TH | 0.0058154 |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000045

| | Txn Hash | Method | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x6371362f112ea5610c0... | Transfer | 14124492 | 385 days 17 hrs ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 0.015 ETH | 0.00323079 |
| 👁 | 0x186582298b7ad8b731... | Exec Transact... | 14115501 | 387 days 2 hrs ago | beef69.eth | IN | Movement DAO: Presale | 0 ETH | 0.01570418 |
| 👁 | 0xc4bc25f20a19a135d34... | Transfer | 14110042 | 387 days 22 hrs ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 0.001 ETH | 0.00287199 |
| 👁 | 0xb206f2ff77b0963c4ba... | Transfer | 14013047 | 402 days 22 hrs ago | 0x4Ab54c...7305dB0c | IN | Movement DAO: Presale | 0.001 ETH | 0.00356155 |

Show: 100 Records

First  <  Page 2 of 2  >  Last

[ Download: CSV Export ⬇ ]

⓰ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

PLAINTIFF0000046