Movement DAO: Consensus Space proposal MIP-0001: Adopt the Governance and Multisig Processes

snapshot  Connect wallet 

← Back

# MIP-0001: Adopt the Governance and Multisig Processes

Closed      Movement DAO: Consensus Space by filipv.eth ⤴ ⋯

*Adopt the DAO's Governance Process and the DAO Multisig Process, attached hereto as Exhibits A and B.*

*View Proposal →*

1. *Exhibit A*
2. *Exhibit B*

*PDF Download | IPFS Mirror*

Votes  8  

| servic… Core | For | 10M MOVE |
| 0x58Ba…1650 | For | 9.5K MOVE |
| obstacker.eth | For | 4.2K MOVE |
| rice$cr… Core | For | 2.2K MOVE |

EXHIBIT 009                    PLAINTIFF0000246

| | | |
|---|---|---|
| 🟢 natasha-pan… | For | 187 MOVE 〰️ |
| 🟢 pillowfightcl… | For | 39 MOVE 〰️ |
| 🟢 partypants.eth | For | 39 MOVE 〰️ |
| 🟢 tankbo… (Core) | For | 0 MOVE 〰️ |

## Information

| | |
|---|---|
| Strategie(s) | 🟢🟢 |
| IPFS | #bafkrei |
| Voting system | Basic voting |
| Start date | Aug 23, 2022, 12:00 AM |
| End date | Aug 30, 2022, 12:00 AM |
| Snapshot | 15,399,591 |

## Results

| | |
|---|---|
| For | 10M MOVE 100% |
| Against | 0 MOVE 0% |

I voted POAP



PLAINTIFF0000247

2/21/23, 3:56 PM Movement DAO Genesis Space - Snapshot Vote 1. Stop Doxxing and Harassing Plaintiffs
Case 1:23-cv-20727-RKA Document 106-5 Entered on FLSD Docket 06/09/2023 Page 3 of 16
Case 1:23-cv-20727-RKA Document 34-5 Entered on FLSD Docket 06/09/2023 Page 24 of 16
653

Vote to get this POAP



Mint

PLAINTIFF0000248

2/21/23, 3:06 PM Movement DAO Genesis Space - Snapshot
Case 1:23-cv-20727-RKA Document 106-5 Entered on FLSD Docket 06/09/2023 Page 246 of 653
Case 1:23-cv-20727-RKA Document 16 Entered on FLSD Docket 03/02/2023 Page 4 of 16

PLAINTIFF0000249

2/21/23, 3:36 PM  Adopt the Governance and Multisig Processes
Case 1:23-cv-20727-RKA   Document 106-5   Entered on FLSD Docket 06/09/2023   Page 5 of 16
653

  Founding Proposals    Adopt the Governance and Multisig Processes

# Adopt the Governance and Multisig Processes

```
Author: tankbottoms.eth, filipv.eth
Date: 2022-08-23
```

## Thesis

Adopt the DAO's Governance Process and the DAO Multisig Process, attached hereto as Exhibits A and B.

## Motivation

The DAO requires formal initialization; adopting these processes will:

- establish an agreement between the DAO's Members;
- enable governance utility for the DAO's NFTs;
- grant contributors a voice in the DAO's decision making processes;
- formalize the DAO's ratification of proposals;
- remove all information asymmetry; and,
- serve as a lightning rod with regards to the DAO's legal status, treasury management, budgeting, and more.

Perhaps most importantly, this adoption will bootstrap the development of the DAO's vision.

## Specification

Ratify and adopt the DAO Governance Process and the DAO Multisig Process.

Update the DAO's Snapshot spaces, docs, Discord server, and other relevant resources to reflect these changes.

PLAINTIFF0000250

# Rationale

The Governance Process:

- is simple, unambiguous, and inclusive, inviting wide participation;
- takes place in public. The antithesis of information asymmetry fostering accountability;
- leaves complexity to individual proposals, allowing the DAO to be adaptable. The process can be amended to meet the DAO's needs over time;
- lays the groundwork for expanding the Multisig; and,
- accelerates the DAO's community towards onchain governance.

The Multisig Process:

- is technically superior, cost effective and robust versus non-blockchain corollaries;
- promotes the DAO's deference towards code and smart contracts;
- decentralizes accounting control, traditionally under a single individual's purview, i.e. chief financial officer;
- immune from meatspace accounting shenanigans e.g. *See Exhibit A*;
- prioritizes community and contributors participation; and,
- requires continual evaluation of expansion and succession planning by Multisig participants.

