


snapshot ⌄ ( Connect wallet ) ( )

← Back

# MIP-0003: Bootstrap Product Development

Closed  Movement DAO: Consensus Space by filipv.eth ⬆ •••

*Transfer* `1,750,000 DAI` *from the DAO Multisig[^1] to the Developer Multisig to bootstrap product development, funding 4 months of product development and operations.*

## View Proposal →

1. Exhibit A

*PDF Download* | *IPFS Mirror*

---

Votes 7                                                                    ⤓

---

| | | |
|---|---|---|
| 🔵 servic... ( Core ) | For | 10M MOVE 〜 |
| 🔵 obstacker.eth | Abstain | 4.2K MOVE 〜 |
| 🔵 riceScr... ( Core ) | For | 2.2K MOVE 〜 |
| 🔵 natasha-pan... | For | 187 MOVE 〜 |
| 🔵 partypants.eth | For | 39 MOVE 〜 |

**EXHIBIT 011**                                                   **PLAINTIFF0000275**

pillowfightcl...                    For                              39 MOVE

tankbo... (Core)                   For                               0 MOVE

## Information

| | |
|---|---|
| **Strategie(s)** | |
| **IPFS** | #bafkrei |
| **Voting system** | Basic voting |
| **Start date** | Aug 23, 2022, 12:00 AM |
| **End date** | Aug 30, 2022, 12:00 AM |
| **Snapshot** | 15,399,605 |

## Results

| | |
|---|---|
| For | 10M MOVE  100% |
| Against | 0 MOVE  0% |

## I voted POAP



Vote to get this POAP

PLAINTIFF0000276



Mint

PLAINTIFF0000277

PLAINTIFF0000278

🏠    Founding Proposals     Bootstrap Product Development

# Bootstrap Product Development

```
Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23
```

## Thesis

Transfer `1,750,000 DAI` from the DAO Multisig[1] to the Developer Multisig[2] to bootstrap product development, funding 4 months of product development and minimal operations including:

- product development and development expenses;
- tooling, documentation, and operational structures;
- recruiting costs for a product program manager and meatspace entity management;
- legal and accounting services;
- community-building resources; and,
- branding and design work.

1. This payout includes retroactive reimbursements and covering expenses borne by **dao-lawfirm.eth**, **tankbottoms.eth**, and **ryan-breslow.eth**.
2. This payout includes retroactive compensation to **tankbottoms.eth** and a number of development individuals.
3. This payout includes up to *$250,000.00* to opportunistically purchase Juicebox Governance (JBX).
4. This payout includes ongoing expenses borne by **dao-lawfirm.eth** and **tankbottoms.eth** such as subscription services, hosting providers, Web3 providers, Fleek and other online services.

## Motivation

Currently, payouts are primarily managed by **tankbottoms.eth**, his private company Meow, and **dao-lawfirm.eth**, sometimes via advances from **ryan-breslow.eth**. This process is time consuming, cumbersome, and difficult to manage.

PLAINTIFF0000279

# Specification

## Multisig

The DAO Multisig shall transfer 1,750,000 DAI to developer.movedao.eth (`0x2187e6a7c765777d50213346F0Fe519fCA706fbD`), a Gnosis Safe which has the following five signers:

1. `0x752515a3A1091b9f1c04416CF79D1F14d2340085` *(dao-lawfirm.eth)*
2. `0x468f178672C86bFA02e5E1B0413C3ccf55A37409`
3. `0x550bD0F03580B9a687931af4d837F8e45D61d410`
4. `0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57`
5. `0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498`

## Proposed Budget

See the Proposed Budget, attached hereto as Exhibit A, and the Google Sheets. This documents are high-level overviews and are subject to change.

## Utilization

Both the developer and business development budgets shall be utilized at the discretion of **tankbottoms.eth** and **jimmyethworld.eth**, with oversight from the Service Providers, including **dao-lawfirm.eth**. Additional signers will be added after a probationary period of ~30-90 days to ensure that the DAO's interests are being represented.

Business development and Operations will be managed by the development team. DAOLABS entities will be established to operate the DAO affiliates as to ensure that effective governance, accounting regulations, and property agreements are in place and enforced.

