

snapshot

Connect wallet



← Back

# MIP-0011: Pay Deferred Legal Fees From 2022

Closed      Movement DAO: Consensus Space by *filipv.eth* ↥ •••

Authors: benreed.eth, filipv.eth
Date: 2023-01-03

*This Emergency Proposal **has been created to affirm** DAO Multisig Signer support of the changes proposed below. **By voting affirmatively, Signers are explicitly approving the proposed changes.***

## Thesis

Movement DAO's Guiding Principles appointed dao-lawfirm.eth as the DAO's Service Provider. dao-lawfirm.eth provided legal services to the Authorized Members and the DAO's affiliates throughout 2022, and, in good faith, deferred a portion of the commensurate legal fees. Those fees should be paid in 2023.

## Specification

The DAO Multisig[1] shall transfer 58,831.02 DAI to the Developer Multisig.[2] The Developer Multisig will then transfer the relevent funds to dao-lawfirm.eth.

**EXHIBIT 016**

PLAINTIFF0000448

2/21/23, Case 1:23-cv-20727-RKA Movedao Document 24-1 Spatpropos on FL SD: Docket 03/01/2023 com Page 453 of 653

## Deferred Legal Fees

The following represents costs associated with legal services that the Service Provider has provided to the DAO, including (but not limited to):

- Drafting governance documents, including the Terms of Service, Privacy Policies, and several letters;

- drafting documents for the formation of legal entities, and filing those documents;

- providing agreement templates for use in legal.juicebox.wtf, and

- conducting tax estimations and impact assessments.

| Date | Description | Amount Incurred | Amount Deferred |
|---|---|---|---|
| 2023-01-02 | Deferred legal fees from Oct-2021 to Feb-2022 | 96,660 DAI | 58,831.02 DAI |

## Utilization

The Authorized Members **benreed.eth** and **jimmyethworld.eth** have reviewed the relevant information and confirmed that this proposal accords with the DAO's agreement with the Service Provider, **dao-lawfirm.eth**.

## Risks

- Frequently invoking Emergency Governance risks alienating DAO members.

- This might not be the most efficient way to accomplish the DAO's goals.

PLAINTIFF0000449

2/21/23Case 1:23-cv-20727-RKA  Document 24-1  MovedDAO Snapshot proposal Filed 03/01/2023: Docket 03/01/2023 Page 454 of 653

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 58,831.02 DAI to the Developer Multisig (hereinafter, "Payout of Deferred Legal Fees") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Developer Multisig shall transfer 58,831.02 DAI to the account specified by the Service Provider and that the Authorized Members are authorized to pay and reimburse expenses associated with any additional expenses of the DAO and the DAO's affiliate entities, including without limitation expenses incurred prior to the formation and/or incorporation of the entities.

**RESOLVED FURTHER:** That each Service Provider, Authorized Member, and agent of the DAO is hereby jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any related documents, and to perform or resolve the obligations of the DAO, or its affiliates.

**RESOLVED FURTHER:** That the Authorized Members (including and specifically Member and Secretary **benreed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

PLAINTIFF0000450

the authority of the Service Provider from time to time.

**RESOLVED FURTHER:** That the Authorized Members be, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, existing affiliates entities, contemplated affiliate entities, or such an Authorized Member, as any such Authorized Member may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such Authorized Member to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

Authors

1. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

2. 0x30670d81e487c80b9edc54370e6eaf943b6eab39

1. The DAO Multisig is a Gnosis Safe at

PLAINTIFF0000451

2/21/23Case 1:23-cv-20727-RKA  Document 24-1us Spacepropos an FL-SD : Docket 03/01/2023 om Page 456 of
653

1. The DAO Multisig is a Gnosis Safe at

0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6   on the Ethereum
Mainnet. ↩

## 2. The Developer Multisig is a Gnosis Safe at

0x2187e6a7c765777d50213346F0Fe519fCA706fbD  on the Ethereum
Mainnet. ↩

| Votes 4 | | | ⤓ |
|---|---|---|---|
| 🌐 jamesbarrie.e... | Against | 84K MOVE 〜 | |
| 👤 rice$cr... Core | For | 2.2K MOVE 〜 | |
| 🔵 0x4eeD...e32B | For | 937 MOVE 〜 | |
| 🌼 jimmyethworl... | Against | 156 MOVE 〜 💬 | |

( Show less )

| Information | |
|---|---|
| Strategie(s) | 🟠🟠 |
| IPFS | #bafkrei |
| Voting system | Basic voting |
| Start date | Jan 3, 2023, 12:00 AM |
| End date | Jan 10, 2023, 12:00 AM |
| Snapshot | 16,322,540 |

| Results | |
|---|---|
| Against | 84K MOVE  96.42% |
| For | 3.1K MOVE  3.58% |

PLAINTIFF0000452

I voted POAP



Vote to get this POAP



Mint

PLAINTIFF0000453

PLAINTIFF0000454



PLAINTIFF0000455