Case 1:23-cv-20727-RKA   Document 106-10   Entered on FLSD Docket 06/09/2023   Page 1 of 7

2/21/23, 9:01 PM                      Movement DAO: Consensus Space proposal - MIP-0018: Proposal for Deferred 2022 Developer Payouts
Case 1:23-cv-20727-RKA   Document 24-1   Entered on FLSD Docket 03/02/2023   Page 535 of 653




snapshot                                                                                          Connect wallet

← Back

# MIP-0018: Proposal for Deferred 2022 Developer Payouts

Closed      Movement DAO: Consensus Space by rice$cracker    Core   

Authors: benreed.eth
Date: 2023-01-31

## Thesis

Over the course of 2022, certain developer consultants ("Developers"), listed below, requested the DAO to defer payouts until the upcoming new year. The DAO accepted the request of the Developers and deferred certain payouts. Now that it is the new year, 2023, monies from deferred payouts can now be paid to the Developers.

## Motivation

Attracting and retaining top developer talent is the top priority for the DAO. In an effort to support this priority, the Service Provider and Authorized Members of the DAO, benreed.eth and tankbottoms.eth, agreed to the Developers request to defer payouts. It is in the best interest of the DAO to honor all agreements made with these Developers in order to avoid loss of talent and maintain the DAO's reputation.

## Specification

EXHIBIT 027                                                                              PLAINTIFF0000520

## Specification

The Gnosis Multi-sig[1] shall transfer `DAI 349,035`, to the Developer Multisig[2].

## Deferred Developer Payout

The following table represents the total amount of deferred 2022 payouts now due to the Developers. The Developers each have agreements with the DAO and are recognized as senior developers within their respective technology areas: Solidity Smart Contract and UX front-end Typescript development.

| Due Date | Developer Consultant | Deferred Amount | Deferred Months | Practice Area |
| --- | --- | --- | --- | --- |
| 2023-01-01 | 0xF1cf...eD7C | DAI 234,035 | January, October, November | Smart Contracts |
| 2023-01-01 | 0x89Ff...84fF | DAI 85,000 | October, November | UX Typescript |
| 2023-01-01 | 0x57a1...0d37 | DAI 30,000 | October, November | UX Typescript |

The total amount of developer payouts deferred in 2022 was `DAI 349,035`.

## Utilization

The Authorized Members, benreed.eth and tankbottoms.eth, have reviewed and confirm this was the agreement made with the above mentioned Developers.

PLAINTIFF0000521

mentioned Developers.

## Rationale

The DAO is required to abide by it's Guiding Principles and Code of Conduct, requiring its Members to honor agreements made in good faith and follow through with deferred payouts. Additionally the DAO aspires to be an attractive destination for top talent in Web3; therefore, the DAO's Authorized Members want to continue to support requests of the few developers it employs including flexible payout requests.

## Risks

- Delay in the deferred payouts has resulted in loss of trust and goodwill from the Developers.
- Deferred payouts require additional overhead and administrative support to execute.
- Deferred payouts have the potential to distort budget burn rates and complicate accounting.

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of `DAI 349,035` to the Developer Multisig (hereinafter, "Deferred Developer Payout") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Developer Multisig further transfer `DAI 349,035` to the accounts specified by the previously mentioned developers for the deferred 2022 payouts. Account transfers

PLAINTIFF0000522

developers for the deferred 10% payouts. Account transfers may include conversion to fiat currency and or other digital assets.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER:** That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

Authors

1. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

1. The DAO Multisig is a Gnosis Safe at `0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6` on the Ethereum Mainnet.

2. The Developer Multisig is a Gnosis Safe at

PLAINTIFF0000523

0x2187e6a7c765777d5021334bf9FeS19fCA706fbD on the Ethereum Mainnet.

| Votes 5 | Show less | | |
|---|---|---|---|
| 0x2987...0fE0 | | For | 1.9M MOVE |
| 0x2770...fC63 | | For | 200K MOVE |
| riceScr... Core | | For | 197K MOVE |
| 0x4e33...a525 | | For | 101K MOVE |
| 0xc928...A296 | | For | 80K MOVE |

## Information

| | |
|---|---|
| Strategie(s) | |
| IPFS | #bafkrei |
| Voting system | Basic voting |
| Start date | Feb 2, 2023, 5:27 AM |
| End date | Feb 9, 2023, 5:27 AM |
| Snapshot | 16,540,511 |

## Results

| | |
|---|---|
| For | 2.4M MOVE 100% |
| Against | 0 MOVE 0% |

PLAINTIFF0000524

2/21/23, 3:56 PM    Movement DAO Space | Snapshot

Case 1:23-cv-20727-RMA   Document 126-10 Entered on FLSD Docket 03/02/2023 Page 540 of 653
Case 1:23-cv-20727-FAM   Document 136-10 Entered on FLSD Docket 06/02/2023 Page 540 of 7

I voted POAP

Vote to get this POAP

XVIII MVMT

Mint

PLAINTIFF0000525

Case 1:23-cv-20727-RKA Document 126-10 Entered on FLSD Docket 06/02/2023 Page 57 of 653

PLAINTIFF0000526