Case 1:23-cv-20727-RKA Document 106-11 Entered on FLSD Docket 06/09/2023 Page 1 of 9

2/21/23, 3:05 PM Case 1:23-cv-20727-RKA Movement DAO: Consensus Space proposal: MIP-0021: Proposal for the DAO's 2023 Operational Budget
Document 24-1 Entered on FLSD Docket 03/01/2023 Page 560 of 653




snapshot    Connect wallet

← Back

# MIP-0021: Proposal for the DAO's 2023 Operational Budget

Closed   Movement DAO: Consensus Space by rice$cracker   Core     •••

```
Authors: tankbottoms.eth, benreed.eth
Date: 2023-01-31
```

## Thesis

Transfer `DAI 5,354,433` from the Gnosis Multisig[1] to the Developer Multisig[2] to extend product development runway of the DAO, funding 12 months of product development and operations including:

- Product development and development expenses;
- Tooling, product documentation;
- Legal and accounting services;
- Branding and design work;
- Community-building, on-boarding, business development, and marketing resources;
- NFT/DAO seed funds and creation of an NFT artist/creator grant; and,
- General reimbursements of operational expenses.

1. This payout includes funds for additional development headcount

to accelerate product development.

2. This payout includes funds to partially hire various headcount to support marketing, business development, and onboarding functions for the DAO.

3. This payout includes ongoing budgeted expenses borne by the DAO and Authorized Members such as travel & lodging, hosting providers, online services and other miscellaneous operational expenses.

4. This payout includes token purchases.

5. This payout includes marketing investment funds to seed the DAO with content from top NFT artist and creators, in addition to supporting the launch and growth of projects on the platform.

## Motivation

The previously approved Bootstrap Product Development, MIP-0003 expired December 31, 2022. This extends the DAO's product development runway for the rest of the year, 2023. By approving 12 months of product development, it avoids the time consuming, cumbersome, and ineffective method of managing operational costs on a month-to-month basis.

The Authorized Members were provided with a contract (between certain prior members), which in turn, they promised to the core contributors certain compensation and benefits, the expenditure of the budget was intentionally throttled to elongate the capital expenditures and ensure that the DAO could recruit and add talent slowly given the larger crypto market; additionally, the development engineering budget was under the Authorized Members' "direct authority" with complete "ownership of all operational decisions", including the allocation of the `DAI 1,000,000` token purchases.

PLAINTIFF0000543

## Specification

### Multisig

The Gnosis Multi-sig shall transfer DAI 5,354,433 to developer.movedao.eth ( 0x2187e6a7c765777d50213346F0Fe519fCA706fbD ), a Gnosis Safe, which has 5 of 13 signers including:

1. eth:0x818e90cDc27711385d784563173046d7759c8117f
2. eth:0x468f178672C86bFA02e5E1B0413C3ccf55A37409
3. eth:0xA5B70097650FAeC3e87AA9174A76cd78925f7ae0
4. eth:0x752515a3A1091b9f1c04416CF79D1F14d2340085
5. eth:0x5d95baEBB8412AD827287240A5c281E3bB30d27E
6. eth:0x38F83dD64DADFd871BE920422B8Cb5703a1e45a3
7. eth:0x9245D65274G2b76638789A78Cec69A4C003f878d
8. eth:0xe588A90B346236fCEc4543a101CD92d01C3fFfD6
9. eth:0x0ca396c41F6548a39D1982077C119eC1479b11bf
10. eth:0x008820F8256F950836775e52571347fFD5309d2b
11. eth:0x0087F67B6b0995D3e7D21f2b94Ef92F4582868aD
12. eth:0x73255155964A09ABb91994fe0EFB8D330f10aDAA
13. eth:0xFeB18aef7a8BB0598A301274777fC9c525Ed9b98

### Proposed Budget

See the Proposed Budget, attached hereto as Exhibit A. These documents are high-level overviews and are subject to change based on product development needs. The Authorized Members intend to iterate on the budget and continually publish updates to the DAO and its

PLAINTIFF0000544

Case 1:23-cv-20727-RKA   Document 126-11   Entered on FLSD Docket 04/06/2023   Page 43 of 19
653

community.

## Utilization

Both technical development and operations budgets shall be utilized at the discretion of the Authorized Members, benreed.eth and tankbottoms.eth, with oversight from a newly acting interim Service Provider. Newly established marketing, business development, and community functions will also be managed by the development team.

## Rationale

- This proposal provides funding to the development team, enabling them to launch and scale a suite of DAO applications and services, while continuing to ship product and feature enhancements throughout the course of this year, 2023.
- Funding additional business development and marketing headcount will allow the DAO to recruit and secure top Web3 projects and partnerships, NFT artists, and creator talent for the DAO's platform, helping to build momentum and grow the DAO.

## Risks

- Original budget did not include marketing, business development, and community functions.
- Original budget did not include any redemptions which may be made available.
- Certain members or large token holders have reneged on their prior promises.
- The Authorize Members may have to expend DAO resources for litigation and/or arbitration and/or indemnification.

PLAINTIFF0000545

- Transparent operation of the DAO is not certain or guaranteed.
- These funds may not be ideally distributed.
- These funds may be more useful later on.
- Additional funds may be required due to underestimation of costs.
- The DAO is delegating major responsibility by approving a budget for 12 months.

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the Gnosis Multisig transfer of `DAI 5,354,433` to the Developer Multisig (hereinafter, "Budget") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Authorized Members are authorized to pay and reimburse expenses associated with incorporation, organization, development, engineering compensation, subscriptions, marketing, and other expenses of the DAO and the DAO's affiliate entities, including without limitation, expenses incurred prior to the approval of this budget.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes

PLAINTIFF0000546

authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER:** That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

### Authors

1. 0x5d95baEBB8412AD8272872440A5c281E3bB30d27E
2. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

1. The DAO Multisig is a Gnosis Safe at `0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6` on the Ethereum Mainnet.

2. The Developer Multisig is a Gnosis Safe at `0x2187e6a7c765777d50213346F0Fe519fCA706fbD` on the Ethereum Mainnet.

---

Votes 7     Show less



tankbo... (Core)    For    1.1M MOVE

PLAINTIFF0000547

| | | |
|---|---|---|
| ● 0x2987...0fE0 | For | 794K MOVE |
| ● 0x2770...fC63 | For | 200K MOVE |
| ● riceScr... (Core) | For | 197K MOVE |
| ● 0x4e33...a525 | For | 101K MOVE |
| ● 0xc928...A296 | For | 80K MOVE |
| ● 0x4Ab5...dB0c | Against | 143 MOVE |

## Information

| | |
|---|---|
| Strategie(s) | ●● |
| IPFS | #bafkrei |
| Voting system | Basic voting |
| Start date | Feb 2, 2023, 5:45 AM |
| End date | Feb 9, 2023, 5:45 AM |
| Snapshot | 16,540,603 |

## Results

| | |
|---|---|
| For | 2.4M MOVE  99.99% |
| Against | 143 MOVE  0.01% |

PLAINTIFF0000548

I Voted POAP

653



Vote to get this POAP



Mint

Case 1:23-cv-20727-RKA Document 106-11 Entered on FLSD Docket 03/03/2023 Page 58 of 9
Case 1:23-cv-20727-RMA Document 126-11 Entered on FLSD Docket 04/6/2023 Page 58 of 9
653

PLAINTIFF0000550