

## Transaction Details

Exchange Gaming

Sponsored: Metawin: Click Here to claim your FREE Entry to MetaWin's 20 ETH give away! Ends soon

Overview | Internal Txns | Logs (2) | State | Comments | More

| | |
|---|---|
| Transaction Hash: | 0xb5a098ecb5adf2ab8d95cbb5b2efad853981f1aff6310cf60b4a46ab0014becc |
| Status: | Success |
| Block: | 16541305 142306 Block Confirmations |
| Timestamp: | 19 days 22 hrs ago (Feb-02-2023 01:06:35 PM +UTC) \| Confirmed within 8 secs |
| Sponsored: | BUNNYPLAY Play Now SWEET VALENTINES BONANZA Play Exciting Slot Games Win Over $100,000 & Free Spins |
| From: | 0x0087F67B6b0995D3e7D21f2b94Ef92F4582868aD |
| Interacted With (To): | 0x2187e6a7c765777d50213346F0Fe519fCA706fbD |
| ERC-20 Tokens Transferred: | From 0x2187e6...CA706fbD To 0x607d56...effc3B4a For 500,000 $500,000.00 Dai Stableco... (DAI...) |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.002869454080640248 ETH $4.71 |
| Gas Price: | 30.785491381 Gwei (0.000000030785491381 ETH) |

More De

This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy. Got it!

? Private Note: To access the **Private Note** feature, you must be Logged In

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**PLAINTIFF0000590**