| blockNumber | transactionHash | sender | value | symbol | normalizedAmount | dollarAmount |
|---|---|---|---|---|---|---|
| 14013047 | 0xb206f2ff77b0963c4ba9d589ce54375ed46b2949e2dc5901bdbcae084ee9b015 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+15 | eth | 3.33E+18 | $ 3.32 |
| 14110042 | 0xc4bc25f20a19a135d3444f582161a56c74188799a73d65ff0acc978ad62b104a | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+15 | eth | 2.60E+18 | $ 2.60 |
| 14110006 | 0x78c6c8f39e93a7663a31e96fc9c951100619d1307e85052ce22266cc5ae197b0 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 5.00E+19 | dai | 5.00E+19 | $ 50.00 |
| 14110021 | 0x7ff7f949be56e9a501a9e1b4aed6426f9d5955973393ece970e03213c2a203db | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+18 | eth | 1.00E+18 | $ 1.00 |
| 14124492 | 0x6371362f112ea5610c0a80f715662b02d1d893908483e7aa51150bcd89925c4a | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.50E+19 | eth | 4.02E+19 | $ 40.18 |
| 14128273 | 0xf731af4510de85d6b1337aa8f25e127b8a2051fe8e21a71d3c56129f51d3 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+18 | eth | 2.68E+19 | $ 26.79 |
| 14128271 | 0x3fe11699d89fa8052c32d22c13ab00c39569b4f1a972eb4da76c9e67d1c1a0f5 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.50E+19 | dai | 1.50E+19 | $ 15.00 |
| 14128487 | 0x69a640c24a8d45014a0deac49c8367efce5519c6db6279cbe55c7c3a74c54dd1 | 0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1 | 7.80E+17 | eth | 2.09E+21 | $ 2,089.71 |
| 14128488 | 0xc8a1a9fe03cd82346ef5005262d50e557a1777b3604d7a071c3b4587889d83dc | 0xC5c8eff68183581f8a108CE6414a21a6675A4b79 | 1.50E+18 | eth | 4.02E+21 | $ 4,018.68 |
| 14128498 | 0x2f0e4ad847389e5c56ade2a406ccba5ff6ead0df398d21ed4c7f38d1216b0981 | 0x2843b4F0e0B7B812C1B574C77a54308dAed0d0A2 | 1.11E+17 | eth | 2.96E+20 | $ 296.49 |
| 14128502 | 0x22ef59ef9b5579e744f41735671bee1152cf21feed259a1e26ded268e053724 | 0xdeFD0dE775d82A61D1A93efC18913e7B16906e1c | 1.20E+18 | eth | 3.21E+21 | $ 3,214.94 |
| 14128830 | 0x2eca37bf012c1ef9ec0553cd07fc2a5627e32a680a879a4c955b30afc869cdb1 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+18 | eth | 2.68E+18 | $ 2.67 |
| 14128830 | 0xf844f8e007c5989f7aa834ff9a8c87e284e76b9119bbc262127d39e7d81316a7 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+18 | dai | 1.00E+18 | $ 1.00 |
| 14128924 | 0x64c0017c2d0de375c80ad37d481cd549dc1095f64ac39e8b59caba117e9ec9a2 | 0x580756206Bc33BDf63F26e46eb1BaD3BC5c53a54 | 3.00E+17 | eth | 8.04E+20 | $ 803.73 |
| 14129326 | 0x4eb5579dcfe0478bcb013e6386f44adabe8540068a2f52b4e5f00447e1844a4 | 0xB66426c5D88309668dBE013C118831642F532DD0 | 5.73252E+19 | eth | 1.53581E+23 | $ 153,581.21 |
| 14129278 | 0xaeb8614064e3bae8011201c426cb75e3371a3d34e3bca63bd4dac1f590a0f05 | 0x58F09dd6DF8dFCe8c209A00BaF4348002BACac1d | 1.20E+24 | dai | 1.20E+24 | $ 1,200,000.00 |
| 14129286 | 0x7b918b7cd3c66d6bfc81bc42be6d6d16af265b50cc0e9610837b8a7444f0a2d2 | 0x752515a3A1091b9f1c04416CF79D1f14d2340085 | 9.79E+24 | eth | 9.79E+24 | $ 9,786,795.00 |
| 14129361 | 0x8bbc858653f31158809e425074cc585faf63e8b088e335a6e12a23ee64f355fd | 0xfE021e62637Cf8B880a76b09E94904693D38256A | 7.99E+19 | eth | 2.14147E+23 | $ 214,146.50 |
| 14129414 | 0x233834c33ad4a6e120a647b567add893dc1869c1cf04d3c28aa9e23d08500485 | 0xD78368092Cb1079302Ba4DF192F5dCdE53949CCD | 3.00E+24 | dai | 3.00E+24 | $ 3,000,000.00 |
| 14129466 | 0x068ddb3c424b3b9d3c1ef644d7164f0f321a1fb4fe7542a11aee166fa4d93ee8 | 0x58F09dd6DF8dFCe8c209A00BaF4348002BACac1d | 6.87E+20 | eth | 1.84E+24 | $ 1,841,025.79 |
| 14129789 | 0xf9d97c827fae088002c66f2d2aaccfad8cdbd5b842cbc554083523f3ad9fee2 | 0xe4918B846156782a8454AcB1332BEeeA9B523763 | 4.00E+17 | eth | 1.08E+21 | $ 1,077.47 |
| 14129978 | 0x47a5db31d03cb723b367a01b972a4ea6ad1246c43dab3d6b76007a275c5be104 | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 9.63E+17 | eth | 2.59E+21 | $ 2,593.93 |
| 14130555 | 0x233b39b936a1c3069e1da7ba7c1cc4b01a1c284d9d6580a305fb67fc24f34ada | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 3.64E+17 | eth | 9.81E+20 | $ 980.49 |
| 14133509 | 0xd28846471bd4b82b77ae40b04f4a480638a70498288b244c39a330b3e79959867 | 0xdeFD0dE775d82A61D1A93efC18913e7B16906e1c | 1.20E+18 | eth | 3.23E+21 | $ 3,232.41 |
| 14133548 | 0xbecf50051b1b9a6bedcff06598f4ddcccb77d3daf72b1ff174f16f392549880b | 0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1 | 7.67E+17 | eth | 2.07E+21 | $ 2,065.84 |
| 14133719 | 0x5873fdc9ac407f657075adc22e225b945915076e695e40644ac1bfa50c8df0b3 | 0xC5c8eff68183581f8a108CE6414a21a6675A4b79 | 1.50E+18 | eth | 4.04E+21 | $ 4,040.52 |
| 14133937 | 0xdac48a46cfd018b251d8ce312755c77f55136f2a65ebf7cd8f464d85571f14a4 | 0x2843b4F0e0B7B812C1B574C77a54308dAed0d0A2 | 1.14E+17 | eth | 3.08E+20 | $ 307.96 |
| 14134186 | 0xf5f554317f37b92a27d17c6ff5f230de7f40433f779ddf38311fe27f4a103a2f | 0x58Ba373d9eF46FD5402a6A15fE9cCADc67dE1650 | 1.00E+17 | eth | 2.69E+20 | $ 269.36 |
| 14134221 | 0x103c0efcfa74a8d07e40276b4265279a27f739b29ac46318ccc5b85b1a32dd1c | 0x872C95b2224c8FCFB205D5DcF8F40b9F4Caea97 | 1.12E+17 | eth | 3.02E+21 | $ 3,016.92 |
| 14135395 | 0x8674b136eeaa82e3d0f0a2fc2c1a6ad5589c92658dcf116db563b6c206d1f048a | 0x74F2305790da72386a1d1d32d82b8DB8164C0704 | 3.00E+17 | eth | 8.08E+21 | $ 8,081.04 |
| 14135618 | 0xd698d9dcb05e4bfc1c06c0c3d0b836fc2675fa242887afd1c709df7751ad4b7d | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 1.00E+18 | eth | 2.69E+21 | $ 2,693.68 |
