# Exhibit 90A
# MAGNIFIED EXCERPT OF EXHIBIT 90

| Individual | Biller | Role | Rate |
|---|---|---|---|
| R. Yurchak | RY | Attorney | $ 500.00 |
| M. Welton | MW | Paralegal | $ 375.00 |
| M. Phillips | MP | Paralegal, Developer | $ 475.00 |
| K. Silva | KS | Paralegal | $ 200.00 |

| Date | Biller | Activity | Duration | Amount | Flat fee | Notes |
|---|---|---|---|---|---|---|
| 3/1/2022 | MP | Documentation of Gnosis, Ledger for storage | 0.50 | $ 237.50 | | |
| 4/1/2022 | MW | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 5/1/2022 | MW | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 6/1/2022 | RY | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 6/1/2022 | MW | DAOLABS, application fees | | | | |
| | MW | Additional DAOLABS, etc. | | | | |
| 6/10/2022 | RY | DAOLABS, Trust, Una, LLC, Inc Governance documents | 6.00 | $ 2,850.00 | | |
| 6/11/2022 | MP | DAOLABS, Trust, Una, LLC, Inc Governance documents, cont. | 6.00 | $ 2,850.00 | | |
| 6/12/2022 | MP | Privacy Policy, Terms of Service, DAOLABS, Juicebox | 6.00 | $ 2,850.00 | | |
| 7/1/2022 | RY | Meow, LLC formation, banking resolution | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS, LLC formation review | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS, Inc formation review | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS Trust formation | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | Movement, Unincorporated Non-profit Association review | 1.00 | $ 500.00 | | |
| 7/15/2022 | RY | Notes regarding Securities | 2.00 | $ 1,000.00 | | |
| 7/30/2022 | RY | Reciept of DAI for Action Engine, Invoice payment | 0.25 | $ 125.00 | | |
| 7/30/2022 | MP | Legal resources template application | 6.00 | $ 2,850.00 | | |
| 7/31/2022 | MP | Legal reference templates to publish | | | $ 1,000.00 | |
| 8/1/2022 | MP | https://daolabs-docs.on.fleek.co/daolabs/legal-templates/README.md | 6.00 | $ 2,850.00 | | |
| 8/1/2022 | RY | Secured, Unsecured Promissory Note templates | 0.50 | $ 250.00 | | |
| 8/1/2022 | MP | Correspondence with Eric Gibbs regarding engagement | 0.10 | | | |
| 8/2/2022 | RY | Review of Eric Gibbs, Final payment status | 0.25 | $ 118.75 | | |
| 8/2/2022 | MW | Opinion Letter Securities | 8.00 | $ - | | Juicebox paid $20k for opinion letter which was not updated after feedback. |
| | MP | Notes on Securities Letter | 19.00 | | | |
| 8/31/2022 | RY | Unincorporated Non-profit Association Accountant Interview | 0.50 | $ 237.50 | | |
| 9/1/2022 | RY | Accounting for crypto-transactions | 0.00 | $ - | 2,500.00 | |
| 9/1/2022 | RY | Phillips property storage | 0.00 | $ - | 500.00 | Per month |
| 9/1/2022 | RY | Loan agreement with Mike Radin | 0.25 | $ 125.00 | | |
| 9/2.22 | RY | Loan agreement with Evita Stenqvist | 0.25 | $ 125.00 | | |
| 9/2/2022 | RY | Errata for Move-0000 through 0007 | 0.50 | $ 250.00 | | |
| 9/3/2022 | RY | https://daolabs-docs.on.fleek.co/move/proposals/mip-0000.md | 0.50 | $ 250.00 | | |
| 9/1/2022 | - | Amex Expenses | 0.00 | $ - | $ 16,000.00 | DAI 9/1/22 |
| | RY | Filing fees for x,y,z | | $ - | $ 5,000.00 | DAI 9/1/22 |
| | | Eric Gibbs final payment | | $ - | $ 6,000.00 | |
| | | Crypto-conversion tax impact | | | | |
| | | Meows, LLC tax estimation | | | $ 5,000.00 | |
| | | Phillips tax estimation | | | $ 5,000.00 | |
| | | 2021 crypto-tax expenses | | | $ 30,000.00 | DAI 9/1/22 |
| | | Amex account reconciliation - services | | | | |
| 9/1/2022 | RY | 0xF600374D35fD2710E0d4944A6644d1E73184B4d0 | | | $ (35,000.00) | https://etherscan.io/token/0x6b175474e89094c44da98b954eedeac495271d0f?a=0xF600374D35fD2710E0d4944A6644d1E73184B4d0 |
| 9/1/2022 | RY | 0x55dEd454d3AeBa95c901Dae36568D99fc904d510 | | | $ (10,000.00) | Evaluation of off-ramp Robinhood |
| 9/2/2022 | RY | 0x2187e6a7c765777d50213346F0Fe519fCA706fbD | | | $ 210,000.00 | Transfer fiat for LLC, Inc |

