**Re: Treasury Vote**

| | |
|---|---|
| From | mark.phillips@protonmail.com <mark.phillips@protonmail.com> |
| To | Ryan Breslow<ryan@ryanbreslow.com> |
| CC | Jonathan Gordon<Jongordon83@gmail.com>, Alex Fine<alex@fun.xyz>, Alex Fine<alex@westvillagecapital.com> |
| Date | Tuesday, January 3rd, 2023 at 3:49 PM |

These are not backdated fees. These are fees which were deferred entirely and are due. The fees are from October through February 2022, additionally the Service Provider fee was stated in the GitBook and in subsequent governance.

Regards,
Mark Phillips

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, January 3rd, 2023 at 2:12 PM, Ryan Breslow <ryan@ryanbreslow.com> wrote:

> Mark,
>
> We've reviewed the recent snapshot proposals and cannot approve any backdated fees (one being 58k and one 334k). Spending for service providers was done regularly and there was no mention of deferred fees until now.
>
> We approve the 50k to the law firm for the upcoming month. But that is all.
>
> Ryan
>
> On Fri, Dec 30, 2022 at 2:00 PM Jonathan Gordon <jongordon83@gmail.com> wrote:
>> Confirm
>>
>> On Fri, Dec 30, 2022 at 12:56 PM Alex Fine <alex@fun.xyz> wrote:
>>> I confirm that I approve.
>>>
>>>
>>> On Fri, Dec 30 2022 at 7:53 PM, Ryan Breslow <ryan@ryanbreslow.com> wrote:
>>>> Mark,
>>>>
>>>> Effective immediately, Alex Jon and I vote to stop all spend out of the Move treasury.
>>>>
>>>> We are happy to approve payment of your and Jon Gordon's salaries through January 31st. We will also consider any bare minimum necessary legal spend for the month of January.
>>>>
>>>> Ryan
>>>> --
>>>> sent via mobile
> --
> sent via mobile

**1.73 KB**   1 file attached

publickey - mark.phillips@protonmail.com - 0x49631D56.asc 1.73 KB