DocuSign Envelope ID: B2AAC584-6458-49C0-9C7A-9E3C590B6147

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN

RYAN BRESLOW, *et al.*,

    *Plaintiffs*,

v.

MARK PHILLIPS, *et al.*,

    *Defendants*.

_____/

## DECLARATION OF REED YURCHAK

I, Reed Yurchak, make the following declaration based on my personal knowledge:

1. My name is Reed Yurchak. I am over the age of 18, competent to testify, and have personal knowledge of the matters stated herein.

2. I am a sole practitioner at the law firm of Law Office of Reed Yurchak, located at 620 131st Ave NE, Bellevue, Washington 98005.

3. I am a resident of Bellevue, Washington.

4. On August 9, 2021, my law firm entered into an engagement agreement with Merkaba, Inc.

5. Merkaba, Inc., through Ryan Breslow, Jon Gordon, and Mr. Fine, retained my law firm to assist in setting up the legal framework for the project that came to be known as the Movement DAO.

2194375.1

EXHIBIT 095                                                           PLAINTIFF0000813

DocuSign Envelope ID: 92AAC584-6458-49C0-9C7A-9E3C59086447

6.      Over the course of my firm's representation of Merkaba, Inc., I consulted with Mr. Gordon, Mr. Fine, and Mark Phillips. Mr. Phillips would exchange information with me on behalf of Merkaba, Inc. at the direction of Mr. Gordon, Mr. Fine, and Mr. Breslow—Merkaba Inc.'s representatives. All interactions I had with Mr. Phillips concerning the Movement DAO project and related entities were done pursuant to my representation of Merkaba, Inc. During those interactions, I understood, based on explicit representations by Mr. Phillips, that Mr. Phillips was acting on behalf and under color of authority of Merkaba, Inc. and its representatives Mr. Breslow, Mr. Gordon, and Mr. Fine.

7.      My firm did not, and does not, represent any entity known as Movement DAO, Inc., or MovementDAO, or DAO Labs LLC. The only entity that I represented in connection with the Movement DAO project was Merkaba, Inc. I also represented Mr. Gordon, Mr. Fine, and Mr. Breslow personally in connection with setting up the Movement DAO project. I did not represent Mr. Reed or Mr. Phillips in connection with the Movement DAO project. Any legal assistance that my firm provided or any confidential or privileged information exchanged between Mr. Reed, Mr. Phillips, and my firm was done pursuant to my firm's representation of Merkaba, Inc. Any services I provided with any other entities related to or affiliated with the Movement DAO project were done under the scope of my representation of Merkaba, Inc., Mr. Breslow, Mr. Fine, or Mr. Gordon. At all relevant times, it was my understanding that Mr. Reed and Mr. Phillips continued to work with and on behalf of Merkaba, Inc., Mr. Breslow, Mr. Fine, or Mr. Gordon.

8.      In October 2022, Mr. Phillips approached me informally to discuss the state of the project. He mentioned feeling pressured and seemed to be brainstorming different ideas. I expressly stated my desire not to be involved and declined to provide him any specific advice or

direction. Of concern was, of course, the potential conflict of interest between him and my clients Merkaba, Inc., Mr. Breslow, Mr. Fine, and Mr. Gordon.

9. At no time did my law firm agree to act as the "service provider" for the Movement DAO. To the extent there are any documents related to the Movement DAO that identify my law firm as a "service provider," the authors of those documents listed my firm without authorization.

10. Similarly, my law firm did not prepare, participate in, review, or endorse any purported proposals or resolutions related to the Movement DAO project. To the extent that there are any documents that state my law firm has approved or endorsed any resolutions concerning the Movement DAO, those representations are false.

11. I understand that in a document called Movement DAO "Guiding Principles," the "Service Provider" is defined to include "dao-lawfirm.eth" and "dao-lawfirm.xyz." Neither dao-lawfirm.eth nor dao-lawfirm.xyz is affiliated with my law firm.

12. I understand that there is at website at the address https://www.dao-lawfirm.xyz/. Neither I nor my law firm have any affiliation with that website. Upon my review of the current iteration of this site, I can see that https://www.dao-lawfirm.xyz/ only lists the email address m@dao-lawfirm.xyz. I do not know the identity of the owner of that email address. That email address is not affiliated with my law firm, and that email address is not authorized to send communications on my or my firm's behalf.

13. I have not provided services concerning the Movement DAO or to Merkaba, Inc. since March 2022, the date of my law firm's last invoice.

PLAINTIFF0000815

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19 day of March 2023.

DocuSigned by:
Reed Yurchak
07C892E0B68D450...

Reed Yurchak, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on March 23, 2023 on all counsel of record.

/s/ Jamie L. Katz
Jamie L. Katz

PLAINTIFF0000817