

5:23
5G E
Mark Phillips
Jul 1, 2022
Jul 2, 2022
I'm ok for now
Not thinking about doing tokens anytime soon
Are we preparing for the Move token launch?
8:04 PM
yeah, anything that issues tokens and to be safe as well as take advantage of charity donations, ryan wants a non-profit status. and the sec will start being hardcore about token issuance, so we will want to have a good plan for when we launch our tokens, but most importantly right now, need to set up the workflow for bolt to wyre to entity which is handling crypto and make sure its a structure that can launch tokens in the future, which is going to be your problem too.
8:41 PM
Makes sense. What does "a good
Message