

EXHIBIT 108

PLAINTIFF0000848