

EXHIBIT 110                                                                                          PLAINTIFF0000856

From: **Reed Yurchak** <mail@signnow.com>
Date: Fri, Sep 23, 2022 at 2:01 AM
Subject: 20220808 DAOLABS-9-Common Stock Purchase Agreement-D.T: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "20220808 DAOLABS-9-Common Stock Purchase Agreement-D.T"

**View Document**

Did you receive this email by mistake or have any questions?
You can contact the sender by clicking the button below.

**Contact Sender**

PLAINTIFF0000857

Case 1:23-cv-20727-RKA Document 106-2 Entered on FLSD Docket 03/26/2023 Page 10 of 35
DocuSign Envelope ID: E9BA162B-DA5E-4A4C-9342-472F0B942716
Case 1:23-cv-20727-RKA Document 106-2 Entered on FLSD Docket 06/29/2023 Page 3 of 15

This invite will expire in 30 days

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support        Terms of Service        Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02445

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000858

From: **Reed Yurchak** <mail@signnow.com>
Date: Fri, Oct 7, 2022 at 5:09 PM
Subject: 20220808 New-Member-Endorsement-DAOLABS IP: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "20220808 New-Member-Endorsement-DAOLABS IP"

[View Document]

Did you receive this email by mistake or have any questions?
You can contact the sender by clicking the button below.

[Contact Sender]

PLAINTIFF0000859

DocuSign Envelope ID: E9BA162B-DA5E-4A4C-9342-472E0B942716
Case 1:23-cv-20727-RKA Document 106-2 Entered on FLSD Docket 06/09/2023 Page 12 of 35
Case 1:23-cv-20727-RKA Document 66-2 Entered on FLSD Docket 03/26/2023 Page 5 of 15

This invite will expire in 30 days

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support        Terms of Service        Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02445

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000860

From: **Reed Yurchak** <mail@signnow.com>
Date: Thu, Sep 29, 2022 at 2:25 AM
Subject: DAOLABS Onboarding Packet w Referencing Options Copy: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "DAOLABS Onboarding Packet w Referencing Options Copy"

**View Document**

Did you receive this email by mistake or have any questions?
You can contact the sender by clicking the button below.

**Contact Sender**

PLAINTIFF0000861

DocuSign Envelope ID: E9BA162B-DA5E-4A4C-9342-472E0B942716
Case 1:23-cv-20727-RKA Document 106-2 Entered on FLSD Docket 06/09/2023 Page 14 of 35
Case 1:23-cv-20727-RKA Document 4-56-2 Entered on FLSD Docket 06/09/2023 Page 7 of 15

This invite will expire in 30 days

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support        Terms of Service        Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02445

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000862

From: **Reed Yurchak** <mail@signnow.com>
Date: Wed, Sep 21, 2022 at 8:05 AM
Subject: 20211225 DAOLABS IP Living Trust: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "20211225 DAOLABS IP Living Trust"

[View Document]

**Did you receive this email by mistake or have any questions?**
You can contact the sender by clicking the button below.

[Contact Sender]

This invite will expire in 30 days

PLAINTIFF0000863

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support       Terms of Service       Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02446

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000864

DocuSign Envelope ID: E9BA1C2B-DA55-4A4C-9342-472E0B942746
Case 1:23-cv-20727-RKA   Document 106-21   Entered on FLSD Docket 03/29/2023   Page 17 of 35
Case 1:23-cv-20727-RKA   Document 106-23   Entered on FLSD Docket 06/29/2023   Page 10 of 15

From: **Reed Yurchak** <mail@signnow.com>
Date: Wed, Sep 21, 2022 at 8:13 AM
Subject: 20220808 DAOLABS-8-Restricted-Stock-Purchase-Agreement-J.G.: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "20220808 DAOLABS-8-Restricted-Stock-Purchase-Agreement-J.G."

**View Document**

Did you receive this email by mistake or have any questions?
You can contact the sender by clicking the button below.

**Contact Sender**

PLAINTIFF0000865

This invite will expire in 30 days

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support          Terms of Service          Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02445

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000866

DocuSign Envelope ID: E9BA1C2B-DAE5-4A4C-9342-472F0B942746
Case 1:23-cv-20727-RKA Document 106-21 Entered on FLSD Docket 03/28/2023 Page 12 of 35
Case 1:23-cv-20727-RKA Document 106-21 Entered on FLSD Docket 06/09/2023 Page 12 of 15

From: **Reed Yurchak** <mail@signnow.com>
Date: Wed, Sep 21, 2022 at 8:46 PM
Subject: 20220808 DAOLABS-8-Restricted-Stock-Purchase-Agreement-J.G.-Updated: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "20220808 DAOLABS-8-Restricted-Stock-Purchase-Agreement-J.G.-Updated"

**View Document**

Did you receive this email by mistake or have any questions?
You can contact the sender by clicking the button below.

**Contact Sender**

PLAINTIFF0000867

This invite will expire in 30 days

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support     Terms of Service     Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02446

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000868

DocuSign Envelope ID: E9BA1C2B-DA55-4A4C-9342-472F0B942746
Case 1:23-cv-20727-RKA Document 106-21 Entered on FLSD Docket 03/29/2023 Page 14 of 15
Case 1:23-cv-20727-RKA Document 106-21 Entered on FLSD Docket 03/29/2023 Page 14 of 15

From: **Reed Yurchak** <mail@signnow.com>
Date: Wed, Sep 21, 2022 at 8:13 AM
Subject: 20220808 DAOLABS-9-Common Stock Purchase Agreement-D.T.: Signature Request from Reed Yurchak
To: <jg@ryanbreslow.com>



## You were invited to review and sign a document

m@dao-lawfirm.xyz invited you to sign "20220808 DAOLABS-9-Common Stock Purchase Agreement-D.T."

**View Document**

Did you receive this email by mistake or have any questions?
You can contact the sender by clicking the button below.

**Contact Sender**

PLAINTIFF0000869

This invite will expire in 30 days

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.



Contact Support  Terms of Service  Privacy Policy

2022 © airSlate, Inc. All rights reserved.

17 Station Street, 3rd Floor, Brookline, MA 02445

If you no longer wish to receive marketing emails from signNow, please click here.

You will still receive important emails regarding your accounts for billing, security, and support.

PLAINTIFF0000870