**Mark Phillips**

**Mar 13, 2022**

**You**
Thanks for all you do. I feel so much better about this project now thanks to…

You give the air cover so its totally cool, and I can't help it. This is why I stay at the engineering level or hid in a law firm, I can't help look at acquisitions and joint ventures, and strategic sh*t, its fun with lots of money and resources and vision. But I like just executing on Ryan and your behalf, its gets too personal when I care (can you imagine me caring more about a project?). I appreciate all that you do too, from trust, to not punching me for returning your without filling the gas – I honestly forgot, I can't keep anything in my head anymore except work stuff and even that is hard when I am so tired.

gn  10:03 PM

**Mar 14, 2022**

So you made a new server? I thought we'd keep with the movement DAO?

11:29 AM

EXHIBIT 115            PLAINTIFF0000894