**Mark Phillips**

Aug 9, 2022

if i have treated anyone like stupid idiots, this is wrong. and I am sorry, i was speaking to you privately about the inconsistency of his governance proposal, lack of proposals, board minutes, or understanding after multiple discussions of the seriousness of duties specifically fiduciary something that i take very very very seriously. i understand what it means to scale and am aware of the challenges. its difficult to gain trust when we have multiple layers of what we can disclose, which is why i don't like ambiguity for which the legal structure should help with, something that the larger community has no insight into, i'll change that with a follow up governance proposal.

i believe we can build a community with good people with the right motives, it's difficult for me to think about this with the legal structure to honor Ryan's wishes, not be offensive to the government, and implement the product that has been conveyed to me.

EXHIBIT 116                                    PLAINTIFF0000895