4/6/23, 2:30 PM                                Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | Etherscan

**Address** 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650   📋 ⬜ 💬

Buy ⌄    Exchange ⌄    Earn ⌄    Gaming ⌄

☆    More ⌄

### Overview

ETH BALANCE
◆ 0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

### More Info

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440...  from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b...  from 427 days 1 hr ago

### Multi Chain

MULTICHAIN ADDRESSES
2 addresses found via Blockscan ⬈

Transactions    Internal Transactions    Token Transfers (ERC-20)    NFT Transfers    Analytics    Comments

↓F Latest 19 from a total of 19 transactions                                                                    ▽ ⌄

| ⑦ | Transaction Hash | Method ⑦ ▽ | Block ▽ | Age | From ▽ | | To ▽ | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| ◉ | 0xdee765b93440a548... | Transfer From | 16791912 | 28 days 1 hr ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 SuperRare: SUPR To... 📋 | 0 ETH | 0.00395808 |
| ◉ | 0x5f758dfd6d4821324... | Transfer | 16791573 | 28 days 2 hrs ago | 0x4CF3A8...9c1d0D0E 📋 | IN | 0x58Ba37...67dE1650 📋 | 0.05 ETH | 0.00062874 |
| ◉ | 0x7b88db7125f4d961... | Transfer | 14353456 | 393 days 2 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 Movement DAO: Pre... 📋 | 2.541779 ETH | 0.00156056 |
| ◉ | 0x21a4a1d44a94c12e... | Withdraw | 14352913 | 393 days 4 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 Wrapped Ether 📋 | 0 ETH | 0.00068073 |
| ◉ | 0xffa464b0f7de8fc72e... | Offer | 14349351 | 393 days 18 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 0x6D7c44...8E9a7a42 📋 | 3.4299 ETH | 0.00568594 |
| ◉ | 0x6dcb88a7eb675334... | Swap | 14349302 | 393 days 18 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 Metamask: Swap Ro... 📋 | 0 ETH | 0.00822335 |
| ◉ | 0x0a76b133d708bdc5... | Approve | 14349302 | 393 days 18 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 Centre: USD Coin 📋 | 0 ETH | 0.00209023 |
| ◉ | 0x63373dc3375dbc55... | Multicall | 14347058 | 394 days 2 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 Uniswap V3: Router 2 📋 | 0 ETH | 0.00829824 |
| ◉ | 0x22582fee69768988e... | Approve | 14300427 | 401 days 8 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 AssangeDAO: JUSTI... 📋 | 0 ETH | 0.00134974 |
| ◉ | 0xe5170de371bb6b7a... | Approve | 14180073 | 419 days 23 hrs ago | 0x58Ba37...67dE1650 📋 | OUT | 📄 Wrapped Ether 📋 | 0 ETH | 0.00435057 |

**EXHIBIT 132**                                                                              **PLAINTIFF0001631**

| ⓘ | Transaction Hash | Method ⓘ | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x341ed5d73fe7230ca... | Deposit | 14180066 | 419 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Wrapped Ether ⎘ | 4.2 ETH | 0.00431827 |
| 👁 | 0xb0fc0a64b3122920a... | Unstake | 14176199 | 420 days 14 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Juicebox: Ticket Boo... ⎘ | 0 ETH | 0.00454133 |
| 👁 | 0x94662ade6a4af0b7c... | Pay | 14154231 | 423 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Juicebox: Terminal V... ⎘ | 10 ETH | 0.00808413 |
| 👁 | 0xa56a326582f772c92... | Pay | 14154166 | 423 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Juicebox: Terminal V... ⎘ | 2 ETH | 0.01028231 |
| 👁 | 0xb929004f917d7c428... | Pay | 14154161 | 423 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Juicebox: Terminal V... ⎘ | 2 ETH | 0.01072885 |
| 👁 | 0x9b017edccfc4b7a12... | Transfer | 14137774 | 426 days 12 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Movement DAO: Pre... ⎘ | 0.77 ETH | 0.00381174 |
| 👁 | 0x2809ad5191532888... | Transfer | 14135704 | 426 days 20 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 0x6C0822...856Aeb54 ⎘ | 5 ETH | 0.00295995 |
| 👁 | 0xf5f554317f37b92a2... | Transfer | 14134186 | 427 days 1 hr ago | 0x58Ba37...67dE1650 ⎘ | OUT | 📄 Movement DAO: Pre... ⎘ | 0.1 ETH | 0.00904719 |
| 👁 | 0xe67622770fd49ed85... | Transfer | 14129584 | 427 days 18 hrs ago | Coinbase 6 ⎘ | IN | 0x58Ba37...67dE1650 ⎘ | 24.19145455 ETH | 0.00213843 |

