

EXHIBIT 135   PLAINTIFF0001655