**Mark Phillips**    

> still looking for it, it is probably on another machine

> i should have everything but i guess i am tired and there is just so much stuff to juggle with all the code too
> 8:31 AM



> so i'm guessing you talked about keys with alex because right after we talked, he texted me asking for his key information.
> 8:32 AM

>> He asked me about it

>> He asked how many signers were required
>> 9:43 AM

> to be clear, he should have his keys and i wrote a detailed ledger how to with his key information and gave it to him when we were at ryan's, i don't need or want more work, and more importantly, i never used it without his explicit instruction, so as a result, i don't think i have actually used it aside from the contribution which you were present. as i shared last night, i don't have his keys with me anymore, since it was for the dao-lawfirm, the key was split and its held in the law firm's secure files





> he doesn't need any excuse to access his own keys, but in true alex fashion...
> 10:34 AM

**EXHIBIT 149**            PLAINTIFF0001738