4/13/23, 3:29 PM                                        Ethereum Transaction Hash (Txhash) Details | Etherscan

## Transaction Details  ‹  ›

Buy ⌄    Exchange ⌄    Earn ⌄    Gaming ⌄



| Overview | Logs (1) | State | Comments | | More ⌄ |
|---|---|---|---|---|---|

| ⑦ Transaction Hash: | 0x78c6c8f39e93a7663a31e96fc9c951100619d1307e85052ce22266cc5ae197b0 ⧉ |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ✓ 14110006   2930435 Block Confirmations |
| ⑦ Timestamp: | ⏱ 437 days 20 hrs ago (Jan-30-2022 10:55:04 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c ⧉ |
| ⑦ Interacted With (To): | 🗎 0x6B175474E89094C44Da9bB954EedeAC495271d0F (Maker: Dai Stablecoin) ⧉ ✓ |
| ⑦ ERC-20 Tokens Transferred: | » From 0x4Ab54c...7305dB0c To Movement DAO: Presale For 50 $50.00 ◈ Dai Stableco... {DAI...} |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.006915671933210282 ETH   $13.93 |
| ⑦ Gas Price: | 132.390296786 Gwei (0.000000132390296786 ETH) |

| ⑦ More Details: | + Click to show more |

| ⑦ Private Note: | To access the Private Note feature, you must be Logged In |

⚙ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

**EXHIBIT 150**                                                                              PLAINTIFF0001739



Transaction Details  ‹  ›

Buy ⌄   Exchange ⌄   Earn ⌄   Gaming ⌄

**Overview**  Logs (1)  State  Comments  More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x7ff7f949be56e9a501a9e1b4aed6426f9d5955973393ece970e03213c2a203db 📋 |
| ⑦ Status: | ⊘ Success |
| ⑦ Block: | ◈ 14110021  2930431 Block Confirmations |
| ⑦ Timestamp: | ⏱ 437 days 20 hrs ago (Jan-30-2022 10:57:44 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c ⎘ |
| ⑦ Interacted With (To): | ▤ 0x6B175474E89094C44Da98b954EedeAC495271d0F (Maker: Dai Stablecoin) ⎘ ⊗ |
| ⑦ ERC-20 Tokens Transferred: | ⋗ **From** 0x4Ab54c...7305dB0c **To** Movement DAO: Presale **For 1** [$1.00] ⎔ Dai Stableco... (DAi...) |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.00365195484810825 ETH [$7.35] |
| ⑦ Gas Price: | 103.970244786 Gwei (0.000000103970244786 ETH) |
| More Details: | + Click to show more |
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

⚗ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.



## Transaction Details

Buy Exchange Earn Gaming

Overview | Internal Txns | Logs (2) | State | Comments | More

| | |
|---|---|
| Transaction Hash: | 0xaeb8614064e3bae8011201c426cb75e3371a3d34de3bca63bd4dac1f590a0f05 |
| Status: | Success |
| Block: | 14129278 2911179 Block Confirmations |
| Timestamp: | 434 days 21 hrs ago (Feb-02-2022 10:21:27 PM +UTC) |
| Sponsored: | |
| From: | service-provider.eth |
| Interacted With (To): | 0x58F09dd6DF8dFCe8c209A00BaE43480028ACac1d |
| ERC-20 Tokens Transferred: | **From** 0x58F09d...2BACac1d **To** Movement DAO: Presale **For** 1,200,000 $1,201,200.00 Dai Stableco... (DAI...) |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.016885714124189344 ETH $33.99 |
| Gas Price: | 196.053712198 Gwei (0.000000196053712198 ETH) |

