

Safe

0

Not connected
Connect wallet

Ethereum

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

New transaction

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

APR 9, 2023

| | | | | |
|---|---|---|---|---|
| | Received | 3,858 USDC | 9:02 AM | Success |

MAR 22, 2023

| | | | | |
|---|---|---|---|---|
| | Received | 4.16574 ETH | 12:39 PM | Success |

MAR 21, 2023

| | | | | |
|---|---|---|---|---|
| | Received | 478,621.5 yvDAI | 2:58 PM | Success |

MAR 6, 2023

| | | | | |
|---|---|---|---|---|
| | Received | 722.69 ETH | 9:04 PM | Success |
| | Received | 4,217,951 DAI | 9:03 PM | Success |
| | Received | 148.53 ETH | 8:56 PM | Success |

FEB 1, 2023

| | | | | |
|---|---|---|---|---|
| 39 | changeThreshold | | 5:46 AM | Success |
| 38 | changeThreshold | | 3:49 AM | Success |
| 37 | Sent | -805 ETH | 3:42 AM | Success |

- What's new
- Need help?



Safe

Ethereum

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

eth:0x2187e6a7c765777d50213346F0Fe519fCA706fbD

Transaction hash: 0x323d...6098
safeTxHash: 0xe20e...27c0
Created: 2/2/2023, 3:39:38 AM
Executed: 2/2/2023, 3:42:23 AM

Advanced details

Confirmations (3 of 3)

- eth:0x7525...0085
- eth:0x468f...7409
- eth:0x0087...68aD
- Hide all

Executed

eth:0x0087...68aD

36 Sent -7,500,000 DAI 3:39 AM Success

Sent **7,500,000 DAI** to:

eth:0x2187e6a7c765777d50213346F0Fe519fCA706fbD

Transaction hash: 0xd3da...02dd
safeTxHash: 0x9469...f8cd
Created: 2/2/2023, 3:38:12 AM
Executed: 2/2/2023, 3:39:59 AM

Advanced details

Created

Confirmations (3 of 3)

- eth:0x7525...0085
- eth:0x468f...7409
- eth:0x0087...68aD
- Hide all

Executed

eth:0x0087...68aD

# Transactions

Queue History

Filter

- What's new
- Need help?

Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

Remove owner:

eth:0x550bD0F03580B9a687931af4d837F8e45D61d410

Required confirmations for new transactions:

3

Confirmations (3 of 3)

- eth:0x7525...0085
- eth:0xDbE7...2b57
- eth:0x468f...7409
- Hide all

Executed

eth:0xDbE7...2b57

Transaction hash: 0x5b2c...2a7e
safeTxHash: 0xd186...a942
Created: 2/2/2023, 3:29:17 AM
Executed: 2/2/2023, 3:32:47 AM

Advanced details

| 33 | addOwnerWithThreshold | 1:55 AM | Success |
|---|---|---|---|
| 32 | addOwnerWithThreshold | 1:55 AM | Success |
| 31 | addOwnerWithThreshold | 1:55 AM | Success |

Confirmation policy change

Add owner:

eth:0x0087F67B6b0995D3e7D21f2b94Ef92F4582868aD

Required confirmations for new transactions:

3

Created

Confirmations (3 of 3)

- eth:0x550b...d410

- eth:0x468f...7409

- eth:0xDbE7...2b57
- Hide all

Executed

eth:0x468f...7409

Transaction hash: 0x63bf...882c
safeTxHash: 0xb6cf...9145
Created: 2/2/2023, 1:52:22 AM
Executed: 2/2/2023, 1:55:47 AM

Advanced details

| 30 | addOwnerWithThreshold | 1:54 AM | Success |
|---|---|---|---|

What's new

Need help?



Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

Home
Assets
Transactions
Address book
Apps
Settings

| | | | |
|---|---|---|---|
| 28 | addOwnerWithThreshold | 1:51 AM | Success |
| 27 | addOwnerWithThreshold | 1:48 AM | Success |
| 26 | addOwnerWithThreshold | 1:46 AM | Success |
| 25 | addOwnerWithThreshold | 1:45 AM | Success |
| 24 | addOwnerWithThreshold | 1:40 AM | Success |
| 23 | addOwnerWithThreshold | 1:39 AM | Success |
| 22 | removeOwner | 1:33 AM | Success |

Confirmation policy change

**Remove owner:**

eth:0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498

**Required confirmations for new transactions:**

3

Transaction hash: 0xa03f...2ae7
safeTxHash: 0x42c9...a53a
Created: 2/2/2023, 1:31:44 AM
Executed: 2/2/2023, 1:33:11 AM

Advanced details

Created

Confirmations (3 of 3)

- eth:0x550b...d410
- eth:0xDbE7...2b57
- eth:0x468f...7409
- Hide all

Executed

eth:0x468f...7409

JAN 31, 2023

| | | | | |
|---|---|---|---|---|
| 21 | ENS – Ethereum Name Service | setName | 2:38 PM | Success |

PLAINTIFF0001797

NOV 26, 2022

What's new
Need help?



Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

NOV 13, 2022

| | | | |
|---|---|---|---|
| Received | 7000 $ DAIBonus.com | 3:02 AM | Success |

NOV 9, 2022

| | | | |
|---|---|---|---|
| Received | 0.005 ETH | 10:53 PM | Success |

OCT 28, 2022

| | | | |
|---|---|---|---|
| Received | 95,038,800 (atuns.org) | 3:38 AM | Success |

OCT 25, 2022

| | | | |
|---|---|---|---|
| Received | < 0.00001 TKX | 11:41 PM | Success |

OCT 22, 2022

| | | | |
|---|---|---|---|
| Received | 50 BlueSparrow | 6:21 AM | Success |

OCT 4, 2022

| | | | |
|---|---|---|---|
| Received | 83,158,950 (aatu.site) | 11:12 PM | Success |

SEP 27, 2022

| | | | |
|---|---|---|---|
| Received | 32 $ ethLR.com | 5:19 AM | Success |

SEP 21, 2022

| | | | |
|---|---|---|---|
| Received | 83,158,950 asdai.xyz | 3:42 PM | Success |

SEP 20, 2022

- What's new
- Need help?

PLAINTIFF0001798



Safe
Ethereum
Ethereum
7/14
eth:0x143c...03c6
12,364,225.523 USD
Home
Assets
Transactions
Address book
Apps
Settings
What's new
Need help?
SEP 18, 2022
Received 15,000 posc 3:20 PM Success
20 Uniswap multicall 9:07 AM Success
SEP 15, 2022
Received 143.758M mdai.io 2:43 AM Success
Received 1,434.8712 ETH 9:09 PM Success
Received 0.125 ETH 9:07 PM Success
SEP 12, 2022
19 Drain Account 2 actions 10:52 PM Success
Sent -200,000 DAI 10:45 PM Success
Received 116.24506 WETH 10:45 PM Success
18 Contract interaction setPreSignature 10:44 PM Success
17 Dai Stablecoin approve 9:54 PM Success
SEP 4, 2022
Received 475 StableDAI.com 3:23 PM Success
AUG 30, 2022
Received 150 daiblack.com 11:02 AM Success













Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | | |
|---|---|---|---|---|
| 16 | Sent | -1,750,000 DAI | 5:38 AM | Success |

AUG 17, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.075 ETH | 10:20 AM | Success |

JUL 10, 2022

| | | | | |
|---|---|---|---|---|
| 15 | Snapshot | setDelegate | 2:35 PM | Success |
| | Received | 0 DAI | 5:16 AM | Success |

JUL 6, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.08 ETH | 10:40 AM | Success |

JUN 29, 2022

| | | | | |
|---|---|---|---|---|
| 14 | Uniswap | multicall | 1:27 PM | Success |
| 13 | On-chain rejection | | 1:17 PM | Success |
| 12 | Uniswap | multicall | 3:52 AM | Success |

JUN 28, 2022

| | | | | |
|---|---|---|---|---|
| 11 | Uniswap | multicall | 12:37 PM | Success |

JUN 22, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 2.24773 ETH | 7:25 AM | Success |

JUN 17, 2022

| | | | | |
|---|---|---|---|---|
| 10 | Uniswap | multicall | 1:32 PM | Success |

What's new

Need help?

