MIP-000 Snapshot voting record

| address | choice | voting_power | timestamp | date_utc | author_ipfs_hash |
|---|---|---|---|---|---|
| 0x752515a3A1091b9f1c04416CF79D1F14d2340085 | 1 | 10249206.01 | 1661458704 | Thu, 25 Aug 2022 20:18:24 GMT | bafkreig4xamwv5aqmva5fkdf7wyws5wqeq5yii26cpyk4ojcbth6ofbh2i |
| 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | 1 | 9501.82 | 1661636752 | Sat, 27 Aug 2022 21:45:52 GMT | bafkreiautbqjeumipvlh6vqklhtcohxb3zdbrqbtjvqye2kdjqbezlvu3u |
| 0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1 | 1 | 4155.55 | 1661349667 | Wed, 24 Aug 2022 14:01:07 GMT | bafkreibvqklh7jnk34gjxtegwtgk3pvwyw6daq5iixkrhjqd6hs2ab65d4 |
| 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 1 | 2172.59 | 1661301440 | Wed, 24 Aug 2022 00:37:20 GMT | bafkreiacr5x53jg5qa4ezj4kxhgy6xec5xk424ro3emsrganql252g636e |
| 0x1DD2091f250876Ba87B6fE17e6ca925e1B1c0CF0 | 1 | 186.88 | 1661458653 | Thu, 25 Aug 2022 20:17:33 GMT | bafkreigkj65o7ol5ptjceqyc7yosbuyuu5uoxckhmwbu4njc3nqihoxsy4 |
| 0x2B075EDE4AF705D31464090b41B8D5C3CA9da84c | 1 | 38.93 | 1661620273 | Sat, 27 Aug 2022 17:11:13 GMT | bafkreid2te5bn7upfz72yci4xf5qkmfv73gcdm3c3chr43ur36dganwiju |
| 0xB646B4cD68548D96804e844b7CfBEf4e74b80675 | 1 | 38.93 | 1661620134 | Sat, 27 Aug 2022 17:08:54 GMT | bafkreicazxrzyspa5qmtwd4jpkshsjc3sedwdrsagw4pzfjgs3adqjaq5m |
| 0x5d95baEBB8412AD827287240A5c281E3bB30d27E | 1 | 0 | 1661620308 | Sat, 27 Aug 2022 17:11:48 GMT | bafkreiei4wknsgjcruwwpxqbeeitfzylkt265i2r3quq2ria7ubiata2l4 |

EXHIBIT 155

PLAINTIFF0001812