**AMOUNT OF CRYPTOCURRENCY RECEIVED BY BENJAMIN REED & MARK PHILLIPS - CONVERTED TO FIAT AND NOT UNWOUND**

| TnX Date | From ENS | To ENS | Amount - USD | Comments |
|---|---|---|---|---|
| 2/2/2023 | dev.gnosis.eth | benreed.eth | $ 592,378.66 | $500,000 indemnification; $92,378.66 payroll |
| 2/2/2023 | dev.gnosis.eth | benreed.eth | $ 250,159.91 | Movement 2023 operating expenses |
| 2/2/2023 | dev.gnosis.eth | benreed.eth | $ 322,034.67 | Mikhail Radin's payroll |
| 2/2/2023 | dev.gnosis.eth | Mark Phillip's Robinhood | $ 64,937.51 | reimbursement of expenses - Meow, LLC Dec. 2022/Jan. 2023 |
| 2/2/2023 | dev.gnosis.eth | tankbottoms.eth | $ 1,058,676.73 | $500,000 indemnification; $558,676.73 payroll |
| 2/5/2023 | dev.gnosis.eth | serviceprovider.eth | $ 16,298.00 | reimbursement of expenses - Daniel Resnick-Neillie |
| | | | $ 2,304,485.48 | Total funds received by Benjamin Reed & Mark Phillips |

**TRANSACTIONS RELATED TO MOVEMENTDAO WITH MOVEMENTDAO'S FUNDS**

| Date | Transfer From | Transfer To | Amount - USD | Comments |
|---|---|---|---|---|
| 2/9/2023 | DAOLABS-LLC...0195 | Aishwarya Narayana (summerelf) | $ 7,350.00 | Payment for UX, UI, branding work |
| 2/9/2023 | DAOLABS-LLC...0195 | DAOLABS-Credit…4139 | $ 18,669.89 | DAOLABS LLC credit card payment |
| 2/10/2023 | DAOLABS-LLC...0195 | Action Engine | $ 47,000.00 | Developer consultant payment, Dec/Jan invoices |
| 2/13/2023 | DAOLABS-LLC...0195 | Chase bank | $ 35.00 | Bank fee |
| 2/13/2023 | DAOLABS-LLC...0196 | Dhillon Law Group | $ 250,000.00 | Reed indemnification payment to DLG |
| 2/13/2023 | MEOW…0326 | Dhillon Law Group | $ 50,000.00 | Phillips indemnification payment to DLG |
| 2/14/2023 | DAOLABS-INC…2721 | Mikhail Radin | $ 79,520.00 | Mikhail Radin payment ($322,034.67), installment 1 of 4 |
| 2/16/2023 | DAOLABS-LLC...0195 | Chase bank | $ 15.00 | Bank fee |
| 2/23/2023 | DAOLABS-INC…2721 | DAOLABS-LLC-Coinbase | $ 100.00 | Seed payment for DAOLABS LLC Coinbase business account |
| 2/27/2023 | DAOLABS-INC…2721 | Meow-LLC…0326 | $ 40,000.00 | Reimbursement of expenses to Meow, LLC in accordance with MIP-0017 |
| 3/8/2023 | DAOLABS-LLC...0195 | Mikhail Radin | returned | Mikhail Radin payment ($322,034.67), $100,000 installment 2 of 4 |
| 3/10/2023 | DAOLABS-LLC...0195 | Mikhail Radin | returned | Mikhail Radin payment ($322,034.67), $100,000 installment 3 of 4 |
| 3/13/2023 | DAOLABS-LLC...0195 | Mikhail Radin | returned | Mikhail Radin payment ($322,034.67), $38,417.67 installment 4 of 4 |
| 3/15/2023 | DAOLABS-LLC...0195 | Chase bank | $ 40.00 | Bank fee |
| 3/15/2023 | DAOLABS-LLC...0195 | Aishwarya Narayana | $ 14,700.00 | Payment for UX, UI, branding work |
| 3/16/2023 | DAOLABS-LLC...0196 | 8cast Corporation | $ 548.25 | Consultant - financial; financial model work |
| | | | $ 507,978.14 | |

**BALANCE OF FIAT ACCOUNTS - MOVEMENT & PERSONAL**

| Date | Account | Beginning Balance (USD) | Current Balance (USD) | Comments |
|---|---|---|---|---|
| 4/12/2023 | DAOLABS LLC CHASE CHECKING…0195 | $ 1,336.46 | $ 280,513.32 | Current balance as of 4/13/23 |
| 4/12/2023 | DAOLABS INC CHASE CHECKING…2721 | $ 1,185.00 | $ 111,049.67 | Current balance as of 4/13/23 |
| 4/12/2023 | BEN REED ROBINHOOD | $ 90.26 | $ 261.26 | Current balance as of 4/13/23 |
| 4/12/2023 | BEN REED CHASE CHECKING…4135 | $ 188.00 | $ 257,138.33 | Current balance as of 4/13/23 |
| 4/12/2023 | BEN REED WF CHECKING…9216 | $ 5,855.19 | $ 134,413.25 | Current balance as of 4/13/23 |
| 4/12/2023 | MARK PHILLIPS ROBINHOOD - INVESTMENT | - | $ 1,308,093.00 | Current balance as of 4/13/23 |
| 4/12/2023 | MARK PHILLIPS ROBINHOOD - SPENDING | - | $ 12,626.94 | Current balance as of 4/13/23 |
| 4/12/2023 | MEOW LLC CHASE CHECKING…0326 | $ 100.55 | $ 9,622.82 | Current balance as of 4/13/23 |
| | | | $ 2,113,718.59 | |
| | | Total fiat | | DAOLABS + Personal accounts |
| | | Accounted for Movement funds | $ 2,621,696.73 | Spent TRO funds + Fiat account balances |

Tab: Accounting

**EXHIBIT 160**

PLAINTIFF0001817