in the open. To learn more or to join the DAO, visit the Move Discord.

## Peace DAO



The Peace Movement DAO's purpose is to fund life saving assistance and support for Ukranian refugees and displaced people. The DAO is providing immediate support for Ukranians facing humanitarian crises, and will continue to provide support as they rebuild their lives. Peace DAO is democratically governed by its community, **radically reducing overhead and maximizing impact.** To learn more, visit the Peace DAO Docs and join the Discord Server.

| Previous | Next |
|---|---|
| Terms and Conditions of Token Sale and Use | Terms of Service |

PLAINTIFF0003337



**LEGAL-TOOLS    DAOLABS**

**Connect Wallet**



    

*Effective Date: September 1, 2022 Last updated: November 13th, 2022*
_0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email _ *daolabs.wtf*

> (i) This website is available to individuals or projects which use the Juicebox protocol. This Terms of Service is specifically regarding the use of this website.

The following governs your use of all the web pages hosted by daolabs.wtf, and any affiliates or partners owned or managed by DAOLABS (collectively referred to as **"DAOLABS"**, "Legal Resources", "we" or the "Site"). By accessing or using the Site, you expressly agree and consent to the following terms and conditions. If you do not accept the following terms and conditions, then do not use this Site.

# 1. WHO DOES THIS APPLY TO?

This Agreement is applicable to any User who enters the Site. The definition of a "User" is an end-user who either creates a registration on our Site in order to create a form, downloads or prints any information, content, materials or documents (referred to throughout as "Site Content"), whether published by DAOLABS or created by the User or makes use of any of the Site's services. A User also includes anyone who

1. WHO DOES THIS APPLY TO?

2. WHAT IS YOUR OBLIGATION AS A USER?

3. PENALTIES FOR IMPROPER USE.

4. LICENSE OF SITE CONTENT.

5. WHEN YOU WANT TO UPLOAD/POST OR DISTRIBUTE FORMS AND DOCUMENTS.

6. DAOLABS DOES NOT PROVIDE LEGAL ADVICE.

7. PAYMENT.

8. REFUND AND EXCHANGE POLICY.

9. THIRD PARTIES LINKS, PRODUCTS, AND INTEGRATIONS.

10. REPRESENTATIONS AND WARRANTIES.

11. LIABILITY DISCLAIMER.

12. PROPRIETARY RIGHTS.

13. FITNESS FOR USE.

14. BINDING ARBITRATION.

15. MONTHLY SUBSCRIPTIONS (with FREE TRIAL).

16. PRICING CHANGES.

17. GENERAL TERMS.

PLAINTIFF0003338

Site's services. A user also includes anyone who uses any of our products or tools without registering on our Site. These Terms of Use apply

to all Site Content and services made available through the Site at any time, including those not available as of the "Effective Date" above.



# 2. WHAT IS YOUR OBLIGATION AS A USER?

You represent that you are at least 18 years of age and are not prohibited from receiving services under the laws of the applicable jurisdiction. You agree to provide accurate and complete information on the Site's registration form. You acknowledge that DAOLABS owns your account and that you have no ownership rights to your account. You agree to abide by the following rules:

- You agree not to disseminate your user name or password and that you are responsible for maintaining the confidentiality of your user name and password to protect your personal information. Whether you authorize it or not, you are responsible for any and all uses of your registration.
- You agree to notify DAOLABS immediately of any unauthorized use of your registration and password.
- You agree not to present DAOLABS Site Content (or permit Site Content to be presented) in such a way that it appears to be available from a third-party Web site.
- You agree to not delete or revise any material posted by others.
- You agree to not breach or attempt to breach the security measures incorporated in the Site or access data not intended for your use.
- You agree to not log into a server or account which you are not authorized to use.
- You agree that you will not use the Site to advertise or offer to sell or buy any goods or services.
- You agree to not use the Site for any unlawful purpose or in any manner that would violate international, federal, or local

PLAINTIFF0003339

laws or regulations.

- You agree not to interfere with the service to any User, host, or network.
- You agree not to modify, reverse engineer, decompile, translate or disassemble any portion of the Site. · You agree not to forge any TCP/IP packet header or any part of the header information in any e-mail or posting.
- You agree to access the Site only through the interfaces provided by the Site using a web browser.- - You agree to not use the software, devices, script robots, other means or processes to access, "scrape," "crawl," or "spider" any web pages or other services contained in or on the Site. · You agree to not use or copy information, content or any data you view on and/or obtain from the Site to provide any service that is competitive with the Site.
- You agree to report inappropriate postings or conduct to DAOLABS.
- You agree to not

  - (i) copy, print (except for the express limited purpose permitted), republish, display, distribute, transmit, sell, rent, lease, loan or otherwise make available in any form or by any means all or any portion of the Site or any Site Content retrieved therefrom without DAOLABS' express written permission;
  - (ii) use the Site or any materials obtained from the Site to develop or as a component of, any information, storage and retrieval system, database, information base, or similar resource (in any media now existing or hereafter developed), that is offered for commercial distribution of any kind, including through sale, license, lease, rental, subscription, or any other commercial distribution mechanism. To the extent you use or obtain a contract, application, agreement,



PLAINTIFF0003340

or other Site Content from DAOLABS, its licensors, or the Site, all such information is intended by DAOLABS for personal use by individual consumers only.

# 3. PENALTIES FOR IMPROPER USE.

Your violation of any of these Rules may result in civil or criminal liability. DAOLABS will investigate occurrences relating to such violations and may involve and cooperate with law enforcement authorities in prosecuting Users involved in such violations. If DAOLABS determines you misled DAOLABS or violated these rules or the Terms of Use, we reserve the right to terminate this Agreement and your use of the Site. DAOLABS is under no obligation to monitor the conduct of its Users, but it may investigate and respond when violations are reported. It is your responsibility to ensure that your use of the Site complies with these Terms of Use and all applicable laws.

# 4. LICENSE OF SITE CONTENT.

DAOLABS grants you a non-exclusive, non-transferable, revocable license to:

- access and use the Site strictly in accordance with this Agreement;
- use the Site solely for personal, non-commercial uses;
- share your content with friends, relatives and trusted advisors for the purpose of assisting you with your personal
- print information from the Site solely for personal, non-commercial purposes maintaining all copyright and other policies contained therein.

# 5. WHEN YOU WANT TO UPLOAD/POST OR DISTRIBUTE FORMS AND DOCUMENTS.

Your submission of information to the Site, including the uploading of Documents is also

PLAINTIFF0003341

including the uploading of Documents is also governed by <u>DAOLABS' Privacy Policy</u>, the terms of which are fully incorporated by reference herein.

You agree that you are solely responsible for the content of any Document you post to the Site and any consequences arising from such posting. In order to maintain Site integrity and a positive Site experience for all, the following rules apply:



Your Documents may not contain:

- (i) confidential or private information belonging to others;
- (ii) material that infringes on intellectual property rights, or violates the privacy or publicity rights of others;
- (iii) anything sexually explicit, obscene, libelous, defamatory, threatening, harassing, abusive, or hateful;
- (iv) anything offensive to another person or entity;
- (v) anything that may give rise to criminal or civil liability,
- (vi) anything providing instructional information about illegal activities;
- (vii) any computer code, file, or program that is harmful or invasive or may damage or hijack the operation of, or to monitor the use of, any hardware, software or equipment; or
- (viii) any unauthorized advertising, promotional material, "junk mail," "spam," "chain letter," "pyramid scheme" or investment opportunity, or any other form of solicitation.

You may not use your Documents to:

- (i) impersonate another person, living or dead;
- (ii) post false, inaccurate or misleading information;
- (iii) post advertisements;
- (iv) post chain letters or pyramid schemes;
- (v) post opinions or notices, commercial or otherwise; or
- (vi) restrict the ability of any other person to use the Site.

PLAINTIFF0003342

If you have an idea or information that you want
to remain confidential or do not want others to
use, or that is subject to third party rights
that may be infringed by your sharing it, do not
post it to any portion of the DAOLABS' Site or to
any other site through DAOLABS.



**DAOLABS IS NOT RESPONSIBLE FOR A USER'S MISUSE OR
MISAPPROPRIATION OF ANY CONTENT OR INFORMATION
POSTED ON OR THROUGH OUR SITE.**

DAOLABS has no obligation to review Documents
posted on the Site, but it may do so in its sole
discretion. Documents found to violate these
Terms of Use may be removed at DAOLABS' sole
discretion and may result in DAOLABS terminating
your use of the Site or our services.

**Special Terms Related To Profiles and Documents:**
As part of the services offered on our Site,
DAOLABS permits the creation of an electronic
profile for individuals who register for the Site
("Profiles"). These profiles may include
graphics, images, text, or data. DAOLABS does not
screen or review any of the User-posted/uploaded
materials to determine suitability for any
purpose. In addition, DAOLABS shall not be
considered an agent for anyone submitting a
Document or other materials through the Site or
any company that may view a person's Document or
materials through the Site. Nothing herein shall
be construed to create an employer-employee,
agency, or other relationship between DAOLABS and
any individual or entity. DAOLABS has no
responsibility for, control over or liability
related to anyone using this Site or any Document
posted or uploaded to the Site. The Site is
merely a venue for Users to create and edit
Documents and for others to view Documents when
the User provides permission. DAOLABS does not
review, screen, edit or monitor the Documents
posted on our Site or make any judgments about or
selections of Documents or individuals. DAOLABS
is not a party to any transaction between Users
through the Site and has no control over the
Documents or the quality, truth, accuracy,
reliability, completeness, or timeliness of such
materials. DAOLABS makes no representations or
warranties about any material Users post on our
Site.

PLAINTIFF0003343

Site.



# 6. DAOLABS DOES NOT PROVIDE LEGAL ADVICE.

DAOLABS is not a law firm. By using this Site, you acknowledge and agree that DAOLABS and its affiliates are not providing legal advice or acting as your attorney, and you assume full responsibility for any consequences and costs associated with your use of this Site and as it relates to your legal matters. No attorney-client relationship or privilege is created with DAOLABS. DAOLABS strives to keep its legal documents accurate, current, and up-to-date. However, because the law changes rapidly, DAOLABS cannot guarantee that all of the information on the Site or downloadable documentation is completely current. The law is different from jurisdiction to jurisdiction and may be subject to interpretation by different courts. The law is a personal matter, and no general information or legal tool like the kind DAOLABS provides can fit every circumstance. Furthermore, the legal information contained on the Site or downloadable documentation is not legal advice and is not guaranteed to be correct, complete, or up-to-date. Therefore, if you need legal advice for your specific problem, or if your specific problem is too complex to be addressed by our tools, you should consult a licensed attorney in your area. **If prior to your purchase, you believe that DAOLABS is giving you any legal advice, opinion or recommendation about your legal rights, remedies, defenses, options, selection of forms or strategies, you will not proceed with this purchase, and any purchase that you do make will be null and void.** DAOLABS is not a party to any agreement that you enter into as a result of the use of any Document that you create, use, or download from the Site. And any Document does not constitute an attorney-client relationship, joint venture, or partnership between DAOLABS and any User or third party.

# 7. PAYMENT.

PLAINTIFF0003344

Use of the DAOLABS services is free for individuals or Cryptographic Addresses related to

the Juicebox Protocol. Individuals who have created a Juicebox Project, or are related to a Payout Address, Reserved Rate Address shall be given access to the DAOLABS Legal Resources services.

At this time separate payment or billing is not an option, however, they may be added in the future. The following section relates to our agreement as it relates to any future payment or billing services.



*In order to use our services that have fees associated with them, you must provide accurate billing and payment information. You agree to pay DAOLABS for all charges incurred as a result of your use of the Site, including all applicable taxes, fees, and surcharges. You authorize DAOLABS to bill your designated payment method for such charges. If DAOLABS, for any reason, does not receive payment from your designated payment method, you agree to pay all amounts due upon demand by DAOLABS or its vendor. Every time you use the Site, you reaffirm that*

- *(i) DAOLABS (or its billing agent) is authorized to bill your chosen payment method;*
- *(ii) DAOLABS may submit charges incurred under your account for payment; and*
- *(iii) you will be responsible for such charges.*

*DAOLABS may use a domestic or an international third-party payment service, the latter of which could result in international transaction fees billed to your credit card, (collectively, the "Payment Service"), to collect payments for all fees. Any international transaction fees that you may incur are charged by your bank and not by DAOLABS. All questions concerning such fees should be directed towards your bank. Any information you provide us in connection with the payment that we provide to the Payment Service will be subject to the Payment Service's user agreement and privacy policy, not this Agreement or our Privacy Policy. You acknowledge and agree*

**PLAINTIFF0003345**

of our Privacy Policy. You acknowledge and agree
that DAOLABS is not liable for the Payment

Service's services, its site, or any acts or
omissions of the Payment Service.

The Price and availability of any product or
service offered through the Site are subject to
change without notice. Refunds and exchanges will
be subject to DAOLABS' refund and exchange
policies then in effect. You agree to pay all
charges incurred by you or on your behalf through
the Site, at the price(s) in effect when such
charges are incurred, including without
limitation, any applicable taxes.

# 8. REFUND AND EXCHANGE POLICY.

This section was intentionally left blank.

# 9. THIRD PARTIES LINKS, PRODUCTS, AND INTEGRATIONS.

Third parties may offer or provide materials
through the pages on our Site. You also may
obtain access to other sites on the Internet
through the pages on our Site. By providing this
service, DAOLABS is not undertaking any
responsibility or liability for information or
publications of third parties on the Internet
even if you access them through these pages. The
use of these third-party services/ add-ons
require customers to agree to additional terms
and conditions. Your dealings with, or
participation in promotions of, advertisers found
on or through the Site, including payment and
delivery of related goods or services and any
other terms, conditions, warranties or
representations associated with such dealings,
are solely between you and that third party.
DAOLABS is not responsible in any way for
customer's data once it is transmitted, copied,
or removed from our site by the customer or under
direction or control of the customer. DAOLABS
does not warrant or support any third-party
content or services, you agree that DAOLABS shall
not be responsible or liable for any loss or
damage of any sort incurred as the result of any

PLAINTIFF0003346



damage of any sort incurred as the result of any such dealings or as the result of the presence of such third parties' links and/or ads or third

party products and services on the Site and DAOLABS expressly disclaims any responsibility or liability for any material communicated by third parties through these pages or for any claims, damages or losses resulting from the use thereof. We and/or third-parties may make available through the Site message boards, chat functionality and comment features to which you are able to post information and materials (each, a "Forum").

**PLEASE BE AWARE THAT SUCH FORUMS MAY BE PROVIDED BY A THIRD PARTY, AND MAY BE SUBJECT TO THE TERMS AND CONDITIONS OF SUCH THIRD PARTY AS WELL AS THIS AGREEMENT**

DAOLABS does not warrant or support any third-party content or services and disclaims all liability for these items and their access to DAOLABS services, including their modification, deletion, or collection of customer data.

# 10. REPRESENTATIONS AND WARRANTIES.

DAOLABS makes no representations or warranties with regard to the Site Content (including, without limitation, third party material) or communications from Customer Service representatives, all of which are provided on an "as is" and/or "as available" basis. DAOLABS hereby disclaims all warranties, express or implied, including without limitation the implied warranties of merchantability and fitness for a particular purpose. DAOLABS makes no representations or warranties that the services provided by the Site or any customer service representatives will be uninterrupted or error-free, that defects will be corrected, or that the pages or the server that makes them available are free from viruses, worms or other harmful components. If your use of the Site results directly or indirectly in the need for servicing or replacing equipment or data, DAOLABS is not responsible for such costs. DAOLABS also makes no

PLAINTIFF0003347

representations or warranties as to whether the
information accessible via these pages or
customer service representatives, including



information posted by Users or third parties, is
accurate, complete, current, reliable or
truthful. DAOLABS assumes no responsibility for
the timeliness, deletion, misdelivery, or failure
to store any User communications or
personalization settings. Nothing on the Site
shall be considered an endorsement,
representation, or warranty with respect to any
User or third-party, any website, product,
service, experience, recruiting, hiring, or
otherwise. No advice or information obtained by
any User from DAOLABS or its personnel shall
create any warranty not expressly provided for in
this Agreement. You agree that any reliance on
materials/information posted by Users or on any
other form of communication with Users will be at
your own risk. DAOLABS acts as, among other
things, a portal for the online distribution and
publication of User submitted information and has
no obligation to screen communications or
information in advance and is not responsible for
screening or monitoring User posted material or
information, although it reserves the right to do
so. DAOLABS makes no representations or
guarantees regarding the effectiveness or
timeliness of the Site Content in meeting
objectives of Users. DAOLABS does not guarantee
that Documents created, checked or reviewed using
the Site, Documents written by DAOLABS or
materials posted by Users will result in an
agreement, contract or successful application,
for whatever reason made, made by any User or
third party. You hereby represent and warrant
that you

- (i) are using the Site Content solely for
  your own personal use and not for any
  business or research purpose;
- (ii) are not a human resource specialist,
  researcher, hiring manager or another
  similar employee of a business or
  organization that is accessing employment
  hiring or firing Site Content for use in
  your job duties or for the benefit of your
  employer or organization;
- (iii) will not use the Site Content for

PLAINTIFF0003348

commercial purposes and will not aggregate,
redistribute or otherwise transmit the Site

Content to any other individual or entity;
and
- (iv) will not use (or plan, encourage or
help others to use) the Site for any purpose
or in any manner that is prohibited by this
Terms of Use Agreement or by applicable law.



# 11. LIABILITY DISCLAIMER.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT DAOLABS
AND ITS PARENT, SUBSIDIARIES, AFFILIATES,
OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND
LICENSORS OR ANYONE ELSE WHO HAS BEEN INVOLVED IN
THE CREATION, PRODUCTION, OR DELIVERY OF THESE
PAGES, SERVICES, AND SITE CONTENT SHALL NOT BE
LIABLE TO YOU FOR ANY DIRECT, INDIRECT,
INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY
DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES
FOR LOSS OF PROFITS, GOODWILL, USE, DATA
(INCLUDING, WITHOUT LIMITATION, ANY DOCUMENTS
WRITTEN OR CREATED BY DAOLABS, AND ANY OTHER USER
INFORMATION PROVIDED IN CONNECTION THEREWITH) OR
OTHER INTANGIBLE LOSSES (EVEN IF DAOLABS HAS BEEN
ADVISED OF THE POSSIBILITY OF SUCH DAMAGES),
RESULTING FROM: (a) THE USE OR THE INABILITY TO
USE THE SITE; (b) THE COST OF PROCUREMENT OF
SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY
GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR
OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS
ENTERED INTO THROUGH OR FROM THE SITE; (c)
UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR
TRANSMISSIONS OR DATA; (d) STATEMENTS OR CONDUCT
OF ANY THIRD PARTY ON THE SITE; OR (e) ANY OTHER
MATTER RELATING TO THE SITE OR THE SITE CONTENT.
DAOLABS RESERVES THE RIGHT AT ANY TIME TO MODIFY
OR DISCONTINUE, TEMPORARILY OR PERMANENTLY, THE
SITE (OR ANY PART THEREOF) WITH OR WITHOUT
NOTICE. YOU AGREE THAT DAOLABS SHALL NOT BE
LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY
MODIFICATION, SUSPENSION OR DISCONTINUANCE OF THE
SITE. IF ANY LIMITATIONS ARE HELD INAPPLICABLE OR
UNENFORCEABLE FOR ANY REASON, THEN DAOLABS'S
MAXIMUM LIABILITY TO YOU FOR ANY NON-DIRECT TYPE
OF DAMAGES SHALL BE LIMITED TO U.S. $50.00 IN THE
AGGREGATE. IN NO EVENT SHALL DAOLABS (ITS PARENT,

PLAINTIFF0003349

SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS, AND LICENSORS OR ANYONE ELSE WHO HAS BEEN INVOLVED IN THE CREATION,

PRODUCTION, OR DELIVERY OF THESE PAGES), BE LIABLE FOR ANY DIRECT DAMAGES IN EXCESS IN THE AGGREGATE OF U.S. $50.00 OR FIVE TIMES THE AMOUNT OF YOUR MOST RECENT MONTHLY PAYMENT (IN THE EVENT YOU ARE A PAYING SUBSCRIBER), WHICHEVER IS LESS. IF ANY PART OF THE EXCLUSIONS OF DAMAGES OR LIMITATIONS OF LIABILITY SET FORTH HEREIN IS UNENFORCEABLE UNDER APPLICABLE LAW, DAOLABS'S AGGREGATE LIABILITY RELATED THERETO WILL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE. DAOLABS CANNOT AND DOES NOT CHECK EACH USER'S IDENTITY. WE ARE NOT INVOLVED IN USER-TO-USER DEALINGS NOR DO WE CONTROL THE BEHAVIOR OF PARTICIPANTS ON ANY SITE. THEREFORE, IN THE EVENT THAT YOU HAVE A DISPUTE WITH ONE OR MORE USERS, YOU RELEASE DAOLABS (AND OUR AGENTS AND EMPLOYEES) FROM CLAIMS, DEMANDS AND DAMAGES (ACTUAL AND CONSEQUENTIAL AND DIRECT AND INDIRECT) OF EVERY KIND AND NATURE, KNOWN AND UNKNOWN, SUSPECTED AND UNSUSPECTED, DISCLOSED AND UNDISCLOSED, ARISING OUT OF OR IN ANY WAY CONNECTED WITH SUCH DISPUTES. IF YOU ARE A CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL CODE SECTION 1542, WHICH SAYS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

## 12. PROPRIETARY RIGHTS.

The Site and all rights, title, and interest in and to the Site is the sole property of DAOLABS and/or its Affiliates or licensors, and is protected by U.S. copyright and international treaties. " DAOLABS " and the DAOLABS design logo may be registered service or trademarks. All related products and service names, design marks, and slogans are also the service marks or trademarks of DAOLABS. In addition, the "look" and "feel" of the Site (including color combinations, button shapes, layout, design, and all other graphical elements) are protected by



PLAINTIFF0003350

DAOLABS' trademarks, service marks, and copyrights. Each User retains ownership of any materials the User submits through the Site



(each, a "Submission"). However, in order to make Submissions available on the Site and to best provide you with services tailored to such Submissions, DAOLABS require certain rights to User Submissions. By submitting materials to our Site, including Documents, the User grants to DAOLABS and its designees a worldwide, non-exclusive, transferable, royalty-free, fully paid up, perpetual, irrevocable right and license, without compensation or further notice to you: (i) to use, reproduce, distribute, adapt, edit, modify, create derivative works of, publicly display and publicly perform such Submission, and the contents of such Submission, in any media now known or hereafter developed, for DAOLABS's business, marketing and promotional purposes and (ii) to sublicense the foregoing rights, through multiple tiers, to the maximum extent permitted by applicable law; provided however, such rights shall be subject to any restrictions or limitations established by the User in connection with the creation or maintenance of such Document (for example, if you limit availability of your Document, DAOLABS will use commercially reasonable efforts to ensure that the availability of your Document complies with the settings you selected). By way of further explanation, DAOLABS would not be able to perform many of the services we offer without your granting DAOLABS these rights. For example, without the right to "adapt," we would be unable to make the necessary changes to the Submissions so that the Submissions meet our technical criteria; without the right to reproduce, we would be unable to make copies of Submissions on our servers to post the Submissions. For each Submission, you represent and warrant that you have all rights necessary for you to grant the licenses as set forth in this section and that such Submission through the Site complies with all applicable laws, rules, and regulations. You acknowledge that you are solely responsible for verifying any and all information contained in any Submission, including, without limitation, confirming your own data, terms, or language, and that DAOLABS is not responsible for correcting

PLAINTIFF0003351



any information provided to any third party. You further irrevocably waive any "moral rights" or other rights with respect to attribution of authorship or integrity of materials regarding each Submission that you may have under any applicable law under any legal theory. If you have a good faith belief that materials available on the Site infringe your copyright, send DAOLABS a notice requesting that we remove the material or block access to it and we will investigate the claim and inform you of the results.

# 13. FITNESS FOR USE.

DAOLABS makes no representation as to appropriateness or availability for use of any of its Site Content in any particular location. Those who choose to access these pages do so on their own initiative and are solely responsible for compliance with local laws.

# 14. BINDING ARBITRATION.

THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES THROUGH FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY.

If any dispute arises, you must first contact DAOLABS by e-mail at m@daolabs.wtf, so that we can endeavor to resolve the issue. In the event that we cannot resolve a dispute within thirty (30) days of notification, then all disputes arising under or relating to this Agreement shall be settled by arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules and Supplementary Procedures for Consumer-Related Disputes ("Supplementary Procedures") as it may be amended from time to time.

# 15. MONTHLY SUBSCRIPTIONS (with FREE TRIAL).

Pricing for DAOLABS Legal Resources has not been determined. While the services are currently free, they may change in the future. At this time

PLAINTIFF0003352

access and use to this website is limited to individuals who have created a Juicebox project, thus access to the site may be limited to wallets

or individuals who are associated with a Juicebox project either as a project owner or project member.



# 16. PRICING CHANGES.

Effective: August 22, 2022, DAOLABS published pricing or restrictions of the following products: Subscription: Juicebox Protocol project with 5 ETH A grace period of 90 days after the effective date will be provided to all individuals regardless of ownership of a Juicebox project NFT.

DAOLABS shall have the right to increase prices from time to time. Any such price change shall not apply to subscriptions or purchases submitted before August 22, 2019, unless the User stops for any reason making payments after August 22, 2019. DAOLABS will notify the User (not applicable to PayPal customers) to remind him or her to make the respective payments. If User declines to make such payments, User will no longer have the right to remain with the price made available to User before August 22, 2019, and will be subject to the new pricing structure. For Users that have registered using 3rd party payment facilitator, please refer to those Legal Agreements for the 3rd party Services.

# 17. GENERAL TERMS.

- **Entire Agreement.** This Terms of Use Agreement constitutes the full agreement between you and DAOLABS and governs your use of the Site, superseding any prior agreements between you and DAOLABS with respect to the Site.
- **User Remedies.** You acknowledge that, except as expressly provided elsewhere in this Agreement, your only right with respect to any dissatisfaction with any modification or discontinuation of service made by DAOLABS or any policies or practices in providing this Site or our products, including without

PLAINTIFF0003353



limitation any change in content or any change in the amount or type of fees or charges associated with our products, is to

cancel your subscription or user account, as applicable. In no event shall you seek or be entitled to rescission, injunctive or other equitable relief, or to enjoin or restrain the operation of the DAOLABS' services.

- **Choice of Law and Forum.** The Terms of Use and the relationship between you and DAOLABS shall be governed by the laws of the State of Washington without regard to its conflict of law provisions. You and DAOLABS agree to submit to the personal and exclusive jurisdiction of the courts located within the county of King, Washington. You agree to defend, indemnify, and hold harmless DAOLABS (and its officers, directors, employees, and agents) from and against any third-party claims, actions or demands (including, without limitation, costs, damages, and reasonable legal and accounting fees) alleging or resulting from or in connection with your use of the Site.

- **Waiver and Severability of Terms.** The failure of DAOLABS to exercise or enforce any right or provision of the Terms of Use shall not constitute a waiver of such right or provision. In the event that any provision of the Terms of Use is found by a court of competent jurisdiction to be invalid, the parties agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms of Use shall remain in full force and effect.

- **Statute of Limitations.** You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Site or the Terms of Use must be filed within one (1) year after such claim or cause of action arose or be forever barred. DAOLABS reserves the right to update or amend these Terms of Use at any time without notice.

- **Term and Termination.** This Agreement is effective until terminated. DAOLABS, at its sole discretion. mav terminate vour access

PLAINTIFF0003354



to or use of the Site, at any time and for any reason. Such termination, including deactivation or deletion of your password and user name, and all related information and files associated with it may happen without prior notice. DAOLABS is not liable to you or any third party for any termination of your access to the Site or to any such information or files and shall not be required to make such information or files available to you.

- **For purposes of service messages and notices about the services to you, notice shall consist of an e-mail from DAOLABS to the e-mail address associated with your account, regardless of any other information we may have. DAOLABS shall have no liability associated with your failure to maintain accurate contact information.**
- **Customer Service.** No customer service representatives used by DAOLABS are permitted to bind the company or contravene this Terms of Use Agreement. In addition, DAOLABS expressly disclaims any liability for information provided by its customer service representatives to the extent the information is inconsistent with the information set forth herein.
- **Section Titles.** Section titles in this Terms of Use Agreement are for convenience only and have no legal effect ·
- **Privacy Information.** Please review our complete Privacy Policy which is fully incorporated by reference into this Terms of Use Agreement. If you have questions about any of the provisions described above, please contact us at the above e-mail address.

Previous
DAOLABS

Next
Application Terms of Service

PLAINTIFF0003355

 LEGAL-TOOLS **DAOLABS** **Connect Wallet**



    

*Effective Date: September 1, 2022 Last Updated: August 27th, 2022*
_0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email _ daolabs.wtf

> (i) This Terms of Service is specifically
> regar i g the  se of _aolabs.wtf's Treas ry
> website, which is c rre tly theme  exactly
> like htt s:  j icebox.mo ey while
> a  licatio  feat res are c rre tly    er
>  evelo me t.   e to the  ser's ability to
> obtai  toke s for co trib tio s, the
> followi g terms of service are i  effect.

PLEASE READ THIS TERMS OF SERVICE AGREEMENT (THE "TERMS OF SERVICE") CAREFULLY. THIS SITE AND ANY OTHER WEBSITES OF DAOLABS.WTF ("DAOLABS"), ITS AFFILIATES OR AGENTS (COLLECTIVELY, THE "SITE") IS CONTROLLED BY DAOLABS. THESE TERMS OF USE GOVERN THE USE OF THE SITE AND APPLY TO ALL INTERNET USERS VISITING THE SITE. BY ACCESSING OR USING THE SITE IN ANY WAY, INCLUDING USING THE SERVICES AND RESOURCES AVAILABLE OR ENABLED VIA THE SITE (EACH A "SERVICE" AND COLLECTIVELY, THE "SERVICES"). BY CLICKING ON THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, AND/OR BROWSING THE SITE, YOU REPRESENT THAT (1) YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THE TERMS OF SERVICE, (2) YOU ARE OF LEGAL AGE TO FORM A BINDING CONTRACT WITH DAOLABS, AND (3) YOU HAVE THE AUTHORITY TO ENTER INTO THE TERMS OF USE PERSONALLY OR ON BEHALF OF THE ENTITY YOU HAVE NAMED AS THE USER,

Decentralized, Centralized Applications.

Parties, Notice addresses.

Introduction.

1. By using the Site, you agree to these Terms.

2. Information of a Legal, Accounting, or Tax Matters.

3. Risks Involved in the Use of the Smart Contracts.

4. Source Code Repositories.

5. Intellectual Property.

6. The Decentralized Application.

7. Access to DAOLABS Application.

8. Securities Law Matters.

9. OFAC Compliance.

10. Third Party Links.

11. Privacy Policy.

12. Disclaimers; Limitation of Liability.

13. Indemnification.

14. Arbitration.

15. Governing Law.

16. General.

17. Contacting Us.

PLAINTIFF0003356



AND TO BIND THAT ENTITY TO THE TERMS OF SERVICE.
THE TERM "YOU" REFERS TO THE INDIVIDUAL OR LEGAL
ENTITY, AS APPLICABLE, IDENTIFIED AS THE USER WHEN

YOU REGISTERED ON THE SITE. IF YOU DO NOT AGREE TO
BE BOUND BY THE TERMS OF SERVICE, YOU MAY NOT
ACCESS OR USE THIS SITE OR THE SERVICES.

PLEASE BE AWARE THAT SECTION 15 (ARBITRATION, OUR
DISPUTE RESOLUTION PROCESS) OF THIS AGREEMENT,
BELOW, CONTAINS PROVISIONS GOVERNING HOW DISPUTES
THAT YOU AND WE HAVE AGAINST EACH OTHER ARE
RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY
DISPUTES THAT AROSE OR WERE ASSERTED PRIOR TO THE
EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR,
IT CONTAINS AN ARBITRATION AGREEMENT WHICH WILL,
WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN
US TO BE SUBMITTED TO BINDING AND FINAL
ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION
AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO
PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF AGAINST
US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR
CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION
OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT
TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF IN A
COURT OF LAW AND TO HAVE A JURY TRIAL.

## Decentralized, Centralized Applications.

DAOLABS applications may be accessed at the
following URLs: daolabs.wtf, dao-lawfirm.xyz,
movement.xyz, juicebox.wtf, treasury.wtf,
tiles.wtf and any services used by DAOLABS, such
as Discord, Twitter, Instagram and Github.[^1]

## Parties, Notice addresses.

The parties to this agreement are **you** (user of
DAOLABS's decentralized application) and **DAOLABS**.
For the purpose of electronic communication or
other electronic notice you may contact DAOLABS
via its Service Provider at dao-lawfirm.xyz or by
e-mail at
0x752515a3A1091b9f1c04416CF79D1F14d2340085@ethereum.email or
0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email .

## Introduction.

PLAINTIFF0003357



Please read these terms of service ("Terms") carefully. These Terms are between you and DAOLABS (the "DAOLABS," "we," "us," or "our") concerning your use of **DAOLABS' decentralized application ("DAPP") or websites,** including the sites listed above, other DAOLABS websites, and other websites maintained by DAOLABS (together the "Site" or "Sites") which may interact with and operate on the Juicebox protocol (the "Juicebox DAO Protocol") currently available on Ethereum via <u>smart contracts</u> ("Smart Contracts").

These Terms apply to you (**"you,"** or **"User"**) as a user of the Site information made available on the Site.

## 1. By using the Site, you agree to these Terms.

Certain features on the site may be offered while still in "beta" form (**"Services"**). By accepting these Terms or using the Services, You understand and acknowledge that the Services are being provided as a version and made available on an "As Is" or "As Available" basis. The Services may contain bugs, errors, and other problems.

You assume all risks and all costs associated with your use of DAOLABS services, including, without limitation, any internet access fees, back-up expenses, costs incurred for the use of your device and peripherals, and any damage to any equipment, software, information, or data. In addition, we are not obligated to provide any maintenance, technical support, or other support for the Services.

None of the information, services, or materials offered on the Sites constitute, or are intended to constitute, legal, financial, tax, investment, or other advice, and you should not act or refrain from acting based on any information, services, or materials provided on the Sites. All content on the Sites is information of a general nature and does not address the unique circumstances of any particular user. You are strongly urged to consult with your own legal, financial, tax, investment, and other advisors as to all legal, financial, tax, and investment-related questions you have.

PLAINTIFF0003358

You must be able to form a legally binding
contract online either as an individual or on

behalf of a legal entity. You represent that as a
User, you have the legal authority to bind the
company or other legal entity on the behalf of
which you are acting to these Terms, you are at
least 18 years old or the age of majority where
you reside, whichever is older, you can form a
legally binding contract online, and you have the
full right, power, and authority to enter into and
to comply with the obligations under these Terms
on your own behalf, or on behalf of the company or
other legal entity on the behalf of which you are
acting.

PLEASE NOTE THAT THE AGREEMENT IS SUBJECT TO
CHANGE BY DAOLABS IN ITS SOLE DISCRETION AT ANY
TIME. When changes are made, DAOLABS will make a
new copy of the Terms of Service Agreement
available at the Site and any new Supplemental
Terms will be made available from within, or
through, the affected Service on the Site. We will
also update the "Last Updated" date at the top of
the Terms of Service Agreement. DAOLABS may
require you to provide consent to the updated
Agreement in a specified manner before further use
of the Site and/ or the Services is permitted. If
you do not agree to any change(s) after receiving
a notice of such change(s), you shall stop using
the Site and/or the Services. Otherwise, your
continued use of the Site and/or Services
constitutes your acceptance of such change(s).
PLEASE REGULARLY CHECK THE SITE TO VIEW THE THEN-
CURRENT TERMS.

As a User, you agree to be bound by any changes,
variations, or modifications to our terms of
service and your continued use of the Site shall
constitute acceptance of any such changes,
variations, or modifications.

## 2. Information of a Legal, Accounting, or
## Tax Matters.

Any legal, financial, or tax comments within the
Sites are provided for informational and
illustrative purposes only, and are not intended
to constitute legal, financial, tax, or other

PLAINTIFF0003359





advice. You should not act or refrain from acting
based on any information gleaned from any
documents, comments, or instructions within the
Sites. DAOLABS does not endorse or make any
representation as to the capabilities of any legal
or tax professional or advisors within our Sites
(or the Internet), and the provision of contact
information is not a recommendation that you hire
any such person. Please check with your legal and
tax advisors to make the best decisions for your
specific circumstances.

## 3. Risks Involved in the Use of the Smart Contracts.

DAOLABS' protocol runs entirely on publicly
accessible smart contracts explained in detail
throughout the Juicebox DAO's online documents,
currently available at
https://info.juicebox.money. The Juicebox DAO's
protocol is public infrastructure running well-
known code. All consequences from interacting with
networks running the protocol are borne by the
entities who sign each transaction. The protocol
works according to the specifications outlined in
these docs to the extent the code is written and
deployed correctly, which is a collective
responsibility and is not guaranteed. There are
major risks that the code is not written and
deployed correctly. **Please do your own research.**

## 4. Source Code Repositories.

No Warranties. DAOLABS's source code Repository is
only a presentation of information regarding
certain view points and technologies. The
statements contained in the Repository do not
provide any advice, representation, warranty,
certification, guarantee or promise relating to
these technologies, any uses thereof or any of the
other matters discussed in the Repository, nor
does the Repository provide an offer or agreement
to make such technologies available, maintain or
update such technologies, or sell or buy any asset
or enter into any transaction. You should not rely
on the Repository as a basis for making any
financial or other decision.

**5. Intellectual Property**

PLAINTIFF0003360

**5. Intellectual Property.**



The rights granted to you in the Agreement are
subject to the following restrictions: (a) you
shall not license, sell, rent, lease, transfer,
assign, reproduce, distribute, host or otherwise
commercially exploit DAOLABS' Properties or any
portion of DAOLABS' Properties, including the
Site; (b) you shall not frame or utilize framing
techniques to enclose any trademark, logo, or
other DAOLABS Properties (including images, text,
page layout or form) of DAOLABS; (c) you shall not
use any metatags or other "hidden text" using
DAOLABS' name or trademarks; (d) you shall not
modify, translate, adapt, merge, make derivative
works of, disassemble, decompile, reverse compile
or reverse engineer any part of DAOLABS'
Properties except to the extent the foregoing
restrictions are expressly prohibited by
applicable law; (e) you shall not use any manual
or automated software, devices or other processes
(including but not limited to spiders, robots,
scrapers, crawlers, avatars, data mining tools or
the like) to "scrape" or download data from any
web pages contained in the Site (except that we
grant the operators of public search engines
revocable permission to use spiders to copy
materials from the Site for the sole purpose of
and solely to the extent necessary for creating
publicly available searchable indices of the
materials, but not caches or archives of such
materials); (f) except as expressly stated herein,
no part of DAOLABS' Properties may be copied,
reproduced, distributed, republished, downloaded,
displayed, posted or transmitted in any form or by
any means; and (h) you shall not remove or destroy
any copyright notices or other proprietary
markings contained on or in DAOLABS' Properties.
Any future release, update or other addition to
DAOLABS' Properties shall be subject to the
Agreement. DAOLABS, its suppliers and Service
Providers reserve all rights not granted in the
Agreement. Any unauthorized use of any DAOLABS's
Property terminates the licenses granted by
DAOLABS pursuant to the Agreement.

**1. DAOLABS Properties.** Except with respect to Your
Content and User Content, you agree that DAOLABS

PLAINTIFF0003361



and its suppliers own all rights, title and interest in DAOLABS Properties. You will not remove, alter or obscure any copyright, trademark, service mark, or other proprietary rights notices incorporated in or accompanying any of DAOLABS Properties.

**2. Your Content.** DAOLABS does not claim ownership of Your Content. However, when you as a Registered User post or publish Your Content on or in DAOLABS Properties, you represent that you own and/or have a royalty-free, perpetual, irrevocable, worldwide, non-exclusive right (including any moral rights) and license to use, license, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, derive revenue or other remuneration from, and communicate to the public, perform and display Your Content (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or later developed, for the full term of any worldwide intellectual property right that may exist in Your Content.

**3. License to Your Content.** Subject to any applicable account settings that you select, you grant DAOLABS a fully paid, royalty-free, perpetual, irrevocable, worldwide, royalty-free, non-exclusive and fully sublicensable right (including any moral rights) and license to use, license, distribute, reproduce, modify, adapt, publicly perform, and publicly display Your Content (in whole or in part) for the purposes of operating and providing DAOLABS Properties to you and to our other Registered Users. Please remember that other Registered Users may search for, see, use, modify and reproduce any of Your Content that you submit to any "public" area of DAOLABS Properties. You warrant that the holder of any worldwide intellectual property right, including moral rights, in Your Content, has completely and effectively waived all such rights and validly and irrevocably granted to you the right to grant the license stated above. You agree that you, not DAOLABS, are responsible for all of Your Content that you Make Available on or in DAOLABS Properties. Any Content posted by you in your profile may not contain nudity, violence, sexually explicit, or offensive subject matter as

PLAINTIFF0003362

determined by DAOLABS in its sole discretion. You
may not post or submit for print services a



photograph of another person without that person's
permission.

# 6. The Decentralized Application.

DAOLABS provides access to a DAPP, a decentralized
finance application, (**"Application"**) on the
Ethereum blockchain that allows individuals to
contribute Ethereum assets including Ethereum,
ERC-20, ERC-721, and other Ethereum-based assets
(**"Cryptocurrency Assets"**) to DAOLABS Treasury as
contributions. The Application may be configured
as to emit project tokens (**"Project Tokens"**) which
may or may not have utility. The Application spans
a front-end application, middleware (including
Interplanetary File System metadata, Graph
indexers, Blocknative API functions, Infura
services, Cloud Functions, etc.) and an array of
Ethereum smart contracts – the user is required to
authorize the execution of the Smart Contracts
when interacting with their wallet at all times.

Using DAOLABS' protocol may require that you pay a
fee, such as gas fees on the Ethereum network, to
perform a transaction. You acknowledge and agree
that DAOLABS has no control over any transactions
among Users over DAOLABS' protocol, or the method
of payment of any such transactions or any actual
payments of such transactions. Accordingly, you
must ensure that you have a sufficient balance of
the applicable cryptocurrency tokens stored at
your DAOLABS protocol-compatible wallet address
(**"Cryptocurrency Wallet"**) to complete any such
transaction on DAOLABS protocol or the Ethereum
network before initiating such a transaction.

# 7. Access to DAOLABS Application.

Access to the Site is provided on an "AS IS" and
"as available" basis only. We do not guarantee
that the Site, or any content on it, will always
be available or uninterrupted. From time to time,
access may be interrupted, suspended, or
restricted, including because of a fault, an
error, or unforeseen circumstances, or because we
are carrying out planned maintenance. With regards

PLAINTIFF0003363



to the Sites; We reserve the right to limit the availability of the Site to any person, geographic area or jurisdiction we so desire and/or to terminate your access to and use of the Site, at any time and in our sole and absolute discretion. We may remove or amend the content of the Site at any time. Some of the Site content may be out of date at any given time and we are under no obligation to update it. We do not guarantee that the Site, or any content on it, will be free from errors or omissions.

We will not be liable to you for any loss or damage you may suffer as a result of the Site being unavailable at any time for any reason. You will comply with all applicable domestic and international laws, statutes, ordinances and regulations applicable to your use of the Site.

**Registering Your Account.** In order to access certain features of DAOLABS's Properties you may be required to become a Member. For purposes of the Agreement, a Member is also a "Registered User", which is a user who has registered an account on the Site ("Account"), and has a valid account on a third party service through which the user has connected to the Site (each such account, a "Third-Party Account").

**As a condition to accessing or using the Site, you will:**

1. only use the Site in accordance with these Terms;
2. ensure that all information that you provide on the Site is current, complete, and accurate;
3. ensure compliance with all U.S. Securities laws; and
4. maintain the security and confidentiality of access to your Cryptocurrency Wallet address.

You acknowledge that all Content, including DAOLABS Properties, is the sole responsibility of the party from whom such Content originated. This means that you, and not DAOLABS, are entirely responsible for all Content that **you upload, post, e-mail, transmit or otherwise make available ("Make Available")** through DAOLABS Properties ("Your Content"), and that you and other

PLAINTIFF0003364

Registered Users of DAOLABS Properties, and not DAOLABS, are similarly responsible for all Content

that you and they Make Available through DAOLABS Properties ("User Content").

You acknowledge that DAOLABS has no obligation to pre-screen Content (including, but not limited to, User Content), although DAOLABS reserves the right in its sole discretion to pre-screen, refuse or remove any Content. By entering into the Agreement, you hereby provide your irrevocable consent to such monitoring. You acknowledge and agree that you have no expectation of privacy concerning the transmission of Your Content, including without limitation chat, text, or voice communications. In the event that DAOLABS pre-screens, refuses or removes any Content, you acknowledge that DAOLABS will do so for DAOLABS' benefit, not yours. Without limiting the foregoing, DAOLABS shall have the right to remove any Content that violates the Agreement or is otherwise objectionable.

**As a condition to accessing or using the Site, you will not:**

1. violate any applicable law, including, without limitation, any relevant and applicable anti-money laundering and anti-terrorist financing laws as well as any relevant and applicable privacy and data collection laws, in each case as may be amended;
2. export, reexport, or transfer, directly or indirectly, any DAOLABS technology in violation of applicable export laws or regulations;
3. infringe on or misappropriate any contract, intellectual property or other third-party right, or commit a tort while using the Site;
4. make commercial use of the Site or any of its content without our express written permission;
5. misrepresent the truthfulness, sourcing or reliability of any content on the Site;
6. use the Site or its content to simulate communications from us or another service or entity in order to collect identity

PLAINTIFF0003365

information, authentication credentials, or other information (known as 'phishing');

7. use the Site in any manner that could interfere with, disrupt, negatively affect, or inhibit other users from fully enjoying the Site or DAOLABS protocol, or that could damage, disable, overburden, or impair the functioning of the Site or DAOLABS protocol in any manner;

8. attempt to circumvent any content filtering techniques or security measures that DAOLABS employs on the Site, or attempt to access any service or area of the Site that you are not authorized to access;

9. use any robot, spider, crawler, scraper, or other automated means or interface not provided by us, to access the Site to extract data;

10. introduce any malware, virus, Trojan horse, worm, logic bomb, drop-dead device, backdoor, shutdown mechanism or other harmful material into the Site;

11. **post content or communications on the Site that are, in our sole and absolute discretion, libelous, defamatory, profane, obscene, pornographic, sexually explicit, indecent, lewd, vulgar, suggestive, harassing, hateful, threatening, offensive, discriminatory, bigoted, abusive, inflammatory, fraudulent, deceptive, or otherwise objectionable;**

12. post content on the Site containing unsolicited promotions, commercial messages, or any chain messages or user content designed to deceive or trick the user of the Site; or

13. encourage or induce any third party to engage in any of the activities prohibited under these Terms.

**You acknowledge that the Site and your use of the Site contain certain risks, including, without limitation, the following risks:**

1. that any Smart Contracts you interact with are entirely your own responsibility and liability;

2. that at any time, your access to your

PLAINTIFF0003366

Cryptocurrency Assets may be suspended or
terminated or there may be a delay in your
access or use of your Cryptocurrency Assets

which may result in the Cryptocurrency Assets
diminishing in value or you being unable to
complete a transaction or interact with a
Smart Contract; and

3. That the Site and/or application may be
suspended or terminated for any or no reason,
which may limit your access to your
Cryptocurrency Assets.

**Accordingly, you expressly agree that:**

1. you assume all risks in connection with your
access and use of the Site, DAOLABS
Application and the Smart Contracts; and

2. you expressly release DAOLABS and our
contributors, Members, and affiliates, and
hold them harmless from and against any and
all liability, claims, causes of action,
losses, expenses, or damages (whether arising
in law or equity, including but not limited
to special, consequential, indirect,
punitive, and exemplary damages, and
including but not limited to economic loss,
business disruption, and/or attorney's fees)
arising from or in any way related to the
Site, the Application, and/or the Smart
Contracts. You expressly waive all such
claims against the Releases.

**Feedback.** You agree that submission of any ideas,
suggestions, documents, and/or proposals to
DAOLABS through its suggestion, feedback, wiki,
forums (e.g. Discord or Snapshot), or similar
pages ("Feedback") is at your own risk and that
DAOLABS has no obligations (including without
limitation obligations of confidentiality) with
respect to such Feedback. You represent and
warrant that you have all rights necessary to
submit the Feedback. You hereby grant to DAOLABS a
fully paid, royalty-free, perpetual, irrevocable,
worldwide, non-exclusive, and fully sublicensable
right and license to use, reproduce, perform,
display, distribute, re-adapt, modify, re-format,
create derivative works of, and otherwise
commercially or non-commercially exploit in any
manner, any and all Feedback, and to sublicense
the foregoing rights in connection with the

PLAINTIFF0003367



the foregoing rights in connection with the operation and maintenance of DAOLABS Properties and/or DAOLABS's purpose.

**Export control.** You may not use, export, import, or transfer DAOLABS DAPP except as authorized under U.S. law and the laws of the jurisdiction in which you obtained DAOLABS property (DAPP or Site), and any other applicable laws. In particular, but without limitation, DAOLABS properties may not be exported or re-exported (a) into any United States embargoed countries, or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Person's List or Entity List. By using DAOLABS' DAPP, you represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You also will not use DAOLABS' DAPP for any purpose prohibited by U.S. law, including the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons. You acknowledge and agree that products, services or technology provided by DAOLABS are subject to the export control laws and regulations of the United States. You shall comply with these laws and regulations and shall not, without prior U.S. government authorization, export, re-export, or transfer DAOLABS DAPP products, services or technology, either directly or indirectly, to any country in violation of such laws and regulations.

## 8. Securities Law Matters.

ANY GOVERNANCE TOKENS RECEIVED BY MEMBERS HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ANY STATE SECURITIES COMMISSION, OR OTHER REGULATORY AUTHORITY, NOR HAVE ANY OF THE FOREGOING AUTHORITIES PASSED UPON THE MERITS OF THIS OFFERING OR UPON THE ACCURACY OR ADEQUACY OF THIS AGREEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE. THIS DOCUMENT DOES NOT CONSTITUTE AN OFFER OR SOLICITATION TO ANYONE IN ANY JURISDICTION IN WHICH SUCH OFFER OR SOLICITATION IS NOT AUTHORIZED.

PLAINTIFF0003368



ANY GOVERNANCE TOKENS THAT YOU MAY ACQUIRE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT, STATE SECURITIES LAWS, OR THE LAWS OF ANY COUNTRY OUTSIDE THE UNITED STATES. DAOLABS' POSITION IS THAT DAOLABS' GOVERNANCE TOKENS SHOULD NOT BE CONSIDERED OR REGARDED AS SECURITIES AS THE PURPOSE OF DAOLABS IS TO PROVIDE A BLOCKCHAIN NATIVE TREASURY MANAGEMENT APPLICATION AND DAOLABS TOKENS PROVIDE NO RIGHTS TO ANY DISTRIBUTION OR PROFITS, AND ARE NON-TRANSFERABLE AS DETAILED IN THE TERMS OF USE.

**"Not an Invitation to Invest or Purchase."**

The information contained on DAOLABS Properties is not an invitation or solicitation to invest in or purchase any cryptocurrency or NFTs or to invest in the shares or other products or services or otherwise deal in these or enter into a contract with DAOLABS, any cryptocurrency marketplace or any other company. The information provided herein should not be relied upon in connection with any investment decision. No reliance should be placed on any statements, rankings or ratings on DAOLABS Properties, whether for investment purposes or otherwise.

## 9. OFAC Compliance.

The U.S. Department of Treasury, through the Office of Foreign Assets Control ("OFAC"), prohibits U.S. companies from engaging in all or certain commercial activities with certain sanctioned countries (each a "Sanctioned Country") and certain individuals, organizations, or entities, including, without limitation, certain "Specially Designated Nationals" ("SDN") listed by OFAC. **If you use the Site, you expressly represent that you are not located in a Sanctioned Country and are not listed as an SDN. If DAOLABS determines that the Site is being used by prohibited persons, it will take any and all actions to terminate that User's access to the Site.**

## 10. Third Party Links.

The Site may contain hyperlinks or references to

PLAINTIFF0003369

third party websites. Any such hyperlinks or
references are provided for your information and
convenience only. We have no control over third

party websites and accept no legal responsibility
for any content, material, or information
contained in them. The display of any hyperlink
and reference to any third-party website does not
mean that we endorse that third party's website,
products, or services. Your use of a third-party
site may be governed by the terms and conditions
of that third-party site.

## 11. Privacy Policy.

Certain areas of the Site or Application,
including any and all interactions with the
Ethereum blockchain, record your Cryptocurrency
address and details of the transactions you
authorize. You understand that transactions,
including parties you transact with, specific
Cryptocurrency Assets you hold, including unique
ENS domain NFTs, third-party NFTs, the
Cryptocurrency address, metadata associated with
any Smart Contract such as the executing function,
its arguments (or parameters) will contain in
aggregate information which *may* identify you
personally.

The Ethereum blockchain transactions are not
temporary or transient, but are permanently and
permissionlessly accessible. DAOLABS, its
contributors, and its affiliates are not engaged
in profiling activities whatsoever; however, *any
other* third party, including government agencies
and/or foreign adversaries, will have unfettered
access to all of your transactions on the
blockchain forever.

Your authorization of transactions with your
Cryptocurrency address, using Cryptocurrency
Tokens, will result in the indelible dissemination
of information to the Ethereum blockchain.
Notwithstanding, the Application, handles as
little personal information as possible, only your
Cryptographic address. With regards to transaction
with the Application, including any payments or
transfer of funds, any information you provide to
the payment vendors we do not retain, have access
to or control; your authorization of any payment

PLAINTIFF0003370



or execution of transactions you provide to the
site is voluntary, and final.

Additionally, the Sites may employ Fathom
Analytics for website traffic analytics, which
doesn't use cookies and complies with the GDPR,
ePrivacy (including PECR), COPPA and CCPA. The
decision to potentially use this privacy-friendly
analytics software, was in large part to ensure
your IP address is only briefly processed by this
3rd party, and DAOLABS and the Site have no way of
identifying you (aside from the aforementioned
indelible entire history of Cryptographic
transactions). As per the CCPA, your personal
information is de-identified.

The purpose of DAOLABS potentially using Fathom
Analytics is to understand the Application website
traffic in the most privacy-friendly way possible
so that DAOLABS can continually improve the
Application. The lawful basis as per the GDPR is
"Article 6(1)(f); where our legitimate interests
are to improve our website and business
continually." Additionally, DAOLABS and its
contributors have no interest in collecting this
information.

## 12. Disclaimers; Limitation of Liability.

YOU EXPRESSLY AGREE THAT ACCESS TO AND USE OF THE
SITE IS AT YOUR SOLE RISK AND IS PROVIDED ON AN
"AS IS" AND "AS AVAILABLE" BASIS WITHOUT
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED,
INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE
OR IMPLIED WARRANTIES OF NON-INFRINGEMENT,
MERCHANTABILITY, OR FITNESS FOR A PARTICULAR
PURPOSE (EXCEPT ONLY TO THE EXTENT PROHIBITED
UNDER THE LAWS APPLICABLE TO TERMS OF SERVICE WITH
ANY LEGALLY REQUIRED WARRANTY PERIOD TO THE
SHORTER OF THIRTY DAYS FROM FIRST USE OR THE
MINIMUM PERIOD REQUIRED). WITHOUT LIMITING THE
FOREGOING, NEITHER DAOLABS NOR ITS AFFILIATES OR
SUBSIDIARIES, OR ANY OF THEIR DIRECTORS, OFFICERS,
EMPLOYEES, CONTRACTORS, AGENTS, ATTORNEYS, THIRD-
PARTY PROVIDERS, DISTRIBUTORS, LICENSEES,
LICENSORS, SUCCESSORS, OR ASSIGNS (COLLECTIVELY,
"DAOLABS PARTIES") WARRANT THAT THE SITE WILL BE
UNINTERRUPTED, BUG-FREE, OR ERROR-FREE, AND NONE
OF DAOLABS PARTIES WARRANT THAT SMART CONTRACTS

PLAINTIFF0003371





ARE MERCHANTABLE, FIT FOR ANY PARTICULAR PURPOSE, AND/OR RECOGNIZED BY ANY PARTICULAR JURISDICTION(S).

TO THE FULLEST EXTENT PERMITTED BY LAW, THE DISCLAIMERS OF LIABILITY CONTAINED HEREIN APPLY TO ANY AND ALL DAMAGES, LOSSES AND/OR INJURY WHATSOEVER CAUSED BY OR RELATED TO USE OF, OR INABILITY TO USE, THE SERVICES UNDER ANY CAUSE OR ACTION WHATSOEVER OF ANY JURISDICTION, INCLUDING, WITHOUT LIMITATION, ACTIONS FOR BREACH OF WARRANTY, BREACH OF CONTRACT AND/OR TORT (INCLUDING NEGLIGENCE). DAOLABS PARTIES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE AND/OR CONSEQUENTIAL DAMAGES IN ANY WAY WHATSOEVER ARISING OUT OF THE USE OF, OR INABILITY TO USE, THE SITE. YOU FURTHER SPECIFICALLY ACKNOWLEDGE THAT DAOLABS PARTIES ARE NOT LIABLE, AND YOU AGREE NOT TO SEEK TO HOLD DAOLABS PARTIES LIABLE, FOR THE CONDUCT OF THIRD PARTIES, INCLUDING OTHER USERS OF THE SITE AND OPERATORS OF EXTERNAL WEBSITES, AND THAT THE RISK OF THE SITE AND EXTERNAL WEBSITES AND OF INJURY FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

IN THE EVENT THAT A COURT AND/OR ARBITRATOR(S) OF COMPETENT JURISDICTION HOLDS THAT ANY DAOLABS PARTY IS LIABLE TO YOU (FOR EXAMPLE AND WITHOUT LIMITATION, BECAUSE ANY RELEASE OR WAIVER HEREUNDER IS FOUND TO BE VOID OR OTHERWISE UNENFORCEABLE, OR BECAUSE ANY CLAIMS ARE FOUND TO BE OUTSIDE THE SCOPE OF ANY SUCH RELEASE OR WAIVER), UNDER NO CIRCUMSTANCES WILL ANY OF DAOLABS PARTIES BE LIABLE TO YOU IN THE AGGREGATE FOR MORE THAN THE AMOUNT YOU HAVE PAID THE **DAOLABS DIRECTLY ARISING FROM YOUR CONTRIBUTION TO DAOLABS** IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, WHETHER SUCH LIABILITY IS BASED ON BREACH OF WARRANTY, BREACH OF CONTRACT OR TORT (INCLUDING NEGLIGENCE) OR OTHERWISE.

We do not guarantee that the Site will be secure or free from bugs or viruses.

You are responsible for configuring your information technology, computer programs and platform in order to access the Site. You should use your own virus protection software.

We cannot promise that the use of the Site, or any

PLAINTIFF0003372



we cannot promise that the use of the Site, or any content taken from the Site, will not infringe the rights of any third party.

Certain content and materials available on the Site are for informational purposes only and are not intended to address your particular requirements. In particular, the content and materials available on the Site do not constitute any form of advice or recommendation by us, should not be regarded as an offer, solicitation, invitation or recommendation to buy or sell investments, securities or any other financial services and are not intended to be relied upon by you in making any specific investment or other decisions. We recommend that you seek independent advice from your own financial advisors and legal counsel before making any such decision.

Nothing included in the Site constitutes an offer or solicitation to sell, or distribution of, investments and related services by DAOLABS to anyone in any jurisdiction.

You may only participate with Smart Contracts on the Site by linking your Cryptocurrency Wallet on supported bridge extensions such as MetaMask (currently available at https://metamask.io/). MetaMask is an electronic wallet that allows you to purchase, store, and engage in transactions using Ethereum cryptocurrency. Before putting your Cryptocurrency Asset into a Smart Contract, you will be required to download a supported electronic wallet extension and connect and unlock your Cryptocurrency Wallet with that extension.

ALL TRANSACTIONS INITIATED THROUGH OUR SERVICE ARE FACILITATED AND RUN BY THIRD-PARTY ELECTRONIC WALLET EXTENSIONS, AND BY USING OUR SERVICES YOU AGREE THAT YOU ARE GOVERNED BY THE TERMS OF SERVICE AND PRIVACY POLICY FOR THE APPLICABLE EXTENSIONS. FOR METAMASK, THOSE TERMS ARE AVAILABLE AT https://metamask.io/terms.html AND https://metamask.io/privacy.html.

## 13. Indemnification.

You agree to indemnify and hold DAOLABS and its parents, subsidiaries, affiliates, officers, employees, agents, partners, suppliers, and licensors (each a "DAOLABS Party" and

PLAINTIFF0003373

licensors (each, a "DAOLABS Party" and
collectively, the "DAOLABS Parties") harmless from
any losses, costs, liabilities, and expenses



(including reasonable attorneys' fees) relating to
or arising out of any and all of the following:
(a) Your Content; (b) your use of, or inability to
use, any DAOLABS Property; (c) your violation of
the Agreement; (d) your violation of any rights of
another party, including any Registered Users; or
(e) your violation of any applicable laws, rules,
or regulations. DAOLABS reserves the right, at its
own cost, to assume the exclusive defense and
control of any matter otherwise subject to
indemnification by you, in which event you will
fully cooperate with DAOLABS in asserting any
available defenses. This provision does not
require you to indemnify any of DAOLABS Parties
for any unconscionable commercial practice by such
party or for such party's fraud, deception, false
promise, misrepresentation, or concealment, or
suppression or omission of any material fact in
connection with the Website or any Services
provided hereunder. You agree that the provisions
in this section will survive any termination of
your Account, the Agreement, and/or your access to
DAOLABS Properties.

## 14. Arbitration.

**Informal Negotiations.** To expedite resolution and
control the cost of any dispute, controversy or
claim arising under or related to your account,
DAOLABS protocol or Application, the Site, these
Terms, or any other transaction involving you and
DAOLABS, whether in contract, warranty,
misrepresentation, fraud, tort, intentional tort,
statute, regulation, ordinance, or any other legal
or equitable basis (or the breach, termination,
enforcement, interpretation or validity thereof)
(**"Dispute"**), you and DAOLABS agree to first
attempt to negotiate any Dispute (except those
Disputes expressly provided below) informally for
at least ninety (90) days before initiating any
arbitration. Such informal negotiations commence
upon written notice from one person to the other.
You should send your notice in an appropriate
Discord channel via https://discord.gg/movexyz or
via a message on https://chat.blockscan.com
addressed to DAOLABS' Gnosis multi-signature

PLAINTIFF0003374

address 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 (**"Notice Address"**). DAOLABS will send its notice



to you by the Discord handle provided by you in connection with the aforementioned notice or to the Cryptographic address used in connection with the Application via the aforementioned https://chat.blockscan.com/.

**Binding Arbitration.** If you and DAOLABS are unable to resolve a Dispute through informal negotiations, either you or DAOLABS may elect to have the Dispute (except those Disputes expressly excluded below) finally and exclusively resolved by confidential binding arbitration, and not in a class, representative or consolidated action or proceeding. In such event, these Terms memorialize a transaction in interstate commerce; (i) the Federal Arbitration Act (9 U.S.C. § 1, et seq.) governs the interpretation and enforcement of this Section; and (ii) this Section shall survive termination of these Terms.

Any election to arbitrate by one party shall be final and binding on the other, and your grounds for appeal are limited. YOU UNDERSTAND THAT ABSENT THIS PROVISION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A JURY TRIAL. The arbitrator may award you the same damages and relief as a court sitting in proper jurisdiction could, and may award declaratory or injunctive relief. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The arbitration shall be commenced and conducted under the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available at the AAA website. The determination of whether a Dispute is subject to arbitration shall be governed by the Federal Arbitration Act. The parties agree that the arbitrator shall have exclusive authority to decide all issues relating to the interpretation, applicability, enforceability and scope of this arbitration agreement. Your arbitration fees and your share of arbitrator compensation shall be

PLAINTIFF0003375

governed by the AAA Rules and, where appropriate, limited by the AAA Consumer Rules. If such costs are determined by the arbitrator to be excessive, you will pay all arbitration fees and expenses. The arbitration may be conducted, at the option of the claimant, either in person or by video conference. The arbitrator will make a decision in writing, but need not provide a statement of reasons unless requested by a party. The arbitrator must follow applicable law, and any award may be challenged within a reasonable period of time (not to exceed 30 days) if the arbitrator fails to do so. Except as otherwise provided in this Agreement, you and DAOLABS may litigate in court to compel arbitration, stay proceedings pending arbitration or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator. Judgment upon any award rendered by the arbitrator(s) may be entered and enforcement obtained thereon in any court having jurisdiction. All arbitration proceedings shall be closed to the public and confidential and all records relating thereto shall be permanently sealed, except as necessary to obtain court confirmation of the arbitration award. Each party shall have the right to participate by video conference in order to minimize travel and expense burdens. Subject to the terms and conditions of these Terms, the arbitrator shall have authority to grant any form of appropriate relief, whether legal or equitable in nature, including specific performance.



**Restrictions/No Class Actions.** You and DAOLABS agree that any claim brought in connection with a Dispute, whether resolved through arbitration or not, will be brought between DAOLABS and you individually, and that you may not assert any such claim against DAOLABS as plaintiff or class Member in any purported class or representative proceeding. To the fullest extent permitted by law, (1) no arbitration shall be joined with any other; (2) no Dispute between you and DAOLABS is to be arbitrated on a class-action basis or will utilize class action procedures; and (3) you may not bring any Dispute in a purported representative capacity on behalf of the general public, other Users of the Site or any other persons. If this specific provision is determined to be unenforceable, then the entirety of this

Arbitration section will be null and void.



**Exceptions to Informal Negotiations and Arbitration.** You and DAOLABS agree that the following Disputes are not subject to the above provisions concerning informal negotiations and binding arbitration:

(1) any Disputes seeking to enforce or protect, or concerning the validity of, any of your or DAOLABS' intellectual property rights; and (2) any claim for injunctive relief.

**Effect of Changes on Arbitration.** Notwithstanding the provisions of these Terms, if DAOLABS changes any of the terms of this Arbitration section after the date you first accepted these Terms (or accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by electronic mail to the aforementioned Notice Address via https://chat.blockscan.com/) within 30 days of the date such change became effective, as indicated in the "Last Updated" date above or in the date of DAOLABS' e-mail to you notifying you of such change (whichever is earlier). By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and DAOLABS in accordance with the terms of this Arbitration section as of the date you first accepted these Terms (or accepted any subsequent changes to these Terms.

**Small Claims Court.** Notwithstanding the foregoing, you may bring an individual action in the small claims court of your state or municipality if the action is within that court's jurisdiction and is pending only in that court.

**Release.** You hereby release DAOLABS, affiliates, Service Provider, and their successors from claims, demands, any and all losses, damages, rights, and actions of any kind, including personal injuries, death, and property damage, that is either directly or indirectly related to or arises from your use of DAOLABS' DAPP, including but not limited to, any use of any information, ratings, rankings, scores, tips, or advice Made Available via DAOLABS' DAPP and any reliance thereon, of any kind arising in

PLAINTIFF0003377



reliance thereon, of any kind arising in
connection with or as a result of the Agreement or
your use of DAOLABS' DAPP. If you are a California

resident, you hereby waive California Civil Code
Section 1542, which states, "A general release
does not extend to claims that the creditor or
releasing party does not know or suspect to exist
in his or her favor at the time of executing the
release and that, if known by him or her, would
have materially affected his or her settlement
with the debtor or released party." The foregoing
release does not apply to any claims, demands, or
any losses, damages, rights, and actions of any
kind, including personal injuries, death, or
property damage for any unconscionable commercial
practice by a DAOLABS Party or for such party's
fraud, deception, falsehood, promise,
misrepresentation, or concealment, suppression, or
omission of any material fact in connection with
the DAPP or DAOLABS' Site or any Services provided
hereunder.

## 15. Governing Law.

These Terms and all aspects of your use of the
Site shall be governed by and construed in
accordance with the internal laws of the *United
States and the State of Delaware* governing
contracts entered into and to be fully performed
in *Delaware* (i.e., without regard to conflict of
law's provisions) regardless of your location
except that the Arbitration section above shall be
governed by the Federal Arbitration Act. For the
purpose of any judicial proceeding to enforce an
arbitration award or incidental to such
arbitration or to compel arbitration, or if for
any reason a claim proceeds in court rather than
in arbitration, you hereby submit to the non-
exclusive jurisdiction of the state and Federal
courts sitting in *Georgetown, Delaware*, and agree
that service of process in such arbitration or
court proceedings shall be satisfactorily made
upon a party if sent by certified, express or
registered mail addressed to it at the address set
forth in the books and records of DAOLABS, or if
no such address has been provided, by e-mail to
the e-mail address, or by notice via Discord, or
by the aforementioned chat to the Notice Address
provided by the relevant party to DAOLABS in

PLAINTIFF0003378



connection with its use of the Site. With respect to any Disputes not subject to informal dispute

resolution or arbitration (as set forth above), you agree not to commence or prosecute any action in connection therewith other than in the state and Federal courts located in *Georgetown, Delaware*, and you hereby consent to, and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to, venue and jurisdiction in the state and Federal courts located in *Georgetown, Delaware*. To the extent non-U.S. laws mandate a different approach with respect to governing law, venue, statute of limitation, and dispute resolution method with respect to certain non-U.S. persons, each such required standard shall be applied, but all other provisions under this section shall remain in full force.

## 16. General.

If any clause or part of any clause of these Terms is found to be void, unenforceable or invalid, then it will be severed from these Terms, leaving the remainder in full force and effect, provided that the severance has not altered the basic nature of these Terms.

No single or partial exercise, or failure or delay in exercising any right, power or remedy by us shall constitute a waiver by us of, or impair or preclude any further exercise of, that or any right, power or remedy arising under these terms and conditions or otherwise.

If any of the provisions in these Terms are found to be illegal, invalid or unenforceable by any court of competent jurisdiction, the remainder shall continue in full force and effect.

DAOLABS shall not be liable for any unforeseeable event beyond its reasonable control not caused by its fault or negligence (each, a "force majeure event"), which causes DAOLABS to be unable to perform its obligations under these Terms, and which it has been unable to overcome by the exercise of its due diligence, provided that DAOLABS shall use reasonable efforts to avoid or

PLAINTIFF0003379

remove such causes of nonperformance, shall
suspend performance only for such period of time
as is necessary as a result of such force majeure

event and shall resume performance as quickly as
reasonably possible.

All disclaimers, indemnities and exclusions in
these Terms shall survive termination of the Terms
and shall continue to apply during any suspension
or any period during which the Site is not
available for you to use for any reason
whatsoever.

These Terms and the documents referred to in them
set out the entire agreement between you and us
with respect to your use of the Site, DAOLABS and
the services provided via the Site and supersede
any and all prior or contemporaneous
representations, communications or agreements
(written or oral) made between you or us.

## 17. Contacting Us.

Should you have any question about these Terms, or
wish to contact us for any reason whatsoever,
please do so by sending a message to DAOLABS'
Discord public channels, or by sending a message
via https://chat.blockscan.com/ addressed to the
Notice Address
eth:0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6,
which has been provided for convenience, or to the
above referenced Service Provider notice address.

---

[1]: Additional domains include: *dao advice.xyz,
dao advisors.xyz, move.xyz, movementdao.org,
movementdao.xyz, movementdao.wtf, mvmtdao.xyz,
themovementdao.xyz, bannymart.xyz, bannyverse.xyz,
juicebox.beer, juicebox.builders, juicebox.cafe,
juicebox.cash, juicebox.click, juicebox.cash,
juicebox.coffee, juicebox.cool,
juicebox.directory, juicebox.domains,
juicebox.engineering, juicebox.fund, juicebox.fyi,
juicebox.lol, juicebox.miami, juicebox.monster,
juicebox.name, juicebox.page, juicebox.plus,
juicebox.wtf, treasury.wtf, treasuries.wtf,
tiles.wtf*

| Previous | Next |
|----------|------|
| Terms of Service | Disclaimers |

PLAINTIFF0003380

Terms of Service

Disclaimers

PLAINTIFF0003381



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

*Effective Date: August 23, 2022 Last updated: January 8, 2023*
_0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email

_ *daolabs.wtf*

The following disclaimers are presented within the daolabs.wtf Terms of Service and have been consolidated here for your convenience.

> (i) None of the information, services or materials offere  o  o r Site co stit te, a  are ot i te e  to co stit te, legal, fi a cial, tax, i vestme t or other a vice, a   yo  sho l  ot act or refrai from acti g base  o  a y i formatio , services or materials  rovi e  o  this Site.

# Limitation of Liability.

## 1. Prohibition from Illegal Activities.

> (i) You agree and acknowledge that the use of the services is  o e solely at yo r ow risk a   that  A  ABS bares  o res o sibility or liability for yo r  se of the  A  Beta Services. This i cl  es, witho t limitatio , a y harm, loss, or

Limitation of Liability.

1. Prohibition from Illegal Activities.

2. Legal, Financial, Tax, and Investment Information Presented.

3. Securities Law Matters.

4. Regarding Ethereum Platform Risks.

5. Regarding privacy.

PLAINTIFF0003382

amages arisi g from i correct  se of the services (i cl  i g co str cte tra sactio s),  etwork a   tech ical failures, unauthorized access to any user wallets, legal and regulatory matters and consequences, or fraud conducted by third parties. You agree and acknowledge that you will not use the services:

- (i) in a manner that violates any applicable law or regulation;
- (ii) to fund terrorism or other criminal activity;
- (iii) to circumvent any export restrictions or economic sanctions; or
- (iv) to engage in unlawful money transmission, currency exchanging, or money laundering. :::

## 2. Legal, Financial, Tax, and Investment Information Presented.

ⓘ None of the information, services or materials offered on our Site constitute, and are not intended to constitute legal, financial, tax, investment or other advice, and you should not act or refrain from acting based on any information, services or materials provided on this Site. All content on our Site is information of a general nature and does not address the unique circumstances of any particular user. You are strongly urged to consult with your own legal, financial, tax, investment and other advisors as to all legal, financial, tax and investment-related questions you have.

## 3. Securities Law Matters.

PLAINTIFF0003383



(i) A y Gover a ce Toke s receive  by
Members have not been approved or
disapproved by the  nited States
Securities and Exchange Commission, any
state securities commission, or other
regulatory authority, nor have any of the
foregoing authorities passed upon the
merits of this offering or upon the
accuracy or adequacy of this agreement.
Any representation to the contrary is a
criminal offense. This document does not
constitute an offer or solicitation to
anyone in any jurisdiction in which such
offer or solicitation is not authorized.

(i) Any Governance Tokens that you may
acquire have not been registered under the
Securities Act, state securities laws, or
the laws of any country outside the  nited
States. DAOLABS' has no intention for any
Governance Tokens to be a security. The
purpose of Juicebox is to manage Ethereum
treasuries. Governance Tokens provide no
rights to any distribution or profits, and
are non-transferrable except detailed in
the Terms of  se.

## 4. Regarding Ethereum Platform Risks.

Limitation of liability on a broader scope, with
Ethereum in general.

(i) The  ser expressly knows and agrees
that the  ser is using the ETH platform at
the  ser's sole risk. The  ser represents
that the  ser has an adequate
understanding of the risks, usage and
intricacies of cryptographic tokens and
blockchain-based open source software, the
ETH platform and ETH itself. The  ser
a kn wledges and agrees that  t  the

PLAINTIFF0003384



do    wlcuges u u ugrees    u ,    c
fullest extent permitted by any applicable
law, the disclaimers of liability

contained herein apply to any and all
damages or injury whatsoever caused by or
related to risks of, use of, or inability
to use ETH or the ETH platform under any
cause of action whatsoever of any kind in
any jurisdiction, including, without
limitation, actions for breach of
warranty, breach of contract or tort
(including negligence). Some jurisdictions
do not allow the exclusion of certain
warranties or the limitation or exclusion
of liability for certain types of damages.
Therefore, some of the above limitations
in this section may not apply to a  ser.

## 5. Regarding privacy.

- Privacy Policy

| Previous | Next |
|---|---|
| Application Terms of Service | README.md |

PLAINTIFF0003385



LEGAL-TOOLS    **DAOLABS**                          **Connect Wallet**



    

Intro
  About.
  Purpose.
  Disclaimers.

# Intro

*Effective Date: August 20, 2022, Last updated: January 23, 2022,*
[0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email](), *daolabs.wtf*

*Some terms used in this document have specific meanings, and are defined in the Definitions.*

## About.

The DAO and its community are building a platform for creating blockchain-based treasuries and communities which can operate at any scale.

- If you would like to join the DAO as a contributor, read How to Contribute.
- If you are building (or would like to build) a sustainable, high-impact project with a focus on social good, reach out on Discord.

Movement DAO uses proven applications of blockchain to align economic incentives within communities and empower them to solve problems as a collective; Movement DAO enables communities to run programmable and community funded treasuries by providing tooling and a seeded endowment.[1] The community is just as vital as the developer team not only to the success of Movement DAO, but also for the DAO to maintain true decentralization. The community must build and maintain a level of trust by quickly highlighting any instances of fraudulent or malicious activity. Each community member has a duty to prevent, mitigate, and resolve

PLAINTIFF0003386

conflict on the platform. [2]

With that said, in order to be sure that the DAO and the community are aligned in their mission to use the Movement tools for positive contributions and impacts on the world, Movement DAO holds veto powers on any movements or initiatives that break the community guidelines.[3]

## Purpose.

The primary purpose of the DAO is to enable Ethereum treasuries which are:

- transparent;
- turnkey;
- extensible;
- scalable;
- community-focused;
- compatible with existing banking infrastructure; and,
- legally compliant.[4]

The DAO's applications are coordinated through Gnosis Safes, the Juicebox protocol, and smart contracts.[5]

The DAO is building:

- legal frameworks which enable associations and entities to utilize cryptocurrencies;
- legal structure/governance document generators;
- diverse NFT tooling for creators and communities;
- tools for treasury diversification and token management;
- on-chain and off-chain governance tools;
- reputation scoring and ranking for treasuries, communities, and individuals; and,
- a Cryptocurrency wallet solutions which:
  - simplifies Cryptocurrency on/off-boarding;
  - enhances Cryptocurrency wallet management;
  - natively implements Multi-signature wallets, including Gnosis Safes;
  - simplifies Multi-signature management and interaction; and,
  - integrates with traditional banking and credit/debit cards.

While also:

PLAINTIFF0003387





- supporting JuiceboxDAO and the Juicebox protocol's community;
- enabling and fostering public goods and community-focused projects;
- developing sustainable public/private good community models; and,
- developing a sustainable endowment fund for Member projects and Core Contributors.

The DAO is focused and determined on creating a sustainable, long-term oriented project, with the hopes of allowing the community to grow and flourish with it. Therefore, the founder's tokens will be locked for 6 years from launch, meaning there is no return on investment to the founders until the platform is fully built, operational and successful in its objectives. The system also establishes trust with its community by adopting state of the art mechanism design concepts.[6]

The DAO enables treasury creators to create and deploy tightly integrated Crypto-native products, thereby providing rich, sustainable opportunities for treasuries (and contributions to those treasuries) to thrive and scale. The DAO also oversees and manages the DAO's Endowment which funds the DAO's applications, manages the DAO's endowment capital, and provides ecosystem grants as proposed by the DAO's contributors.[7] Given each Movement has its own property and funds which are managed by Movement, and adapters and extensions which govern how the funds are collected, distributed, and managed are all areas which require extensive design, analysis, and audit before it is employed on Ethereum Mainnet.[8]

The DAO is a <u>Delaware Unincorporated Nonprofit Association</u>, operating with contributions to its <u>Gnosis Safe</u>, which amount to <u>$16,271,642.46 as of August 10, 2022</u>. The initial signers of the DAO's Gnosis Safe were coordinated by dao lawfirm.eth, the DAO's Service Provider. DAOLABS, LLC. provides all the intellectual property the DAO will use via a perpetual, non exclusive, royalty free license and right, and all ancillary and subsidiary rights therein within the field of use of the DAO's non profit charter. DAOLABS, Inc. operates with an exclusive license from DAOLABS, with the exception that the field of use for the DAO tooling is targeted towards vertical and consumer for profit applications. Ownership in the DAOLABS entities

PLAINTIFF0003388

is further detailed in the DAO governance.

## Disclaimers.

Note that the DAO reserve the right to modify its
Purpose, or associated Terms at any time in our sole
discretion[9]. Any changes will be posted on our website
at https://move.xyz and will become effective
immediately upon posting. It is your responsibility to
check for updates periodically.



## Footnotes

1. GitBook, Mission ↵

2. GitBook, Community Pledge ↵

3. GitBook, Membership ↵

4. Including compliance for traditional entities:
   unincorporated, incorporated, for-profit, non-
   profit, associations, etc. ↵

5. Including Juicebox v2, Gnosis Safe, and others. ↵

6. GitBook, Why should I trust this platform? ↵

7. DAO's endowment subject to the final approved
   legal structure and relationships between the
   unincorporated non-profit or the DAO, DAOLABS,
   LLC, and DAOLABS, Inc. ↵

8. GitBook, Scope ↵

9. Notwithstanding any right to modify any documents,
   the Guiding Principals and other DAO Charters
   require a community Snapshot vote prior to any
   changes. ↵

Previous
Disclaimers

Next
contribute.md

PLAINTIFF0003389

 LEGAL-TOOLS   **DAOLABS**                    **Connect Wallet**



How to Contribute

   Getting Started

   Trial Payouts

   Recurring Payouts

   Next Steps

    

# How to Contribute

The DAO strives towards an open contribution model. Contributors do not need to present a resumé, an application, or any identifying information to begin contributing. DAO asks that contributors consider the following process for becoming a paid contributor.

# Getting Started

New contributors are advised to introduce themselves in the Discord server and to familiarize themselves with areas they would like to contribute to. New contributors should also reach out to active contributors on Discord to figure out where the DAO needs help, or to propose new objectives. While not required, new contributors may provide a traditional resumé or link to a portfolio, such as their GitHub profile.

# Trial Payouts

Contributors who have completed some work[1] and familiarized themselves with the DAO's ongoing efforts are encouraged to propose a one time trial payout. These proposals should detail work which has already been completed and plans for upcoming contributions to the DAO. Read the Governance Process to learn more.

# Recurring Payouts

Contributors who have completed one or more trial payouts[2] are advised to propose an ongoing role and

PLAINTIFF0003390

payouts' are advised to propose an ongoing role and
payout for themselves if desired. This proposal should
detail payout mechanics, responsibilities, task-based

objectives, and long-term goals. Sunset clauses are
required. An current contributor must endorse the
proposal—a signature of the proposal is sufficient.



## Next Steps

1. Read recent <u>Discord</u> messages and <u>governance
   proposals</u> to familiarize yourself with high level
   ongoing projects.
2. Reach out to active contributors in channels
   related to areas you would like to contribute to.
   Ask what you can help with or propose new
   objectives for the DAO.
3. Participate in the DAO for 1 2 weeks before
   proposing a payout.

## Footnotes

1. Any work completed by a contributor prior to
   receiving a payout is considered "intern" or
   "volunteer" work. This work is done to evaluate
   work ethic, work product, and work quality. This
   work takes place in lieu of an interview or resumé
   evaluation. This period takes as long as necessary
   to evaluate the work commensurate with the
   position sought. ↩

2. Prospective trial contributors' proposals must be
   endorsed by a current contributor to be ratified.
   All contributors (including trial contributors)
   are expected to execute consulting documents such
   as independent contractor agreement, innovation
   agreement, and any other documents which maybe
   necessary for work product assignment or
   compensation. ↩

<table>
<tr><td>Previous<br>README.md</td><td>Next<br>former.md</td></tr>
</table>

PLAINTIFF0003391



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



For Former Contributors

    

# For Former Contributors

If you received payouts from or made significant contributions to Movement DAO in 2021-2022, please fill out <u>this form</u>.

| Previous | Next |
|---|---|
| contribute.md | genesis.md |

PLAINTIFF0003392



PLAINTIFF0003393

 LEGAL-TOOLS   **DAOLABS**   **Connect Wallet**



    

Genesis
  Background
  Additional
Considerations
    Governance NFT
    Treasury Oversight
    Initial Signer
Requests

# Genesis

## Background

In December of 2021, a number of individuals collectively expressed interest in creating an experiment through the DAO's Service Provider dao-lawfirm.eth.

The thesis:

- Could a new type of application framework, relying on smart contracts for organizational governance and accounting, operate in a completely decentralized way?
- Could decentralized applications and smart contracts facilitate greater change than traditional tools when addressing the needs of individuals and scaling to millions of communities?

As of August 14, 2022, under 100 unique externally owned addresses (EOA) and Gnosis Safes seeded over $16.5m into the DAO Gnosis Safe("Multi-signature wallet" or "Multi-sig").[1] dao-lawfirm.eth, together with an appointed handful of individuals ("initial signers"), established the following guidelines:

2. dao-lawfirm.eth will retain a veto right in order to protect governance during the "slow-start"[2]; and,
3. the DAO shall bootstrap a community of contributors and developers to develop DAO tooling to enable maintaining communities.

PLAINTIFF0003394



to enable maintaining communities;

4. shall value the privacy and work product of its Members;

5. shall recommend a structure to ensure compliance to applicable laws and regulations;
6. must implement accounting and governance prior to consistent access to capital; and,
7. shall not have any <u>information asymmetry</u> regarding any governance process.

In order to achieve these wishes, the following steps were taken:

1. dao-lawfirm.eth created trusts and Gnosis Safes to fund the Multi-sig account;
2. Multi-sig signers were appointed, and funds were secured to support the DAO until sufficient tooling could be deployed; and,
3. proposals for payouts to individuals were limited to 3 months periods.

Initially, the Multi-sig threshold was set to **3 of 5 signers,** and the following signers were appointed:

| ID | Ethereum Address | Contribution | Creation Date | Created By |
|---|---|---|---|---|
| 1. | <u>0x752515a3A1091b9f1c0 4416CF79D1F14d2340085</u> | $10,249 ,206.01 | 2021- 11-20 | dao- lawfirm .eth |
| 2. | <u>0x468f178672C86bFA02e 5E1B0413C3ccf55A37409</u> | | 2021 12 17 | dao- lawfirm .eth |
| 3. | <u>0x550bD0F03580B9a6879 31af4d837F8e45D61d410</u> | | 2021- 12-17 | dao- lawfirm .eth |
| 4. | <u>0x746cf650d4E5431474E 8D4E2d5B6Bbe53772b498</u> | | 2021- 12-17 | dao lawfirm .eth |
| 5. | <u>0xDbE76F6ae97dFD5bdd1 D7DAD8972740d18aB2b57</u> | | 2021- 12-17 | dao- lawfirm .eth |

PLAINTIFF0003395

Future multisig reconfigurations are subject to the DAO governance process.

# Additional Considerations

## Governance NFT

A <u>Governance NFT</u> was airdropped to the top 1,000 active decentralized governance pioneers, the <u>juicebox.money</u> community, and to the Tribute DAO community as an invitation to participate in DAO governance; and Twitter postings detailed the purpose. Additionally, individuals who consistently participated in the DAO's Discord, drafted proposals, and engaged in the community were given Governance NFTs at no cost.[2] The NFT was a derivative of <u>Bored Ape No. 1420.</u>[3]

## Treasury Oversight

As of August 2022, the DAO's <u>Gnosis Safe</u> has not yet implemented any significant asset diversification strategies. The DAO should appoint a treasury committee in which individuals with prior experience managing at least $1,000,000 worth of cryptocurrency over an extended length of time (either individually or through Multi-sig wallets) can make written recommendations to the DAO. Community/contributor recommendations endorsed by committee Members should also be considered.

*See* <u>*Governance MIP-001*</u> (<u>*IPFS*</u>).

## Initial Signer Requests

dao-lawfirm.eth, have made specific feature requests for the initial application:

- multi-token treasuries;
- bonding curve token emissions;
- integration with certain DeFi protocols;
- escrow voting strategies; a path to on-chain governance;
- NFT tooling for creators; and
- legal compliance,

and have also requested an expansion of the Multi-sig. Governance migration to voting escrow is essential, as dao-lawfirm.eth desires to signal their long-term commitments. dao-lawfirm.eth requested a follow up

PLAINTIFF0003396

presentation within **60 days,**[1] to present a timeline for the DAO tooling version 1.0 release.



## Footnotes

1. June 15 through 30, 2022, about $450,000 DAI was swapped for ETH and has appreciated. This was included in the overview of the treasury balance. The Multi sig transaction history is available at <u>Gnosis</u>. ↩

2. The slow start "veto" was inspired by <u>nouns.wtf</u>. See the Governance 'Slow Start' section. ↩ ↩[2]

3. <u>Movement DAO's Ascended Ape Collection</u>: as of August 10, 2022, there were 1.1k owners. All of the original Gnosis contributors were airdropped NFTs. The DAO's governance proposal and temperature-check's Snapshot voting strategy relies exclusively on the NFT, while the proposal ratification strategy is a weighted whitelist based on contributions to the Gnosis. This enables virtually anyone with interest to submit a proposal and participate in the DAO. See the <u>Governance Process</u>. ↩

4. The presentation to the initial-signers is scheduled for November of 2022, and is expected to be completed by December of 2022. ↩

| Previous | Next |
|---|---|
| former.md | airdrop.md |

PLAINTIFF0003397

 LEGAL-TOOLS **DAOLABS**

**Connect Wallet**



Governance Airdrop

    

# Governance Airdrop

**Initializing the DAO governance participation with experienced and active DAO contributors.**

Upon initialization of the DAO and in a gesture of good faith, and a symbol of appreciation for those that have contributed to the DAO governance space, the following individuals were airdropped the DAO's governance token. Individuals who participated in Discord, either in Town halls, messaging, or engagement were additionally given the DAO's governance token in order decentralize the governance.

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 | Ven Gist | 0xd26a3f686d43f2a62ba9eae2ff77e9f516d945b9 | 27 | 219 | 32 |
| 2 | scottrepreneur | 0x68d36dcbdd7bbf206e27134f28103abe7cf972df | 24 | 68 | 34 |
| 3 | Peter 'pet3rpan' | 0x865c2f85c9fea1c6ac7f53de07554d68cb92ed88 | 22 | 171 | 114 |
| 4 | Deke | 0xced608aa29bb92185d9b6340adcbfa263dae075b | 18 | 98 | 38 |
| | | 0x5b93ff82faaf241 | | 12 | |

PLAINTIFF0003398



| #  | Name | Address | DAOs | Votes | Proposals |
|----|------|---------|------|-------|-----------|
| 5  | Coopahtroopa | c15997ea3975419dd dd8362c5 | | 1 | 23 |

| #  | Name | Address | DAOs | Votes | Proposals |
|----|------|---------|------|-------|-----------|
| 6  | Bill Warren | 0x7136fbddd4dffa2 369a9283b6e90a040 318011ca | 16 | 48 | 38 |
| 7  | Griff Green | 0x839395e20bbb182 fa440d08f850e6c7a 8f6f0780 | 16 | 19 | 5 |
| 8  | Sam Kuhlmann | 0x83ab8e31df35aa3 281d630529c6f4bf5 ac7f7abf | 16 | 83 | 26 |
| 9  | Eric Arsenault | 0xa15ca74e65bf727 30811abf95163e89a d9b9dff6 | 16 | 86 | 49 |
| 10 | Alex Masmej | 0xd3e9d60e4e4de61 5124d5239219f3294 6d10151d | 16 | 54 | 26 |
| 11 | Yalor | 0x66b1de0f14a0ce9 71f7f248415063d44 caf19398 | 15 | 120 | 50 |
| 12 | Adam Kerpelman | 0xa3564677fc4907a 15c9a7eae1dbc1ae9 ac57b8e1 | 15 | 67 | 21 |
| 13 | Felipe Duarte 🌿 | 0xce7298e5ef1ae8a f0573edc2ebd03ab0 f837e214 | 15 | 85 | 24 |
| 14 | Simona Pop | 0x54becc7560a7be7 6d72ed76a1f5fee6c 5a2a7ab6 | 13 | 28 | 4 |
| 15 | Axia Labs | 0x6dc43be93a8b5fd 37dc16f24872babc6 da5e5e3e | 12 | 92 | 104 |
| 16 | monetsupply | 0x8d07d225a769b7a f3a923481e1fdf491 80e6a265 | 12 | 82 | 1 |

PLAINTIFF0003399



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 7 | Darren | 0x1dac51886d5b461 fccc784ad3813a596 | 11 | 9 | 9 |
| # | Name | Address | DAOs | Votes | Proposals |
| | | 9dd42e6f | | | |
| 1 8 | 0x750c...f881 | 0x750c31d2290c456 fcca1c659b6add80e 7a88f881 | 11 | 16 | 4 |
| 1 9 | META_DREAMER | 0x8f942eced007bd3 976927b7958b50df1 26feecb5 | 11 | 15 | 5 |
| 2 0 | Typto | 0x9ac9c636404c8d4 6d9eb966d7179983b a5a3941a | 11 | 31 | 16 |
| 2 1 | Sky | 0xe04885c3f1419c6 e8495c33bdcf5f838 7cd88846 | 11 | 51 | 21 |
| 2 2 | 0xJoshua | 0x1df428833f2c9fb 1ef098754e5d71043 2450d706 | 10 | 70 | 6 |
| 2 3 | lkngtn | 0x625236038836cec c532664915bd03996 47e7826b | 10 | 56 | 89 |
| 2 4 | Jordan Lyall | 0xcf88fa6ee6d111b 04be9b06ef6fad6bd 6691b88c | 10 | 1 | 2 |
| 2 5 | penguin | 0xfacef700458d4fc 9746f7f3e0d37b462 711ff09e | 10 | 5 | 9 |
| 2 6 | 0x0565...e670 | 0x056590f16d5b314 a132bbcfb1283fec5 d5c6e670 | 9 | 2 | 0 |
| 2 7 | Spencer Graham | 0x15c6ac4cf1b5e49 c44332fb0a1043cca b19db80a | 9 | 77 | 36 |
| 2 | Jesus Perez | 0x3e0cf03f718520f 20200266dcf4db50b | 9 | 2 | 0 |

PLAINTIFF0003400

| 8 | Sanchez | 3b366266dc14db36b a12d3331 | | 2 | 0 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 2 9 | 0x5f35...364e | 0x5f350bf5fee8e25 4d6077f8661e9c7b8 3a30364e | 9 | 0 | 2 |
| 3 0 | 0x85c7...9d6d | 0x85c7199b5a36e87 956cca466233de671 0e849d6d | 9 | 26 | 9 |
| 3 1 | philh.p2p.eth | 0xaa01dec5307cf17 f20881a3286dcaa06 2578cea7 | 9 | 8 | 5 |
| 3 2 | 0xbd12...ded7 | 0xbd12aa424c207e9 0b66402c1f0aec357 e8b1ded7 | 9 | 0 | 3 |
| 3 3 | 0xbf26...c002 | 0xbf26925f736e90e 1715ce4e04cd9c289 dd1bc002 | 9 | 0 | 1 |
| 3 4 | Pat 🌼 | 0xc4d9d1a93068d31 1ab18e98824412343 0eb4f1cd | 9 | 348 | 58 |
| 3 5 | Samuel B | 0x164ba6d1e6dd5f9 37908c34137d271ea 3852c214 | 8 | 27 | 9 |
| 3 6 | Ross Campbell | 0x1c0aa8ccd568d90 d61659f060d1bfb1e 6f855a20 | 8 | 66 | 5 |
| 3 7 | 0x6595...3c20 | 0x6595732468a2413 12bc307f327ba0d64 f02b3c20 | 8 | 5 | 0 |
| 3 8 | 0x891b...991b | 0x891bad61014e353 95474a260b58bb6df 4fd8991b | 8 | 3 | 4 |
| 3 9 | 0xb0e8...84af | 0xb0e83c2d71a9910 17e0116d58c5765ab c57384af | 8 | 130 | 30 |

PLAINTIFF0003401

| #    | Name                      | Address                                      | DAOs | Votes | Proposals |
|------|---------------------------|----------------------------------------------|------|-------|-----------|
| 40   | Andreas                   | 0xb2d60143097b4f992bfbe955a22dbb2acd9a8eab   | 8    | 2     | 1         |
| 41   | Sydney                    | 0xc7f459c7edcf9333d223bd1c346f46819403ca06   | 8    | 7     | 4         |
| 42   | Callum Gladstone          | 0xcb42ac441fcade3935243ea118701f39aa004486   | 8    | 6     | 9         |
| 43   | Auryn  | 0xd714dd60e22bbb1cbafd0e40de5cfa7bbdd3f3c8   | 8    | 4     | 9         |
| 44   | 0xd832...8d35             | 0xd83256a8bb182e7be2382550ed24861c71108d35   | 8    | 1     | 1         |
| 45   | maximka1001#9348          | 0xd9cfab54f1234aeea22b2818ab919866a2809c1c   | 8    | 1     | 1         |
| 46   | Zargham                   | 0xdf290293c4a4d6ebe38fd7085d7721041f927e0a   | 8    | 15    | 4         |
| 47   | JONATHAN A DUNLAP         | 0xffadc07f1bfb127f4312e8652fe94ab0c771b54d   | 8    | 3     | 4         |
| 48   | Marc Zeller               | 0x010afb8548a5d1a3a3d62f58ca0a5a1329974206   | 7    | 11    | 1         |
| 49   | 0x0eab...f433             | 0x0eabffd8ce94ab2387fc44ba32642af0c58af433   | 7    | 30    | 2         |
| 50   | 0x2afb...9d68             | 0x2afb58a22e7d3c241ab7b9a1f68b9e8e74ec9d68   | 7    | 53    | 9         |
| 5    | 0x2b19...b15c             | 0x2b19fde5d7377b48bo58a5d9a78398a4           | 7    | 0     | 2         |

PLAINTIFF0003402

| 1 | 0x2b15...b15c | 0be50a5b0a7b550a4 96e8b15c | | 0 | 2 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 5 2 | H | 0x30043aabbcebbd8 87437ec4f0cfe6d4c 0eb5cc64 | 7 | 28 | 2 |
| 5 3 | 0x3f86...014d | 0x3f86f18322a888d 9b3adef38f127c941 bccc014d | 7 | 13 | 3 |
| 5 4 | ben.oxmo | 0x4059457092cc381 2d56676df6a75fd21 204fbe2f | 7 | 7 | 1 |
| 5 5 | Paco | 0x4194ce73ac3fbbe ce8ffa878c2b5a8c9 0333e724 | 7 | 2 | 0 |
| 5 6 | Maxgrok | 0x4b037687c1c5159 285a7defad3681f8e 123d2478 | 7 | 4 | 7 |
| 5 7 | It's Encrypted! | 0x4f0a1940de41128 5ad0455a7f40c81b5 e0bc8492 | 7 | 37 | 39 |
| 5 8 | Raid Duncan | 0x4fafa767c9cb713 94875c139d43aee77 99748908 | 7 | 0 | 3 |
| 5 9 | 0x58f1...110a | 0x58f123bd4261ea2 5955b362be57d89f4 b6e7110a | 7 | 0 | 5 |
| 6 0 | James Young | 0x5bb3e1774923b75 ecb804e2559149bbd 2a39a414 | 7 | 14 | 5 |
| 6 1 | 0x5e7b...9fd1 | 0x5e7b645d5bf8675 0cb1913122ba8a854 5e2a9fd1 | 7 | 1 | 0 |
| 6 2 | 0x6fc4...6f10 | 0x6fc46b64e3de0a4 962d15a75129f39a9 068c6f10 | 7 | 9 | 3 |

PLAINTIFF0003403



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 6 3 | Nick Sawinyh | 0x71ce21a0776df96 6052cac4fe98d1831 | 7 | 1 | 0 |
| # | Name | Address | DA Os | Vo te s | Prop osal s |
| | | 3dd3c214 | | | |
| 6 4 | 0x7285...acf9 | 0x7285502ed0a0ed2 5f65941e480bda711 4492acf9 | 7 | 11 | 0 |
| 6 5 | Jeff Emmett | 0x778549eb292ac98 a96a05e122967f22e fa003707 | 7 | 0 | 7 |
| 6 6 | BlockRocket | 0x818ff73a5d881c2 7a945be944973156c 01141232 | 7 | 0 | 3 |
| 6 7 | 0x8540...999b | 0x8540f80fab2afca e8d8fd6b1557b1cf9 43a0999b | 7 | 11 | 0 |
| 6 8 | pi0neerpat | 0x9492510bbcb93b6 992d8b7bb67888558 e12dcac4 | 7 | 3 | 1 |
| 6 9 | Lucas Cerro | 0x9583648c314cdf6 66f4f555299db3b36 f5d5b2f9 | 7 | 3 | 4 |
| 7 0 | julien bouteloup | 0xa7499aa6464c078 eeb940da2fc95c6ac d010c3cc | 7 | 1 | 2 |
| 7 1 | 0xa83c...acdb | 0xa83c572c8072f3b 11562f08b89d4f307 7682acdb | 7 | 2 | 2 |
| 7 2 | dOrgJelli | 0xb1b7586656116d5 46033e3baff69bfcd 6592225e | 7 | 23 5 | 25 |
| 7 3 | pΞTH 🤩 | 0xb53b0255895c4f9 e3a185e484e5b674b ccfbc076 | 7 | 12 | 3 |
| 7 | Daniel Bar 丹 | 0xb64850fe701fb64 667b6cc762aa2c12f | 7 | 71 | 25 |

PLAINTIFF0003404



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 4 | 尼尔 | 007b6cc762aa2c121<br>2e02193c | | 71 | 23 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 75 | Odyssy | 0xbaf6e57a3940898<br>fd21076b139d4ab23<br>1dcbbc5f | 7 | 66 | 14 |
| 76 | Ruby | 0xbfa43bf6e9fb6d5<br>cc253ff23c31f2b86<br>a739bb98 | 7 | 2 | 8 |
| 77 | 0xc31d...0322 | 0xc31db2e71019279<br>1b65de43d4b84886a<br>6d770322 | 7 | 0 | 3 |
| 78 | Nichanan<br>Kesonpat | 0xdbf14da8949d157<br>b57acb79f6eee6241<br>2b210900 | 7 | 66 | 41 |
| 79 | Eyal | 0xf5913759b449fae<br>8900d61f7116d451d<br>200c60f7 | 7 | 14 | 8 |
| 80 | 0xf5dc...262a | 0xf5dcb2a47f738d8<br>ba39f9fa2ddc7592f<br>268a262a | 7 | 0 | 1 |
| 81 | 0xf7b1...e2d6 | 0xf7b10d603907658<br>f690da534e9b7dbc4<br>dab3e2d6 | 7 | 6 | 0 |
| 82 | 0x0049...1c81 | 0x00493aa44bcfd6f<br>0c2ecc7f8b154e4fb<br>352d1c81 | 6 | 0 | 1 |
| 83 | Alex Berto G | 0x008b1ffe244bf31<br>896c833bff4ad9009<br>e7a0f4eb | 6 | 19 | 0 |
| 84 | 0x0154...6f6e | 0x0154d25120ed20a<br>516fe43991702e746<br>3c5a6f6e | 6 | 2 | 0 |
| 85 | 0x0aba...95ca | 0x0aba55c93cf7292<br>f71067b0ba0d8b464<br>592895ca | 6 | 1 | 2 |

PLAINTIFF0003405



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 6 | Jason Chew | 0x0b81747f504dfc9 06a215e301d8b8ad8 | 6 | 7 | 4 |
| | | 2e44cbd2 | | | |
| 8 7 | 0x152a...bdf4 | 0x152ad1bf404061f ff6d893480de08ed6 4035bdf4 | 6 | 0 | 1 |
| 8 8 | 0x1da7...a28b | 0x1da75fb0da32653 fdab9ddecdb42f2ed 61f8a28b | 6 | 0 | 1 |
| 8 9 | Santiago Gonzalez | 0x224aba5d489675a 7bd3ce07786fada46 6b46fa0f | 6 | 0 | 6 |
| 9 0 | Ruben Russel | 0x24597c5c68687e8 16ffc0c69e064cb70 bb62a9cd | 6 | 11 4 | 3 |
| 9 1 | 0x2a08...dd56 | 0x2a08fecb8ac932c b7d3f6a3a0e434a4b 9968dd56 | 6 | 2 | 0 |
| 9 2 | 0x2b47...e278 | 0x2b47c57a4c9fc16 49b43500f4c0cda6c f29be278 | 6 | 1 | 0 |
| 9 3 | rzurrer | 0x370ceca4fc1287e d99924bba76259f6c 771a6022 | 6 | 5 | 1 |
| 9 4 | 0x3bd5...076f | 0x3bd59ed16c462b4 464091830dab828dc e079076f | 6 | 2 | 0 |
| 9 5 | LSDan \| ElasticDAO | 0x434ded09939b64c d76baa81f9a394283 d4c71f05 | 6 | 7 | 0 |
| 9 6 | Ameen Soleimani | 0x512e07a093aaa20 ba288392eadf03838 c7a4e522 | 6 | 47 | 89 |
| 9 9 | 0x5580... aaca | 0x5580ba66f8d6dc7 1adb0ca1d1c6b3d14 | 6 | 0 | 2 |

PLAINTIFF0003406



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 7 | 0x5586...aaca | 7dd0bca1d1c0b3d14 2ff7aaca | 0 | 0 | 2 |
| 98 | Rahul Sethuram | 0x5a9e792143bf270 8b4765c144451dca5 4f559a19 | 6 | 37 | 6 |
| 99 | Ori | 0x639749b7b08aee6 5039c21d8a411103c 6cebebf0 | 6 | 51 | 28 |
| 100 | 0x663d...13e3 | 0x663d3947f03ef5b 387992b880ac85940 057c13e3 | 6 | 1 | 1 |
| 101 | 0x6777...0dab | 0x6777529d538c57d 6cc6d46da46107582 45470dab | 6 | 2 | 0 |
| 102 | 0x68a7...6cf2 | 0x68a7ac13477aad5 90982293feeeb786a 00276cf2 | 6 | 8 | 8 |
| 103 | 0x7044...8902 | 0x7044a3e6bf3baf4 f0d2f8884a2ee4e2d 838f8902 | 6 | 2 | 0 |
| 104 | 0x808a...e43e | 0x808a023b7226017 0c95d831f589a1ae0 dca1e43e | 6 | 2 | 0 |
| 105 | proofoftom | 0x81aaa9a7a8358cc 2971b9b8de72acce6 d7862bc8 | 6 | 8 | 5 |
| 106 | 0x82a8...f125 | 0x82a8439ba037f88 bc73c4ccf55292e15 8a67f125 | 6 | 36 | 0 |
| 107 | 0x8a9b...c304 | 0x8a9bcdc68d19e11 1663d6c986caf1da1 eda1c304 | 6 | 2 | 0 |
| 108 | 0x9291...fdb6 | 0x92917666b0ffbd3 9d4ce4fcf2df1c6c4 808cfdb6 | 6 | 0 | 2 |

PLAINTIFF0003407



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 10 | | 0x98d5...7555<br>0x98d539ae90481e9<br>21fd9fb826500f2af | 6 | 0 | 1 |
| 9 | | 06337555 | | | |
| 110 | Luuk Weber | 0x9a94ac82b17e67f<br>7dff81912de68eb74<br>ca20e6c3 | 6 | 140 | 47 |
| 111 | 0x9d07...339c | 0x9d07e3406d3e7ec<br>5e19b6804f6f821f6<br>84c9339c | 6 | 1 | 0 |
| 112 | 0xab5b...64e0 | 0xab5b57832498a2b<br>541aaa2c448e2e79d<br>872564e0 | 6 | 51 | 2 |
| 113 | Guillaume<br>Palayer | 0xafd5f60aa8eb4f4<br>88eaa0ef98c1c5b06<br>45d9a0a0 | 6 | 2 | 1 |
| 114 | 0xc8d4...803c | 0xc8d46eb7881975f<br>9ae15216feeba2ff5<br>8e55803c | 6 | 6 | 1 |
| 115 | 0xcae6...547b | 0xcae687969d3a6c4<br>649d114b1c768d5b1<br>deae547b | 6 | 0 | 1 |
| 116 | 0xd380...495a | 0xd3802dce7f7a54d<br>59e7a64329d287624<br>ff3f495a | 6 | 1 | 0 |
| 117 | Vanilladelphia | 0xda5b2cd0d0bb26e<br>79fb3210233ddabdb<br>7de131c9 | 6 | 26 | 3 |
| 118 | 0xe498...bb78 | 0xe4989e7b39a2108<br>9b128908e1603fdc9<br>939dbb78 | 6 | 0 | 1 |
| 119 | Manolingam | 0xe68967c95f5a9bc<br>cfdd711a2cbc23ec9<br>58f147ef | 6 | 2 | 7 |
| 12? | Hacked | 0xe8adaea0ba507a2<br>8d13090b51bccch4db | 6 | 4 | 4 |

PLAINTIFF0003408

| | Ginelli | 8a1369361beceb4ub 7fe377af | | 4 | 4 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 2 1 | Creampp | 0xeccc484dd4093f6 2fc24c4725800013f bc2c1d15 | 6 | 6 | 1 |
| 1 2 2 | DeFi Dude | 0xf3b1b6e83be4d55 695f1d30ac3d307d9 d5ca98ff | 6 | 0 | 1 |
| 1 2 3 | 0xf7f1...c772 | 0xf7f189082878846 c11a94ddac51c41af c7a7c772 | 6 | 6 | 2 |
| 1 2 4 | 0xf8a6...0a29 | 0xf8a685702347377 e396486967399f33c 6c0c0a29 | 6 | 18 | 12 |
| 1 2 5 | Livia De | 0xf8d1d34956cea24 718cf8687588d6fed bc6d9aa6 | 6 | 62 | 2 |
| 1 2 6 | 0x00c6...cd84 | 0x00c67d9d6d3d13b 42a87424e145826c4 67cccd84 | 5 | 3 | 0 |
| 1 2 7 | 0x058b...4c58 | 0x058b10cbe1872ad 139b00326686ee8cc ef274c58 | 5 | 1 | 1 |
| 1 2 8 | 0x072e...cb01 | 0x072e83cde5c102f dcf32be328034e1bb 2dadcb01 | 5 | 0 | 1 |
| 1 2 9 | 0x1003...d89a | 0x10031a8001d7ac0 bf507cad46ff5e835 c339d89a | 5 | 0 | 1 |
| 1 3 0 | Pedro Parrachia | 0x144c4e5027b69f7 798b2b162d924bcae 5c149f15 | 5 | 122 | 20 |
| 1 3 1 | 0x166b...bfaf | 0x166b6770f7513ee 4be7a88f7c8d250e5 e8bcbfaf | 5 | 0 | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 3 | ChainLinkGod | 0x190473b3071946d f65306989972706a4 | 5 | 0 | 1 |
| 2 | | c006a561 | | | |
| 1 3 3 | 0x1a12...4545 | 0x1a12459b5d9d8f3 7038205079787f054 95254545 | 5 | 2 | 0 |
| 1 3 4 | ecwireless | 0x1a9cee6e1d21c3c 09fb83a980ea54299 f01920cd | 5 | 1 | 1 |
| 1 3 5 | 0x1c09...0712 | 0x1c097a37e652051 bbf3d7a05ad117602 42050712 | 5 | 4 | 0 |
| 1 3 6 | Mick | 0x1e17a75616cd74f 5846b1b71622aa8e1 0ea26cc0 | 5 | 1 | 0 |
| 1 3 7 | 0x20ec...a5d2 | 0x20ec02894d748c5 9c01b6bf08fe283d7 bb75a5d2 | 5 | 2 | 0 |
| 1 3 8 | 0x2117...b3c8 | 0x2117c37a65ad3c0 489682386f7d81d4c 6d08b3c8 | 5 | 0 | 2 |
| 1 3 9 | 0x239e...4110 | 0x239eec9ec218f71 cef5cc14d88b142ed 4ff44110 | 5 | 12 | 0 |
| 1 4 0 | 0x28d8...f07f | 0x28d804bf2212e22 0bc2b7b6252993db8 286df07f | 5 | 6 | 4 |
| 1 4 1 | 0x292d...9b9b | 0x292d76ef68931cd a7c2fb2b580df263d ca3d9b9b | 5 | 9 | 10 |
| 1 4 2 | 0x2c12...386d | 0x2c123fc5c278885 71cd525e8ae9b0c5f f848386d | 5 | 4 | 0 |
| 1 4 | 0x2d2d...2703 | 0x2d2d2a1f9bfda0d 2364b4d517f862c52 | 5 | 0 | 4 |

PLAINTIFF0003410



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 4 3 | 0x2d2d...2703 | 2304040...1 788 2832 fefc2703 | | 0 | 4 |
| 1 4 4 | Holly | 0x2de2299db048a9e 3b8d1934b8dae11b8 041cc4fd | 5 | 0 | 2 |
| 1 4 5 | 0x3839...f757 | 0x3839acf1ee7699d 1f46b1be840d8ad83 17fdf757 | 5 | 0 | 2 |
| 1 4 6 | 0x3e17...7e9e | 0x3e17fac953de2cd 729b0ace7f6d43533 87717e9e | 5 | 2 | 0 |
| 1 4 7 | Ezra Weller | 0x4171160db0e7e2c 75a4973b7523b437c 010dd9d4 | 5 | 13 | 8 |
| 1 4 8 | 0x4322...eae3 | 0x4322aa46ffed678 09862da613725728e 2fb8eae3 | 5 | 0 | 1 |
| 1 4 9 | 0x4444...7f99 | 0x4444444477eb5fe 6d1d42e98e97d9c4c 03a57f99 | 5 | 24 | 11 |
| 1 5 0 | 0x461e...c31c | 0x461e76a4fe9f276 05d4097a646837c32 f1ccc31c | 5 | 0 | 1 |
| 1 5 1 | 0x4925...2bf4 | 0x4925c8d00e2c94d d9b00d299b249d3fa 6e1c2bf4 | 5 | 0 | 1 |
| 1 5 2 | 0x4929...9d92 | 0x4929f4d38f29556 49b5aa34343da04cf 790b9d92 | 5 | 1 | 0 |
| 1 5 3 | 0x4973...5933 | 0x49739691fb5f399 2b3f2536f309d9555 58e75933 | 5 | 1 | 0 |
| 1 5 4 | 0x4ada...1c6b | 0x4ada1b9d9fe28ab d9585f58cfeed2169 a39e1c6b | 5 | 3 | 1 |

PLAINTIFF0003411



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 5 | 0x4b4d...6f47 | 0x4b4df3b4c0a893c 7beefe72e1b8dae76 | 5 | 0 | 1 |
| 5 | | 54ae6f47 | | | |
| 1 5 6 | 0x4d92...d1a8 | 0x4d928359e855619 7f161f4927a928dfd e9c3d1a8 | 5 | 8 | 1 |
| 1 5 7 | 0x4e8f...c4f5 | 0x4e8ffddb1403cf5 306c6c7b31dc72ef5 f44bc4f5 | 5 | 4 | 0 |
| 1 5 8 | 0x5398...089b | 0x5398850a9399da8 7624874704feaa8a9 c6c4089b | 5 | 4 | 3 |
| 1 5 9 | 0x562a...681a | 0x562a01eb1c18e16 7d3b26504bfa08edb 68c5681a | 5 | 0 | 1 |
| 1 6 0 | Dani Bellavita | 0x5d28fe1e9f89546 4aab52287d85ebff3 2b351674 | 5 | 2 | 2 |
| 1 6 1 | 0x5d47...6068 | 0x5d47e5d242a8f66 a6286b0a235386887 5f5d6068 | 5 | 3 | 0 |
| 1 6 2 | 0x5d76...64f4 | 0x5d76a92b7cb9e1a 81b8eb8c16468f115 5b2f64f4 | 5 | 0 | 2 |
| 1 6 3 | the guy | 0x6c6541cc3ec6bfc 2d7b0ca48ccb0225c bbea9b59 | 5 | 0 | 2 |
| 1 6 4 | Marko Prljic | 0x6d97d65adff6771 b31671443a6b95121 04312d3d | 5 | 1 | 1 |
| 1 6 5 | 0x6e58...aafc | 0x6e58bdee94a421f 967ad93a0c937681e 9c75aafc | 5 | 0 | 1 |
| 1 6 6 | 0x6ef2...af68 | 0x6ef2376fa6e12da bb3a3ad0fb44a4ff2 | 5 | 1 | 4 |

PLAINTIFF0003412



| 6 | 0x6e12...a168 | bb3a3ed01b44e4112<br>9847af68 | | 1 | 4 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 167 | 0x726c...46c0 | 0x726cdc837384a7d<br>eb8bbea64beba2e7b<br>4d7346c0 | 5 | 0 | 1 |
| 168 | 0x7405...fede | 0x7405fe24003a50e<br>4f4117d35e9b5a9f5<br>e512fede | 5 | 0 | 1 |
| 169 | Jesse B.<br>Miller | 0x76bc4c780dd8555<br>8bc4b24a4f262f4eb<br>0be78ca7 | 5 | 3 | 3 |
| 170 | 0x8ab0...645a | 0x8ab0fe3d61e372a<br>0caa2b2acf6d1ffde<br>fd1c645a | 5 | 1 | 0 |
| 171 | Vasilis | 0x8b104344f397afc<br>33ee55c743a0fbd7d<br>956201cd | 5 | 1 | 1 |
| 172 | johba | 0x8db6b632d743aef<br>641146dc943acb649<br>57155388 | 5 | 7 | 8 |
| 173 | Denis Smirnov | 0x945294c67752bd0<br>a453975c04e3078c4<br>87a858df | 5 | 17 | 0 |
| 174 | 0x96b0...ec7c | 0x96b0425c29ab766<br>4d80c4754b681f590<br>7172ec7c | 5 | 0 | 1 |
| 175 | 0x9d3f...8894 | 0x9d3f10f5d553dda<br>3f36e09ab0c3c757b<br>a99e8894 | 5 | 2 | 0 |
| 176 | 0xa0f7...9b73 | 0xa0f75491720835b<br>36edc92d06ddc468d<br>201e9b73 | 5 | 3 | 2 |
| 177 | Mark Pereira | 0xa1b02d8c67b0fdc<br>f4e379855868deb47<br>0e169cfb | 5 | 21 | 6 |

PLAINTIFF0003413



| #           | Name          | Address                                        | DAOs | Votes | Proposals |
|-------------|---------------|------------------------------------------------|------|-------|-----------|
| 1 7         |               | 0xa3c7...0c4e                                   | 5    | 0     | 1         |
|             |               | 0xa3c7a8eaf23d2dd 89ed81e19a5de8c84             |      |       |           |
| 8           |               | e26b0c4e                                        |      |       |           |
| 1 7 9       | 0xa578...1cef | 0xa578aecb7ea3555 9fba631d7034da9eb d35d1cef     | 5    | 2     | 0         |
| 1 8 0       | 0xb3e8...b19f | 0xb3e8d332ef4730e 6e6d37ba9885edd51 5506b19f     | 5    | 7     | 1         |
| 1 8 1       | 0xtao         | 0xb68f52fe2583b5a 568e7e57dc98c69d9 3821f6e4     | 5    | 1     | 3         |
| 1 8 2       | 0xb98e...ee9c | 0xb98ec0012fba5de 02ab506782862a63a 7945ee9c     | 5    | 22    | 3         |
| 1 8 3       | Roger         | 0xbdf6e91249c335d df3f656c465326a69 c13e1eb0     | 5    | 0     | 2         |
| 1 8 4       | Kevin Siegler | 0xbfc7cae0fad9b34 6270ae8fde24827d2 d779ef07     | 5    | 8     | 9         |
| 1 8 5       | Zherring      | 0xc2013c235cf746a 8164747e25254c7b5 38864e10     | 5    | 0     | 1         |
| 1 8 6       | 0xc70f...ca81 | 0xc70f6273f7edf28 f28810ea0b8dec35e b00bca81     | 5    | 4     | 0         |
| 1 8 7       | 0xcd5f...5fc4 | 0xcd5f8fa45e0ca09 37f86006b9ee8fe1e edee5fc4     | 5    | 0     | 1         |
| 1 8 8       | 0xd0a5...6660 | 0xd0a5266b2515c3b 575e30cbc0cfc775f a4fc6660     | 5    | 0     | 1         |
| 1 8         | 0xd24f...0e50 | 0xd24ff5e32de12be 154b1c2ee7b731cbc              | 5    | 25    | 4         |

PLAINTIFF0003414



| 6 9 | 0xd241...6e50 | 134b1c2ee7b731cbc 45540e50 | 200 | 23 | 4 |
|---|---|---|---|---|---|

| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 1 9 0 | 0xd48f...ac5f | 0xd48fae12b4bd481 c29130c236f0b345e 77d1ac5f | 5 | 0 | 1 |
| 1 9 1 | Liz Yang | 0xd4aa67f778bba28 05bc122f18f3d61df 59c7a542 | 5 | 0 | 1 |
| 1 9 2 | Sparrow | 0xdc546f477f273bc f327297bf4adcb671 b5f20be1 | 5 | 13 | 2 |
| 1 9 3 | cryptoraves | 0xe1a3435b683d863 bcb6c8aa093de08ed 0557ee99 | 5 | 29 | 3 |
| 1 9 4 | Snowfro | 0xe83c750b2708320 bb134796c555b80df 39a3d97b | 5 | 2 | 5 |
| 1 9 5 | 0xe882...7cd8 | 0xe882c0cbb836c34 447dc58f74c08f373 a6d37cd8 | 5 | 1 | 1 |
| 1 9 6 | 0xec32...b7f2 | 0xec3281124d4c2fc a8a88e3076c1e7749 cfecb7f2 | 5 | 2 | 0 |
| 1 9 7 | 0xee62...1c85 | 0xee622122bc71ee4 6285c3bbd36e0f134 a7271c85 | 5 | 0 | 1 |
| 1 9 8 | Adam Levi | 0xf16294a979a027f 297dace2f618cb57b c4bf5d16 | 5 | 19 | 1 |
| 1 9 9 | PinkFlaminGuc ci | 0xf3d9281fa183b74 f32b96e1c52445960 45f4ede8 | 5 | 2 | 0 |
| 2 0 0 | 0xfa45...40f1 | 0xfa45d06f58a59f2 775796ea6098e780a e87640f1 | 5 | 0 | 1 |

PLAINTIFF0003415



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 20 | Johnson Lai | 0xfcad3475520fb54fc95305a6549a7917 | 5 | 0 | 1 |
| 1 | | 0da8b7c0 | | | |
| 202 | 0x0029...f2dd | 0x00290ffc9e9d19bda7b25c6e44d8adf55dfbf2dd | 4 | 1 | 2 |
| 203 | 0x00ff...27e5 | 0x00ff6b7d26407a46af2b631b4fa452a036d027e5 | 4 | 2 | 0 |
| 204 | 0x0103...5a4f | 0x0103a4966daba5a947df52b0b892d8b3fdef5a4f | 4 | 0 | 1 |
| 205 | 0x01e7...6038 | 0x01e7f16e17c50d070eb66787f25ce3be405d6038 | 4 | 16 | 0 |
| 206 | Babi | 0x03f2eb77c91dcb481734e24a03df497c46fdf27c | 4 | 0 | 1 |
| 207 | 0x0660...bab5 | 0x06601571aa9d3e8f5f7cdd5b993192618964bab5 | 4 | 10 | 4 |
| 208 | William M. Peaster | 0x08ceb8bba685ee708c9c4c65576837cbe19b9dea | 4 | 0 | 2 |
| 209 | 0x0998...7d01 | 0x0998160bdf3ff6d86a4e9d5c31e0efc3ca7e7d01 | 4 | 0 | 1 |
| 210 | 0x0a3b...5967 | 0x0a3b67b88adf575654e071cf9c3e8065fc365967 | 4 | 2 | 1 |
| 211 | 0x0a48...4ea7 | 0x0a4815677bb775036fab8d2ca43357a8652f4ea7 | 4 | 2 | 0 |
| 21 | deephlue | 0x0c0057af75d6fcb25566621a8620ba06 | 4 | 0 | 1 |

PLAINTIFF0003416



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 212 | deepblue | 5550002fe8055ba00755c4c29 | 0 | | 1 |
| 213 | ivan thinking | 0x0ebbda43014a6e6c32657a8db79376738d549b2f | 4 | 34 | 8 |
| 214 | Abridged | 0x0efe994201e2b0136dd40d5033b5f437e4c5f958 | 4 | 0 | 2 |
| 215 | Matan Field | 0x0f07d407ac41d6dbb2cf237b0704c0ab5b9b8754 | 4 | 77 | 3 |
| 216 | 0x10d6...7178 | 0x10d6d2e343281d388291a3e02f3293aaeda67178 | 4 | 4 | 1 |
| 217 | 0x115b...efd3 | 0x115b65464043e9d0ad7422f95d1398b593c0efd3 | 4 | 1 | 0 |
| 218 | 0x11df...9426 | 0x11df180d9bdbe90fa51898b3d59959549d589426 | 4 | 3 | 2 |
| 219 | 0x124d...e325 | 0x124d05e1cf1316141463224e3b9a9592044ee325 | 4 | 0 | 1 |
| 220 | Vandal | 0x1256e7992564ab22e332532472c916bd8d1e1ca7 | 4 | 5 | 4 |
| 221 | Jason McPheron | 0x1289f94bcc60ed9f894ab9d5a54c21b3d4b3f2da | 4 | 26 | 0 |
| 222 | Lahcen KH | 0x1426fbd146942e153653863cbe633780c17268da | 4 | 2 | 0 |
| 223 | 0x14d9...66c3 | 0x14d92832265eeafdef9e526356fefc90105966c3 | 4 | 0 | 1 |

PLAINTIFF0003417



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 22 | Magenta Ceiba | 0x152ad2e12e102ab f64280c5e3d70257e | 4 | 0 | 1 |
| # | Name | Address | DAOs | Votes | Proposals |
| 4 | | ffb0ede0 | | | |
| 225 | taekikz | 0x187089b33e58123 10ed32a57f53b3fad 0383a19d | 4 | 6 | 3 |
| 226 | 0x1b1d...1d92 | 0x1b1d046a1001fd6 fd4d11f204c746498 9d621d92 | 4 | 0 | 1 |
| 227 | 0x1dff...e6d4 | 0x1dffae74acf1df1 aa4118b993ff73ff8 4932e6d4 | 4 | 0 | 1 |
| 228 | 0x1e8c...ca3a | 0x1e8cbbbfb827785 ecc23dd0426a8907c 7cdcca3a | 4 | 0 | 2 |
| 229 | dan13ram | 0x1e9c89aff77215f 3ad26bffe0c50d4fd eba6a352 | 4 | 2 | 1 |
| 230 | 0x2123...bf63 | 0x2123e6171de8f26 93c326d32129c9c3c 6b5ebf63 | 4 | 0 | 1 |
| 231 | 0x2153...fa78 | 0x21532d426764819 1bef7a33c813c43cf 90a6fa78 | 4 | 1 | 0 |
| 232 | pantsu.eth | 0x21af5166e41dc33 71d062131af9d6a25 e0f5c7d1 | 4 | 0 | 1 |
| 233 | Ann Willmott | 0x245bd45ffd22a0e 8da538a3b2fbfdd3a 575bc619 | 4 | 12 | 2 |
| 234 | 0x2474...9777 | 0x2474b32a2f1ab83 cf2ac520805597061 52909777 | 4 | 3 | 0 |
| 23 | 0x2492...9c10 | 0x2492a8400813764 952c89a38222f1221 | 4 | 0 | 1 |

PLAINTIFF0003418

| 3 5 | 0x2492...9c18 | 99ec69a602321221<br>858d9c10 | | 0 | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 2 3 6 | Sid | 0x24e8bb6a37774d8<br>a0187e196beb29601<br>ed5920bf | 4 | 1 | 2 |
| 2 3 7 | 0x2629...9a9b | 0x2629de54a2b7ed0<br>164b896c273bec77a<br>78819a9b | 4 | 2 | 0 |
| 2 3 8 | 0x2759...2c3c | 0x2759321df4c0f04<br>75c41bbf9d17891bd<br>42e32c3c | 4 | 0 | 1 |
| 2 3 9 | 0x27c7...c874 | 0x27c72e4bd23c910<br>218d8f06c4a1742e0<br>6657c874 | 4 | 15 | 2 |
| 2 4 0 | 0x280d...b581 | 0x280ded1b7e430be<br>d0cbb0aace452fd2a<br>def2b581 | 4 | 2 | 0 |
| 2 4 1 | 0x292b...57fb | 0x292b78a5ad62149<br>71c0ec79cb9d7eb3c<br>f20957fb | 4 | 0 | 1 |
| 2 4 2 | 0x2943...f4ab | 0x294388d7f620657<br>84666f797ca6919a4<br>b8cef4ab | 4 | 1 | 1 |
| 2 4 3 | nicolaslaw.et<br>h | 0x2beba030cdc9c4a<br>47c5aa65797484042<br>8b9fefac | 4 | 6 | 1 |
| 2 4 4 | Vu Tran | 0x2c36ea13df89115<br>c45e1af0c7bfc5ccd<br>df61cfd4 | 4 | 2 | 0 |
| 2 4 5 | Lo Lo | 0x2c3dd65e94f97b2<br>a25239eddffd2e192<br>c08769b8 | 4 | 1 | 3 |
| 2 4 6 | 0x2d90...4e32 | 0x2d9016f7c05c598<br>180b411e69e1dc43a<br>25074e32 | 4 | 2 | 0 |

PLAINTIFF0003419



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 2 4 | 0x2ea6...0ebc | 0x2ea631bda7f9bb5 0b441c7d627f0a89d | 4 | 0 | 1 |
| 7 | | 1fee0ebc | | | |
| 2 4 8 | Rachel | 0x2f4ce4f714c68a3 fc871d1f543ffc24b 9b3c2386 | 4 | 0 | 1 |
| 2 4 9 | Nadia | 0x317112017fb54ec 6f4dab35e09896687 b029066b | 4 | 9 | 0 |
| 2 5 0 | 0x339d...f2ba | 0x339dd90e14ec35d 2f74ffea7495c2fb0 150af2ba | 4 | 0 | 1 |
| 2 5 1 | rihp | 0x37341cbb14c5f12 8a70b149726ad8b2c e6f4c793 | 4 | 1 | 2 |
| 2 5 2 | Bill Warren | 0x3792acdf2a8658f bade0ea70c47b89cb 7777a5a5 | 4 | 0 | 3 |
| 2 5 3 | 0x3803...4779 | 0x380336041fed6d3 de0c0a1f507966876 0cd64779 | 4 | 0 | 1 |
| 2 5 4 | sethfork | 0x3e9976d5ba86a78 d6e5c25bc2f309049 676c0798 | 4 | 15 | 1 |
| 2 5 5 | 0x3ead...7c80 | 0x3ead00d7e1b95c5 e99f287f04c72f62f 2cb67c80 | 4 | 3 | 0 |
| 2 5 6 | 0x4268...424f | 0x4268560e1fd35f4 006af49dbfb8db2ed b218424f | 4 | 0 | 2 |
| 2 5 7 | borisblock | 0x436bb9e1f02c9ca 7164afb5753c03c07 1430216d | 4 | 2 | 0 |
| 2 5 | 0x43a5...2db5 | 0x43a5c1331375f1f 34bd77dccacc51501 | 4 | 0 | 1 |

PLAINTIFF0003420



| 3 8 | 0x43a5...2db5 | 34bd774cdaee51561 e9ca2db5 | | 0 | 1 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 2 5 9 | 0x44ac...b276 | 0x44acd0ff3be9fdf b932453c82b5df573 9d28b276 | 4 | 0 | 1 |
| 2 6 0 | Gunnar | 0x44bf6f5b5a5884e 748fc87e10ddc4b6e b3c027c7 | 4 | 30 | 11 |
| 2 6 1 | 0x4718...3d33 | 0x4718fc7e40092a9 d5fc584699aea1aa4 c6f63d33 | 4 | 0 | 1 |
| 2 6 2 | 0x4744...4c0d | 0x4744cda32be7b3e 75b9334001da9ed21 789d4c0d | 4 | 24 | 2 |
| 2 6 3 | 0x4765...d072 | 0x476547d8472407c b05acc4b3b8a54318 71d0d072 | 4 | 5 | 0 |
| 2 6 4 | goldenfiredo | 0x48f88a8d8e4a9df f33c0a4d857a81a18 9c2d6e07 | 4 | 1 | 1 |
| 2 6 5 | 0x4a18...bcef | 0x4a18b6219f29b3c bfdf980fc2ef1a644 a2ddbcef | 4 | 1 | 1 |
| 2 6 6 | 0x4c1c...3e42 | 0x4c1ca681f090a42 af7fddef4262349dd 2ad43e42 | 4 | 0 | 1 |
| 2 6 7 | willyshen.eth | 0x4c39185a078b566 6c372538231cb793a 0928807b | 4 | 3 | 0 |
| 2 6 8 | 0x4cae...7c34 | 0x4cae5bed586f6e7 3ae54ebd40a4ac4ed 2c477c34 | 4 | 1 | 0 |
| 2 6 9 | Chase Chapman | 0x51448923d8a215a 5a8cd872a51f22c2f 5c43b444 | 4 | 7 | 0 |

PLAINTIFF0003421



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 27 | BiggiePoppins #3417 | 0x54021e58af1756d c70ce7034d7636de2 | 4 | 2 | 1 |
| # | Name | Address | DAOs | Votes | Proposals |
| 0 | | d2f1fa74 | | | |
| 271 | 0x565b...74d6 | 0x565b93a15d38acd 79c120b15432d21e2 1ed274d6 | 4 | 7 | 4 |
| 272 | 0x5775...7806 | 0x57757e3d981446d 585af0d9ae4d7df6d 64647806 | 4 | 12 | 3 |
| 273 | 0x58b7...bc64 | 0x58b753f0c417494 226af608b63e80028 255cbc64 | 4 | 12 | 9 |
| 274 | 0x5d49...05dd | 0x5d49c7f7330907f d67401782f95d93c3 ff7305dd | 4 | 0 | 1 |
| 275 | 0x5da4...7443 | 0x5da487ea7278e25 288fd4f0f9243e3fa 61bc7443 | 4 | 0 | 2 |
| 276 | hg | 0x5db06acd6735312 18b10430ba6de9b69 913ad545 | 4 | 37 | 5 |
| 277 | 0x5e9b...fcd1 | 0x5e9b423c21236ee 2e0c3f36c014aa0f3 fc64fcd1 | 4 | 5 | 1 |
| 278 | 0x5f72...ce61 | 0x5f72c7ca304679b 07c527dd0f245f76b 5d62ce61 | 4 | 1 | 0 |
| 279 | Troy | 0x601c6d9eff76ae8 cd7bff5fc4900f20f 6f80734f | 4 | 1 | 1 |
| 280 | 0x607d...23c5 | 0x607dbcc8f8a5024 93fad2ead62e21c8f cc2e23c5 | 4 | 2 | 5 |
| 28 | Fahri | 0x60a9372862bd752 cd92d9aa482f94cd2 | 4 | 1 | 0 |

PLAINTIFF0003422

| 8 | Tab 1 | cu02u3ac482194cu2 fe92a0bf | | 1 | 0 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 282 | 0x610a...ef73 | 0x610aec3851d7688c4c8aef3a6173f667e8beef73 | 4 | 1 | 0 |
| 283 | 0x6186...9cfe | 0x6186290b28d511bff971631c916244a9fc539cfe | 4 | 2 | 0 |
| 284 | 0x6458...b916 | 0x64585280cc41b84b2bfe19e2fff47da0c64eb916 | 4 | 0 | 1 |
| 285 | 0x65ca...af18 | 0x65cad24d55787bf2ae0fdd7fa32ce78dacf1af18 | 4 | 0 | 1 |
| 286 | 0x67d9...8177 | 0x67d9057494e2e1b7361251043843db3c2abf8177 | 4 | 0 | 1 |
| 287 | 0x69e8...0426 | 0x69e874f26aa1fb3841bf1003a08247ab96ca0426 | 4 | 0 | 2 |
| 288 | 0x6cfe...9e57 | 0x6cfe9755269786f6681518c00bd22801f98f9e57 | 4 | 1 | 0 |
| 289 | 0x6e0f...a159 | 0x6e0fc44cce1b49323185138217649b5e8996a159 | 4 | 2 | 0 |
| 290 | 0x6fac...2408 | 0x6facf564dbafcaf142cce4fbea8fca108bb42408 | 4 | 0 | 1 |
| 291 | 0x750a...adde | 0x750a31fa07184caf87b6cce251d2f0d7928badde | 4 | 0 | 1 |
| 292 | 0x759a...e48a | 0x759a2169da1b826f795a00a9ab5f29f9ca39e48a | 4 | 7 | 7 |

PLAINTIFF0003423

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 2 9 | 0x75af...b3f8 | 0x75afaece8cf2a79 74b1e541648923afd | 4 | 7 | 5 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 | | 9339b3f8 | | | |
| 2 9 4 | Aaron Foster | 0x75b98710d5995ab 9992f02492b7568b4 3133161d | 4 | 2 | 0 |
| 2 9 5 | Minato Fund | 0x77d63a93c90a986 0ab07ee6bc7bc5bec ad1cbfde | 4 | 2 | 2 |
| 2 9 6 | luxumbra | 0x78ec73423b222cb 225549bab0d0a812d 58808ffd | 4 | 1 | 0 |
| 2 9 7 | 0x7de0...7f0b | 0x7de082e63e040fb 3cad81bf729f40ba7 62e87f0b | 4 | 4 | 0 |
| 2 9 8 | 0x7e22...edff | 0x7e225a2a269f7af 1c884b20f2ba30e8c 6573edff | 4 | 0 | 1 |
| 2 9 9 | 0x7ff9...c260 | 0x7ff9d98cf5f4456 e31f1126e994f1fe0 9684c260 | 4 | 13 | 4 |
| 3 0 0 | Mars | 0x85a363699c68642 48a6ffca66e4a1a5c cf9f5567 | 4 | 1 | 0 |
| 3 0 1 | 0x8b37...60e0 | 0x8b3765eda5207fb 21690874b722ae276 b96260e0 | 4 | 0 | 3 |
| 3 0 2 | 0x8ea8...15a7 | 0x8ea8721f27efcaa bb3901ed6756505ab 873f15a7 | 4 | 3 | 0 |
| 3 0 3 | 0x8f08...433d | 0x8f08ee5e3e44bdc 28127e050fcb13f5e 4671433d | 4 | 2 | 0 |
| 3 0 | 0x9222...7fdf | 0x92228ffb485fe39 p5470837o06078205 | 4 | 0 | 1 |

PLAINTIFF0003424

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 304 | 0x3222...71d1 | e547365/e005/0e55 04527fdf | 6 | 6 | 1 |
| 305 | 0x92cf...d0fe | 0x92cfdceeb276a6bc2f13b6907cd8e6ac245dd0fe | 4 | 0 | 2 |
| 306 | 0x94e8...5615 | 0x94e84e65b1d9da074dc6bc94052ba9d7b8635615 | 4 | 0 | 1 |
| 307 | gaydegenspartan | 0x95f1872c2c63f54072bd42f68beee71e0d6f67d3 | 4 | 2 | 0 |
| 308 | Bettina_bf | 0x9644707d7af58cc1e3d6459eb0683d8d2d0ae8b9 | 4 | 2 | 0 |
| 309 | 雪球 | 0x978923b244cc1e8586104118b55f295b41dbb140 | 4 | 0 | 1 |
| 310 | 0x9851...1f51 | 0x985116f8c174fe13325d36685424d1796cc11f51 | 4 | 2 | 0 |
| 311 | 0x9939...31bd | 0x99391c6f4d33ddac56e0856db4ef0013851031bd | 4 | 0 | 1 |
| 312 | 0x9a1e...bd2e | 0x9a1e8645dedec6d45e2058d031b1ca97f815bd2e | 4 | 0 | 1 |
| 313 | 0x9c7b...7f90 | 0x9c7b84be5d69bb41a718a4af921e44730a277f90 | 4 | 6 | 0 |
| 314 | 0x9e42...1f5c | 0x9e42fd37e21c0ed235fa31d2f49a7fbdea961f5c | 4 | 0 | 2 |
| 315 | 0x9ed6...3c2b | 0x9ed629bc305c5731d43de27cbbe8f77976893c2b | 4 | 0 | 1 |



PLAINTIFF0003425

| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 3 1 | 0xa4dc...70a6 | 0xa4dc2788bcc8320 95bba2b148a5d98d0 | 4 | 1 | 1 |
| 6 | | dca270a6 | | | |
| 3 1 7 | 0xa5c3...6a69 | 0xa5c3a513645a9a0 0cb561fed40438e9d fe0d6a69 | 4 | 14 | 3 |
| 3 1 8 | 0xabca...cd21 | 0xabca2289f0d0377 3e8b102248997e854 aa36cd21 | 4 | 1 | 0 |
| 3 1 9 | mettodo | 0xad7575aefd4d645 20c3269fd24eae1b0 e13dbe7b | 4 | 2 | 1 |
| 3 2 0 | Gabi | 0xb24b54fe5a3adcb 4cb3b27d31b6c7f7e 9f6a73a7 | 4 | 1 | 0 |
| 3 2 1 | oniichan | 0xb3e08599ac57666 be68dbb3d311b9c60 7900a83b | 4 | 4 | 3 |
| 3 2 2 | 0xb4f7...da0d | 0xb4f76a20e052119 91de6ac4cb4a21952 0caada0d | 4 | 2 | 1 |
| 3 2 3 | Mark Pascall | 0xb6dacfc9e6443f2 546e9285ba4ae6359 cdc20727 | 4 | 8 | 2 |
| 3 2 4 | Hai Kukoten | 0xb75eb924568d4eb f65d9bb932c589c3c 06a59655 | 4 | 1 | 1 |
| 3 2 5 | 0xb833...ac7e | 0xb833b1b0ef7f2b2 183076868c18cf9a2 0661ac7e | 4 | 0 | 1 |
| 3 2 6 | 0xb933...35a8 | 0xb933ad0949273d3 316d103ff50cde998 ed6e35a8 | 4 | 0 | 1 |
| 3 2 | Nylon | 0xbaaea72417f4dc3 e9f52a1793b0913d0 | 4 | 38 | 9 |

PLAINTIFF0003426





| 2 7 | Nylon | eo1j2a1785b0913d0 f3516634 | 200 | 58 | 9 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 2 8 | 0xbd8f...7179 | 0xbd8fc01d8f6c2d0 27b601c9cab32e635 bdd47179 | 4 | 0 | 1 |
| 3 2 9 | 0xbeb9...f1d7 | 0xbeb910ae193dc54 411747ac236e67d22 1ff3f1d7 | 4 | 0 | 1 |
| 3 3 0 | 0xbed7...f1e5 | 0xbed7fc5a011cb6a c5a14fb86c1ba893b 40acf1e5 | 4 | 1 | 0 |
| 3 3 1 | 0xbf7d...6f1c | 0xbf7db386ba18184 b91d2b98e13f25dde bc096f1c | 4 | 17 | 3 |
| 3 3 2 | 0xc2f8...d041 | 0xc2f82a1f287b5b5 aebff7c19e83e0a16 cf3bd041 | 4 | 1 | 0 |
| 3 3 3 | 0xc479...bb62 | 0xc4798b79d22630c ee83b4ecb0fd98cd5 ff0fbb62 | 4 | 4 | 1 |
| 3 3 4 | 0xc495...4a36 | 0xc495d99e1dc0639 09e4a333d9400c2ac 23e44a36 | 4 | 1 | 0 |
| 3 3 5 | 0xc8fd...9c41 | 0xc8fdccd9bb285b2 2a187f179d5eb9bfc a6459c41 | 4 | 1 | 0 |
| 3 3 6 | 0xc92d...d142 | 0xc92d60af8001b10 70ce40337205af18a 0bbed142 | 4 | 2 | 0 |
| 3 3 7 | 0xca7a...ca00 | 0xca7a1a193a02e05 20b6b745cd2eb2496 7c27ca00 | 4 | 0 | 1 |
| 3 3 8 | ExHuman | 0xcb5c0d33d92e491 0daa24825db8af9b6 4e17c33c | 4 | 1 | 1 |

PLAINTIFF0003427


| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 5 0 | 0xdeccc...3c20 | 8411da9ba2301303c4...be223c26 | 0 | 0 | 1 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 5 1 | 0xdf63...3ba0 | 0xdf631777df4debc bcd647e85bdcb868b 43663ba0 | 4 | 2 | 0 |
| 3 5 2 | wolflo | 0xdf73fe01dfddb55 a900b947c5726b2e5 4dddd95a | 4 | 0 | 3 |
| 3 5 3 | tgn | 0xe15aa7f7de1f1bb 51aed5d7c28bdcb59 987f020a | 4 | 0 | 1 |
| 3 5 4 | 0xe55c...4eb4 | 0xe55c69cfd20cfa2 5651c72b84383de61 04104eb4 | 4 | 0 | 2 |
| 3 5 5 | 0xe666...0854 | 0xe6662ec7fc7c842 31b29f0f0da632167 3d100854 | 4 | 0 | 1 |
| 3 5 6 | 0xe7a7...b9a7 | 0xe7a760fe246469a 0dc198856feb49fd6 8f23b9a7 | 4 | 0 | 2 |
| 3 5 7 | 0xe7b8...4a89 | 0xe7b81ae742fdc4c ac5f6280aa91bc28d 6df34a89 | 4 | 8 | 0 |
| 3 5 8 | Francis Daniel | 0xe90558e78964df6 7a69866bd1d838c2d a2966301 | 4 | 30 | 5 |
| 3 5 9 | 0xe913...c6e5 | 0xe913a5fe3faa5f0 fa0d420c87337c7cb 99a0c6e5 | 4 | 3 | 0 |
| 3 6 0 | 0xeb22...8504 | 0xeb22102db75138f 9f5af6aff971bb594 4d028504 | 4 | 0 | 2 |
| 3 6 1 | Kris | 0xec952ed8e7c2aa4 66cac36fd611d2e87 df1243d7 | 4 | 6 | 1 |

PLAINTIFF0003429



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 6 | Michael Heuer | 0xefa21088f3830cd 7d9f526ea268f7aab | 4 | 8 | 0 |
| # | Name | Address | DA Os | Vo te s | Prop osal s |
| 2 | | a34f785f | | | |
| 3 6 3 | Maxim | 0xefde6a97af618ad 407211c3d5d494bc2 57948208 | 4 | 0 | 1 |
| 3 6 4 | 0xf08b...4b9d | 0xf08b64258465a98 96691e23caaf9e6c8 30ec4b9d | 4 | 16 5 | 0 |
| 3 6 5 | 0xf100...508a | 0xf10004ac75f5ba0 24bedf3768fc6c5b3 aad4508a | 4 | 0 | 1 |
| 3 6 6 | Mia Grodsky | 0xf121163a94d094d 099e3ad2b0decb65f 97b6fecf | 4 | 1 | 0 |
| 3 6 7 | degenerate princess | 0xf20ed9df8a4d065 40db6e7621a4d3509 8358d08a | 4 | 1 | 0 |
| 3 6 8 | 0xf5fb...2c6f | 0xf5fb27b912d987b 5b6e02a1b1be0c1f0 740e2c6f | 4 | 0 | 2 |
| 3 6 9 | Sem | 0xf632ce27ea72dea 30d30c1a9700b6b3b ceaa05cf | 4 | 2 | 2 |
| 3 7 0 | 0xf69e...f07b | 0xf69ea6646cf6822 62e84cd7c67133eac 59cef07b | 4 | 2 | 0 |
| 3 7 1 | 0xf6b5...a2c9 | 0xf6b5fd8e2cac439 87de603ce7942e09e 2dc8a2c9 | 4 | 0 | 1 |
| 3 7 2 | 0xf804...1882 | 0xf8049c8425f9eab 4e2ae9e1d950f9d3f 71481882 | 4 | 0 | 1 |
| 3 7 | 0xf835...5a18 | 0xf83542b42df0aa4 bac2006d2c03f8c80 | 4 | 0 | 1 |

PLAINTIFF0003430



| 7 3 | 0x1855...5a18 | bee2000d5c05T8c80 cd815a18 | | 0 | 1 |
|---|---|---|---|---|---|

| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 3 7 4 | luxumbra | 0xff0dca219a54767 eecb5a0ff4382ccb9 38311ff8 | 4 | 3 | 0 |
| 3 7 5 | 0xffc0...91f7 | 0xffc02940b6f297b b3aaca6d790f65c1d 28e891f7 | 4 | 0 | 1 |
| 3 7 6 | 0x0039...9ef3 | 0x0039f22efb07a64 7557c7c5d17854cfd 6d489ef3 | 3 | 1 | 1 |
| 3 7 7 | 0x00a0...7e02 | 0x00a0708644a2ff3 70748fd9f17571345 43a27e02 | 3 | 19 | 0 |
| 3 7 8 | 0x0481...81b1 | 0x0481ac68cc3cb70 f71c537c9cc14a6dd c29881b1 | 3 | 1 | 2 |
| 3 7 9 | 0x0522...518a | 0x05227e4fa98a641 5ef1927e902dc781a a7ed518a | 3 | 0 | 1 |
| 3 8 0 | 0x0613...aed4 | 0x0613e2c0e58e811 e358c0e26b51842ee da05aed4 | 3 | 0 | 1 |
| 3 8 1 | 0x0653...754b | 0x06535a967d958de a135f6b5005636294 7ae5754b | 3 | 0 | 2 |
| 3 8 2 | vvk | 0x06b172c63730f0c cfb40ea35e726ebf4 e930c9e3 | 3 | 0 | 1 |
| 3 8 3 | 0x08b5...492a | 0x08b5d278a116665 aeecf16e60f87891a bbbe492a | 3 | 2 | 0 |
| 3 8 4 | chuanx2 | 0x094e4b82a572227 1546cca99c8c351bd 840669ae | 3 | 2 | 1 |

PLAINTIFF0003431



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 8 | X2X | 0x0a8ef379a729e9b 009e5f09a7364c7ac | 3 | 2 | 0 |
| # | Name | Address | DAOs | Votes | Proposals |
| 5 | | 6768e63c | | | |
| 3 8 6 | 0x0d30...5f81 | 0x0d307d9c8b6d4aa d162a662e4bbfba9e a96a5f81 | 3 | 0 | 1 |
| 3 8 7 | 0x0dd3...c010 | 0x0dd3e554c9ca47c b3a7b5935a9743de8 12dfc010 | 3 | 2 | 0 |
| 3 8 8 | 0x0eb9...b531 | 0x0eb9a7ff5cbf719 251989caf1599c127 0eafb531 | 3 | 1 | 0 |
| 3 8 9 | Linus | 0x0ebcf026946a4de 6155961d66d53b010 0c6271a1 | 3 | 0 | 1 |
| 3 9 0 | Coinhax | 0x0fda4ac09a12c10 fae30e429f4d6b47c 9a83c87e | 3 | 4 | 0 |
| 3 9 1 | 0x1057...cfe3 | 0x1057bea69c9add1 1c6e3de296866aff9 8366cfe3 | 3 | 2 | 0 |
| 3 9 2 | 0x1464...46bd | 0x1464bc8b1351e07 e70e5797d8ecbc20e cc5446bd | 3 | 1 | 0 |
| 3 9 3 | Ed Zynda | 0x146cfed833cc926 b16b0da9257e8a281 c2add9f3 | 3 | 2 | 1 |
| 3 9 4 | 0x1540...1b1a | 0x1540f6fa70c04e5 a5dac6a134d9dd03a bd301b1a | 3 | 2 | 0 |
| 3 9 5 | 0x166d...717f | 0x166ddbedfa38c37 e253585640d90bf13 2f4f717f | 3 | 0 | 1 |
| 3 9 | 0x16ec...c9fo | 0x16ec8a7f9d21ea9 4bo12d4765od2o559 | 3 | 0 | 1 |

PLAINTIFF0003432



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 396 | 0x18ec...c91e | 4be12d4/b5ad2e599 7f82c9fe | | 0 | 1 |
| 397 | 0x18b1...8f7a | 0x18b1fea6e5c46d1 4e736d5d6dce12536 c0788f7a | 3 | 3 | 4 |
| 398 | 0x1939...8119 | 0x193997d4459380b 09a060ba087b2f59b 1d928119 | 3 | 0 | 1 |
| 399 | 0x193b...c9bb | 0x193bd90b68eb1df 24d9c52d78960717b 5e2ec9bb | 3 | 10 | 2 |
| 400 | 0x19fa...7783 | 0x19fa5828b99c821 72fc48d282f1194fd e0b67783 | 3 | 0 | 1 |
| 401 | 0x1cd7...b6f1 | 0x1cd7ed3a06746be c03e69574fbb3260c 349bb6f1 | 3 | 1 | 1 |
| 402 | 0x1ded...19cc | 0x1ded82e6b6bd7fd e8ae31fc73f1ee6c2 67af19cc | 3 | 1 | 0 |
| 403 | 0x1ebe...34ea | 0x1ebef03483030dd 746c0bba924e828ce 2c0534ea | 3 | 0 | 1 |
| 404 | 0x1fa1...2375 | 0x1fa19fab8465651 00fc8a7aa8eb0703e 69582375 | 3 | 1 | 0 |
| 405 | 0x20a2...0cfd | 0x20a2a2cef429d99 6c769a8dd5890bb2b 2fa30cfd | 3 | 0 | 1 |
| 406 | 0x20f9...bc3f | 0x20f9e5a17b00350 f1eaf9ad18bc5be0d 54c0bc3f | 3 | 0 | 1 |
| 407 | 0x2189...baec | 0x2189f1d9fc5eef0 d69aba0bad981e125 a98abaec | 3 | 1 | 1 |

PLAINTIFF0003433



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 40 | 0x22ca...7f9e | 0x22cab0b36cc4ec24bfd5732d07828b45 | 3 | 2 | 0 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 | | e7547f9e | | | |
| 409 | 0x22ca...38de | 0x22cab81e0fee2bad5b015dbbeb6a374a1b8738de | 3 | 2 | 0 |
| 410 | 0x2323...9db3 | 0x23230789629cde13f28ed45f3540a5d008d59db3 | 3 | 3 | 0 |
| 411 | 0x23e0...2891 | 0x23e01e05aa1376fa3ac83c954816b967a7302891 | 3 | 0 | 2 |
| 412 | 0x2943...c8b6 | 0x2943b3663f11acf077025e00ba0902beb0bdc8b6 | 3 | 2 | 0 |
| 413 | 0x29eb...4fc1 | 0x29ebcd4acfd3ff9aa028377a8b1330d452694fc1 | 3 | 8 | 0 |
| 414 | 0x2ba1...f139 | 0x2ba117929c3c53ac7c38ad870321573c740cf139 | 3 | 1 | 0 |
| 415 | 0x2c2a...dd7e | 0x2c2add1c863551a0644876be227604c8e458dd7e | 3 | 2 | 0 |
| 416 | 0x2dbc...8c70 | 0x2dbc54d6993a1db9be6431292036641ec73e8c70 | 3 | 1 | 2 |
| 417 | 0x2deb...84f6 | 0x2debdf4427ccbcfdbc7f29d63964499a0ec184f6 | 3 | 0 | 1 |
| 418 | namesty | 0x2e7f4dd3acd226ddae10246a45337f815cf6b3ff | 3 | 24 | 0 |
| 41 | 0x301a...312c | 0x301a4125ae62898 4fa2b419aa9fb527a | 3 | 2 | 0 |

PLAINTIFF0003434

| 1 9 | 0x301a...312e | 4fa2d413eee1b527a 4873312e | | 2 | 0 |
| --- | --- | --- | --- | --- | --- |



| # | Name | Address | DAOs | Votes | Proposals |
| --- | --- | --- | --- | --- | --- |
| 4 2 0 | 0x308b...5ee4 | 0x308bff328370fc4 a9683ab9fcd79a21b e6dc5ee4 | 3 | 0 | 1 |
| 4 2 1 | 0x3111...1747 | 0x3111327edd38890 c3fe564afd96b4c73 e8101747 | 3 | 10 | 12 |
| 4 2 2 | 0x321d...10ea | 0x321ded1fabaa2cc e3887175d63623de9 99dc10ea | 3 | 3 | 0 |
| 4 2 3 | 0x3279...c417 | 0x32790dee22bed19 16303e2c3f4253fc2 cfc0c417 | 3 | 0 | 1 |
| 4 2 4 | 0x331e...61e6 | 0x331e5d9c3f48a73 a46ad73c4d998c182 a7f461e6 | 3 | 0 | 1 |
| 4 2 5 | fameal | 0x334ce923420ff1a a4f272e92bf68013d 092ae7b4 | 3 | 0 | 1 |
| 4 2 6 | 0x334f...5234 | 0x334f12afb7d8740 868be047196396165 33075234 | 3 | 35 | 5 |
| 4 2 7 | 0x3442...6f81 | 0x3442bcafff7deaf f26caad507b22c38a ceb86f81 | 3 | 0 | 1 |
| 4 2 8 | 0x34e2...a2e9 | 0x34e2cb7513a50b1 9f450a067ed5230a8 6c13a2e9 | 3 | 3 | 0 |
| 4 2 9 | 0x357b...3042 | 0x357b7e9acd156c0 f930b75c6ae6a42f3 d9173042 | 3 | 99 | 0 |
| 4 3 0 | 0x35e2...d97a | 0x35e2acd3f46b131 51bc941daa44785a3 8f3bd97a | 3 | 0 | 11 |

PLAINTIFF0003435



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 4 3 | | 0x399c...d371 | 0x399cfb961689037 a24dfa369efaa9d12 | 3 | 2 | 0 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 | | 85c4d371 | | | |
| 4 3 2 | xx07 | 0x3b1b770b3821678 e44cf456764a06ea0 a937b17a | 3 | 8 | 0 |
| 4 3 3 | 0x3c31...3169 | 0x3c3167c5974485e 3d736f328c3a18106 06173169 | 3 | 0 | 1 |
| 4 3 4 | 0x3c6d...b130 | 0x3c6d73475d8a64c ec5b5170853ab38cc f51eb130 | 3 | 2 | 0 |
| 4 3 5 | 0x3e71...59c9 | 0x3e71dabc6e05755 dc3d45175deacabf6 ea6b59c9 | 3 | 1 | 0 |
| 4 3 6 | 0x3e86...0ef9 | 0x3e86eac93a2dbb4 faeb8709d77d451ae da710ef9 | 3 | 3 | 0 |
| 4 3 7 | 0x3efd...e3fd | 0x3efd3391a0601ea a093647f911c653d7 7c11e3fd | 3 | 37 | 0 |
| 4 3 8 | 0x3f60...4e2e | 0x3f603a18bed7cc5 ceefdc83ff1ce0cf5 b3764e2e | 3 | 2 | 1 |
| 4 3 9 | FIRSTEDITION. XYZ | 0x4090b585c6ba6f8 d8cbd76aa805f2806 9c732ca3 | 3 | 0 | 1 |
| 4 4 0 | 0x4129...ee60 | 0x4129b4337d5a2f7 278a02ff15bb1e4e5 48d8ee60 | 3 | 0 | 1 |
| 4 4 1 | 0x4171...2d58 | 0x41718c52d77ca61 baaf2775202873e96 9f232d58 | 3 | 2 | 0 |
| 4 4 | 0x417a...8c48 | 0x417aff82d2cd9fd 39fa790a4f5708aa86 | 3 | 2 | 0 |

PLAINTIFF0003436



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 4 4 3 | 0x469b...178a | 0x469b83988610b92 aac8c3ec1fdac42d5 31b9178a | 3 | 1 | 0 |
| 4 4 4 | 0x46a9...2964 | 0x46a968f38f2ef98 eb51cc8c8a2c641fd 47042964 | 3 | 2 | 1 |
| 4 4 5 | 0x47c9...572b | 0x47c932e74d1bcc4 614707640d4abdcf4 ac88572b | 3 | 2 | 0 |
| 4 4 6 | 0x4812...92bf | 0x4812505f744b148 13d27d641c8af4d74 f13c92bf | 3 | 1 | 0 |
| 4 4 7 | 0x499d...62ec | 0x499d9f3ab678605 e092fcc29a0588830 3d2f62ec | 3 | 0 | 2 |
| 4 4 8 | 0x4a01...2e99 | 0x4a016bfe6dc98a3 8de8cf5a5dc61a315 29402e99 | 3 | 0 | 2 |
| 4 4 9 | 0x4bf4...a941 | 0x4bf4e3a59add035 c479cde89d98103cb 65dca941 | 3 | 0 | 2 |
| 4 5 0 | ta | 0x4ed9666c7a91269 bb67862cb76f80971 848fbe0a | 3 | 0 | 2 |
| 4 5 1 | 0x5066...a068 | 0x50664ede715e131 f584d3e7eaabd7818 bb20a068 | 3 | 1 | 1 |
| 4 5 2 | 0x52d4...4df3 | 0x52d4d46e28dc72b 1cef2cb8eb5ec75dd 12bc4df3 | 3 | 0 | 2 |
| 4 5 3 | 0x52dc...999e | 0x52dcbd812598dcd 10da71d65f9ae23a8 6b15999e | 3 | 0 | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 4 5 | 0x53a8...cb19 | 0x53a888dd7109a3d 67a8073a8db0450fa | 3 | 0 | 1 |
| # | Name | Address | DAOs | Votes | Proposals |
| 4 | | eff8cb19 | | | |
| 4 5 5 | 0x55a3...21cf | 0x55a3df57b7aaec1 6a162fd5316f35bec 082821cf | 3 | 4 | 0 |
| 4 5 6 | 0x5924...6a94 | 0x59241f5e850a9ce 8a215a49bb2a7499b 31296a94 | 3 | 0 | 1 |
| 4 5 7 | 0x5aec...bd23 | 0x5aec3d8d78b59c9 9dbb5950015825aa6 33bcbd23 | 3 | 2 | 0 |
| 4 5 8 | 0x5b19...25bf | 0x5b19de7581cee12 b016273826fa75cff 436525bf | 3 | 3 | 0 |
| 4 5 9 | 0x5bdc...f19a | 0x5bdc20c8d3b0026 8c1cb0d1ae404956b 6feef19a | 3 | 1 | 0 |
| 4 6 0 | 0x5c84...74a5 | 0x5c8494ffcfba5ab 54f9a812c2f3157fb 07a974a5 | 3 | 0 | 1 |
| 4 6 1 | 0x5fcf...2dcd | 0x5fcf6e9c7e97986 a14a79a8c7a69b928 a7812dcd | 3 | 0 | 1 |
| 4 6 2 | Tom French | 0x60959ed8307ee2b 0d04306f6b319aeee 8864f1ee | 3 | 0 | 1 |
| 4 6 3 | 0x60b4...debf | 0x60b4aa91028ab07 df9bee21e4f7d8767 d9d6debf | 3 | 10 | 1 |
| 4 6 4 | 0x60d3...eea0 | 0x60d38778adbbeea c88f741b833cbb987 7228eea0 | 3 | 2 | 0 |
| 4 6 6 | 0x618d...4daa | 0x618d64611af0a80 f774720f51077f488f | 3 | 29 | 11 |

PLAINTIFF0003438



| 6 5 | 0x018d...4daa | 1777728510771468f 12004daa | 20 | 11 |
|---|---|---|---|---|

| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 4 6 6 | 0x62c3...b3e4 | 0x62c3852419a71d7 0ff05fdef83cddabd e533b3e4 | 3 | 0 | 1 |
| 4 6 7 | 0x6399...69a1 | 0x6399ad19d383100 7363b36e98b2c55a0 d1a869a1 | 3 | 0 | 1 |
| 4 6 8 | 0x64df...cf4b | 0x64df7af696e0977 771a0e1e1b1a8dd22 ded3cf4b | 3 | 1 | 0 |
| 4 6 9 | 0x6716...cbd9 | 0x67168517c1d0835 147e2bd66e40a602e 9fb9cbd9 | 3 | 4 | 0 |
| 4 7 0 | 0x67c4...508c | 0x67c47b1af7d8b73 52fde8d9b07b7e2ce 0a22508c | 3 | 2 | 0 |
| 4 7 1 | 0x686c...8cc6 | 0x686c732ec298b63 e0a76410caf7f07d2 bdb28cc6 | 3 | 0 | 1 |
| 4 7 2 | 0x6ac0...c47f | 0x6ac0a885ed84f4a 2d062c60fb7daaf50 4fc8c47f | 3 | 37 | 6 |
| 4 7 3 | 0x6bac...342c | 0x6bac48867bc94ff 20b4c62b21d484a44 d04d342c | 3 | 2 | 0 |
| 4 7 4 | 0x6bf9...cded | 0x6bf97f2534be224 2ddb3a29bfb24d498 212dcded | 3 | 0 | 3 |
| 4 7 5 | 0x6d9a...d284 | 0x6d9aba400a2a487 a5fb76c6d56518835 553cd284 | 3 | 22 | 3 |
| 4 7 6 | 0x6dca...805e | 0x6dca5fc82d3f7b2 154dea161fcd35ef8 4168805e | 3 | 2 | 0 |

PLAINTIFF0003439



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 4 7 | | 0x6f0e...c29b | 0x6f0e26acb8d20a6 356c98a5bb6e28e6d | 3 | 0 | 1 |
| 7 | | 8defc29b | | | |
| 4 7 8 | mork | 0x6fb8479a3bbb7a4 ed8395af47916d9a5 1b7ba038 | 3 | 0 | 1 |
| 4 7 9 | 0x6ff1...cf1a | 0x6ff1497328dcecd 7b2d26e80353cfa8f 240dcf1a | 3 | 1 | 0 |
| 4 8 0 | 0x7163...f461 | 0x716342594dd0c6d d2efdd719153696c6 7760f461 | 3 | 2 | 0 |
| 4 8 1 | 0x7193...7f56 | 0x7193b82899461a6 ac45b528d48d74355 f54e7f56 | 3 | 0 | 2 |
| 4 8 2 | 0x71f8...6dba | 0x71f84aa585e1eda 8852dad8dff3a69d1 14366dba | 3 | 1 | 2 |
| 4 8 3 | 0x720e...89cf | 0x720e5d6f26a2780 c0015580caccd28fe 1e3d89cf | 3 | 2 | 0 |
| 4 8 4 | 0x731e...8331 | 0x731ebfea5653b8a fac89158d88338879 4dd48331 | 3 | 2 | 0 |
| 4 8 5 | 0x73db...4936 | 0x73db6408abbea97 c5db8a2234c4027c3 15094936 | 3 | 4 | 4 |
| 4 8 6 | Bohdan | 0x7404becad093515 83443720f8f520f68 9e93359e | 3 | 13 | 1 |
| 4 8 7 | 0x749e...eded | 0x749e1d15d3d4614 69bec674575c2b07d d0dbeded | 3 | 2 | 0 |
| 4 8 | 0x74eb...e38b | 0x74eb390c06a7cc1 158a0805fb280a503 | 3 | 2 | 0 |

PLAINTIFF0003440



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 488 | | 1Jsdab0931b26s9e9e3 7633e38b | | 2 | 0 |
| 489 | 0x7560...25bc | 0x7560cbe62147199 a7948bcb79770de07 1b5725bc | 3 | 3 | 0 |
| 490 | 0x764f...7517 | 0x764f4909251f819 76a0a2dcebce95333 e4c27517 | 3 | 1 | 0 |
| 491 | 0x7681...286b | 0x76819406044c555 a9ad2f05376eb1abe e36e286b | 3 | 1 | 0 |
| 492 | 0x76b5...c836 | 0x76b5064b21a6ed7 7eac72ed58eb50bde a86ac836 | 3 | 10 | 0 |
| 493 | Nick Hollins | 0x779e782b556e380 63e0390cf10a25f63 d05cabdc | 3 | 1 | 2 |
| 494 | 0x780d...6e83 | 0x780dc341b18d1e6 ba11736de6fba58a8 5c666e83 | 3 | 2 | 0 |
| 495 | 0x793a...0596 | 0x793a68e64214a1c 4a0406a214874b607 81320596 | 3 | 1 | 0 |
| 496 | 0x795f...77c3 | 0x795f50722cf5ad8 2f78dda8dc8f7b235 332977c3 | 3 | 2 | 0 |
| 497 | 0x7b80...feff | 0x7b80f8f77a37534 de8085b56a9eda3e4 412bfeff | 3 | 0 | 1 |
| 498 | LeRae | 0x7b95726160392d6 06c3fdceff3d6f631 a33813c5 | 3 | 25 | 4 |
| 499 | 0x7bce...8df7 | 0x7bcec44c7486143 ee875103de6600604 7cae8df7 | 3 | 2 | 0 |

PLAINTIFF0003441



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 50 | ICOcountdown | 0x7dc252b36ca3dd3573abfc47076d28bb | 3 | 2 | 1 |
| # | Name | Address | DAOs | Votes | Proposals |
| 0 | | 423b0774 | | | |
| 501 | 0x81d3...9977 | 0x81d3d66054c552b520f4b9ad73238eca0b8c9977 | 3 | 0 | 2 |
| 502 | 0x850b...d7a8 | 0x850b57fa5e6cf7dd624ac9287a2c7c79b342d7a8 | 3 | 14 | 3 |
| 503 | sandpiper | 0x851fb899da7f80c211d9b8e5f231fb3bc9eca41a | 3 | 0 | 1 |
| 504 | 0x866c...915e | 0x866c521883bc8cb7c59769e2a06ef38cc685915e | 3 | 2 | 0 |
| 505 | 0x87b2...5d45 | 0x87b2a7559d85f4653f13e6546a14189cd5455d45 | 3 | 4 | 1 |
| 506 | 0x87e6...1f76 | 0x87e6888935180a9b27a9b48b75c9b779bfec1f76 | 3 | 4 | 0 |
| 507 | 0x885f...d2d8 | 0x885f12b525218ca9377755f9a534ce230ac5d2d8 | 3 | 0 | 1 |
| 508 | Olivier Sarrouy | 0x8873b045d40a458e46e356a96279ae1820a898ba | 3 | 1 | 3 |
| 509 | fusan | 0x88f1706c20d94a4d1551c5f799c9e3380a24c3ac | 3 | 12 | 0 |
| 510 | 0x89e2...b4f3 | 0x89e2aebc454556f60f2b6facd1746bcb58f0b4f3 | 3 | 0 | 1 |
| 511 | Sebastien | 0x8c2e67bd3d0f432of75d9aa6623cd0df | 3 | 0 | 2 |

PLAINTIFF0003442



| #     | Name        | Address                                          | DAOs | Votes | Proposals |
|-------|-------------|--------------------------------------------------|------|-------|-----------|
| 1 1   | BORGET      | e1 / 3d9ae00z3cd0d1 bce66050                      |      | 0     | 2         |

| #       | Name         | Address                                            | DAOs | Votes | Proposals |
|---------|--------------|----------------------------------------------------|------|-------|-----------|
| 5 1 2   | 0x8da5...3ba3 | 0x8da569d15927fa1 2bcb078244ac9121c 70023ba3      | 3    | 1     | 0         |
| 5 1 3   | 0x8de7...a0e4 | 0x8de7bb14218d4e1 bf210a6eca81b0b8d 9e82a0e4      | 3    | 0     | 1         |
| 5 1 4   | 0x8f46...3581 | 0x8f46d017455920e cbf72d04d95505208 aaf03581      | 3    | 0     | 2         |
| 5 1 5   | 0x8fd0...acf8 | 0x8fd05381267eef2 0d82536e93848e8a7 801aacf8      | 3    | 0     | 1         |
| 5 1 6   | 0x901f...8b4b | 0x901f253fc9fe429 a3fbfb8a0a4a7280f b2a78b4b      | 3    | 0     | 1         |
| 5 1 7   | 0x9127...5045 | 0x9127b83b9144f8e 8fdc884deffa89bd7 2ba85045      | 3    | 0     | 1         |
| 5 1 8   | 0x9498...c58e | 0x9498390c3f51a25 6ccfabe9aef961e1d 246dc58e      | 3    | 0     | 1         |
| 5 1 9   | 0x966d...139d | 0x966d35960c00c20 c1911bf2692c27826 7add139d      | 3    | 2     | 0         |
| 5 2 0   | 0x969d...3aba | 0x969de568df4cec0 2e682acf75d7ed9f0 48de3aba      | 3    | 2     | 0         |
| 5 2 1   | 0x977d...9c20 | 0x977dfd4a014ccac c41fc583771abe9d0 4d279c20      | 3    | 2     | 0         |
| 5 2 2   | 0x9797...490f | 0x97975ed1aab49b8 c5d30e6856ddfe20b 4896490f      | 3    | 139   | 0         |

PLAINTIFF0003443



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 5 2 | 0x9851...d373 | 0x985147809e9c0a6 77e9c9bed656c984b | 3 | 2 | 0 |
| 3 | | e037d373 | | | |
| 5 2 4 | 0x9867...cc59 | 0x98671ac3ccfb314 4161708d6d181ac78 ce5acc59 | 3 | 0 | 1 |
| 5 2 5 | 0x99f9...72a6 | 0x99f900f51808972 921c0749efa3cb343 847572a6 | 3 | 2 | 0 |
| 5 2 6 | 0x9ad6...5961 | 0x9ad6bb93353dbab 28f37e3d0b3c57acd 4b445961 | 3 | 1 | 2 |
| 5 2 7 | 0x9b | 0x9b4c75ce8d70066 20df39e8757ade75d 6434a6fe | 3 | 22 | 0 |
| 5 2 8 | Jaf | 0x9be06a9f5299752 c5c56e280b2c19852 67fe098a | 3 | 1 | 1 |
| 5 2 9 | 0x9be9...543e | 0x9be96a6e861d2e5 aff1fe0738bed664b 6f0b543e | 3 | 2 | 0 |
| 5 3 0 | 0x9c3b...ec4a | 0x9c3bacade6bbe81 a6238110a28628512 abf4ec4a | 3 | 3 | 0 |
| 5 3 1 | 0x9d60...7daa | 0x9d60bd851a86c5b 423353b6383c944be 90837daa | 3 | 0 | 1 |
| 5 3 2 | 0x9d6a...e6f4 | 0x9d6a114a649efa2 8ebe1f30e6b23d62b f46be6f4 | 3 | 2 | 0 |
| 5 3 3 | 0x9ed8...74c1 | 0x9ed80eda7f55054 db9fb5282451688f2 6bb374c1 | 3 | 1 | 0 |
| 5 3 | 0x9f12...b6f1 | 0x9f12587b7114c57 d0d6584953447b70a | 3 | 2 | 0 |

PLAINTIFF0003444

| 5 3 4 | 0x9f12...b0f1 | d9d0384035547b70a d0c4b6f1 | | 2 | 0 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 5 3 5 | 0x9f51...21e4 | 0x9f5141e8715c669 1e75188bda726df54 c14721e4 | 3 | 0 | 2 |
| 5 3 6 | 0x9fe9...5179 | 0x9fe9e5f53266950 9030e4fae68556b85 5efa5179 | 3 | 1 | 0 |
| 5 3 7 | 0xa158...dfe6 | 0xa1586347c540c1b 5cd83113872eeb781 5a57dfe6 | 3 | 3 | 0 |
| 5 3 8 | 0xa1c6...39f7 | 0xa1c6bf9a94e603c 0c7e0559a9bbe6329 137239f7 | 3 | 0 | 1 |
| 5 3 9 | 0xa343...07c2 | 0xa343618637bcecb 12a723c9007360c30 5b0507c2 | 3 | 0 | 1 |
| 5 4 0 | 0xa4b0...f9da | 0xa4b0a77c312535b 8a5863732acc42cfa 7b6af9da | 3 | 0 | 1 |
| 5 4 1 | 0xa4db...93e3 | 0xa4db6e848f1c4af 89d2d4d4cc350acbc 1f5f93e3 | 3 | 0 | 1 |
| 5 4 2 | 0xa76a...2e2d | 0xa76a0979c289ee5 a3cf54bf3f0354454 e3012e2d | 3 | 0 | 1 |
| 5 4 3 | 0xa820...28a1 | 0xa8207755df9a64c 5ad734266fd34a513 4d2528a1 | 3 | 0 | 1 |
| 5 4 4 | 0xa849...e68a | 0xa84944735b66e95 7fe385567dcc85975 022fe68a | 3 | 1 | 1 |
| 5 4 5 | Boris Mann | 0xa8c7372dc993d75 10c9c45425807d463 967cbb12 | 3 | 3 | 2 |

PLAINTIFF0003445



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 54 | 0xaaa8...7568 | 0xaaa8a090e78724c8e3f3de407205fff1 | 3 | 4 | 1 |
| 6 | | 60017568 | | | |
| 547 | Yalu Lin | 0xad1cbe6fcab49120273df0c308f6c1b094fbfb57 | 3 | 11 | 2 |
| 548 | 0xada0...892b | 0xada083a3c06ee526f827b43695f2dcff5c8c892b | 3 | 9 | 1 |
| 549 | 0xadae...50e3 | 0xadaeb2a30601e91caec19755d8cb11c280c750e3 | 3 | 0 | 1 |
| 550 | Jesus | 0xaecaea22cd213f0df786af9f8b7d2f651af84d3c | 3 | 0 | 3 |
| 551 | Mikko Petäjäniemi | 0xb0c4cc1aa998df91d2c27ce06641261707a8c9c3 | 3 | 2 | 0 |
| 552 | 0xb0df...4239 | 0xb0dfd0bb88de966d5072b735db80393ca3274239 | 3 | 0 | 1 |
| 553 | 0xb101...8868 | 0xb1017b3556412e54d761fe458af5e1eb09c68868 | 3 | 168 | 0 |
| 554 | 0xb16e...987a | 0xb16ecbb050ee31e3f034c5a5a02d6e2bb272987a | 3 | 2 | 0 |
| 555 | 0xb188...91ca | 0xb1881e88c1c2ca37b2b8ca72a77104630c0591ca | 3 | 0 | 1 |
| 556 | 0xb1d5...d73b | 0xb1d5604b8ad680ceb7147ef9a23237b68a21d73b | 3 | 15 | 0 |
| 55 | 0xb219...dac9 | 0xb219f71958beabaa5a3d3d78da9b1f7a | 3 | 0 | 1 |

PLAINTIFF0003446



| 5 7 | 0xb219...dac9 | a1a575d78dc9b117a fbaddac9 | | | |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 5 5 8 | 0xb3bf...1c28 | 0xb3bf0e6a90f8655 14b8250000bc6f7b4 df401c28 | 3 | 1 | 0 |
| 5 5 9 | 0xb447...0db8 | 0xb4473cfeedc9a0e 94612c6ce883677b6 3f830db8 | 3 | 2 | 0 |
| 5 6 0 | 0xb476...64a7 | 0xb476a9ea9376b04 972b40b40a4ca91d3 e5f964a7 | 3 | 3 | 0 |
| 5 6 1 | 0xb4d5...06ee | 0xb4d502361a3c6f8 23eeb9a99af09e110 382206ee | 3 | 2 | 0 |
| 5 6 2 | 0xb580...a3d6 | 0xb5806a701c2ae03 66e15bde9be140e82 190fa3d6 | 3 | 9 | 5 |
| 5 6 3 | 0xb61e...6495 | 0xb61eb50fd1268c1 65653ec9fa12b8344 1c446495 | 3 | 0 | 1 |
| 5 6 4 | 0xb7c3...93f9 | 0xb7c3b6c72b2a7d0 14ca1311f93aa3bc6 b34f93f9 | 3 | 0 | 1 |
| 5 6 5 | 0xba0b...f40c | 0xba0b50d71ed3c2b 9aefd91fd304f3b49 a28df40c | 3 | 0 | 1 |
| 5 6 6 | 0xba18...0497 | 0xba181deb98afc22 02202c9aebf26b18f 46d70497 | 3 | 2 | 0 |
| 5 6 7 | 0xbe4b...0510 | 0xbe4ba4b9b3dbe25 a93820eef90fb4da1 50380510 | 3 | 1 | 0 |
| 5 6 8 | 0xbe79...f92a | 0xbe79665b3dcecfe 1dd821f8714bc9bfc 441ef92a | 3 | 1 | 0 |

PLAINTIFF0003447



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 5 6 | 0xbf15...8650 | 0xbf15754dc61f5e5 52a5c5a51e6b571d5 | 3 | 1 | 1 |
| 9 | | 67798650 | | | |
| 5 7 0 | 0xbfdb...7645 | 0xbfdb50dc66c8df9 fd9688d8fe5a0c341 26427645 | 3 | 0 | 2 |
| 5 7 1 | 0xc35a...0b37 | 0xc35a5fec6be6957 899e15559be252db8 82220b37 | 3 | 1 | 1 |
| 5 7 2 | matlemad | 0xc3f6e18b429b6ba f1bd31b1e504aee78 27c7aab5 | 3 | 0 | 1 |
| 5 7 3 | metin bencuya | 0xc5592b6e87cd219 5bb65a73aaa9f83b1 58578fa1 | 3 | 0 | 1 |
| 5 7 4 | 0xc6ed...7430 | 0xc6edbbe55279871 c1e6cffbfd8446809 06bb7430 | 3 | 2 | 0 |
| 5 7 5 | 0xc7f9...ddd8 | 0xc7f91d9f1a2609c 89d600bacf38a21f0 9e77ddd8 | 3 | 2 | 0 |
| 5 7 6 | 0xc9b7...c951 | 0xc9b7f801541f88a e2f62c4c0eed29949 d057c951 | 3 | 1 | 1 |
| 5 7 7 | 0xcf50...2ca4 | 0xcf50fb42926b255 747fb8b0ea8e26d4e 66952ca4 | 3 | 0 | 1 |
| 5 7 8 | 0xd24a...efc9 | 0xd24a5b3a49ec2ed 0dace25f1debed07e 340befc9 | 3 | 2 | 0 |
| 5 7 9 | Pranksy | 0xd387a6e4e84a6c8 6bd90c158c6028a58 cc8ac459 | 3 | 0 | 1 |
| 5 8 | 0xd3e2...d0d0 | 0xd3e2e76e4ab0322 614fa7aaa3be0b04b | 3 | 0 | 2 |

PLAINTIFF0003448

| 8 0 | 0xd5e2...d0d0 | 01417e7aaa5be0b04b ed83d0d0 | 6 | 8 | 2 |



| # | Name | Address | DA Os | Vo te s | Prop osal s |
|---|------|---------|-------|---------|-------------|
| 5 8 1 | 0xd419...54a3 | 0xd419d53817e1daa 7b2f72e51707774f3 ff0a54a3 | 3 | 2 | 0 |
| 5 8 2 | 0xd46f...3491 | 0xd46f7c5b3661bb2 e4a81cd1eeef7fa8a cff43491 | 3 | 2 | 0 |
| 5 8 3 | 0xd5bb...9d28 | 0xd5bb449ebd48276 d1b5cbd2ccf1b0fb4 53059d28 | 3 | 1 | 0 |
| 5 8 4 | 0xd8c5...ff4b | 0xd8c500a1f7dfc16 f87fab716c1385b51 7de8ff4b | 3 | 0 | 1 |
| 5 8 5 | Jgr33nwood | 0xd8c84eac9951506 62cc052e6ac76ec18 4fcf1122 | 3 | 5 | 0 |
| 5 8 6 | yinxiang | 0xdbfb0e80143dd73 7e04925ffd7af8c35 5c0d25f9 | 3 | 3 | 1 |
| 5 8 7 | C. Adam Stallard | 0xdc0046b52e2e38a ee2271b6171ebb65c cd337518 | 3 | 10 2 | 1 |
| 5 8 8 | 0xdc2a...1065 | 0xdc2adfa800a1ffa 16078ef8c1f251d50 dcda1065 | 3 | 0 | 2 |
| 5 8 9 | 0xddaa...9666 | 0xddaac482530e2d5 c31c19727c6721e19 2d539666 | 3 | 2 | 0 |
| 5 9 0 | 0xdddf...9058 | 0xdddff3048c1d89f a8fe1221b7bc35624 622b9058 | 3 | 2 | 0 |
| 5 9 1 | Luigy Lemon | 0xdec0ded0606b7d0 560adebd6c3a919a6 71db4d66 | 3 | 0 | 1 |

PLAINTIFF0003449



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 5 9 | Tom Howard | 0xe04243d4de64793 420e613fa13f12eff | 3 | 10 | 1 |
| 2 | | f42aca05 | | | |
| 5 9 3 | 0xe154...fa74 | 0xe15494e529d8ce5 a9b37ad51bd082a88 4cf3fa74 | 3 | 0 | 1 |
| 5 9 4 | 0xe164...7ca8 | 0xe164644e1e8bb14 ba8aa19be1b78ec6c f22f7ca8 | 3 | 0 | 1 |
| 5 9 5 | 0xe16d...853d | 0xe16d3664b313bd5 fb8d911b467047e3c b4ed853d | 3 | 7 | 1 |
| 5 9 6 | Evan Van Ness | 0xe2f35b376461e7f dd2f2e45248e4c3cd 9626a933 | 3 | 7 | 0 |
| 5 9 7 | 0xe53b...7bfa | 0xe53b291412083d8 5dcfa44e42abe5ec1 0bbc7bfa | 3 | 2 | 1 |
| 5 9 8 | Sillytuna | 0xec7641e298af02c 19171451381c57032 7389b0c2 | 3 | 2 | 1 |
| 5 9 9 | 0xed55...7d68 | 0xed557994671ddda 053a582e73f2e8aa3 2bde7d68 | 3 | 4 | 0 |
| 6 0 0 | 0xed83...e3d3 | 0xed83a6d734627d1 229e08db5e7b8c068 7d2ae3d3 | 3 | 4 | 0 |
| 6 0 1 | 0xee6c...b539 | 0xee6ce216cee9744 bdc64cfb1c901d923 d703b539 | 3 | 0 | 1 |
| 6 0 2 | 0xeee8...1480 | 0xeee847b5e3a0a9f 96a136fce48002eec 996e1480 | 3 | 0 | 1 |
| 6 0 | 0xef19...58f8 | 0xef191aeb45a0d6f 393d4a502f0415283 | 3 | 2 | 1 |

PLAINTIFF0003450

53/86

| 0 3 | 0xe119...J018 | 555b4a552151512b5 6d5758f8 | 2 | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 6 0 4 | 0xf026...c95f | 0xf026941540e63e3 d5d614d1aaae5119d a96cc95f | 3 | 1 | 0 |
| 6 0 5 | 0xf0d6...c09b | 0xf0d6999725115e3 ead3d927eb3329d63 afaec09b | 3 | 1 | 2 |
| 6 0 6 | 0xf0f3...8374 | 0xf0f32c3c8def7b4 3caa14fed5752abc5 381c8374 | 3 | 0 | 1 |
| 6 0 7 | 0xf1b3...292c | 0xf1b3a985e3ac73d c81f8fcd419c4dda2 47d2292c | 3 | 2 | 2 |
| 6 0 8 | 0xf305...58f6 | 0xf305f90b19cf66f c2d038f92a26440b6 6cf858f6 | 3 | 2 | 0 |
| 6 0 9 | Zer0dot | 0xf4f56fa0d045ae0 e6ba8f82e2c32887f e0b152ea | 3 | 3 | 0 |
| 6 1 0 | ~ | 0xf62af1ae0aa967e e61d36f26dae2a79f 0de929d4 | 3 | 0 | 3 |
| 6 1 1 | VeryCB | 0xfac422aa3bccc18 390612fe46a84d741 17c87e3e | 3 | 0 | 1 |
| 6 1 2 | 0xfad9...9475 | 0xfad973f9d1170f6 1978e6fa495a93ce7 b7c09475 | 3 | 1 | 0 |
| 6 1 3 | 0xfb5a...0f3d | 0xfb5a2da7c365bfd d817bcc29a49c97b8 0e450f3d | 3 | 2 | 0 |
| 6 1 4 | 0xfdc6...6ea3 | 0xfdc6a1791711549 8a3ed417d4a892246 85f26ea3 | 3 | 13 | 1 |

PLAINTIFF0003451



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 6 1 | 0xfe69...4db3 | 0xfe69fb531698b53 4a2bc895940c5d378 | 3 | 0 | 1 |
| 5 | | 76b04db3 | | | |
| 6 1 6 | 0x01e6...d5f5 | 0x01e6fd0ae73d919 4b19f9b3760655779 27a0d5f5 | 2 | 6 | 0 |
| 6 1 7 | 0x0220...4665 | 0x02206509a713e00 3bd099fd12a2edfef 9af84665 | 2 | 2 | 0 |
| 6 1 8 | 0x02d9...0be1 | 0x02d9cc72bc796d2 128e58c04b6e50a4e 101c0be1 | 2 | 0 | 1 |
| 6 1 9 | 0x033c...ec70 | 0x033cfef80385227 1fd49d5ad9a051ef5 d979ec70 | 2 | 10 | 0 |
| 6 2 0 | 0x08c9...9867 | 0x08c91b9d1927c23 c000b47441c656ed8 eb6c9867 | 2 | 2 | 0 |
| 6 2 1 | 0x09a1...3abb | 0x09a1a849974d021 a0f74366e5020884f f73e3abb | 2 | 2 | 0 |
| 6 2 2 | Nick Place | 0x0a0b5fe27b2f4be 657ee91c48af4ceea e097706e | 2 | 16 | 6 |
| 6 2 3 | 0x0b6b...d365 | 0x0b6bf854cb7c816 518a96317893e43ab 219bd365 | 2 | 2 | 0 |
| 6 2 4 | 0x0e15...364a | 0x0e15a38ddffd01a f86601f6fad2d0417 fd4f364a | 2 | 0 | 1 |
| 6 2 5 | 0x0eee...85e6 | 0x0eeeff44e8f65db 5cc841e3a3d591499 b74f85e6 | 2 | 2 | 0 |
| 6 2 | 0x0f5b...fc52 | 0x0f5bd2404ebb704 19462c22caab962cd | 2 | 1 | 1 |

PLAINTIFF0003452

| 2 6 | 0x015b...1c52 | 1040e22e2acb002ed 285bfc52 | 1 | 1 |
|---|---|---|---|---|



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 6 2 7 | 0x10d2...cc98 | 0x10d2ed17408a508 bc1693d1fb7f3b989 9a96cc98 | 2 | 2 | 0 |
| 6 2 8 | 0x14e4...5c82 | 0x14e495f1c792185 c4491b2317a02f3c3 c6775c82 | 2 | 3 | 0 |
| 6 2 9 | 0x15bd...0152 | 0x15bdd87fe60e212 c150d18d205766bda 86350152 | 2 | 0 | 1 |
| 6 3 0 | 0x15d2...b80b | 0x15d2c48f4552a6c 9519cc89c49e661e1 ed30b80b | 2 | 2 | 0 |
| 6 3 1 | Affax | 0x175023d52584a5e 29e6c33e885928513 59941508 | 2 | 0 | 2 |
| 6 3 2 | 0x182d...d24b | 0x182d4b08462cd5b 79080d77c2b149f04 d330d24b | 2 | 0 | 1 |
| 6 3 3 | Obeeus | 0x19221de454ca78e 846f0aee7273f20c0 2b9065c4 | 2 | 2 | 0 |
| 6 3 4 | 0x194f...ebcc | 0x194f0fe6d4dfbf1 98868b1b507cd7412 2fbfebcc | 2 | 0 | 1 |
| 6 3 5 | 0x19a3...1127 | 0x19a3de16ba962e8 5c8526ed43f483db8 fd581127 | 2 | 0 | 1 |
| 6 3 6 | 0x19fb...4d4f | 0x19fbad9480aaf44 9aea5343b5bbca864 a3124d4f | 2 | 1 | 0 |
| 6 3 7 | 0x1a78...c157 | 0x1a78a8cd7498535 745dd9730f8029189 815bc157 | 2 | 0 | 1 |

PLAINTIFF0003453



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 6 3 | Eva Beylin | 0x1b037167c4b0584 ca5ef6534648c38f4 | 2 | 0 | 2 |
| 8 | | 96757fa5 | | | |
| 6 3 9 | 0x1be1...1918 | 0x1be178db4f24bce 596055a02fd27b611 9c7b1918 | 2 | 0 | 1 |
| 6 4 0 | 0x1efe...100e | 0x1efed205caede27 da1135cd37a419286 1a51100e | 2 | 8 | 1 |
| 6 4 1 | 0x1f13...4ac0 | 0x1f134294dee0055 da2a9914f73d2a7a5 9d374ac0 | 2 | 0 | 1 |
| 6 4 2 | 0x2079...d6ce | 0x2079c29be9c8095 042edb95f293b5b51 0203d6ce | 2 | 1 | 0 |
| 6 4 3 | 0x2390...013c | 0x2390e5658cdc602 b7655307882371c86 7be5013c | 2 | 0 | 2 |
| 6 4 4 | 0x23ab...ccc9 | 0x23abad8c65a9a93 abcc343892aaf3d6e 88b5ccc9 | 2 | 2 | 0 |
| 6 4 5 | Hope Cooper | 0x2401050448b4834 6042b3cd5bb95cfb9 c9e2e9ad | 2 | 0 | 1 |
| 6 4 6 | 0x244f...4011 | 0x244fe02fbcf4db4 ad96063b161f00e44 4fc54011 | 2 | 2 | 0 |
| 6 4 7 | 0x25db...1806 | 0x25db6e7a8e95e32 8c944ff3412dbb98c c7a91806 | 2 | 0 | 1 |
| 6 4 8 | 0x27c2...cb8c | 0x27c27151f9bc633 0b767bab8dcada11a 253ccb8c | 2 | 0 | 1 |
| 6 4 | 0x2880...2b11 | 0x288025c2f4edba0 f4c52f7d1ad7b2433 | 2 | 0 | 1 |

PLAINTIFF0003454



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 649 | 0x2660...2b11 | 14c521701au7b2453 7f702b11 | 6 | 6 | 1 |
| 650 | 0x29fa...0380 | 0x29faceec357d974 7fdc9099083320078 68cb0380 | 2 | 2 | 0 |
| 651 | 0x2c0d...052e | 0x2c0d351e5b58722 676da689a4c2b7cfe 68a6052e | 2 | 2 | 1 |
| 652 | 0x2c12...a2a2 | 0x2c126102ccaaeab 366f1ed478dee7ea9 6e59a2a2 | 2 | 0 | 1 |
| 653 | Dummybot | 0x2d19ca3ca720a80 d8d5ff4b28c674d8d 76dd24e1 | 2 | 2 | 0 |
| 654 | Aksel#1641 | 0x2d3142ba309c489 737499826b09acefd 6d8000a5 | 2 | 0 | 1 |
| 655 | 0x2eb5...35f9 | 0x2eb5e41673506c9 acfc94b665bd0ca5b 5f7335f9 | 2 | 2 | 0 |
| 656 | 0x338a...175d | 0x338ad53f251a7a9 a1e4644f91802edbd 0683175d | 2 | 10 | 0 |
| 657 | 0x33f1...a12c | 0x33f19221618359f dbd68245220b1e6d0 7d2da12c | 2 | 1 | 0 |
| 658 | 0x370d...59f3 | 0x370de8e14fd6f05 4b17220a3882bef29 60a159f3 | 2 | 0 | 2 |
| 659 | Kate Beecroft | 0x379383e2d3ab8ce 362cffbdd6f13d812 13475786 | 2 | 115 | 1 |
| 660 | 0x37b3...e3c6 | 0x37b376924ffcce0 b3e74004000ead546 e299e3c6 | 2 | 1 | 1 |

PLAINTIFF0003455



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 6 6 | 0x3945...b21e | 0x3945476e477de76 d53b4833a46c806ef | 2 | 2 | 0 |
| # | Name | Address | DAOs | Votes | Proposals |
| 1 | | 3d72b21e | | | |
| 6 6 2 | 0x3b5e...75e6 | 0x3b5e33914100a2a a5543fd03aec6b938 feba75e6 | 2 | 0 | 1 |
| 6 6 3 | IOSG Ventures | 0x3c59e625728e6b7 f68544d00183af39d 3d1f0c6e | 2 | 1 | 3 |
| 6 6 4 | 0x3c87...4111 | 0x3c87b4c34abdb61 5bd405458982e1a20 76d24111 | 2 | 10 | 2 |
| 6 6 5 | 0x3da7...28ea | 0x3da7a9e0492e90a a926d8645d5dadfeb 59cc28ea | 2 | 0 | 1 |
| 6 6 6 | 0x410d...462c | 0x410dcf5bc94a68c 8de5ae99c18a89a3a 8946462c | 2 | 0 | 3 |
| 6 6 7 | 0x4272...084f | 0x427222582af1997 52e22c973d1d194c8 2e02084f | 2 | 3 | 0 |
| 6 6 8 | kyoma | 0x428700e86c104f4 ee8139a69ecdca09e 843f6297 | 2 | 0 | 1 |
| 6 6 9 | 0x42af...ec70 | 0x42afe93a50c9fba 4bf55de264da7bfac dbd2ec70 | 2 | 2 | 0 |
| 6 7 0 | 0x4306...bba9 | 0x4306893ff117482 54489465650e09ff4 b555bba9 | 2 | 2 | 0 |
| 6 7 1 | markscs | 0x4335793db316340 f9fa92cd69e903452 a4590006 | 2 | 0 | 1 |
| 6 7 | 0x448e...5318 | 0x448e871a9911ab6 d67350e957d7a8d50 | 2 | 0 | 1 |

PLAINTIFF0003456



| 7 2 | 0x448e...5518 | a07556c5747e0a56 df2c5318 | 2 | 0 | 1 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 6 7 3 | tturbulence | 0x45055661d18ab27 59b6df86415a7e2f9 82f0ca19 | 2 | 0 | 1 |
| 6 7 4 | Wikiblockchaingroup | 0x451248229712d6f 207ff9466d8d3a33c b59d103c | 2 | 0 | 1 |
| 6 7 5 | 0x4560...795b | 0x4560a9f2fd9253e b7017258c5a347bcc 21dd795b | 2 | 1 | 0 |
| 6 7 6 | 0x47d6...b853 | 0x47d6f96ba098816 389db7c87cbf077de 7181b853 | 2 | 2 | 0 |
| 6 7 7 | 0x489e...7ce9 | 0x489e0a2582abdb4 e97c70f4a0012676f 6d977ce9 | 2 | 2 | 0 |
| 6 7 8 | 0x49c2...92b2 | 0x49c233d25768e46 2f0474390f653baf4 0dd592b2 | 2 | 0 | 1 |
| 6 7 9 | James Eddington | 0x49c97bbe8b5f771 7e3ac6514a555f82c f7bffc56 | 2 | 3 | 0 |
| 6 8 0 | 0x4ac0...4341 | 0x4ac006ecc51ff15 054a0cc21d715f80c fa8d4341 | 2 | 2 | 0 |
| 6 8 1 | Jamie Pitts | 0x4cb2ccbf80ddf2c 12f8199b75c849cfa 658ba9b5 | 2 | 4 | 1 |
| 6 8 2 | 0x4d64...3d1c | 0x4d64152d23260f3 99af956c6a777740c fc263d1c | 2 | 2 | 0 |
| 6 8 3 | 0x4e1a...9d13 | 0x4e1acbb9fd16bf4 27ad02ace5e603b99 12289d13 | 2 | 2 | 0 |

PLAINTIFF0003457



| 6 8 | 0x5064...96d3 | 0x5064aad7d0b8511 ec4c87925cab7b651 | 2 | 15 | 2 |
|---|---|---|---|---|---|
| # | Name | Address | DA Os | Vo te s | Prop osal s |
| 4 | | 47b096d3 | | | |
| 6 8 5 | Andrew G | 0x50c87176bcd227a b083a6b4cf2038b0d 5081ffe5 | 2 | 0 | 1 |
| 6 8 6 | Victor | 0x52af239d8169314 c6c1ff51539158e55 b65a1a99 | 2 | 0 | 4 |
| 6 8 7 | 0x52ee...0ef1 | 0x52eebd82826a7b5 30839424ceab6ca36 43eb0ef1 | 2 | 32 | 0 |
| 6 8 8 | 0x5440...6ce2 | 0x544053def7421d9 05f07f3859cc011e4 b78b6ce2 | 2 | 0 | 1 |
| 6 8 9 | 0x563d...23d0 | 0x563d132c12c4b77 8b7669e1432e81254 8bf023d0 | 2 | 2 | 0 |
| 6 9 0 | 0x577b...b1cc | 0x577be3ed9a71e1c 355f519bbdf5f09ba 2018b1cc | 2 | 0 | 1 |
| 6 9 1 | 0x5917...29b3 | 0x59171b87817c5f0 7157066bd5284707a 711229b3 | 2 | 9 | 2 |
| 6 9 2 | 0x5b85...0a14 | 0x5b85988f0032ee8 18f911ec969dd9c64 9caa0a14 | 2 | 0 | 1 |
| 6 9 3 | 0x5b9d...c9eb | 0x5b9de7c6b24f1ba f04b3bdde9f656f55 50f6c9eb | 2 | 3 | 0 |
| 6 9 4 | 0x5c0d...359f | 0x5c0dc6a61763b9b e2be0984e36ab7f64 5c80359f | 2 | 2 | 0 |
| 6 9 | 0x5ce5...344c | 0x5ce583b0431794f 65aa07fbd6fffacf2 | 2 | 1 | 0 |

PLAINTIFF0003458

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 695 | 0x9cc9...944c | 09ee9/1bud/1 1dct2 adad344c | | 1 | 0 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 696 | 0x5da5...2ede | 0x5da5f4c020f856abdb168fd35c957d6006ba2ede | 2 | 2 | 0 |
| 697 | 0x5f3b...b19b | 0x5f3bce4b242d00ed748d48172c1f2d47a0bcb19b | 2 | 2 | 0 |
| 698 | Reneil.eth | 0x614a61a3b7f2fd8750acaad63b2a0cfe8b8524f1 | 2 | 3 | 0 |
| 699 | cbrzn | 0x61ffe691821291d02e9ba5d33098adcee71a3a17 | 2 | 47 | 3 |
| 700 | 0x6360...dc0f | 0x6360ea0e3af36b7b51cf7e4f810370dd5a8cdc0f | 2 | 2 | 0 |
| 701 | 0x6381...6d67 | 0x638106098f46f8eded646e86bb288c7d19cd6d67 | 2 | 0 | 2 |
| 702 | 0x63c9...995e | 0x63c9a867d704df159bbbb88eeee1609196b1995e | 2 | 2 | 0 |
| 703 | 0x63ce...ae22 | 0x63cead176085285a17322f81a5c64037d0feae22 | 2 | 2 | 2 |
| 704 | 0x648a...0437 | 0x648ad6f58367b42ba3efab45b220528e4f180437 | 2 | 0 | 1 |
| 705 | 0x64b7...cb66 | 0x64b7fcc8c17540139bdd84d00c7261035602cb66 | 2 | 1 | 0 |
| 706 | 0x6519...f34a | 0x6519e6117480d140cd7d33163ac30fd01812f34a | 2 | 2 | 0 |

PLAINTIFF0003459



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 70 | Paul Cowgill | 0x662127bf82b794a26b7ddb6b495f6a5a | 2 | 0 | 1 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 7 | | 20b81738 | | | |
| 708 | 0x6767...cc80 | 0x6767a7296ea3bde8c01a1678e0ba3beb2917cc80 | 2 | 0 | 1 |
| 709 | 0x6792...6bfe | 0x67922a956142354a8a9ccfd67ad80d6c637c26bfe | 2 | 3 | 0 |
| 710 | 0x679a...eaf9 | 0x679a5f7626d27d140a273759c4ebc13b6719eaf9 | 2 | 2 | 0 |
| 711 | 0x67d8...47cb | 0x67d8c8b467081de46241ec17b7e3b9f64c4147cb | 2 | 0 | 1 |
| 712 | 0x6871...6291 | 0x6871f7d6509e74120e147172e392675dd6f76291 | 2 | 2 | 0 |
| 713 | 0x6af8...c998 | 0x6af855deb29e3bddfd8434369a78521102c1c998 | 2 | 0 | 1 |
| 714 | 0x6bce...fcb1 | 0x6bce4f3ad3a9b9e98982e94da3352c94d06dfcb1 | 2 | 0 | 1 |
| 715 | 0x6dba...9c5b | 0x6dba7f95386e4129f92b59482fa356bc74f29c5b | 2 | 2 | 0 |
| 716 | 0x6e44...85bf | 0x6e4412105de91f33fbea0719766e1ea9121685bf | 2 | 0 | 1 |
| 717 | 0x6f64...45f9 | 0x6f6456e4ed4f997896ca7c8d53d945d654ba45f9 | 2 | 0 | 1 |
| 71 | NelloN | 0x7274d07b7c7a7f8b2o046a030a5o83o5 | 2 | 1 | 0 |

PLAINTIFF0003460



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 718 | Neilen | b3e04dab3da3e03e3 95badf94 | | 1 | 0 |
| 719 | 0x73e9...be4e | 0x73e9aeeef2d4455 324661009ed256148 9986be4e | 2 | 1 | 0 |
| 720 | 0x7414...f801 | 0x7414df7948e17c3 7e588e5ac8e43195c bb2af801 | 2 | 0 | 1 |
| 721 | 0x76e0...9df4 | 0x76e059c6ff6bf9f ffd5f33afdf4ab2fd 511c9df4 | 2 | 3 | 0 |
| 722 | 0x7804...fe3f | 0x780432eabda6f7d b5742149d3915605f 9049fe3f | 2 | 2 | 0 |
| 723 | 0x787b...9593 | 0x787b4b7ffef8edd ad54f311039acf4c3 6fec9593 | 2 | 3 | 0 |
| 724 | 0x79b6...0ce5 | 0x79b63d1077c2f12 015397a0922e516c1 f68c0ce5 | 2 | 2 | 0 |
| 725 | 0x79d3...1c30 | 0x79d3544bbe7821f 2be4bd745d3df1f14 ed211c30 | 2 | 24 | 3 |
| 726 | 0x7a97...e59c | 0x7a97484f57d98a6 2b0195d79b9600624 744de59c | 2 | 2 | 0 |
| 727 | 0x7ac5...53fe | 0x7ac5d00bd439ef2 70d68063d3cc14096 64c953fe | 2 | 2 | 0 |
| 728 | Martin Köppelmann | 0x7b2e78d4dfaaba0 45a167a70da285e30 e8fca196 | 2 | 5 | 0 |
| 729 | rabbiffly | 0x7b71afb18c297ae e9fe0f0af06cff28e 3227b13e | 2 | 3 | 0 |

PLAINTIFF0003461



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 7 3 | 0x7b99...71d9 | 0x7b99c763b7b70b0 5a47db32e78847c39 | 2 | 1 | 0 |
| 0 | | 99f671d9 | | | |
| 7 3 1 | 0x7bf8...5b4c | 0x7bf8bdd5b8e2e45 9e44ecb2492c4f8a9 714e5b4c | 2 | 0 | 1 |
| 7 3 2 | 0x7c44...a16b | 0x7c4401ae98f12ef 6de39ae24cf9fc51f 80eba16b | 2 | 12 | 11 |
| 7 3 3 | 0x7dfb...81a4 | 0x7dfb612c4227a7f 252e1631340416fab 0f9081a4 | 2 | 0 | 1 |
| 7 3 4 | 0x7e2f...486e | 0x7e2f6e2f86089ae 708425bca2e7bf43a d5ca486e | 2 | 0 | 1 |
| 7 3 5 | 0x7e47...b9db | 0x7e4724c60718a9f 87ce51bcf8812bf90 d0b7b9db | 2 | 3 | 0 |
| 7 3 6 | blackpaopao | 0x7f86c79c1d458b0 3c14e5a6c65810028 3a1c3cc1 | 2 | 0 | 1 |
| 7 3 7 | 0x7f95...d631 | 0x7f95806c66ff603 c98e4cb460cf1f8f3 6267d631 | 2 | 2 | 0 |
| 7 3 8 | 0x7fcf...98da | 0x7fcfeb41316c67c a985c652e63936776 2d5e98da | 2 | 0 | 1 |
| 7 3 9 | 0x8078...6b43 | 0x807832994ba40fd 9e5a6179396b8ec1e 766a6b43 | 2 | 0 | 1 |
| 7 4 0 | 0x8139...0bdf | 0x81397dbe05e0df8 39f16d9c52869f70a 69f00bdf | 2 | 2 | 0 |
| 7 4 | 0x82d7...1a1b | 0x82d751c236cb6c6 82a5419kof6fc0102 | 2 | 0 | 1 |

PLAINTIFF0003462



| 4 1 | 0x82d7...1a1b | 82a9+19befbfcbf62 1a101a1b | | | |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 742 | 0x8559...483c | 0x85591bfabb18be0 44fa98d72f7093469 c588483c | 2 | 0 | 1 |
| 743 | TBURD | 0x86aecfc1e397310 8ce14b9b741a99d34 66127170 | 2 | 3 | 0 |
| 744 | 0x87bd...0b7c | 0x87bdb9565389c55 3e29f7400a6468556 78ea0b7c | 2 | 2 | 0 |
| 745 | 0x8820...52b6 | 0x8820768caedc113 ba97dd749d948ad0f d91c52b6 | 2 | 0 | 2 |
| 746 | 0x8886...b50f | 0x8886dca35291f05 ed5d8e21f083998ea 8dceb50f | 2 | 2 | 0 |
| 747 | 0x8a04...7a76 | 0x8a0454b05a952c5 72619935ed46b6d8d 0aa97a76 | 2 | 2 | 0 |
| 748 | 0x8aff...6ed1 | 0x8aff9486401c2c9 916cf8a105a1d66be 8d2d6ed1 | 2 | 2 | 0 |
| 749 | 0x8b28...23c9 | 0x8b2856fbd13d98b 30c7bd47114284dff b7d223c9 | 2 | 2 | 0 |
| 750 | 0x8c1d...4f32 | 0x8c1d452c33706eb ead3308400edd4e6a 23cd4f32 | 2 | 0 | 2 |
| 751 | 0x8db0...dbdd | 0x8db0401f6de4add be50ede7b1460852a e837dbdd | 2 | 17 | 0 |
| 752 | 0x8df1...ba25 | 0x8df168a41c3a3c6 be0e9208d5027ea80 f2c5ba25 | 2 | 0 | 2 |

PLAINTIFF0003463



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 7 5 | | 0x911a...300d | 0x911a6d66a2a60ce afb894cedf60cd000 | 2 | 0 | 1 |
| # | Name | Address | DAOs | Votes | Proposals |
| 3 | | 42f6300d | | | |
| 7 5 4 | WojTech Ant | 0x92f93fadcacb86f 6bd163a87a0944341 b838cc62 | 2 | 2 | 0 |
| 7 5 5 | 0x9327...37e7 | 0x9327775e225a703 125167eb423d24691 5bdc37e7 | 2 | 2 | 0 |
| 7 5 6 | 0x93fc...1fd7 | 0x93fc1f35f53a955 3534979233caf2732 14c51fd7 | 2 | 2 | 0 |
| 7 5 7 | 0x9533...688f | 0x9533158bb9b0abb 178a9dc7f6f0168e8 4126688f | 2 | 2 | 0 |
| 7 5 8 | 0x95ed...6eec | 0x95ed1d0fbde355d ebd390967e28b30dc f8396eec | 2 | 2 | 0 |
| 7 5 9 | 0x97ca...adb2 | 0x97cae5ece4e6bfe 724fd1dacc91b7cd4 ad7aadb2 | 2 | 1 | 0 |
| 7 6 0 | 0x98b9...4a67 | 0x98b9a5e8a154d5c 135749e97660adc7a aafb4a67 | 2 | 1 | 0 |
| 7 6 1 | 0x9939...ffd4 | 0x99394b41dc263d7 c85ad09e44c51e0e7 2ac1ffd4 | 2 | 0 | 2 |
| 7 6 2 | 0x995f...e827 | 0x995f151ab274edc 9bda8662a48fae1d5 05c2e827 | 2 | 0 | 1 |
| 7 6 3 | 0x99ee...abc4 | 0x99eeea521af1990 9d548ba2504e30fd2 8e31abc4 | 2 | 0 | 1 |
| 7 6 | 0x9a11...0ac1 | 0x9a11d1d90afb58a 22c566ce63f5b3a75 | 2 | 0 | 1 |

PLAINTIFF0003464



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 765 | Isaac | 0xa0b28a5d949a340730b71f5090a711a9eb96cc4e | 2 | 5 | 4 |
| 766 | 0xa146...6a57 | 0xa1468aeab2729bdcfdbddce5ce7db97761976a57 | 2 | 0 | 1 |
| 767 | 0xa22b...ea2c | 0xa22b52c5b28b4797ce6b46c6346b6bbe0400ea2c | 2 | 0 | 1 |
| 768 | 0xa245...d1fc | 0xa245fcb24ddf8a0dd231125c35093a3d1c91d1fc | 2 | 1 | 0 |
| 769 | 0xa516...70c8 | 0xa516765f67619e316c5d4ab001a71f1ca14c70c8 | 2 | 0 | 1 |
| 770 | CBobRobison | 0xa64fc17b157aaa50ac9a8341bab72d4647d0f1a7 | 2 | 0 | 2 |
| 771 | 0xa672...4430 | 0xa67249226f2dd366ededc87530220f406b044430 | 2 | 0 | 1 |
| 772 | 0xa698...7198 | 0xa698cade532bf7491f0f887284f8e10e2de97198 | 2 | 1 | 0 |
| 773 | 0xa6bb...d108 | 0xa6bb360dd166d87609895cfba3ae60b30fc8d108 | 2 | 2 | 0 |
| 774 | 0xa8de...eb28 | 0xa8defb2e1fe760f02f39e3d07a2ba0605fd8eb28 | 2 | 2 | 0 |
| 775 | 0xa914...5562 | 0xa914c3f59abc6deae86e39d2ae538c2ffbe95562 | 2 | 0 | 1 |

PLAINTIFF0003465



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 7 7 | 0xa93c...2712 | 0xa93c50f5b351d5c 961fc7b147a01f806 | 2 | 2 | 0 |
| 6 | | 8b272712 | | | |
| 7 7 7 | 0xa9da...1f10 | 0xa9da2e4b36d75d3 aee8630c6acd09fd5 67091f10 | 2 | 0 | 1 |
| 7 7 8 | 0xab52...e8c8 | 0xab5280bef649876 1e9f65193425f2645 ebb7e8c8 | 2 | 4 | 1 |
| 7 7 9 | RUDE_ | 0xab59cab2c04a759 a47c25aea3d22921c c29885dd | 2 | 22 | 0 |
| 7 8 0 | Jerome de Tychey | 0xac9ba72fb61aa7c 31a95df0a8b6eba6f 41ef875e | 2 | 4 | 0 |
| 7 8 1 | 0xad28...5bc0 | 0xad2844acbe8cbde 5ea1eba469db63320 19e95bc0 | 2 | 2 | 0 |
| 7 8 2 | 0xad60...aad6 | 0xad6034c14553068 2ed7643478b6678e2 e2bbaad6 | 2 | 2 | 0 |
| 7 8 3 | LiveTheLifeTV | 0xae91cb00c413a8d 6089ba0bc8bf66fba 47a912ea | 2 | 0 | 1 |
| 7 8 4 | 0xaf4a...8950 | 0xaf4a1fee4599a76 cda1c2b2055eba392 35708950 | 2 | 0 | 1 |
| 7 8 5 | 0xb02d...20dd | 0xb02dc63b4e234e1 abc36ead88df610d6 7f4920dd | 2 | 2 | 0 |
| 7 8 6 | 0xb2c9...460d | 0xb2c980a75f76c66 4b00b18647bbad08e 3df0460d | 2 | 2 | 0 |
| 7 8 | Kinshasa | 0xb2f4b16595e02a9 721f07e2e39fb5bbb | 2 | 6 | 2 |

PLAINTIFF0003466

| 8 7 | Kinchasa | 721197e3e3b1b3bbb f73f5f54 | | 0 | 2 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 7 8 8 | DAOrecords | 0xb30db235c948987 487f9b2e67d65530c 71fcdfdd | 2 | 0 | 1 |
| 7 8 9 | 0xb30f...e26d | 0xb30f61798db19c4 04cf5723a24b92fa9 c7c1e26d | 2 | 0 | 1 |
| 7 9 0 | 0xb435...7e81 | 0xb435871b0959561 226b4d903b1abf795 28177e81 | 2 | 2 | 5 |
| 7 9 1 | Paula Simelionyte Simelionyte | 0xb4677cd3bc2b335 9319845b3b973d05a 9d110c86 | 2 | 3 | 0 |
| 7 9 2 | Poopoo.eth | 0xb5a7e5d70ee25cc 4d22e3714c9057393 f21241e4 | 2 | 2 | 1 |
| 7 9 3 | 0xb5b0...a1c3 | 0xb5b07ab0cd4b0b9 957b566a0d22eb291 b56fa1c3 | 2 | 1 | 0 |
| 7 9 4 | 0xb69c...18eb | 0xb69c2b724d774ba 45295aa1bed29a976 150218eb | 2 | 0 | 1 |
| 7 9 5 | 0xb850...fb7f | 0xb85065e079a5541 edbe425f54d9f982b e1c5fb7f | 2 | 1 | 1 |
| 7 9 6 | 0xb864...2750 | 0xb864abf9fc4d89f f8fa4b3a977351684 30f12750 | 2 | 0 | 1 |
| 7 9 7 | Max Semenchuk | 0xb950e0e10854674 3af96eb493d4ff2ab c63816db | 2 | 7 | 0 |
| 7 9 8 | 0xba36...fb9a | 0xba363b223e2d2b1 b2a9017bac58a0a2b 8137fb9a | 2 | 2 | 0 |

PLAINTIFF0003467



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 79 | 0xbd12...0e2c | 0xbd1293983cbdc18 9f986bafda8cbf9f3 | 2 | 0 | 1 |
| # | Name | Address | DAOs | Votes | Proposals |
| 9 | | 7fb30e2c | | | |
| 800 | 0xbd81...8edd | 0xbd810c549c287c7 59ff9044efeb1712b c1a58edd | 2 | 3 | 1 |
| 801 | 0xbeeb...c72a | 0xbeeb66591fc6621 0672880da41a481bf 9fcfc72a | 2 | 0 | 1 |
| 802 | 0xc117...e974 | 0xc1178d5bada4481 26a5054eaf4e7c2f3 fca5e974 | 2 | 2 | 0 |
| 803 | 0xc201...3193 | 0xc20122e283e1ffe b56ff6d77e739637d 5eb03193 | 2 | 1 | 0 |
| 804 | Coderdan | 0xc3c2e1cf099bc6e 1fa94ce358562bcbd 5cc59fe5 | 2 | 1 | 1 |
| 805 | 0xc494...2a65 | 0xc494a87a34f90c6 cbf423776fda3c072 edb42a65 | 2 | 0 | 1 |
| 806 | 0xc4ea...c340 | 0xc4ea7bbc6b18608 9ae4b90e282dec17e e08bc340 | 2 | 3 | 0 |
| 807 | 0xc59e...e242 | 0xc59eade1be99e86 60eb428e49c2bfb01 30b3e242 | 2 | 0 | 2 |
| 808 | 0xc659...2710 | 0xc659284cd530f1d f076b38a469c4207d 731a2710 | 2 | 2 | 0 |
| 809 | 0xc785...86f8 | 0xc785365dcce43c6 fcc3912f3c1bd4eda aa3986f8 | 2 | 0 | 7 |
| 81 | 0xc7bf...c2ff | 0xc7bfd896cc6a8bf 1d00486dd00f50060 | 2 | 0 | 1 |

PLAINTIFF0003468

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0xc7b1...c2ff | 1db9780dd001 55005 1b20c2ff | 6 | 0 | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 8 1 1 | 0xca21...5798 | 0xca214150c6df884 8b2488f33f2c35f24 17265798 | 2 | 0 | 1 |
| 8 1 2 | 0xcdc7...c29b | 0xcdc7ba99391f3be 7e5dc0e49cc8361b5 37cfc29b | 2 | 0 | 1 |
| 8 1 3 | 0xce93...e5a2 | 0xce9332f4d44e9ef ccc64f88c9bd23e28 8c0ae5a2 | 2 | 2 | 0 |
| 8 1 4 | 0xd03f...0a6a | 0xd03f3e6c1b7272a a1f2336c1856a74d7 59fd0a6a | 2 | 0 | 1 |
| 8 1 5 | 0xd2e8...ca41 | 0xd2e8827d4b1c44f 64d1fa01bfbc14dc8 545eca41 | 2 | 0 | 1 |
| 8 1 6 | 0xd3cc...bc3e | 0xd3cc03c1d1e9d46 f28aebc4ba26c5990 c7ffbc3e | 2 | 1 | 2 |
| 8 1 7 | xyz | 0xd425333dd22b049 f143522e519a06462 c633f37a | 2 | 25 | 2 |
| 8 1 8 | 0xd441...941b | 0xd441b7e82e11d66 b981f879fb1d47208 76ec941b | 2 | 3 | 0 |
| 8 1 9 | 0xd63d...82b1 | 0xd63d28282eeeace 4d4d2c67ebb798f3a 2ca782b1 | 2 | 0 | 1 |
| 8 2 0 | CybercoMs.eth | 0xd693340a27908fc 73c14739cf36ed254 1446275d | 2 | 0 | 4 |
| 8 2 1 | 0xd6cb...0b2d | 0xd6cb09384c7e276 8f04fd043541aada4 41cf0b2d | 2 | 5 | 0 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 2 | 0xd72b...7a86 | 0xd72b0b5f4005f42 1f3c70cbf02e2f0aa | 2 | 1 | 0 |
| 2 | | 3b497a86 | | | |
| 8 2 3 | 0xd8b6...7e9f | 0xd8b62078a5b6219 532a9a5f68cdb7cff aad07e9f | 2 | 2 | 0 |
| 8 2 4 | 0xd8f3...f855 | 0xd8f35ef085d202f a7cad0e0c61da737b 60e1f855 | 2 | 1 | 0 |
| 8 2 5 | 0xd926...9343 | 0xd92693c39d3231b 96379b636c3bbc9bb 73969343 | 2 | 2 | 0 |
| 8 2 6 | 0xd965...f056 | 0xd965952823153e5 cbc611be87e8322cf c329f056 | 2 | 2 | 1 |
| 8 2 7 | 0xddf8...47ab | 0xddf86597aff5c82 6643bced8ef0b84b1 0a2847ab | 2 | 2 | 0 |
| 8 2 8 | 0xde30...1609 | 0xde30f5abeb54e98 439769c9475da53e9 bcc21609 | 2 | 1 | 0 |
| 8 2 9 | 0xde70...4c70 | 0xde708decb61d06e e30a95051dd203f43 e0d44c70 | 2 | 2 | 0 |
| 8 3 0 | 0xde9b...6da7 | 0xde9b9a2b33e136a 6fda98005e85585f8 3e536da7 | 2 | 2 | 0 |
| 8 3 1 | 0xe279...4c08 | 0xe27969a2f7ee838 6c6e9a7188a425c41 c2044c08 | 2 | 1 | 1 |
| 8 3 2 | 0xe2dc...9e9e | 0xe2dcc6b25c17238 c63a0faaa992fe949 dc5d9e9e | 2 | 4 | 0 |
| 8 3 | 0xe4b4...9cab | 0xe4b420f15d6d878 ded0df7120ac0fc15 | 2 | 1 | 1 |

PLAINTIFF0003470

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 3 3 | 0xe4b4...9cab | dcd0d1712dac01c13 09ee9cab | 1 | | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 3 4 | LeoLeo | 0xe5818d70a9b5aed 2bfde4e41fbcb07dd 80f8fc84 | 2 | 50 0 | 0 |
| 8 3 5 | 0xe5a7...2a65 | 0xe5a71ec37b87b02 83e4c7191e5e0d9f2 369c2a65 | 2 | 2 | 0 |
| 8 3 6 | 0xe5e9...1c72 | 0xe5e90b93f275fe8 1d10e4a12cc0e3854 d2d21c72 | 2 | 1 | 0 |
| 8 3 7 | 0xe8af...7e02 | 0xe8af12e3c4d34d3 aa27a38258d6ce1b8 03a37e02 | 2 | 44 | 0 |
| 8 3 8 | 0xe99f...4a59 | 0xe99f3ca693c9e96 b01f4158e252a3041 b4d74a59 | 2 | 0 | 1 |
| 8 3 9 | 0xea20...7d94 | 0xea207b9d2430e09 914b2cf46300d386f 55987d94 | 2 | 1 | 1 |
| 8 4 0 | Lasse Clausen | 0xebedc29cb0720c7 42c30d7d727c8faf1 bef23974 | 2 | 1 | 0 |
| 8 4 1 | 0xec33...1786 | 0xec338b7a29fdd50 88c66fb59ef2a4f17 c8d51786 | 2 | 0 | 1 |
| 8 4 2 | 0xece5...766a | 0xece59074f2a4301 85876505716b4ad8b 54b3766a | 2 | 14 | 5 |
| 8 4 3 | 0xed8d...938b | 0xed8db37778804a9 13670d9367aaf4f04 3aad938b | 2 | 1 | 0 |
| 8 4 4 | 0xeda2...3a2d | 0xeda29227543b2bc 0d8e4a5220ef0a348 68033a2d | 2 | 3 | 0 |

PLAINTIFF0003471



| 8 4 | 0xedad...35b8 | 0xedad9aaff893260 5729c0331eb3b84ad | 2 | 0 | 3 |
|---|---|---|---|---|---|
| # | Name | Address | DA Os | Vo te s | Prop osal s |
| 5 | | cc9435b8 | | | |
| 8 4 6 | TheBuddha ΞTH | 0xee03446e9654697 685e82bcafee1e3cb 0aa6f315 | 2 | 1 | 0 |
| 8 4 7 | 0xef8e...2835 | 0xef8e26bcc5f0d49 eabad131974bd2d4e d3782835 | 2 | 0 | 1 |
| 8 4 8 | 0xf05f...17aa | 0xf05f5d4ad1b3fd5 ad57ba5ca386d0db2 e8b317aa | 2 | 4 | 0 |
| 8 4 9 | 0xf0c7...8efc | 0xf0c7ef0861d4f55 368cbb7724ef61aec 198a8efc | 2 | 4 | 1 |
| 8 5 0 | 0xf278...aea9 | 0xf2780e4b58dd801 d57473a8cacd044af 381eaea9 | 2 | 0 | 1 |
| 8 5 1 | 0xf36a...6501 | 0xf36aef7ad514e9b ff30ef24734b4730c ffc76501 | 2 | 15 | 0 |
| 8 5 2 | 0xf50a...7a7d | 0xf50a3cfd68a0000 9623e1767eb696c4c c9347a7d | 2 | 16 | 0 |
| 8 5 3 | 0xf5ba...fa4a | 0xf5ba9563e850e90 5e91f7c9008dbbf89 982cfa4a | 2 | 0 | 1 |
| 8 5 4 | 0xf6c1...e9ae | 0xf6c1add2d4665f6 3907e3c4359edece4 0e6be9ae | 2 | 0 | 1 |
| 8 5 5 | 0xf71e...3deb | 0xf71eb59210eed86 e727d76f434a26942 38213deb | 2 | 0 | 1 |
| 8 5 | 0xf786...6bbc | 0xf786b7677120eff 0952279c6ca0d0a19 | 2 | 1 | 1 |

PLAINTIFF0003472

| 5 6 | 0xf780...0bbe | 9b5227901cce0da15 eec96bbe | 1 | | |



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 5 7 | 0xf843...f80b | 0xf8435d88ed93037 bd1b3a50b666a6fce 323bf80b | 2 | 0 | 1 |
| 8 5 8 | BinaryAssets | 0xf8cd644baf494d1 3406187cf8628754d ca0a10c2 | 2 | 0 | 1 |
| 8 5 9 | Louis | 0xf925fdaea552d36 a5291335941ab7a04 6f960a80 | 2 | 0 | 1 |
| 8 6 0 | 0xf9bf...7ece | 0xf9bfdcaacab5bf9 83c95c9784653c317 538e7ece | 2 | 2 | 0 |
| 8 6 1 | Ezincrypto | 0xfab9a3d37999e12 252b47468d2ffd4be 15936012 | 2 | 2 | 0 |
| 8 6 2 | 0xfaf9...3476 | 0xfaf95953a36ed1e 8f8426ab5b7eb53da 246e3476 | 2 | 0 | 1 |
| 8 6 3 | 0xfc89...4bc8 | 0xfc898b18a70ce49 579f8d79a32e29928 c15b4bc8 | 2 | 16 | 0 |
| 8 6 4 | 0xfe0e...71d0 | 0xfe0e35969f6a770 cc520d8562a4426bb 51cb71d0 | 2 | 19 | 0 |
| 8 6 5 | James Lefrere | 0x021c1a1ce318e7b 4545f6280b2480625 92b71706 | 1 | 17 | 0 |
| 8 6 6 | 0x070f...87be | 0x070f40ccce59a45 85e00227d9c01c705 c6d087be | 1 | 0 | 1 |
| 8 6 7 | 0x0773...6534 | 0x0773cbc2c55cd63 54a61b7bcbca52d9d ccd56534 | 1 | 0 | 1 |

PLAINTIFF0003473



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 6 | 0x085f...6c75 | 0x085f66d0764c632 ce8c1f2a41531909b | 1 | 2 | 0 |
| 8 | | ef106c75 | | | |
| 8 6 9 | 0x0a24...fc09 | 0x0a2492d1b9a80fe 094a011d645666653 f3d3fc09 | 1 | 2 | 0 |
| 8 7 0 | Kirienzo | 0x0a38c3a976b1695 74bd16412b654c1ee 0db92e1b | 1 | 3 | 0 |
| 8 7 1 | 0x0cbd...7caa | 0x0cbdb416c6b72c8 a9ba1688e8960accb 8b007caa | 1 | 2 | 0 |
| 8 7 2 | 0x0d88...46b6 | 0x0d8853b7ffbef32 3489cf8c274988137 4fd246b6 | 1 | 0 | 2 |
| 8 7 3 | 0x0e50...ebf5 | 0x0e5011001cf9c89 b0259bc3b05078506 7495ebf5 | 1 | 0 | 1 |
| 8 7 4 | 0x0f26...e277 | 0x0f26d76e33f1e22 517e2366daa8ad30b d6c1e277 | 1 | 2 | 0 |
| 8 7 5 | 0x109f...6cc6 | 0x109f860cfb26339 e7635e0bd33d24fa4 19566cc6 | 1 | 0 | 1 |
| 8 7 6 | 0x1300...8178 | 0x130093a5aebc07e 78e16f0ecef09d1c4 5afd8178 | 1 | 40 | 0 |
| 8 7 7 | 0x16f0...15be | 0x16f0a28f9a78742 07dde61895bfeac49 a34915be | 1 | 0 | 1 |
| 8 7 8 | 0x1729...47d9 | 0x1729f93e3c3c74b 503b8130516984ced 70bf47d9 | 1 | 0 | 1 |
| 8 7 | 0x1a67...3od0 | 0x1a672568018da2f 20f1f1dbcf5047618 | 1 | 2 | 0 |

PLAINTIFF0003474



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 880 | 0x1dbe...6276 | 0x1dbef87da319863 91e9d16ab9f1793ab 0c9a6276 | 1 | 19 | 1 |
| 881 | 0x1ea4...c902 | 0x1ea456cb5f130d1 7179dc506df8cb0c7 54e9c902 | 1 | 0 | 1 |
| 882 | 0x2051...fcf7 | 0x2051cf81501afc3 620834e8acffe9616 334efcf7 | 1 | 2 | 0 |
| 883 | 0x24f8...9ef3 | 0x24f8ecf02cd9e3b 21ceb16a468096a5f 7f319ef3 | 1 | 3 | 0 |
| 884 | 0x2998...b8c7 | 0x29983374cbb8253 a114df5f38ec3f171 f95bb8c7 | 1 | 6 | 0 |
| 885 | tracheopteryx | 0x29c4dbc1a81d06c 9aa2faed93bb8b4a7 8f3eabdb | 1 | 2 | 2 |
| 886 | 0x2b86...2b64 | 0x2b86f716c8ff9f7 8d44c9593af492f2c abb72b64 | 1 | 0 | 1 |
| 887 | 0x2e40...381b | 0x2e4041504e373d1 e7be79e856a3dd234 3088381b | 1 | 2 | 0 |
| 888 | 0x3466...592a | 0x34665577f1d363d 839b88d24105833ef ed0c592a | 1 | 0 | 1 |
| 889 | 0x35eb...e995 | 0x35eb5365961ca61 4bb9f6362b063d91d c888e995 | 1 | 4 | 0 |
| 890 | 0x36c1...ae42 | 0x36c1f88c4c1b540 a3b5a3f9e8a0cd6f4 f134ae42 | 1 | 3 | 0 |

PLAINTIFF0003475



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 9 | Thomas Spofford | 0x36dbcbb5c90e9b0 0ab658353696610cc | 1 | 17 | 0 |

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 1 | | 5d7b7002 | | | |
| 8 9 2 | 0x3742...92fd | 0x3742f0fd8fce404 11c450e74d270d4d5 faaf92fd | 1 | 2 | 0 |
| 8 9 3 | 0x3c44...6c33 | 0x3c44ccfae554eb4 a15041217203c61bf 068d6c33 | 1 | 11 | 1 |
| 8 9 4 | 0x4126...cb2d | 0x41262188e5a1ba7 f537b449ee584b80d c491cb2d | 1 | 0 | 1 |
| 8 9 5 | 0x44bf...6032 | 0x44bfd564126b694 90184dfe7b8c438d4 ae0f6032 | 1 | 0 | 1 |
| 8 9 6 | 0x4b6d...7da0 | 0x4b6dffa48956105 70330880ce370dd76 4ca67da0 | 1 | 0 | 1 |
| 8 9 7 | 0x4b7b...9a4b | 0x4b7b8d3d9a3b255 009572e788cb053e1 e01d9a4b | 1 | 6 | 0 |
| 8 9 8 | 0x4e32...2045 | 0x4e32ebe322b4743 adc6c27f8b66fcd4d 539f2045 | 1 | 0 | 1 |
| 8 9 9 | 0x500f...4885 | 0x500ff7d07908e7f 8aee9b2669082b47a c6a04885 | 1 | 2 | 0 |
| 9 0 0 | 0x5a65...131d | 0x5a65c5e4289c348 54f07dbb749ec7e89 49a9131d | 1 | 6 | 0 |
| 9 0 1 | Bogdan | 0x5b52ba08252f17a 1560b8f6bdf025518 d18b6a62 | 1 | 0 | 1 |
| 9 0 | 0x5b76...11bc | 0x5b76247e1fa7001 07d3aaf5ad4de09d0 | 1 | 0 | 1 |

PLAINTIFF0003476

| 9 0 2 | 0x9b78...11bc | 07d3ca13ad4de83d0...aca611bc | 8 | | 1 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 9 0 3 | 0x5bb9...7f03 | 0x5bb96c35a68cba0 37d0f261c67477416 db137f03 | 1 | 1 | 0 |
| 9 0 4 | 0x5c5a...0ca2 | 0x5c5a4ae893c4232 a050b01a84e193e10 7dd80ca2 | 1 | 2 | 0 |
| 9 0 5 | 0x636a...c738 | 0x636a1dda5ae24e1 bb6cb472b7f3c98f4 58fec738 | 1 | 0 | 1 |
| 9 0 6 | 0x64fe...a7fa | 0x64fe77c8e9ae865 95e3080cabfe95960 1feda7fa | 1 | 0 | 1 |
| 9 0 7 | Stefano3000 | 0x6502bc1deeb61c1 fce5151e90bcbe51f c75cfb10 | 1 | 0 | 2 |
| 9 0 8 | 0x65c0...0160 | 0x65c084b69b7f21a cefe2c68aa25c67ef d2e10160 | 1 | 2 | 0 |
| 9 0 9 | 0x65dc...59c5 | 0x65dcd62932fef5a f25ada91f0f24658e 94e259c5 | 1 | 7 | 0 |
| 9 1 0 | 0x66cd...f189 | 0x66cdc9c34f5065d e97ee47c5373a2611 d88df189 | 1 | 0 | 1 |
| 9 1 1 | Bowen Feng | 0x675747d3dffd8e0 fec7a56b27723c52a d479f090 | 1 | 0 | 1 |
| 9 1 2 | 0x6782...2b2b | 0x6782d93a2b4c055 8a14213effffa8265 77742b2b | 1 | 85 | 42 |
| 9 1 3 | 0x71f9...fad2 | 0x71f9ccd68bf1f5f 9b571f509e0765a04 ca4ffad2 | 1 | 0 | 1 |

PLAINTIFF0003477



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 9 1 | 0x74c4...051b | 0x74c4623d7609f3e b2665ad32ff96b448 | 1 | 2 | 0 |
| 4 | | 56b6051b | | | |
| 9 1 5 | 0x75dd...e3b4 | 0x75ddb7ab958135b be2dab48d6286826f 6aa5e3b4 | 1 | 1 | 0 |
| 9 1 6 | 0x760a...27c3 | 0x760a73510434824 5b68d6c286ab85df1 432b27c3 | 1 | 9 | 6 |
| 9 1 7 | 0x7618...8932 | 0x76186ca250bef65 522561a0b9ff51d4e e5608932 | 1 | 0 | 1 |
| 9 1 8 | 0x7a15...41d9 | 0x7a15866affd2149 189aa52eb8b40a8f9 166441d9 | 1 | 6 | 1 |
| 9 1 9 | 0x7a6b...6b12 | 0x7a6bcb1ea4c44cf 1764e64dfb85a5548 7ad86b12 | 1 | 2 | 0 |
| 9 2 0 | 0x7c82...1d71 | 0x7c8263e38a6c016 8015169a6b6f86eef 1f271d71 | 1 | 3 | 0 |
| 9 2 1 | 0x8003...51a6 | 0x80039dc3d5bb48e c4bd822c4e8828574 fdcc51a6 | 1 | 2 | 0 |
| 9 2 2 | 0x8078...2376 | 0x8078a5bdd899176 7e4bcff4f0e08c550 fbac2376 | 1 | 1 | 0 |
| 9 2 3 | 0x822b...ab92 | 0x822b454196d281d 43a3e127db3d37b7c 0d78ab92 | 1 | 2 | 0 |
| 9 2 4 | 0x8291...4e1b | 0x829148aba1177c4 b6a6a3dbca3e165fd 34094e1b | 1 | 0 | 1 |
| 9 2 | 0x83bb...c449 | 0x83bb781a2a2ca1f cc0350f178a911848 | 1 | 3 | 0 |

PLAINTIFF0003478

| 2 5 | 0x83bb...c440 | ec0550f1708911848 811cc440 | | 3 | 0 |



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 9 2 6 | 0x84db...bb1a | 0x84db8f2e3c20e3a 0745859e8abfeb73c 8f9dbb1a | 1 | 2 | 0 |
| 9 2 7 | 0x84e3...8bb6 | 0x84e356a5af981e8 e91513396cb75078f 0f638bb6 | 1 | 0 | 1 |
| 9 2 8 | 0x8700...7feb | 0x8700b87c2a053bd e8cdc84d5078b4ae4 7c127feb | 1 | 3 | 0 |
| 9 2 9 | 0x873d...7692 | 0x873dfbf899d6f74 f6d9d21a05b7d80da 792f7692 | 1 | 0 | 1 |
| 9 3 0 | 0x88e6...7130 | 0x88e673c38af23e5 87b9540bb5ef7069e c2fa7130 | 1 | 0 | 1 |
| 9 3 1 | 0x893b...d46e | 0x893bd18ef97a1b7 108a2e67dd5cf3e9b 08ccd46e | 1 | 0 | 1 |
| 9 3 2 | precyz.eth | 0x8a6ad6dd70acba5 f90acbfd094ea9300 99b48071 | 1 | 1 | 0 |
| 9 3 3 | 0x8e59...2f81 | 0x8e59f1fe1c8d828 dda49971ab96e6a00 3a7e2f81 | 1 | 2 | 0 |
| 9 3 4 | 0x9099...d911 | 0x9099c634f209a80 7e153bd77e05c7cbe 2b48d911 | 1 | 1 | 0 |
| 9 3 5 | 0x94af...9b6b | 0x94aff6c2c005567 aa0e2a27f77701bb1 b6679b6b | 1 | 54 | 0 |
| 9 3 6 | 0x9528...4f56 | 0x9528db1eb04d3ff a04fecbf68b8b2016 3bb24f56 | 1 | 2 | 0 |

PLAINTIFF0003479



| # | Name | Address | DAOs | Votes | Proposals |
|---|---|---|---|---|---|
| 9 3 | 0x9541...3a58 | 0x954149c9febade5 12b1b6c5645bc7aad | 1 | 0 | 1 |
| 7 | | 04053a58 | | | |
| 9 3 8 | 0x956f...3f92 | 0x956f1ce3ff2ea59 a8b41df83ce9f85ed 59d73f92 | 1 | 3 | 0 |
| 9 3 9 | 0x9939...5c72 | 0x99390bac1919423 b87e8a8517ebf3968 66745c72 | 1 | 2 | 1 |
| 9 4 0 | 0x9aff...fb0e | 0x9aff049b4f2e026 9f5ae07f3fbf0414e f600fb0e | 1 | 2 | 0 |
| 9 4 1 | 0x9e35...8adf | 0x9e353fbdc3ec729 0290bda31a8001cb6 09858adf | 1 | 0 | 1 |
| 9 4 2 | 0xa083...dd98 | 0xa083afa219bb7d2 1c5a72cacaadb99cc 1da6dd98 | 1 | 0 | 1 |
| 9 4 3 | 0xa7f1...0056 | 0xa7f1c77998bae58 614be010ad2a80663 9e280056 | 1 | 2 | 0 |
| 9 4 4 | 0xabaf...1660 | 0xabaf75a934e8b4d a85db7c79a9e8c5a0 022a1660 | 1 | 0 | 1 |
| 9 4 5 | 0xac94...8361 | 0xac946b1649a7e8d d94b045d0958c15be c8e98361 | 1 | 27 | 1 |
| 9 4 6 | 0xb27f...e371 | 0xb27f6df486ef5de e2e3a4dc4f257dd63 e5a5e371 | 1 | 3 | 0 |
| 9 4 7 | Edson Ayllon | 0xbbaac64b4e4499a a40db238faa8ac00b ac50811b | 1 | 4 | 4 |
| 9 4 | 0xbc8d...7c63 | 0xbc8dafeaca658ae 0957c80d8aa6de4d4 | 1 | 2 | 1 |

PLAINTIFF0003480



| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 8 | 0xbcod...7cog | ob57c6ud8d6ue4d4 87577c63 | 2 | | 1 |
| 949 | Nathan Suits | 0xbec7c55760b2927 d81e70d3a91a064dd c5f54683 | 1 | 0 | 3 |
| 950 | 0xc036...7c46 | 0xc0366d8cabc3ec3 11c0e5878f72bb61b 25f67c46 | 1 | 3 | 0 |
| 951 | Dyer The Bullish777 | 0xc2681d0606ebd77 19040f2bc1c0fda3e 9215db90 | 1 | 17 | 0 |
| 952 | 0xc4e6...4a3d | 0xc4e62b6b3698a6d 9649b3626358e0a17 e7da4a3d | 1 | 2 | 0 |
| 953 | 0xc68b...361e | 0xc68bba423525576 c7684e7ea25e7d5f0 79b1361e | 1 | 2 | 0 |
| 954 | 0xc6af...019f | 0xc6af895832bf156 c59c8c0b59fc31179 d5f7019f | 1 | 8 | 12 |
| 955 | 0xc7b5...8351 | 0xc7b51a1637f86f1 30686eebd1aae67c0 51888351 | 1 | 1 | 0 |
| 956 | Ofer Rotem | 0xc7c065ee9e71364 a0c72a8a9c26c95c4 2b94e7f7 | 1 | 0 | 1 |
| 957 | 0xcc07...9e4c | 0xcc07d411b66fc8f 30deb8f82b2273729 10989e4c | 1 | 3 | 0 |
| 958 | 0xd03c...00ee | 0xd03c8ad4bebd854 a36010b864520efa0 e4c700ee | 1 | 2 | 0 |
| 959 | 0xd310...ed8c | 0xd310a932cb1db29 cdeff5a7b6fc34ac7 b4f0ed8c | 1 | 3 | 1 |

PLAINTIFF0003481



| #   | Name         | Address                                              | DAOs | Votes | Proposals |
| --- | ------------ | ---------------------------------------------------- | ---- | ----- | --------- |
| 9 6 | 0xd3cb...965a | 0xd3cba4614e1f2bc 23bf7bcf53e7b441d                  | 1    | 2     | 0         |
| 0   |              | 2528965a                                             |      |       |           |
| 9 6 1 | 0xd757...4e4f | 0xd757f002d43dcb8 db9a4e43a8350aa8c ccdc4e4f | 1 | 2 | 0 |
| 9 6 2 | 0xd8ba...bf20 | 0xd8bae7d96df905e 46718b6cee3410f53 5e11bf20 | 1 | 39 | 0 |
| 9 6 3 | 0xd9f2...0458 | 0xd9f22fadb019876 22dd6137c5f3beada 5f480458 | 1 | 1 | 0 |
| 9 6 4 | 0xdb40...2c85 | 0xdb40ae9e2cbaf17 bbe68d2ae221fa499 f8e42c85 | 1 | 12 | 3 |
| 9 6 5 | 0xdbd6...3913 | 0xdbd62b8115f0c40 65ce4eeb77d9296cb 7bfc3913 | 1 | 0 | 1 |
| 9 6 6 | 0xdf14...c92a | 0xdf14100b76a5b5f d46fba22b7ac12491 9cffc92a | 1 | 2 | 0 |
| 9 6 7 | 0xdfce...54cd | 0xdfce58faebe4731 a8e2ca097b79280ae 783254cd | 1 | 0 | 1 |
| 9 6 8 | 0xe293...004f | 0xe293390d7651234 c6dfb1f41a47358b9 377c004f | 1 | 1 | 0 |
| 9 6 9 | 0xe2c6...d409 | 0xe2c6a4a3a833997 75ba104f16f94d2ea e905d409 | 1 | 2 | 0 |
| 9 7 0 | 0xe92a...8287 | 0xe92a6b262d43e8c d2ae83f545de699f8 56348287 | 1 | 28 | 1 |
| 9 7 | 0xee54...386c | 0xee54e79dbc3f449 d13d32e9ad526d9a0 | 1 | 2 | 0 |

PLAINTIFF0003482

| # | Name | Address | DAOs | Votes | Proposals |
|---|------|---------|------|-------|-----------|
| 971 | 0xeeb4...3808 | d15d32e0adb2b0d0a0 435c386e | | 2 | 0 |
| 972 | 0xf1ca...ea6d | 0xf1ca4bf4c325c30 78ec25299601a519e bc6bea6d | 1 | 2 | 0 |
| 973 | 0xf2c0...6960 | 0xf2c06f90fb58844 c09220e01e3116a22 93df6960 | 1 | 1 | 0 |
| 974 | 0xf579...dc8a | 0xf5793f0affadbf3 421a775d4e101f169 c8abdc8a | 1 | 2 | 0 |
| 975 | 0xf923...4806 | 0xf923463521a4b23 77ef2401ed54e650e c6454806 | 1 | 1 | 0 |
| 976 | 0xfb9e...b69e | 0xfb9e29e16d46701 7e1cdd0dbbd35f985 431bb69e | 1 | 2 | 1 |
| 977 | 0xfdc4...2ae4 | 0xfdc45e8a348afbf 8f59d9611bf6cc634 b99e2ae4 | 1 | 43 | 0 |

Previous
genesis.md

Next
contributions.md

PLAINTIFF0003483

 LEGAL-TOOLS   **DAOLABS**

**Connect Wallet**



Contributions

    

# Contributions

The following table documents the majority of
contributions to the Gnosis, organized by sender,
value, type, and normalized dollar value. Normalized
dollar value will be re-computed prior to the
computation of the token distribution.

| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14013047 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+15 | ETH | $3.32 |
| 14110042 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+15 | ETH | $2.60 |
| 14110006 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 5.00E+19 | DAI | $50.00 |
| 14110021 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+18 | DAI | $1.00 |
| 14124492 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.50E+16 | ETH | $40.18 |
| 14128273 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.00E+16 | ETH | $26.79 |
| 14128271 | 0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c | 1.50E+19 | DAI | $15.00 |
| 14128487 | 0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1 | 7.80E+17 | ETH | $2,089.71 |
| 14128 | 0xC5c8eff68183581f8a1 | 1.50E+ | | $4,018 |

**PLAINTIFF0003484**



| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14128 488 | 0xCJC8ettootoJJotttot 08CE6414a21a6675A4b79 | 1.JUL+ 18 | ETH | $4,010 .68 |

| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14128 498 | 0x2843b4E0e0B7B812C1B 574C77a54308dAed0d0A2 | 1.11E+ 17 | ETH | $296.4 9 |
| 14128 502 | 0xdeFD0dE775d82A61D1A 93efC18913e7B16906e1c | 1.20E+ 18 | ETH | $3,214 .94 |
| 14128 830 | 0x4Ab54c9eA8b56db6283 2ed20654F373B7305dB0c | 1.00E+ 15 | ETH | $2.67 |
| 14128 830 | 0x4Ab54c9eA8b56db6283 2ed20654F373B7305dB0c | 1.00E+ 18 | DAI | $1.00 |
| 14128 924 | 0x580756206Bc33BDf63F 26e46eb1BaD3BC5c53a54 | 3.00E+ 17 | ETH | $803.7 3 |
| 14129 326 | 0xB66426c5D88309668dB E013C118831642F532DD0 | 5.7325 2E+19 | ETH | $153,5 81.21 |
| ------ ------ - | --------------------- -- | ------ ------ - | | |
| 14129 278 | 0x58F09dd6DF8dFCe8c20 9A00BaE4348002BACac1d | 1.20E+ 24 | DAI | $1,200 ,000.0 0 |
| 14129 286 | 0x752515a3A1091b9f1c0 4416CF79D1F14d2340085 | 9.79E+ 24 | DAI | $9,786 ,795.0 0 |
| 14129 361 | 0xfE021e62637Cf8B880a 76b09E94904693D38256A | 7.99E+ 19 | ETH | $214,1 46.50 |
| 14129 414 | 0xD78368092Cb1079e3Dd aE7f192F5dCdE53949CCD | 3.00E+ 24 | DAI | $3,000 ,000.0 0 |
| 14129 466 | 0x58F09dd6DF8dFCe8c20 9A00BaE4348002BACac1d | 6.87E+ 20 | ETH | $1,841 ,025.7 9 |
| 14129 789 | 0xe4918B846156782a845 4AcB1332BEeeA9B523763 | 4.00E+ 17 | ETH | $1,077 .47 |

PLAINTIFF0003485



| Block No | Sender | Value | Symbol | Amount |
|------|----------------------------|----------|-----|--------------|
| ----- | -------------------- | ------ | - | ------ |
| - | -- | - | | |
| 14129978 | 0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461 | 9.63E+17 | ETH | $2,593.93 |
| 14130555 | 0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461 | 3.64E+17 | ETH | $980.49 |
| 14133509 | 0xdeFD0dE775d82A61D1A93efC18913e7B16906e1c | 1.20E+18 | ETH | $3,232.41 |
| 14133548 | 0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1 | 7.67E+17 | ETH | $2,065.84 |
| 14133719 | 0xC5c8eff68183581f8a108CE6414a21a6675A4b79 | 1.50E+18 | ETH | $4,040.52 |
| 14133937 | 0x2843b4E0e0B7B812C1B574C77a54308dAed0d0A2 | 1.14E+17 | ETH | $307.96 |
| 14134186 | 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | 1.00E+17 | ETH | $269.36 |
| 14134221 | 0x872C95b2284e089FCB205D5DcF8E40b9E4Caea97 | 1.12E+18 | ETH | $3,016.92 |
| 14135395 | 0x74F2305790da72386a1d1d32d82b8DB8164C0704 | 3.00E+18 | ETH | $8,081.04 |
| 14135618 | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 1.00E+18 | ETH | $2,693.68 |
| 14135605 | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 2.00E+19 | DAI | $20.00 |
| 14135613 | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 8.00E+22 | DAI | $80,000.00 |
| 14135616 | 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E | 1.00E+21 | DAI | $1,000.00 |
| 14135812 | 0x6C0822b5D3A0aEC3869DDdE051573a97856Aeb54 | 3.33E+17 | ETH | $897.89 |
| 14136349 | 0x8ffd0b26e7a5d1B535BcC3227b44A933FFf0d338 | 2.45E+18 | ETH | $7,315.57 |

PLAINTIFF0003486



| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14136 520 | 0x3D4C86aa1f4aE5318e9 1957287918aDD80f4f4C6 | 3.80E+ 17 | ETH | $1,134 .66 |

| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14137 774 | 0x58Ba373d9eE46ED5402 a6A15fE9CcADc67dE1650 | 7.70E+ 17 | ETH | $2,299 .18 |
| 14139 044 | 0x0e2Bac198dd3646576d bAB5D86130E538f39820b | 1.00E+ 15 | ETH | $2.98 |
| 14139 128 | 0x586075CEa62b415A330 50c012c6e1591C1da1c74 | 1.50E+ 15 | ETH | $4.47 |
| 14140 674 | 0xb44A14dEcD9270E34E2 dDaff4CD8690a2Cb88461 | 6.00E+ 17 | ETH | $1,791 .57 |
| 14140 684 | 0x8B4Ca0c6Ff4B175a776 aEA73A251354B6771bccA | 1.05E+ 17 | ETH | $313.5 2 |
| 14141 237 | 0x1F736b9D5cdeb4933DB 97e4f9f8153899E0Ab82f | 3.00E+ 17 | ETH | $895.7 8 |
| 14141 432 | 0x3c7eA1846BC5cb5e043 a1CE8B728d4e42d9f2539 | 2.78E+ 17 | ETH | $830.0 9 |
| 14141 972 | 0x1F736b9D5cdeb4933DB 97e4f9f8153899E0Ab82f | 9.00E+ 16 | ETH | $268.7 3 |
| 14146 784 | 0x6C0822b5D3A0aEC3869 DDdE051573a97856Aeb54 | 2.22E+ 18 | ETH | $6,699 .82 |
| 14147 056 | 0xb44A14dEcD9270E34E2 dDaff4CD8690a2Cb88461 | 1.91E+ 17 | ETH | $575.8 4 |
| 14150 232 | 0xc9284a9FD6D8C484bFD 7e24f26B1634585f0A296 | 3.00E+ 16 | ETH | $91.85 |
| 14155 304 | 0xDb88DB916C76323CE15 ED5fe1F50d2f54733Fc70 | 2.10E+ 18 | ETH | $6,430 .01 |
| 14156 241 | 0x580756206Bc33BDf63F 26e46eb1BaD3BC5c53a54 | 1.00E+ 18 | ETH | $3,142 .03 |
| 14156 771 | 0xDe10F01e3f9bF288eF7 A91cb4744B4AF3F2797F0 | 2.00E+ 23 | DAI | $200,0 00.00 |
| 14157 139 | 0xA4e6C2B6264652444B3 F0cc1bB37496AE916931c | 3.74E+ 17 | ETH | $1,176 .24 |

PLAINTIFF0003487

| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14159399 | 0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461 | 1.00E+17 | ETH | $314.20 |



| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14159620 | 0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461 | 6.00E+16 | ETH | $188.52 |
| 14162213 | 0x7157961707E305d5580c8AB29ce6E120Ec01744e | 7.50E+17 | ETH | $2,336.10 |
| 14164131 | 0xB646B4cD68548D96804e844b7CfBEf4e74b80675 | 1.25E+16 | ETH | $38.93 |
| 14164133 | 0x2B075EDE4AF705D31464090b41B8D5C3CA9da84c | 1.25E+16 | ETH | $38.93 |
| 14164138 | 0x50640BFc30F97fef35054beAECE3d3a188A219F0 | 1.25E+16 | ETH | $38.93 |
| 14164147 | 0x1DD2091f250876Ba87B6fE17e6ca925e1B1c0CF0 | 6.00E+16 | ETH | $186.88 |
| 14164167 | 0x6519319E8F32F22F7a22274898588f6dc4b40bbf | 7.50E+16 | ETH | $233.61 |
| 14167114 | 0xE41188926607921763D25392475f1156AC5f9033 | 5.00E+16 | ETH | $155.74 |
| 14172647 | 0x1561c3218AB5Feeec5A0a7B817596EAbD257e5a3 | 5.00E+16 | ETH | $162.27 |
| 14175125 | 0xda94DA6D0909E90E81a9B9373a04807c3cE15fBC | 1.60E+16 | ETH | $49.01 |
| 14175863 | 0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461 | 6.26E+18 | ETH | $19,176.94 |
| 14183128 | 0x4eeD0fc86cf510a0c4800A5e555fEDB7c78fe32B | 3.20E+17 | ETH | $937.32 |
| 14183177 | 0x14D9fA3a9eaB3CDE8317Ea827c5d88c94e12272E | 3.25E+17 | ETH | $951.97 |
| 14187197 | 0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296 | 9.00E+15 | ETH | $26.36 |
| 14196297 | 0x2770736960c4739f96d3a033676ff0e34e71fC63 | 9.65E+16 | ETH | $276.96 |

https://move.xyz/daolabs/daos/move/governance/contributions.md

PLAINTIFF0003488

5/10

| 14196704 | 0x9dEBaE598dB0b4bBB53308AB7894De7Cc0D5326b | 1.00E+17 | ETH | $287.00 |



| Block No | Sender | Value | Symbol | Amount |
| --- | --- | --- | --- | --- |
| 14197580 | 0xdbbF7481e3E38Ae10c9579CfA541C932c5c9a05D | 3.40E+17 | ETH | $975.82 |
| 14205312 | 0x979Db9f8D937E19e36DFDB5Fe3a48a207A5c7991 | 1.50E+17 | ETH | $439.56 |
| 14207304 | 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c | 3.40E+17 | ETH | $996.35 |
| 14207756 | 0x58E12A716B8cE86865D9482A30652a52A0359984 | 5.00E+19 | DAI | $50.00 |
| 14207756 | 0x58E12A716B8cE86865D9482A30652a52A0359984 | 5.00E+19 | DAI | $50.00 |
| 14209580 | 0x0F9D7257a592c7d4359D6059811e07A9A1Cff110 | 1.00E+16 | ETH | $31.85 |
| 14209771 | 0x9AB301FD4F2519af93cA316B4fCD7D26aBd2f9E9 | 1.00E+17 | ETH | $318.59 |
| 14210414 | 0x3dF364ED7e8A887f7f9c240f7e281A4ea05CE03f | 1.50E+17 | ETH | $477.89 |
| 14212724 | 0xab5d306E643cDba074a4251e9E1A4FEC5a8e05Ee | 6.00E+16 | ETH | $191.15 |
| 14214409 | 0x8269CAe3EfbC4D768D9d86AE3747253D15BF6929 | 3.00E+16 | ETH | $93.68 |
| 14220119 | 0x616001B6A176961849c8E1422A5D95A9dBBC4739 | 1.30E+16 | ETH | $40.59 |
| 14221035 | 0xa51Ec9A7dBd81db527CB3fD15abD32bBbDa8e785 | 3.00E+17 | ETH | $863.93 |
| 14225844 | 0xB159DE0DdDAb4a997F1c22fcf1C939d3317D9EC6 | 3.00E+18 | ETH | $8,639.34 |
| 14236429 | 0xef5939492958abb8488ce5A5C68D61Ac29C07732 | 5.00E+20 | DAI | $500.00 |
| 14238604 | 0xb3005148e7b58BfF2f82CBe63416363243349949 | 5.00E+16 | ETH | $138.21 |

PLAINTIFF0003489
6/10

| 14239 603 | 0x7929fF721516111056b 3b36259846F9B942400a9 | 1.00E+ 17 | ETH | $262.1 3 |



| Block No | Sender | Value | Sym bol | Amount |
|---|---|---|---|---|
| 14244 607 | 0x511E061Bc0082BF14de 5Cf2A6eeC624Df585fa52 | 1.25E+ 17 | ETH | $327.4 1 |
| 14258 407 | 0xC9f6e3FCDd26F3bAc82 2A675DE7427a0D77b39FE | 9.00E+ 16 | ETH | $237.1 7 |
| 14258 694 | 0xb3005148e7b58BfF2f8 2CBe63416363243349949 | 2.00E+ 16 | ETH | $52.70 |
| 14261 813 | 0xB2b394e261021c0499d 138E3D359eD2E3Ef4b3b7 | 3.00E+ 17 | ETH | $773.7 4 |
| 14266 054 | 0x58E12A716B8cE86865D 9482A30652a52A0359984 | 3.00E+ 21 | DAI | $3,000 .00 |
| 14266 066 | 0x58E12A716B8cE86865D 9482A30652a52A0359984 | 2.00E+ 21 | DAI | $2,000 .00 |
| 14266 066 | 0x58E12A716B8cE86865D 9482A30652a52A0359984 | 1.00E+ 21 | DAI | $1,000 .00 |
| 14266 066 | 0x58E12A716B8cE86865D 9482A30652a52A0359984 | 4.00E+ 21 | DAI | $4,000 .00 |
| 14272 918 | 0x14817cFC0abD5ADbaac 238E6ADEeB487Fff0dd31 | 6.85E+ 20 | DAI | $685.0 0 |
| 14285 500 | 0x1ebe61555bAd4Bd5e0D 108BD78811F718D67b852 | 3.28E+ 16 | ETH | $85.88 |
| 14297 832 | 0x13b841dBF99456fB55A c0A7269D9cfBC0ceD7b42 | 1.00E+ 17 | ETH | $297.7 1 |
| 14299 044 | 0x9f7bD431d8ACfe558B0 c7ce96aa3E98C1b1B52C8 | 7.00E+ 16 | ETH | $208.4 0 |
| 14311 068 | 0x17d880B8C29387eE16F 3Ab33cf3Ad407554e829b | 2.00E+ 16 | ETH | $56.71 |
| 14311 125 | 0x2D1E7B6E6284409e169 91dE76d2A82847a7d61C5 | 1.00E+ 17 | ETH | $283.5 8 |
| 14311 560 | 0xa7d317332AC478Ae81c 9845755491D33eEC69b50 | 3.30E+ 16 | ETH | $93.58 |

PLAINTIFF0003490

| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14343365 | 0x1ebe61555bAd4Bd5e0D108BD78811F718D67b852 | 1.87E+17 | ETH | $481.09 |



| Block No | Sender | Value | Symbol | Amount |
|---|---|---|---|---|
| 14353456 | 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650 | 2.54E+18 | ETH | $6,933.28 |
| 14369882 | 0x620F9F9237546998abE5a2E3197C4cc49B4775d0 | 1.00E+15 | ETH | $2.56 |
| 14373027 | 0x25227955b9769fAAe8e981e60ee78Bc052064220 | 7.75E+16 | ETH | $198.91 |
| 14373840 | 0xD78368092Cb1079e3DdaE7f192F5dCdE53949CCD | 1.00E+23 | DAI | $100,000.00 |
| 14388113 | 0xC36A375fe4801642b2588C63830E082575a1e17C | 2.00E+16 | ETH | $52.37 |
| 14388236 | 0xC36A375fe4801642b2588C63830E082575a1e17C | 1.40E+17 | ETH | $366.59 |
| 14388345 | 0xe4918B846156782a8454AcB1332BEeeA9B523763 | 5.00E+20 | DAI | $500.00 |
| 14403227 | 0xa655F449Bcb4d18A3F2787bC9CFd00535c7AE5dA | 7.00E+16 | ETH | $196.92 |
| 14403268 | 0xa655F449Bcb4d18A3F2787bC9CFd00535c7AE5dA | 1.00E+17 | ETH | $281.32 |
| 14406341 | 0x23d5925CbeAb8803d906e52Bf68ae30d69dc570E | 1.00E+17 | ETH | $281.32 |
| 14434437 | 0x54F0E1a12C368A327631F9dEA47C04Cf1Db45584 | 3.33E+17 | ETH | $989.09 |
| 14494015 | 0x981c8ECD009E3E84eE1fF99266BF1461a12e5c68 | 8.41463E+17 | ETH | $2,761.19 |
| 14510122 | 0xA1b27bbcD029c1D63A2aE689FD8937812Eb6637b | 5.00E+19 | DAI | $50.00 |
| 14516791 | 0x5b2b4B5927621740046 9916FceeFC89ACAb7548f | 5.55E+16 | ETH | $195.53 |
| 14532273 | 0xDab5f41744745CB530FCc5Cd650E86B0E63737c3 | 1.00E+16 | ETH | $31.72 |

PLAINTIFF0003491



| 14560 430 | 0x1F736b9D5cdeb4933DB 97e4f9f8153899E0Ab82f | 5.00E+ 19 | DAI | $50.00 |

| Block No | Sender | Value | Sym bol | Amount |
| --- | --- | --- | --- | --- |
| 14589 945 | 0x489DEe5055c36fA804A B75d9B28e39bF2a76b793 | 6.75E+ 15 | ETH | $20.54 |
| 14605 211 | 0x981c8ECD009E3E84eE1 fF99266BF1461a12e5c68 | 1.7561 E+18 | ETH | $5,252 .18 |
| 14627 411 | 0xb925839968DDfEA3CF5 ef7C7C5e4450191Ab0D10 | 1.50E+ 20 | DAI | $150.0 0 |
| 14674 519 | 0xCf7C21DeD40f2Df85A5 64207A89b3379780d9CE3 | 5.00E+ 16 | ETH | $146.9 4 |
| 14680 914 | 0xEE63189A3B5d35fF8E6 f67BD2B2A3ACa4E084e85 | 1.00E+ 17 | ETH | $281.7 6 |
| 14682 236 | 0x95a97CDd45F55A3e4d2 c9c512BB98ed171b8F07b | 7.00E+ 17 | ETH | $1,972 .38 |
| 14696 403 | 0xd11B2CF767d6A350114 55781d792b7C37d3a7d97 | 3.90E+ 17 | ETH | $1,115 .30 |
| 14826 321 | 0xE5a71A3696D4eDB65F0 7b6F9a3F000F826367305 | 2.00E+ 16 | ETH | $40.81 |
| 14840 371 | 0x58C3C3c0286a1728A70 fF5fd5F2b9A346aE1d013 | 5.00E+ 16 | ETH | $97.02 |
| 14985 408 | 0x752515a3A1091b9f1c0 4416CF79D1F14d2340085 | 9.9761 4E+19 | ETH | $99,16 4.83 |
| 14985 820 | 0x752515a3A1091b9f1c0 4416CF79D1F14d2340085 | 1.0103 1E+20 | ETH | $100,4 26.49 |
| 14986 965 | 0x752515a3A1091b9f1c0 4416CF79D1F14d2340085 | 5.5384 1E+19 | ETH | $55,05 2.88 |
| 15013 380 | 0x981c8ECD009E3E84eE1 fF99266BF1461a12e5c68 | 2.2477 3E+18 | ETH | $2,567 .98 |
| 15046 576 | 0x752515a3A1091b9f1c0 4416CF79D1F14d2340085 | 4.5224 7E+19 | ETH | $49,70 6.02 |
| 15049 997 | 0x752515a3A1091b9f1c0 4416CF79D1F14d2340085 | 9.8650 4E+19 | ETH | $105,8 79.54 |

PLAINTIFF0003492

| 15052<br>336 | 0x752515a3A1091b9f1c0<br>4416CF79D1F14d2340085 | 4.8618<br>5E+19 | ETH | $52,18<br>1.25 |

| Block<br>No | Sender | Value | Sym<br>bol | Amount |
| --- | --- | --- | --- | --- |
| 15096<br>831 | 0x385997d8b9fb4D9a4a1<br>5bf858Fa1eD7d2dB6A3A9 | 8.00E+<br>16 | ETH | $99.00 |



Previous
airdrop.md

Next
multisig.md

PLAINTIFF0003493



LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



    

Multi-signature
Agreement

# Multi-signature

The DAO multi-signature wallet, or the "Multi-sig", is a Gnosis Safe contract deployed at 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6. The Multi-sig transaction history is available on gnosis-safe.io.

The Multi-sig Signers (the "Signers") are responsible for custody of the treasury and the execution of on-chain and off-chain actions described in governance proposals.

> ⓘ Discussions pertaining to this Multi-sig should be held in the governance-discussions category within the DAO's Discord.
>
> ⓘ Community members may use Discord DMs to co tact a y of the A 's A thorize  Members to  isc ss a y co cer s they may have regar i g the M lti sig. The  A 's A thorize  Members are ta kbottoms.eth, jimmyethworl .eth, a be ree .eth.

# Agreement

Signers must agree to abide by the following principles:

1. To act in accordance with the will of the DAO, as expressed through the DAO's governance process.
2. To maintain a Multi-sig Safe threshold equal to or

PLAINTIFF0003494

greater than 60 percent of the number of Signers.

3. To execute all Multi-sig transactions in accordance with the DAO governance process.

4. To resign from the Multi-sig if they are unable to abide by these principles.

5. To resign from the Multi-sig if their interests diverge from the DAO's interests.

Signers in violation of these principles are to be removed from the Multi-sig, at the discretion of the address dao-lawfirm.eth. tankbottoms.eth, jimmyethworld.eth, or benreed.eth should be notified by any DAO members, contributors, community members or any individual if they believe a Signer is in violation of these principles or otherwise compromised.

> ⓘ The A 's G i i g Pri ci als, s ecifically § 12. Waiver of Fiduciary Duties includes the Multi-sig Signers. While the DAO Members agreed to waive fiduciary duties, Members shall be subject to the implied contractual covenant of good faith and fair dealing and the terms and provisions of this Agreement .

> ⓘ None of the information, services or materials offered on our Site constitute, and are not intended to constitute, legal, financial, tax, investment or other advice, and you should not act or refrain from acting based on any information, services or materials provided on this Site.

| Previous | Next |
|---|---|
| contributions.md | rocess.m |

PLAINTIFF0003495



LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



    

# Governance Process

The DAO is governed by its community, as expressed through MAPE NFT voting.[1]

Multi sig transactions and signatures, as well as updates to DAO processes, must be ratified by this process prior to their implementation.

## Phase 0

Authors are encouraged to create a proposal discussion thread in the #proposal-workshop channel of the DAO Discord to receive the community's feedback.

**You can use the proposal template as a starting point. When writing your proposal, try to be as detailed as possible in your specification. Only include what is necessary—short, specific proposals are best.**

## Phase 1

Once finalized, authors can submit their proposals to the DAO's Temperature Check Space. The Temperature Check Space grants addresses one vote per MAPE NFT.

As the DAO's Service Provider, dao lawfirm.eth maintains the right to revoke Temperature Check proposals which are malicious, exploitative, or otherwise in bad faith.

Proposals in the Temperature Check Space will be

Governance Process

   Phase 0: Discussion.

   Phase 1: Temperature Check.

   Phase 2: Consensus.

   Phase 3: Execution.

   Emergency Governance.

PLAINTIFF0003496

archived after fifty six (56) days.



**If you need help uploading a proposal to Snapshot, tag a contributor in <u>Discord</u>.**

## Phase 2

Every 28 days, proposals with at least 30 "For" votes in the <u>Temperature Check Space</u> are moved to the DAO's <u>Consensus Space</u> for seven (7) days of voting.

In the Consensus Space, addresses receive one vote per dollar contributed to the <u>Multi sig</u> from <u>February July 2022</u> inclusive.

As the DAO's Service Provider, <u>dao lawfirm.eth</u> maintains the right to revoke Consensus proposals which are malicious, exploitative, or otherwise in bad faith.

## Phase 3

Once voting closes, proposals with at least 66% approval are queued for execution by the <u>Multi-sig</u>. "Abstain" votes are not included in this calculation.

## Emergency Governance.

In an emergency scenario, the Multi-sig shall take onchain actions if explicit public approval from 80 percent or more of Multi-sig signers, or explicit public approval or instructions from the dao-lawfirm.eth are received.

> The dao lawfirm.eth signer also maintains the Vetoer role, which allows dao-lawfirm.eth or tankbottoms.eth to take on-chain actions if any governance proposal is deemed malicious, exploitative, or otherwise in bad faith. Likewise, if there is suspected fraud, impending loss of funds, or malicious activity against the interests of the DAO, the Authorized Members, individually, or collectively, they may take any and all on-chain or off-chain actions to protect the DAO's treasury and assets - including interfering with the execution of a proposal,

PLAINTIFF0003497

approving a proposal, reconfiguring Snapshot, or reconfiguring the Multi-sig. See <u>Security</u>,

<u>Security Precautions</u>, <u>Service Providers</u> and <u>Governance</u>.



**dao-lawfirm.eth may provide a summary and an explanation of any such action(s) within 72 hours of its execution.**

## Footnotes

1. mainnet:<u>0xdd407a053fa45172079916431d06E8e07f655042</u>
   ↩

| Previous | Next |
|---|---|
| [multisig.md](multisig.md) | [template.md](template.md) |

PLAINTIFF0003498

 LEGAL-TOOLS  **DAOLABS**  <span style="color:red">**Connect Wallet**</span>



     

# Proposal Template

---

*Authors are advised to consider how their proposal will be executed in detail. This template is a suggestion— proposal authors can deviate from it. Download here.*

---

## Proposal Title.

Author:
Creation Date: (YYYY-MM-DD)

## 1. Thesis.

*What's the idea?*

## 2. Motivation.

*Why now? What problems does this solve?*

## 3. Specification.

*How exactly will this be executed? Be specific and leave no ambiguity.*

## 4. Rationale.

*Why is this specification the best way to address this thesis?*

## 5. Risks.

Proposal Template
Proposal Title.
1. Thesis.
2. Motivation.
3. Specification.
4. Rationale.
5. Risks.
6. Timeline.

PLAINTIFF0003499

*What might go wrong?*

# 6. Timeline.

*When exactly should this proposal take effect? When exactly should this proposal end?*



| Previous | Next |
|---|---|
| process.md | efi itio s.m |

PLAINTIFF0003500

setPhase(uint256 _phaseId, Phase calldata _phase) {



"Allow Terminal Migrations", and "Allow Controller Migration" each refer to different Juicebox protocol functions which Juicebox Projects can enable or disable each Funding Cycle. By default, these functions are disabled.

**"Amendments"** conveys that any provision of this Charter may be amended, waived or modified only upon a vote in favor of such amendment, waiver or modification by the DAO Members through the Designated Smart Contract.

**"Application Binary Interface (ABI)"** is the standard way to interact with contracts in the Ethereum ecosystem, both from outside the blockchain and for contract-to-contract interactions.

**"Audit"** refers to a testing process for potential security improvements or other improvements to a new token, project, product, or offering, or for potential improvements to an existing token, project, product, or offering. Testing networks ("Testnets" or "Test nets") can be used to test the viability and vulnerability of new ideas, concepts, code, and processes before those ideas, concepts, code, or processes are deployed to other networks.

**"Ballot" or "Reconfiguration Ballot"** refers to Ethereum Smart Contracts which adhere to <u>IJBFundingCycleBallot</u>. Ballots specify the conditions that must be met for any proposed funding cycle reconfiguration to take effect. A Ballot can be written to incorporate strict community voting requirements in order to make funding cycle changes, or to simply add a required buffer period between when a change is proposed and when it can take effect.

**"Ballot Redemption Rate"** refers to a custom Redemption Rate (See Redemption Rate) which overrides the typical Redemption Rate if a Reconfiguration Ballot is currently active.

**"Claim"** means any past, present, or future dispute, claim, controversy, demand, right, obligation, liability, action, or cause of action of any kind or nature.

**"Consensus Attack"** refers to an attack that: (i) is undertaken by or on behalf of a block producer who controls, or a group of cooperating block producers who

PLAINTIFF0003502



collectively control a preponderance of the means of block production on the Designated Blockchain Network; and (ii) has the actual or intended effect of: (A)

reversing any transaction made to or by the Designated Smart Contract after Confirmation of such a transaction, including any "double spend" attack having or intended to have such effect; or (B) preventing inclusion in blocks or Confirmation of any transaction made to or by the Designated Smart Contract, including any "censorship attack," "transaction withholding attack" or "block withholding attack" having or intended to have such effect.

**"Consensus Rules"** means the rules for transaction validity, block validity, and determination of the canonical blockchain that are embodied in the Designated Client.

**"Confirmation"** of a transaction shall be deemed to have occurred if and only if such transaction has been recorded in accordance with the Consensus Rules in a valid block whose hashed header is referenced by at least 30 subsequent valid blocks on the Designated Blockchain.

**"Construction":** Any rule of construction to the effect that ambiguities are to be resolved against the drafter shall not be applied in the construction or interpretation of this Charter. This Charter constitutes the entire agreement among the DAO Members with respect to the subject matter hereof and supersedes all prior agreements and understandings, both written and oral, among the DAO Members with respect to the subject matter hereof.

**"Contract"** means any: (i) written, oral, implied by course of performance or otherwise or other agreement, contract, understanding, arrangement, settlement, instrument, warranty, license, insurance policy, benefit plan or legally binding commitment or undertaking; or (ii) any representation, statement, promise, commitment, undertaking, right or obligation that may be enforceable, or become subject to an Order directing performance thereof, based on equitable principles or doctrines such as estoppel, reliance, or quasi-contract.

**"DAO"** means Decentralized Autonomous Organization. "DAO" or "The DAO" may refer to Movement DAO, a Delaware Unincorporated Nonprofit Association. The DAO

PLAINTIFF0003503



may choose to follow the Unincorporated Nonprofit Association Act under Nevada, Delaware, Washington or

another state where the Uniform Unincorporated Nonprofit Association Act of 2008 was adopted.

**"DAO Expenses"** refers to costs and expenses related to the activities, maintenance and operation of the DAO. _See Section 7(b)(i) of The Agreement.._.

**"DAO Property"** means any Token or other asset, right or property licensed to or on deposit with or owned, held, custodied, controlled or possessed by or on behalf of the DAO, including any Token on deposit with or held, controlled, possessed by or on deposit with the Designated Smart Contract.

**"Dapp"** refers to online portals or other interactive software used by the DAO, individuals, and any other entities to create, manage, contribute to, or otherwise interact with Juicebox Treasuries, the Juicebox Protocol, or any other DAO services. Governance activities performed within the DAO's Snapshot Spaces on Snapshot.org or other Snapshot servers are also considered to be Dapp activities.

**"Data Source"** refers to Ethereum Smart Contracts which adhere to IJBFundingCycleDataSource. A Data Source can customize what happens when a payment to a Juicebox Project is attempted during a Funding Cycle, and what happens when a Token redemption is attempted during a Funding Cycle.

**"Discount Rate"** refers to the percent by which to automatically decrease the subsequent cycle's Weight from the current cycle's Weight. The Discount Rate is not applied during funding cycles where the Weight is explicitly reconfigured.

**"Disputes"; "Mandatory Arbitration".** Any Legal Proceeding, Claim or other dispute or controversy arising out of or relating to this Agreement, its enforcement, or the breach thereof shall be finally resolved by binding arbitration in accordance with the Arbitration Procedures; provided, however, that any DAO Member may seek injunctive relief in aid of arbitration in order to prevent irreparable harm or preserve the status quo. EACH DAO MEMBER HEREBY IRREVOCABLY WAIVES ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM WHETHER BASED ON CONTRACT, TORT OR

PLAINTIFF0003504



OTHERWISE) ARISING OUT OF OR RELATING TO THIS CHARTER, THE DESIGNATED SMART CONTRACT, THE DAO MATTERS OR THE ACTIONS OF THE DAO MEMBERS IN THE NEGOTIATION, ADMINISTRATION, PERFORMANCE AND ENFORCEMENT OF THIS AGREEMENT.

**"Distribution Limit"** and **"Funding Target"** refer to the amount of tokens that a Juicebox Project can distribute per Funding Cycle, and the currency which that amount is denominated in.

**"Designated Blockchain"** refers to, at any given time, the version of the digital blockchain ledger that at least a majority of nodes running the Designated Client on the Designated Blockchain Network recognize as canonical as of such time in accordance with the Consensus Rules. For the avoidance of doubt, the "Designated Blockchain" does not refer to e.g. Ethereum Classic or any digital blockchain ledger commonly known as a "testnet".

**"Designated Blockchain Network"** means the Ethereum mainnet (networkID:1, chainID:1), as recognized by the Designated Client.

**"Designated Client"** means the Official Go Ethereum client available at <u>https://github.com/ethereum/go-ethereum</u>, Infura, Alchemy, or other providers, as long as it is compatible with the aforementioned Designated Blockchain Network.

**"Designated Smart Contract"** means the smart contracts referenced in <u>contract addresses</u> on the Designated Blockchain.

**"Distributed DAO Property"** means any asset, right or property that was once DAO Property and has been distributed to a DAO Member.

**"Established Practices"** refers to the practices used by an unincorporated nonprofit association without material change during the most recent five years of its existence, or if it has existed for less than five years, during its entire existence.

**"Externally Owned Accounts (EOAs)"** are accounts that are controlled by users who control the private keys for an account, typically generated using a seed phrase. Externally owned accounts are accounts without any code associated with them. Typically these accounts

PLAINTIFF0003505



are used with a wallet.

**"Fraud Proof"** is a security model for certain layer 2
solutions where, to increase speed, transactions are
rolled up into batches and submitted to Ethereum in a
single transaction. They are assumed valid but can be
challenged if fraud is suspected. A Fraud Proof will
then run the transaction to see if fraud took place.
This method increases the amount of transactions
possible while maintaining security. Some rollups use
validity proofs.

**"Funding Cycle Duration"** is how long each funding cycle
lasts (specified in seconds). All funding cycle
properties are unchangeable while that cycle is in
progress. In other words, any proposed reconfigurations
can only take effect during a subsequent cycle. If no
reconfigurations were submitted by the project owner,
or if the proposed changes fail the current funding
cycle's Ballot, a copy of the latest funding cycle will
automatically start once the current one ends. Funding
cycle changes pursuant to a Discount Rate or other
certain onchain parameters will still take effect in
such a funding cycle. A cycle with no duration lasts
indefinitely, and reconfigurations can start a new
funding cycle with the proposed changes right away.

**"Funding Cycle" and "Cycle"** refer to the time-locked
rules according to which a Juicebox Project wishes to
operate. Funding Cycles are typically represented as a
JBFundingCycle data structure, and are usually managed
by the JBFundingCycleStore contract. Funding Cycle
duration can be specified in seconds ("Funding Cycle
Duration"). Funding Cycle properties are unchangeable
while the cycle is in progress. In other words, any
proposed reconfigurations can only take effect during
the subsequent cycle. If no reconfigurations were
submitted by the Project Owner, or if proposed changes
fail the current cycle's Ballot, a copy of the latest
Funding Cycle will automatically start once the current
one ends. Funding cycle changes pursuant to a Discount
Rate or other certain onchain parameters will still
take effect in such a funding cycle. A Funding Cycle
with no duration lasts indefinitely; valid
reconfigurations to Funding Cycles with no duration
immediately start a new Funding Cycle with the proposed
changes once approved by a Reconfiguration Ballot if
necessary.

PLAINTIFF0003506

**"Gas"** A virtual fuel used in Ethereum to execute smart contracts. The EVM (i.e. the Ethereum Virtual Machine) uses an accounting mechanism to measure the consumption of gas and limit the consumption of computing resources (see Turing complete).

**"Governing Principles"** refers to the agreements, whether oral, in a record, or implied from established practices, or in any combination thereof, which govern the purpose or operation of an unincorporated nonprofit association and the rights and obligations of its Members and managers. The term includes any amendment or restatement of the agreements constituting the Governing Principles.

**"Governance Rights"** are the entire interest of a Member in the DAO, as measured by a Member's Tokens, including, without limitation, all rights and obligations contemplated or agreed to under this Agreement, and any right to vote on, consent to, or otherwise participate in any decision or action of or by the Members granted by this Agreement or the Act. Member's Governance Rights are subject to DAO Governance.

**"Gnosis Safe"** refers to the Gnosis Safe Multisig Wallet, a smart contract which allows multiple Ethereum addresses to manage a single Ethereum address. The Gnosis Safe is used to manage the DAO's treasury.

**"Gwei"** is short for gigawei, a denomination of ether, commonly utilized to convey gas prices. 1 gwei = 109 wei. 109 gwei = 1 Ether.

**"HD Wallet Seed"** is a value used to generate the master private key and master chain code for an HD wallet. The wallet seed can be represented by mnemonic words, making it easier for humans to copy, back up, and restore private keys.

**"Hold Fees"** refers to the fee holding process: by default, Protocol Fees are paid automatically when funds are distributed from a Juicebox Treasury to an Ethereum address. During Funding Cycles configured to hold fees, this fee amount is set aside instead of being immediately processed. Projects can reclaim their held fees by adding funds to their Treasury equal to the amount of funds distributed to Ethereum addresses while fees were being held. Otherwise, Juicebox DAO or

PLAINTIFF0003507



the project can process these held fees at any point to
issue Juicebox Governance Token ("JBX") at the current
rate. This allows a project to withdraw funds and later
add them back into their the DAO treasury without
incurring fees. This applies to both Distributions from
the Distribution Limit and from the Overflow Allowance.

**"Legal Order"** means any restraining order, preliminary
or permanent injunction, stay or other order, writ,
injunction, judgment or decree that either: (i) is
issued by a court of competent jurisdiction, or (ii)
arises by operation of applicable law as if issued by a
court of competent jurisdiction, including, in the case
of clause "(ii)" an automatic stay imposed by
applicable law upon the filing of a petition for
bankruptcy.

**"Legal Proceeding"** means any private or governmental
action, suit, litigation, arbitration, claim,
proceeding (including any civil, criminal,
administrative, investigative or appellate proceeding),
hearing, inquiry, audit, examination or investigation
commenced, brought, conducted or heard by or before, or
otherwise involving, any court or other governmental
entity or any arbitrator or arbitration panel.

**"Liability"** means any debt, obligation, duty or
liability of any nature (including any unknown,
undisclosed, unmatured, unaccrued, unasserted,
contingent, indirect, conditional, implied, vicarious,
inchoate derivative, joint, several or secondary
liability), regardless of whether such debt,
obligation, duty or liability would be required to be
disclosed on a balance sheet prepared in accordance
with generally accepted accounting principles and
regardless of whether such debt, obligation, duty or
liability is immediately due and payable. To be
"Liable" means to have, suffer, incur, be obligated for
or be subject to a Liability.

**"Lien"** means any lien, pledge, hypothecation, charge,
mortgage, security interest, encumbrance, other
possessory interest, conditional sale or other title
retention agreement, intangible property right, claim,
infringement, option, right of first refusal,
preemptive right, exclusive license of intellectual
property, community property interest or restriction of
any nature including any restriction on the voting of
any security or restriction on the transfer, use or
ownership of any security or other asset.

PLAINTIFF0003508

ownership of any security or other asset.

A **"Manager"** is a person that is responsible, alone or in concert with others, for the management of an unincorporated nonprofit association.

**"Majority Vote"** means the approval of Members holding at least a majority-in-interest of applicable DAO voting Tokens.



**"Material Adverse Exception Event"** means that one or more of the following has occurred, is occurring or would reasonably be expected to occur:

(i) a Consensus Attack adversely affecting the results or operations of the Designated Smart Contract;

(ii) the Designated Smart Contract having become inoperable, inaccessible or unusable, including as the result of any code library or repository incorporated by reference into the Designated Smart Contract or any other smart contract or oracle on which the Designated Smart Contract depends having become inoperable, inaccessible or unusable or having itself suffered a Material Adverse Exception Event, *mutatis mutandis*;

(iii) a material and adverse effect on the use, functionality or performance of the Designated Smart Contract as the result of any bug, defect or error in the Designated Smart Contract or the triggering, use or exploitation (whether intentional or unintentional) thereof (it being understood that for purposes of this clause "(iii)", a bug, defect or error will be deemed material only if it results in a loss to a DAO Member or the DAO of at least **50%** of such DAO Member's distributable interest in the DAO Property and/or **50%** of the DAO Property);

(iv) any unauthorized use of an administrative function or privilege of the Designated Smart Contract, including: (A) any use of any administrative credential, key, password, account or address by a Person who has misappropriated or gained unauthorized access to such administrative credential, key, password, account or address or (B) any

PLAINTIFF0003509



unauthorized use of an administrative
function or privilege by a DAO Member or a
representative of a DAO Member; or

**(v)** the Designated Smart Contract, any of the
DAO Members or the DAO Property is subject to
a Legal Order that prohibits the Designated
Smart Contract (or that, if the Designated
Smart Contract were a Person, would prohibit
the Designated Smart Contract) from executing
any function or operation it would otherwise
reasonably be expected to execute.

**"Member"** means each Person entering into this Agreement
as a Member or subsequently admitted as a Member
pursuant to the terms of this Agreement, but does not
include any Person that has ceased to be a Member of
the DAO. If at any time there is only one Member, then
all references to "Members" shall be deemed to mean
"Member."

A **"Multi-Signature Wallet"** is a smart contract wallet
on the Designated Blockchain Network that requires a
minimum number of people to approve a transaction
before it can occur (M-of-N).

**"Non-Fungible Tokens", "NFT", or "NFTs"** means a
cryptographic token based on the Ethereum ERC-721
standard, the ERC-1155 standard, or a similar standard
or other blockchain-based asset.

**"Overflow"** refers to funds in a Juicebox Treasury in
excess of that Treasury's current Distribution Limit. A
Project's Overflow can be reclaimed by redeeming that
Project's Tokens, subject to a Project's Redemption
Rate and other Project configurations.

**"Overflow Allowance"** The amount of treasury funds that
the Project Owner can distribute on-demand. This
allowance does not reset each Funding Cycle. Instead,
it lasts until the Project Owner explicitly proposes a
reconfiguration with a new allowance. The protocol
charges a Protocol Fee on funds withdrawn from the
network. Overflow allowances can be specified in any
currency that the <u>JBPrices</u> contract has a price feed
for.

**"Payouts", "Distributions", and "Payout Splits"** refer
to the distribution of Treasury assets from a Juicebox
Project Treasury to other Juicebox Projects or to
external Ethereum addresses, or addresses on other

PLAINTIFF0003510



blockchains. Payouts to Ethereum addresses invoke fees, the payment of which issues JBX Tokens in accordance with Juicebox DAO's Treasury configurations ("Fees" or "Protocol Fee"). Protocol Fees can range from 0% to 5% of Payout amounts to Ethereum addresses. As of August 4th 2022, Protocol Fees are equal to 2.5% of Payout amounts to Ethereum addresses.

**"Pause Payments"**, **"Pause Distributions"**, **"Pause Redemptions"**, and **"Pause Burn"** each refer to Treasury functions which Project Owners can pause in a Funding Cycle. These functions are not paused by default.

**"Person"** means an individual, corporation, association, partnership, joint venture, limited liability company, estate, trust, or any other legal entity.

**"Proceeding"** means any action, claim, suit, investigation, or proceeding by or before any court, arbitrator, governmental body, self-regulatory agency, or other agency.

**"Project"**, **"Juicebox Project"**, **"Treasury"**, and **"Member Project"** refer to projects deployed using the Juicebox-compatible protocol including any administrative NFTs, Project configurations, Protocol extensions, digital assets, and tokens associated with those projects.

**"Project Owner"** and **"Project Owners"** refer to the individual or individuals with administrative access to configure one or more Juicebox Project(s). This includes individuals with access to Ethereum addresses holding one or more administrative ERC-721s issued by a Smart Contract which adheres to <u>IJBProjects</u>, as well as individuals with access to Ethereum addresses which have been granted permissions to take specific indexed actions via a Smart Contract which adheres to <u>IJBOperatorStore</u>.

**"Project Token"** and **"Token"** refer to tokens and token balances stored in a Smart Contract which adheres to <u>IJBTokenStore</u> or tokens which adhere to <u>IJBToken</u>, including tokens issued by the Juicebox Protocol.

**"Property"** means all property, whether real, personal, or mixed or tangible or intangible, or any right or interest therein.

**"Protocol"**, **"Juicebox Protocol"**, and **"Juicebox v2"** refer to the Smart Contracts built and maintained by Juicebox DAO, as well as other ancillary Smart

PLAINTIFF0003511

Juicebox DAO, as well as other ancillary Smart
Contracts ("Protocol Extensions" or "Extensions"). This
includes deployed Ethereum mainnet and Rinkeby testnet

Smart Contracts with addresses listed at
https://info.juicebox.money/dev/resources/addresses, as
well as other Smart Contracts with source code copied
or modified from the Smart Contracts currently and/or
previously available at https://github.com/jbx-
protocol.



**Record,** used as a noun, means information that is
inscribed on a tangible medium or that is stored in an
electronic or other medium and is retrievable in
perceivable form.

**"Redemption Rate", "Redemption Curve", or "Bonding
Curve"** refers to a bonding curve along which Juicebox
Protocol calculates redemption from a Treasury. The
Redemption Rate can be configured by a Project Owner
each funding cycle. A rate of 100% suggests a linear
proportion, meaning X% of treasury overflow can be
reclaimed by redeeming X% of the token supply.

**"Representative"** means a Member, manager, officer,
director, partner, employee, or agent.

**"Reserved Rate" or "Reserved Tokens"** refers to the
percentage of newly minted tokens that a project wishes
to withhold for custom distributions. The Project Owner
can pre-program a list of addresses, other Projects,
and contracts that adhere to IJBSplitAllocator to split
reserved tokens between.

**"Service Provider"** means the Person appointed by the
DAO to perform administrative services,
responsibilities, and duties to carry on the DAO's
operations. The initial Service Provider shall be
decided by the DAO.

**"Severability"** signifies: in the event that one or more
of the provisions of this Charter is for any reason
held to be invalid, illegal or unenforceable, in whole
or in part or in any respect, or in the event that any
one or more of the provisions of this Charter operate
or would prospectively operate to invalidate this
Charter, then and in any such event, such provisions)
only will be deemed null and void and will not affect
any other provision of this Charter and the remaining
provisions of this Charter will remain operative and in
full force and effect and will not be affected,

PLAINTIFF0003512

prejudiced, or disturbed thereby.



**"Sign"** means, with present intent to authenticate or adopt a record:

> (a) to execute or adopt a tangible symbol; or
> (b) to attach to or logically associate with the record an electronic symbol, sound, or process.

**"Smart Contract"** refers to computer programs stored on the Designated Blockchain or other blockchains.

**"Smart multisignature escrow":** Bitcoin allows multisignature transaction contracts where, for example, three out of a given five keys are needed to spend the funds in that contract. Ethereum allows for more granularity; for example, four out of five given keys can spend everything in a contract, three out of five keys can be used to spend up to 10% of that contract's funds per day, and two out of five keys can be used to spend up to 0.5% of that contract's funds per day. Additionally, Ethereum multisigs can be asynchronous – two parties can register their signatures on the blockchain at different times, and the last signature will automatically send the transaction.

**"Start Timestamp"** refers to the time at which a funding cycle is considered active. Projects can configure the start time of their first funding cycle to be in the future and can ensure reconfigurations don't take effect before a specified time. Once a funding cycle ends, a new one automatically starts right away. If there's an approved reconfiguration queued to start at this time, it will be used. Otherwise, a copy of the current funding cycle will be used.

**"State"** means a state of the United States, the District of Columbia, Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States.

**"Token"** means a digital unit that is recognized by the Designated Client on the Designated Blockchain Network as capable of: (i) being uniquely associated with or "owned" by a particular public-key address on the Designated Blockchain Network at each particular block height; and (ii) having Transfers of such digital unit

PLAINTIFF0003513

recorded on the Designated Blockchain.



**"Total Available Capital"** represents the total deployable capital in treasury reserves that can be used to fund DAO initiatives. Token holders will vote to determine how to use "Total Available Capital" reserves.

**"Transfer"** includes:

> (a) an assignment; (b) a conveyance; (c) a sale; (d) a lease; (e) an encumbrance, including a mortgage or security interest; (f) a gift; and/or (g) a transfer by operation of law. (h) of a Token to a given address (the "Receiving Address") on the Designated Blockchain Network will be deemed to have occurred if and only if it is recognized by the Designated Client on the Designated Blockchain Network that: (i) there has been duly transmitted to the Designated Blockchain Network a new transfer function transaction that:(A) provides for the reassociation of the Designated Token with the Receiving Address; and (B) is signed by a private key that is (or a group of private keys that together are) sufficient to authorize the execution of such transfer function; and (ii) such transaction has been Confirmed.

**"Total Value Lock" or "TVL"** refers to the total value locked into a Smart Contract or set of Smart Contracts that may be deployed or stored at one or more exchanges or markets. This is used as a measurement of investor deposits. It is the dollar value of all the coins or tokens locked into a platform, protocol, lending program, yield farming program, or insurance liquidity pool.

**"Unincorporated Nonprofit Association"** means an unincorporated organization consisting of *two* or more Members joined under an agreement that is oral, in a record, or implied from conduct, for one or more common, nonprofit purposes. The term does not include:

> (a) a trust; (b) a marriage, domestic partnership, common law domestic relationship. civil union. or other domestic

PLAINTIFF0003514



living arrangement; (c) an organization
formed under any other statute that governs
the organization and operation of
unincorporated associations; (d) a joint
tenancy, tenancy in common, or tenancy by the
entireties even if the co-owners share use of
the property for a nonprofit purpose; or (e)
a relationship under an agreement in a record
that expressly provides that the relationship
between the parties does not create an
unincorporated nonprofit association.

**Volatility** A statistical measure of the price variation
of an asset. Newer early-stage projects in the
explosive growth stage tend to see very high volatility
in the price of their assets in their early days.
Volatile assets are often considered riskier than less
volatile assets because the price is expected to be
less predictable.

**"Weight"** is a number used to determine how many project
tokens should be minted and transferred when payments
are received during a Funding Cycle. In other words,
Weight is the exchange rate between the project token
and a currency (defined by a
JBPayoutRedemptionPaymentTerminal) during a Funding
Cycle. Project owners can configure this directly or
allow it to be automatically derived from the previous
funding cycle's Weight and Discount Rate.

**"Web3"** is an idea for a new iteration of the World Wide
Web which incorporates concepts such as
decentralization, blockchain technologies, and token-
based economics.

**"Web3 tools":** The key characteristics of Web3 tools may
include personal assistance learning, artificial
intelligence, multimedia information, interoperability,
and semantic nature. Tools used for the governance,
tokenization, Membership, voting and operation of a
DAO.

**"Yield farming"** is the practice of staking or lending
crypto assets in order to generate returns or rewards
in the form of additional cryptocurrency. This
application of decentralized finance (DeFi) has
skyrocketed in popularity recently thanks to
innovations like liquidity mining. In short, yield
farming protocols incentivize liquidity providers (LP)
to stake or lock up their crypto assets in a smart

PLAINTIFF0003515

contract-based liquidity pool. These incentives can be
a percentage of transaction fees, interest from
lenders, or a governance token (see liquidity mining).
These returns are expressed as an annual percentage
yield (APY). As more investors add funds to the related
liquidity pool, the value of the issued returns
decrease accordingly.



| Previous | Next |
|---|---|
| template.md | guiding-principles.md |

PLAINTIFF0003516



LEGAL-TOOLS   **DAOLABS**                              Connect Wallet



    

# Guiding Principles

*Effective Date: August 23, 2022 Last updated: January 8, 2023*
*_0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email*

*_ daolabs.wtf*

*The following Guiding Principles are provided to set forth the terms of Membership, DAO governance, and the agreement between each Member of the DAO. DAO ("DAO") refers to the entirety of Movement DAO, Move DAO, its affiliates (DAOLABS, non-profit, and for-profit organizations), and individuals involved initially as its Members, developers, and operators of any associated traditional software, web services, Multi-Signature Wallets, or Ethereum Cryptographic Smart Contracts.*

## Definitions.

- Please refer to the definitions section of the associated document to find the definitions of any defined terms herein. Any new defined term herein shall supersede any conflicting defined term in the associated definitions document.
- **"Service Provider"** means the Person or Persons appointed by the DAO to perform administrative services, responsibilities, and duties to carry on the DAO's operations. The initial Service Provider shall be dao-

Guiding Principles

  Definitions.

  Introduction.

  1. Organization.

  2. Membership; Governance Rights and Tokens; Limitations.

  3. Liability.

  4. Admission of Additional Members.

  5. Management.

  6. Withdrawal Rights; Compulsory Withdrawal; Non-Disparagement.

  7. Fees and Expenses.

  8. Distributions; Dividends; Compensation.

  9. Dissolution.

  10. Limitations on Transfers.

  11. Books and Records; Accounting and Tax Matters.

  12. Waiver of Fiduciary Duties.

  13. Intellectual Property Rights.

  14. Derivative Matters.

  15. Amendments.

  16. Service Providers.

  17. General Provisions.

PLAINTIFF0003517



lawfirm.eth, including its predecessor
entities, any future entity of <u>dao-
lawfirm.eth</u>, and <u>dao-lawfirm.xyz</u>, and their

vendors, consultants, and affiliates, as
well as dao-lawfirm.eth's affiliates Meows,
LLC. and tankbottoms.eth, and their vendors,
consultants, and affiliates. For the purpose
of any electronic communications (including
notice) the following addresses:
<u>0x752515a3A1091b9f1c04416CF79D1F14d2340085@e
thereum.email</u> and
<u>0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@e
thereum.email</u> are sufficient.

# Introduction.

These guiding principles constitute the Agreement
("Agreement") and is entered into by and amongst
Members of DAO, also known as Move, an
unincorporated nonprofit association organized
under the **laws of the State of Delaware.**

The following terms apply when you:

- Click to view or access DAO's Dapp, DAO's
  online services or any of DAO's sites
- Contribute or transfer cryptocurrencies such
  as Ethereum, or transfer one or more ERC-20s
  ("Token" or "Tokens"), ERC-721s ("NFTs"), or
  other digital assets (collectively,
  "Cryptographic Currencies") to the DAO
- Become a Member of DAO
- Receive DAO Governance Tokens
- Hold Governance Rights for the DAO
- Interact with or access <u>the DAO's smart
  contracts</u> in any way
- Provide services to the DAO
- Donate or transfer any property to the DAO
- Or otherwise interact with or access any
  other of the DAO's services

DAO's governance may occur on <u>Snapshot</u>; for the
purpose of this agreement we refer to this as
part of the DAO Dapp.

**By doing any of the above, you signify your
agreement to these terms. If you do not agree to
be bound by the Agreement in its entirety, you**

PLAINTIFF0003518

may not access, interact with, or use the DAO
Dapp or online services in any way.

Capitalized terms used herein have the meanings
ascribed to them in the <u>Definitions</u>. Any terms
which are defined herein supersede any definition
contained in the associated document.



---

# 1. Organization.

**(a) Formation.** The DAO was formed on *February 1,
2022.* The obligations of Members of the DAO shall
be determined pursuant to the Delaware Uniform
Unincorporated Nonprofit Association Act, Del.
Code Ann. Tit. 6, §§ 1901-1916 inclusive (the
"Act"), and this Agreement.

**(b) Purpose.** The primary purpose of the DAO is to
develop programmable, community-focused Ethereum
treasury applications which can operate openly on
the blockchain at any scale. The DAO additionally
develops tooling to interact with existing
financial infrastructure (including fiat),
digital asset creation (e.g. NFTs), and
marketplace applications to enable communities to
participate in any type of lawful activity native
to or related to Cryptocurrency. The purpose of
the DAO is to remain solely within the scope of
non-profit and charitable purposes, and purposes
outside of this scope are not permitted. Please
refer to the companion <u>purpose</u> section of this
document for more details. Any terms which are
contained herein supersede any definition
contained in the associated document.

The DAO is an unincorporated association of
individuals, corporations, statutory trusts,
business trusts, estates, trusts, partnerships,
limited liability companies, associations, joint
ventures, and other legal or commercial entities,
many of whom, if not all of whom, agree to join
together for a common, nonprofit purpose. For the
DAO, that purpose is encapsulated in its mission
statement.

**The DAO is not intended to be or become an entity
required to register as an "investment company"
as defined in Section 3(a)(1)(A) of the**

PLAINTIFF0003519

Investment Company Act of 1940, as amended.

# 2. Membership; Governance Rights and Tokens; Limitations.

**(a) Governance Rights.** Governance Rights in the DAO are represented by Project Tokens, with each Token representing a fractional part of the Governance Rights of all Members (or assignees, as the case may be) equal to the quotient of one (1) divided by the total number of Tokens claimed at any time. Member's Governance Rights are subject to DAO Governance.

**(b) Tokens.** As of the date hereof, there shall be an allowance of up to the max of $2^{(256-1)}$[1] tokens authorized to represent Membership interests in the DAO, unless otherwise agreed to by the Members via a vote occurring through the Dapp. Membership in the DAO, as defined by Del. Code Ann. Tit. 6, § 1901, shall be voluntary and open to any individual whose purpose or presumed intent is to contribute to the DAO and is willing to accept the responsibilities and terms of Membership. The DAO shall grant the initial Member's governance voting tokens proportional to contributions to the DAO's Gnosis Multi-signature wallet.[2]

Notwithstanding the foregoing or any other provision of this Agreement, the DAO may provide initial Members Tokens for their role in conceiving and supporting the DAO.

**(c) Limitation to the DAO Protocol Configuration.** The DAO shall not configure its Juicebox Treasury with an undefined Reserved Rate, a Reserved Rate of 0%, a Redemption Rate of 100%, or a Discount Rate other than 0%. **The DAO shall not configure its Juicebox Treasury with any parameters that would cause the capital value of Token Redemptions via the Redemption Rate to exceed the cost basis required to issue those Tokens from the DAO's Juicebox Treasury.**

**(d) Admission.** The DAO is a decentralized network of Members, and Members collectively may admit or

PLAINTIFF0003520

deny individuals for any arbitrary purpose or lack of purpose.

**(i) Initialization.** On February 1, 2022, the DAO initiated a distribution of the DAO's NFT Collection to the top one-thousand (1500) addresses on <u>Snapshot</u> via a total usage count of Membership DAOs, authored proposals, and votes cast. The purpose of the NFT distribution was to foster a fair and equitable distribution of the governance NFT, to initialize the DAO community, and garner interest in directing the DAO development efforts. The DAO did not require any Membership contributions or fees to participate in this distribution. Contributions to the DAO's <u>Gnosis Multi-signature wallet</u> were separate. Contributions to the DAO's Multi-signature wallet represents the token distributions based on a computation of Cryptocurrency contributions to Project Tokens.

**(ii) Distribution of Member Tokens.** All of the DAO's governing Members shall have their Membership determined upon receipt of voting tokens acquired on a public blockchain via contributions to the DAO's **Gnosis Multi-Signature Wallet (Etherscan Mainnet)** 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6. The tokens are to be distributed on a bonding curve. DAO will operate as a Member Project which will issue Project Tokens to both Gnosis contributors and Member Projects, at rates yet to be determined. Cryptographic Units are used for participating in and improving the governance of the DAO through affirmative votes effectuated via the Designated Smart Contract (defined herein) or more commonly, Snapshot, the popular off-chain voting protocol **("Snapshot") (such processes are "Cryptographic Consensus")**. Once the

PLAINTIFF0003521



DAO admission requirements are met, a prospective Member's admission may be put up for a vote held among DAO

Members. The DAO will consistently review admissions, and if necessary, Members may make adjustments to the DAO admission requirements based on their evolving needs and as agreed upon by Cryptographic Consensus. Notwithstanding, the DAO may admit all individuals who hold the DAO token by capturing an inventory of all current holders and ratifying the Membership at Governance intervals from time to time as registered by Cryptographic Consensus.

The DAO may have more than one Member Tokens which has Membership purpose, such as the __Governance NFT available at 0xdd407a053fa45172079916431d06E8e07f655 042__. The DAO shall authorize or discontinue the use of any Member Tokens from any Cryptographic Units at any time, or use a Member Token for a duration before migrating to another. The DAO, by a majority vote of the DAO Members, shall have discretion in how to fairly and equitably distribute Member Tokens, and/or the service of other governance tokens. The DAO shall, at its discretion, by the advice of the Service Provider, or by the majority vote of the DAO, retire governance tokens, including discontinuing Membership by Members holding the DAO governance token without any further notice.

**(iii) Development of the DAO application.** Members are herein provided notice that any language within this agreement pertaining to future anticipated governance on additional DAO matters and applications may go through an eventual transitioning regarding the governance tooling and computation. The DAO is developing a governance application

PLAINTIFF0003522

which it intends to use and provide all
aspects of to Member Projects before
the end of 2022.

**(e) Token Liquidity Pools.** The DAO shall not
create any Liquidity Pools.

**(f) Governance Rights and Token Limitations.**
*Governance Rights and the governance Tokens
provide no possibility of profits and losses, no
rights to distributions and dividends, and no
rights to ownership or management of the DAO.
Each Member (or assign, as the case may be) that
receives or holds governance Tokens expressly and
unequivocally agrees that the Tokens provide no
rights to profits and/or losses, that the Tokens
do not entitle their holder to distributions or
dividends, and that the Tokens do not make their
holder an owner or manager of the DAO.* Members
who provide their Cryptographic Signature upon
use of the Dapp shall agree with this section
2(f) explicitly and unequivocally, and will be
deemed as to have read, understood, and sought
counsel with regard to this section.



**(g) Token Reserved Rate.** Notwithstanding the
foregoing or any other provision of this
Agreement, contributors to the DAO shall be
entitled to receive Reserved Rate Tokens by a
vote of the Members, via the Reserved Tokens
list, as defined by the DAO's Juicebox Protocol
configuration. Each Member expressly and
unequivocally agrees to 2(f) above.

**(h) Responsibilities.** As of the date hereof,
Members are not required to submit to any dues or
Membership fees. However, in the event the
Members agree otherwise via a vote occurring
through the Dapp or Snapshot, each Member shall
keep reasonably current in payment of any dues or
Membership fees and other financial obligations
of Membership, if applicable and determined by
the DAO. Each Member shall notify the DAO of a
Discord, Twitter, or other acceptable
communication channel by which that Member may
receive written or electronic materials required
or permitted by this document, or shall notify
the DAO that such Member lacks the standard
acceptable addresses and designate a mutually
acceptable form of communication.

PLAINTIFF0003523

If you have received any Tokens or are otherwise a Member, you consent and agree to become legally

bound by this Agreement as both a participant in the DAO and more specifically a DAO "Member".



**(i) Information Rights.** Members shall have access to all information concerning operational and financial affairs of the DAO via

- **The Gnosis Multi-Signature Wallet**
    - [0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6](#),
- **Etherscan and other Ethereum Block Explorers**
    - https://etherscan.io/address/0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6, and
- **Snapshot**
    - https://snapshot.org/#/movedao.eth.

Otherwise, the DAO is not required to keep any records concerning legal, accounting, or other affairs, and aside from the above public information, the DAO shall not be required to maintain any additional records. Notwithstanding the foregoing, the DAO may engage with third parties to provide legal services, accounting services, and any record-keeping in order to comply with any legal obligations.

# 3. Liability.

**(a) No Member Liability.** Except as otherwise provided in this Agreement or the Act, no Member (or former Member) shall be personally liable for the obligations of the DAO, including any obligations owed by any individual Member in connection with any breach of this Agreement. A debt, obligation, or other liability of the DAO is solely the debt, obligation, or other liability of the DAO. Members (or former Members) are not personally liable, directly or indirectly, by way of contribution or otherwise, for a debt, obligation, or other liability of the DAO solely by reason of being or acting as a Member or acting on behalf of the DAO. The failure of the DAO to observe formalities relating to the exercise of its powers or management of its activities and affairs is not grounds for imposing liability on a Member of the

PLAINTIFF0003524

DAO for a debt, obligation, or other liability of the DAO.

**(b) Member Limitations.** No Member shall have the right or power:



> **(i)** to cause the dissolution and winding up of the DAO; or
>
> **(ii)** to demand or receive property, including any Cryptographic Currency or ERC-20 or ERC-721 Tokens ("Cryptocurrency Assets") contributed or otherwise transferred to the DAO, except as agreed to by the Members or otherwise provided herein.

# 4. Admission of Additional Members.

**(a)** Subject to the provisions of this Agreement, the Members are authorized to accept additional donations from one or more Members, and to admit other Persons to the DAO as additional Members (each such additional Member and such existing Member is an "Additional Member"). Unless otherwise determined by the Members, any such Additional Members shall be admitted to the DAO only if such Member or Additional Member makes a donation or contribution via the Dapp.

**(b) Bound to Agreement.** Each person who is to be admitted as an Additional Member pursuant to this Agreement shall agree to be bound by all of the terms of this Agreement as if they were a Member from the inception of the DAO.

# 5. Management.

**(a)** Except as otherwise expressly required in this Agreement, the affairs of the DAO shall be carried on and managed exclusively by the Members, who shall have sole and absolute discretion with respect thereto. No Member shall be a manager, as defined under the Act.

**(b)** Whenever any action, including any approval, consent, decision, determination, or resolution

PLAINTIFF0003525

is to be taken or given by the Members of the DAO under this Agreement or under the Act, it shall only be authorized by a majority vote of the

Members via the Dapp or the DAO's Snapshot Spaces, unless otherwise provided herein. Such an authorization may be evidenced by a vote facilitated via the Dapp or the DAO's Snapshot Spaces and one or more smart contracts, or by a written consent, in accordance with this Agreement. The Members intend that any action (which has been duly approved in accordance with this Agreement) taken by the DAO via a Dapp, a smart contract, or the blockchain shall be a valid action of the Members or the DAO, as applicable, and no Member shall challenge the authority or validity of any such action based solely on such a fact.

**(c)** Except as otherwise expressly required or stated in this Agreement or in the Act, no single Member (in their capacity as a Member) shall be an agent of the DAO, have authority to bind the DAO in any way, or have the authority to enter into any agreement or contract obligating the DAO in any way unless approved via a vote occurring through the Dapp or the DAO's Snapshot Spaces.

**(d)** To the extent that the Members have approved a document in accordance with the terms of this Agreement and the Act, any Member may hereby be expressly authorized to execute and deliver such a document on behalf of the DAO.

**(e)** Members may appoint a proxy to vote or otherwise act for the Member with regards to the DAO pursuant to the Dapp or the DAO's Snapshot Spaces.

**(f)** The DAO has the right to delegate certain technical or administrative responsibilities to third parties and provide them with reasonable compensation.

**(g) Reliance by Third Parties.** Persons dealing with the DAO are entitled to only rely conclusively upon the power and authority of the Members (and any Person to whom the Members have delegated any such power and authority pursuant to this Agreement) by an explicit governance ratification of such power and authority.



PLAINTIFF0003526



Therefore, any acknowledgement that such Member
or assign is authorized to act on behalf of the
DAO and may bind the DAO or otherwise enter into
a binding contract may only be relied upon as
evidenced by the DAO governance process as
defined by Dapp or the DAO's Snapshot Spaces
proposals.

**(h) Other Activities.** Each Member acknowledges
and agrees that in addition to transactions
specifically contemplated by this Agreement, and
subject to applicable law, certain Members within
the DAO and their respective Affiliates and
Representatives are each hereby authorized to
obtain property or obtain services from, to
provide property or provide services to, or
otherwise enter into any transaction with certain
Members, or any Affiliate or Representative of
any of the foregoing Persons, pursuant to clear
approval via the Dapp and DAO governance.

# 6. Withdrawal Rights; Compulsory Withdrawal; Non-Disparagement.

**(a) Limited Right to Withdraw.** A Member may
withdraw at any time by transferring its Tokens
to a third party. Such a withdrawal shall be
facilitated and executed, in part, using one or
more smart contracts, and shall be effective as
of the date of transfer. Any withdrawal is
irrevocable. Alternatively, a Member may redeem
the entirety of the Tokens held by sending the
tokens to the Juicebox Protocol, where the tokens
will be burned, thereby reducing the total
Project Token supply. In return, the Member may
receive **some portion** of their initial or
cumulative DAO Membership holdings in Ethereum
(or other Cryptographic Currency). A Member who
burns the entirety of their token holdings shall
be deemed to have withdrawn from the DAO. The DAO
shall not be obligated to pay any interest or
other compensation to a Member who redeems or
withdraws its Tokens.

**(b) Compulsory Withdrawal.** Not in limitation of
Section 6(a), Members acting by vote via the Dapp
or the DAO's Snapshot Spaces proposals may have
any Member withdrawn from the DAO to the extent

PLAINTIFF0003527

that such Members, in their reasonable discretion, determine it to be necessary, desirable, or appropriate, including without

limitation to comply with applicable law or regulations, or to avoid a material adverse effect on the DAO or the other Members. For the avoidance of doubt-the Member proposed to be withdrawn shall be entitled to vote on their own withdrawal from the DAO.



**(c) Emergency Immediate Compulsory Withdrawal For Cause.** Not in limitation of Section 6(a), 6(b), the Service Provider, in their reasonable discretion, is expressly authorized to remove a Member without notice or vote of the Members if the Service Provider determines such a removal to be necessary, desirable, or appropriate, including, without limitation, to comply with applicable law or regulations, or to avoid a material adverse effect on the DAO. For the avoidance of doubt-the Member to be compulsorily withdrawn shall be entitled to vote with respect to any vote of the Members regarding such compulsory withdrawal, unless the Member is deemed to be in violation of the <u>Code of Conduct</u> and <u>Community Enforcement Guidelines</u>.

**(d) Non-Disparagement.** Not in limitation of Section 6(a), 6(b), 6(c) and 6(d). During the term of their DAO Membership, and thereafter, any Member shall not make any disparaging remarks, or any remarks that could reasonably be construed as disparaging regarding the DAO, its Members, its affiliates, or its agents. The DAO shall, except to the extent otherwise required by applicable laws, rules, or regulations, or as appropriate in the exercise of the <u>Community Enforcement Guidelines</u> and the <u>Terms of Service</u>, exercise reasonable efforts to cause the following individual(s) to refrain from making any disparaging statements, orally or in writing, regarding the DAO, its Members, or agents during and after the Membership period.

# 7. Fees and Expenses.

**(a) Organizational Expenses.** The DAO shall bear all of its organizational expenses and costs, and may amortize these expenses for accounting and/or

PLAINTIFF0003528

may amortize these expenses for accounting or tax purposes.

**(b)** **Operating Expenses.**



> **(i)** The DAO shall bear all costs and expenses relating to its activities, maintenance, and operations, including, without limitation, all fees, expenses, and costs associated (directly or indirectly) with the acquiring, holding, monitoring, and commissioning of artwork, identifying DAO opportunities to fulfill its purpose and any extraordinary expenses (including, without limitation, litigation-related and indemnification expenses), legal, regulatory, research, consulting, compliance, auditing, accounting, and other professional fees and expenses, the costs of any administrator, the costs of any reporting to Members, expenses of any administrative proceedings undertaken by the applicable Member in its capacity, expenses incurred in connection with the dissolution, liquidation, and termination of the DAO, and other expenses related to the DAO as determined by the Members by a vote via the Dapp or the DAO's Snapshot Spaces proposals (collectively, and together with organizational expenses, the **"DAO Expenses"**).

> **(ii)** DAO Expenses shall be allocated to and paid for by the DAO.

# 8. Distributions; Dividends; Compensation.

**(a)** The DAO shall not make any distributions of any kind and it will not pay dividends of any kind to any Member or director/officer or other person who may have an ownership interest in the DAO.

**(b)** The DAO may pay reasonable compensation or reimburse reasonable expenses to a Member or third party for services rendered or confer

PLAINTIFF0003529

third-party for services rendered, confer
benefits on a Member or third party in conformity
with its nonprofit purposes, repurchase a

Membership and repay a contribution made by a
Member to the extent authorized by this
Agreement, or make distributions of property to
Members upon winding up and termination to the
extent permitted by this Agreement.



# 9. Dissolution.

**(a) General.** The DAO shall be dissolved and its
affairs shall be wound up upon the earliest to
occur of:

> **(i)** a determination of the Members by
> Majority Vote; or
>
> **(ii)** the entry of a decree of judicial
> dissolution pursuant to the Act.

**(b)** Upon the dissolution of the DAO, assets shall
be distributed for one or more exempt purposes
which are within the meaning of section 501(c)(3)
of the Internal Revenue Code or the corresponding
section of any future federal tax code and which
are consistent with the goals and purpose of the
DAO, or the assets shall be distributed to the
federal government, or to a state or local
government, for a public purpose. Any such assets
not so disposed of shall be disposed of by a
court of competent jurisdiction of the county in
which the principal office of the DAO is then
located, exclusively for such purposes or to such
organization or organizations, as said Court
shall determine, which are organized and operated
exclusively for such purposes.

# 10. Limitations on Transfers.

**(a) Transfers.** Governance Rights and Tokens are
not transferable, except to other Members.
Members may vote to allow or disallow the ability
of Members to transfer their Governance Rights
and/or Tokens by a vote facilitated via the Dapp.
Tokens may become freely transferable to Ethereum
addresses outside of the DAO ("External
Addresses") by a vote of the Members. In the

PLAINTIFF0003530

event the Tokens become freely transferrable to
External Addresses, you agree that holders of
External Address which Tokens are transferred to

shall automatically be granted Membership rights,
subject to this Agreement.



**(b) Admission of Substituted Members.** If the
transferee is not already a Member, any
transferee of Tokens transferred in accordance
with the provisions of this Section shall be
admitted as a Member. The DAO shall not for any
purpose recognize any purported transfer of all
or any part of a Member's interest or Tokens in
the DAO, and no purchaser, assign, transferee, or
other recipient of all or any part of such Tokens
shall become a Member hereunder unless:

> **(i)** The transferee pursuant to this
> Section that is admitted to the DAO as
> a transferee Member shall succeed the
> rights and liabilities of the
> transferor Member with respect to such
> transferred Tokens.

> **(ii)** Effect of Death, Dissolution, or
> Bankruptcy. Upon the death,
> incompetence, bankruptcy, insolvency,
> liquidation, or dissolution of a
> Member, the rights and obligations of
> that Member under this Agreement shall
> accrue to that Member's successor(s),
> estate, or legal representative, and
> each such Person shall be treated as an
> unadmitted transferee of that Member's
> Tokens, as described in the Act.

# 11. Books and Records; Accounting and Tax Matters.

**The DAO shall not be obligated to keep any books
or records beyond what is made available via the
Dapp, the DAO's Snapshot Spaces proposals, or
available via the Ethereum blockchain.**

# 12. Waiver of Fiduciary Duties.

**(a)** Except as expressly set forth in this
Section, in the event that any Member initiates

PLAINTIFF0003531

any Proceeding against the DAO, and a judgment or order not subject to further appeal or discretionary review is rendered, that Member shall be solely liable for all costs and expenses related to the Proceeding and/or judgment or order from the Proceeding.

**(b) Limitation by Law.** No provision of this Agreement shall be construed to provide for the indemnification for any liability to the extent (but only to the extent) that such indemnification would be in violation of applicable law, but instead shall be construed so as to effectuate the provisions thereof to the fullest extent permitted by applicable law.

**(c) Waiver of Fiduciary Duties.** To the fullest extent permitted by applicable law, notwithstanding any other provision of this Agreement or otherwise of applicable law, including any in equity or at law, no Member shall have any fiduciary duty to the DAO or to any Member by reason of this Agreement or in its capacity as a Member, except that the Members shall be subject to the implied contractual covenant of good faith and fair dealing and the terms and provisions of this Agreement. The provisions of this Agreement, to the extent that they restrict or eliminate the duties and liabilities of the Members otherwise existing at law or in equity, are agreed by the parties hereto to replace such other duties and liabilities of the Members. Members can exercise any rights under this Agreement consistent with this Agreement.

# 13. Intellectual Property Rights.

**(a) Grant of Rights.** All DAO members, and any Members that join in the future, **grant to the DAO, and its affiliate DAOLABS, LLC,** a perpetual, non-exclusive, royalty-free license and right, and all ancillary and subsidiary rights therein and thereto, throughout the world, to use, edit, modify, include, incorporate, adapt, record, reproduce, display, and archive any copyrightable work associated with any written copy, source



PLAINTIFF0003532

code, illustrations, and artwork (the "Work") in any manner whatsoever, in or out of context, by any and all means and/or devices and in any and

all media now or known hereafter-all in connection with the production, exhibition, distribution, exploitation, advertising, marketing, publicity, and promotion of the DAO and its Purpose. The term of this license begins whenever a contribution is made through the Site by a Person entering into this Agreement as a Member or is subsequently admitted as a Member pursuant to the terms of this Agreement (i.e., any and all Members). "Site" includes the DAO, its affiliate DAOLABS, LLC, the decentralized application(s), Github, Discord, and/or any other means of written or oral communication made to the DAO or its Members.

DAO contributors, with regards to development of the DAO application, with compensation, will execute any agreement for consulting or assignment, along with any innovations via a written agreement with the DAO or its affiliate, DAOLABS, LLC[3] from which the DAO licenses its Dapp and operating applications.

**(b) Reservation of Rights.** All rights in any copyrightable works not specifically granted to the DAO are reserved by the Members. Specifically, the DAO acknowledges that its use of the Work will not affect the Member's continued and separate copyright ownership in the Work, and that the Member may use and license others to use the Work elsewhere.

**(c) Representations and Warranties, Indemnification.** Each Member represents and warrants that it is the owner of the entirety of all intellectual property rights stemming from the Work, and that each Member has full authority to enter into this Agreement and grant the licenses herein. No other rights, permissions, or consents are necessary for the DAO to use the Work in accordance with the licenses granted herein, and no fees, royalties, or use payments of any kind are due to each Member or third parties in connection with the exercise of the licenses granted herein. Each Member guarantees that the Work does not infringe any copyright or

PLAINTIFF0003533

trademark, and that the Work does not violate any
privacy, personal, proprietary, or common law, or
statutory right, of any Person. Licensor shall

indemnify and hold Licensee (and its agents,
Affiliates, assigns, heirs, or other successors
in interest) harmless from any claim, loss,
liability, damage, or expense (including
reasonable attorneys' fees) arising out of any
claim, lawsuit, or demand which is inconsistent
with or arises out of warranties or
representations in this Section.



**(d) Limited Field of Use.** Notwithstanding the
preceding provisions, the DAO shall not use
Members' Work for any purposes other those
defined in the Section 13(a), which includes use
by the DAO within its field of use as defined in
its Purpose in Section 1, including any for-
profit endeavors, with the exception, however, of
the purposes of any derivative rights by the DAO
which it is obligated to grant to DAOLABS, or its
affiliates for use of or within the licensed
Dapp, and any contributions to the DAO where the
DAO compensates the Member for the Work.

# 14. Derivative Matters.

**(a) No Derivative Actions.** No Member shall have
the right to bring any action or proceeding in
any court or before any arbitrator or other
tribunal against the DAO or any other Member on
account of any alleged or actual breach of this
Agreement or any other agreement or instrument to
which the DAO is a party or by which it is bound,
or for any other purpose whatsoever, except as
expressly provided in this Agreement.

# 15. Amendments.

**(a)** Except as otherwise provided herein, the
terms and provisions of this Agreement may be
amended only with the prior consent of Members
acting by a vote via the Dapp or the DAO's
Snapshot Spaces proposals.

**(b)** Amendments to this Agreement shall be made
available via the Dapp.

PLAINTIFF0003534

# 16. Service Providers.

**(a) Appointment and Compensation of Service Providers.** The DAO shall have the right to appoint Service Providers to perform administrative services, responsibilities, and duties to carry on the DAO's operations, including maintenance of the Dapp and smart contracts. The DAO shall have the right to provide Service Providers with reasonable compensation.

**(b) Limitation of Liability.** Notwithstanding anything contained in this Agreement to the contrary, any Service Provider of DAO shall not be liable for any error of judgment, mistake of law, or for any loss suffered by the DAO, its Members, Persons affiliated with the DAO or its Members, or third parties in connection with the matters to which this Agreement relates or for any services provided by a Service Provider, except for a loss resulting from a Service Provider's willful misfeasance, gross negligence, or reckless disregard in the performance of its duties under this Agreement. Furthermore, Service Providers shall not be liable for:

> **(i)** any action taken or omitted in accordance with or in reliance upon written or oral instructions, advice, data, documents, or information (without investigation or verification) received by Service Providers from any authorized Person;

> **(ii)** any liability arising from the transfer or use of any Governance Rights or Tokens, including with respect to matters arising under applicable laws or private rights of action; or

> **(iii)** any action taken or omitted by the DAO, its Members, any affiliated Persons of the DAO or its Members, or any third party.

**(c) Indemnification.** The DAO shall indemnify and hold harmless any Service Provider, their

PLAINTIFF0003535



affiliates, employees, and agents, from and against any and all losses, damages, liabilities, costs, and expenses (including reasonable attorneys' fees) arising out of or in connection with any claim, lawsuit, or demand which arises out of any activities during their period of service to the DAO and from the conclusion of services until the statute of limitations have run for any known or unknown claims. The DAO, its Members, and any contributors to the DAO via the Dapp, the Gnosis Multi-signature Wallet, the purchase of an NFT, or the receipt of any Governance Rights from any party or parties shall agree to the indemnification obligation set forth in the attached Agreement between the DAO and the Service Provider, including its affiliates, employees, and agents.

**(d) Initial Service Provider.** The DAO will hire the dao-lawfirm.eth, and its affiliates as its initial Service Provider.

**(e) Vetoer Role.** The Service Provider or its agents shall have the right to veto any action, proposal, or decision of the DAO, its Members, or any affiliated Persons of the DAO or its Members, or any third party, until the community deems it unnecessary via safe-guards encoded into the platform smart-contracts. The Service Provider need not provide any reason for its veto in any form it may take, including but not limited to, a vote, a veto, a veto vote. Additionally, the right extends to taking any action necessary to prevent a fraud, theft or other illegal activity from occurring against the DAO, its Members, its treasury or any other assets of the DAO.

# 17. General Provisions.

**(a) Notices.** Subject to Section 5 (**Section 2 or Section 5?**), all notices required to be delivered under this Agreement shall be effective only if sent via **Discord, Twitter, or another acceptable communication channel**. In computing the period of time for the giving of any notice, the day on which the notice is given shall be excluded, and the day on which the matter noticed is to occur shall be included. If notice is given via electronic means by dao-lawfirm.eth, it shall be

PLAINTIFF0003536