Both processes individually and in tandem are superior to traditional inefficiencies with meatspace governance, in addition to cronyism, nepotism, and forms of information asymmetry without sacrificing safety, security, or efficiency. Instead, the above processes are dispassionate and seek to reduce trust between the parties. The Service Provider, dao-lawfirm.eth, will ensure the DAO's interests remain prophylactic.

# Risks

- These processes rely on the sound distribution of NFTs, as well as diverse Multisig Membership.
- Poor decision making, non-constructive feedback, bad proposals, and lopsided participation could lead to poor outcomes.
- Proposals may take several weeks to pass, meaning the DAO must delegate day-to-day complexities.

PLAINTIFF0000251

- While purposeful, the proposal process has high thresholds, meaning only well-liked proposals will pass.
- Errors in decision making and coordinated malicious behavior by Multisig Members could yield catastrophic outcomes.
- Both processes inherits known weaknesses in democracy, herd mentality, illogical emotional behaviors, financial motivations fueled by greed, vote trading and other governance fragmentation risks.
- Unforeseen complexities with diametrically opposed views, interests, and motivations between the DAO's diverse or concentrated Membership.
- Numerous force majeure or geopolitical events, systemic existential crisis, widespread health and economic calamities each could further destabilize the DAO's governance and Multisig processes.

# Timeline

After this proposal is ratified via Snapshot vote in the DAO's Consensus Space, it should be remain in effect, only to be removed when superseded or amended by another proposal.

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the Governance Process is hereby adopted.

**RESOLVED FURTHER:** That the Multisig Process is hereby adopted.

**RESOLVED FURTHER:** That the DAO's Snapshot Spaces and other resources must be updated to reflect these changes.

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution

PLAINTIFF0000252

2/21/23, 8:56 PM                                    Adopt a Governance Framework – MakerDAO Governance
Case 1:23-cv-20727-RKA Document 106-5 Entered on FLSD Docket 06/09/2023 Page 25 of 653
Case 1:23-cv-20727-RKA Document 126-5 Entered on FLSD Docket 08/09/2023 Page 8 of 16

and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER:** That any and all actions taken by the **Service Providers** of the DAO to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed. As used in this document, the words "herein," "hereof," "hereby" and "hereunder" shall refer to this document as a whole, and not to any particular section, provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

## Authors

1. 0x30670D81E487c80b9EDc54370e6EaF943B6EAB39
2. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E

🖉 Edit this page

PLAINTIFF0000253

# Adopt the Governance and Multisig Processes

```
Author: tankbottoms.eth, filipv.eth
Date: 2022-08-23
```

## Thesis

Adopt the DAO's Governance Process and the DAO Multisig Process, attached hereto as Exhibits A and B.

## Motivation

The DAO requires formal initialization; adopting these processes will:

- establish an agreement between the DAO's Members;
- enable governance utility for the DAO's NFTs;
- grant contributors a voice in the DAO's decision making processes;
- formalize the DAO's ratification of proposals;
- remove all information asymmetry; and,
- serve as a lightning rod with regards to the DAO's legal status, treasury management, budgeting, and more.

Perhaps most importantly, this adoption will bootstrap the development of the DAO's vision.

## Specification

Ratify and adopt the DAO Governance Process and the DAO Multisig Process.

Update the DAO's Snapshot spaces, docs, Discord server, and other relevant resources to reflect these changes.

## Rationale

The Governance Process:

- is simple, unambiguous, and inclusive, inviting wide participation;
- takes place in public. The antithesis of information asymmetry fostering accountability;
- leaves complexity to individual proposals, allowing the DAO to be adaptable. The process can be amended to meet the DAO's needs over time;
- lays the groundwork for expanding the Multisig; and,
- accelerates the DAO's community towards onchain governance.

The Multisig Process:

- is technically superior, cost effective and robust versus non-blockchain corollaries;
- promotes the DAO's deference towards code and smart contracts;

PLAINTIFF0000254

- decentralizes accounting control, traditionally under a single individual's purview, i.e. chief financial officer;
- immune from meatspace accounting shenanigans e.g. See Exhibit A;
- prioritizes community and contributors participation; and,
- requires continual evaluation of expansion and succession planning by Multisig participants.

Both processes individually and in tandem are superior to traditional inefficiencies with meatspace governance, in addition to cronyism, nepotism, and forms of information asymmetry without sacrificing safety, security, or efficiency. Instead, the above processes are dispassionate and seek to reduce trust between the parties. The Service Provider, dao-lawfirm.eth, will ensure the DAO's interests remain prophylactic.