## Entities

The DAO and its advisors have agreed to utilize multiple partnered legal entities:

1. The DAO will fulfill non-profit functions, provide public goods, and have non-exclusive rights to intellectual property associated with the product. This implementation will be branded Movement DAO.

**PLAINTIFF0000280**

2. DAOLABS, LLC will retain intellectual property developed to date and engage with development staff.

3. This intellectual property will be licensed to DAOLABS, Inc: a for-profit corporation which will fulfill for-profit functions of the product. This includes collaborating with payment processor providers, cryptocurrency on-ramp and off-ramp providers, and other data services. DAOLABS, Inc will distribute options to individual contributors and stock to financial contributors, including potential future investors.

The Service Providers will create these entities, governance, and develop processes for ongoing governance, of while some portion of the above budget will be used for reimbursements of expenses, legal fees, and other costs. Upon completion of the entity formation the Service Providers will staff the entities with advisors, and board Members in order to establish proper governance.

# Rationale

The development team will be funded by this proposal have already created multiple dapps with feature sets relevant to the DAO platform:

## Core features

- The Treasury Juicebox Multisignature Wallet. This frontend and backend constitute a complete re-implementation of the Peel developed Juicebox frontend. Not only does it feature several experimental features built from scratch—it also compiles to a fraction of the Peel frontend's size, and is implemented from the ground up as Svelte components. Due to Peel's structure, it would be impossible to secure agreements with all the contributors of the existing code base and thus DAOLABS would be unable to apply any copyright, or dictate terms of use, including CC0.

- The Identity Juicebox Multisignature features an expansive identification feature set. It allows users to connect with multiple Ethereum Cryptocurrency wallets, Phone based SMS authentication, Google, custom e-mail, Facebook, GitHub, Twitter, or to connect anonymously. By adding multiple authentication services, users can generate simplify the need to understand Cryptographic keys and instead default into a custodial Cryptocurrency account. This Dapp also employs multi-party computation to secure a wallet's seed phrase and private keys, transmits shards to two restoration services, and integrations to connect existing Gnosis Safes or to deploy new ones, each from a single Wallet provider. Additionally, this frontend provides Cryptocurrency on-ramps and off-ramps through credit cards, debit cards, and ACH transfers;

PLAINTIFF0000281

Bolt payments was used for the credit/debit card integrations, as well as Wyre for fiat to Cryptocurrency transfers.

- Membership NFT, Juicebox DAO is a Juicebox frontend tailored towards creating treasuries funded by customizable tiered Membership NFTs. This frontend builds upon earlier work at nft.juicebox.wtf. This demonstrates focused onboarding scenarios and experiences for users, in attempts to simplify the onboarding process and thus the technical complexities of token system.

- Bleeding-Edge is a Juicebox Protocol frontend featuring customizable user pages and multiple no-code NFT collection creation workflows. This highlights tooling for DAOs and individuals to quickly and easily create content and deploy assets by which revenue may stream through a number of avenues: wallet, split contracts, and treasuries.

- Staging Juicebox features further experimental features, such as a scrolling homepage and a project category selection menu. Usually this is the testing environment for juicebox.wtf and fully tested features.

## Additional Experiments

- tiles.wtf is a re-implementation of tiles.art, which was an infinite generative NFT art project. tiles.wtf improves upon tiles.art by creating the art entirely on the Ethereum blockchain as SVG files (as opposed to using an API service), and also implementing a Juicebox treasury dashboard and donations page.

- Juicebox Matic is a re-implementation of juicebox.money on the Polygon blockchain.

These prototype dapps demonstrate the domain-specific expertise and skill of the prospective development team.

# Risks

- Transparent operation of the DAO is not certain or guaranteed.
- A Juicebox Protocol DAI terminal has not been deployed to mainnet, meaning these funds must be managed by Multisig wallets.
- These funds may not be ideally distributed.
- These funds may be more useful later on.
- The DAO is delegating major responsibility by approving a budget for 3 months.