| 14135605 | 0x8912ddc0ddc57c5e2f545b627da296f249774dc5b07fa06ee39509c716def5a6 | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 2.00E+19 | dai | 2.00E+19 | $ 20.00 |
| 14135613 | 0xa5ef0b4edd588dc3b789279d8c10f85cbedfc62038fc97dd76ecb42f8b6202ed | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 8.00E+22 | dai | 8.00E+22 | $ 80,000.00 |
| 14135616 | 0x210611ff9f5c95e40a963674e69f26d89369d8b49746110f3b89659fbebf98dd6 | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 1.00E+21 | dai | 1.00E+21 | $ 1,000.00 |
| 14135812 | 0x790c66823111c375e45869083c121ce84e78611ec889677d8a60d5a90c82f04f | 0x6C0822b5D3A0aFC3869DDdE051573a97856Aeb54 | 3.33E+17 | eth | 8.98E+20 | $ 897.89 |
| 14136349 | 0xe56b97f41fa614ac5e045c80cd63d96016bd4808aabf65a8989d3763978c8463 | 0x8ffd0b26e7a5d1B535BcC3227b44A933FFf0d338 | 2.45E+18 | eth | 7.32E+21 | $ 7,315.57 |
| 14136520 | 0xf5c2c7a839f440a08645a8bf0214886c46e9086e18f7a62522d1191174d7373c | 0x3D4C86aa1f4aE5318e91957287918aDB80f4f4C6 | 3.80E+17 | eth | 1.13E+21 | $ 1,134.66 |
| 14136565 | 0x6bd063ae5aaea7528202f2f2d4bea96019b471e74197ebce87482de72f33b9c0 | 0xDfd89a9d9C7A7B278887F59C9fF4BD244Cb1d397 | 0 | eth | 0 | $ - |
| 14137774 | 0x9b017edccfc4b7a12863525c959fd4cdcf0f4b24d47f4694818e745006d51b74 | 0x58Ba373d9eF46FD5402a6A15fE9cCADc67dE1650 | 7.70E+17 | eth | 2.30E+21 | $ 2,299.18 |
| 14139044 | 0x01bb029c5afb6367effb66bf428685b4206e8e38b8c66a4b5795536fa7b376b4 | 0x0e2Bac198dd3646576dbAB5D86130E538f39820b | 1.00E+15 | eth | 2.99E+18 | $ 2.98 |
| 14139128 | 0xcbe7da38c824543439f462432e8ca020e1f36811d66cea0b2377b24d44442f9e | 0x586075CEa62b415A33050c012c6e1591C1da1c74 | 1.50E+15 | eth | 4.48E+18 | $ 4.47 |
| 14140674 | 0xccce2242340a16deaac895486366d70b5ba0964b468bab014e85d7ebe7483c84dd | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 6.00E+17 | eth | 1.79E+21 | $ 1,791.57 |
| 14140684 | 0x3fd3cde7bfecced47ac7bf424267ebe1e3b6a0904956f4d9c5c512c37a459b55 | 0xB4Ca0c6fF4B175a776a4bF8C8A73A251354B6771bccA | 1.05E+17 | eth | 3.14E+20 | $ 313.52 |
| 14141237 | 0x5417ea96f4ea887e099a3d5b1e1baac93f9c8cd8dd91bd8e8b27844efdc52052 | 0x1f736b9D5cdeb4933D897e4f9f8153899F0Ab82f | 3.00E+17 | eth | 8.96E+20 | $ 895.78 |
| 14141432 | 0x8eb1e08e1a3367d0302ff2715f205de2587e48e7ab05156e42526d0f4596acce | 0x3c7eA1846BC5cb5e043a1CE8B728d4e42d9f2539 | 2.78E+17 | eth | 8.30E+20 | $ 830.09 |
| 14141972 | 0x5c105589e581e0418af9cac33db4e3647155397ee1ef3d7b56307f4e8fd8f2f8 | 0x1f736b9D5cdeb4933D897e4f9f8153899F0Ab82f | 9.00E+16 | eth | 2.69E+20 | $ 268.73 |
| 14146784 | 0x0a5168901f1274351e20fc53adcc20a79d04730677f794de8bdc68ccd9a67b41 | 0x6C0822b5D3A0aFC3869DDdE051573a97856Aeb54 | 2.22E+18 | eth | 6.69982E+21 | $ 6,699.82 |
| 14147056 | 0x6a917c0733aa32f5c150b424990ace6578632e4f6352800a46365467d7d5cf608 | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 1.91E+17 | eth | 5.76E+20 | $ 575.84 |
| 14150232 | 0xbe1c8cec4249f5d9a46e2699a8d06d77889e6bce7e3ac985333a87ac0210e3b4 | 0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296 | 3.00E+16 | eth | 9.19E+19 | $ 91.85 |
| 14155304 | 0xae4f17c74bef89c91ba707cb126b003c9e68e7d32250d44c8fefe124dcc05ee | 0xDb88Db916C76323CF15ED5fe1f50d2f54733Fc70 | 2.10E+18 | eth | 6.43E+21 | $ 6,430.01 |
| 14156241 | 0x1b443d8bb7412612047016878c252af3a20dc14a6ccbe5dbba3e17597f69ad5 | 0x580756206Bc33BDf63F26e46eb1BaD3BC5c53a54 | 1.00E+18 | eth | 3.14E+21 | $ 3,142.03 |
| 14156771 | 0x3f4c724dddaedffb5be6d7633992a9021acd129c37536f28434a8a4ff1f1a3b27 | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 2.00E+23 | dai | 2.00E+23 | $ 200,000.00 |
| 14157139 | 0x014a98bb4633a6d6db89fa7efed0847d225f86a679d7d99ae589d5c956e54449 | 0xA4e6C2B8264652444B3F0cc1bB37496AF916931c | 3.74E+17 | eth | 1.18E+21 | $ 1,176.24 |
| 14159399 | 0x8d668190c53e81edbd08c03d364297d759a825c6f896b94a3bf03c228ac60567 | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 1.00E+17 | eth | 3.14E+20 | $ 314.20 |
| 14159620 | 0x25e56c650fdf8b563d61c3d4e3f23921d8b01f5933cba9feb0770af32cd096b3 | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 6.00E+16 | eth | 1.89E+20 | $ 188.52 |
| 14162213 | 0x3738306ef3657b34f8f1700fb8e659a2c2afd5f65bf226d1328885d580be875d | 0x7157961707E305d5580c8AB29ce6F120fFc01744e | 7.50E+17 | eth | 2.34E+21 | $ 2,336.10 |
| 14164131 | 0x383143c3fc7e331b72bbdc3c162d9e6794c17da2477fa1294a69373e7974c91a | 0xB646B4cD68548D96804e844b7cfBEf4e74b80675 | 1.25E+16 | eth | 3.89E+19 | $ 38.93 |
| 14164133 | 0xb87c54a3c0a9e6c2338ed3883b4cfadc3f79cd4ef60e79391e9f05278996e0b7 | 0x2B075EDE4AF705D31464090b41B8D5C3CA9da84c | 1.25E+16 | eth | 3.89E+19 | $ 38.93 |
| 14164138 | 0x9408ac726f47d82da2020f6a955725c1f0def49b7bfd8f539fa92db9c426a0e2 | 0x50640Bfc30F97fef35054beAECE3d3a188A219F0 | 1.25E+16 | eth | 3.89E+19 | $ 38.93 |
| 14164147 | 0x0beba2d7ff73f1f7cc2214b75a88235dd764f315f6eee8ef5dcaf6ccc399a75c | 0x1DD2091f250870b27B6fE17e6ca925e1B1c0CF0 | 6.00E+16 | eth | 1.87E+20 | $ 186.88 |
| 14164167 | 0xbe544ef320a5c4d1e60ea38fbc9de6740f698df31066ff7a248792c3a87f9163 | 0x6519319E8F32F22F7a22274898588f6dc4b40bbf | 7.50E+17 | eth | 2.34E+21 | $ 2,337.61 |
| 14167114 | 0x86be8434a0bf7e3e2b2f41e1e1cce2adae78b4b1e5d8b8cb7ff25ec17cb32c96 | 0xE41188926607921763D25392475f1156AC5f9033 | 5.00E+16 | eth | 1.56E+20 | $ 155.74 |
| 14172674 | 0x661ea7857a4f886aeef934e30ff3a33de129cd604c1da09a93efb5c56fcb98ff7 | 0x1561c3218AB5Feeec5A0a7B817596EAbD257e5a5 | 5.00E+16 | eth | 1.62E+20 | $ 162.27 |