$ 20,893.75  $ 236,000.00

| Deferred Fees | | | | | |
|---|---|---|---|---|---|
| Month | | Total Amount | | Deferred Amount | Status |
| Sep-21 | $ | - | $ | 7,240.70 | Paid |
| Oct-21 | $ | 3,025.00 | $ | 1,058.75 | Pending |
| Nov-21 | $ | 13,077.50 | $ | 4,577.13 | Pending |
| Dec-21 | $ | 35,327.50 | $ | 12,364.63 | Pending |
| Jan-22 | $ | 8,282.50 | $ | 2,898.88 | Pending |
| Feb-22 | $ | 36,947.50 | $ | 12,931.63 | Pending |
| Total | | $ 96,660.00 | $ | 41,071.72 | |

PLAINTIFF0000785

Case 1:23-cv-20727-RKA   Document 106-16   Entered on FLSD Docket 06/09/2023   Page 3 of 4

| Individual | Biller | Role | Rate |
|---|---|---|---|
| R. Yurchak | RY | Attorney | $ 500.00 |
| M. Welton | MW | Paralegal | $ 475.00 |
| M. Phillips | MP | Paralegal, Developer | $ 475.00 |
| K. Sliva | KS | Paralegal | $ 200.00 |

Deferred Fees

| Month | Tot |
|---|---|
| Sep-21 | $ |
| Oct-21 | $ |
| Nov-21 | $ |
| Dec-21 | $ |
| Jan-22 | $ |
| Feb-22 | $ |
| Total | $ |