[ Download: CSV Export ⬇ ]

☼ A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

**PLAINTIFF0001632**

# Transactions

PLAINTIFF0001633



**Address** 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy ⌄ | Exchange ⌄ | Earn ⌄ | Gaming ⌄

☆ More ⌄

### Overview

**ETH BALANCE**
♦ 0.049295507786790192 ETH

**ETH VALUE**
$92.56 (@ $1,877.66/ETH)

**TOKEN HOLDINGS**
$249.86 (5 Tokens)  ⌄

### More Info

**PRIVATE NAME TAGS**
+ Add

**LAST TXN SENT**
0xdee765b93440... from 28 days 1 hr ago

**FIRST TXN SENT**
0xf5f554317f37b... from 427 days 1 hr ago

### Multi Chain

**MULTICHAIN ADDRESSES**
2 addresses found via Blockscan ↗

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

↓≡ Latest 19 from a total of 19 transactions                                                ▽ ⌄

| ⑦ | Transaction Hash | Method ⑦ ▽ | Block ▽ | Age | From ▽ | | To ▽ | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0xdee765b93440a548... | Transfer From | 16791912 | 28 days 1 hr ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 SuperRare: SUPR To... ⧉ | 0 ETH | 0.00395808 |
| 👁 | 0x5f758dfd6d4821324... | Transfer | 16791573 | 28 days 2 hrs ago | 0x4CF3A8...9c1d0D0E ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | 0.05 ETH | 0.00062874 |
| 👁 | 0x7b88db7125f4d961... | Transfer | 14353456 | 393 days 2 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Movement DAO: Pre... ⧉ | 2.541779 ETH | 0.00156056 |
| 👁 | 0x21a4a1d44a94c12e... | Withdraw | 14352913 | 393 days 4 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Wrapped Ether ⧉ | 0 ETH | 0.00068073 |
| 👁 | 0xffa464b0f7de8fc72e... | Offer | 14349351 | 393 days 18 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 0x6D7c44...8E9a7a42 ⧉ | 3.4299 ETH | 0.00568594 |
| 👁 | 0x6dcb88a7eb675334... | Swap | 14349302 | 393 days 18 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Metamask: Swap Ro... ⧉ | 0 ETH | 0.00822335 |
| 👁 | 0x0a76b133d708bdc5... | Approve | 14349302 | 393 days 18 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Centre: USD Coin ⧉ | 0 ETH | 0.00209023 |
| 👁 | 0x63373dc3375dbc55... | Multicall | 14347058 | 394 days 2 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Uniswap V3: Router 2 ⧉ | 0 ETH | 0.00829824 |
| 👁 | 0x22582fee69768988e... | Approve | 14300427 | 401 days 8 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 AssangeDAO: JUSTI... ⧉ | 0 ETH | 0.00134974 |
| 👁 | 0xe5170de371bb6b7a... | Approve | 14180073 | 419 days 23 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Wrapped Ether ⧉ | 0 ETH | 0.00435057 |