More Details: + Click to show more

Private Note: To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001741

## Transaction Details  ‹ ›

Buy ⌄    Exchange ⌄    Earn ⌄    Gaming ⌄



Overview   Internal Txns   Logs (2)   State   Comments                                      More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x8bbc858653f31158809e425074cc585faf63e8b088e335a6e12a23ee64f355fd ⎘ |
| ⑦ Status: | ⊘ Success |
| ⑦ Block: | ⬡ 14129361   **2911118 Block Confirmations** |
| ⑦ Timestamp: | ⏱ 434 days 20 hrs ago (Feb-02-2022 10:41:19 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | ⟨⟩ service-provider.eth ⎘ |
| ⑦ To: | ▤ 0xfE021e62637Cf8B880a76b09E94904693D38256A ⎘ ✓ |
| | ⌐ Transfer **79.93165732598 ETH** From 0xfE021e...3D38256A To Movement DAO: Presale |
| ⑦ Value: | ◈ **0 ETH** ($0.00) |
| ⑦ Transaction Fee: | 0.011926046155049985 ETH   $24.04 |
| ⑦ Gas Price: | **181.381973735 Gwei** (0.000000181381973735 ETH) |

| | |
|---|---|
| More Details: | + Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

⚙ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001742



## Transaction Details

Buy Exchange Earn Gaming

Overview | Internal Txns | Logs (2) | State | Comments | More

| | |
|---|---|
| Transaction Hash: | 0x233834c33ad4a6e120a647b567add893dc1869c1cf04d3c28aa9e23d08500485 |
| Status: | Success |
| Block: | 14129414 2911067 Block Confirmations |
| Timestamp: | 434 days 20 hrs ago (Feb-02-2022 10:52:05 PM +UTC) |
| Sponsored: | |
| From: | 0x550bD0F03580B9a687931af4d837F8e45D61d410 |
| Interacted With (To): | 0xD78368092Cb1079e3DdaE7f192F5dCdE53949CCD |
| ERC-20 Tokens Transferred: | **From** 0xD78368...53949CCD **To** Movement DAO: Presale **For** 3,000,000 $3,003,000.00 Dai Stableco... (DAI...) |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.012644102232948328 ETH $25.49 |
| Gas Price: | 146.826399658 Gwei (0.000000146826399658 ETH) |

More Details: + Click to show more

Private Note: To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001743



## Transaction Details  ‹ ›

Buy ⌄    Exchange ⌄    Earn ⌄    Gaming ⌄

**Overview**    Internal Txns    Logs (2)    State    Comments    More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x068ddb3c424b3b9d3c1ef644d7164f0f321a1fb4fe7542a11aee166fa4d93ee8 📋 |
| ⑦ Status: | ⊘ Success |
| ⑦ Block: | ◉ 14129466    2911018 Block Confirmations |
| ⑦ Timestamp: | ⊙ 434 days 20 hrs ago (Feb-02-2022 11:02:36 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57 📋 |
| ⑦ To: | 📄 0x58F09dd6DF8dFCe8c209A00BaE4348002BACac1d 📋 ✅ |
| | ↳ Transfer **687.175562 ETH** From 0x58F09d...2BACac1d To Movement DAO: Presale |
| ⑦ Value: | ◈ 0 **ETH** ($0.00) |
| ⑦ Transaction Fee: | 0.007445610398149056 ETH    $15.01 |
| ⑦ Gas Price: | **113.218837312 Gwei** (0.000000113218837312 ETH) |

| | |
|---|---|
| More Details: | + Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

☼ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001744



## Transaction Details

Buy Exchange Earn Gaming

Overview | Internal Txns | Logs (2) | State | Comments | More

| | |
|---|---|
| Transaction Hash: | 0xea429bb30f45b0061a98e1afa7d858ea3281b4caf18367985929fa0ac622f577 |
| Status: | Success |
| Block: | 14373840 2666646 Block Confirmations |
| Timestamp: | 397 days 2 mins ago (Mar-12-2022 07:32:49 PM +UTC) |
| Sponsored: | |
| From: | service-provider.eth |
| Interacted With (To): | 0xD78368092Cb1079e3DdaE7f192F5dCdE53949CCD |
| ERC-20 Tokens Transferred: | From 0xD78368...53949CCD To Movement DAO: Presale For 100,000 $99,926.50 Dai Stableco... (DAI...) |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.00117359993270754 ETH $2.37 |
| Gas Price: | 20.52681171 Gwei (0.00000002052681171 ETH) |