Safe

Ethereum

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | | | |
|---|---|---|---|---|---|
| 8 | On-chain rejection | | 11:43 AM | Success | |
| 7 | Uniswap | multicall | 8:53 AM | Success | |
| 6 | On-chain rejection | | 8:45 AM | Success | |
| 5 | Uniswap | multicall | 7:10 AM | Success | |

JUN 14, 2022

| | | | | |
|---|---|---|---|---|
| 4 | Uniswap | approve | 2:28 PM | Success |

MAY 24, 2022

| | | | |
|---|---|---|---|
| Received | 0.05 ETH | 11:37 PM | Success |

MAY 21, 2022

| | | | |
|---|---|---|---|
| Received | 0.02 ETH | 4:55 PM | Success |

MAY 1, 2022

| | | | |
|---|---|---|---|
| Received | 0.39016 ETH | 10:14 PM | Success |

APR 28, 2022

| | | | |
|---|---|---|---|
| Received | 0.7 ETH | 4:50 PM | Success |
| Received | 0.1 ETH | 11:47 AM | Success |

APR 27, 2022

| | | | |
|---|---|---|---|
| Received | 0.05 ETH | 11:48 AM | Success |

- What's new
- Need help?

Safe

Ethereum

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

- What's new
- Need help?

| | | | | |
|---|---|---|---|---|
| Received | 150 DAI | 2:03 AM | Success | |

APR 16, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 1.7561 ETH | 2:39 PM | Success |

APR 14, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.00675 ETH | 5:28 AM | Success |

APR 9, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 50 DAI | 2:44 PM | Success |

APR 5, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.01 ETH | 5:10 AM | Success |

APR 3, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.05553 ETH | 7:04 PM | Success |

APR 2, 2022

| | | | | |
|---|---|---|---|---|
| 3 | changeThreshold | | 1:27 PM | Success |
| | Received | 50 DAI | 6:07 PM | Success |

MAR 30, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.84146 ETH | 5:44 AM | Success |

MAR 21, 2022

Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

MAR 16, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.1 ETH | 2:10 PM | Success |
| 2 | ENS – Ethereum Name Service | setName | 6:02 AM | Success |
| | Received | 0.1 ETH | 2:40 AM | Success |
| | Received | 0.07 ETH | 2:31 AM | Success |

MAR 14, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 500 DAI | 6:49 PM | Success |
| | Received | 0.14 ETH | 6:23 PM | Success |
| | Received | 0.02 ETH | 5:54 PM | Success |

MAR 11, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 100,000 DAI | 11:32 AM | Success |
| | Received | 0.0775 ETH | 8:30 AM | Success |
| | Received | 0.001 ETH | 8:42 PM | Success |

MAR 8, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 2.54178 ETH | 7:43 AM | Success |

MAR 7, 2022

| | | | | |
|---|---|---|---|---|
| | Received | 0.18682 ETH | 6:01 PM | Success |

- What's new
- Need help?

Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | | |
|---|---|---|---|---|
| Received | 0.033 ETH | 7:20 PM | Success | |
| Received | 0.1 ETH | 5:45 PM | Success | |
| Received | 0.02 ETH | 5:30 PM | Success | |

FEB 28, 2022

| | | | |
|---|---|---|---|
| Received | 0.07 ETH | 8:52 PM | Success |
| Received | 0.1 ETH | 4:18 PM | Success |

FEB 26, 2022

| | | | |
|---|---|---|---|
| Received | 0.03275 ETH | 6:20 PM | Success |

FEB 24, 2022

| | | | |
|---|---|---|---|
| Received | 685 DAI | 7:37 PM | Success |

FEB 23, 2022

| | | | |
|---|---|---|---|
| Received | 1,000 DAI | 6:16 PM | Success |
| Received | 4,000 DAI | 6:16 PM | Success |
| Received | 2,000 DAI | 6:16 PM | Success |
| Received | 3,000 DAI | 6:13 PM | Success |

FEB 22, 2022

| | | | |
|---|---|---|---|
| Received | 0.3 ETH | 2:30 AM | Success |

- What's new
- Need help?

Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | | |
|---|---|---|---|---|
| Received | 0.02 ETH | 2:57 PM | Success | |
| Received | 0.09 ETH | 1:58 PM | Success | |

FEB 19, 2022

| | | | |
|---|---|---|---|
| Received | 0.1249 ETH | 10:46 AM | Success |
| Received | 0.1 ETH | 4:07 PM | Success |

FEB 18, 2022

| | | | |
|---|---|---|---|
| Received | 0.05 ETH | 12:29 PM | Success |
| Received | 500 DAI | 4:11 AM | Success |

FEB 16, 2022

| | | | |
|---|---|---|---|
| Received | 3 ETH | 12:41 PM | Success |
| Received | 0.3 ETH | 6:50 PM | Success |

FEB 15, 2022

| | | | |
|---|---|---|---|
| Received | 0.013 ETH | 3:30 PM | Success |
| Received | 0.03 ETH | 6:08 PM | Success |

FEB 14, 2022

| | | | |
|---|---|---|---|
| Received | 0.06 ETH | 11:55 AM | Success |
| Received | 0.15 ETH | 3:22 AM | Success |

What's new

Need help?

Safe
Ethereum
7/14
eth:0x143c...03c6
12,364,225.523 USD
Home
Assets
Transactions
Address book
Apps
Settings
What's new
Need help?
Ethereum
Received 0.01 ETH 12:15 AM Success
Received 50 DAI 5:31 PM Success
Received 50 DAI 5:31 PM Success
FEB 13, 2022
Received 0.34 ETH 3:51 PM Success
Received 0.15 ETH 8:21 AM Success
FEB 12, 2022
Received 0.34 ETH 3:45 AM Success
Received 0.1 ETH 12:21 AM Success
Received 0.0965 ETH 10:58 PM Success
FEB 10, 2022
Received 0.009 ETH 1:26 PM Success
Received 0.325 ETH 10:36 PM Success
Received 0.32 ETH 10:25 PM Success
FEB 9, 2022
Received 6.26 ETH 7:04 PM Success
Received 0.016 ETH 4:27 PM Success



Safe

Ethereum

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | |
|---|---|---|---|
| Received | 0.05 ETH | 7:17 AM | Success |

FEB 7, 2022

| | | | |
|---|---|---|---|
| Received | 0.05 ETH | 10:46 AM | Success |
| Received | 0.075 ETH | 11:44 PM | Success |
| Received | 0.06 ETH | 11:40 PM | Success |
| Received | 0.0125 ETH | 11:39 PM | Success |
| Received | 0.0125 ETH | 11:37 PM | Success |
| Received | 0.0125 ETH | 11:36 PM | Success |
| Received | 0.75 ETH | 4:27 PM | Success |

FEB 6, 2022

| | | | |
|---|---|---|---|
| Received | 0.06 ETH | 7:01 AM | Success |
| Received | 0.1 ETH | 6:14 AM | Success |
| Received | 0.37436 ETH | 9:36 PM | Success |
| Received | 200,000 DAI | 8:16 PM | Success |
| Received | 1 ETH | 6:20 PM | Success |

FEB 5, 2022

| | | | |
|---|---|---|---|
| Received | 2.1 ETH | 2:51 PM | Success |

- What's new
- Need help?

PLAINTIFF0001807





Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

- What's new
- Need help?