## Risks

- These processes rely on the sound distribution of NFTs, as well as diverse Multisig Membership.
- Poor decision making, non-constructive feedback, bad proposals, and lopsided participation could lead to poor outcomes.
- Proposals may take several weeks to pass, meaning the DAO must delegate day-to-day complexities.
- While purposeful, the proposal process has high thresholds, meaning only well-liked proposals will pass.
- Errors in decision making and coordinated malicious behavior by Multisig Members could yield catastrophic outcomes.
- Both processes inherits known weaknesses in democracy, herd mentality, illogical emotional behaviors, financial motivations fueled by greed, vote trading and other governance fragmentation risks.
- Unforeseen complexities with diametrically opposed views, interests, and motivations between the DAO's diverse or concentrated Membership.
- Numerous force majeure or geopolitical events, systemic existential crisis, widespread health and economic calamities each could further destabilize the DAO's governance and Multisig processes.

## Timeline

After this proposal is ratified via Snapshot vote in the DAO's Consensus Space, it should be remain in effect, only to be removed when superseded or amended by another proposal.

_____

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

PLAINTIFF0000255

**RESOLVED:** That the Governance Process is hereby adopted.

**RESOLVED FURTHER:** That the Multisig Process is hereby adopted.

**RESOLVED FURTHER:** That the DAO's Snapshot Spaces and other resources must be updated to reflect these changes.

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER:** That any and all actions taken by the **Service Providers** of the DAO to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed. As used in this document, the words "herein," "hereof," "hereby" and "hereunder" shall refer to this document as a whole, and not to any particular section, provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

_____

**Authors**

1. 0x30670D81E487c80b9EDc54370e6EaF943B6EAB39
2. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E

PLAINTIFF0000256

# Exhibit A

PLAINTIFF0000257

   Governance   >   Governance Process

# Governance Process

The DAO is governed by its community, as expressed through MAPE NFT voting.[1]

`Multi-sig` transactions and signatures, as well as updates to DAO processes, must be ratified by this process prior to their implementation.

## Phase 0: Discussion.

Authors are encouraged to create a proposal discussion thread in the `#proposal-workshop` channel of the `DAO Discord` to receive the community's feedback.

>  TIP
>
> You can use the proposal template as a starting point. When writing your proposal, try to be as detailed as possible in your specification. Only include what is necessary—short, specific proposals are best.

## Phase 1: Temperature Check.

Once finalized, authors can submit their proposals to the DAO's `Temperature Check Space`. The Temperature Check Space grants addresses one vote per MAPE NFT.

As the DAO's Service Provider, `dao-lawfirm.eth` maintains the right to revoke Temperature Check proposals which are malicious, exploitative, or otherwise in bad faith.

Proposals in the Temperature Check Space will be archived after fifty-six (56) days.

>  TIP
>
> If you need help uploading a proposal to Snapshot, tag a contributor in Discord.

## Phase 2: Consensus.

PLAINTIFF0000258

Every 28 days, proposals with at least 30 "For" votes in the Temperature Check Space are moved to the DAO's Consensus Space for seven (7) days of voting.

In the Consensus Space, addresses receive one vote per dollar contributed to the Multi-sig from February-July 2022 inclusive.

As the DAO's Service Provider, dao-lawfirm.eth maintains the right to revoke Consensus proposals which are malicious, exploitative, or otherwise in bad faith.

## Phase 3: Execution.

Once voting closes, proposals with at least 66% approval are queued for execution by the Multi-sig. "Abstain" votes are not included in this calculation.

## Emergency Governance.

In an emergency scenario, the Multi-sig can take onchain actions if explicit public approval from 80 percent or more of Multi-sig signers and explicit public approval from dao-lawfirm.eth are received.

**dao-lawfirm.eth must provide a summary and an explanation of any such action(s) within 72 hours of its execution.**

1. mainnet: `0xdd407a053fa45172079916431d06E8e07f655042`

*Edit this page*

PLAINTIFF0000259

# Exhibit B

PLAINTIFF0000260

       Governance         Multi-signature

# Multi-signature

The DAO multi-signature wallet, or the "Multi-sig", is a Gnosis Safe contract deployed at `0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6`. The Multi-sig transaction history is available on gnosis-safe.io.

The Multi-sig Signers (the "Signers") are responsible for custody of the treasury and the execution of certain on-chain and off-chain actions described in governance proposals.

## Agreement

Signers must agree to abide by the following principles:

1. To act in accordance with the will of the DAO, as expressed through the DAO's governance process.
2. To maintain a Multi-sig Safe threshold equal to or greater than 60 percent of the number of Signers.
3. To execute all Multi-sig transactions in accordance with the DAO governance process.

Signers in violation of these principles are to be removed from the Multi-sig, at the discretion of dao-lawfirm.eth.

✏️ Edit this page

PLAINTIFF0000261