PLAINTIFF0000282

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 1,750,000 DAI to the Developer Multisig (hereinafter, "Bootstrap Payment") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Service Providers are authorized to pay and reimburse past expenses associated with incorporation, organization, development, engineering compensation, subscriptions, and other expenses of the DAO and the DAO's affiliate entities, including without limitation expenses incurred prior to the formation and/or incorporation of the entities.

**RESOLVED FURTHER:** That each Service Provider, Authorized Member, and agent of the DAO is hereby jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any related documents, and to perform or resolve the obligations of the DAO, or its affiliates.

**RESOLVED FURTHER:** That the Service Providers (including Authorized Member and Secretary **benreed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

**RESOLVED FURTHER:** That a portion of the Bootstrap Payment will be used to reimburse DAO expenses or past obligations paid by **dao-lawfirm.eth**, **tankbottoms.eth**, and **ryan-breslow.eth**, is hereby adopted;

**RESOLVED FURTHER:** That the Authorized Members are authorized to determine whether to elect to apply Section 248(a) of the Internal Revenue Code with respect to any organizational expenditures.

**RESOLVED FURTHER:** That the Service Providers are authorized to consult with their bookkeepers, auditors and attorneys in order to be fully informed as to, and to collect and pay promptly when due, all withholding taxes for which the Service Providers, Authorized Members, the DAO, or affiliate entities may now be (or hereafter become) liable.

PLAINTIFF0000283

**RESOLVED FURTHER:** That the Service Providers are authorized to take any and all actions that they deem necessary or appropriate to qualify the DAO, and its affiliate entities to do business as a foreign corporation in each state that the **Authorized Members** determine such qualification to be necessary or appropriate.

**RESOLVED FURTHER:** That the Service Providers are authorized to apply for a federal employer identification number on Form SS-4.

**RESOLVED FURTHER:** That the Service Provider are authorized to direct the responsible attorneys, paralegals and, or assistants or consultants of dao-lawfirm.eth, or counsel for the DAO, to submit on behalf of the DAO, and any affiliate entities, an online application for a federal employer identification number on Form SS-4.

**RESOLVED FURTHER:** That the Service Providers are authorized and directed to solicit the consent of the Members to the adoption of equity incentive plans and to file the appropriate notices with the applicable state and federal securities authorities in connection with the issuance of options, at such time as such actions may be necessary or advisable in order to comply with applicable law.

**RESOLVED FURTHER:** That the Service Providers be, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, existing affiliates entities, contemplated affiliate entities, or such an Authorized Member, as any such Authorized Member may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such Authorized Member to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER: That any and all actions taken by the Service Providers to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

PLAINTIFF0000284

## Authors

1. 0x30670D81E487c80b9EDc54370e6EaF943B6EAB39
2. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E

1. The DAO Multisig is a Gnosis Safe at `0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6` on the Ethereum Mainnet.
2. The Developer Multisig is a Gnosis Safe at `0x2187e6a7c765777d50213346F0Fe519fCA706fbD` on the Ethereum Mainnet.

✏️ Edit this page

PLAINTIFF0000285

# Bootstrap Product Development

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

## Thesis

Transfer 1,750,000 DAI from the DAO Multisig[1] to the Developer Multisig[2] to bootstrap product development, funding 4 months of product development and minimal operations including:

- product development and development expenses;
- tooling, documentation, and operational structures;
- recruiting costs for a product program manager and meatspace entity management;
- legal and accounting services;
- community-building resources; and,
- branding and design work.

1. This payout includes retroactive reimbursements and covering expenses borne by **dao-lawfirm.eth**, **tankbottoms.eth**, and **ryan-breslow.eth**.
2. This payout includes retroactive compensation to **tankbottoms.eth** and a number of development individuals.
3. This payout includes up to *$250,000.00* to opportunistically purchase Juicebox Governance (JBX).
4. This payout includes ongoing expenses borne by **dao-lawfirm.eth** and **tankbottoms.eth** such as subscription services, hosting providers, Web3 providers, Fleek and other online services.

## Motivation

Currently, payouts are primarily managed by **tankbottoms.eth**, his private company Meow, and **dao-lawfirm.eth**, sometimes via advances from **ryan-breslow.eth**. This process is time consuming, cumbersome, and difficult to manage.