| 14175125 | 0xd607a0d67d46da93a4a4f8847a56a02fbde1cab4b2bee9eda7aeccbb7669aa4e | 0xda94DA6D0909E90F81a9B9373a04807c3cEC15fBC | 1.60E+16 | eth | 4.90E+19 | $ 49.01 |
| 14175863 | 0x76e064ab94356e16147c9f1c7ffc41a56f5767193e22e876b879723c0df18f03 | 0xb44A14dEcD9270E34F2dDaff4CD8690a2cb88461 | 6.26E+18 | eth | 1.92E+22 | $ 19,176.94 |
| 14183128 | 0x0d7bd7fde4d3f7f38f5537f4d997bcfb40e3f703bddd8f587153df5c660788d38 | 0x4eeD0fc86cf510a0c4800A5e555fEDB7c78fe32B | 3.20E+17 | eth | 9.37E+20 | $ 937.32 |
| 14183177 | 0x29f830dfa6721d23376eb562502357f351f5793adec6746ea242f1b35c651c3b | 0x14D9fA3a9eaB3CDF8317Ea827c5d88c94e12272E | 3.25E+17 | eth | 9.52E+20 | $ 951.97 |
| 14187197 | 0x0f2e35361e3f22463724789df082fa4ef91345e8efd04dc41ec624a687731ca | 0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296 | 9.00E+15 | eth | 2.64E+19 | $ 26.36 |
| 14196297 | 0x212b1670ebfbeece670ea258adea0260ea2245db0dba8a52eb72dd06a00b8902 | 0x2770736960c4739f96d3a033676ff0e34e71fC63 | 9.65E+16 | eth | 2.77E+20 | $ 276.96 |
| 14196704 | 0x1aa89d53acb9d3ab41b915fb6a273f07007bcb4008c599d2deb896b092b39972 | 0x9dEBaE598dB0b4bB83133A8BAB7894De7cc0D5326b | 1.00E+17 | eth | 2.87E+20 | $ 287.00 |
| 14197580 | 0x9de0262481d2ce58d7c11d95daa67adbd985979adf07aef929bd71b8d178fabc | 0xdbbF7481e3E38Ae10c9579CfA541C932c5c9a05D | 3.40E+17 | eth | 9.76E+20 | $ 975.82 |
| 14205312 | 0xe27cc82181be50647f561b959a1bd25196dc305e17b0f6a957b9624e46b2120c | 0x979Db9f8D937E19e36DFDB5Fe3a48a207A5c7991 | 1.50E+17 | eth | 4.40E+20 | $ 439.56 |
| 14207304 | 0x76f632df5e5ee65f2f18aa2d123ad7554f7f0a91a319a8e59730f2e0cd8aad | 0xA4e6C2B8264652444B3F0cc1bB37496AF916931c | 3.40E+17 | eth | 9.96E+20 | $ 996.35 |
| 14207756 | 0xea665bb5658bb0db47662359280ce7b9badba3abf22ab49ecc5fe54c985c9ba1 | 0x58F12A716B8cE86865D9482A30652a52A0359984 | 5.00E+19 | dai | 5.00E+19 | $ 50.00 |
| 14207756 | 0xf2c3877e85c121496d6242ec1d8561ff7fb1e407f3fb3e3dcf1255369dc262cf | 0x58F12A716B8cE86865D9482A30652a52A0359984 | 5.00E+19 | dai | 5.00E+19 | $ 50.00 |
| 14209580 | 0x05ac15a2ffa6658944c1d2a203b944659142f7666f9c15daa310a5c163c4cf59 | 0x0F9D7257a592c7d4359D605981e0f7A9A1Cff110 | 1.00E+16 | eth | 3.19E+19 | $ 31.85 |
| 14209771 | 0xfd7880dae5dc4687cf851e5e26bcdc77c53802803ff4a53177494a748865ba9e | 0x9AB301FD4F2519af93cA316B4fCD7D26aBd2f9F9 | 1.00E+17 | eth | 3.19E+20 | $ 318.59 |
| 14210414 | 0x55e293d21569bde9d6791b95f7182d02d6d14b09c951683c4300fac1384c9aeb | 0x3df364ED7e8A887f7f9c240f7e281A4ea05CE03f | 1.50E+17 | eth | 4.78E+20 | $ 477.89 |
| 14212724 | 0xd466a6c110862431bb4da90feb722fc44c43c241574a3ef9bb9021a30ed1eebb | 0xab5d306E643cDba074a4251e9E1A4FEC5a8e05Ee | 6.00E+16 | eth | 1.91E+20 | $ 191.15 |
| 14214409 | 0x146b99996008b394756ce1577cd8c10b749882cbde9506730fba6389c07fab21 | 0x8269CAe3EfbC4D768D9d86AE3747253D15BF6929 | 3.00E+16 | eth | 9.37E+19 | $ 93.68 |
| 14220119 | 0x839891cf296aab33460a70efbc7b4188a5d569eaabb379933b51b29fda3a1eed | 0x616001B6A176961849c8F1422A5DA95A9dBBC4739 | 1.30E+16 | eth | 4.06E+19 | $ 40.59 |
| 14221035 | 0x7008190e4239d4abd1740966784259dbbd17a08f3bdcc0edd3e960d1d79bfda | 0xa51fc9A7dB8d1db527CB3fD15abD32bBbDa8e785 | 3.00E+17 | eth | 8.64E+20 | $ 863.93 |
| 14225844 | 0x2f7eede6ff525bc4c0bb775b5c1d3bdcc4b3e5d321670a8eb9561c71d06a91ed | 0xB159DE0DdDAb4a997F1c22fcf1C939d3317D9EC6 | 3.00E+18 | eth | 8.64E+21 | $ 8,639.34 |
| 14236429 | 0x87de5aa5437fd73da003baa0bb4528c39ce00a56e47985d6b9f18038e9915e69 | 0xef5939492958abb8488ce5A5C68D61Ac29C07732 | 5.00E+20 | dai | 5.00E+20 | $ 500.00 |
| 14238604 | 0x692b16a6311837987b32abe1ff7e38c6350ecf900cc8cf12c968c7a353bbaee6 | 0xb3005148e7b58BfF2f82CBe63416363243349949 | 5.00E+16 | eth | 1.38E+20 | $ 138.21 |
| 14239603 | 0x024424c2e8d32151ba5c025926cabffd3639c2881e105c7db92768aae0cb0672 | 0x7929fF721516111056b3b3625984f6F9B942400a | 1.00E+17 | eth | 2.62E+20 | $ 262.13 |
| 14244607 | 0x1160c91d9051c147aab0cc674806951a5f0b967ff97ee61fe648002420da1057 | 0x511F061Bc0082BF14de5Cf2A6eec624Df585fa52 | 1.25E+17 | eth | 3.27E+20 | $ 327.41 |
| 14258407 | 0xa3debb27f05c4ada0b70727c760e42e1e61a41a9e7495779d1cc52fb966ac361 | 0xC9f6e3fCCbd26F3bAc822A675DE7427a0D72b39FE | 9.00E+16 | eth | 2.37E+20 | $ 237.17 |
| 14258694 | 0xac173e9a93c9ac95362dad3d2c828c3adf24f0ebf4ca429339b5f275ddfadb9c | 0xb3005148e7b58BfF2f82CBe63416363243349949 | 2.00E+16 | eth | 5.27E+19 | $ 52.70 |
| 14261813 | 0x76ccf423ccd3fca7db407ebae9ffe0fef6dc357b4d946327ff4324f918f0307d | 0xB2b394e261021c0499d138F3D359eD2E3Ef4b3b7 | 3.00E+16 | eth | 7.74E+19 | $ 73.74 |
| 14266054 | 0xb88c753d6cdbff74e497c3b5e28d8352f23dad497c0fbaf3203b270e1300b0b3 | 0x58F12A716B8cE86865D9482A30652a52A0359984 | 3.00E+21 | dai | 3.00E+21 | $ 3,000.00 |
| 14266066 | 0x3265c58705abe8365e419f68c1c79f93cc9d4a5781b84e083aa38d9b3bef34db | 0x58F12A716B8cE86865D9482A30652a52A0359984 | 2.00E+21 | dai | 2.00E+21 | $ 2,000.00 |
| 14266066 | 0x6339904075ec608e1222a7b4e1621b1764e82111c2f6c008b744eb8ef1737a33 | 0x58F12A716B8cE86865D9482A30652a52A0359984 | 1.00E+21 | dai | 1.00E+21 | $ 1,000.00 |
| 14266299 | 0x629edd81e51d770fb1f4724e77454a5e2fcc22c126ced802a3b9e6b3f3478c44 | 0x58F12A716B8cE86865D9482A30652a52A0359984 | 4.00E+21 | dai | 4.00E+21 | $ 4,000.00 |
| 14272918 | 0x0ecaabda5ba7917f678440fb531f5ce5a942786bf398cecb1ed5fee5abb4c39c | 0x14817cFC0abD5ADbaac238E6ADfeB487Fff0dd31 | 6.85E+20 | dai | 6.85E+20 | $ 685.00 |