| Date | Biller | Activity | Duration | Amount | Flat fee | Notes |
|---|---|---|---|---|---|---|
| 3/1/2022 | MP | Documentation of Gnosis, Ledger for storage | 0.50 | $ 237.50 | | |
| 4/1/2022 | MW | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 5/1/2022 | MW | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 6/1/2022 | RY | Monthly Snapshot of Gnosis balances and transactions for accounting | 1.00 | $ 475.00 | | |
| 6/1/2022 | MW | DAOLABS, application fees | | | | |
| | MW | Additional DAOLABS, etc. | | | | |
| 6/10/2022 | RY | DAOLABS, Trust, Una, LLC, Inc Governance documents | 6.00 | $ 2,850.00 | | |
| 6/11/2022 | MP | DAOLABS, Trust, Una, LLC, Inc Governance documents, cont. | 6.00 | $ 2,850.00 | | |
| 6/12/2022 | MP | Privacy Policy, Terms of Service, DAOLABS, Juicebox | 6.00 | $ 2,850.00 | | |
| 7/1/2022 | RY | Meow, LLC formation, banking resolution | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS, LLC formation review | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS, Inc formation review | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | DAOLABS Trust formation | 1.00 | $ 500.00 | | |
| 7/20/2022 | RY | Movement, Unincorporated Non-profit Association review | 1.00 | $ 500.00 | | |
| 7/15/2022 | RY | Notes regarding Securities | 2.00 | $ 1,000.00 | | |
| 7/30/2022 | RY | Reciept of DAI for Action Engine, Invoice payment | 0.25 | $ 125.00 | | |
| 7/30/2022 | MP | Legal resources template application | 6.00 | $ 2,850.00 | | |
| 7/31/2022 | MP | Legal reference templates to publish | | | $ 1,000.00 | |
| 8/1/2022 | MP | https://daolabs-docs.on.fleek.co/daolabs/legal-templates/README.md | 6.00 | $ 2,850.00 | | |
| 8/1/2022 | RY | Secured, Unsecured Promissory Note templates | 0.50 | $ 250.00 | | |
| 8/1/2022 | MP | Correspondence with Eric Gibbs regarding engagement | 0.10 | | | |
| 8/2/2022 | RY | Review of Eric Gibbs, Final payment status | 0.25 | $ 118.75 | | |
| 8/2/2022 | MW | Opinion Letter Securities | 8.00 | $ - | | Juicebox paid $20k for opinion letter which was not updated after feedback. |
| | MP | Notes on Securities Letter | 19.00 | | | |
| 8/31/2022 | RY | Unincorporated Non-profit Association Accountant Interview | 0.50 | $ 237.50 | | |
| 9/1/2022 | RY | Accounting for crypto-transactions | 0.00 | $ - | $ 2,500.00 | |
| 9/1/2022 | RY | Phillips property storage | 0.00 | $ - | $ 500.00 | |
| 9/1/2022 | RY | Loan agreement with Mike Radin | 0.25 | $ 125.00 | | Per month |
| 9/2.22 | RY | Loan agreement with Evita Stenqvist | 0.25 | $ 125.00 | | |
| 9/2/2022 | RY | Errata for Move-0000 through 0007 | 0.50 | $ 250.00 | | |
| 9/3/2022 | RY | https://daolabs-docs.on.fleek.co/move/proposals/mip-0000.md | 0.50 | $ 250.00 | | |
| 9/1/2022 | - | Amex Expenses | 0.00 | $ - | $ 16,000.00 | DAI 9/1/22 |
| | RY | Filing fees for x,y,z | | $ - | $ 5,000.00 | DAI 9/1/22 |
| | | Eric Gibbs final payment | | $ - | $ 6,000.00 | |
| | | Crypto-conversion tax impact | | | | |
| | | Meows, LLC tax estimation | | | $ 5,000.00 | |
| | | Phillips tax estimation | | | $ 5,000.00 | |
| | | 2021 crypto-tax expenses | | | $ 30,000.00 | DAI 9/1/22 |
| | | Amex account reconciliation - services | | | | |
| 9/1/2022 | RY | 0xF600374D35fD2710E0d4944A6644d1E73184B4d0 | | | $ (35,000.00) | https://etherscan.io/token/0x6b175474e89094c44da98b954eedeac495271d0f?a=0xF600374D35fD2710E0d4944A6644d1E73184B4d0 |
| 9/1/2022 | RY | 0x55dEd454d3AeBa95c901Dae36568D99fc904d510 | | | $ (10,000.00) | Evaluation of off-ramp Robinhood |
| 9/2/2022 | RY | 0x2187e6a7c765777d50213346F0Fe519fCA706fbD | | | $ 210,000.00 | Transfer fiat for LLC, Inc |

$ 20,893.75   $ 236,000.00

PLAINTIFF0000786

| al Amount | Deferred Amount | Status |
|---|---|---|
| - | $ 7,240.70 | Paid |
| 3,025.00 | $ 1,058.75 | Pending |
| 13,077.50 | $ 4,577.13 | Pending |
| 35,327.50 | $ 12,364.63 | Pending |
| 8,282.50 | $ 2,898.88 | Pending |
| 36,947.50 | $ 12,931.63 | Pending |
| 96,660.00 | $ 41,071.72 | |

PLAINTIFF0000787