| ⑦ | Transaction Hash | Method ⑦ | Block | Age | From | | To | Value | Txn Fee |
|---|---|---|---|---|---|---|---|---|---|
| 👁 | 0x341ed5d73fe7230ca... | Deposit | 14180066 | 419 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Wrapped Ether ⎘ | 4.2 ETH | 0.00431827 |
| 👁 | 0xb0fc0a64b3122920a... | Unstake | 14176199 | 420 days 14 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Juicebox: Ticket Boo... ⎘ | 0 ETH | 0.00454133 |
| 👁 | 0x94662ade6a4af0b7c... | Pay | 14154231 | 423 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Juicebox: Terminal V... ⎘ | 10 ETH | 0.00808413 |
| 👁 | 0xa56a326582f772c92... | Pay | 14154166 | 423 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Juicebox: Terminal V... ⎘ | 2 ETH | 0.01028231 |
| 👁 | 0xb929004f917d7c428... | Pay | 14154161 | 423 days 23 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Juicebox: Terminal V... ⎘ | 2 ETH | 0.01072885 |
| 👁 | 0x9b017edccfc4b7a12... | Transfer | 14137774 | 426 days 12 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Movement DAO: Pre... ⎘ | 0.77 ETH | 0.00381174 |
| 👁 | 0x2809ad5191532888... | Transfer | 14135704 | 426 days 20 hrs ago | 0x58Ba37...67dE1650 ⎘ | OUT | 0x6C0822...856Aeb54 ⎘ | 5 ETH | 0.00295995 |
| 👁 | 0xf5f554317f37b92a2... | Transfer | 14134186 | 427 days 1 hr ago | 0x58Ba37...67dE1650 ⎘ | OUT | 🖹 Movement DAO: Pre... ⎘ | 0.1 ETH | 0.00904719 |
| 👁 | 0xe67622770fd49ed85... | Transfer | 14129584 | 427 days 18 hrs ago | Coinbase 6 ⎘ | IN | 0x58Ba37...67dE1650 ⎘ | 24.19145455 ETH | 0.00213843 |

[ Download: CSV Export ⬇ ]

☼ A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Internal Transactions

PLAINTIFF0001636



**Address** 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Latest 2 internal transactions

ADVANCED MODE:

| Parent Txn Hash | Block | Age | From | | To | Value |
|---|---|---|---|---|---|---|
| 0x21a4a1d44a94c12e... | 14352913 | 393 days 4 hrs ago | Wrapped Ether | → | 0x58Ba37...67dE1650 | 2.42033083 ETH |
| 0x6dcb88a7eb675334... | 14349302 | 393 days 18 hrs ago | 0x74de5d...94016631 | → | 0x58Ba37...67dE1650 | 3.51916043 ETH |

[ Download: CSV Export ]

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

PLAINTIFF0001637

# Token Transfers (ERC-20)

PLAINTIFF0001638



Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | Etherscan

**Address** 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

PLAINTIFF0001639

ⓘ Transactions involving tokens with poor reputation have been detected. To hide these transactions, go to Token Ignore List.

↓⁼ Latest 13 ERC-20 Token Transfer Events

| ⑦ | Txn Hash | Age | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| 👁 | 0xb607bf829c0e0c08f... | 202 days 8 hrs ago | 0xa27F25...6f2A494F ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | 3,000 | ● ERC-20 TOKEN* ⚠ |
| 👁 | 0x060a8b4e6a586ddc... | 393 days 5 hrs ago | ◇ jimmyethworld.eth ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | 250 | 🟡 Dai Stableco... (DAI) |
| 👁 | 0x6dcb88a7eb675334... | 393 days 18 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 0x74de5d...94016631 ⧉ | 9,131.284955 | ◉ USD Coin (USDC) |
| 👁 | 0x63373dc3375dbc55... | 394 days 2 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 📄 Uniswap V3: JUSTICE 2 ⧉ | 14,000,000 | 🅰 AssangeDAO (JUSTIC...) |
| 👁 | 0x63373dc3375dbc55... | 394 days 2 hrs ago | 📄 Uniswap V3: USDC 3 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | 9,131.284955 | ◉ USD Coin (USDC) |
| 👁 | 0xcfb096dd72e404a7b... | 415 days 3 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0x7681C9...42fCbf30 ⧉ | 0.4685625 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0x48f1e251152c06010... | 416 days 2 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0xbd57Bf...9A9004C2 ⧉ | 0.11111 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0x558ff46a17ecbcf44c... | 416 days 2 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0xbd57Bf...9A9004C2 ⧉ | 0.11111 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0xb9a19ba749c9529c... | 419 days 1 hr ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0xbd57Bf...9A9004C2 ⧉ | 0.22222 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0x43c7bfc5cc2efdc59f... | 419 days 22 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0xbd57Bf...9A9004C2 ⧉ | 0.2 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0x6de1c71ed94d3d00... | 419 days 22 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0xbd57Bf...9A9004C2 ⧉ | 0.33333333 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0x10731cc894f388475... | 419 days 22 hrs ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0xbd57Bf...9A9004C2 ⧉ | 0.33333333 | ⬡ Wrapped Ethe... (WETH) |
| 👁 | 0xb0fc0a64b3122920a... | 420 days 14 hrs ago | Null: 0x000...000 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | 14,000,000 | 🅰 AssangeDAO (JUSTIC...) |