More Details: + Click to show more

Private Note: To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001745



## Transaction Details  ‹ ›

Buy ⌄   Exchange ⌄   Earn ⌄   Gaming ⌄

**Overview**  Internal Txns  Logs (9)  State  Comments                                   More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x6dc0565e1649b23f0c828c48e0223a22fe80f7328d8a394bdfdc2fb42eb1e9b3 ⧉ |
| ⑦ Status: | ⊘ Success |
| ⑦ Block: | ⬡ 14494015   2546475 Block Confirmations |
| ⑦ Timestamp: | ⏱ 378 days 6 hrs ago (Mar-31-2022 12:44:47 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | ◇ tankbottoms.eth ⧉ |
| ⑦ To: | 🖹 0x981c8ECD009E3E84eE1fF99266BF1461a12e5c68 (Juicebox: Terminal V1_1) ⧉ ⚙ |
| | └ Transfer **0.140243902439024391 ETH** From Juicebox: Terminal V1_1 To Juicebox: Terminal V1 |
| | └ Transfer **4.768292682926829267 ETH** From Juicebox: Terminal V1_1 To 0xD2427c...135569B2 |
| | └ Transfer **0.841463414634146341 ETH** From Juicebox: Terminal V1_1 To Movement DAO: Presale |
| | └ Transfer **1 wei** From Juicebox: Terminal V1_1 To 0xD2427c...135569B2 |
| ⑦ Value: | ◊ **0 ETH** ($0.00) |
| ⑦ Transaction Fee: | 0.011136278190021576 ETH  $22.46 |
| ⑦ Gas Price: | **41.069332972 Gwei** (0.000000041069332972 ETH) |

| | |
|---|---|
| More Details: | + Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the Private Note feature, you must be Logged In |

⚘ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001746



## Transaction Details

Buy Exchange Earn Gaming

Overview | Internal Txns | Logs (9) | State | Comments | More

| | |
|---|---|
| Transaction Hash: | 0x979740bc9c4dfe9c444ca7d1c3d92608babf2a3f038bbf7c9a4ef884c7cab16c |
| Status: | Success |
| Block: | 14605211 2435282 Block Confirmations |
| Timestamp: | 360 days 21 hrs ago (Apr-17-2022 09:39:07 PM +UTC) |
| Sponsored: | |
| From: | tankbottoms.eth |
| To: | 0x981c8ECD009E3E84eE1fF99266BF1461a12e5c68 (Juicebox: Terminal V1_1)<br>Transfer **0.292682926829268293 ETH** From Juicebox: Terminal V1_1 To Juicebox: Terminal V1<br>Transfer **9.95121951219512195 ETH** From Juicebox: Terminal V1_1 To 0xD2427c...13556982<br>Transfer **1.756097560975609756 ETH** From Juicebox: Terminal V1_1 To Movement DAO: Presale<br>Transfer **1 wei** From Juicebox: Terminal V1_1 To 0xD2427c...13556982 |
| Value: | 0 ETH ($0.00) |
| Transaction Fee: | 0.006065840769108851 ETH $12.23 |
| Gas Price: | 25.598801345 Gwei (0.000000025598801345 ETH) |

More Details: + Click to show more

Private Note: To access the **Private Note** feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001747



# Transaction Details

# Flashbots # MEV Transaction

Buy Exchange Earn Gaming

Overview | Internal Txns | Logs (22) | State | Comments | More

Transaction Hash: 0xafe47fe9f127f4427f1fac31aec44fda7306507c214a28505a3eeb1c2ecd944f

Status: Success

Block: 14985408 2055088 Block Confirmations

Timestamp: 299 days 5 hrs ago (Jun-18-2022 02:10:52 PM +UTC)