Ethereum

FEB 4, 2022

| | | | |
|---|---|---|---|
| Received | 0.191 ETH | 8:24 AM | Success |
| Received | 2.22222 ETH | 7:26 AM | Success |

FEB 3, 2022

| | | | |
|---|---|---|---|
| Received | 0.09 ETH | 1:19 PM | Success |
| Received | 0.278 ETH | 11:29 AM | Success |
| Received | 0.3 ETH | 10:49 AM | Success |
| Received | 0.105 ETH | 8:43 AM | Success |
| Received | 0.6 ETH | 8:40 AM | Success |
| Received | 0.0015 ETH | 3:04 AM | Success |
| Received | 0.001 ETH | 2:46 AM | Success |
| Received | 0.77 ETH | 10:03 PM | Success |
| Received | 0.38 ETH | 5:24 PM | Success |
| Received | 2.45 ETH | 4:46 PM | Success |

FEB 2, 2022

| | | | |
|---|---|---|---|
| Received | 0.33333 ETH | 2:52 PM | Success |
| Received | 1 ETH | 2:10 PM | Success |

Safe

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | | |
|---|---|---|---|---|
| Received | 80,000 DAI | 2:07 PM | Success | |
| Received | 20 DAI | 2:06 PM | Success | |
| Received | 3 ETH | 1:17 PM | Success | |
| Received | 1.12 ETH | 8:57 AM | Success | |
| Received | 0.1 ETH | 8:51 AM | Success | |
| Received | 0.11433 ETH | 7:59 AM | Success | |
| Received | 1.5 ETH | 7:09 AM | Success | |
| Received | 0.76692 ETH | 6:28 AM | Success | |
| Received | 1.2 ETH | 6:17 AM | Success | |
| Received | 0.364 ETH | 7:13 PM | Success | |
| Received | 0.96297 ETH | 4:54 PM | Success | |
| Received | 0.4 ETH | 4:14 PM | Success | |

FEB 1, 2022

| | | | |
|---|---|---|---|
| Received | 687.17556 ETH | 3:02 PM | Success |
| Received | 3,000,000 DAI | 2:52 PM | Success |
| Received | 79.93166 ETH | 2:41 PM | Success |

- What's new
- Need help?

PLAINTIFF0001809

Safe
Ethereum
7/14
eth:0x143c...03c6
12,364,225.523 USD
Home
Assets
Transactions
Address book
Apps
Settings
What's new
Need help?
Received
9,786,795 DAI
2:24 PM
Success
Received
1,200,000 DAI
2:21 PM
Success
1
Drain Account
2 actions
1:48 PM
Success
Received
0.3 ETH
1:05 PM
Success
Received
0.001 ETH
12:39 PM
Success
Received
1 DAI
12:39 PM
Success
Received
1.2 ETH
11:26 AM
Success
Received
0.11067 ETH
11:25 AM
Success
Received
1.5 ETH
11:23 AM
Success
Received
0.78 ETH
11:23 AM
Success
Received
0.01 ETH
10:38 AM
Success
Received
15 DAI
10:38 AM
Success
Received
0.015 ETH
8:30 PM
Success
JAN 30, 2022
0
Drain Account
2 actions
11:19 AM
Success
JAN 29, 2022



Safe

Ethereum

Ethereum

7/14 eth:0x143c...03c6
12,364,225.523 USD

- Home
- Assets
- Transactions
- Address book
- Apps
- Settings

| | | | | |
|---|---|---|---|---|
| Received | 1 DAI | 2:57 PM | Success | |
| Received | 50 DAI | 2:55 PM | Success | |

JAN 14, 2022

| | | | |
|---|---|---|---|
| Received | 0.001 ETH | 3:27 PM | Success |

JAN 8, 2022

| | | | |
|---|---|---|---|
| Safe created | Safe created by 0x7525...0085 | 11:11 PM | Success |

**Creator:**

**eth:**0x752515a3A1091b9f1c04416CF79D1F14d2340085

**Factory:**

Gnosis Safe: ProxyFactory 1.3.0
**eth:**0xa6B71E26C5e0845f74c812102Ca7114b6a896AB2

**Mastercopy:**

Gnosis Safe: Singleton 1.3.0
**eth:**0xd9Db270c1B5E3Bd161E8c8503c55cEABeE709552

Transaction hash: 0x2d6e...343b
Created: 1/8/2022, 11:11:29 PM

What's new

Need help?