## Specification

### Multisig

The DAO Multisig shall transfer 1,750,000 DAI to developer.movedao.eth (0x2187e6a7c765777d50213346F0Fe519fCA706fbD), a Gnosis Safe which has the following five signers:

---

[1] The DAO Multisig is a Gnosis Safe at 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 on the Ethereum Mainnet.

[2] The Developer Multisig is a Gnosis Safe at 0x2187e6a7c765777d50213346F0Fe519fCA706fbD on the Ethereum Mainnet.

PLAINTIFF0000286

1. 0x752515a3A1091b9f1c04416CF79D1F14d2340085 *(dao-lawfirm.eth)*
2. 0x468f178672C86bFA02e5E1B0413C3ccf55A37409
3. 0x550bD0F03580B9a687931af4d837F8e45D61d410
4. 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57
5. 0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498

## Proposed Budget

See the Proposed Budget, attached hereto as Exhibit A, and the Google Sheets.
This documents are high-level overviews and are subject to change.

## Utilization

Both the developer and business development budgets shall be utilized at the
discretion of **tankbottoms.eth** and **jimmyethworld.eth**, with oversight from
the Service Providers, including **dao-lawfirm.eth**. Additional signers will be
added after a probationary period of ~30-90 days to ensure that the DAO's
interests are being represented.

Business development and Operations will be managed by the development team.
DAOLABS entities will be established to operate the DAO affiliates as to ensure
that effective governance, accounting regulations, and property agreements are
in place and enforced.

## Entities

The DAO and its advisors have agreed to utilize multiple partnered legal entities:

1. The DAO will fulfill non-profit functions, provide public goods, and have
   non-exclusive rights to intellectual property associated with the product.
   This implementation will be branded Movement DAO.
2. DAOLABS, LLC will retain intellectual property developed to date and
   engage with development staff.
3. This intellectual property will be licensed to DAOLABS, Inc: a for-profit
   corporation which will fulfill for-profit functions of the product. This
   includes collaborating with payment processor providers, cryptocurrency
   on-ramp and off-ramp providers, and other data services. DAOLABS, Inc
   will distribute options to individual contributors and stock to financial
   contributors, including potential future investors.

The Service Providers will create these entities, governance, and develop processes
for ongoing governance, of while some portion of the above budget will be used
for reimbursements of expenses, legal fees, and other costs. Upon completion of
the entity formation the Service Providers will staff the entities with advisors,
and board Members in order to establish proper governance.

PLAINTIFF0000287

## Rationale

The development team will be funded by this proposal have already created multiple dapps with feature sets relevant to the DAO platform:

### Core features

- The Treasury Juicebox Multisignature Wallet. This frontend and backend constitute a complete re-implementation of the Peel developed Juicebox frontend. Not only does it feature several experimental features built from scratch—it also compiles to a fraction of the Peel frontend's size, and is implemented from the ground up as Svelte components. Due to Peel's structure, it would be impossible to secure agreements with all the contributors of the existing code base and thus DAOLABS would be unable to apply any copyright, or dictate terms of use, including CC0.
- The Identity Juicebox Multisignature features an expansive identification feature set. It allows users to connect with multiple Ethereum Cryptocurrency wallets, Phone based SMS authentication, Google, custom e-mail, Facebook, GitHub, Twitter, or to connect anonymously. By adding multiple authentication services, users can generate simplify the need to understand Cryptographic keys and instead default into a custodial Cryptocurrency account. This Dapp also employs multi-party computation to secure a wallet's seed phrase and private keys, transmits shards to two restoration services, and integrations to connect existing Gnosis Safes or to deploy new ones, each from a single Wallet provider. Additionally, this frontend provides Cryptocurrency on-ramps and off-ramps through credit cards, debit cards, and ACH transfers; Bolt payments was used for the credit/debit card integrations, as well as Wyre for fiat to Cryptocurrency transfers.
- Membership NFT, Juicebox DAO is a Juicebox frontend tailored towards creating treasuries funded by customizable tiered Membership NFTs. This frontend builds upon earlier work at nft.juicebox.wtf. This demonstrates focused onboarding scenarios and experiences for users, in attempts to simplify the onboarding process and thus the technical complexities of token system.
- Bleeding-Edge is a Juicebox Protocol frontend featuring customizable user pages and multiple no-code NFT collection creation workflows. This highlights tooling for DAOs and individuals to quickly and easily create content and deploy assets by which revenue may stream through a number of avenues: wallet, split contracts, and treasuries.
- Staging Juicebox features further experimental features, such as a scrolling homepage and a project category selection menu. Usually this is the testing environment for juicebox.wtf and fully tested features.