EXHIBIT 090                                                                                                                                      PLAINTIFF0000774

| | | | | | | |
|---|---|---|---|---|---|---|
| 14285500 | 0x6c282de5e1c542b77521df9f8fdafdf7be0856dde0719a6e4fbbf0c502f753a2 | 0x1ebe61555bAd4Bd5e0D108BD78811F718D67b852 | 3.28E+16 | eth | 8.59E+19 | $ 85.88 |
| 14297832 | 0xe7620b29958daafea76b2355e51d95ed29172d6702795f1d537674db54ccaa1a | 0x13b841dBF99456fB55Ac0A7269D9cfBC0ceD7b42 | 1.00E+17 | eth | 2.98E+20 | $ 297.71 |
| 14299044 | 0x757ff4c6fabe13c254a8771be427a7d5651443f00040ef841e7d1714ca3a9e7a | 0x9f7bD431d8ACfe558B0c7ce96aa3E98C1b1B52C8 | 7.00E+16 | eth | 2.08E+20 | $ 208.40 |
| 14311068 | 0xcadeb5aaa49d4e118330e94e68aadf8fd1c94b63c8d77f60f45b2aa18aad529a | 0x17d880B8C29387eF16F3Ab33cf3Ad407554e829b | 2.00E+16 | eth | 5.67E+19 | $ 56.71 |
| 14311125 | 0xa694edc35418b316b6cf30910643ee1632d615ceccbb09770ed9c9fe7c3168f7 | 0x2D1E7B6F6284409e16991dF76d2A82847a7d61C5 | 1.00E+17 | eth | 2.84E+20 | $ 283.58 |
| 14311560 | 0x3a7b48a063cb21209b7bab8af13b6c07eeb3c1ad39080f5e3b4cb6d8792b7258 | 0xa7d317332AC478Ae81c9845755491D33eEC69b50 | 3.30E+16 | eth | 9.36E+19 | $ 93.58 |
| 14343365 | 0xe350a09ab74aff0462f5dc24edeb6a7144b06a99c378e6319c6cadb7e2b2daa3 | 0x1ebe61555bAd4Bd5e0D108BD78811F718D67b852 | 1.87E+17 | eth | 4.81E+20 | $ 481.09 |
| 14353456 | 0x7b88db7125f4d961be5f3acb220f00b5c9f1da0ae1d6db2833b155e89c3e06eb | 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | 2.54E+18 | eth | 6.93E+21 | $ 6,933.28 |
| 14369882 | 0x81f3e989d1b206d1d06cb53a81566393428e9350fa7d7e70f7cabdd465717 6f3 | 0x620F9F9237546998abE5a2E3197C4cc49B4775d0 | 1.00E+15 | eth | 2.57E+18 | $ 2.56 |
| 14373027 | 0x18dc4bb7b32b93721d5ce361e00612623dcf87ac370ab0b3817fc412083e557d | 0x25227955b9769fAAe8e981e60ee78Bc052064220 | 7.75E+16 | eth | 1.99E+20 | $ 198.91 |
| 14373840 | 0xea429bb30f45b0061a98e1afa7d858ea3281b4caf18367985929fa0ac622f577 | 0xD78368092Cb1079e3DdaE7f192F5dCdfE53949CCD | 1.00E+23 | dai | 1.00E+23 | $ 100,000.00 |
| 14388113 | 0x7ee78853790ea04a53ca7fbae9a588c4b4f84f1f7285c637d321edb06e978de2 | 0xC36A375fe4801642b2588C63830E082575a1e17C | 2.00E+16 | eth | 5.24E+19 | $ 52.37 |
| 14388236 | 0xa56172d4ba27d4536e7810331253c3d1e39bd978dcf1d2dec7c6aeb946a90c4c | 0xC36A375fe4801642b2588C63830E082575a1e17C | 1.40E+17 | eth | 3.67E+20 | $ 366.59 |
| 14388345 | 0xaea415350c003ace2e48e88c108c008f484d670b4106b2060b102d8c348be6e6 | 0xe49188846156782a8454AcB1332BEeeA9B523763 | 5.00E+20 | dai | 5.00E+20 | $ 500.00 |
| 14403227 | 0x3083d5bc64dfaea5b6150065c38405e6f6da0680adc7b83def2698af88aa5f2b | 0xa655F449Bcb4d18A3F2787bC9CFd00535c7AE5dA | 7.00E+16 | eth | 1.97E+20 | $ 196.92 |
| 14403268 | 0xe9e291d5ec57aae9872b9a8ecbee7b427c0c461fbc80e69e03c7e20558103625 | 0xa655F449Bcb4d18A3F2787bC9CFd00535c7AE5dA | 1.00E+17 | eth | 2.81E+20 | $ 281.32 |
| 14406341 | 0x70df12c6070d4cd9166e3f7452981defaa605e3aa416d62603c3143d1ed7b514 | 0x23d5925CbeAb8803d906e52Bf68ae30d69dc570E | 1.00E+17 | eth | 2.81E+20 | $ 281.32 |
| 14434437 | 0x29b091885a4ea577dc904329938203c8002d99604a48328a7e4114f59cab937b | 0x54F0E1a12C368A327631F9dEA47C04Cf1Db45584 | 3.33E+17 | eth | 9.89E+20 | $ 989.09 |
| 14494015 | 0x6dc0565e1649b23f0c828c48e0223a22fe80f7328d8a394bdfdc2fb42eb1e9b3 | 0x981c8ECD009E3E84eE1ff99266BF1461a12e5c68 | 8.41463E+17 | eth | 2.76119E+21 | $ 2,761.19 |
| 14510122 | 0x8dea92888016e34ce9947ae127f59bc8530453d64098532449cafe23be790161 | 0xA1b27bbcD029c1D63A2aF689FD8937812Eb6637b | 5.00E+19 | dai | 5.00E+19 | $ 50.00 |
| 14516791 | 0xb9ca9cdb75d381cb45a8df3165813594575cb403638ae6450f05318b32089538 | 0x5b2b4B59276217400469916FceeFC89ACAb7548f | 5.55E+16 | eth | 1.96E+20 | $ 195.53 |
| 14532273 | 0x8e516a90ef560270ca3b97be763094325661f8cb4366f9a5a08909b19031fe9e | 0xDab5f41744745CB530FCc5Cd650E86B0F63737c3 | 1.00E+16 | eth | 3.17E+19 | $ 31.72 |
| 14560430 | 0x79c77c6845accad130d95a1e008952e4299e3a8ff6ae314f6cee87476a2b7963 | 0x1F736b9D5cdeb4933DB97e4f9f8153899E0Ab82f | 5.00E+19 | dai | 5.00E+19 | $ 50.00 |
| 14589945 | 0x5310ead1de480a98741f66be87fa4b324049d4dd5a16eb1e77dc630d817c65cb | 0x489DEe5055c36fA804AB75d9B28e39bF2a76b793 | 6.75E+15 | eth | 2.05E+19 | $ 20.54 |
| 14605211 | 0x979740bc9c4dfe9c444ca7d1c3d92608babf2a3f038bbf7c9a4ef884c7cab16c | 0x981c8ECD009E3E84eE1ff99266BF1461a12e5c68 | 1.7561E+18 | eth | 5.25219E+21 | $ 5,252.18 |
| 14627411 | 0xd6c1d1bb116564facede128c143073ef366ee6f984596124e96b3a7c2598c38a | 0xb925839968DDfEA3CF5ef7C7C5e4450191Ab0D10 | 1.50E+20 | dai | 1.50E+20 | $ 150.00 |
| 14674519 | 0xa02e44a61f00476deb58afc14ed34c24a72ff8ecb90b6d00fb1b37c56982cd06 | 0xCf7C21DeD40f2Df85A564207A89b3379780d9CE3 | 5.00E+16 | eth | 1.47E+20 | $ 146.94 |
| 14680914 | 0x6367aa16ef3922cc2dedf277017b4f5d6c713a04ac9b008ee100fdbcaee6a3a4 | 0xEF63189A3B5d35ff8F6f67BD2B2A3ACa4E084e85 | 1.00E+17 | eth | 2.82E+20 | $ 281.76 |
| 14682236 | 0x3d4298fe34e8b76531668246671abfba380f6f6628620a420616889ae8d15d41 | 0x95a97CDd45F55A3e4d2c9c512BB98ed171b8F07b | 7.00E+17 | eth | 1.97E+21 | $ 1,972.38 |
| 14696403 | 0x0ceaf28353e84a34446c8a1ab5748dba64c84c09dbf84f227fd82d4cf01da135 | 0xd11B2CF767d6A35011455781d792b7C37d3a7d97 | 3.90E+17 | eth | 1.12E+21 | $ 1,115.30 |
| 14826321 | 0x4e1b71a719d7290e88bb01e0b1d8f3919beefa4c731161f821da107b37552012 | 0xE5a71A3696D4eDB65F07b6F9a3F000F826367305 | 2.00E+16 | eth | 4.08E+19 | $ 40.81 |
| 14840371 | 0xad1517b8ea9508c286ed6d9c0138cc4f65561fc778c786dd3153e96d5acfb57f | 0x58C3C3c0286a1728A70ff5fd5f2b9A346aE1d013 | 5.00E+16 | eth | 9.70E+19 | $ 97.02 |
| 14985408 | 0xafe47fe9f127f4427f1fac31aec44fda7306507c214a28505a3eeb1c2ecd944f | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 9.97614E+19 | eth | 9.91648E+22 | $ 99,164.83 |
| 14985791 | 0x1a4b5432962c34a1b1c7e077d7560d64c28e8c8664d53180366d72eecbaf0e93 | 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 | 0 | eth | 0 | $ - |
| 14985820 | 0x8beaec7c3ed1ac55ae2b95cc8ff5f71f46f0b5f38c920801a7949793de9f008e | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 1.01031E+20 | eth | 1.00426E+23 | $ 100,426.49 |
| 14986505 | 0xeee92ac52ea3b97c0ec8cf5e38624ccb3204cde873b28a94db3255a58d7ded82 | 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 | 0 | eth | 0 | $ - |
| 14986926 | 0x67c9a92d6a0791f26afa875f4764d226c47d709e0f17b3530a7816bca397fedd | 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 | 0 | eth | 0 | $ - |
| 14986965 | 0x6b177130f75ddf8bf43380171f3f9d9e0ffdb2e2c8ce0278991106339b55b81b | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 5.53841E+19 | eth | 5.50529E+22 | $ 55,052.88 |
| 15013380 | 0x4e9ccc9452f704fd1e8dd178a295037dd35658dd86f25247224593fdf6122449 | 0x981c8ECD009E3E84eE1ff99266BF1461a12e5c68 | 2.24773E+18 | eth | 2.56799E+21 | $ 2,567.98 |
| 15046576 | 0x9220f2803481949c3cbaed722998d10d9aa2c364b371a8ee0e5efd85da8a7d43 | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 4.52247E+19 | eth | 4.9706E+22 | $ 49,706.02 |
| 15049997 | 0xf620fca9109f1d526f6816048cae911a54b6dcc578ad35258184261136b49460 | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 9.86504E+19 | eth | 1.0588E+23 | $ 105,879.54 |
| 15052292 | 0x6f493c11023e4692e4e192e8316f90c719d49dd09538821fdd8a4566024357e0 | 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 | 0 | eth | 0 | $ - |
| 15052336 | 0x238c8382ee0bf1bca90eed7b3f4be7a0623e0adac1d58800e18ec5d5baf2148d | 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 4.86185E+19 | eth | 5.21813E+22 | $ 52,181.25 |
| 15096831 | 0x02107d93e48e48dab319d41007b5f79df5a3133397518f68451c017dcbbe77a8 | 0x385997d8b9fb4D9a4a15bf858Fa1eD7d2dB6A3A9 | 8.00E+16 | eth | 9.90E+19 | $ 99.00 |