[ Download: CSV Export ⬇ ]

🔦 A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# NFT Transfers

PLAINTIFF0001641



**Address** 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

### Overview

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

### More Info

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

### Multi Chain

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

⬇︎⇅ Latest 13 NFT Transfers Token Transfer Events

| ⑦ | Transaction Info | Age | From | | To | Type | Item |
|---|---|---|---|---|---|---|---|
| 👁 | 0xdee765b93440a548... | 28 days 1 hr ago | 0x58Ba37...67dE1650 ⧉ | OUT | 0x55468b...81D837B6 ⧉ | ERC-721 | Primary Punch Out SuperRare ⊘ |
| 👁 | 0x22f84257d438b26e3... | 244 days 14 hrs ago | aholsniffsglue.eth ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | i/pay cash/for old/car co... OpenSea Shared Storefront ⊘ |
| 👁 | 0x4510b67b055ab6af8... | 391 days 11 hrs ago | aholsniffsglue.eth ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | WE BUY AHOL NFT OpenSea Shared Storefront ⊘ |
| 👁 | 0xb227482d669dcd22... | 393 days 17 hrs ago | aholsniffsglue.eth ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-721 | Primary Punch Out SuperRare ⊘ |
| 👁 | 0xcfb096dd72e404a7b... | 415 days 3 hrs ago | 0x7681C9...42fCbf30 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-721 | NFT: Notorious Alien Spa... NFT: Notorious Alien Spac... |
| 👁 | 0xa66cae1b77330c09... | 415 days 17 hrs ago | 🗎 0x2187e6...CA706fbD ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-721 | Ascended Ape No. 1043 NFT: Movement DAO&#39;... |
| 👁 | 0x48f1e251152c06010... | 416 days 2 hrs ago | 0xbd57Bf...9A9004C2 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | Closing the Divide OpenSea Shared Storefront ⊘ |
| 👁 | 0x558ff46a17ecbcf44c... | 416 days 2 hrs ago | 0xbd57Bf...9A9004C2 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | The Great Divide OpenSea Shared Storefront ⊘ |
| 👁 | 0xf955b7c479f976c68... | 418 days 7 hrs ago | Null: 0x000...000 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-721 | Ascended Ape No. 0006 NFT: Movement DAO&#39;... |
| 👁 | 0xb9a19ba749c9529c... | 419 days 1 hr ago | 0xbd57Bf...9A9004C2 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | Walk Off OpenSea Shared Storefront ⊘ |
| 👁 | 0x43c7bfc5cc2efdc59f... | 419 days 22 hrs ago | 0xbd57Bf...9A9004C2 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | Ascension High Yantra OpenSea Shared Storefront ⊘ |
| 👁 | 0x6de1c71ed94d3d00... | 419 days 22 hrs ago | 0xbd57Bf...9A9004C2 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | Closing the Divide OpenSea Shared Storefront ⊘ |
| 👁 | 0x10731cc894f388475... | 419 days 22 hrs ago | 0xbd57Bf...9A9004C2 ⧉ | IN | 0x58Ba37...67dE1650 ⧉ | ERC-1155 | Bridging the Gap OpenSea Shared Storefront ⊘ |

[ Download: CSV Export ⬇ ]