Transaction Action:
- Swap 5,000 DAI For 4.983945974392239697 Ether On Uniswap V2
- Swap 55,000 DAI For 54.871753714687119999 Ether On Uniswap V3
- Swap 30,000 DAI For 29,998.130642 USDC On Uniswap V3
- Swap 29,998.130642 USDC For 30,036.093375 USDT On Uniswap V3
- Swap 30,036.093375 USDT For 29.929071972879698355 Ether On Uniswap V3
- Swap 10,000 DAI For 9.976640053128940194 Ether On Uniswap V3

Sponsored:

From: service-provider.eth

Interacted With (To): 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale)
- Transfer 99.761411715087998245 ETH From Wrapped Ether To Uniswap V3: Router 2
- Transfer 99.761411715087998245 ETH From Uniswap V3: Router 2 To Movement DAO: Presale

ERC-20 Tokens Transferred: 12
- From Movement DAO: Presale To Uniswap V2: DAI For 5,000 $4,996.33 Dai Stableco... (DAI...)
- From Uniswap V2: DAI To Uniswap V3: Router 2 For 4.983945974392239697 $10,042.50 Wrapped Ethe... (WETH...)
- From Uniswap V3: DAI To Uniswap V3: Router 2 For 54.871753714687119999 $110,564.94 Wrapped Ethe... (WETH...)
- From Movement DAO: Presale To Uniswap V3: DAI For 55,000 $54,959.58 Dai Stableco... (DAI...)
- From Uniswap V3: DAI-USDC 4 To Uniswap V3: Router 2 For 29,998.130642 $29,986.58 USD Coin... (USDC...)
- From Movement DAO: Presale To Uniswap V3: DAI-USDC 4 For 30,000 $29,977.95 Dai Stableco... (DAI...)

▸ **From** Uniswap V3: USDC-USDT 4 **To** Uniswap V3: Router 2 **For 30,036.093375**  $30,066.13  ⬩ Tether USD…{USDT…}

▸ **From** Uniswap V3: Router 2 **To** Uniswap V3: USDC-USDT 4 **For 29,998.130642**  $29,986.58  ◉ USD Coin…{USDC…}

⌄ Scroll for more

| | |
|---|---|
| ⓘ Value: | ⬩ **0 ETH** ($0.00) |
| ⓘ Transaction Fee: | **0.01330835 ETH**  $26.83 |
| ⓘ Gas Price: | **22 Gwei** (0.000000022 ETH) |

| | |
|---|---|
| More Details: | + Click to show more |

| | |
|---|---|
| ⓘ Private Note: | To access the **Private Note** feature, you must be Logged In |

⚙ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001749



**Transaction Details**

Overview | Internal Txns | Logs (2) | State | Comments

More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x1a4b5432962c34a1b1c7e077d7560d64c28e8c8664d53180366d72eecbaf0e93 |
| ⑦ Status: | ✦ Success |
| ⑦ Block: | ✦ 14985791    2054711 Block Confirmations |
| ⑦ Timestamp: | ⏱ 299 days 3 hrs ago (Jun-18-2022 03:45:59 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | ◇ beef69.eth |
| ⑦ To: | ▤ 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale) ✓ |
| ⑦ Value: | ◆ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.002074471127515512 ETH   $4.18 |
| ⑦ Gas Price: | 33.713147864 Gwei (0.000000033713147864 ETH) |

| | |
|---|---|
| ⑦ More Details: | + Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