### Additional Experiments

- tiles.wtf is a re-implementation of tiles.art, which was an infinite generative

3

PLAINTIFF0000288

NFT art project.  tiles.wtf improves upon tiles.art by creating the art entirely on the Ethereum blockchain as SVG files (as opposed to using an API service), and also implementing a Juicebox treasury dashboard and donations page.
- Juicebox Matic is a re-implementation of juicebox.money on the Polygon blockchain.

These prototype dapps demonstrate the domain-specific expertise and skill of the prospective development team.

## Risks

- Transparent operation of the DAO is not certain or guaranteed.
- A Juicebox Protocol DAI terminal has not been deployed to mainnet, meaning these funds must be managed by Multisig wallets.
- These funds may not be ideally distributed.
- These funds may be more useful later on.
- The DAO is delegating major responsibility by approving a budget for 3 months.

---

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 1,750,000 DAI to the Developer Multisig (hereinafter, "Bootstrap Payment") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Service Providers are authorized to pay and reimburse past expenses associated with incorporation, organization, development, engineering compensation, subscriptions, and other expenses of the DAO and the DAO's affiliate entities, including without limitation expenses incurred prior to the formation and/or incorporation of the entities.

**RESOLVED FURTHER:** That each Service Provider, Authorized Member, and agent of the DAO is hereby jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any related documents, and to perform or resolve the obligations of the DAO, or its affiliates.

**RESOLVED FURTHER:** That the Service Providers (including Authorized Member and Secretary **benreed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by

4

PLAINTIFF0000289

the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

**RESOLVED FURTHER:** That a portion of the Bootstrap Payment will be used to reimburse DAO expenses or past obligations paid by **dao-lawfirm.eth**, **tankbottoms.eth**, and **ryan-breslow.eth**, is hereby adopted;

**RESOLVED FURTHER:** That the Authorized Members are authorized to determine whether to elect to apply Section 248(a) of the Internal Revenue Code with respect to any organizational expenditures.

**RESOLVED FURTHER:** That the Service Providers are authorized to consult with their bookkeepers, auditors and attorneys in order to be fully informed as to, and to collect and pay promptly when due, all withholding taxes for which the Service Providers, Authorized Members, the DAO, or affiliate entities may now be (or hereafter become) liable.

**RESOLVED FURTHER:** That the Service Providers are authorized to take any and all actions that they deem necessary or appropriate to qualify the DAO, and its affiliate entities to do business as a foreign corporation in each state that the **Authorized Members** determine such qualification to be necessary or appropriate.

**RESOLVED FURTHER:** That the Service Providers are authorized to apply for a federal employer identification number on Form SS-4.

**RESOLVED FURTHER:** That the Service Provider are authorized to direct the responsible attorneys, paralegals and, or assistants or consultants of dao-lawfirm.eth, or counsel for the DAO, to submit on behalf of the DAO, and any affiliate entities, an online application for a federal employer identification number on Form SS-4.

**RESOLVED FURTHER:** That the Service Providers are authorized and directed to solicit the consent of the Members to the adoption of equity incentive plans and to file the appropriate notices with the applicable state and federal securities authorities in connection with the issuance of options, at such time as such actions may be necessary or advisable in order to comply with applicable law.

**RESOLVED FURTHER:** That the Service Providers be, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, existing affiliates entities, contemplated affiliate entities, or such an Authorized Member, as any such Authorized Member may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such Authorized Member to be conclusive evidence of his or her authorization hereunder and the approval thereof.