$17,189,461.91

PLAINTIFF0000775

PRE-SNAPSHOT
movement.dao initialization budget(5)

2080   Houry computation per year

| | Count | Role | ENS | Ethereum Address | Notes | Description |
|---|---|---|---|---|---|---|
| developers | 1 | Application Block/Architect | tankbottoms.eth | 0x5d95baEB88412AD80798724DA5c281E0BB30277E | | UX, smart contracts, cloud functions, legal, cheerleader |
| | 2 | UX Illustrator Figma | natasha-pankina.eth | 0x70D209ff05976a8a9786617e8a905e181c0Cf | 1 | UX designer, PFP illustrator designer |
| | 3 | UX Front-end Typescript | na | 0x6305939094C2B5113A57C0ade0705478A52e51e | 2 | UX, Svelte front-end |
| | 4 | Typescript/Solidity | sveltedev.eth | 0x4923e65c10des3ef820e5e164cdb908059e02a8 | 3 | Full-stack, smart contracts |
| | 5 | Typescript/Solidity | na | 0x0187e6a7e76577fcb02fC546F9Fe5190cA7066d0 | | Account-custodial smart contract, front-end |
| | 6 | Typescript/UX/Svelte | na | 0x28c75ED84AF705D314040934188C8C2CA9ds84c | | UX, Svelte front-end |
| | 7 | Blockchain Architect | cptspacecadet.eth | 0x5588b7cb1ccob3e1470B4cF971D8CDa770A3c3bF | | tankbottoms.eth delegate, blockchain architect, tezos |
| | 8 | Typescript | tbd | 0x0000000000000000000000000000000000000000 | 8 | |
| | 9 | Typescript | tbd | 0x0000000000000000000000000000000000000000 | | |
| | 10 | Typescript | tbd | 0x0000000000000000000000000000000000000000 | | |
| | 11 | Program Management | goodtimeswith.fuzzyhandcuffs.eth | 0xf8042cE9E40f9D80c0F8433bcdC32e00A89 | 10 | Documentation, Legal, Github Issues, Sprint prioritization |
| | 12 | Application Block/Architect | | 0x7ae83bec045ec7cee1e75cf3ee141834830b0387 | | Jango.eth, architect and inventor of the Juicebox protocol |
| | | sub-total | | | | |
| business development | 12 | Community, marketing | feugo | 0xE4118BC08679217K3D2532475ff150AC5B903 | | Governance, community coordinator |
| | 13 | Governance & documentation | filipv | 0x3061D0615467c80b9EDc5437des8aF94088EA6D9 | | Governance, community contributor |
| | 14 | Marketing, copy & documentation | felixander | 0xA04A6935161de4e127E93Fe86d3447061D6684e | 7 | See notes |
| | 15 | Marketing, business develop | obstacker | 0x3067DD815487c80b9EDc5437De6Ebf943B65AB39 | | |
| | 16 | Onboarding workflow | myco | 0x2D85EB34C9b98EdF907d6c85B#FD8407ee8Ba284 | | |
| | 18 | Onboarding business dev | aidan | 0x0000000000000000000000000000000000000000 | | |
| | 19 | Community, documentation | tbd | 0x0000000000000000000000000000000000000000 | | |
| | 20 | Infrastructure, Subscription Expenses | dao-lawfirm.eth* | 0x7523f6a3A10919F1cb4418CF78D1F14c234008 | 4 | Fleek, Firebase, Github, Graph, Alchemy, Tenderly, Namespace, ens.domains, Filing fees, BVI structure |
| | 21 | Legal, Accounting | dao-lawfirm.eth | 0x0000000000000000000000000000000000000000 | 9 | Terms of Service, Privacy Policy, EULA, Articles of Incorporation, By-laws, for parent and for generated DAOs and tokens |
| | 22 | Bolt, Wyre Integration | dao-lawfirm.eth | 0x0000000000000000000000000000000000000000 | | Bolt credit card payment, Wyre, omnibus wallet management system, integration and segmented provider |
| | 30 | Branding, Design | tbd | 0x0000000000000000000000000000000000000000 | | |
| | | sub-total | | | | |

total
year-end 2022

expenses to date for r&d and previous consultants interviews, recruiting
move.xyz

| | |
|---|---|
| 1 | Varies by workload |
| 2 | Varies by availability, i.e. two months summer off and part time in winter, effectively half time |
| 3 | Additional goals, project milestone bonuses from $5,000, to $15,000 or an additional $25,000-$50,000 over one year |
| 4 | Current expenses are paid between tankbottoms.eth, dao-lawfirm.eth, developer.move.eth, and operating funds contributed by individuals which will be consolidated into a movementdao bank account |
| 5 | Scope and purpose of movement.dao is detailed https://bit.ly/3zXEDaY and is undergoing multiple revisions |
| 6 | Paid from previous DAI contribution in exchange for SAFT |
| 7 | $4k, 20h commitment to JB contributor, $5k, 20h commitment to Movement |
| 8 | Greyed expenses are headcounts which are not filled, budget and expenses signaling which ultimately be followed up with individual proposal |
| 9 | Some amount of funds will be used to seed movement dao bank account for IRL expenses, subscriptions, vendor expenses |
| 10 | Other duties include banking and legal complaince, accounting |

PLAINTIFF0000776

Initial DRAFT
movement.dao initialization budget(5)