💡 A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Analytics

PLAINTIFF0001644



Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Ether Balance | Transactions | TxnFees | Ether Transfers | Token Transfers | Txn Heatmap

Time Series: Ether Balance

Tue 1, Feb 2022 - Wed 8, Mar 2023

**ETH Highest Balance**
On Tue 1, Feb 2022
**24.19145455 ETH**

**ETH Lowest Balance**
On Tue 8, Mar 2022
**0.00325359091619344 ETH**

**USD Highest Value**
On Tue 1, Feb 2022
**USD 64,859.95**

**USD Lowest Value**
On Tue 8, Mar 2022
**USD 8.89**

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

PLAINTIFF0001645



Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Ether Balance | Transactions | TxnFees | Ether Transfers | Token Transfers | Txn Heatmap

Time Series: Ethereum Transactions

Tue 1, Feb 2022 - Wed 8, Mar 2023

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

PLAINTIFF0001646



Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Ether Balance | Transactions | TxnFees | Ether Transfers | Token Transfers | Txn Heatmap

Time Series: Ether Transaction Fees Spent and Used

Tue 1, Feb 2022 - Wed 8, Mar 2023

**Total Fees Spent (As a Sender)**
0.089971307671543208 Eth
**USD 254.36** (Adjusted) | **USD 168.89** (Current)

**Total Fees Used (As a recipient)**
0.002767180627722000 Eth
**USD 6.64** (Adjusted) | **USD 5.19** (Current)

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

PLAINTIFF0001647

Address  0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy ∨   Exchange ∨   Earn ∨   Gaming ∨

☆  More ∨

**Overview**

ETH BALANCE
◆ 0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)            ∨   ▭

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440...  from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b...  from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan  ☒

Transactions    Internal Transactions    Token Transfers (ERC-20)    NFT Transfers    Analytics    Comments

Ether Balance    Transactions    TxnFees    Ether Transfers    Token Transfers    Txn Heatmap

**Time Series: Ether Transfers**                                                Tue 1, Feb 2022 - Wed 8, Mar 2023

Ether Transfers for 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650
Source: Etherscan.io

Zoom 1m 6m 1y All                                         Jan 29, 2022 — Mar 9, 2023



● Sent (Out)    ● Receive (In)    ▨ Miner Reward

⚘ A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

**PLAINTIFF0001648**



Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Ether Balance | Transactions | TxnFees | Ether Transfers | Token Transfers | Txn Heatmap

Time Series: Address Token (ERC20) Transfers

Wed 9, Feb 2022 - Thu 15, Sept 2022

Pro-Tip: Click on the chart data points to view more

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

PLAINTIFF0001649



Case 1:23-cv-20727-RKA Document 106-35 Entered on FLSD Docket 06/09/2023 Page 20 of 22

Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

Buy Exchange Earn Gaming

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Ether Balance | Transactions | TxnFees | Ether Transfers | Token Transfers | Txn Heatmap

**Ethereum Txn Heatmap**

Sun 1, May 2022 - Sun 30, Apr 2023

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base.

# Comments

PLAINTIFF0001651



Address 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650

More

**Overview**

ETH BALANCE
0.049295507786790192 ETH

ETH VALUE
$92.56 (@ $1,877.66/ETH)

TOKEN HOLDINGS
$249.86 (5 Tokens)

**More Info**

PRIVATE NAME TAGS
+ Add

LAST TXN SENT
0xdee765b93440... from 28 days 1 hr ago

FIRST TXN SENT
0xf5f554317f37b... from 427 days 1 hr ago

**Multi Chain**

MULTICHAIN ADDRESSES
2 addresses found via Blockscan

Transactions | Internal Transactions | Token Transfers (ERC-20) | NFT Transfers | Analytics | Comments

Make sure to use the "Vote Down" button for any spammy posts, and the "Vote Up" for interesting conversations.

**0 Comments**

Login

Start the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS

Name

Share

Best Newest Oldest

Be the first to comment.

Subscribe Privacy Do Not Sell My Data

A wallet address is a publicly available address that allows its owner to receive funds from another party. To access the funds in an address, you must have its private key. Learn more about addresses in our Knowledge Base

PLAINTIFF0001652