⚒ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001750



## Transaction Details ‹ ›

Buy ▾  Exchange ▾  Earn ▾  Gaming ▾

Overview | Internal Txns | Logs (9) | State | Comments                                    More ▾

| | |
|---|---|
| ⑦ Transaction Hash: | 0x8beaec7c3ed1ac55ae2b95cc8ff5f71f46f0b5f38c920801a7949793de9f008e ⧉ |
| ⑦ Status: | ⧗ Success |
| ⑦ Block: | ⊗ 14985820   2054688 Block Confirmations |
| ⑦ Timestamp: | ⏱ 299 days 3 hrs ago (Jun-18-2022 03:53:21 PM +UTC) |
| ⚡ Transaction Action: | ⇌ Swap **100,000** ⊚ DAI For **99,993.756299** ⊚ USDC On △ Uniswap V3 |
| | ⇌ Swap **99,993.756299** ⊚ USDC For **101.030658309029934173** Ether On △ Uniswap V3 |
| ⑦ Sponsored: | |
| ⑦ From: | ⟨⟩ service-provider.eth ⧉ |
| ⑦ Interacted With (To): | 🖹 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 **(Movement DAO: Presale)** ⧉ ⊚ |
| | ↳ Transfer **101.030658309029934173** ETH From Wrapped Ether To Uniswap V3: Router 2 |
| | ↳ Transfer **101.030658309029934173** ETH From Uniswap V3: Router 2 To Movement DAO: Presale |
| ⑦ ERC-20 Tokens Transferred: ④ | ▸ **From** Uniswap V3: DAI-USDC 4 **To** Uniswap V3: Router 2 **For 99,993.756299** $99,955.26 ⊚ USD Coin...(USDC...) |
| | ▸ **From** Movement DAO: Presale **To** Uniswap V3: DAI-USDC 4 **For 100,000** $99,926.50 ⊚ Dai Stableco... (DAI...) |
| | ▸ **From** Uniswap V3: USDC 3 **To** Uniswap V3: Router 2 **For 101.030658309029934173** $203,583.85 ⊚ Wrapped Ethe... (WETH...) |
| | ▸ **From** Uniswap V3: Router 2 **To** Uniswap V3: USDC 3 **For 99,993.756299** $99,955.26 ⊚ USD Coin... (USDC...) |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.00766505787553849 ETH $15.45 |
| ⑦ Gas Price: | 30.13480111 Gwei (0.00000003013480111 ETH) |
| ⑦ More Details: | + Click to show more |
| ⑦ Private Note: | To access the **Private Note** feature, you must be **Logged In** |

⚙ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001751



**Transaction Details** ‹ ›

Buy ⌄   Exchange ⌄   Earn ⌄   Gaming ⌄

Overview | Internal Txns | Logs (2) | State | Comments                    More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0xeee92ac52ea3b97c0ec8cf5e38624ccb3204cde873b28a94db3255a58d7ded82 |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ◎ 14986505   **2054012 Block Confirmations** |
| ⑦ Timestamp: | ⏱ 299 days 58 mins ago (Jun-18-2022 06:43:09 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | ◇ service-provider.eth ⧉ |
| ⑦ To: | 📄 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale) ⧉ ◎ |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.006589196767936283 ETH   $13.28 |
| ⑦ Gas Price: | 100.846305697 Gwei (0.000000100846305697 ETH) |

More Details:          + Click to show more

⑦ Private Note:        To access the **Private Note** feature, you must be Logged In

☼ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001752



Transaction Details ‹ ›

Buy ⌄   Exchange ⌄   Earn ⌄   Gaming ⌄

Overview | Internal Txns | Logs (2) | State | Comments                                    More ⌄

| ⑦ Transaction Hash: | 0x67c9a92d6a0791f26afa875f4764d226c47d709e0f17b3530a7816bca397fedd |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ⊚ 14986926   2053594 Block Confirmations |
| ⑦ Timestamp: | ⏱ 298 days 23 hrs ago (Jun-18-2022 08:21:28 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | ⟨⟩ service-provider.eth |
| ⑦ To: | 🖹 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale) |
| ⑦ Value: | ◊ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.012766850014044264 ETH   $25.73 |
| ⑦ Gas Price: | 207.520196584 Gwei (0.000000207520196584 ETH) |