5

PLAINTIFF0000290

**RESOLVED FURTHER: That any and all actions taken by the Service Providers to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

———————————————————————

**Authors**

1. 0x30670D81E487c80b9EDc54370e6EaF943B6EAB39
2. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E

———————————————————————

6

PLAINTIFF0000291

# Exhibit A

PLAINTIFF0000292

daolabs.dao initialization budget(s)

2080   Hourly computation per year

| | Count | Role | Monthly | FC | Hourly | Annualize | Onetime | gTOKENs | Notes | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| developers | 1 | Application Block/Architect | $ 80,000.00 | $44,000.00 | $ 507.69 | $1,056,000.00 | $ - | | 1 | UX, smart contracts, cloud functions, legal, cheerleader |
| | 2 | UX Illustrator Figma | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | 100,000 | 2 | UX designer, PFP illustrator designer |
| | 3 | UX Front-end Typescript | $ 30,000.00 | $15,000.00 | $ 173.08 | $ 360,000.00 | $ - | 100,000 | 3 | UX, Svelte front-end |
| | 4 | Typescript/Solidity | $ 20,000.00 | $10,000.00 | $ 115.38 | $ 240,000.00 | $ - | 100,000 | 4 | Full-stack, smart contracts |
| | 5 | Typescript/Solidity | $ 12,000.00 | $ 6,000.00 | $ 69.23 | $ 144,000.00 | $20,000.00 | | 5 | Account-custodial smart contract, front-end |
| | 6 | Typescript/UX/Svelte | $ 12,000.00 | $ 6,000.00 | $ 69.23 | $ 144,000.00 | $20,000.00 | | 6 | UX, Svelte front-end |
| | 7 | Blockchain Architect | $ 46,000.00 | $23,000.00 | $ 265.38 | $ 552,000.00 | $30,000.00 | 100,000 | 7 | Delegate, blockchain architect, tezos |
| | 8 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 8 | TBD |
| | 9 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 9 | TBD |
| | 10 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 10 | TBD |
| | 11 | Program Management | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $20,000.00 | | 11 | Documentation, Legal, Github Issues, Sprint prioritization |
| | 12 | Application Block/Architect | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 12 | Architect 00 of the Juicebox protocol |
| | | sub-total | $ 240,500 | $ 145,250 | | $ 3,606,000 | $ 90,000.00 | | | |
| business development | 13 | Community, marketing | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | 100,000 | 13 | Discontinue |
| | 14 | Governance & documentation | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 14 | Discontinue |
| | 15 | Marketing, copy & documentation | $ 5,000.00 | $ 2,500.00 | $ 28.85 | $ 60,000.00 | $ - | 100,000 | 15 | Discontinue |
| | 16 | Marketing, business develop | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | 100,000 | 16 | Discontinue |
| | 17 | Onboarding workflow | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 17 | Discontinue |
| | 18 | Onboarding business dev | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 18 | Discontinue |
| | 19 | Community, documentation | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | | 19 | Discontinue |
| | 20 | Infrastructure, Subscription Expenses | $ 5,000.00 | $ 2,500.00 | $ 28.85 | $ 60,000.00 | $ - | | 20 | Fleek, Firebase, Github, Graph, Alchemy, Tenderly, Namespace, ens.domains, filing fees, BVI structure |
| | 21 | Legal, Accounting | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | | 21 | Terms of Service, Privacy Policy, EULA, Articles of Incorporation, By-laws, for parent and for generated DAOs and tokens |
| | 22 | Bolt, Wyre Integration | $ - | $ - | $ - | $ - | $ 15,000 | | 22 | Bolt credit card payment, Wyre, omnibus wallet management system, integration and segmented provider |
| | 23 | Branding, Design | $ - | $ - | $ - | $ - | $ 100,000 | | 23 | RFQ Complete |
| | | sub-total | $ 75,000 | $ 35,000 | | $ 840,000 | $ 115,000 | | | |
| | | | $ 348,500 | | | $ 4,825,000 | $ 205,000 | | | expenses to date for r&d and previous consultants interviews, recruiting |
| | | | $1,442,000.00 | | | $2,163,000.00 | $ 205,000 | | | rough budget may include conversion fees or on-off ramp incurred by 3rd parties |

PLAINTIFF0000293