2080   Hourly computation per year

| | Count | Role | ENS | Ethereum Address | Monthly | FC | Annualize | Onetime | tTOKENs | Notes | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| developers | 1 | Application Block/Architect | tankbottoms.eth | 0x... | $ 88,000.00 | $ 44,000.00 | $ 1,056,000.00 | $ - | | | UX, smart contracts, cloud functions, legal, cheerleader |
| | 2 | UX Illustrator Figma | natasha-pankina.eth | 0x... | $ 12,500.00 | $ 6,250.00 | $ 150,000.00 | $ - | 100,000 | 1 | UX designer, PFP illustrator designer |
| | 3 | UX Front-end Typescript | cookieslayer.eth | 0x... | $ 30,000.00 | $ 15,000.00 | $ 360,000.00 | $ - | 100,000 | 2 | UX, Svelte front-end |
| | 4 | Typescript/Solidity | svelledev.eth | 0x... | $ 20,000.00 | $ 10,000.00 | $ 240,000.00 | $ - | 100,000 | 3 | Full-stack, smart contracts |
| | 5 | Typescript/Solidity | na | meows.llc payment | | $ - | $ - | $ 20,000.00 | | | Account-custodial smart contract, front-end, meows, llc |
| | 6 | Typescript/UX/Svelte | na | meows.llc payment | $ 20,000.00 | $ 10,000.00 | $ 240,000.00 | $ 20,000.00 | | | UX, Svelte front-end |
| | 7 | Blockchain Architect | cptspacecadet.eth | 0x... | $ 46,000.00 | $ 23,000.00 | $ 552,000.00 | $ 30,000.00 | 100,000 | | tankbottoms.eth delegate, blockchain architect, tezos, off-ramp meows llc |
| | 8 | Typescript | tbd | 0x... | $ 25,000.00 | $ 12,500.00 | $ 300,000.00 | $ - | | 8 | |
| | 9 | Typescript | tbd | 0x... | $ 25,000.00 | $ 12,500.00 | $ 300,000.00 | $ - | | | |
| | 10 | Typescript | tbd | 0x... | $ 25,000.00 | $ 12,500.00 | $ 300,000.00 | $ - | | | |
| | 11 | Program Management | benrsed.eth | 0x... | $ 15,000.00 | $ 7,500.00 | $ 180,000.00 | $ 20,000.00 | | 10 | Documentation, Budget, Expenses, Reimbursements, Legal, Github issues, Sprint prioritization |
| | 12 | Application Block/Architect | pango.eth | 0x... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | | 100,000 | | pango.eth, architect and inventor of the Juicebox protocol |
| | 13 | Governance & documentation | filepv.eth | 0x30670D61E487c80b9EDc54370e6EaF943B6EAB5 | $ 16,000.00 | $ 8,000.00 | $ 192,000.00 | | 100,000 | 11 | filpv |
| | | sub-total | | | $ 330,000 | $ 165,000 | $ 3,960,000 | $ 90,000.00 | | | |
| | | | | | $ 255,000 | | $ 3,060,000 | | | | Removed any individuals not engaged currently |
| business development | 12 | Community, marketing | feugomoves.eth | 0x... | $ 10,000.00 | $ 5,000.00 | $ 120,000.00 | $ - | 100,000 | | Governance, community coordinator |
| | 13 | Governance & documentation | filipv | 0x... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | $ - | 100,000 | | Governance, community contributor |
| | 14 | Marketing, copy & documentation | felixander | 0x... | $ 5,000.00 | $ 2,500.00 | $ 60,000.00 | $ - | 100,000 | 7 | See notes |
| | 16 | Onboarding workflow | myco | 0x... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | $ - | 100,000 | | |
| | 18 | Onboarding business dev | aidan | 0x... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | $ - | 100,000 | | |
| | 19 | Community, documentation | tbd | 0x... | $ 10,000.00 | $ 5,000.00 | $ 120,000.00 | $ - | | | |
| | 20 | Infrastructure, Subscription Expenses | dao-lawfirm.eth* | 0x... | $ 5,000.00 | $ 2,500.00 | $ 60,000.00 | $ - | | 4 | Fleek, Firebase, Github, Graph, Alchemy, Tenderly, Namespace, ens.domains, Filing fees, BVI structure |
| | 21 | Legal, Accounting | dao-lawfirm.eth | 0x... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | $ - | | 9 | Terms of Service, Privacy Policy, EULA, Articles of Incorporation, By-laws, for parent and for generated DAOs and tokens |
| | 22 | Bolt, Wyre Integration | dao-lawfirm.eth | 0x... | $ - | $ - | $ - | $ 15,000 | | | Bolt credit card payment, Wyre, omnibus wallet management system, integration and segmented provider |
| | 30 | Branding, Design | | 0x... | $ - | $ - | $ - | $ 100,000 | | | |
| | | sub-total | | | $ 60,000 | $ 30,000 | $ 720,000 | $ 115,000 | | | |
| | | total | | | $ 360,000 | | $ 4,680,000 | $ 205,000 | | | expenses to date for r&d and previous consultants interviews, recruiting |
| | | year-end 2022 | | | $ 1,560,000.00 | | $ 2,340,000.00 | $ 205,000 | | | move.xyz |

| | |
|---|---|
| 1 | Varies by workload |
| 2 | Varies by availability, i.e. two months summer off and part time in winter, effectively half time |
| 3 | Additional goals, project milestone bonuses from $5,000, to $15,000 or an additional $25,000-$50,000 over one year |
| 4 | Current expenses are paid between tankbottoms.eth, dao-lawfirm.eth, developer move.eth, and operating funds contributed by individuals which will be consolidated into a movementdao bank account |
| 5 | Scope and purpose of movement dao is detailed https://bit.ly/3zXEDaY and is undergoing multiple revisions |
| 6 | Paid from previous DAI contribution in exchange for SAFT |
| 7 | $4k, 20h commitment to JB contributor; $5k, 20h commitment to Movement |
| 8 | |
| | Greyed expenses are headcounts which are not filled, budget and expenses signaling which ultimately be followed up with individual proposal |
| 9 | Some amount of funds will be used to seed movement dao bank account for IRL expenses, subscriptions, vendor expenses |
| 10 | Other duties include banking and legal complaince, accounting |

PLAINTIFF0000777

SNAPSHOT mip-0007
daolabs.dao initialization budget(5)

| | | | | | | | | 2080 | Houry computation per year |
|---|---|---|---|---|---|---|---|---|---|

| | Count | Role | Monthly | FC | Hourly | Annualize | Onetime | gTOKENs | Notes | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| developers | 1 | Application Block/Architect | $ 88,000.00 | $ 44,000.00 | $ 507.69 | $ 1,056,000.00 | $ - | | 1 | UX, smart contracts, cloud functions, legal, cheerleader |
| | 2 | UX Illustrator Figma | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | 100,000 | 2 | UX designer, PFP illustrator designer |
| | 3 | UX Front-end Typescript | $ 30,000.00 | $ 15,000.00 | $ 173.08 | $ 360,000.00 | $ - | 100,000 | 3 | UX, Svelte front-end |
| | 4 | Typescript/Solidity | $ 20,000.00 | $ 10,000.00 | $ 115.38 | $ 240,000.00 | $ - | 100,000 | 4 | Full-stack, smart contracts |
| | 5 | Typescript/Solidity | $ 12,000.00 | $ 6,000.00 | $ 69.23 | $ 144,000.00 | $ 20,000.00 | | 5 | Account-custodial smart contract, front-end |
| | 6 | Typescript/UX/Svelte | $ 12,000.00 | $ 6,000.00 | $ 69.23 | $ 144,000.00 | $ 20,000.00 | | 6 | UX, Svelte front-end |
| | 7 | Blockchain Architect | $ 46,000.00 | $ 23,000.00 | $ 265.38 | $ 552,000.00 | $ 30,000.00 | 100,000 | 7 | Delegate, blockchain architect, tezos |
| | 8 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 8 | TBD |
| | 9 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 9 | TBD |
| | 10 | Typescript, CSS | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ - | | 10 | TBD |
| | 11 | Program Management | $ 15,000.00 | $ 7,500.00 | $ 86.54 | $ 180,000.00 | $ 20,000.00 | | 11 | Documentation, Legal, Github Issues, Sprint prioritization |
| | 12 | Application Block/Architect | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | | 100,000 | 12 | Architect OG of the Juicebox protocol |
| | | sub-total | $ 290,500 | $ 145,250 | | $ 3,486,000 | $ 90,000.00 | | | |
| business development | 13 | Community, marketing | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | 100,000 | 13 | Discontinue |
| | 14 | Governance & documentation | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 14 | Discontinue |
| | 15 | Marketing, copy & documentation | $ 5,000.00 | $ 2,500.00 | $ 28.85 | $ 60,000.00 | $ - | 100,000 | 15 | Discontinue |
| | 16 | Marketing, business develop | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | 100,000 | 16 | Discontinue |
| | 17 | Onboarding workflow | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 17 | Discontinue |
| | 18 | Onboarding business dev | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | 100,000 | 18 | Discontinue |
| | 19 | Community, documentation | $ 10,000.00 | $ 5,000.00 | $ 57.69 | $ 120,000.00 | $ - | | 19 | Discontinue |
| | 20 | Infrastructure, Subscription Expenses | $ 5,000.00 | $ 2,500.00 | $ 28.85 | $ 60,000.00 | $ - | | 20 | Fleek, Firebase, Github, Graph, Alchemy, Tenderly, Namespace, ens.domains, Filing fees, BVI structure |
| | 21 | Legal, Accounting | $ 7,500.00 | $ 3,750.00 | $ 43.27 | $ 90,000.00 | $ - | | 21 | Terms of Service, Privacy Policy, EULA, Articles of Incorporation, By-laws, for parent and for generated DAOs and tokens |
| | 22 | Bolt, Wyre Integration | $ - | $ - | $ - | $ - | $ 15,000 | | 22 | Bolt credit card payment, Wyre, omnibus wallet management system, integration and segmented provider |
| | 23 | Branding, Design | $ - | $ - | $ - | $ - | $ 100,000 | | 23 | RFQ Complete |
| | | sub-total | $ 70,000 | $ 35,000 | | $ 840,000 | $ 115,000 | | | |
| | | | $ 360,500 | | | $ 4,326,000 | $ 205,000 | | | expenses to date for r&d and previous consultants interviews, recruiting |
| | | | $ 1,442,000.00 | | | $ 2,163,000.00 | $ 205,000 | | | rough budget may include conversion fees or on-off ramp incurred by 3rd parties |