More Details:   + Click to show more

Private Note:   To access the Private Note feature, you must be Logged In

⑦ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001753

## Transaction Details  ‹ ›

Buy ⌄   Exchange ⌄   Earn ⌄   Gaming ⌄



Overview | Internal Txns | Logs (9) | State | Comments                                                                 More ⌄

| ⑦ Transaction Hash: | 0x6b177130f75ddf8bf43380171f3f9d9e0ffdb2e2c8ce0278991106339b55b81b ⧉ |
|---|---|
| ⑦ Status: | ⚙ Success |
| ⑦ Block: | ✓ 14986965   2053556 Block Confirmations |
| ⑦ Timestamp: | ⏱ 298 days 23 hrs ago (Jun-18-2022 08:32:22 PM +UTC) |
| ⚡ Transaction Action: | ⟩ Swap 50,000 🪙 DAI For 49,996.865391 ⊙ USDC On ⨯ Uniswap V3 |
| | ⟩ Swap 49,996.865391 ⊙ USDC For 55.384082148375851239 Ether On ⨯ Uniswap V3 |
| ⑦ Sponsored: | |
| ⑦ From: | ⟨⟩ service-provider.eth ⧉ |
| ⑦ Interacted With (To): | ▤ 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale) ⧉ ◉ |
| | └ Transfer 55.384082148375851239 ETH From Wrapped Ether To Uniswap V3: Router 2 |
| | └ Transfer 55.384082148375851239 ETH From Uniswap V3: Router 2 To Movement DAO: Presale |
| ⑦ ERC-20 Tokens Transferred: ④ | ⟩ From Uniswap V3: DAI-USDC 4 To Uniswap V3: Router 2 For 49,996.865391  $49,977.62  ⊙ USD Coin...(USDC...) |
| | ⟩ From Movement DAO: Presale To Uniswap V3: DAI-USDC 4 For 50,000  $49,953.25  🪙 Dai Stableco...(DAI...) |
| | ⟩ From Uniswap V3: USDC 3 To Uniswap V3: Router 2 For 55.384082148375851239  $111,630.49  ⊙ Wrapped Ethe...(WETH...) |
| | ⟩ From Uniswap V3: Router 2 To Uniswap V3: USDC 3 For 49,996.865391  $49,977.62  ⊙ USD Coin...(USDC...) |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.055950486964714481 ETH  $112.77 |
| ⑦ Gas Price: | 220.034084201 Gwei (0.000000220034084201 ETH) |
| More Details: | + Click to show more |
| ⑦ Private Note: | To access the Private Note feature, you must be Logged In |

⚒ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001754



## Transaction Details ‹ ›

Buy ⌄   Exchange ⌄   Earn ⌄   Gaming ⌄

| Overview | Internal Txns | Logs (9) | State | Comments |

More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x4e9ccc9452f704fd1e8dd178a295037dd35658dd86f25247224593fdf6122449 ⧉ |
| ⑦ Status: | ✓ Success |
| ⑦ Block: | ◈ 15013380   2027147 Block Confirmations |
| ⑦ Timestamp: | ⏱ 294 days 5 hrs ago (Jun-23-2022 02:25:22 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | ◇ service-provider.eth ⧉ |
| ⑦ To: | ▤ 0x981c8ECD009E3E84eE1fF99266BF1461a12e5c68 (Juicebox: Terminal V1_1) ⧉ ⊘ |
| | └ Transfer **0.3746219370731170732 ETH** From Juicebox: Terminal V1_1 To Juicebox: Terminal V1 |
| | └ Transfer **12.737145860487804877 ETH** From Juicebox: Terminal V1_1 To 0xD2427c...135569B2 |
| | └ Transfer **2.24773162243902439 ETH** From Juicebox: Terminal V1_1 To Movement DAO: Presale |
| | └ Transfer **1 wei** From Juicebox: Terminal V1_1 To 0xD2427c...135569B2 |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.03259034302240776 ETH   $65.65 |
| ⑦ Gas Price: | 140.372757128 Gwei (0.000000140372757128 ETH) |

| | |
|---|---|
| ⑦ More Details: | + Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