PLAINTIFF0000778

| Count | Role | ENS | Ethereum Address | Monthly | FC | Annualize | Onetime | qTOKENs | Notes | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Application Block/Architect | tankbottoms.eth | ... | $ 88,000.00 | $ 44,000.00 | $ 1,056,000.00 | $ - | | 1 | UX, smart contracts, cloud functions, legal, cheerleader |
| 2 | UX Illustrator Figma | meowsdao.eth | ... | $ 17,500.00 | $ 8,750.00 | $ 210,000.00 | $ - | 100,000 | 2 | UX designer, PFP illustrator designer |
| 3 | UX Front-end Typescript | cookieslayer.eth | ... | $ 30,000.00 | $ 15,000.00 | $ 360,000.00 | $ - | 100,000 | 3 | UX, Svelte front-end |
| 4 | Typescript/Solidity | sveltedev.eth | ... | $ 20,000.00 | $ 10,000.00 | $ 240,000.00 | $ - | 100,000 | 3 | Full-stack, smart contracts |
| 5 | Typescript/Solidity | action-engine | ... | $ 19,000.00 | $ 9,500.00 | $ 228,000.00 | $ 20,000.00 | | | Account-custodial smart contract, front-end |
| 6 | Typescript/UI/Svelte | | ... | | $ - | | | | | UX, Svelte front-end |
| 7 | Blockchain Architect | | ... | $ 46,000.00 | $ 23,000.00 | $ 552,000.00 | $ 30,000.00 | 100,000 | | blockchain dev |
| 8 | Typescript | | ... | | $ - | | $ - | | 8 | |
| 9 | Typescript | | ... | | $ - | | $ - | | | |
| 10 | Typescript | | ... | | $ - | | $ - | | | |
| 11 | Program Management | benreed.eth | ... | $ 15,000.00 | $ 7,500.00 | $ 180,000.00 | $ 20,000.00 | 100,000 | 10 | Documentation, Legal, Github Issues, Sprint prioritization |
| 12 | Application Block/Architect | jango.eth | ... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | | 100,000 | | Jango.eth, architect and inventor of the Juicebox protocol |
| | subtotal | | | $ 248,000 | $ 100,000 | $ 2,915,000 | $ 70,000.00 | | | |
| 12 | Community, marketing | feugo.eth | ... | $ 12,500.00 | $ 6,250.00 | $ 150,000.00 | $ - | 100,000 | | Governance, community coordinator |
| 13 | Governance & documentation | filpv.eth | ... | $ 14,000.00 | $ 7,000.00 | $ 168,000.00 | $ - | 100,000 | | Governance, community contributor |
| 14 | Marketing, copy & documentation | | ... | | $ - | | $ - | | 7 | See notes |
| 15 | Marketing, business develop | | ... | | $ - | | $ - | | | |
| 16 | Onboarding workflow | | ... | | $ - | | $ - | | | |
| 18 | Onboarding business dev | | ... | | $ - | | $ - | | | |
| 19 | Community, documentation | | ... | | $ - | | $ - | | | |
| 20 | Infrastructure, Subscription Expenses | dao-lawfirm.eth* | ... | $ 5,000.00 | $ 2,500.00 | $ 60,000.00 | $ - | | 4 | Fleek, Firebase, Github, Graph, Alchemy, Tenderly, Namespace, ens+domains, Filing fees, BVI structure |
| 21 | Legal, Accounting | dao-lawfirm.eth | ... | $ 7,500.00 | $ 3,750.00 | $ 90,000.00 | $ - | | 9 | Terms of Service, Privacy Policy, EULA, Articles of Incorporation, By-laws, for parent and for generated DAOs and tokens |
| 22 | Bolt, Wyre integration | dao-lawfirm.eth | ... | $ - | $ - | $ - | $ 15,000 | | | Bolt credit card payment, Wyre, omnibus wallet management system, integration and segmented provider |
| 30 | Branding, Design | tbd | ... | $ - | $ - | $ - | $ 100,000 | | | |
| | subtotal | | | $ 39,000 | $ 19,500 | $ 468,000 | $ 115,000 | | | |
| | | | total | $ 3,000,000 | | $ 3,384,000 | $ 185,000 | | | expenses to date for r&d and previous consultants interviews, recruiting |
| | | | year-end 2022 | $ 1,128,000.00 | | $ 1,692,000.00 | $ 185,000 | | | daolabs-operational budget |

action-engine
dao-lawfirm.eth amex expenses
meowsdao.eth reimbursement 2.5 months floating expenses
Loan agreement with Mike Radin
Loan agreement with Evita Stenqvist
emsta of each mip, update governance
legal resources daolabs-site
legal templates payments
dao-lawfirm, phillips indemnification agreement

PLAINTIFF0000779

| Individual | Biller | Role | Rate |
|---|---|---|---|
| R. Yurchak | RY | Attorney | $ 500.00 |
| M. Welton | MW | Paralegal | $ 375.00 |
| M. Phillips | MP | Paralegal, Developer | $ 475.00 |
| K. Silva | KS | Paralegal | $ 200.00 |

| Date | Biller | Activity | Duration | Amount | Flat fee | Notes |
|---|---|---|---|---|---|---|
| 3/1/2022 | MP | Documentation of Gnosis, Ledger for storage | 0.50 | $ 237.50 | | |
| 4/1/2022 | MW | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 5/1/2022 | MW | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 6/1/2022 | RY | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 6/1/2022 | MW | DAOLABS, application fees | | | | |
| | MW | Additional DAOLABS, etc. | | | | |
| 6/10/2022 | RY | DAOLABS, Trust, Una, LLC, Inc Governance documents | 6.00 | $ 2,850.00 | | |
| 6/11/2022 | MP | DAOLABS, Trust, Una, LLC, Inc Governance documents, cont. | 6.00 | $ 2,850.00 | | |
| 6/12/2022 | MP | Privacy Policy, Terms of Service, DAOLABS, Juicebox | 6.00 | $ 2,850.00 | | |
| 7/1/2022 | RY | Meow, LLC formation, banking resolution | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS, LLC formation review | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS, Inc formation review | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS Trust formation | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | Movement, Unincorporated Non-profit Association review | 1.00 | $ 500.00 | | |
| 7/15/2022 | RY | Notes regarding Securities | 2.00 | $ 1,000.00 | | |
| 7/30/2022 | RY | Reciept of DAI for Action Engine, Invoice payment | 0.25 | $ 125.00 | | |
| 7/30/2022 | MP | Legal resources template application | 6.00 | $ 2,850.00 | | |
| 7/31/2022 | MP | Legal reference templates to publish | | | $ 1,000.00 | |
| 8/1/2022 | MP | https://daolabs-docs.on.fleek.co/dao/proposals/legal-templates/README.md | 6.00 | $ 2,850.00 | | |
| 8/1/2022 | RY | Secured, Unsecured Promissory Note templates | 0.50 | $ 250.00 | | |
| 3/1/2022 | MP | Correspondence with Eric Gibbs regarding engagement | 0.10 | | | |
| 8/2/2022 | RY | Review of Eric Gibbs, Final payment status | 0.25 | $ 115.75 | | |
| 3/2/2022 | MW | Opinion Letter Securities | 8.00 | $ - | | Juicebox paid $20k for opinion letter which was not updated after feedback |
| | MP | Notes on Securities Letter | 19.00 | | | |
| 8/31/2022 | RY | Unincorporated Non-profit Association Accountant Interview | 0.50 | $ 237.50 | | |
| 9/1/2022 | RY | Accounting for crypto-transactions | 0.00 | $ - | 2,500.00 | |
| 9/1/2022 | RY | Phillps property storage | 0.00 | $ - | 500.00 | Per month |
| 9/1/2022 | RY | Loan agreement with Mike Radin | 0.25 | $ 125.00 | | |
| 9/2/22 | RY | Loan agreement with Evita Stenqvist | 0.25 | $ 125.00 | | |
| 9/2/2022 | RY | Errata for Move-0000 through 0007 | 0.50 | $ 250.00 | | |
| 9/3/2022 | RY | https://daolabs-docs.on.fleek.co/move/proposals/mip-0000.md | 0.50 | $ 250.00 | | |

| 9/1/2022 | - | Amex Expenses | 0.00 | $ - | 16,000.00 | DAI 9/1/22 |
| | RY | Filing fees for x,y,z | | $ - | 5,000.00 | DAI 9/1/22 |
| | | Eric Gibbs final payment | | $ - | 6,000.00 | |
| | | Crypto-conversion tax impact | | | | |
| | | Meows, LLC tax estimation | | | 5,000.00 | |
| | | Phillps tax estimation | | | 5,000.00 | |
| | | 2021 crypto-tax expenses | | | 30,000.00 | DAI 9/1/22 |
| | | Amex account reconciliation - services | | | | |

| 9/1/2022 | RY | 0xF6003 74D335fD2710E0d4944A6644d1E731B4B4d0 | | | $ (35,000.00) | https://etherscan.io/token/0x6b175474e89094c44da98b954eedeac495271d0f?a=0xF6003 74D33fD2710E0d4944A6644d1E731B4B4d0 |
| 9/1/2022 | RY | 0x55d83454d34e0a95c9013ae36568D99fc904a510 | | | $ (10,000.00) | Evaluation of off-ramp Robinhood |
| 9/2/2022 | RY | 0x2187e6a7c765777d50213546F0Fe519fCA706fbD | | | $ 210,000.00 | Transfer fiat for LLC, Inc |

| | | | | $ 20,893.75 | $ 236,000.00 | |

Deferred Fees

| Month | Total Amount | Deferred Amount | Status |
|---|---|---|---|
| Sep-21 | $ - | $ 7,240.70 | Paid |
| Oct-21 | $ 3,025.00 | $ 1,058.75 | Pending |
| Nov-21 | $ 13,077.50 | $ 4,577.13 | Pending |
| Dec-21 | $ 35,327.50 | $ 12,364.63 | Pending |
| Jan-22 | $ 8,282.50 | $ 2,898.88 | Pending |
| Feb-22 | $ 36,947.50 | $ 12,931.63 | Pending |