⚒ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001755



Transaction Details

Buy Exchange Earn Gaming

Overview Internal Txns Logs (9) State Comments More

Transaction Hash: 0x9220f2803481949c3cbaed722998d10d9aa2c364b371a8ee0e5efd85da8a7d43

Status: Success

Block: 15046576 1993954 Block Confirmations

Timestamp: 288 days 7 mins ago (Jun-29-2022 07:37:01 PM +UTC)

Transaction Action:
- Swap 50,000 DAI For 49,995.96245 USDC On Uniswap V3
- Swap 49,995.96245 USDC For 45.224705017358056959 Ether On Uniswap V3

Sponsored:

From: service-provider.eth

Interacted With (To): 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale)
- Transfer 45.224705017358056959 ETH From Wrapped Ether To Uniswap V3: Router 2
- Transfer 45.224705017358056959 ETH From Uniswap V3: Router 2 To Movement DAO: Presale

ERC-20 Tokens Transferred: 4
- **From** Uniswap V3: DAI-USDC 4 **To** Uniswap V3: Router 2 **For** 49,995.96245 $49,976.71 USD Coin... (USDC...)
- **From** Movement DAO: Presale **To** Uniswap V3: DAI-USDC 4 **For** 50,000 $49,963.25 Dai Stableco... (DAI...)
- **From** Uniswap V3: USDC 3 **To** Uniswap V3: Router 2 **For** 45.224705017358056959 $91,148.58 Wrapped Ethe... (WETH...)
- **From** Uniswap V3: Router 2 **To** Uniswap V3: USDC 3 **For** 49,995.96245 $49,976.71 USD Coin... (USDC...)

Value: 0 ETH ($0.00)

Transaction Fee: 0.018424111383560259 ETH $37.13

Gas Price: 70.837173849 Gwei (0.000000070837173849 ETH)

More Details: + Click to show more

Private Note: To access the Private Note feature, you must be Logged In

A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001756

**Transaction Details** ‹ ›





Overview | Internal Txns | Logs (9) | State | Comments

More ⌄

⑦ Transaction Hash: 0xf620fca9109f1d526f6816048cae911a54b6dcc578ad35258184261136b49460

⑦ Status: ✓ Success

⑦ Block: 15049997  1990550 Block Confirmations

⑦ Timestamp: ⏱ 287 days 8 hrs ago (Jun-30-2022 10:52:50 AM +UTC)

⚡ Transaction Action: › Swap **100,000** DAI For **99,992.103897** USDC On Uniswap V3
› Swap **99,992.103897** USDC For **98.650441835755669287** Ether On Uniswap V3

⑦ Sponsored:

⑦ From: ‹› service-provider.eth

⑦ Interacted With (To): 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 **(Movement DAO: Presale)**
– Transfer **98.650441835755669287 ETH** From Wrapped Ether To Uniswap V3: Router 2
– Transfer **98.650441835755669287 ETH** From Uniswap V3: Router 2 To Movement DAO: Presale

⑦ ERC-20 Tokens Transferred: **4**
› **From** Uniswap V3: DAI-USDC **4 To** Uniswap V3: Router 2 **For 99,992.103897** $99,909.41 USD Coin...(USDC...)
› **From** Movement DAO: Presale **To** Uniswap V3: DAI-USDC **4 For 100,000** $99,942.50 Dai Stableco... (DAI...)
› **From** Uniswap V3: USDC **3 To** Uniswap V3: Router 2 **For 98.650441835755669287** $198,833.91 Wrapped Ethe... (WETH...)
› **From** Uniswap V3: Router **2 To** Uniswap V3: USDC **3 For 99,992.103897** $99,909.41 USD Coin...(USDC...)