PLAINTIFF0000780

| Id | Individual | Initials | Address |
|---|---|---|---|
| 1 | M. Phillips | MP | 0x0d95baebbf412ed82738724DaBc281e3bb30d27a |
| 2 | R. Pankhe | RP | 0x1CD287825087EBa87B0FE17efcab25a1B1c0CF0 |
| 3 | E. Stenqvist | ES | 0x639890004C28611DABFC0eyd0270E4F9A52ba1e70 |
| 4 | S. Tariq | ST | 0x4823aB5c10daa3af50a5a252fa8d0a09ae02a0 |
| 5 | J. Gordon | JG | 0xE41189820860792176BC25302675f1189AC5f0033 |
| 6 | F. Vishu | FV | 0x0087006160487a80d8Dc54370e65aF94366EAB39 |
| 7 | B. Reed | BR | 0x69042c55f64df9D82c0F0453f5bcdC32fe80A69 |
| 8 | J. Jacobson | JJ | 0x7ae83fba048fe27cee1a75cf7aa14163483b8397 |
| 9 | R. Bresdaw | RB | 0x8CCO14187BCeh670aa6Fc88F397b24709dc23cc3 |
| 10 | D. Lawfirm | DL | 0x73251f5a3A1091c9441BCF79D1F1fd23493B5 |
| 11 | M. Racin | MR | 0x6969f7cb1ccb3a147084f6671d9dde770a2cd0f |

| Date | Initials | Description | Purpose | Amount | DAI | ETH | Gas, Other | To | Notes | Tx |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/30/2022 | MP | Transfer from Genesis to Developer | mp-0007 | $ 1,750,000.00 | 1,750,000.00 | - | - | | | 0xf0232cb3a7fcc48c597a4b6242e66f7841f2fd0dc076194ed1cc4deb822af95218 |
| | | Execute Tx | | $ - | | - | - | | | 0xe0d01c69676a598beab0b97ac5002f4afe4378fcc037bc4f4891a4a9a7e8b27f631 |
| | | Swap DAI 100k for 69.619 ETH | Swap ETH | $ - | | 69.62 | - | | | 0xe0d2b0c5461f8164ac00127a72f6c051ca8876a5a0954a7892b634440cae751dbd |
| | | Swap DAI 250k for 162.242 ETH | Swap ETH | $ - | | 162.24 | - | | | 0x723802204896307f9812f9a50dd9a192e8f1d972e1400d2f0a289ac1f83ac623e |
| | | Transfer 162.121 ETH to Robinhood | Pay | $ (250,000.00) | | 162.34 | - | | July, August Phillips Pay, Natocha, Partial Reimbursements Pay - transfer to Robinhood | 0x4e6a853a1c6dfbe40177f9430f40d622 1ead45d7ab6385ea1750d92339ef4bd5af4 |
| | MP | Transfer 15,043 DAI to tanktobttoms.eth | Reimburse | $ (15,000.00) | 15,043.00 | | | | Transfer to Spaceshift consulting | 0x70c85G9at24de895cc3654c4eb56aa617a3d7114 1ea1d149f966645a5950a5756 |
| | MP | Transfer 35,000 DAI to dao-lawfirm.eth | Reimburse | $ (35,000.00) | 35,000.00 | | | | $9k Entity setup, $18k Arao expenses | 0xf980be0d9e51a783540cf194a6fa38a086 10e329b636751152f8a5e73fdd9ae |
| | MP | Transfer 6.47 ETH to Robinhood | Reimburse | $ (10,000.00) | | 6.47 | | 0x9000374d30fd2710a0df1944a8f44d1e7318fbfd0 | Transfer $10k to Robinhood to compare liquidation and fiat between Coinbase/Robinhood | 0xf5f28e0d5e81e782040cf7b94e5fa3dc85610c329d30765152be5ef3fdd9ae |
| 8/30/2022 | MP | Transfer 25,000 DAI to jimmyethworld.eth | Pay | $ (25,000.00) | 25,000.00 | | 0xe11389286097921765d25392475f1158ac9f0033 | Pay JG salary | 0x6fd573cc5a7f829abdce662c5f12990a59ab36c9788a68ec9760aebd0f18f470 |
| | MP | Transfer 210,000 DAI for LLC, Inc | Transfer | $ (210,000.00) | 210,000.00 | | | 0xd19c0f92dcb21f7723c0fba299b9c1e120fea8235b3c5f0ec01b12a1503b0f1 | BVI and State of Delaware filing fees | 0x17dcbf74a63aa8198daa4fec92a16f180a169f46b3d1fe34221e935082060030ea90 |
| 9/9/2022 | BR | Transfer 7932 DAI to B. Reed | Reimburse | $ 3,932.00 | 3,932.00 | | | benreed.eth | Liquidation and tax implosion filing transfer to fiat | 0x0e4c0411a84695b9aabd4679c09b09a1e1611cobc3271d8fcfd5394f5c0f477 |
| | | Infura, 1,000,000 Tx | Reimburse | $ 247.73 | | | | | dao-lawfirm.eth expenses migrating to meows, llc | |

PLAINTIFF0000781



| Id | Individual | Initials | Address | Verified | Salary |
|---|---|---|---|---|---|
| 1 | M. Phillips | MP | 0x5d95aebh8412a8272672d0a5c281e3bb30d27a | 9/8/2022 | |
| 2 | N. Parikhs | NP | 0x5772C38aCa68ac0FB50Fd01699d3Dfa6B7DF628 | 9/11/2022 | |
| 3 | E. Stengvist | ES | 0x63093004C2861134870ab&D70E478A52be1e70 | | |
| 4 | S. Tariq | ST | 0x4823e65c10daa3ef320e5e262cfa6d0a059e02a6 | 9/8/2022 | |
| 5 | J. Gordon | JG | 0xE4119892660792175630253924751156AC5f9033 | | |
| 6 | F. Vizitiu | FV | 0x30670D81E467d60b9E0c54370e6EaF943BEEAB39 | | |
| 7 | B. Reed | BR | 0d6043c55fE4df9Df62c0F84359bcd032b60A69 | | 175,000 |
| 8 | J. Juicebox | JJ | 0x7ae63fba045fec7cae1a75cf7aa141834836d397 | | |
| 9 | R. Bresiow | RB | 0x6020041676Ca4670ae9FcBBF297a24736dc23cc3 | | |
| 10 | D. Lowfirm | DL | 0x752515a3A1091bb1c04416CF79D1F14d2340005 | | |
| 11 | M. Radin | MR | 0x5566b7cb1cccb3e147084d971d6dda770a3c90f | | |

| Date | Initials | Description | Purpose | Amount | DAI | ETH | Gas, Other | To | Notes | Tx |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/8/2022 | MP | Ben Reed reimbursements, payroll | Payroll | $ 20,000.00 | 20,000.00 | | | benreed.eth | Included reimbursement for setting up corporations | 0x44c6ce0a7e79f0e54194a95cc67d8c1a8a4d6a83c3c6b630f5d4e414ea1990ba |

PLAINTIFF0000782

Summary Expenses June 2022 through September 2022

| Id | Individual | Initials | Address |
|---|---|---|---|
| 1 | M. Pokora | MP | 0x56d5bae0e8412adb272672e0a5c291e3bc30d27a |
| 2 | Gnosis | Gnosis | 0xD0908198648949181Ed73494AC45fd8dfa36B0de45 |
| 3 | dao-lawfirm.eth | lawfirm | 0x752515aA1991b91fcd4416CF79D1F14d22400c65 |
| 4 | cutoperacadet | cut | 0x5a9762C1a720e6588d89E9746b1f0111f662b2B |
| 5 | N. Pavlova | NP | 0x1DD2001250870ba6788fE17efbab25a181a0CF0 |

| Invoice | Date | Initials | Description | Purpose | Amount | DAI | ETH | Gas, Other | To | Notes | Tx |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/30/2022 | MP | | | | - | - | | | Payments to meta-dev since June<br>Payments to coolsellayer.eth<br>Payments to lake Radio<br>DAI/WETH v3 LP<br>cDAI/WETH v3 LP<br>Purchase of Gnar 2<br>Reimburse 0x83fd779a85bcbf00dd3b5d6372173AF8a3b31f8Dbd7<br>0.0034 * 100 - ETH merge<br>2,4,5, 2.75, 1.25, .25, ETH TX<br>DAI 7750, 18,843, 11.00, 1,500, 16,000, 4,000<br><br>22020001 June, July, August. Action Engine $20k, $20k, $30k - $70k | |

$ 216,000.00    4,700.00    4.00    16,000.00

PLAINTIFF0000783