⑦ Value: ◈ 0 ETH ($0.00)

⑦ Transaction Fee: 0.007382648 ETH $14.88

⑦ Gas Price: 26 Gwei (0.000000026 ETH)

⑦ More Details: + Click to show more

⑦ Private Note: To access the **Private Note** feature, you must be Logged in

ℹ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001757

## Transaction Details  ‹ ›



| | Buy ⌄ | Exchange ⌄ | Earn ⌄ | Gaming ⌄ |

**Overview** | Internal Txns | Logs (2) | State | Comments | | More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x6f493c11023e4692e4e192e8316f90c719d49dd09538821fdd8a4566024357e0 ⧉ |
| ⑦ Status: | ⊘ Success |
| ⑦ Block: | ✓ 15052292  **1988258 Block Confirmations** |
| ⑦ Timestamp: | ⏱ 286 days 23 hrs ago (Jun-30-2022 08:17:59 PM +UTC) |
| ⑦ Sponsored: | |
| ⑦ From: | 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57 ⧉ |
| ⑦ To: | 📄 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (Movement DAO: Presale) ⧉ ✓ |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.0029831865 ETH  **$6.01** |
| ⑦ Gas Price: | **48.5 Gwei** (0.0000000485 ETH) |

| | |
|---|---|
| ⑦ More Details: | ✛ Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

⑦ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

**Transaction Details**  ‹  ›

Buy ⌄    Exchange ⌄    Earn ⌄    Gaming ⌄

[ Overview ]  [ Internal Txns ]  [ Logs (9) ]  [ State ]  [ Comments ]                      More ⌄

| | |
|---|---|
| ⑦ Transaction Hash: | 0x238c8382ee0bf1bca90eed7b3f4be7a0623e0adac1d58800e18ec5d5baf2148d ⎘ |
| ⑦ Status: | ⊘ Success |
| ⑦ Block: | ⊘ 15052336  **1988217 Block Confirmations** |
| ⑦ Timestamp: | ⏱ 286 days 23 hrs ago (Jun-30-2022 08:27:51 PM +UTC) |
| ⚡ Transaction Action: | ⤻ Swap 50,000 ⬡ DAI For 49,996.094035 ◎ USDC On ⤫ Uniswap V3 |
| | ⤻ Swap 49,996.094035 ◎ USDC For 48.61849074920448227 Ether On ⤫ Uniswap V3 |
| ⑦ Sponsored: | |
| ⑦ From: | ⟨⟩ service-provider.eth ⎘ |
| ⑦ Interacted With (To): | 🗎 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 **(Movement DAO: Presale)** ⎘ ◎ |
| | ↳ Transfer 48.61849074920448227 ETH From Wrapped Ether To Uniswap V3: Router 2 |
| | ↳ Transfer 48.61849074920448227 ETH From Uniswap V3: Router 2 To Movement DAO: Presale |
| ⑦ ERC-20 Tokens Transferred: ④ | ⤻ **From** Uniswap V3: DAI-USDC 4 **To** Uniswap V3: Router 2 **For** 49,996.094035  `$49,954.75`  ◎ USD Coin…(USDC…) |
| | ⤻ **From** Movement DAO: Presale **To** Uniswap V3: DAI-USDC 4 **For** 50,000  `$49,971.25`  ⬡ Dai Stableco…(DAI…) |
| | ⤻ **From** Uniswap V3: USDC 3 **To** Uniswap V3: Router 2 **For** 48.61849074920448227  `$98,015.85`  ⬡ Wrapped Ethe…(WETH…) |
| | ⤻ **From** Uniswap V3: Router 2 **To** Uniswap V3: USDC 3 **For** 49,996.094035  `$49,954.75`  ◎ USD Coin…(USDC…) |
| ⑦ Value: | ◈ 0 ETH ($0.00) |
| ⑦ Transaction Fee: | 0.013177103896920778 ETH  `$26.57` |
| ⑦ Gas Price: | 50.849166658 Gwei (0.000000050849166658 ETH) |

| | |
|---|---|
| ⑦ More Details: | + Click to show more |

| | |
|---|---|
| ⑦ Private Note: | To access the **Private Note** feature, you must be Logged In |

※ A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of all transactions in the network. Learn more about transactions in our Knowledge Base.

PLAINTIFF0001759