

deemed to be given when sent, provided that dao-

lawfirm.eth does not have reason to believe that
such notice was not delivered.

**(b) Further Assurances.** Each Member agrees to
perform all further acts and to execute,
acknowledge, and deliver any document (including
tax forms and information) that may reasonably be
necessary to carry out the provisions of this
Agreement.

**(c) Interpretation.** Unless otherwise indicated to
the contrary herein by the context or use thereof
the words, "herein," "hereto," "hereof," and
similar language refer to this Agreement as a
whole and not to any particular section or
paragraph within the Agreement; words referring
to the masculine gender shall include the
feminine and neutral genders, and vice versa; and
words referring to the singular shall include the
plural, and vice versa; plural forms of singular
defined terms shall have corresponding meanings
and singular forms of plural defined terms shall
have corresponding meanings; the section headings
contained in this Agreement are for reference
purposes only and shall not affect the
interpretation of this Agreement; references to
statutes or regulations include amendments and
successor or replacement statutes or regulations.

**(d) Severability.** If any term or provision of
this Agreement or any application of this
Agreement shall be declared or held invalid,
illegal, or unenforceable, in whole or in part,
whether generally or in any particular
jurisdiction, such provision shall be deemed
amended to the extent, but only to the extent,
necessary to cure such an invalidity, illegality,
or unenforceability, and the validity, legality,
and enforceability of the remaining provisions,
both generally and in every other jurisdiction,
shall not in any way be affected or impaired
thereby.

**(e) Binding Agreement.** This Agreement shall be
binding upon and inure to the benefit of the
parties and their respective heirs, executors,
administrators, successors, permitted assigns

PLAINTIFF0003537

administrators, successors, permitted assigns, trustees, and legal representatives.

**(f) Creditors.** None of the provisions of this Agreement shall be for the benefit of, or enforceable by, any creditor of any Member or of the DAO. No creditor who makes a loan to the DAO may have or acquire, as a result of making the loan, any direct or indirect interest in the DAO's property.

**(g) Waiver.** Any term or condition of this Agreement may be waived at any time by the party or parties entitled to the benefit thereof, but only by a writing signed by the party or parties waiving such term or condition. No waiver of any provision of this Agreement or of any right or benefit arising hereunder shall be deemed to constitute or shall constitute a waiver of any other provision of this Agreement (whether similar or not), nor shall any such waiver constitute a continuing waiver, unless otherwise expressly so provided in writing.

**(h) Waiver of Partition; No Bill for DAO Accounting.** Each Member hereby irrevocably waives any and all rights that it may have to maintain an action for partition of any of the DAO's property. Each Member covenants that it shall not file a bill for DAO accounting.

**(i) Limitation of Liability.** Except for any remedies that cannot be excluded or limited by law, no Person, or its agent, Affiliate, assigns, heirs, or other successors in interest, will be liable under this Agreement to another Person, or that party's agent, Affiliate, assigns, heirs, or other successors in interest, or other third party, for any special, reliance, punitive, indirect, incidental, or consequential damages or lost or imputed profits, lost data, lost property, or any costs and fees. This limitation of liability may not be valid in some jurisdictions. Parties to this Agreement may have rights that cannot be waived under some laws. The DAO and its Members do not seek to limit the DAO's or Members' warranties or remedies to any extent not permitted by law.

YOU UNDERSTAND AND AGREE THAT, TO THE FULLEST

PLAINTIFF0003538

YOU UNDERSTAND AND AGREE THAT, TO THE FULLEST
EXTENT PROVIDED BY LAW, IN NO EVENT SHALL THE DAO
OR ITS MEMBERS BE LIABLE FOR ANY LOSS OF PROFITS,



REVENUE OR DATA, INDIRECT, INCIDENTAL, SPECIAL,
OR CONSEQUENTIAL DAMAGES, OR DAMAGES OR COSTS DUE
TO LOSS OF PRODUCTION OR USE, BUSINESS
INTERRUPTION, OR PROCUREMENT OF SUBSTITUTE GOODS
OR SERVICES, IN EACH CASE WHETHER OR NOT THE DAO
OR ITS MEMBERS HAS BEEN ADVISED OF THE
POSSIBILITY OF SUCH DAMAGES, ARISING OUT OF OR IN
CONNECTION WITH THE AGREEMENT OR ANY
COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH
OTHER USERS OF THE DAO, ON ANY THEORY OF
LIABILITY, RESULTING FROM: (a) THE USE OR
INABILITY TO USE THE DAO DAPP; (b) THE COST OF
PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES
RESULTING FROM ANY GOODS, DATA, INFORMATION OR
SERVICES PURCHASED OR OBTAINED; OR MESSAGES
RECEIVED FOR TRANSACTIONS ENTERED INTO THROUGH
THE DAO DAPP; (c) UNAUTHORIZED ACCESS TO OR
ALTERATION OF YOUR TRANSMISSIONS OR DATA; (d)
STATEMENTS OR CONDUCT OF ANY THIRD PARTY IN THE
DAO; OR (e) ANY OTHER MATTER RELATED TO THE DAO
DAPP, WHETHER BASED ON WARRANTY, COPYRIGHT,
CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT
LIABILITY OR ANY OTHER LEGAL THEORY.

**(j) Governing Law; Jurisdiction; Venue.**
Notwithstanding the place where this Agreement
may be executed by any of the parties hereto, the
parties expressly agree that all of the terms and
provisions hereof shall be construed in
accordance with and governed by the laws of the
State of Delaware, without giving effect to the
principles of choice or conflicts of laws thereof
that would require that this Agreement be
governed by the laws of another state. Each of
the parties hereto consents and agrees to the
exclusive personal jurisdiction of any state or
federal court sitting in Delaware, and waives any
objection based on venue or forum non conveniens
with respect to any action instituted therein,
and agrees that any dispute concerning the
conduct of any party in connection with this
Agreement shall be heard only in the courts
described above.

**(k) Arbitration.** In consideration of the promises
in this agreement, the parties agree that any and

PLAINTIFF0003539

all controversies, claims, or disputes with anyone (including the DAO and any employee, officer, director, shareholder or benefit plan of

the company in their capacity as such or otherwise) arising out of, relating to, or resulting from this Agreement, shall be subject to binding arbitration under the arbitration rules set forth in Delaware law and thereby agrees to waive any right to a trial by jury, include any statutory claims under state or federal law, including, but not limited to, claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act, the Worker Adjustment and Retraining Notification Act, discrimination or wrongful termination and any statutory claims. The parties further understand that this Agreement to Arbitrate also applies to any disputes that the DAO may have with a Member.



**(1) Procedure.** The parties agree that any arbitration will be administered by the American Arbitration Association ("AAA") and that the neutral arbitrator will be selected in a manner consistent with its national rules for the resolution of employment disputes. The parties agree that the Arbitrator shall have the power to decide any motions brought by any party to the arbitration, including motions for summary judgment and/or adjudication and motions to dismiss and demurrers, prior to any arbitration hearing. The parties also agree that the arbitrator shall have the power to award any remedies, including attorneys' fees and costs, available under applicable law. The parties understand that they shall share equally in paying for the administrative or hearing fees charged by the arbitrator or AAA. The parties agree that the Arbitrator shall administer and conduct any arbitration in a manner consistent with the rules and that to the extent that the AAA's national rules for the resolution of employment disputes conflict with the rules, the rules shall take precedence. The parties agree that the decision of the Arbitrator shall be in writing.

PLAINTIFF0003540

**(m) Covenant Not to Sue."** The Members hereby agree and understand that by signing this agreement they hereby waive any right to sue

other Members or the DAO for any reason and at any time. In the event that a Member attempts to file suit against either another Member or the DAO, that Member's ownership interest shall be cancelled and he shall be refunded any money or other assets he personally contributed to the DAO, but shall not be entitled to any increase in value or other profit earned by the DAO. Solely the Service Provider shall be empowered to determine if a Member is entitled to any other remuneration upon the cancellation of his ownership interest. Consistent with Section 6, the Service Provider is solely authorized and empowered to make such a determination, and there is no right of appeal or other objection to the determination of the Service Provider. The DAO, Members and the Service Provider covenant that under no conditions will any party or any affiliate file any action against the other (except requests for injunctive or other equitable relief only) in any forum, but instead agree to resolve any disagreement regarding the implementation of the Agreement or an alleged breach by a party by mandatory arbitration. The parties further choose to use Washington Arbitration and Mediation Services (**"WAMS"**) in Seattle, Washington, as the agreed arbitrator in this matter. Each party may request arbitration of any dispute by sending notice to the other party, in writing, of the demand for arbitration.

In the event of any arbitration of a dispute between the parties, the DAO agrees to pre-pay, after any reasonable and legitimate threat of arbitration has been received, $500,000.00 (half-million, $500,000.00 USD) to the Service Provider or to the affiliate's choice. Following arbitration, the arbitrator may award attorney's fees to the prevailing party, including the reimbursement of any attorney's fees that were pre-paid in the dispute.

**(n) Entire Agreement.** This Agreement (including the exhibits hereto) supersedes any and all other understandings and agreements, either oral or in writing, among the parties with respect to the



PLAINTIFF0003541

subject matter hereof and constitutes the sole agreement among the parties with respect thereto,

including but not limited to the Original Agreement.

**(o) Amendment.** This Agreement may not be amended, modified, or revoked, in whole or in part, nor may any provisions be waived, except via a vote occurring through the Dapp.

**(p) Securities Laws Matters.** THE TOKENS HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED, STATE SECURITIES LAWS, OR THE LAWS OF ANY COUNTRY OUTSIDE THE UNITED STATES. THEY PROVIDE NO RIGHT TO ANY PROFITS OR LOSSES OF THE DAO, NOR IS THERE A REASONABLE EXPECTATION OF PROFIT FROM BUYING OR RECEIVING THE TOKENS. THE TOKENS ONLY PROVIDE THE HOLDER WITH GOVERNANCE RIGHTS THAT ARE SPECIFICALLY LIMITED IN THIS AGREEMENT.

**(q) Communication by Electronic Means.** Unless otherwise required by law or by agreement, any notice, vote, consent, petition, or other oral or written communication required or permitted can be delivered by electronic means, provided that, in the case where such communication expressly or impliedly requires the signature of the person submitting the communication, means are in place to reasonably assure the authenticity of the signature, including Cryptographic signatures. For the purposes of notice or any communications pertaining to this Agreement, Members may deliver electronic correspondence, *in addition, to other means,* to 0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email or 0x752515a3A1091b9f1c04416CF79D1F14d2340085@ethereum.email.

**(r) Modification of Agreement.** The DAO's Authorized Members or Service Provider expressly reserves the right from time to time to amend these Guiding Principals, in the manner now or hereafter permitted by the provisions of the this agreement and these Guiding Principals, whether or not such amendment shall constitute or result in a fundamental change in the purposes or structures of the DAO or in the rights or

PLAINTIFF0003542

procedures of the DAO or in the rights or
privileges of members or others or in any or all
of the foregoing. All rights and privileges of

members or others shall be subject to this
reservation. Wherever used in these Guiding
Principals with respect to the agreement, the
word "amend," "amended," or "amendment" includes
and applies to the amendment, alteration, or
repeal of any or all provisions of the Guiding
Principals or the adoption of new Guiding
Principals.



# Footnotes

1. The maximum number of
   1157920892373161954235709850086879078532699
   8466564056403945758400791312963993 5. ↩

2. Gnosis Multi-Signature Wallet,
   0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6.
   ↩

3. The DAO is an unincorporated nonprofit
   association in the State of Delaware. The
   DAO has been granted a perpetual, non-
   exclusive, royalty-free license to source
   code from DAOLABS, LLC. under specific field
   of use, DAO operations for non-profit
   Cryptographic governance. ↩

Previous
definitions.md

Next
tos.md

PLAINTIFF0003543



LEGAL-TOOLS    **DAOLABS**



Connect Wallet

    

# Terms of Service

*Effective Date: August 21, 2022 Last updated: January 8, 2023*
_0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email

_ *daolabs.wtf*

PLEASE READ THIS TERMS OF SERVICE AGREEMENT CAREFULLY. THIS SITE AND ANY OTHER WEBSITES OF THE DAO, ITS AFFILIATES OR AGENTS IS CONTROLLED BY THE DAO. THESE TERMS OF USE GOVERN THE USE OF THE SITE AND APPLY TO ALL INTERNET USERS VISITING THE SITE. BY ACCESSING OR USING THE SITE IN ANY WAY, INCLUDING USING THE SERVICES AND RESOURCES AVAILABLE OR ENABLED VIA THE SITE (EACH A "SERVICE" AND COLLECTIVELY, THE "SERVICES"). BY CLICKING ON THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, AND/OR BROWSING THE SITE, YOU REPRESENT THAT (1) YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THE TERMS OF SERVICE, (2) YOU ARE OF LEGAL AGE TO FORM A BINDING CONTRACT WITH THE DAO, AND (3) YOU HAVE THE AUTHORITY TO ENTER INTO THE TERMS OF USE PERSONALLY OR ON BEHALF OF THE ENTITY YOU HAVE NAMED AS THE USER, AND TO BIND THAT ENTITY TO THE TERMS OF SERVICE. THE TERM "YOU" REFERS TO THE INDIVIDUAL OR LEGAL ENTITY, AS APPLICABLE, IDENTIFIED AS THE USER WHEN YOU REGISTERED ON THE SITE. IF YOU DO NOT AGREE TO BE BOUND BY THE TERMS OF SERVICE, YOU MAY NOT ACCESS OR USE THIS SITE OR THE SERVICES.

PLEASE BE AWARE THAT SECTION 15 OF THIS AGREEMENT, BELOW, CONTAINS PROVISIONS GOVERNING HOW ANY

Terms of Service

    Decentralized, Centralized Applications.

      Parties, Notice addresses.

      Introduction.

      1. By using the Site, you agree to these Terms.

      2. Information of a Legal, Accounting, or Tax Matters.

      3. Risks Involved in the Use of the Smart Contracts.

      4. Source Code Repositories.

        5. Intellectual Property.

      6. The Decentralized Application.

      7. Access to the DAO Application.

        8. Securities Law Matters.

        9. OFAC Compliance.

        10. Third Party Links.

        11. Privacy Policy.

        12. Disclaimers; Limitation of Liability.

        13. Indemnification.

        14. Arbitration.

        15. Governing Law.

        16. General.

        17. Contacting Us.

PLAINTIFF0003544



POTENTIAL DISPUTES THAT YOU AND WE HAVE AGAINST EACH OTHER ARE RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY DISPUTES THAT AROSE OR WERE ASSERTED PRIOR TO THE EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR, IT CONTAINS AN ARBITRATION AGREEMENT WHICH WILL, WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN US TO BE SUBMITTED TO BINDING AND FINAL ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF AGAINST US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF IN A COURT OF LAW AND TO HAVE A JURY TRIAL.

## Decentralized, Centralized Applications.

DAO applications may be accessed at the following URLs: daolabs.wtf, dao-lawfirm.xyz, movement.xyz, juicebox.wtf, treasury.wtf, tiles.wtf and any services used by the DAO, such as Discord, Twitter, Instagram and Github.[^1]

## Parties, Notice addresses.

The parties to this agreement are **you** (user of the DAO's decentralized application) and **the DAO.** For the purpose of electronic communication or other electronic notice you may contact the DAO via its Service Provider at dao-lawfirm.xyz or by e-mail at 0x752515a3A1091b9f1c04416CF79D1F14d2340085@ethereum.email or 0x5d95baEBB8412AD827287240A5c281E3bB30d27E@ethmail.cc.

## Introduction.

Please read these terms of service ("Terms") carefully. These Terms are between you and the DAO ("DAO," "we," "us," or "our") concerning your use of the **DAO's decentralized application ("Dapp") or websites,** including the sites listed above, other DAO websites, and other websites maintained by the DAO (together the "Site" or "Sites") which may interact with and operate on the Juicebox protocol (the "Juicebox DAO Protocol") currently available

**PLAINTIFF0003545**

on Ethereum via <u>smart contracts</u> ("Smart Contracts").

These Terms apply to you (**"you,"** or **"User"**) as a user of the Site information made available on the Site.



## 1. By using the Site, you agree to these Terms.

Certain features on the site may be offered while still in "beta" form (**"Services"**). By accepting these Terms or using the Services, You understand and acknowledge that the Services are being provided as a potentially temporary version and made available on an "as is" or "as available" basis. The Services may contain bugs, errors, and other problems.

You assume all risks and all costs associated with your use of the DAO services, including, without limitation, any internet access fees, back-up expenses, costs incurred for the use of your device and peripherals, and any damage to any equipment, software, information, or data. In addition, we are not obligated to provide any maintenance, technical support, or other support for the Services.

None of the information, services, or materials offered on the Sites constitute, or are intended to constitute, legal, financial, tax, investment, or other advice, and you should not act or refrain from acting based on any information, services, or materials provided on the Sites. All content on the Sites is information of a general nature and does not address the unique circumstances of any particular user. You are strongly urged to consult with your own legal, financial, tax, investment, and other advisors as to all legal, financial, tax, and investment-related questions you have.

You must be able to form a legally binding contract online either as an individual or on behalf of a legal entity. You represent that as a User, you have the legal authority to bind the company or other legal entity on the behalf of which you are acting to these Terms, you are at least 18 years old or the age of majority where

PLAINTIFF0003546

you reside, whichever is older, you can form a
legally binding contract online, and you have the
full right, power, and authority to enter into and

to comply with the obligations under these Terms
on your own behalf, or on behalf of the company or
other legal entity on the behalf of which you are
acting.



PLEASE NOTE THAT THE AGREEMENT IS SUBJECT TO
CHANGE BY THE DAO IN ITS SOLE DISCRETION AT ANY
TIME. When changes are made, the DAO will make a
new copy of the Terms of Service Agreement
available at the Site and any new Supplemental
Terms will be made available from within, or
through, the affected Service on the Site. We will
also update the "Last Updated" date at the top of
the Terms of Service Agreement. The DAO may
require you to provide consent to the updated
Agreement in a specified manner before further use
of the Site and/ or the Services is permitted. If
you do not agree to any change(s) after receiving
a notice of such change(s), you shall stop using
the Site and/or the Services. Otherwise, your
continued use of the Site and/or Services
constitutes your acceptance of such change(s).
PLEASE REGULARLY CHECK THE SITE TO VIEW THE THEN-
CURRENT TERMS.

As a User, you agree to be bound by any changes,
variations, or modifications to our terms of
service and your continued use of the Site shall
constitute acceptance of any such changes,
variations, or modifications.

## 2. Information of a Legal, Accounting, or Tax Matters.

Any legal, financial, or tax comments within the
Sites are provided for informational and
illustrative purposes only, and are not intended
to constitute legal, financial, tax, or other
advice. You should not act or refrain from acting
based on any information gleaned from any
documents, comments, or instructions within the
Sites. The DAO does not endorse or make any
representation as to the capabilities of any legal
or tax professional or advisors within our Sites
(or the Internet), and the provision of contact
information is not a recommendation that you hire

PLAINTIFF0003547

any such person. Please check with your legal and
tax advisors to make the best decisions for your
specific circumstances.

## 3. Risks Involved in the Use of the Smart Contracts.

The DAO protocol runs entirely on publicly
accessible smart contracts explained in detail
throughout the Juicebox DAO's online documents,
currently available at
https://info.juicebox.money. The Juicebox DAO's
protocol is public infrastructure running well-
known code. All consequences from interacting with
networks running the protocol are borne by the
entities or individuals who sign each transaction.
The protocol works according to the specifications
outlined in these docs to the extent the code is
written and deployed correctly, which is a
collective responsibility and is not guaranteed.
There are major risks that the code is not written
and deployed correctly. **Please do your own
research.**

## 4. Source Code Repositories.

**(a) No Warranties.** The DAO's source code
Repository is only a presentation of information
regarding certain view points and technologies.
The statements contained in the Repository do not
provide any advice, representation, warranty,
certification, guarantee or promise relating to
these technologies, any uses thereof or any of the
other matters discussed in the Repository, nor
does the Repository provide an offer or agreement
to make such technologies available, maintain or
update such technologies, or sell or buy any asset
or enter into any transaction. You should not rely
on the Repository as a basis for making any
financial or other decision.

## 5. Intellectual Property.

The rights granted to you in the Agreement are
subject to the following restrictions: (a) you
shall not license, sell, rent, lease, transfer,
assign, reproduce, distribute, host or otherwise
commercially exploit the DAO's Properties or any
portion of the DAO's Properties, including the
Site; (b) you shall not frame or utilize framing

PLAINTIFF0003548

Site, (b) you shall not frame or utilize framing 371 techniques to enclose any trademark, logo, or other DAO Properties (including images, text, page



layout or form) of the DAO; (c) you shall not use any metatags or other "hidden text" using the DAO's name or trademarks; (d) you shall not modify, translate, adapt, merge, make derivative works of, disassemble, decompile, reverse compile or reverse engineer any part of the DAO's Properties except to the extent the foregoing restrictions are expressly prohibited by applicable law; (e) you shall not use any manual or automated software, devices or other processes (including but not limited to spiders, robots, scrapers, crawlers, avatars, data mining tools or the like) to "scrape" or download data from any web pages contained in the Site (except that we grant the operators of public search engines revocable permission to use spiders to copy materials from the Site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials); (f) except as expressly stated herein, no part of the DAO's Properties may be copied, reproduced, distributed, republished, downloaded, displayed, posted or transmitted in any form or by any means; and (h) you shall not remove or destroy any copyright notices or other proprietary markings contained on or in the DAO's Properties. Any future release, update or other addition to the DAO's Properties shall be subject to the Agreement. The DAO, its suppliers and Service Providers reserve all rights not granted in the Agreement. Any unauthorized use of any the DAO's Property terminates the licenses granted by the DAO pursuant to the Agreement.

**1. The DAO Properties.** Except with respect to Your Content and User Content **(Your/User Content is not in the Definitions section),** you agree that the DAO and its suppliers own all rights, title and interest in the DAO Properties. You will not remove, alter or obscure any copyright, trademark, service mark, or other proprietary rights notices incorporated in or accompanying any of the DAO Properties.

**2. Your Content.** The DAO does not claim ownership

PLAINTIFF0003549

of Your Content. However, when you as a Registered User post or publish Your Content on or in the DAO Properties, you represent that you own and/or have



a royalty-free, perpetual, irrevocable, worldwide, non-exclusive right (including any moral rights) and license to use, license, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, derive revenue or other remuneration from, and communicate to the public, perform and display Your Content (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or later developed, for the full term of any worldwide intellectual property right that may exist in Your Content.

**3. License to Your Content.** Subject to any applicable account settings that you select, you grant the DAO a fully paid, royalty-free, perpetual, irrevocable, worldwide, royalty-free, non-exclusive and fully sublicensable right (including any moral rights) and license to use, license, distribute, reproduce, modify, adapt, publicly perform, and publicly display Your Content (in whole or in part) for the purposes of operating and providing the DAO Properties to you and to our other Registered Users. Please remember that other Registered Users may search for, see, use, modify and reproduce any of Your Content that you submit to any "public" area of the DAO Properties. You warrant that the holder of any worldwide intellectual property right, including moral rights, in Your Content, has completely and effectively waived all such rights and validly and irrevocably granted to you the right to grant the license stated above. You agree that you, not the DAO, are responsible for all of Your Content that you Make Available on or in the DAO Properties. Any Content posted by you in your profile may not contain nudity, violence, sexually explicit, or offensive subject matter as determined by the DAO in its sole discretion. You may not post or submit for print services a photograph of another person without that person's permission.

## 6. The Decentralized Application.

The DAO provides access to a Dapp, a decentralized finance application, (**"Application"**) on the

PLAINTIFF0003550

Ethereum blockchain that allows individuals to contribute Ethereum assets including Ethereum, ERC-20, ERC-721, and other Ethereum-based assets (**"Cryptocurrency Assets"**) to the DAO Treasury as contributions. The Application may be configured as to emit project tokens (**"Project Tokens"**) which may or may not have utility. The Application spans a front-end application, middleware (including Interplanetary File System metadata, Graph indexers, Blocknative API functions, Infura services, Cloud Functions, etc.) and an array of Ethereum smart contracts – the user is required to authorize the execution of the Smart Contracts when interacting with their wallet at all times.



Using the DAO protocol may require that you pay a fee, such as gas fees on the Ethereum network, to perform a transaction. You acknowledge and agree that the DAO has no control over any transactions completed by Users within the DAO's protocol, or the method of payment of any such transactions or any actual payments of such transactions. Accordingly, you must ensure that you have a sufficient balance of the applicable cryptocurrency tokens stored at your DAO protocol-compatible wallet address (**"Cryptocurrency Wallet"**) to complete any such transaction within the DAO protocol or the Ethereum network before initiating such a transaction. The DAO has no duty to aid Users or provide gas fees to Users for any transactions completed within the DAO's protocol.

## 7. Access to the DAO Application.

Access to the Site is provided on an "AS IS" and "as available" basis only. We do not guarantee that the Site, or any content on it, will always be available or uninterrupted. From time to time, access may be interrupted, suspended, or restricted, including because of a fault, an error, or unforeseen circumstances, or because we are carrying out planned maintenance. With regards to the Sites; We reserve the right to limit the availability of the Site to any person, geographic area or jurisdiction we so desire and/or to terminate your access to and use of the Site, at any time and in our sole and absolute discretion. We may remove or amend the content of the Site at any time. Some of the Site content may be out of

PLAINTIFF0003551

date at any given time and we are under no
obligation to update it. We do not guarantee that

the Site, or any content on it, will be free from
errors or omissions.



We will not be liable to you for any loss or
damage you may suffer as a result of the Site
being unavailable at any time for any reason. You
must comply with all applicable domestic and
international laws, statutes, ordinances and
regulations applicable to your use of the Site,
and DAO will not be liable for any Users who
violate any applicable domestic and international
laws pertaining to their use of the Site.

**Registering Your Account.** In order to access
certain features of the DAO's Properties you may
be required to become a Member. For purposes of
the Agreement, a Member is also a "Registered
User", which is a user who has registered an
account on the Site ("Account"), and has a valid
account on a third party service through which the
user has connected to the Site (each such account,
a "Third-Party Account").

**As a condition to accessing or using the Site, you
will:**

1. only use the Site in accordance with these
   Terms;
2. ensure that all information that you provide
   on the Site is current, complete, and
   accurate;
3. ensure compliance with all U.S. Securities
   laws; and
4. maintain the security and confidentiality of
   access to your Cryptocurrency Wallet address.

You acknowledge that all Content, including DAO
Properties, is the sole responsibility of the
party from whom such Content originated. This
means that you, and not the DAO, are entirely
responsible for all Content that **you upload, post,
e-mail, transmit or otherwise make available
("Make Available")** through the DAO Properties
("Your Content"), and that you and other
Registered Users of DAO Properties, and not DAO,
are similarly responsible for all Content that you
and they Make Available through the DAO Properties

PLAINTIFF0003552

("User Content").



You acknowledge that the DAO has no obligation to
pre-screen Content (including, but not limited to,
User Content), although the DAO reserves the right
in its sole discretion to pre-screen, refuse or
remove any Content. By entering into the
Agreement, you hereby provide your irrevocable
consent to such monitoring. You acknowledge and
agree that you have no expectation of privacy
concerning the transmission of Your Content,
including without limitation, chat, text, or voice
communications. In the event that the DAO pre-
screens, refuses or removes any Content, you
acknowledge that the DAO will do so for the DAO's
benefit, not yours. Without limiting the
foregoing, The DAO shall have the right to remove
any Content that violates the Agreement or is
otherwise objectionable.

**As a condition to accessing or using the Site, you
will not:**

1. Violate any applicable law, including,
   without limitation, any relevant and
   applicable anti-money laundering and anti-
   terrorist financing laws as well as any
   relevant and applicable privacy and data
   collection laws, in each case as may be
   amended;
2. Export, reexport, or transfer, directly or
   indirectly, any DAO technology in violation
   of applicable export laws or regulations;
3. Infringe on or misappropriate any contract,
   intellectual property or other third-party
   right, or commit a tort while using the Site;
4. Make commercial use of the Site or any of its
   content without our express written
   permission;
5. Misrepresent the truthfulness, sourcing or
   reliability of any content on the Site;
6. Use the Site or its content to simulate
   communications from us or another service or
   entity in order to collect identity
   information, authentication credentials, or
   other information (known as 'phishing');
7. Use the Site in any manner that could
   interfere with, disrupt, negatively affect,

PLAINTIFF0003553

or inhibit other users from fully enjoying the Site or the DAO protocol, or that could damage, disable, overburden, or impair the

functioning of the Site or the DAO protocol in any manner;

8. Attempt to circumvent any content filtering techniques or security measures that DAO employs on the Site, or attempt to access any service or area of the Site that you are not authorized to access;

9. Use any robot, spider, crawler, scraper, or other automated means or interface not provided by us, to access the Site to extract data;

10. Introduce any malware, virus, trojan horse, worm, logic bomb, drop-dead device, backdoor, shutdown mechanism or other harmful material into the Site;

11. **Post content or communications on the Site that are, in our sole and absolute discretion, libelous, defamatory, profane, obscene, pornographic, sexually explicit, indecent, lewd, vulgar, suggestive, harassing, hateful, threatening, offensive, discriminatory, bigoted, abusive, inflammatory, fraudulent, deceptive, or otherwise objectionable;**

12. Post content on the Site containing unsolicited promotions, commercial messages, or any chain messages or user content designed to deceive or trick the user of the Site; or

13. Encourage or induce any third party to engage in any of the activities prohibited under these Terms.

**You acknowledge that the Site and your use of the Site contain certain risks, including, without limitation, the following risks:**

1. That any Smart Contracts you interact with are entirely your own responsibility and liability;

2. That at any time, your access to your Cryptocurrency Assets may be suspended or terminated or there may be a delay in your access or use of your Cryptocurrency Assets which may result in the Cryptocurrency Assets diminishing in value or you being unable to

PLAINTIFF0003554



complete a transaction or interact with a
Smart Contract; and



3. That the Site and/or application may be
   suspended or terminated for any or no reason,
   which may limit your access to your
   Cryptocurrency Assets.

**Accordingly, you expressly agree that:**

1. You assume all risks in connection with your
   access and use of the Site, the DAO
   Application and the Smart Contracts; and
2. You expressly release the DAO and our
   contributors, Members, and affiliates, and
   hold them harmless from and against any and
   all liability, claims, causes of action,
   losses, expenses, or damages (whether arising
   in law or equity, including but not limited
   to special, consequential, indirect,
   punitive, and exemplary damages, and
   including but not limited to economic loss,
   business disruption, and/or attorney's fees)
   arising from or in any way related to the
   Site, the Application, and/or the Smart
   Contracts. You expressly waive all such
   claims against the Releases.

**Feedback.** You agree that submission of any ideas,
suggestions, documents, and/or proposals to the
DAO through its suggestion, feedback, wiki, forums
(e.g. Discord or Snapshot), or similar pages
("Feedback") is at your own risk and that the DAO
has no obligations (including without limitation
obligations of confidentiality) with respect to
such Feedback. You represent and warrant that you
have all rights necessary to submit the Feedback.
You hereby grant to the DAO a fully paid, royalty-
free, perpetual, irrevocable, worldwide, non-
exclusive, and fully sublicensable right and
license to use, reproduce, perform, display,
distribute, adapt, modify, re-format, create
derivative works of, and otherwise commercially or
non-commercially exploit in any manner, any and
all Feedback, and to sublicense the foregoing
rights in connection with the operation and
maintenance of the DAO Properties and/or the DAO's
purpose.

**Export control.** You may not use, export, import

PLAINTIFF0003555

**Export Control.** You may not use, export, import, or transfer the DAO Dapp except as authorized under U.S. law and the laws of the jurisdiction in

which you obtained the DAO property (Dapp or Site), and any other applicable laws. In particular, but without limitation, the DAO properties may not be exported or re-exported (a) into any United States embargoed countries, or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Person's List or Entity List. By using the DAO Dapp, you represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You also will not use the DAO Dapp for any purpose prohibited by U.S. law, including the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons. You acknowledge and agree that products, services or technology provided by the DAO are subject to the export control laws and regulations of the United States. You shall comply with these laws and regulations and shall not, without prior U.S. government authorization, export, re-export, or transfer DAO Dapp products, services or technology, either directly or indirectly, to any country in violation of such laws and regulations.

## 8. Securities Law Matters.

ANY GOVERNANCE TOKENS RECEIVED BY MEMBERS HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ANY STATE SECURITIES COMMISSION, OR OTHER REGULATORY AUTHORITY, NOR HAVE ANY OF THE FOREGOING AUTHORITIES PASSED UPON THE MERITS OF THIS OFFERING OR UPON THE ACCURACY OR ADEQUACY OF THIS AGREEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE. THIS DOCUMENT DOES NOT CONSTITUTE AN OFFER OR SOLICITATION TO ANYONE IN ANY JURISDICTION IN WHICH SUCH OFFER OR SOLICITATION IS NOT AUTHORIZED.

ANY GOVERNANCE TOKENS THAT YOU MAY ACQUIRE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT,

PLAINTIFF0003556

STATE SECURITIES LAWS, OR THE LAWS OF ANY COUNTRY
OUTSIDE THE UNITED STATES. THE DAO'S POSITION IS
THAT THE DAO'S GOVERNANCE TOKENS SHOULD NOT BE
CONSIDERED OR REGARDED AS SECURITIES AS THE
PURPOSE OF THE DAO IS TO PROVIDE A BLOCKCHAIN
NATIVE TREASURY MANAGEMENT APPLICATION AND THE DAO
TOKENS PROVIDE NO RIGHTS TO ANY DISTRIBUTION OR
PROFITS, AND ARE NON-TRANSFERABLE AS DETAILED IN
THE TERMS OF USE.



### "Not an Invitation to Invest or Purchase."

The information contained on the DAO Properties is
not an invitation or solicitation to invest in or
purchase any cryptocurrency or NFTs or to invest
in the shares or other products or services or
otherwise deal in these or enter into a contract
with the DAO, any cryptocurrency marketplace or
any other company. The information provided herein
should not be relied upon in connection with any
investment decision. No reliance should be placed
on any statements, rankings or ratings on the DAO
Properties, whether for investment purposes or
otherwise.

## 9. OFAC Compliance.

The U.S. Department of Treasury, through the
Office of Foreign Assets Control ("OFAC"),
prohibits U.S. companies from engaging in all or
certain commercial activities with certain
sanctioned countries (each a "Sanctioned Country")
and certain individuals, organizations, or
entities, including, without limitation, certain
"Specially Designated Nationals" ("SDN") listed by
OFAC. **If you use the Site, you expressly represent
that you are not located in a Sanctioned Country
and are not listed as an SDN. If the DAO
determines that the Site is being used by
prohibited persons, it will take any and all
actions to terminate that User's access to the
Site.**

## 10. Third Party Links.

The Site may contain hyperlinks or references to
third party websites. Any such hyperlinks or
references are provided for your information and
convenience only. We have no control over third

PLAINTIFF0003557

party websites and accept no legal responsibility
for any content, material, or information
contained in them. The display of any hyperlink

and reference to any third-party website does not
mean that we endorse that third party's website,
products, or services. Your use of a third-party
site may be governed by the terms and conditions
of that third-party site.



## 11. Privacy Policy.

Certain areas of the Site or Application,
including any and all interactions with the
Ethereum blockchain, record your Cryptocurrency
address and details of the transactions you
authorize. You understand that transactions,
including parties you transact with, specific
Cryptocurrency Assets you hold, including unique
ENS domain NFTs, third-party NFTs, the
Cryptocurrency address, metadata associated with
any Smart Contract such as the executing function,
or its arguments (or parameters) will contain
aggregate information which *may* identify you
personally.

The Ethereum blockchain transactions are not
temporary or transient, but are permanently and
permissionlessly accessible. The DAO, its
contributors, and its affiliates are not engaged
in profiling activities whatsoever; however, *any
other* third party, including government agencies
and/or foreign adversaries, will have unfettered
access to all of your transactions on the
blockchain forever.

Your authorization of transactions with your
Cryptocurrency address, using Cryptocurrency
Tokens, will result in the indelible dissemination
of information to the Ethereum blockchain.
Notwithstanding, the Application handles as little
personal information as possible (only your
Cryptographic address). The DAO does not retain,
have access to, or control any information you
provide to the payment vendors with regards to
your transacting with the Application (including
any payments or transfer of funds); your
authorization of any payment or execution of
transactions you provide to the site is voluntary,
and final.

PLAINTIFF0003558

Additionally, the Sites may employ Fathom
Analytics for website traffic analytics, which

doesn't use cookies and complies with the GDPR,
ePrivacy (including PECR), COPPA and CCPA. The
decision to potentially use this privacy-friendly
analytics software, was in large part to ensure
your IP address is only briefly processed by this
3rd party, and the DAO and the Site have no way of
identifying you (aside from the aforementioned
indelible entire history of Cryptographic
transactions). As per the CCPA, your personal
information is de-identified.

The purpose of the DAO potentially using Fathom
Analytics is to understand the Application website
traffic in the most privacy-friendly way possible
so that the DAO can continually improve the
Application. The lawful basis as per the GDPR is
"Article 6(1)(f); where our legitimate interests
are to improve our website and business
continually." Additionally, the DAO and its
contributors have no interest in collecting this
information.

## 12. Disclaimers; Limitation of Liability.

YOU EXPRESSLY AGREE THAT ACCESS TO AND USE OF THE
SITE IS AT YOUR SOLE RISK AND IS PROVIDED ON AN
"AS IS" AND "AS AVAILABLE" BASIS WITHOUT
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED,
INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE
OR IMPLIED WARRANTIES OF NON-INFRINGEMENT,
MERCHANTABILITY, OR FITNESS FOR A PARTICULAR
PURPOSE (EXCEPT ONLY TO THE EXTENT PROHIBITED
UNDER THE LAWS APPLICABLE TO TERMS OF SERVICE WITH
ANY LEGALLY REQUIRED WARRANTY PERIOD TO THE
SHORTER OF THIRTY DAYS FROM FIRST USE OR THE
MINIMUM PERIOD REQUIRED). WITHOUT LIMITING THE
FOREGOING, NEITHER THE DAO NOR ITS AFFILIATES OR
SUBSIDIARIES, OR ANY OF THEIR DIRECTORS, OFFICERS,
EMPLOYEES, CONTRACTORS, AGENTS, ATTORNEYS, THIRD-
PARTY PROVIDERS, DISTRIBUTORS, LICENSEES,
LICENSORS, SUCCESSORS, OR ASSIGNS (COLLECTIVELY,
"DAO PARTIES") WARRANT THAT THE SITE WILL BE
UNINTERRUPTED, BUG-FREE, OR ERROR-FREE, AND NONE
OF THE DAO PARTIES WARRANT THAT SMART CONTRACTS
ARE MERCHANTABLE, FIT FOR ANY PARTICULAR PURPOSE,
AND/OR RECOGNIZED BY ANY PARTICULAR



PLAINTIFF0003559

JURISDICTION(S).



TO THE FULLEST EXTENT PERMITTED BY LAW, THE DISCLAIMERS OF LIABILITY CONTAINED HEREIN APPLY TO ANY AND ALL DAMAGES, LOSSES AND/OR INJURY WHATSOEVER CAUSED BY OR RELATED TO USE OF, OR INABILITY TO USE, THE SERVICES UNDER ANY CAUSE OR ACTION WHATSOEVER OF ANY JURISDICTION, INCLUDING, WITHOUT LIMITATION, ACTIONS FOR BREACH OF WARRANTY, BREACH OF CONTRACT AND/OR TORT (INCLUDING NEGLIGENCE). THE DAO PARTIES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE AND/OR CONSEQUENTIAL DAMAGES IN ANY WAY WHATSOEVER ARISING OUT OF THE USE OF, OR INABILITY TO USE, THE SITE. YOU FURTHER SPECIFICALLY ACKNOWLEDGE THAT THE DAO PARTIES ARE NOT LIABLE, AND YOU AGREE NOT TO SEEK TO HOLD THE DAO PARTIES LIABLE, FOR THE CONDUCT OF THIRD PARTIES, INCLUDING OTHER USERS OF THE SITE AND OPERATORS OF EXTERNAL WEBSITES, AND THAT THE RISK OF THE SITE AND EXTERNAL WEBSITES AND OF INJURY FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

IN THE EVENT THAT A COURT AND/OR ARBITRATOR(S) OF COMPETENT JURISDICTION HOLDS THAT ANY DAO PARTY IS LIABLE TO YOU (FOR EXAMPLE AND WITHOUT LIMITATION, BECAUSE ANY RELEASE OR WAIVER HEREUNDER IS FOUND TO BE VOID OR OTHERWISE UNENFORCEABLE, OR BECAUSE ANY CLAIMS ARE FOUND TO BE OUTSIDE THE SCOPE OF ANY SUCH RELEASE OR WAIVER), UNDER NO CIRCUMSTANCES WILL ANY OF THE DAO PARTIES BE LIABLE TO YOU IN THE AGGREGATE FOR MORE THAN THE AMOUNT YOU HAVE PAID THE **DAO DIRECTLY ARISING FROM YOUR CONTRIBUTION TO THE DAO** IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, WHETHER SUCH LIABILITY IS BASED ON BREACH OF WARRANTY, BREACH OF CONTRACT OR TORT (INCLUDING NEGLIGENCE) OR OTHERWISE.

We do not guarantee that the Site will be secure or free from bugs or viruses.

You are responsible for configuring your information technology, computer programs and platform in order to access the Site. You should use your own virus protection software.

We cannot promise that the use of the Site, or any

PLAINTIFF0003560



we cannot promise that the use of the Site, or any
content taken from the Site, will not infringe the
rights of any third party.

Certain content and materials available on the
Site are for informational purposes only and are
not intended to address your particular
requirements. In particular, the content and
materials available on the Site do not constitute
any form of advice or recommendation by us, should
not be regarded as an offer, solicitation,
invitation or recommendation to buy or sell
investments, securities or any other financial
services and are not intended to be relied upon by
you in making any specific investment or other
decisions. We recommend that you seek independent
advice from your own financial advisors and legal
counsel before making any such decision.

Nothing included in the Site constitutes an offer
or solicitation to sell, or distribution of,
investments and related services by the DAO to
anyone in any jurisdiction.

You may only participate with Smart Contracts on
the Site by linking your Cryptocurrency Wallet on
supported bridge extensions such as MetaMask
(currently available at https://metamask.io/).
MetaMask is an electronic wallet that allows you
to purchase, store, and engage in transactions
using Ethereum cryptocurrency. Before putting your
Cryptocurrency Asset into a Smart Contract, you
will be required to download a supported
electronic wallet extension and connect and unlock
your Cryptocurrency Wallet with that extension.

ALL TRANSACTIONS INITIATED THROUGH OUR SERVICE ARE
FACILITATED AND RUN BY THIRD-PARTY ELECTRONIC
WALLET EXTENSIONS, AND BY USING OUR SERVICES YOU
AGREE THAT YOU ARE GOVERNED BY THE TERMS OF
SERVICE AND PRIVACY POLICY FOR THE APPLICABLE
EXTENSIONS. FOR METAMASK, THOSE TERMS ARE
AVAILABLE AT https://metamask.io/terms.html AND
https://metamask.io/privacy.html.

## 13. Indemnification.

You agree to indemnify and hold the DAO and its
parents, subsidiaries, affiliates, officers,
employees, agents, partners, suppliers, and
licensors (each a "DAO Party" and collectively

PLAINTIFF0003561

licensors (each, a "DAO Party" and collectively,
the "DAO Parties") harmless from any losses,
costs, liabilities, and expenses (including

reasonable attorneys' fees) relating to or arising
out of any and all of the following: (a) Your
Content; (b) your use of, or inability to use, any
DAO Property; (c) your violation of the Agreement;
(d) your violation of any rights of another party,
including any Registered Users; or (e) your
violation of any applicable laws, rules, or
regulations. The DAO reserves the right, at its
own cost, to assume the exclusive defense and
control of any matter otherwise subject to
indemnification by you, in which event you will
fully cooperate with the DAO in asserting any
available defenses. This provision does not
require you to indemnify any of the DAO Parties
for any unconscionable commercial practice by such
party or for such party's fraud, deception, false
promise, misrepresentation, or concealment, or
suppression or omission of any material fact in
connection with the Website or any Services
provided hereunder. You agree that the provisions
in this section will survive any termination of
your Account, the Agreement, and/or your access to
the DAO Properties.

## 14. Arbitration.

**Informal Negotiations.** To expedite resolution and
control the cost of any dispute, controversy or
claim arising under or related to your account,
the DAO protocol or Application, the Site, these
Terms, or any other transaction involving you and
the DAO, whether in contract, warranty,
misrepresentation, fraud, tort, intentional tort,
statute, regulation, ordinance, or any other legal
or equitable basis (or the breach, termination,
enforcement, interpretation or validity thereof)
(**"Dispute"**), you and the DAO agree to first
attempt to negotiate in good faith any Dispute
(except those Disputes expressly provided below)
informally for at least ninety (90) days before
initiating any arbitration. Such informal
negotiations commence upon written notice from one
person to the other. You should send your notice
in an appropriate Discord channel via
https://discord.gg/movexyz or via a message on
https://chat.blockscan.com addressed to the DAO

PLAINTIFF0003562

Gnosis multi-signature address
0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6



("**Notice Address**"). The DAO will send its notice to you by the Discord handle provided by you in connection with the aforementioned notice or to the Cryptographic address used in connection with the Application via the aforementioned https://chat.blockscan.com/.

**Binding Arbitration.** If you and the DAO are unable to resolve a Dispute through informal negotiations, either you or the DAO may elect to have the Dispute (except those Disputes expressly excluded below) finally and exclusively resolved by confidential binding arbitration, and not in a class, representative or consolidated action or proceeding. In such event, these Terms memorialize a transaction in interstate commerce; (i) the Federal Arbitration Act (9 U.S.C. § 1, et seq.) governs the interpretation and enforcement of this Section; and (ii) this Section shall survive termination of these Terms.

Any election to arbitrate by one party shall be final and binding on the other, and your grounds for appeal are limited. YOU UNDERSTAND THAT ABSENT THIS PROVISION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A JURY TRIAL. The arbitrator may award you the same damages and relief as a court sitting in proper jurisdiction could, and may award declaratory or injunctive relief. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The arbitration shall be commenced and conducted under the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available at the AAA website. The determination of whether a Dispute is subject to arbitration shall be governed by the Federal Arbitration Act. The parties agree that the arbitrator shall have exclusive authority to decide all issues relating to the interpretation, applicability, enforceability and scope of this arbitration agreement. Your arbitration fees and

PLAINTIFF0003563



your share of arbitrator compensation shall be governed by the AAA Rules and, where appropriate, limited by the AAA Consumer Rules. If such costs

are determined by the arbitrator to be excessive, you will pay all arbitration fees and expenses. The arbitration may be conducted, at the option of the claimant, either in person or by video conference. The arbitrator will make a decision in writing, but need not provide a statement of reasons unless requested by a party. The arbitrator must follow applicable law, and any award may be challenged within a reasonable period of time (not to exceed 30 days) if the arbitrator fails to do so. Except as otherwise provided in this Agreement, you and the DAO may litigate in court to compel arbitration, stay proceedings pending arbitration or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator. Judgment upon any award rendered by the arbitrator(s) may be entered and enforcement obtained thereon in any court having jurisdiction. All arbitration proceedings shall be closed to the public and confidential and all records relating thereto shall be permanently sealed, except as necessary to obtain court confirmation of the arbitration award. Each party shall have the right to participate by video conference in order to minimize travel and expense burdens. Subject to the terms and conditions of these Terms, the arbitrator shall have authority to grant any form of appropriate relief, whether legal or equitable in nature, including specific performance.

**Restrictions/No Class Actions.** You and the DAO agree that any claim brought in connection with a Dispute, whether resolved through arbitration or not, will be brought between the DAO and you individually, and that you may not assert any such claim against the DAO as plaintiff or class Member in any purported class or representative proceeding. To the fullest extent permitted by law, (1) no arbitration shall be joined with any other; (2) no Dispute between you and the DAO is to be arbitrated on a class-action basis or will utilize class action procedures; and (3) you may not bring any Dispute in a purported representative capacity on behalf of the general public, other Users of the Site or any other persons. If this specific provision is determined

PLAINTIFF0003564

to be unenforceable, then the entirety of this
Arbitration section will be null and void.



**Exceptions to Informal Negotiations and
Arbitration.** You and the DAO agree that the
following Disputes are not subject to the above
provisions concerning informal negotiations and
binding arbitration:

(1) any Disputes seeking to enforce or protect, or
concerning the validity of, any of your or the
DAO's intellectual property rights; and (2) any
claim for injunctive relief.

**Effect of Changes on Arbitration.** Notwithstanding
the provisions of these Terms, if the DAO changes
any of the terms of this Arbitration section after
the date you first accepted these Terms (or
accepted any subsequent changes to these Terms),
you may reject any such change by sending us
written notice (including by electronic mail to
the aforementioned Notice Address via
https://chat.blockscan.com/) within 30 days of the
date such change became effective, as indicated in
the "Last Updated" date above or in the date of
the DAO's e-mail to you notifying you of such
change (whichever is earlier). By rejecting any
change, you are agreeing that you will arbitrate
any Dispute between you and the DAO in accordance
with the terms of this Arbitration section as of
the date you first accepted these Terms (or
accepted any subsequent changes to these Terms.

**Small Claims Court.** Notwithstanding the foregoing,
you may bring an individual action in the small
claims court of your state or municipality if the
action is within that court's jurisdiction and is
pending only in that court.

**Release.** You hereby release the DAO, affiliates,
Service Provider, and their successors from
claims, demands, any and all losses, damages,
rights, and actions of any kind, including
personal injuries, death, and property damage,
that is either directly or indirectly related to
or arises from your use of the DAO Dapp, including
but not limited to, any use of any information,
ratings, rankings, scores, tips, or advice Made
Available via the DAO Dapp and any reliance
thereon, of any kind arising in connection with or

PLAINTIFF0003565

thereon, of any kind arising in connection of
as a result of the Agreement or your use of the
DAO Dapp. If you are a California resident, you



hereby waive California Civil Code Section 1542,
which states, "A general release does not extend
to claims that the creditor or releasing party
does not know or suspect to exist in his or her
favor at the time of executing the release and
that, if known by him or her, would have
materially affected his or her settlement with the
debtor or released party." The foregoing release
does not apply to any claims, demands, or any
losses, damages, rights, and actions of any kind,
including personal injuries, death, or property
damage for any unconscionable commercial practice
by a DAO Party or for such party's fraud,
deception, falsehood, promise, misrepresentation,
or concealment, suppression, or omission of any
material fact in connection with the Dapp or the
DAO Site or any Services provided hereunder.

## 15. Governing Law.

These Terms and all aspects of your use of the
Site shall be governed by and construed in
accordance with the applicable internal laws of
the *United States and the State of Delaware*
governing contracts entered into and to be fully
performed in *Delaware* (i.e., without regard to
conflict of law's provisions) regardless of your
location, except that the Arbitration section
above shall be governed by the Federal Arbitration
Act. For the purpose of any judicial proceeding to
enforce an arbitration award or incidental to such
arbitration or to compel arbitration, or if for
any reason a claim proceeds in court rather than
in arbitration, you hereby submit to the non-
exclusive jurisdiction of the state and Federal
courts sitting in *Georgetown, Delaware*, and agree
that service of process in such arbitration or
court proceedings shall be satisfactorily made
upon a party if sent by certified, express or
registered mail delivered to the address set forth
in the books and records of the DAO, or if no such
address has been provided, by e-mail to the e-mail
address, or by notice via Discord, or by the
aforementioned chat to the Notice Address provided
by the relevant party to the DAO in connection
with its use of the Site. With respect to any

PLAINTIFF0003566

Disputes not subject to informal dispute resolution or arbitration (as set forth above),



you agree not to commence or prosecute any action in connection therewith other than in the state and Federal courts located in *Georgetown, Delaware*, and you hereby consent to, and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to venue and jurisdiction in the state and Federal courts located in *Georgetown, Delaware*. With respect to certain non-U.S. persons, to the extent non-U.S. laws mandate a different approach with respect to governing laws, venue, statute of limitations, and dispute resolution methods, each such required standard shall be applied, but all other provisions under this section shall remain in full force.

## 16. General.

If any clause, part of any clause, or any provisions in these Terms is found to be void, unenforceable or invalid, then it will be severed from these Terms, leaving the remainder in full force and effect, provided that the severance has not altered the basic nature of these Terms.

No single or partial exercise, or failure or delay in exercising any right, power or remedy by us shall constitute a waiver by us of, or impair or preclude any further exercise of, that or any right, power or remedy arising under these terms and conditions or otherwise.

The DAO shall not be liable for any unforeseeable event beyond its reasonable control not caused by its fault or negligence (each, a "force majeure event"), which causes the DAO to be unable to perform its obligations under these Terms, and which it has been unable to overcome by the exercise of its due diligence, provided that the DAO shall use reasonable efforts to avoid or remove such causes of nonperformance, shall suspend performance only for such period of time as is necessary as a result of such force majeure event and shall resume performance as quickly as reasonably possible.

All disclaimers, indemnities and exclusions in

PLAINTIFF0003567

All disclaimers, indemnities and exclusions in these Terms shall survive termination of the Terms and shall continue to apply during any suspension

or any period during which the Site is not available for you to use for any reason whatsoever.

These Terms and the documents referred to in them set out the entire agreement between you and us with respect to your use of the Site, the DAO and the services provided via the Site and supersede any and all prior or contemporaneous representations, communications or agreements (written or oral) made between you or us.

## 17. Contacting Us.

Should you have any question about these Terms, or wish to contact us for any reason whatsoever, please do so by sending a message to the DAO's Discord public channels, or by sending a message via https://chat.blockscan.com/ addressed to the Notice Address eth:0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6, which has been provided for convenience, or to the above referenced Service Provider notice address.

---

[1]: Additional domains include: *dao-advice.xyz, dao-advisors.xyz, move.xyz, movementdao.org, movementdao.xyz, movementdao.wtf, mvmtdao.xyz, themovementdao.xyz, bannymart.xyz, bannyverse.xyz, juicebox.beer, juicebox.builders, juicebox.cafe, juicebox.cash, juicebox.click, juicebox.cash, juicebox.coffee, juicebox.cool, juicebox.directory, juicebox.domains, juicebox.engineering, juicebox.fund, juicebox.fyi, juicebox.lol, juicebox.miami, juicebox.monster, juicebox.name, juicebox.page, juicebox.plus, juicebox.wtf, treasury.wtf, treasuries.wtf, tiles.wtf*

Previous
guiding-principles.md

Next
addresses.md

PLAINTIFF0003568

 LEGAL-TOOLS   **DAOLABS**                    **Connect Wallet**



Contract Addresses

    

# Contract Addresses

- The DAO's Gnosis Safe:
  0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6
- The Developer Gnosis Safe:
  0x2187e6a7c765777d50213346f0fe519fca706fbd
- Peace DAO's Gnosis Safe:
  0xD2427c0e44D28Ea74c0504E072c6073d135569B2
- The DAO's Ascended Ape Collection:
  0xdd407a053fa45172079916431d06E8e07f655042

The DAO's token will be launched when its platform is launched. *Estimated launch date: December 2022.*

See the *Juicebox Docs* for *Juicebox v1* and *Juicebox v2* contract addresses.

| Previous | Next |
|---|---|
| tos.md | code-of-conduct.md |

PLAINTIFF0003569



PLAINTIFF0003570



**LEGAL-TOOLS**  **DAOLABS**                              **Connect Wallet**



    

Code of Conduct

  Introduction.

  Community Standards.

  Community Enforcement Guidelines.

    1. Correction.

    2. Warning.

    3. Temporary Ban.

    4. Compulsory Withdrawal.

    5. Emergency Immediate Compulsory Withdrawal.

  Disclaimers.

# Code of Conduct

*Effective Date: August 20, 2022, Last updated: January 23, 2022,* <u>0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email</u> *, daolabs.wtf*

*Some terms used in this document have specific meanings, and are defined in the <u>Definitions</u>.*

---

# Introduction.

Before being admitted as a DAO Member, each individual must accept and agree to abide by the DAO's Code of Conduct ("Code of Conduct"). The Code of Conduct is comprised of the community standards ("Community Standards") and the DAO's community enforcement guidelines ("Community Enforcement Guidelines"). The Community Standards is a set of rules that Members must abide by when interacting with the Movement community or Dapp in any way, and the Community Enforcement Guidelines outlines actions that can and will be taken in the case of a violation of the Community Standards. The purpose of the Code of Conduct is to reinforce and enhance the DAO's ethical way of operating and, in particular, to provide regulations and procedures in how to do so.

Every Member must act and interact in ways that contribute to an open, welcoming, diverse, and inclusive community. By participating in the Movement community, every Member agrees to make our community a harassment-free experience for everyone regardless of age, body size, visible or invisible disability,

PLAINTIFF0003571

or age, body size, visible or invisible disability,
ethnicity, sex, gender identity and expression, level
of experience, education, socio-economic status,

nationality, personal appearance, race, religion, or
sexual identity and orientation. Movement aims to be
a tool and resource for anyone to use, thus every
Member of Movement must act in-line with this
ideology.



## Community Standards.

All Members (including Authorized Members, the
Service Provider or its delegate) will be held to the
Community Standards and are expected to abide by them
at all times. Any and all violations of the Community
Standards will be handled by the Authorized Members
and/or Service Provider according to the Community
Enforcement Guidelines, which are listed in detail
below.

### Community Standards:

1. Members must act with honesty and integrity at
   all times;
2. Members must provide information that is true,
   fair, accurate, timely and complete, and act in
   good faith, responsibly, with due care,
   competence, and diligence without
   misrepresenting or omitting any material facts
   at all times. Making false or misleading
   statements, records, or documentation, making
   misrepresentation or omission of a material fact
   in connection with Movement's treasury or
   operational activities, or taking any action
   that could result in making Movement's treasury
   or operational activities misleading is strictly
   prohibited;
3. Members must not employ any device, scheme, or
   artifice to defraud Movement, engage in any act,
   practice, or course of business that operates or
   would operate as a fraud or deceit on Movement,
   or engage in any manipulative practice with
   respect to Movement;
4. Members must maintain appropriate controls over
   all Movement assets and resources used;
5. Members are prohibited from retaliating against
   any other Member for providing information or
   otherwise assisting in an investigation or
   inquiry in good faith regarding any conduct that

PLAINTIFF0003572

a Member believes constitutes a violation of the
Community Standards;

6. Members must be respectful and cordial in all
   interactions with all other Members. Examples of
   a violation of this rule include harassment, the
   use of sexualized language or imagery, sexual
   attention or advances of any kind, insults,
   derogatory comments, harassment, and personal or
   political attacks;
7. Members must not publish or reveal other
   Member's private information (NCC and/or PII)
   without their explicit consent; and
8. Members must not give financial advice to any
   other Member(s).

# Community Enforcement Guidelines.

If a Member violates the Community Standards in any
way, they will be subject to the enforcement of
disciplinary actions, based on these Community
Enforcement Guidelines. The Authorized Members and/or
Service Provider can and will take any and all
actions necessary in order to properly execute the
Community Enforcement Guidelines. Below are the five
different types of disciplinary actions that can and
will be enforced, based on the actions the Member
took that constituted a violation of the Community
Standards.

## 1. Correction.

**Transgression:** The use of inappropriate language or
other unprofessional or unwelcome behavior.

**Consequence:** Deletion or removal of the content in
question, along with a communication to the Member of
which rule was violated and how to avoid such
violations in the future.

## 2. Warning.

**Transgression:** A violation of the DAO's Code of
Conduct, either through a single incident or a series
of actions.

**Consequence:** A warning describing the consequences
for continued inappropriate behavior. No interaction
shall take place with the people involved (including

PLAINTIFF0003573

shall take place with one people involved (including
unsolicited interaction with those enforcing the Code
of Conduct) for seventy-two (72) hours. This includes

interactions in Community spaces, as well as
interactions through external channels like Telegram,
Discord, Reddit, a Community Forum, or another
platform. Violating this disciplinary action may lead
to a temporary or permanent ban.

## 3. Temporary Ban.

**Transgression:** A serious violation of Community
standards, including sustained inappropriate
behavior.

**Consequence:** A temporary ban from any sort of
interaction or communication with the Community for
one-hundred-sixty-eight (168) hours. No interaction
shall take place with the people involved (including
unsolicited interaction with those enforcing the Code
of Conduct) during this period. This includes
interactions in Community spaces, as well as
interactions through external channels like Telegram,
Discord, Reddit, a Community Forum, or another
platform. Violating this disciplinary action may lead
to a permanent ban.

## 4. Compulsory Withdrawal.

**Transgression:** Demonstrating a pattern of violating
Community standards, including sustained
inappropriate behavior, harassment, aggression, or
disparagement towards individuals or classes of
individuals.

**Consequence:** Permanent removal from any sort of
interaction or public communication with the
Community for an indefinite period of time. If an
individual has alternate accounts, those may be
removed as well. No public or private interaction
with the people involved (including unsolicited
interaction with those enforcing the Code of Conduct)
shall take place during this period. This includes
interactions in Community spaces, as well as
interactions through external channels like Telegram,
Discord, Reddit, a Community Forum, or another
platform. The Compulsory Withdrawal must be approved
by the Community through a Snapshot vote, and the
Member who is the subject of the Compulsory



PLAINTIFF0003574

Withdrawal will have the right to participate in the Snapshot vote.[1]

## 5. Emergency Immediate Compulsory Withdrawal.

**Transgression:** A violation of the DAO's Code of Conduct, or the DAO's <u>Guiding Principals</u> that leads the Authorized Members and/or Service Provider to reasonably believe that emergency action needs to be taken in order to protect the DAO from any material adverse effect.

**Consequence:** The Member shall be banned from the Dapp and have all DAO privileges granted to them revoked (including governance and voting rights). Unlike a Compulsory Withdrawal, an Emergency Immediate Compulsory Withdrawal does not need to be approved by the Community through a Snapshot vote, and the Member who is the subject of the Emergency Immediate Compulsory Withdrawal will NOT have the right to participate in the Snapshot vote (See <u>Section 6(c) of the Guiding Principles</u>).[2]

# Disclaimers.

Views, statements and opinions expressed by a DAO Member do not necessarily reflect the opinions of the DAO Association or any of its affiliated entities, and shall be considered individual and personal statements of that DAO Member. The DAO shall not in any case be held responsible for any views, statements or opinions of any kind expressed by the DAO Member.

# Footnotes

1. <u>Guiding Principals</u>, 6(b) ↩

2. <u>Guiding Principals</u>, 6(c) ↩



| Previous | Next |
|----------|------|
| addresses.md | strategies.md |

PLAINTIFF0003575



LEGAL-TOOLS    **DAOLABS**                                    **Connect Wallet**



Snapshot Strategies

Primary Space

Temperature Check Space

ERC-721

Delegation

Consensus Space

Weighted Whitelist
Delegation

# Snapshot Strategies

*Effective Date: August 20, 2022, Last updated: February 1, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email , daolabs.wtf*

# Primary Space

The primary space does not utilize any strategies, and does not host any voting.

# Temperature Check Space

## ERC-721

The Temperature Check space employs an erc721 strategy with the following parameters:

```
{
        "address": "0xdd407a053fa45172079916431d06E8e07f655042",
        "symbol": "MAPE"
}
```

## Delegation

The Temperature Check space employs a delegation strategy with the following parameters:

```
{
        "symbol": "MAPE (delegated)",
        "delegationSpace": "tempcheck.movedao.eth",
        "strategies": [
                {
                        "name": "erc721",
                        "params": {
                                "address": "0xdd407a053fa45172079916431d06E8e07f655042",
                                "symbol": "MAPE"
                        }
```

**PLAINTIFF0003576**

```
            }
        }


        ]
}
```

# Consensus Space



## Weighted Whitelist

*Updated 2/1/2023 per Authorized Member meeting minutes 1/31/2023, and the removal of cermembers.*

The Consensus space employs a whitelist-weighted strategy with the following parameters:

```
{
        "symbol": "MOVE",
        "addresses": {
                "0x0e2Bac198dd3646576dbAB5D86130E538f39820b": 2.98,
                "0x0F9D7257a592c7d4359D6059811e07A9A1Cff110": 31.85,
                "0x13b841dBF99456fB55Ac0A7269D9cfBC0ceD7b42": 297.71,
                "0x14817cFC0abD5ADbaac238E6ADEeB487Fff0dd31": 685,
                "0x1561c3218AB5Feeec5A0a7B817596EAbD257e5a3": 162.27,
                "0x17d880B8C29387eE16F3Ab33cf3Ad407554e829b": 56.71,
                "0x1DD2091f250876Ba87B6fE17e6ca925e1B1c0CF0": 100186.88,
                "0x1ebe61555bAd4Bd5e0D108BD78811F718D67b852": 566.97,
                "0x1F736b9D5cdeb4933DB97e4f9f8153899E0Ab82f": 1214.51,
                "0xd0C53Bd1d39d014d04C6462F1BBcd177608cE9d5": 500000,
                "0x23d5925CbeAb8803d906e52Bf68ae30d69dc570E": 281.32,
                "0x25227955b9769fAAe8e981e60ee78Bc052064220": 198.91,
                "0x2770736960c4739f96d3a033676ff0e34e71fC63": 200276.96,
                "0x2843b4E0e0B7B812C1B574C77a54308dAed0d0A2": 604.45,
                "0x2B075EDE4AF705D31464090b41B8D5C3CA9da84c": 38.93,
                "0x2D1E7B6E6284409e16991dE76d2A82847a7d61C5": 283.58,
                "0x3c7eA1846BC5cb5e043a1CE8B728d4e42d9f2539": 830.09,
                "0x3D4C86aa1f4aE5318e91957287918aDD80f4f4C6": 1134.66,
                "0x3dF364ED7e8A887f7f9c240f7e281A4ea05CE03f": 477.89,
                "0x4823e65C10DAa3eF320e5e262CfA8D0A059e02A6": 100000,
                "0x489DEe5055c36fA804AB75d9B28e39bF2a76b793": 20.54,
                "0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c": 142.56,
                "0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525": 100951.97,
                "0x50640BFc30F97fef35054beAECE3d3a188A219F0": 38.93,
                "0x511E061Bc0082BF14de5Cf2A6eeC624Df585fa52": 327.41,
                "0x54F0E1a12C368A327631F9dEA47C04Cf1Db45584": 989.09,
                "0x91898f9103cDBA1546DE834F6E26f019E09A0d4B": 100000,
                "0x580756206Bc33BDf63F26e46eb1BaD3BC5c53a54": 3945.76,
                "0x586075CEa62b415A33050c012c6e1591C1da1c74": 4.47,
                "0x58C3C3c0286a1728A70fF5fd5F2b9A346aE1d013": 97.02,
                "0x58F12A716B8cF86865D9482A30652a52A0359984": 10100
```

```
    "0x5b2b4B59276217400469916FceeFC89ACAb7548f": 195.53,
    "0x5d95baEBB8412AD827287240A5c281E3bB30d27E": 1072624.415,

    "0x616001B6A176961849c8E1422A5D95A9dBBC4739": 40.59,
    "0x620F9F9237546998abE5a2E3197C4cc49B4775d0": 2.56,
    "0x6519319E8F32F22F7a22274898588f6dc4b40bbf": 233.61,
    "0x6C0822b5D3A0aEC3869DDdE051573a97856Aeb54": 7597.71,
    "0x7157961707E305d5580c8AB29ce6E120Ec01744e": 2336.1,
    "0x752515a3A1091b9f1c04416CF79D1F14d2340085": 493318,
    "0x7929fF721516111056b3b36259846F9B942400a9": 262.13,
    "0x8269CAe3EfbC4D768D9d86AE3747253D15BF6929": 93.68,
    "0x872C95b2284e089FCB205D5DcF8E40b9E4Caea97": 3016.92,
    "0x8B4Ca0c6Ff4B175a776aEA73A251354B6771bccA": 313.52,
    "0x8ffd0b26e7a5d1B535BcC3227b44A933FFf0d338": 7315.57,
    "0x95a97CDd45F55A3e4d2c9c512BB98ed171b8F07b": 1972.38,
    "0x979Db9f8D937E19e36DFDB5Fe3a48a207A5c7991": 439.56,
    "0x9AB301FD4F2519af93cA316B4fCD7D26aBd2f9E9": 318.59,
    "0x9dEBaE598dB0b4bBB53308AB7894De7Cc0D5326b": 287,
    "0x9f7bD431d8ACfe558B0c7ce96aa3E98C1b1B52C8": 208.4,
    "0xA1b27bbcD029c1D63A2aE689FD8937812Eb6637b": 50,
    "0xA4e6C2B6264652444B3F0cc1bB37496AE916931c": 197010.91,
    "0xa51Ec9A7dBd81db527CB3fD15abD32bBbDa8e785": 863.93,
    "0xa655F449Bcb4d18A3F2787bC9CFd00535c7AE5dA": 478.24,
    "0xa7d317332AC478Ae81c9845755491D33eEC69b50": 93.58,
    "0xab5d306E643cDba074a4251e9E1A4FEC5a8e05Ee": 382.3,
    "0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1": 104155.55,
    "0xB159DE0DdDAb4a997F1c22fcf1C939d3317D9EC6": 8639.34,
    "0xB2b394e261021c0499d138E3D359eD2E3Ef4b3b7": 773.74,
    "0xb3005148e7b58BfF2f82CBe63416363243349949": 190.91,
    "0xB646B4cD68548D96804e844b7CfBEf4e74b80675": 38.93,
    "0xb925839968DDfEA3CF5ef7C7C5e4450191Ab0D10": 150,
    "0xC36A375fe4801642b2588C63830E082575a1e17C": 418.96,
    "0xC5c8eff68183581f8a108CE6414a21a6675A4b79": 8059.2,
    "0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296": 79999.995,
    "0xC9f6e3FCDd26F3bAc822A675DE7427a0D77b39FE": 237.17,
    "0xCf7C21DeD40f2Df85A564207A89b3379780d9CE3": 146.94,
    "0xd11B2CF767d6A35011455781d792b7C37d3a7d97": 1115.3,
    "0xda94DA6D0909E90E81a9B9373a04807c3cE15fBC": 49.01,
    "0xDab5f41744745CB530FCc5Cd650E86B0E63737c3": 31.72,
    "0xDb88DB916C76323CE15ED5fe1F50d2f54733Fc70": 6430.01,
    "0xdbbF7481e3E38Ae10c9579CfA541C932c5c9a05D": 975.82,
    "0xdeFD0dE775d82A61D1A93efC18913e7B16906e1c": 6447.35,
    "0xE41188926607921763D25392475f1156AC5f9033": 155.74,
    "0xe4918B846156782a8454AcB1332BEeeA9B523763": 1577.47,
    "0xE5a71A3696D4eDB65F07b6F9a3F000F826367305": 40.81,
    "0xEE63189A3B5d35fF8E6f67BD2B2A3ACa4E084e85": 281.76,
    "0xef5939492958abb8488ce5A5C68D61Ac29C07732": 500
    }
  }
```

PLAINTIFF0003578

## Delegation

The <u>Consensus space</u> also employs a delegation strategy with the following parameters:

```
{
        "symbol": "MOVE (delegated)",
        "delegationSpace": "snapshot.movedao.eth",
        "strategies": [
                {
                        "name": "whitelist-weighted",
                        "params": {
                                "symbol": "MOVE",
                                "addresses": {
                                        "0x0e2Bac198dd3646576dbAB5D86130E538f39820b": 2.9
                                        "0x0F9D7257a592c7d4359D6059811e07A9A1Cff110": 31.
                                        "0x13b841dBF99456fB55Ac0A7269D9cfBC0ceD7b42": 297
                                        "0x14817cFC0abD5ADbaac238E6ADEeB487Fff0dd31": 685
                                        "0x1561c3218AB5Feeec5A0a7B817596EAbD257e5a3": 162
                                        "0x17d880B8C29387eE16F3Ab33cf3Ad407554e829b": 56.
                                        "0x1DD2091f250876Ba87B6fE17e6ca925e1B1c0CF0": 100
                                        "0x1ebe61555bAd4Bd5e0D108BD78811F718D67b852": 566
                                        "0x1F736b9D5cdeb4933DB97e4f9f8153899E0Ab82f": 121
                                        "0xd0C53Bd1d39d014d04C6462F1BBcd177608cE9d5": 500
                                        "0x23d5925CbeAb8803d906e52Bf68ae30d69dc570E": 281
                                        "0x25227955b9769fAAe8e981e60ee78Bc052064220": 198
                                        "0x2770736960c4739f96d3a033676ff0e34e71fC63": 200
                                        "0x2843b4E0e0B7B812C1B574C77a54308dAed0d0A2": 604
                                        "0x2B075EDE4AF705D31464090b41B8D5C3CA9da84c": 38.
                                        "0x2D1E7B6E6284409e16991dE76d2A82847a7d61C5": 283
                                        "0x3c7eA1846BC5cb5e043a1CE8B728d4e42d9f2539": 836
                                        "0x3D4C86aa1f4aE5318e91957287918aDD80f4f4C6": 113
                                        "0x3dF364ED7e8A887f7f9c240f7e281A4ea05CE03f": 477
                                        "0x4823e65C10DAa3eF320e5e262CfA8D0A059e02A6": 100
                                        "0x489DEe5055c36fA804AB75d9B28e39bF2a76b793": 20.
                                        "0x4Ab54c9eA8b56db62832ed20654F373B7305dB0c": 142
                                        "0x4e33Ac0C5F929A0De68338f534e6DD3b2e44a525": 100
                                        "0x50640BFc30F97fef35054beAECE3d3a188A219F0": 38.
                                        "0x511E061Bc0082BF14de5Cf2A6eeC624Df585fa52": 327
                                        "0x54F0E1a12C368A327631F9dEA47C04Cf1Db45584": 989
                                        "0x91898f9103cDBA1546DE834F6E26f019E09A0d4B": 100
                                        "0x580756206Bc33BDf63F26e46eb1BaD3BC5c53a54": 394
                                        "0x586075CEa62b415A33050c012c6e1591C1da1c74": 4.4
                                        "0x58C3C3c0286a1728A70fF5fd5F2b9A346aE1d013": 97.
                                        "0x58E12A716B8cE86865D9482A30652a52A0359984": 101
                                        "0x5b2b4B59276217400469916FceeFC89ACAb7548f": 195
                                        "0x5d95baEBB8412AD827287240A5c281E3bB30d27E": 107
                                        "0x616001B6A176961849c8E1422A5D95A9dBBC4739": 40.
                                        "0x620F9F9237546998abE5a2E3197C4c4A0A4775d0": 2.5
```

PLAINTIFF0003579

```
"0x6519319E8F32F22F7a22274898588f6dc4b40bbf": 233
"0x6C0822b5D3A0aEC3869DDdE051573a97856Aeb54": 759
"0x7157961707E305d5580c8AB29ce6E120Ec01744e": 233
"0x752515a3A1091b9f1c04416CF79D1F14d2340085": 193
"0x7929fF721516111056b3b36259846F9B942400a9": 262
"0x8269CAe3EfbC4D768D9d86AE3747253D15BF69 ": 3.
"0x872C95b2284e089FCB205D5DcF8E40b9E4Caea ": 301
"0x8B4Ca0c6Ff4B175a776aEA73A251354B6771bccA": 313
"0x8ffd0b26e7a5d1B535BcC3227b44A933FFf0d338": 731
"0x95a97CDd45F55A3e4d2c9c512BB98ed171b8F07b": 197
"0x979Db9f8D937E19e36DFDB5Fe3a48a207A5c7991": 439
"0x9AB301FD4F2519af93cA316B4fCD7D26aBd2f9E9": 318
"0x9dEBaE598dB0b4bBB53308AB7894De7Cc0D5326b": 287
"0x9f7bD431d8ACfe558B0c7ce96aa3E98C1b1B52C8": 208
"0xA1b27bbcD029c1D63A2aE689FD8937812Eb6637b": 50,
"0xA4e6C2B6264652444B3F0cc1bB37496AE916931c": 197
"0xa51Ec9A7dBd81db527CB3fD15abD32bBbDa8e785": 863
"0xa655F449Bcb4d18A3F2787bC9CFd00535c7AE5dA": 478
"0xa7d317332AC478Ae81c9845755491D33eEC69b50": 93.
"0xab5d306E643cDba074a4251e9E1A4FEC5a8e05Ee": 382
"0xAE13245d7ab6621b8583F5a734F8F8728dE4Dcd1": 104
"0xB159DE0DdDAb4a997F1c22fcf1C939d3317D9EC6": 863
"0xB2b394e261021c0499d138E3D359eD2E3Ef4b3b7": 773
"0xb3005148e7b58BfF2f82CBe63416363243349949": 196
"0xB646B4cD68548D96804e844b7CfBEf4e74b80675": 38.
"0xb925839968DDfEA3CF5ef7C7C5e4450191Ab0D10": 156
"0xC36A375fe4801642b2588C63830E082575a1e17C": 418
"0xC5c8eff68183581f8a108CE6414a21a6675A4b79": 805
"0xc9284a9FD6D8C484bFD7e24f26B1634585f0A296": 799
"0xC9f6e3FCDd26F3bAc822A675DE7427a0D77b39FE": 237
"0xCf7C21DeD40f2Df85A564207A89b3379780d9CE3": 146
"0xd11B2CF767d6A35011455781d792b7C37d3a7d97": 111
"0xda94DA6D0909E90E81a9B9373a04807c3cE15fBC": 49.
"0xDab5f41744745CB530FCc5Cd650E86B0E63737c3": 31.
"0xDb88DB916C76323CE15ED5fe1F50d2f54733Fc70": 643
"0xdbbF7481e3E38Ae10c9579CfA541C932c5c9a05D": 975
"0xdeFD0dE775d82A61D1A93efC18913e7B16906e1c": 644
"0xE41188926607921763D25392475f1156AC5f9033": 155
"0xe4918B846156782a8454AcB1332BEeeA9B523763": 157
"0xE5a71A3696D4eDB65F07b6F9a3F000F826367305": 40.
"0xEE63189A3B5d35fF8E6f67BD2B2A3ACa4E084e85": 281
"0xef5939492958abb8488ce5A5C68D61Ac29C07732": 506
            }
         }
      }
   ]
}
```

code-of-conduct.md

PLAINTIFF0003581



LEGAL-TOOLS   **DAOLABS**                                    **Connect Wallet**



    

# Movement DAO Authorized Member Meeting

Meeting Minutes
January 31, 2023

For all terms not defined herein, please refer to
https://move.xyz/daolabs/daos/move/legal/definitions
for clarification on the meaning of these terms.
Contributions refer to ETH or DAI contributed to the
Movement DAO Gnosis Multi-Signature Smart Contract
located at 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6
(hereafter referred to as "Gnosis").

The following exhibits include correspondence between
individuals to which the following legend should be
considered.

1. 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57
   ("0xDbE7…2b57" or Contributor 1 or C1);
2. 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E
   ("0x211be…328E" or Contributor 2 or C2);
3. 0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650
   ("0x58Ba…1650" or Contributor 3 or C3);
4. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E
   ("0x5d95…d27E"), Authorized Member; and
5. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c
   ("0xA4e6…931c"), Authorized Member.

The following exhibits are referenced herein and are
provided on IPFS for reference.

1. Exhibit C: 1/6/23 correspondence between
   Contributor 1 (0xDbE7…2b57) and 0x5d9…d27E
2. Exhibit D: 1/3/23 correspondence between

<p align="center">
Movement DAO Authorized
Member Meeting </p>
   OPENING
   ROLE CALL
   AGENDA
   DISCUSSION
   NEW BUSINESS
   ADJOURNMENT
   OMNIBUS RESOLUTIONS
   REVISIONS
   SIGNATURE HASHES FROM
BOTH AUTHORIZED MEMBERS

PLAINTIFF0003582



2. Exhibit D: 1/3/23 correspondence between
   Contributor 1 (0xDbE7…2b57), 2 (0x211be…328E), and
   3 (0x58Ba…1650), and 0x5d9…d27E

3. Exhibit E: 1/24/22 correspondence between
   Contributor 1 (0xDbE7…2b57), and Contributor 2
   (0x211be…328E)
4. Exhibit F: 12/23/21 correspondence between
   Contributor 2 (0x211be…328E), 0x5d9…d27E, and dao-
   lawfirm.eth
5. Exhibit G: 1/16/23 correspondence between 0x5d9…
   d27E and Contributor 1 (0xDbE7…2b57)
6. Updated Snapshot Strategy
7. Proposals: MIP-0014 through MIP-0021

## OPENING

This meeting of the Movement DAO ("Movement" or
"DAO")'s Authorized Members was called to order at 4:00
P.M. on January 31, 2023, by its Authorized Member,
0xA4e6C2B6264652444B3F0cc1bB37496AE916931c ("0xA4e6…
931c").

## ROLE CALL

Those present at the meeting were:

1. 0xA4e6…931c; and
2. 0x5d9…d27E, or
   0x752515a3A1091b9f1c04416CF79D1F14d2340085
   ("0x7525…0085").

Both Authorized Members subsequently signed a
transaction using Etherscan[1] with the IPFS CID of these
minutes and forwarded them to 0xA4e6…931c, which were
then compiled into a final version, containing each
committee member's signature hash.

## AGENDA

1. Confirmation that both Authorized Members
   thoroughly reviewed the IPFS Exhibits listed
   above;
2. Confirmation that both Authorized Members
   thoroughly reviewed the DAO's code of conduct;
3. Review of the Gnosis transactions and groupings;
4. Discuss the current situation involving certain
   contributors;
5. Discuss the next steps that will be taken.

PLAINTIFF0003583

# DISCUSSION



1. 0xA4E6...931C reiterated the high-level goals of the Movement application citing the <u>GitBook Terms of Use</u>,

   > "Movement DAO is an experimental, novel approach to nonprofits devoted to performing good works and encouraging social justice in today's contemporary society. The DAO is a blockchain-based organization that raises funds through the purchase of tokens that entitles the purchaser, or member, to champion specific nonprofit works or projects and seek additional funding from like-minded individuals. Movement DAO hosts blockchain software as a backend service for customers who set up their own accounts and purchase tokens."

   > "Movement DAO is neither designed to be, nor is it set up to be, an investment vehicle and no jurisdiction has deemed any token produced by Movement DAO to be a "security" as defined by the 1933 Securities and Exchange Act ("The Act")."

   > "10. Scope. Movement DAO's core is a collection of smart contracts which govern managing a pool of assets on behalf of Movement and its sub-movements, the Endowment bank. Given each Movement has its own property and funds which are managed by Movement, and adapters and extensions which govern how the funds are collected, distributed, and managed are all areas which require extensive design, analysis, and audit before it is employed on Ethereum Mainnet."

2. 0x5d9…d27E explained the current tentative developer timeline and focus in creating an application which provides value to its users, as to avoid potential abuses by users who rely on token sales. 0x5d9…d27E referenced the original

PLAINTIFF0003584

documentation regarding the contributor's
thoughtfulness, care, and trust in any code
deployed to support the vision of a fully on-chain
decentralized entity treasury management system
and NFT creation system,

> "founder's tokens will be locked for 6
> years from launch, meaning there is no
> return on investment to the founders
> until the platform is fully built,
> operational and successful in its
> objectives. The system also establishes
> trust with its community by adopting
> state of the art mechanism design
> concepts."[2]

3. 0xA4E6...931C explained that the temperature check
   community questionnaire[3] which was circulated
   within the Movement Discord channel, specifically
   soliciting community feedback on the topic of
   relaxing the "founder's tokens being locked" for 6
   years received 80% responses rejecting this, 10%
   responses in favor, and 10% did not respond.

4. 0x5d9…d27E explained that the mechanism for
   "locking tokens" discussed with the founders and
   the community were specifically around the prior
   Movement developer activities with the Juicebox
   protocol with veBanny, using the voting escrow
   schemes employed by curve.finance[4]. 0x5d9…d27E
   further explained that Juicebox "contract crew"
   had made substantial progress with the GitHub
   repository and that the VE NFT mechanism
   https://github.com/jbx_protocol/juice_ve_nft was
   discussed at length within the Movement Discord
   channel, and that Movement's token strategy would
   employ these contracts. 0x5d9 d27E further
   explained that "locking" specifically means that
   the user or token owner no longer has the ability
   to "unlock" their tokens or specifically trade
   them individually, however the user would receive
   a specific ERC 721 which corresponds with the
   token range (amount) and token lock (duration)
   which itself is fungible and could be used in a
   private transaction.

5. 0xA4E6...931C and 0x5d9 d27E both acknowledged
   that the current Service Provider, dao
   lawfirm.eth, has submitted their resignation, and

PLAINTIFF0003585



that they will address whether a new Service
Provider is needed in the coming weeks.
0xA4E6...931C and 0x5d9 d27E both acknowledged

that a community proposal on how the DAO's
security measures and oversight with regards to
the special powers that were handled by the
Service Provider would be executed in the interim.
0xA4E6...931C and 0x5d9…d27E agreed that security
concerns with regards to smart contract
vulnerabilities and any potential cryptocurrency
losses would be discussed with current core
contributors and any actions taken would be
disclosed to the community via the website, and
additional notices will be discussed with the core
contributors.

6. 0xA4E6...931C and 0x5d9…d27E both acknowledged the
   fact that Contributors 1-2 were individually and
   collectively creators of the GitBook, as seen in
   Ex. F.

7. 0xA4E6...931C and 0x5d9…d27E both acknowledged
   certain excerpts from GitBook, including,

   > "Community Pledge. The community must
   > build and maintain a level of trust by
   > quickly highlighting any instances of
   > fraudulent or malicious activity; ...
   > Each community member has a duty to
   > prevent, mitigate, and resolve conflict
   > on the platform."

8. 0xA4E6...931C explained the current budget
   planning process to 0x5d9…d27E, which was
   significantly less than the documentation which he
   had reviewed on prior expenditure approvals.
   0x5d9…d27E reiterated that the successful
   recruiting process for each of the senior core
   contributors was specifically due to the Gnosis
   multi-year runway (4 years) and the commitment by
   the DAO to build and do "what is right" instead of
   taking other corner-cutting efforts which is
   unfortunately common in Web3. 0x5d9…d27E
   explained, for example, the care and effort in
   creating the DAO's legal-tools and plans to
   support treasury formation efforts with referrals
   to legal resources. 0x5d9…d27E reiterated that the
   current senior core contributors were promised an
   engagement for 4 years in order to secure their
   commitment to the DAO



PLAINTIFF0003586

commitment to the DAO.

9. 0xA4E6...931C and 0x5d9…d27E then discussed the current situation with Contributors 1, 2, and 3. This included the recent communications to 0x5d9…d27E, which appear that Contributors 1, 2, and 3 may be operating in bad faith by reneging on the terms that they created, and which all subsequent contributors agreed upon. 0xA4E6...931C and 0x5d9…d27E both acknowledged that Contributors 1, 2, and 3 appear to be making questionable, ethically challenged, bad faith demands upon 0x5d9…d27E by ordering him to take certain action using their wallets. These claims are evidenced by Ex. C and Ex. D, both of which show the apparent bad faith demands by Contributors 1, 2, and 3, the appearance that these Contributors seemed to be ordering 0x5d9…d27E to take certain actions in order to potentially shift liability from themselves to 0x5d9…d27E, and that Contributors 1, 2, and 3 appear to be taking steps to orchestrate to extraction of treasury funds.

10. 0x5d9…d27E provided 0xA4E6...931C with a draft response to Contributor 1, cc'ing 2 and 3 (see Ex. G), which directly rebuts all the spurious and bad faith allegations made by Contributor 1.

11. 0xA4E6...931C and 0x5d9…d27E agreed that all material decisions regarding budget decisions should be made by the community as a whole, and not by an individual or centralized group in closed-door meetings.

12. 0xA4E6...931C and 0x5d9…d27E acknowledged that the correct course of action from 0x5d9…d27E is to not be an accessory to Contributor 1, 2, and 3's demands, and that 0x5d9…d27E is acting in line with the Movement Guiding Principles and Terms of Service.

13. 0xA4E6...931C and 0x5d9…d27E discussed the types of governance which the DAO may employ and the timelines in implementing them; i.e., providing individuals with economic benefits or tokens without associated governance participation i.e. Snapshot. 0xA4E6...931C and 0x5d9…d27E agreed that 0x5d9…d27E in consultation with the core developers will discuss the following treasury timeline steps:

PLAINTIFF0003587

- Deployment of Movement treasury with simple pro-rata token distribution;

- Deployment of Juicebox Protocol compliant treasury with a redemption and burning mechanism, and will also be configured with the appropriate duration, distribution limit, distribution limit currency, token weight, discount rate, reserved rate, redemption rate, and ballot redemption rate[5], as outlined and defined by Guiding Principles 2(c) and 2(g);
- Deployment of the Voting Escrow contracts with set durations[6]

14. 0xA4E6...931C and 0x5d9…d27E discussed a strategy for implementing a governance and token strategy with the addition of a membership component. In addition to locking tokens for a set duration to participate in governance, this also includes the fact that the DAO Members also must hold a membership token (NFT, such as VE NFT) and be in good standing. The membership NFT would allow communities in Movement, DAOLABS, and other platform DAOs to limit membership (such as the LLC 100 individual investor cap), as well as manage membership NFT issuance to individuals who have been KYC'd. Additionally, 0xA4E6...931C and 0x5d9…d27E agreed that 0xA4E6...931C should provide a legal consulting budget so that further amendments to the Guiding Principles, Terms of Use, and any additional membership, non-member token descriptions or agreements may be updated.

15. 0xA4E6...931C and 0x5d9…d27E discussed that certain community forums should be held (as well as participation in Juicebox VE NFT deployment timelines) to solicit feedback and input on the sentiment and concerns, if any, in phasing token issuance, any token redemptions windows, and voting escrow with or without associated governance.

## NEW BUSINESS

After actions have been taken to execute the resolutions in the "Adjournment" section below, there will be a Discord community voice call to explain current situation with the community as a whole, answer

PLAINTIFF0003588

any questions they may have, and collectively go over the next steps that will be taken.

## ADJOURNMENT



The meeting was adjourned at 5 PM by 0xA4e6...931c. The next meeting will take place in the following days.

1. **RESOLVED,** the Authorized Members, hereby authorize, adopt, and resolve to take the following actions;

2. **RESOLVED FURTHER,** the Authorized Members find that 0x5d9 d27E has acted in good faith after having reviewed the above exhibits, all associated DAO blockchain transactions, and contract signatures;

3. **RESOLVED FURTHER,** the Authorized Members find that there was never an agreement, or any fiduciary duty that was bestowed upon 0x5d9 d27E in regard to managing or executing any actions on behalf of Contributors 1, 2, and 3 through the gnosis keys (which controlled their governance powers) that were assigned to them;

4. **RESOLVED FURTHER,** the Authorized Members, individually and together with the Service Provider, and its address operator dao lawfirm.eth, are fully indemnified for any prior and future actions as authorized by <u>MIP 0004</u>;

5. **RESOLVED FURTHER,** the Authorized Members, find that Contributors 1 and 2 were the authors with editorial control of the DAO's GitBook;

6. **RESOLVED FURTHER,** the Authorized Members will terminate all access, communication, or membership to any online services enjoyed by Contributors 1, 2, and 3, including the beta application;

7. **RESOLVED FURTHER,** the Authorized Members will terminate Movement membership for Contributors 1, 2, and 3, and any addresses associated with them, including any associated governance rights;

8. **RESOLVED FURTHER,** the Authorized Members find that Contributor 1, (in agreement and coordination with Contributors 2 and 3) through his/her statement, "limited time offer to reimburse everyone 1:1 through the end of January, in conjunction with

PLAINTIFF0003589



project shutdown," along with the suggestion and
appearance of reneging on prior agreements and
promises with the Service Provider, other Members,

and contributors, in light of the GitBook
provision which states, "The founder's tokens will
be locked for 6 years from launch, meaning there
is no return on investment to the founders until
the platform is fully built, operational and
successful in its objectives. The system also
establishes trust with its community by adopting
state of the art mechanism design concepts"
appears to be a coordinated effort to "rug" the
Movement project and community;

9. **RESOLVED FURTHER,** the Authorized Members find that
Contributors 1, 2, and 3 violated the Terms of
Service, Code of Conduct, and spirit of the DAO as
outlined in the Movement GitBook, Guiding
Principles, and supporting agreements; and that
action can and will be taken regarding their
governance rights without notice according to
Section 6(c) of the Movement DAO Guiding
Principles; and GitBook Terms of Use,

> "the Service Provider, in their
> reasonable discretion, is expressly
> authorized to remove a Member without
> notice or vote of the Members if the
> Service Provider determines such a
> removal to be necessary, desirable, or
> appropriate, including, without
> limitation, to comply with applicable
> law or regulations, or to avoid a
> material adverse effect on the DAO. For
> the avoidance of doubt—the Member to be
> compulsorily withdrawn shall be entitled
> to vote with respect to any vote of the
> Members regarding such compulsory
> withdrawal, unless the Member is deemed
> to be in violation of the Code of
> Conduct and Community Enforcement
> Guidelines."

10. **RESOLVED FURTHER,** the Authorized Members will
terminate 0xb44A...8461 role insofar that he was
an Authorized Member for "Meat-space" Activities,
as previously approved by MIP-0004. The Authorized
Members also request any individual that
0xe411...5f9033 made any promises or agreements
~~with on behalf of the DAO for any goods or~~

PLAINTIFF0003590



with on behalf of the DAO for any goods or
services to provide invoices directly to the
Authorized Members for further consideration;

11. **RESOLVED FURTHER,** the Authorized Members will veto
all pending unrepresented proposals from
Contributors 1, 2, and 3, and any addresses
associated with them attached;

12. **RESOLVED FURTHER,** the Authorized Members authorize
and direct existing signers on the Gnosis to fully
rotate all keys; the new signers are to remain
anonymous for their protection and for the
protection of the DAO; the Authorized Members
further authorize and instruct 0x5d9…d27E,
individually, and as he owes no duty to the other
signers, co-signing with 0x7525…0085 and 0xDbE7…
2b57, to accomplish the rotation;

13. **RESOLVED FURTHER,** the Authorized Members authorize
the Gnosis to employ at least four (4) out of
seven (7) total signers;

14. **RESOLVED FURTHER,** the Authorized Members agree to
update the DAO's Snapshot Spaces to reflect the
removal of the governance rights of Contributors
1, 2, and 3, including direct addresses or
addresses associated or seeded by them;

15. **RESOLVED FURTHER,** the Authorized Members authorize
the disbursement of 500,000 in DAI to each of the
Authorized Member and each of the core
Contributors, however explicitly approved prior to
arbitration, until further notice by the
Authorized Members, as authorized by MIP-0004;

16. **RESOLVED FURTHER,** the Authorized Members will pay
the outstanding invoices as each separate
transaction from the Developer Gnosis as
previously approved by <u>MIP-0004</u>, "8. Ratification
of Future Disbursements";

17. **RESOLVED FURTHER,** the Authorized Members agree to
communicate with Contributor 3, if necessary,
regarding any remaining housekeeping activities.

## OMNIBUS RESOLUTIONS

18. **RESOLVED FURTHER,** the Service Providers of the DAO
are each authorized and empowered to take any and

PLAINTIFF0003591

all such further action, to execute and deliver
any and all such further agreements, instruments,
documents and certificates and to pay such



expenses, in the name and on behalf of the DAO, as
any of each of the Service Providers may deem
necessary or advisable to effectuate the purposes
and intent of the resolutions hereby adopted, the
taking of such actions, the execution and delivery
of such agreements, instruments, documents and
certificates and the payment of such expenses by
any such Service Providers to be conclusive
evidence of his or her authorization hereunder and
the approval thereof;

19. **RESOLVED FURTHER,** any and all actions taken by the
Service Providers of the DAO to carry out the
purposes and intent of the foregoing resolutions
prior to their adoption are approved, ratified and
confirmed. As used in this document, the words
"herein," "hereof," "hereby" and "hereunder" shall
refer to this document as a whole, and not to any
particular section, provision, or subdivision of
this document. This action by the DAO Member by
Snapshot vote shall be effective as of the date
the DAO Entities receives the consent of the DAO
at the end of the Snapshot vote. This action by
the DAO Members consent may be executed in any
number of counterparts, each of which shall
constitute an original and all of which together
shall constitute one action.

## REVISIONS

1. Updated the snapshot strategy with
   QmR5jayvZh5LnfrkHnFiYMEZ2u7mucdNUh57muPBimG4rE

## SIGNATURE HASHES FROM BOTH AUTHORIZED MEMBERS

The following verifies that the above meeting minutes
were cryptographically signed by the Authorized Members
and subsequently published using Etherscan's verifySig
tool.

- Original
  QmQBgK2GqXZ85SqWuK1Rc914VEtiavWSLjV1NZTHF5sAyV
- Final w/Signatures
  QmWp6GNhxhFkdXJ1CqzgAXNLAyE4idsYDSSaTZ19Q7XwJR

1. 0x5d95baebb8412ad827287240a5c281e3bb30d27e,
   PLAINTIFF0003592



2. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c,
   https://etherscan.io/verifySig/13948

   0x5d95baebb8412ad827287240a5c281e3bb30d27e:
        0xdcc9b962c578a0cc91af37ea14dfada669b891b27eb
        bf4f9e73aa83c1eb8fa7f553736e3b2d9962e153b9f75
        103f0a75af2c157424d61539df570f6b94cbed461c

   0xA4e6C2B6264652444B3F0cc1bB37496AE916931c:
        0x586ea30c154bc0edec1f083152036ffb111d6f6f1ff
        52ad285e9061c6d8ce86776d9c98845d536703e536d2b
        a848fa83373c0e0a497313ecb031a9af81cdc0111c

# Footnotes

1. https://etherscan.io/verifiedSignatures ↵

2. GitBook, Why should I trust this platform? ↵

3. https://form.typeform.com/to/jvA6h8Kj ↵

4. https://resources.curve.fi/governance/voting ↵

5. https://move.xyz/daolabs/daos/move/legal/definitions.md ↵

6. https://github.com/jbx_protocol/juice_ve_nft ↵

| Previous | Next |
|---|---|
| strategies.md | README.md |

PLAINTIFF0003593

 LEGAL-TOOLS **DAOLABS**

<span style="color:red">**Connect Wallet**</span>



DAO Meeting Minutes

    

# DAO Meeting Minutes

*Effective Date: August 20, 2022, Last updated: February 1, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email , daolabs.wtf*

The following are meeting minutes for Movement among members or its Authorized Members.

| Date | IPFS CID | Attendees |
|------|----------|-----------|
| 2023-01-31 | 0x5d95baebb8412ad827287240a5c281e3bb30d27e | eth:0x5d95...d27E, eth:0xA4e6...931c |

| Previous | Next |
|----------|------|
| 20230131.md | REA ME.m |

PLAINTIFF0003594



PLAINTIFF0003595

 LEGAL-TOOLS **DAOLABS** <span style="float:right">**Connect Wallet**</span>



Proposals

     

# Proposals

*To learn how proposals are created and approved, see the Governance Process.*

| Title | Date Proposed | Votes For | Approval % |
|-------|---------------|-----------|------------|
| MIP-0000: Adopt the Guiding Principles, Terms of Service, and Code of Conduct[1] | Aug 23, 2022 | 10,265,300.71 | 100% |
| MIP 0001: Adopt the Governance and Multisig Processes[2] | Aug 23, 2022 | 10,265,300.71 | 100% |
| MIP-0002: Initial Treasury Diversification[3] | Aug 23, 2022 | 10,261,145.16 | 100% |
| MIP-0003: Bootstrap Product Development[4] | Aug 23, 2022 | 10,251,643.34 | 100% |

PLAINTIFF0003596



| Title | Date Proposed | Votes For | Approval % |
|---|---|---|---|
| MIP-0004: Adopt Actions[5] | Aug 23, 2022 | 10,265,300.71 | 100% |
| MIP-0005: Adopt Banking Relationship Authorizations[6] | Aug 23, 2022 | 10,265,300.71 | 100% |
| MIP-0006: Appoint a Treasury Committee[7] | Aug 23, 2022 | 10,261,145.16 | 100% |
| MIP-0007: Snapshot Consent of the Members of the DAO[8] | Aug 23, 2022 | 10,265,300.71 | 100% |
| MIP 0008: Custody ETH in EOA to Prepare for Merge[9] | Aug 23, 2022 | 10,261,145.16 | 100% |
| MIP-0009: Approve Launch of DAOLABS Beta Services[10] | Jan 02, 2023 | 3,109.91 | 100% |
| MIP 0010: Approve Authorized Members to Retain Further Legal Counsel[11] | Jan 02, 2023 | 10,252,580.70 | 100% |
| MIP-0011: Pay Deferred Legal Fees From 2022[12] | Jan 02, 2023 | 3,109.91 | 3.58% |

PLAINTIFF0003597



| Title | Date Proposed | Votes For | Approval % |
|-------|------|------|------|
| MIP-0012: Pay Deferred Service Provider Fees From 2022[13] | Jan 02, 2023 | 3,109.91 | 3.58% |
| MIP-0013: Notice to Contributors of Questionnaire[14] | Jan 02, 2023 | NA | NA |
| MIP 0014: Proposal to Ratify Action to Cycle All Gnosis Keys[15] | Feb 9, 2023 | 2,544,369.13 | 100% |
| MIP-0015: Proposal to Ratify the Termination of Certain Members[16] | Feb 9, 2023 | 2,544,369.13 | 100% |
| MIP-0016: Proposal to the Update to the DAO's Snapshot Strategy[17] | Feb 9, 2023 | 2,444,369.13 | 100% |
| MIP-0017: Proposal for Outstanding Operational Expense Payouts[18] | Feb 9, 2023 | 2,444,369.13 | 100% |
| MIP 0018: Proposal for Deferred 2022 Developer Payouts[19] | Feb 9, 2023 | 2,444,369.13 | 100% |
| MIP-0019: Proposal Regarding the Service Provider Fee Payout From 2022[20] | Feb 9, 2023 | 2,247,358.22 | 100% |
| MIP 0020: Proposal from Payout of | Feb | 2,4 | 100 |

PLAINTIFF0003598



| Title | Date Proposed | Votes For | Approval % |
|---|---|---|---|
| MIP-0021: Proposal from ... of Deferred Legal and Indemnification Expenses[21] | 9, 2023 | 44, 371 | % |
| | 2023 | 369.13 | |
| MIP-0021: Proposal for the DAO's 2023 Operational Budget[22] | Feb 9, 2023 | 2,44, 369.13 | 99.99% |
| MIP-0022: Emergency Proposal to Consolidate Crypto Pursuant to Court Order [23] | Mar 6, 2023 | 1,951, 371.38 | 100% |
| MIP-0023: Proposal for a Limited Waiver of the Attorney-Client Privilege and Attorney Work Product Doctrine with the Law Firm of Reed Yurchak [24] | Mar 14, 2023 | | |

## Footnotes

1. [MIP-0000: Adopt the Guiding Principles, Terms of Service, and Code of Conduct](#) ↵

2. [MIP-0001: Adopt the Governance and Multisig Processes](#) ↵

3. [MIP-0002: Initial Treasury Diversification](#) ↵

4. [MIP-0003: Bootstrap Product Development](#) ↵

5. [MIP-0004: Adopt Actions](#) ↵

6. [MIP-0005: Adopt Banking Relationship Authorizations](#) ↵

7. [MIP-0006: Appoint a Treasury Committee](#) ↵

8. [MIP-0007: Snapshot Consent of the Members of the DAO](#) ↵

PLAINTIFF0003599

9. <u>MIP-0008: Custody ETH in EOA to Prepare for Merge</u> ↵

10. <u>MIP-0009: Approve Launch of DAOLABS Beta Services</u> ↵

11. <u>MIP-0010: Approve Authorized Members to Retain Further Legal Counsel</u> ↵

12. <u>MIP-0011: Pay Deferred Legal Fees From 2022</u> ↵

13. <u>MIP-0012: Pay Deferred Service Provider Fees From 2022</u> ↵

14. <u>MIP-0013: Notice to Contributors of Questionnaire</u> ↵

15. <u>MIP-0014: Proposal to Ratify Action to Cycle All Gnosis Keys</u> ↵

16. <u>MIP-0015: Proposal to Ratify the Termination of Certain Members</u> ↵

17. <u>MIP-0016: Proposal to the Update to the DAO's Snapshot Strategy</u> ↵

18. <u>MIP-0017: Proposal for Outstanding Operational Expense Payouts</u> ↵

19. <u>MIP-0018: Proposal for Deferred 2022 Developer Payouts</u> ↵

20. <u>MIP-0019: Proposal Regarding the Service Provider Fee Payout From 2022</u> ↵

21. <u>MIP-0020: Proposal from Payout of Deferred Legal and Indemnification Expenses</u> ↵

22. <u>MIP-0021: Proposal for the DAO's 2023 Operational Budget</u> ↵

23. <u>MIP-0022: Emergency Proposal to Consolidate Crypto Pursuant to Court Order</u> ↵

24. <u>MIP-0023: Proposal for a Limited Waiver of the Attorney-Client Privilege and Attorney Work Product Doctrine with the Law Firm of Reed Yurchak</u> ↵

Previous
README.md

Next
mip-0000.md

PLAINTIFF0003600

PLAINTIFF0003601

LEGAL-TOOLS DAOLABS

Connect Wallet

# Adopt the Guiding Principles, Terms of Service, and Code of Conduct

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

Adopt the Guiding Principles, Terms of Service, and Code of Conduct
Thesis
Motivation
Specification
Rationale
Risks
Timeline
Snapshot Consensus by the DAO Members
Authors

## Thesis

The name of the DAO is **Movement DAO** or ("Move", or "mDAO", "DAO"), which was formed as a Delaware Unincorporated Nonprofit Association.

Adopt the DAO's Guiding Principles, Terms of Service, and Code of Conduct, attached hereto as Exhibits B, C, and D. Appoint **Benjamin Reed** (**benreed.eth**) to act as the DAO's Secretary, **Authorized Member**, and to file the necessary federal application for the DAO IRS EIN Number Application, as well as to research and prepare the required documents for the DAO affiliate entities, including DAOLABS, in order to comply with applicable law.

- Guiding Principles: Establish the DAO as an Unincorporated Nonprofit Association pursuant to the Delaware Unincorporated Nonprofit Association Act.
- Terms of Service: An agreement between the DAO and parties who use the DAO's services or resources.
- Code of Conduct: Defines community Member standards and community enforcement

PLAINTIFF0003602

guidelines.

## Motivation

The DAO seeks clarity with regards to legal structure and the relationship between its Members and non-Members alike. These agreements contribute to a healthy, transparent and well functioning organization while addressing the lack of clear legal guidance regarding "DAOs".

The Community Conduct Guidelines establish expectations for all Members' conduct. The Terms of Service establishes the agreement between the DAO and users of the DAO's decentralized application.

The appointment of an **Authorized Member** will enable the DAO to properly structure the product entities, non-profit entities, and account for each cost center properly. In an overall effort to move to transparent operations managing payouts from the appropriate legal entity, including the management of cryptocurrency on-ramp and off-ramp solutions, and the protection and management of intellectual property concerns via DAO affiliates such as DAOLABS. Prepare future proposal mip-0003 in which to seek budget and funding to deploy the DAO affiliates. The Service Providers will prepare these affiliate entities, governance, and develop processes for ongoing governance, of while some portion of the above budget will be used for reimbursements of expenses, legal fees, and other costs.

## Specification

Ratify and adopt the DAO's <u>Guiding Principles</u>, <u>Terms of Service</u>, and <u>Code of Conduct</u>.

Update the DAO's <u>Discord server</u>, <u>docs</u>, and other relevant resources to reflect these changes.

## Rationale

Ratifying the Guiding Principles establishes an Unincorporated Nonprofit Association, which, in turn, will:

• recognize the DAO's legal standing as an



PLAINTIFF0003603

- recognize the DAO's legal standing as an entity;



- allow the DAO to hold accounts, property, and enter into agreements;
- clarify Membership processes, e.g. define duties owed to each other;
- adopt the Unincorporated Nonprofit Association model act language, where appropriate;
- establish and adopt unique and specific terms with regards to the DAO's structure, operations, and ownership of property;
- adopt the role of the Service Provider and the activities authorized; and
- remove ambiguity generally, i.e. regarding its intellectual property.

The Terms of Service will clarify the DAO's:

- requirement for parties interacting with the DAO's application and resources to take full responsibility;
- unambiguous position on the DAO's adherence to state and federal statues;
- risks associated with reliance and deference to the technology employed in the DAO's operation;
- conditions of use, demand for compliance with all applicable laws and regulations (including U.S. Securities law, Office of Foreign Assets Control compliance, etc.);
- explicit prohibited activities (including activities which are illegal or harmful to the DAO or its Members);
- limitations in liability, and disclaimers by the DAO;
- requirement for indemnification by the user under certain circumstances;
- requirement for the user to promise not to sue the DAO, or its Members;
- language regarding arbitration, and processes for dispute resolution;
- process on computation of damages, attorney fee's, and notice via Blockscan;
- privacy policy, including a verbose general warning on blockchain usage;
- risks associated with DAO's online resources; and

PLAINTIFF0003604

- users' legal, financial, and ethical responsibilities when using the DAO's resources.

The Code of Conduct will state the DAO's position with regards to:



- requirements for Members to unequivocally be honest;
- community standards emphasizing honesty, inclusion, and respect; and
- enforcement guidelines for Members who violate these standards.

The DAO's Unincorporated nonprofit association requires an authorized Secretary and Member to file the necessary federal application for the DAO's IRS EIN Number Application.

# Risks

- By forming an Unincorporated Nonprofit Association, the DAO may incur taxes.
- These documents may not adequately address DAO's legal concerns.
- These documents are long and may be difficult to read.

# Timeline

These documents should be implemented once this proposal is ratified, only to be removed when superseded or amended by another proposal seeking to do the same.

---

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolved as follows:

**RESOLVED:** That the **Guiding Principles** are hereby adopted as the Guiding Principles;

**RESOLVED FURTHER:** that the **Code of Conduct** is hereby adopted as the Code of Conduct;

PLAINTIFF0003605

**RESOLVED FURTHER:** that the **Terms of Service** is
hereby adopted as the Terms of Service;

**RESOLVED FURTHER:** that Member **benreed.eth** shall
serve as the **DAO's Authorized Member** and its
**Secretary,** to serve until his respective
successor is duly elected and qualified.

**RESOLVED FURTHER:** that Member **tankbottoms.eth**
shall serve as an **Authorized Member** to serve
until his respective successor is duly elected
and qualified.

The Authorized Member, **benreed.eth,**
**tankbottoms.eth** and the Service Provider are
hereafter referred to together as the **Service**
**Providers.**

**RESOLVED FURTHER:** that the Certificate of
Adoption of the DAO Organizational Documents,
labelled Exhibit A, by **benreed.eth,** the DAO's
Secretary, and submitted to Snapshot Consensus is
hereby approved.

**RESOLVED FURTHER:** that, in accordance with the
powers of the Members specified in the Guiding
Principals, the Service Providers of the DAO are
authorized to execute and deliver any agreement
in the name of the DAO and to otherwise obligate
the DAO with respect to the purpose of the DAO,
within general guidelines and budgets approved by
the Members; however, the Members, or the Service
Providers, may adopt from time to time specific
limitations on the authority of such an
**Authorized Member.**

**RESOLVED FURTHER:** That the **Authorized Member** of
the DAO in consultation with the Service
Providers are authorized and directed to execute,
verify and file all documents, and to take
whatever actions, that are necessary or advisable
to comply with all state and federal laws.

**RESOLVED FURTHER:** That the Service Providers are
authorized to apply for a federal employer
identification number on Form SS-4 for any
contemplated DAO affiliate entities.

**RESOLVED FURTHER:** That the Service Providers are
authorized to direct the responsible attorneys,



PLAINTIFF0003606

paralegals and, or assistants or consultants of dao-lawfirm.eth, or counsel for the DAO, to submit on behalf of the DAO, and any affiliate

entities, an online application for a federal employer identification number on Form SS-4.

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER:** That any and all actions taken by the **Service Providers** of the DAO to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed. As used in this document, the words "herein," "hereof," "hereby" and "hereunder" shall refer to this document as a whole, and not to any particular section, provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. <u>0x30670D81E487c80b9EDc54370e6EaF943B6EAB39</u>
2. <u>0x5d95baEBB8412AD827287240A5c281E3bB30d27E</u>

| Previous | Next |
|---|---|
| README.md | mip-0001.md |

PLAINTIFF0003607

PLAINTIFF0003608



LEGAL-TOOLS  **DAOLABS**   <span style="color:red">**Connect Wallet**</span>



Adopt the Governance and Multisig Processes

 Thesis
 Motivation
 Specification
 Rationale
 Risks
 Timeline
 Snapshot Consensus by the DAO Members
  Authors

    

# Adopt the Governance and Multisig Processes

Author: tankbottoms.eth, filipv.eth
Date: 2022-08-23

## Thesis

Adopt the DAO's Governance Process and the DAO Multisig Process, attached hereto as Exhibits A and B.

## Motivation

The DAO requires formal initialization; adopting these processes will:

- establish an agreement between the DAO's Members;
- enable governance utility for the DAO's NFTs;
- grant contributors a voice in the DAO's decision making processes;
- formalize the DAO's ratification of proposals;
- remove all information asymmetry; and,
- serve as a lightning rod with regards to the DAO's legal status, treasury management, budgeting, and more.

Perhaps most importantly, this adoption will bootstrap the development of the DAO's vision.

## Specification

Ratify and adopt the DAO Governance Process and the DAO Multisig Process.

PLAINTIFF0003609
1/4

Update the DAO's Snapshot spaces, docs, Discord server, and other relevant resources to reflect these changes.

# Rationale

The Governance Process:

- is simple, unambiguous, and inclusive, inviting wide participation;
- takes place in public. The antithesis of information asymmetry fostering accountability;
- leaves complexity to individual proposals, allowing the DAO to be adaptable. The process can be amended to meet the DAO's needs over time;
- lays the groundwork for expanding the Multisig; and,
- accelerates the DAO's community towards onchain governance.

The Multisig Process:

- is technically superior, cost effective and robust versus non blockchain corollaries;
- promotes the DAO's deference towards code and smart contracts;
- decentralizes accounting control, traditionally under a single individual's purview, i.e. chief financial officer;
- immune from meatspace accounting shenanigans e.g. See Exhibit A;
- prioritizes community and contributors participation; and,
- requires continual evaluation of expansion and succession planning by Multisig participants.

Both processes individually and in tandem are superior to traditional inefficiencies with meatspace governance, in addition to cronyism, nepotism, and forms of information asymmetry without sacrificing safety, security, or efficiency. Instead, the above processes are dispassionate and seek to reduce trust between the parties. The Service Provider, dao lawfirm.eth, will ensure the DAO's interests remain prophylactic.

# Risks

- These processes rely on the sound distribution of NFTs, as well as diverse Multisig Membership

PLAINTIFF0003610



NFTs, as well as diverse multisig membership.

- Poor decision making, non-constructive feedback, bad proposals, and lopsided participation could lead to poor outcomes.
- Proposals may take several weeks to pass, meaning the DAO must delegate day-to-day complexities.
- While purposeful, the proposal process has high thresholds, meaning only well-liked proposals will pass.
- Errors in decision making and coordinated malicious behavior by Multisig Members could yield catastrophic outcomes.
- Both processes inherits known weaknesses in democracy, herd mentality, illogical emotional behaviors, financial motivations fueled by greed, vote trading and other governance fragmentation risks.
- Unforeseen complexities with diametrically opposed views, interests, and motivations between the DAO's diverse or concentrated Membership.
- Numerous force majeure or geopolitical events, systemic existential crisis, widespread health and economic calamities each could further destabilize the DAO's governance and Multisig processes.

# Timeline

After this proposal is ratified via Snapshot vote in the DAO's Consensus Space, it should be remain in effect, only to be removed when superseded or amended by another proposal.

---

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the Governance Process is hereby adopted.

**RESOLVED FURTHER:** That the Multisig Process is hereby adopted.

**RESOLVED FURTHER:** That the DAO's Snapshot Spaces and other resources must be updated to reflect these changes.

PLAINTIFF0003611

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all

such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER:** That any and all actions taken by the **Service Providers** of the DAO to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed. As used in this document, the words "herein," "hereof," "hereby" and "hereunder" shall refer to this document as a whole, and not to any particular section, provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. [0x30670D81E487c80b9EDc54370e6EaF943B6EAB39](0x30670D81E487c80b9EDc54370e6EaF943B6EAB39)
2. [0x5d95baEBB8412AD827287240A5c281E3bB30d27E](0x5d95baEBB8412AD827287240A5c281E3bB30d27E)

| Previous | Next |
|---|---|
| mip-0000.md | mip-0002.md |

PLAINTIFF0003612

 LEGAL-TOOLS    **DAOLABS**                    **Connect Wallet**



    

# Initial Treasury Diversification

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

## Thesis

The DAO Multisig at
<u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> shall:

- Swap 1,000,000 DAI[1] for ETH[2];
- Swap 10,000,000 DAI for cDAI[3]; and,
- Swap 1,000 ETH for Lido stETH[4].

## Abstract

On August 9, 2022, ETH was worth 1,775.348 USD.[5]

The <u>DAO treasury</u> holds the following assets:

| Asset | Amount | Amount in USD | Percentage of Total |
|-------|--------|---------------|---------------------|
| DAI | 13,929,850 | ~$13,909,166 | 85.58% |
| ETH | 1,318.5573 | ~$2,341,991 | 14.41% |

Prior to June 18, 2022, the DAO had ~869 ETH, acquired at an average price of 2,875 USD. Between June 18, 2022 and June 30, 2022, the DAO acquired 450,000 USD worth of ETH at a price of ~~$900~~ $1030 per ETH, acquiring a

Initial Treasury
 Diversification

 Thesis

 Abstract

  Sheets

 Motivation

 Specification

  Lido stETH

  Compound cDAI

  ETH

 Rationale

 Risks

 Timeline

 Snapshot Consensus by
the DAO Members

    Authors

PLAINTIFF0003613

1/5

total of ~448 ETH, currently worth ~$798,259, bringing
the average cost per ETH to ~$2,122. The DAO is
invested in the long term success of the Ethereum
ecosystem and is willing to hold ETH over the long
term.

The contributions to the Gnosis were recorded by
Ethereum and are available in <u>markdown here</u>.

## Sheets

These and future treasury actions will be documented in
the DAO <u>Google Sheets</u>, which will be updated with the
token allocations by address. Sheets of expenses will
be updated with as they are submitted.

The DAO made steps to diversify its treasury in <u>*MIP-001*</u>
<u>*- Emergency Proposal to Convert 550k DAI into ETH via*</u>
<u>*Uniswap, Curve or 0x*</u>. Further treasury information and
documentation of expenses incurred can be found in the
DAO's Accounting Spreadsheets.

# Motivation

The DAO could earn interest on its assets by investing
in ETH, cDAI, and stETH. The DAO has held the vast
majority of its assets since February, 2022 and has not
earned any interest to date. At a minimum, the DAO
should provide assets to non controversial protocols
which have been mainstays of the Ethereum ecosystem
while also staking in preparation for Ethereum 2.0.

# Specification

The Multisig may make reasonable modifications to this
specification.

## Lido stETH

The DAO Multisig to:

- Wrap 1,000 ETH (exchange 1,000 ETH for 1,000
  Wrapped ETH at
  <u>0xC02aaA39b223FE8D0A0e5C4F27eAD9083C756Cc2</u>).
- Create a limit order (using the 0x Protocol via
  <u>matcha.xyz</u>) to buy up to 200 wETH worth of stETH
  with a 7-day expiry. The limit price should be the
  24-hour moving average wETH price of stETH at the

PLAINTIFF0003614

time of the transaction's queuing. Repeat this
step until the DAO has swapped 1,000 ETH for

stETH, exchanging a maximum of 200 ETH within any
given 7 day period.

## Compound cDAI

The DAO Multisig to:

- Create a limit order (using the 0x Protocol via
  <u>matcha.xyz</u>) to buy up to 1,000,000 DAI worth of
  cDAI with a 7-day expiry. The limit price should
  be the 24-hour moving average DAI price of cDAI at
  the time of the transaction's queuing. Repeat this
  step until the DAO has swapped 10,000,000 DAI for
  cDAI, exchanging a maximum of 1,000,000 DAI within
  any given 7 day period.

## ETH

The DAO Multisig to:

- Create a limit order (using the 0x Protocol via
  <u>matcha.xyz</u>) to buy up to 200,000 DAI worth of wETH
  with a 7-day expiry. The limit price should be the
  24-hour moving average DAI price of wETH at the
  time of the transaction's queuing. Repeat this
  step until the DAO has swapped 1,000,000 DAI for
  ETH, exchanging a maximum of 100,000 DAI within
  any given 7 day period.
- Unwrap the ETH (exchange Wrapped ETH for ETH).

# Rationale

- ETH, Lido stETH, and Compound cDAI are all
  established and well-tested assets.
- By holding yield-bearing assets, the DAO will
  extend its runway.
- Using the 0x Protocol will minimize slippage and
  gas fees associated with exchanges of this size.
- A "DCA" strategy minimizes risk from market
  fluctuations and reduces slippage.
- Multisig discretion allows the Multisig to respond
  in the event of severe market shifts.
- Limit orders mitigate risk from short-term price
  fluctuations.

## Risks

PLAINTIFF0003615

# RISKS

The DAO assets will be exposed to:



- Market fluctuations affecting ETH, wETH, stETH, and cDAI.
- Institutional risks affecting the Ethereum Foundation, Compound Finance and Lido DAO.
- Smart contract risk affecting cDAI and stETH.
- Slashing risks associated with stETH.
- Risk associated with coordinated oracle attacks.
- Risks inherent to the Ethereum ecosystem and the consensus layer merge, including bugs and a failure to reach required merge adoption levels.

# Timeline

The DAO Multisig is authorized to execute the specification for one hundred (100) days after this proposal has passed. The DAO Multisig may not extend this period beyond 100 days, without passing a new proposal.

---

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That DAO Multisig at 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 shall swap **1,000,000 DAI** for ETH, swap **10,000,000 DAI** for cDAI, and swap **1,000 ETH** for Lido stETH in accordance with the specification of this proposal.

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval

PLAINTIFF0003616

thereof.

**RESOLVED FURTHER:** That any and all actions taken by the
**Service Providers** of the DAO to carry out the purposes
and intent of the foregoing resolutions prior to their
adoption are approved, ratified and confirmed. As used
in this document, the words "herein," "hereof,"
"hereby" and "hereunder" shall refer to this document
as a whole, and not to any particular section,
provision, or subdivision of this document.



This action by the DAO Member by Snapshot vote shall be
effective as of the date the DAO Entities receives the
consent of the DAO at the end of the Snapshot vote.
This action by the DAO Members consent may be executed
in any number of counterparts, each of which shall
constitute an original and all of which together shall
constitute one action.

---

## Authors

1. [0x30670D81E487c80b9EDc54370e6EaF943B6EAB39](#)
2. [0x5d95baEBB8412AD827287240A5c281E3bB30d27E](#)

# Footnotes

1. MakerDAO's DAI, on the Ethereum Mainnet at
   [0x6B175474E89094C44Da98b954EedeAC495271d0F](#). ↩

2. Ether, on the Ethereum Mainnet. ↩

3. Compound Finance's Compound DAI (cDAI), on the
   Ethereum Mainnet at
   [0x5d3a536E4D6DbD6114cc1Ead35777bAB948E3643](#). ↩

4. Lido DAO's Lido Staked ETH (stETH), on the
   Ethereum Mainnet at
   [0xae7ab96520DE3A18E5e111B5EaAb095312D7fE84](#). ↩

5. United States Dollar. ↩

| Previous | Next |
|---|---|
| mip 0001.md | mi 0003.m |

PLAINTIFF0003617



LEGAL-TOOLS    **DAOLABS**                                                    **Connect Wallet**



    

# Bootstrap Product Development

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

## Thesis

Transfer 1,750,000 DAI from the DAO Multisig[1] to the
Developer Multisig[2] to bootstrap product development,
funding 4 months of product development and minimal
operations including:

- product development and development expenses;
- tooling, documentation, and operational
  structures;
- recruiting costs for a product program manager and
  meatspace entity management;
- legal and accounting services;
- community-building resources; and,
- branding and design work.

1. This payout includes retroactive reimbursements
   and covering expenses borne by **dao-lawfirm.eth**,
   **tankbottoms.eth**, and **ryan-breslow.eth**.
2. This payout includes retroactive compensation to
   **tankbottoms.eth** and a number of development
   individuals.
3. This payout includes up to *$250,000.00* to
   opportunistically purchase Juicebox Governance
   (JBX).
4. This payout includes ongoing expenses borne by
   **dao-lawfirm.eth** and **tankbottoms.eth** such as
   subscription services, hosting providers, Web3
   providers, Fleek and other online services.

Bootstrap Product
Development
  Thesis
  Motivation
  Specification
    Multisig
    Proposed Budget
    Utilization
    Entities
  Rationale
    Core features
    Additional
Experiments
  Risks
  Snapshot Consensus by
the DAO Members
    Authors

PLAINTIFF0003618

# Motivation

Currently, payouts are primarily managed by
**tankbottoms.eth**, his private company Meow, and **dao-
lawfirm.eth**, sometimes via advances from **ryan-
breslow.eth**. This process is time consuming,
cumbersome, and difficult to manage.



# Specification

## Multisig

The <u>DAO Multisig</u> shall transfer 1,750,000 DAI to
developer.movedao.eth
(<u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u>), a Gnosis
Safe which has the following five signers:

1. <u>0x752515a3A1091b9f1c04416CF79D1F14d2340085</u> *(dao-
   lawfirm.eth)*
2. <u>0x468f178672C86bFA02e5E1B0413C3ccf55A37409</u>
3. <u>0x550bD0F03580B9a687931af4d837F8e45D61d410</u>
4. <u>0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57</u>
5. <u>0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498</u>

## Proposed Budget

See the <u>Proposed Budget</u>, attached hereto as Exhibit A,
and the <u>Google Sheets</u>. This documents are high-level
overviews and are subject to change.

## Utilization

Both the developer and business development budgets
shall be utilized at the discretion of **tankbottoms.eth**
and **jimmyethworld.eth**, with oversight from the Service
Providers, including **dao-lawfirm.eth**. Additional
signers will be added after a probationary period of
~30-90 days to ensure that the DAO's interests are
being represented.

Business development and Operations will be managed by
the development team. DAOLABS entities will be
established to operate the DAO affiliates as to ensure
that effective governance, accounting regulations, and
property agreements are in place and enforced.

## Entities

PLAINTIFF0003619



The DAO and its advisors have agreed to utilize
multiple partnered legal entities:

1. The DAO will fulfill non-profit functions, provide
   public goods, and have non-exclusive rights to
   intellectual property associated with the product.
   This implementation will be branded Movement DAO.
2. DAOLABS, LLC will retain intellectual property
   developed to date and engage with development
   staff.
3. This intellectual property will be licensed to
   DAOLABS, Inc: a for-profit corporation which will
   fulfill for-profit functions of the product. This
   includes collaborating with payment processor
   providers, cryptocurrency on-ramp and off-ramp
   providers, and other data services. DAOLABS, Inc
   will distribute options to individual contributors
   and stock to financial contributors, including
   potential future investors.

The Service Providers will create these entities,
governance, and develop processes for ongoing
governance, of while some portion of the above budget
will be used for reimbursements of expenses, legal
fees, and other costs. Upon completion of the entity
formation the Service Providers will staff the entities
with advisors, and board Members in order to establish
proper governance.

# Rationale

The development team will be funded by this proposal
have already created multiple dapps with feature sets
relevant to the DAO platform:

## Core features

- The Treasury Juicebox Multisignature Wallet. This
  frontend and backend constitute a complete re
  implementation of the Peel developed Juicebox
  frontend. Not only does it feature several
  experimental features built from scratch it also
  compiles to a fraction of the Peel frontend's
  size, and is implemented from the ground up as
  Svelte components. Due to Peel's structure, it
  would be impossible to secure agreements with all
  the contributors of the existing code base and
  thus DAOLABS would be unable to apply any
  copyright, or dictate terms of use, including CC0

PLAINTIFF0003620

copyright, or dictate terms of use, including C&C.

- The <u>Identity Juicebox Multisignature</u> features an expansive identification feature set. It allows

    users to connect with multiple Ethereum Cryptocurrency wallets, Phone based SMS authentication, Google, custom e-mail, Facebook, GitHub, Twitter, or to connect anonymously. By adding multiple authentication services, users can generate simplify the need to understand Cryptographic keys and instead default into a custodial Cryptocurrency account. This Dapp also employs multi-party computation to secure a wallet's seed phrase and private keys, transmits shards to two restoration services, and integrations to connect existing Gnosis Safes or to deploy new ones, each from a single Wallet provider. Additionally, this frontend provides Cryptocurrency on-ramps and off-ramps through credit cards, debit cards, and ACH transfers; Bolt payments was used for the credit/debit card integrations, as well as Wyre for fiat to Cryptocurrency transfers.
- <u>Membership NFT, Juicebox DAO</u> is a Juicebox frontend tailored towards creating treasuries funded by customizable tiered Membership NFTs. This frontend builds upon earlier work at <u>nft.juicebox.wtf</u>. This demonstrates focused onboarding scenarios and experiences for users, in attempts to simplify the onboarding process and thus the technical complexities of token system.
- <u>Bleeding-Edge</u> is a Juicebox Protocol frontend featuring customizable user pages and multiple no-code NFT collection creation workflows. This highlights tooling for DAOs and individuals to quickly and easily create content and deploy assets by which revenue may stream through a number of avenues: wallet, split contracts, and treasuries.
- <u>Staging Juicebox</u> features further experimental features, such as a scrolling homepage and a project category selection menu. Usually this is the testing environment for juicebox.wtf and fully tested features.

## Additional Experiments

- <u>tiles.wtf</u> is a re-implementation of <u>tiles.art</u>, which was an infinite generative NFT art project. tiles.wtf improves upon tiles.art by creating the

PLAINTIFF0003621

4/11/2023, 8:48 PM  Case 1:23-cv-20727-RKA  Document 106-51  Entered on FLSD Docket 06/09/2023  Page 86 of
interest of the DAO
371

art entirely on the Ethereum blockchain as SVG
files (as opposed to using an API service), and

also implementing a Juicebox treasury dashboard
and donations page.
* **Juicebox Matic** is a re-implementation of
juicebox.money on the Polygon blockchain.



These prototype dapps demonstrate the domain-specific
expertise and skill of the prospective development
team.

# Risks

* Transparent operation of the DAO is not certain or
guaranteed.
* A Juicebox Protocol DAI terminal has not been
deployed to mainnet, meaning these funds must be
managed by Multisig wallets.
* These funds may not be ideally distributed.
* These funds may be more useful later on.
* The DAO is delegating major responsibility by
approving a budget for 3 months.

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the
following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 1,750,000
DAI to the Developer Multisig (hereinafter, "Bootstrap
Payment") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Service Providers are
authorized to pay and reimburse past expenses
associated with incorporation, organization,
development, engineering compensation, subscriptions,
and other expenses of the DAO and the DAO's affiliate
entities, including without limitation expenses
incurred prior to the formation and/or incorporation of
the entities.

**RESOLVED FURTHER:** That each Service Provider,
Authorized Member, and agent of the DAO is hereby
jointly and severally authorized to do any act, matter,
or thing, and to execute and deliver any other document

PLAINTIFF0003622



as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any

related documents, and to perform or resolve the obligations of the DAO, or its affiliates.

**RESOLVED FURTHER:** That the Service Providers (including Authorized Member and Secretary **benreed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

**RESOLVED FURTHER:** That a portion of the Bootstrap Payment will be used to reimburse DAO expenses or past obligations paid by **dao-lawfirm.eth, tankbottoms.eth,** and **ryan-breslow.eth,** is hereby adopted;

**RESOLVED FURTHER:** That the Authorized Members are authorized to determine whether to elect to apply Section 248(a) of the Internal Revenue Code with respect to any organizational expenditures.

**RESOLVED FURTHER:** That the Service Providers are authorized to consult with their bookkeepers, auditors and attorneys in order to be fully informed as to, and to collect and pay promptly when due, all withholding taxes for which the Service Providers, Authorized Members, the DAO, or affiliate entities may now be (or hereafter become) liable.

**RESOLVED FURTHER:** That the Service Providers are authorized to take any and all actions that they deem necessary or appropriate to qualify the DAO, and its affiliate entities to do business as a foreign corporation in each state that the **Authorized Members** determine such qualification to be necessary or appropriate.

**RESOLVED FURTHER:** That the Service Providers are authorized to apply for a federal employer identification number on Form SS-4.

**RESOLVED FURTHER:** That the Service Provider are authorized to direct the responsible attorneys, paralegals and, or assistants or consultants of dao-

PLAINTIFF0003623

lawfirm.eth, or counsel for the DAO, to submit on
behalf of the DAO, and any affiliate entities, an

online application for a federal employer
identification number on Form SS-4.

**RESOLVED FURTHER:** That the Service Providers are
authorized and directed to solicit the consent of the
Members to the adoption of equity incentive plans and
to file the appropriate notices with the applicable
state and federal securities authorities in connection
with the issuance of options, at such time as such
actions may be necessary or advisable in order to
comply with applicable law.

**RESOLVED FURTHER:** That the Service Providers be, and
each of them hereby is, authorized and empowered to
take any and all such further action, to execute and
deliver any and all such further agreements,
instruments, documents and certificates and to pay such
expenses, in the name and on behalf of the DAO,
existing affiliates entities, contemplated affiliate
entities, or such an Authorized Member, as any such
Authorized Member may deem necessary or advisable to
effectuate the purposes and intent of the resolutions
hereby adopted, the taking of such actions, the
execution and delivery of such agreements, instruments,
documents and certificates and the payment of such
expenses by any such Authorized Member to be conclusive
evidence of his or her authorization hereunder and the
approval thereof.

**RESOLVED FURTHER: That any and all actions taken by the
Service Providers to carry out the purposes and intent
of the foregoing resolutions prior to their adoption
are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be
effective as of the date the DAO Entities receives the
consent of the DAO at the end of the Snapshot vote.
This action by the DAO Members consent may be executed
in any number of counterparts, each of which shall
constitute an original and all of which together shall
constitute one action.

## Authors

1. [0x30670D81E487c80b9EDc54370e6EaF943B6EAB39](#)
2. 0xEd05baEBB8412AD92728724AA5c281E3bB30d27F

PLAINTIFF0003624

2. 0x3d93JbaLbb6412Hb02/20/240Hjc28fLJbb274e7E



# Footnotes

1. The DAO Multisig is a Gnosis Safe at
   <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> on the
   Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at
   <u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u> on the
   Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| mip 0002.md | mi  0004.m |

PLAINTIFF0003625

 LEGAL-TOOLS    **DAOLABS**        Connect Wallet



     

# Adopt Actions

Author: tankbottoms.eth, filipv.eth
Creation Date: 2022-08-23

## 1. Thesis

At the behest of the DAO's concern, and in concurrence with the views of **dao-lawfirm.eth**, the Service Provider is responsible for aiding the DAO in initializing the Delaware Unincorporated Nonprofit Association, the intellectual property licensing entity, DAOLABS, LLC., and the for-profit entity, DAOLABS, Inc.

The DAO Members hereby ratify and approve all activities by the Service Provider taken in the furtherance of organizational and governance construction of the DAO and DAO affiliate entities, including the processing and execution of documents between shareholders, consultants, third parties, and directors. The DAO Members hereby ratify and approve all Service Provider actions and intentions for prior activities and for future activities and expenses related to these entities, their organization, and their governance.

## 2. DAOLABS Group

The DAO hereby ratifies the establishment of the following affiliates: **DAOLABS, LLC.**, **DAOLABS, INC.** and any permutations thereof, as well as the establishment of **PeaceDAO Unincorporated**

Adopt Actions

1. Thesis

2. DAOLABS Group

3. Abstract

4. Authorization of Meatspace Activities

5. Indemnification of the DAO Service Provider and Certain Individuals

6. Ratifications of Prior Disbursements

7. Clarification

8. Ratification of Future Disbursements

9. Timeline

Snapshot Consensus by the DAO Members

    Ratification of Prior Expenses

    Further Indemnification

    Omnibus Resolutions

      Authors

PLAINTIFF0003626

establishment of **PeaceDAO Unincorporated
Nonprofit Association,** and **Movement DAO.**



This proposal ratifies the actions of the Service
Provider, insofar as to formalize the entities as
either a Washington or Delaware entity, to
establish the DAO's banking account, the
employment agreements of these entities, and to
establish the licensing relationship and
consulting agreements between the entities,
including **DAOLABS, LLC, DAOLABS, Inc.,** Movement
DAO, and Peace DAO, and any permutations thereof,
together which are referred to herein as the **"DAO
Group"** or **"DAO affiliates".** The Unincorporated
Nonprofit Association structure is sufficient for
the purposes of PeaceDAO and Movement DAO.

# 3. Abstract

The DAO Members should ratify the indemnification
of certain individuals who have acted on behalf
of the DAO in various capacities: legal and
accounting, including the disbursing of funds at
the behest of other Members and the community and
for the benefit of the DAO.

# 4. Authorization of "Meatspace" Activities

Authorize **tankbottoms.eth, benreed.eth,
jimmyethworld.eth,**[1] and the individuals,
entities, addresses, and contracts mentioned in
the Guiding Principals § *7. Clarification* to act
on the DAO Group's behest, ratified by the DAO
Members, with all matters related to establishing
legal entities, financial registration, and
registration with any regulatory bodies or
financial institutions, and fully authorize the
aforementioned Members in all matters in
furtherance of these activities. Furthermore, the
DAO Group requires onboarding and accounting
relationships with third party Cryptocurrency
processor companies, intellectual property
matters, and other matters related to the inter-
group relationship with financing, intellectual
property licensing, copyright and registration,
and regulatory activities associated with any

PLAINTIFF0003627



significant fundraising activities. Future
issuance of tokens, options, and stock are also
authorized.

It is anticipated that the entities within the
DAO Group will be registered in various
jurisdictions including the States of Washington,
Florida, and Delaware, as well as the British
Virgin Islands. Nonetheless, the individuals
referenced above are further authorized to take
any action in furtherance of establishing banking
relationships with various parties.

# 5. Indemnification of the DAO Service Provider and Certain Individuals

Pursuant to the needs of the DAO in meatspace,
aka IRL, with regards to the aforementioned: The
DAO will indemnify the above individuals for any
and all costs, fees, expenses, and liabilities
incurred in the performance of their duties as a
DAO Member, and/or DAO Service Provider, and/or
DAO Affiliate.

Service Providers, DAO Members, and agents shall
not be liable to the DAO, and shall be
indemnified and held harmless for any loss or
damage resulting from any act or omission
performed or omitted in good faith, including
gross negligence or willful misconduct, in
pursuance of the authority granted to pursue the
purpose and interests of the DAO. Moreover, no
authorized individual shall be liable to the DAO
because any taxing authorities disallows or
adjusts any deductions or credits in the DAO tax
returns. The Service Provider may authorize the
DAO to pay expenses incurred by, or to satisfy a
judgment or fine rendered or levied against that
Member, any liquidating trustee or any present or
former employee of the DAO, in an action brought
by a third party against such person (whether or
not the DAO is joined as a party defendant) to
impose a liability or penalty on such person for
an act alleged to have been committed by such
person while a Member, liquidating trustee or
employee of the DAO, provided the person to be
indemnified was acting in good faith within what
he reasonably believed to be the scope of his

PLAINTIFF0003628

he reasonably believed to be the scope of his
employment or authority and for a purpose which
he reasonably believed to be in furtherance of

the purpose and best interests of the DAO.
Payments authorized by this paragraph include
amounts paid and expenses incurred in settling
such an action or threatened action. The
indemnification authorized by this paragraph
shall be made from the assets of the DAO and no
Member shall be personally liable to an
indemnitee. This paragraph shall inure to the
benefit of the Member and any future employees
and agents of the DAO (including any liquidating
trustee) and their respective Members, agents,
successors and assignees.



# 6. Ratifications of Prior Disbursements

The DAO and its Members do hereby ratify and
affirm each and every action undertaken by the
Service Provider on behalf of the DAO wherein
said DAO has full knowledge of said act and
wherein the act has been fully and accurately
stated and explained to the DAO. The DAO and its
Members are fully aware of every transaction and
contemporaneous events and circumstances and

# 7. Clarification

BY RATIFYING THIS PROPOSAL, YOU ARE AFFIRMING
THAT THE DAO WILL INDEMNIFY THE FOLLOWING
INDIVIDUALS, ENTITIES, CONTRACTS, AND ADDRESSES,
AS WELL AS ANY ASSOCIATED SIGNERS, ADDRESSES,
CONTRACTS, INDIVIDUALS, OR ENTITIES FOR ANY AND
ALL COSTS, FEES, EXPENSES, AND LIABILITIES
INCURRED AS A DAO MEMBER, AND/OR DAO SERVICE
PROVIDER, AND/OR DAO AFFILIATE:

| Address |
|---|
| 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6[2] |
| 0x752515a3a1091b9f1c04416cf79d1f14d2340085[3] |
| 0x5d95baebb8412ad827287240a5c281e3bb30d27e[4] |

PLAINTIFF0003629

0xf8042c55fe4dff9df82c0f8435fbcdc32fe60a69

0xE41188926607921763D25392475f1156AC5f9033

| Address |
| --- |
| 0x468f178672C86bFA02e5E1B0413C3ccf55A37409 |
| 0x550bD0F03580B9a687931af4d837F8e45D61d410 |
| 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57 |
| 0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498 |
| 0xD2427c0e44D28Ea74c0504E072c6073d135569B2 |
| 0x8C00f41676Ce4670ae9FcBBF297a24736dc23cc3 |



By ratifying this proposal, you attest that you have familiarized yourself with pertinent on-chain and off-chain transactions, contract-transactions, internal transactions, swaps, and the activities and expenses carried out by those individuals and addresses mentioned above.

You also agree that any actions taken by the above listed individuals, accounts, Multisig contracts, in each case for itself or on behalf of the DAO, in connection with the development of cryptocurrency tooling, recruiting, cryptocurrency experimentation, supporting the purpose of the DAO or its Members, interacting with exchanges, contributing to protocols, swapping tokens, purchasing or selling NFTs, deploying contracts, the utilization of meatspace bank accounts, the depositing of monies into such accounts, the obtaining of accounts or Membership licenses on behalf of the DAO (e.g. Hosting services, Fleek, Notion, Cloudflare, Digital Ocean, Google, Apple), and any actions related thereto are hereby confirmed and ratified in all respects, and that the Service Provider and their affiliates (e.g. **tankbottoms.eth**) and the DAO's agents, (e.g. **tankbottoms.eth**) shall be entitled to indemnity with respect to such actions.

# 8. Ratification of Future Disbursements

PLAINTIFF0003630

The DAO, by its Members hereby ratifies and
approves a $100,000.00 spending threshold for the
Service Providers, including dao-lawfirm.eth and



tankbottoms.eth, whereby prior verbal approval,
initial signer, or governance approval is not
necessary to spend up to 100,000 USD's worth of
funds and cryptographic assets; however,
notwithstanding any of the above, any such
expenses must be accounted for separately.

# 9. Timeline

These processes should be implemented once this
proposal is ratified, only to be removed when
superseded or amended by another proposal.

---

# Snapshot Consensus by the DAO Members

**dao-lawfirm.eth** of the **Law Offices of Reed
Yurchak, tankbottoms.eth, benreed.eth,** and
**cptspacecadet.eth** will hereafter be collectively
referred to as the **"Service Providers"**.

## Ratification of Prior Expenses

**RESOLVED:** The DAO hereby adopts all prior acts
related to agreements, and payments by the
Service Providers.

**FURTHER RESOLVED:** That **"Snapshot Consensus"** by
the DAO Members hereby ratifies all prior acts
related to payments from the DAO or any Member
wallet for the DAO or its Members, using fiat,
Ethereum, or Stablecoins such as DAI, and through
the Service Providers' Cryptocurrency accounts,
through personal accounts, or through assigned
Multisignature contracts, on behalf the DAO's
Members or the DAO, for any and all expenses,
including software development, research, or
consulting services, at the behest of DAO Members
whether to satisfy agreements, letters of intent,
or contracts, as well as all other actions
heretofore undertaken and performed on behalf of
the DAO by the Service Providers, or Authorized
Members, or by any agent **are hereby ratified,
approved and confirmed in their entirety.** Members

PLAINTIFF0003631



approved and confirmed in their entirety. Members
have been given all information, regarding each
and every transaction from every account and

Multisignature wallets below, including all
transactions personal, DAO related, or otherwise
to any other Cryptocurrency account.

**FURTHER RESOLVED:** The DAO by its Members,
individually and collectively, have been provided
with all pertinent records, via Etherscan,
associated with all the Ethereum addresses with
which the DAO, or its Service Providers, operated
or were involved in any transactions. The DAO, by
its Members, hereby approve all transactions
between the DAO, its Service Providers, to or
from any address owned by the Service Providers.
The DAO, by its Members, hereby ratify and affirm
each and every transaction on behalf of the DAO,
and have full knowledge of each transaction and
the transactions were made fully and accurately
as stated and explained in the records.

**FURTHER RESOLVED:** The DAO, by its Members, hereby
ratify and approve ongoing reimbursements to the
Service Providers for all reoccurring expenses
which have continued to accrue since March or
April of 2022, including software licenses, cloud
computing resources, blockchain resources,
consulting services, and other engineering
expenses. The DAO hereby authorizes the Service
Providers to convert fiat into Cryptocurrency and
vice versa in the present, the future, and in the
past, which may have incurred tax liabilities.
The DAO has determined it is in the best interest
of its Members to provide accounting services or
reimbursements for accounting services to offset
the complexity, overhead, and incurred expenses
by the Service Providers.

**FURTHER RESOLVED:** That the DAO, through its
Service Provider, is authorized to make payments
to itself, dao-lawfirm.eth, and tankbottoms.eth
for Cryptocurrency reimbursements associated with
ongoing expenses which have continued to date,
such as software subscriptions, development
services, and individual and/or associated
compensation.

**FURTHER RESOLVED:** All actions by the Service
Providers from January 1, 2022 have been duly

PLAINTIFF0003632

Providers from January 1, 2022 have been fully presented to the Members in their entirety by way of the Ethereum address records below. The DAO,

by its Members ratify and affirm all actions by the Service Providers.

| ENS | ETH Address |
|---|---|
| developer.moved<br>ao.eth | 0x2187e6a7c765777d50213346F0F<br>e519fCA706fbD |
| peace.movedao.e<br>th | 0xD2427c0e44D28Ea74c0504E072c<br>6073d135569B2 |
| gnosis.dao-<br>lawfirm.eth | 0x607d56643673649bd25AA47325A<br>7a6AFeffc3B4a |
| _ | 0x46D65c64E883f70371A6fcAcB12<br>4FB5dd68c9918 |
| _ | 0x143cC0A996De329C1C5723Ee4F1<br>5D2a40c1203c6 |
| _ | 0x1932494517F20EB03D652BfDCbA<br>Bb42018337436 |
| | 0x41e923B875aF2Cc72772747E9ef<br>2ed55c8df9D42 |
| _ | 0x8C00f41676Ce4670ae9FcBBF297<br>a24736dc23cc3 |
| _ | 0x8a97426C1a720a45B8d69E97463<br>1f01f1168232B |
| dao-lawfirm.eth | 0x30670D81E487c80b9EDc54370e6<br>EaF943B6EAB39 |
| tankbottoms.eth | 0x5d95baEBB8412AD827287240A5c<br>281E3bB30d27E |

**FURTHER RESOLVED:** That the Service Providers of this DAO are, and each acting alone is, hereby authorized to do and perform any and all acts, including execution of any and all documents and certificates, as said Service Provider(s) shall deem necessary or advisable to carry out the purposes of the resolutions herein.

# Further Indemnification

PLAINTIFF0003633



**FURTHER RESOLVED:** The DAO, by its Members, hereby ratifies and approve that the DAO will provide the Service Providers indemnification, including advances of expenses arising out of any activities subject of the civil, criminal, administrative or investigative action, suit, or proceeding for which indemnification or advancement of expenses is sought. That the DAO, through its Service Providers, determines that it is in the best interest of the DAO, its affiliates, and its Members for the DAO to enter into indemnification agreements with its current and future Service Providers in substantially the form attached hereto: DAOLABS Form Indemnification Agreement. That the Service Providers or Authorized Members are authorized to execute and deliver an indemnification agreement with each of the DAO's current Service Providers, and with any future Service Providers of the DAO. That the Service Providers of the DAO are authorized to make modifications to such agreements in order to comply with applicable law.

**RESOLVED FURTHER:** That the Authorized Members are authorized to determine whether to elect to apply Section 248(a) of the Internal Revenue Code with respect to any organizational expenditures.

**RESOLVED FURTHER:** That the Service Providers are authorized to consult with bookkeepers, auditors and attorneys in order to be fully informed as to, and to collect and pay promptly when due, all withholding taxes for which the DAO and its affiliate entities may now be (or hereafter become) liable.

**RESOLVED FURTHER:** That the Service Providers are authorized and directed to solicit the consent of the eligible Members information related to the adoption of legal equity incentive plans and to file the appropriate notices with the applicable state and federal securities authorities in connection with the issuance of options, at such time as such actions may be necessary or advisable in order to comply with applicable law.

**RESOLVED FURTHER:** That, in accordance with the Guiding Principals, the **Authorized Member**



building Principals, the **Authorized Member** together with the Service Provider, are authorized to execute and deliver any agreement

in the name of the DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, the Members may adopt from time to time specific limitations on the authority of Authorized Members or Service Providers.

**RESOLVED FURTHER:** That the Service Providers are authorized to execute and deliver any form of work product, draft board minutes, by instruction to legal counsel or other authorized representative to determine the size of the common stock pool, rate of issuance, and the terms of the adoption of the plan for the DAO affiliate entity. That Service Provider is authorized to deliver in any form the parameters of the common stock allocation, option pool, and investment allocation for the DAO affiliate entity.

**RESOLVED FURTHER:** That the **"Service Providers"** of the DAO are each authorized and empowered to take any and all further action to execute and deliver any and all such further agreements in the organization and governance between the DAO affiliate entities and the DAO, with regards to the inter-company licensing agreements.

## Omnibus Resolutions

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval thereof.

PLAINTIFF0003635



**RESOLVED FURTHER:** That any and all actions taken by the **Service Providers** of the DAO to carry out

the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed. As used in this document, the words "herein," "hereof," "hereby" and "hereunder" shall refer to this document as a whole, and not to any particular section, provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

### Authors

1. 0x30670D81E487c80b9EDc54370e6EaF943B6EAB39
2. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E

## Footnotes

1. Respectively, 0x5d95baEBB8412AD827287240A5c281E3bB30d27E, 0xf8042c55fE4dff9Df82c0F8435fbcdC32fe60A69, and 0xE41188926607921763D25392475f1156AC5f9033. ↵

2. The DAO Multisig wallet. ↵

3. dao lawfirm.eth. ↵

4. tankbottoms.eth, an Authorized Member. ↵

| Previous | Next |
|---|---|
| mip 0003.md | mip 0005.md |

PLAINTIFF0003636



LEGAL-TOOLS   **DAOLABS**   **Connect Wallet**



    

# Adopt Banking Relationship Authorizations

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

## Thesis

The DAO and its affiliates should establish traditional banking relationships so that those services can be integrated into its Dapp via API payment processors, thereby enabling payments in fiat currency; the DAO has integrated Bolt using internally generated API keys and Wyre API keys, both of which require traditional ACH accounts to connect and fulfill online account loading functions. Silicon Valley start-up services such as, **Ramp,** have business models where they offer "full-service" start-up services such as accounting management, including virtual cards by projects for expense management, cap-table, profit and losses, option and stock option turn-key packages and other organizational services normally left to the start-up. In order to be eligible for these types of services, the DAO or DAOLABS must have over $250,000.00 in an ACH account and documentation regarding capital investments. ACH accounts are also required for the DAO to open a Coinbase or Robinhood account which would be necessary for any fiat to crypto currency exchanges.

In order for a financial institution to establish a banking relationship with the **DAO,** the **DAO** must be able to provide traditional documents including board resolution, or shareholder resolution, or the information contained in Exhibit A. "Resolution to Open

Adopt Banking
Relationship
Authorizations

  Thesis

  Motivation

  Resolution

  Snapshot Consensus by
the DAO Members

      Authors

PLAINTIFF0003637

information contained in Exhibit A, "Resolution to Open
Bank Account" section.

## Motivation

The DAO's fiat contributions are currently facilitated
by the **DAO's Service Providers** including **dao-
lawfirm.eth,** via manual funds transfers and conversion
from Cryptocurrency to fiat and vice versa using
personal Accounts, likely generating gains or
unforeseen tax liability which will need to be
mitigated.

## Resolution

See Exhibit A. **RESOLUTION TO OPEN A BANK ACCOUNT**

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the
following actions via Snapshot and resolves as follows:

**RESOLVED:** That the Service Provider, together with **dao-
lawfirm.eth, tankbottoms.eth,** and **benreed.eth** shall be
authorized on behalf of the DAO, and its Members, to
establish a banking relationship with Chase Bank and
other service providers to facilitate additional
payment services required by the DAO.

**RESOLVED FURTHER :** That Service Providers are
authorized to:

1. designate one or more banks or similar financial
   institutions as depositories of the funds of the
   DAO and its affiliate entities;
2. open, maintain and close general and special
   accounts with any such depositories;
3. cause to be deposited from time to time in such
   accounts, funds of the DAO Entities as they deem
   necessary or advisable, and to designate, or to
   change or revoke the designation of, the officers
   or agents of the DAO Entities authorized to make
   such deposits and to endorse checks, drafts and
   other instruments for deposit;
4. designate, or to change or revoke the designation
   of, the Service Provider or agents of the DAO
   Entities authorized to sign or countersign checks

PLAINTIFF0003638



Entities authorized to sign or countersign checks,
drafts or other orders for the payment of money of

the DAO Entities against any funds deposited in
any of such accounts;

5. authorize the use of facsimile signatures for the
signing or countersigning of checks, drafts or
other orders for the payment of money, and to
enter into such agreements as banks and similar
financial institutions customarily require as a
condition for permitting the use of facsimile
signatures; and

6. make such general and special rules and
regulations with respect to such accounts as they
may deem necessary or advisable, and to complete,
execute and certify any customary printed blank
signature card forms in order to exercise
conveniently the authority granted by this
resolution, and any resolutions printed on such
cards are deemed adopted as a part of this
resolution.

**RESOLVED FURTHER:** That all form resolutions required by
any such depository are adopted, and that the Service
Provider, and agents are authorized to certify such
resolutions as having been adopted by this action by
Member vote.

**RESOLVED FURTHER:** That any such depository to which a
certified copy of these resolutions has been delivered
by the Authorized Member is authorized and entitled to
rely upon such resolutions for all purposes until it
receives written notice of the revocation or amendment
of these resolutions.

**RESOLVED FURTHER:** That the Service Providers are
authorized to consult with its bookkeepers, auditors
and attorneys in order to be fully informed as to, and
to collect and pay promptly when due, all withholding
taxes for which the DAO Entities may now be (or
hereafter become) liable.

**RESOLVED FURTHER:** That the **Service Providers** of the DAO
are each authorized and empowered to take any and all
such further action to execute and deliver any and all
such further agreements, instruments, documents, and
certificates and to pay such expenses in the name and
on behalf of the DAO, as any of each of the **Service
Providers** may deem necessary or advisable to effectuate
the purposes and intent of the resolutions hereby

PLAINTIFF0003639

the purposes and intent of the resolutions hereby
adopted, the taking of such actions, the execution and
delivery of such agreements, instruments, documents,

and certificates, and the payment of such expenses by
any such **Service Providers** to be conclusive evidence of
his or her authorization hereunder and the approval
thereof.



**RESOLVED FURTHER:** That any and all actions taken by the
**Service Providers** of the DAO to carry out the purposes
and intent of the foregoing resolutions prior to their
adoption are approved, ratified, and confirmed. As used
in this document, the words "herein," "hereof,"
"hereby" and "hereunder" shall refer to this document
as a whole, and not to any particular section,
provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be
effective as of the date the DAO Entities receives the
consent of the DAO at the end of the Snapshot vote.
This action by the DAO Members consent may be executed
in any number of counterparts, each of which shall
constitute an original and all of which together shall
constitute one action.

---

## Authors

1. [0x30670D81E487c80b9EDc54370e6EaF943B6EAB39](#)
2. [0x5d95baEBB8412AD827287240A5c281E3bB30d27E](#)

| Previous | Next |
|---|---|
| mip-0004.md | mip-0006.md |

PLAINTIFF0003640



LEGAL-TOOLS  **DAOLABS**  **Connect Wallet**



     

# Appoint a Treasury Committee

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

## Thesis

Appoint a treasury committee to provide the community with monthly recommendations to leverage the DAO's endowment. This should instill confidence in the long-term success of the DAO's endowment, by which the DAO will stimulate growth of its ecosystem.

## Motivation

The DAO has not taken advantage of intensive treasury management yet. By leveraging non-controversial investment and diversification strategies, the DAO can expand its runway while minimizing risks.

## Specification

The initial treasury committee Members shall be:

| ENS | ETH Address |
| --- | --- |
| tankbottoms.eth | 0x5d95baEBB8412AD827287240A5c281E3bB30d27E |
| filipv.eth | 0x30670D81E487c80b9EDc54370e6EaF943B6EAB39 |
| jimmyethworld. | 0xE41188926607921763D25392475f1156AC |

Appoint a Treasury Committee
 Thesis
 Motivation
 Specification
 Rationale
 Risks
 Timeline
 Snapshot Consensus by the DAO Members
  Authors

PLAINTIFF0003641

# Rationale

Designating treasury management recommendations to a small group allows for focused, tightly scoped discussion. It will also allow these individuals to utilize and to continue building their domain specific expertise.

# Risks

- As the DAO's assets are diversified, the DAO will inherit risks associated with new assets.
- The DAO may lose out on potential upside to ETH, DAI, or other assets it already holds.
- The treasury committee might make bad recommendations.
- Treasury management may distract from other focuses of the DAO.

# Timeline

The initial treasury committee should provide recommendations within ~30 days of this proposal's ratification.

---

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the above referenced persons are hereby elected and designated as **Treasury Committee Members** of the DAO. The Treasury Committee Member designation provides no office.

**RESOLVED FURTHER:** That the **Service Providers** of the DAO are each authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, as any of each of the **Service Providers** may deem necessary or advisable to effectuate

PLAINTIFF0003642



the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such **Service Providers** to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER:** That any and all actions taken by the **Service Providers** of the DAO to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed. As used in this document, the words "herein," "hereof," "hereby" and "hereunder" shall refer to this document as a whole, and not to any particular section, provision, or subdivision of this document.

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. [0x30670D81E487c80b9EDc54370e6EaF943B6EAB39](#)
2. [0x5d95baEBB8412AD827287240A5c281E3bB30d27E](#)

| Previous | Next |
|----------|------|
| mip-0005.md | mip-0007.md |

PLAINTIFF0003643



LEGAL-TOOLS    **DAOLABS**

<span style="color:red">**Connect Wallet**</span>



    

# Snapshot Consent of the Members of the DAO

Authors: tankbottoms.eth, filipv.eth
Date: 2022-08-23

*DAO, an Unincorporated Nonprofit Association, a Delaware entity, and DAOLABS, and other proposed DAO Entities*

## Definitions

**Snapshot** is a decentralized voting system which provides flexibility on voting power calculation, various voting types, the creation of proposals, and the off-chain verification of voters via the Ethereum blockchain, which enables easy to verify and hard to contest results enabling robust governance of unincorporated associations with large participation bases. Snapshot thereby enables diverse decentralized decision making, previously only possible through highly coordinated shareholder meetings, without any costs. The DAO and its affiliates entities use Snapshot in order to verify and calculate Membership consensus.

The undersigned, constituting the Members hereby adopt the following resolutions via Snapshot:

## Ratification of Actions of the Service Providers

Snapshot Consent of the Members of the DAO

  Definitions

  Ratification of Actions of the Service Providers

  Election of Additional Authorized Members and their Agents

  Execution of Agreements Generally

  Management of Fiscal Affairs Generally

  Expenses Related to the Incorporation and its Organization

  Withholding Taxes

  Accounting Year

  Qualifications to do Business

  Employer Tax Identification Number

  Omnibus Resolutions

  The Collective Snapshot Consent of the Members of the DAO or DAO Member Actions

      Authors

**PLAINTIFF0003644**

**RESOLVED:** The **Service Providers,** as defined by the Guiding Principals § 16¶¶ (a)-(d); specifically as <u>dao-lawfirm.eth</u>, Attorney Reed Yurchak of the Law Offices of Reed Yurchak, and forensic blockchain engineer tankbottoms.eth. Every action that has been taken, authorized, unauthorized, and with respect to the DAO by the **Service Providers** including, but not limited to, the transfer of Cryptocurrency to and from Gnosis Multi-Signature Wallets, externally owned wallets, Coinbase, Robinhood, and any other addresses, i.e. Uniswap, Matcha, OpenSea, etc, the appointment of the Authorized Member, and any of their affiliates, together (**"Service Providers"**), authorship of any documents, agreements, documents, the filing of the Guiding Principles, the registering of the DAO's EIN, the establishment of any affiliates (such as any for-profit entities), including DAOLABS, Inc., DAOLABS LLC, Movement DAO, Peace DAO, and Treasury, are hereby ratified.

**RESOLVED FURTHER:** That **Benjamin Reed** (**benreed.eth**) is appointed to serve as the DAO's **Authorized Member,** to serve until his respective successor is duly elected and qualified.



# Election of Additional Authorized Members and their Agents

**RESOLVED FURTHER:** That **Benjamin Reed** (**benreed.eth**), as well as any persons associated with the addresses below, are elected as **Authorized Members** and agents of the DAO, to serve until their respective successors are duly elected and qualified or until any such Member's earlier resignation or removal:

| Address |
| --- |
| <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> |
| <u>0x752515a3a1091b9f1c04416cf79d1f14d2340085</u> |
| <u>0x5d95baebb8412ad827287240a5c281e3bb30d27e</u> |
| <u>0xf8042c55fe4dff9df82c0f8435fbcdc32fe60a69</u> |

PLAINTIFF0003645

0xE41188926607921763D25392475f1156AC5f9033



| Address |
| --- |
| 0x468f178672C86bFA02e5E1B0413C3ccf55A37409 |
| 0x550bD0F03580B9a687931af4d837F8e45D61d410 |
| 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57 |
| 0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498 |
| 0xD2427c0e44D28Ea74c0504E072c6073d135569B2 |
| 0x8C00f41676Ce4670ae9FcBBF297a24736dc23cc3 |

**RESOLVED FURTHER:** That the **Authorized Members** in consultation with the Service Provider or any legal counsel are authorized and directed to execute, verify, and file all documents, and to take whatever actions, that are necessary or advisable to comply with all state and federal laws, or that are taken on behalf of the DAO or at the behest of other Members.

# Execution of Agreements Generally

**RESOLVED FURTHER:** That the Members determine that it is in the best interest of the DAO to enter into indemnification agreements, independent consulting agreements, innovations and assignments agreements, or a number of other agreements (including offer letters, employee nondisclosure and assignment agreements, confidentiality agreements, mutual confidentiality agreements, confidential materials release forms, and independent contractor services agreements) (together, "Agreements") with its current and future Service Providers, the **Authorized Members,** and agents in substantially in the form respectively attached hereto as Exhibits A, B, C, and D.

**RESOLVED FURTHER:** That the DAO is authorized to execute and deliver Agreements with each individual and with all future **Authorized Members**

PLAINTIFF0003646

of the DAO.



**RESOLVED FURTHER:** That the **Authorized Members** are authorized to make modifications to such Agreements in order to comply with applicable law.

# Management of Fiscal Affairs Generally

**RESOLVED FURTHER:** That the **Service Providers** and **Authorized Members** (together **"Service Providers"**) are authorized to:

- designate one or more banks or similar financial institutions as depositories of the funds of the **DAO, DAOLABS, TREASURY, PEACE DAO, MOVEMENT DAO and/or any other DAO affiliates** (together the **"DAO Entities"**);
- open, maintain and close general and special accounts with any such depositories;
- cause to be deposited from time to time in such accounts, funds of the DAO into the DAO Entities as they deem necessary or advisable, and to designate, or to change or revoke the designation of, the officers or agents of the DAO Entities authorized to make such deposits and to endorse checks, drafts and other instruments for deposit;
- designate, or to change or revoke the designation of, the **Service Provider** or agents of the DAO Entities authorized to sign or countersign checks, drafts or other orders for the payment of money of the DAO Entities against any funds deposited in any of such accounts;
- authorize the use of facsimile signatures for the signing or countersigning of checks, drafts or other orders for the payment of money, and to enter into such agreements as banks and similar financial institutions customarily require as a condition for permitting the use of facsimile signatures; and
- make such general and special rules and regulations with respect to such accounts as they may deem necessary or advisable, and to

PLAINTIFF0003647



complete, execute, and certify any customary printed blank signature card forms or online forms in order to exercise conveniently the authority granted by this resolution, and any resolutions printed on such cards or available in such online forms are deemed adopted as a part of this resolution.

**RESOLVED FURTHER:** That all form resolutions required by any such depository are adopted, and that the **Service Providers** and agents are authorized to certify such resolutions as having been adopted by this action by Member vote.

**RESOLVED FURTHER:** That any such depository to which a certified copy of these resolutions has been delivered by the **Authorized Member** is authorized and entitled to rely upon such resolutions for all purposes until it receives written notice of the revocation or amendment of these resolutions.

# Expenses Related to the Incorporation and its Organization

**RESOLVED FURTHER:** That the **Service Providers** are authorized to pay and reimburse the expenses of incorporation and organization of the DAO Entities, and their affiliate, including without limitation expenses incurred prior to the incorporation of the DAO Entities.

**RESOLVED FURTHER:** That the **Authorized Members** are authorized to determine whether to elect to apply Section 248(a) of the Internal Revenue Code with respect to any organizational expenditures.

# Withholding Taxes

**RESOLVED FURTHER:** That the **Service Providers** is authorized to consult with its bookkeepers, auditors and attorneys in order to be fully informed as to, and to collect and pay promptly when due, all withholding taxes for which the DAO Entities may now be (or hereafter become) liable.

PLAINTIFF0003648

# Accounting Year



**RESOLVED FURTHER:** That the accounting year of the Company will end on December 31st of each year.

# Qualifications to do Business

**RESOLVED FURTHER:** That the **Service Providers** are authorized to take any and all actions that they deem necessary or appropriate to qualify the DAO and its affiliate entities to do business as a foreign corporation in each state that the officers determine such a qualification to be necessary or appropriate.

# Employer Tax Identification Number

**RESOLVED FURTHER:** That the **Service Providers** are authorized to apply for a federal employer identification number on Form SS 4.

**RESOLVED FURTHER:** That the **Service Providers** are authorized to direct the responsible attorneys, paralegals and corporate assistants of dao lawfirm.eth or counsel for the DAO, to submit on behalf of the DAO, an online application for a federal employer identification number on Form SS 4.

**RESOLVED FURTHER:** That the **Service Providers** are authorized to prepare an equity incentive plan and agreement for the appropriate DAO affiliate entities, DAOLABS, and to file the appropriate notices with the applicable state and federal securities authorities in connection with the issuance of options, at such time as such actions may be necessary or advisable in order to comply with applicable law.

# Omnibus Resolutions

**RESOLVED FURTHER:** That the **Service Providers** shall be, and hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further

PLAINTIFF0003649

agreements, instruments, documents and
certificates and to pay such expenses, in the
name and on behalf of the DAO, any affiliate

entities, or officer, as any such officer may
deem necessary or advisable to effectuate the
purposes and intent of the resolutions hereby
adopted, the taking of such actions, the
execution and delivery of such agreements,
instruments, documents, and certificates. The
payment of such expenses by any such officer or
**Service Provider** shall be conclusive evidence of
his or her authorization hereunder and the
approval thereof.

**RESOLVED FURTHER:** That any and all actions taken
by the **Service Providers** to carry out the
purposes and intent of the foregoing resolutions
prior to their adoption are approved, ratified
and confirmed by the DAO Members by way of
Snapshot.

# The Collective Snapshot Consent of the Members of the DAO or DAO Member Actions

This action by the DAO Members by Snapshot vote
shall be effective as of the date the DAO
receives the consent of the DAO at the end of the
Snapshot vote. This action by the DAO Members
consent may be executed in any number of
counterparts, each of which shall constitute an
original and all of which together shall
constitute one action. Any copy, facsimile,
Website, Ethereum blockchain signatures or other
reliable verification and reproduction of this
action by recorded and written consent may be
substituted or used in lieu of the original
writing for any and all purposes for which the
original writing could be used. This action by
the DAO Members shall be recorded with the next
Snapshot vote of the DAO.

---

## Authors

1. [0x30670D81E487c80b9EDc54370e6EaF943B6EAB39](0x30670D81E487c80b9EDc54370e6EaF943B6EAB39)
2. [0x5d95baEBB8412AD827287240A5c281E3bB30d27E](0x5d95baEBB8412AD827287240A5c281E3bB30d27E)



PLAINTIFF0003650

| Previous | Next |
|---|---|
| mip 0006.md | mip 0008.md |

PLAINTIFF0003651

 **LEGAL-TOOLS**    **DAOLABS**                    **Connect Wallet**



Custody ETH in EOA to
  Prepare for Merge
    Thesis
    Motivation
    Specification
    Rationale
    Risks
        Authors

    

# Custody ETH in EOA to Prepare for Merge

Author: filipv.eth, tankbottoms.eth
Date: 2022-09-12

This <u>Emergency Proposal</u> has been created to affirm <u>DAO Multisig</u> Signer support of the changes proposed below. **By voting affirmatively, Signers are explicitly approving the proposed changes.**

## Thesis

Temporarily transfer all ETH held at <u>Gnosis 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> to a wallet operated by the DAO's Service Provider, dao-lawfirm.eth, to prepare for the Ethereum Merge.

## Motivation

<u>The Ethereum Merge</u> is expected to occur between September 13 and 15. Despite widespread support for the migration to Proof of Stake, certain <u>groups</u> and <u>individuals</u> favor Proof of Work, and plan to maintain the "original" blockchain. If any such efforts are successful, funds will be "duplicated" across both blockchains, giving the DAO the opportunity to sell its ETH on the Proof of Work blockchain and migrate those funds to the Proof of Stake blockchain, adding to its treasury.

The DAO currently holds funds in the Gnosis Safe referenced above, which (i) may not be operable on

PLAINTIFF0003652

post-merge Proof of Work blockchains, and (3.1) will significantly slow down selling efforts, either

limiting or completely removing the DAO's opportunity for gain.

## Specification

1. As soon as possible, transfer all ETH from the Multisig to:
   1. 0xB500cdA34Ea0313bF2EF626a7Be385f4A910cc79.
2. Upon completion of the Ethereum Merge, dao lawfirm.eth shall transfer all ETH back to the original DAO Multisig on the Proof of Stake chain (the canonical post merge Ethereum blockchain).
3. dao lawfirm.eth shall attempt to sell the "duplicated" funds on one or more outstanding Proof of Work blockchains.
4. dao lawfirm.eth shall transfer the proceeds, if converted to post merge ETH or DAI to the original DAO Multisig (less fees and costs associated with this process).

## Rationale

- dao-lawfirm.eth and tankbottoms.eth discussed the idea with both filipv.eth and jimmyethworld.eth and reached consensus that this was of nominal risk.
- dao-lawfirm.eth and tankbottoms.eth have performed similar activities with other custodial wallets without incident.
- dao-lawfirm.eth's representative tankbottoms.eth is a trusted DAO member with duties towards the DAO and no incentive to misappropriate funds.
- Funds will be held within a hardware wallet, reducing the risk of a private key being leaked or otherwise exposed.
- The cost of this specification is relatively minor —just gas.

## Risks

- dao-lawfirm.eth, or tankbottoms.eth could be untrustworthy.
- The aforementioned hardware wallet may be compromised.

PLAINTIFF0003653

- The aforementioned entity or individuals may make some mistake during the transfer or conversion process resulting in lost funds.

## Authors

1. <u>0x30670D81E487c80b9EDc54370e6EaF943B6EAB39</u>
2. <u>0x5d95baEBB8412AD827287240A5c281E3bB30d27E</u>

| Previous | Next |
|---|---|
| mip-0007.md | mip-0009.md |

PLAINTIFF0003654



LEGAL-TOOLS   **DAOLABS**                                    **Connect Wallet**



    

# Approve Launch of DAOLABS Beta Services

Authors: benreed.eth, tankbottoms.eth, filipv.eth
Date: 2023-01-03

*This _Emergency Proposal_ has been created to affirm _DAO Multisig_ Signer support of the changes proposed below.*
**By voting affirmatively, Signers are explicitly approving the proposed changes.**

## Beta Launch Overview

The tentative proposed multi-stage roll-out of the following product features as follows:

1. Deploy a Juicebox-compatible treasury platform which accepts DAI (details to follow).
2. Create a Juicebox treasury which certain fees will be routed to.
3. Deploy BETA NFT creation tooling for Web3 creators.
4. Deploy BETA DAO-KIT legal resource for DAO builders.

## Motivation

In preparation for the beta launch of the DAOLABS application and services, the development team wants to ensure sufficient resources to launch and continue running the application.

## Background

Approve Launch of DAOLABS Beta Services

  Beta Launch Overview

  Motivation

  Background

    Prior Work

    Branding

  Specification

  Risks

  Snapshot Consensus by the DAO Members

      Authors

PLAINTIFF0003655



# Prior Work

Movement DAO was created to build a platform for
tokenized communities to govern contributions. So far,
Movement DAO has worked towards this goal by:

1. Prototyping a treasury platform using OpenLaw's
   Tribute Framework.
2. Prototyping a treasury platform using the Juicebox
   Protocol.
3. Participating in JuiceboxDAO to better understand
   Web3 dynamics.
4. Researching legal theories and frameworks for DAOs
   and their treasury management.
5. Prototyping and building expertise within the NFT
   creation space.
6. Developing a beta DAO-KIT legal resource for
   community builders.
7. Developing a beta NFT creation tooling for
   creators.
8. Developing Juicebox Protocol extensions and
   tooling for use towards Movement DAO's goals.

A great deal of exploratory code has been developed,
some of which is available on GitHub:

1. A Juicebox interface implemented in Svelte. Svelte
   is a compiled user interface framework which we
   believe is easier to understand and more cost-
   effective to maintain than alternatives like React
   — its users include Apple Music, Spotify, Ikea,
   The New York Times, and Brave Search. This code
   serves as our primary baseline for further UX
   development: our goal was to quickly build up a
   tool set of DAO applications and services by
   expanding the current Juicebox Project management
   interface.
2. Treasury and NFT Tooling Smart Contracts. These
   Solidity smart contracts extend the Juicebox
   protocol, adding support for English/Dutch NFT
   auctions, creating NFT collections, stablecoin
   deposits and withdrawals, dynamic on-chain role
   management, payment processing, token liquidation,
   vesting schedules, and more.
3. DAO-KIT. These Legal resources guide project
   creators through the process of incorporating a
   legal entity, establishing their operating
   principles, and managing ongoing filing
   requirements, as well as agreements, settlements

PLAINTIFF0003656



requirements, as well as engagements, settlements, terms of service, and other documents. It automatically generates legal documents using pre-built templates, and includes resources for startups, such as capitalization table and headcount calculators.

4. <u>NFT Creation Tooling</u>. A comprehensive tool for creating NFTs and enriching communities.
5. <u>Wallet Services</u>. A robust Web3 wallet system which (i) manages multiple wallets, (ii) enables logins with Google, Email, and other common services, (iii) integrates with third-party backup services, (iv) integrates with Gnosis Safe, and (v) integrates fiat on-ramp and off-ramp services, among other features.

## Branding

Our Treasury system uses the Juicebox Protocol as a foundation. We have reimplemented its Web3 components in Svelte using Juicebox branding, but we are not deploying a Juicebox clone. We are currently working on a new brand for Movement DAO via DAOLABS — once our new brand is developed, we will redesign the UI and remove references to Juicebox (except for noting that we are compatible with the Protocol and that our NFT products natively recognize Juicebox Treasuries). In the meantime, new deployments will continue to use the juicebox.wtf domain and some Juicebox branding.

# Specification

The <u>DAO Multisig</u>[1] shall transfer 10 ETH and 12,200 DAI to the <u>Developer Multisig</u>.[2]

The Developer Multisig shall then transfer:

- 5 ETH to the newly created native Juicebox treasury,
- 5 ETH to the new Beta Juicebox Treasury, and
- 12,200 DAI to the new DAI registry.

These allocations will be administered by **benreed.eth**, **tankbottoms.eth**, or **jimmyethworld.eth**, with oversight from the DAO's Service Provider, **dao-lawfirm.eth**.

# Risks

PLAINTIFF0003657

- Frequently invoking <u>Emergency Governance</u> risks alienating DAO members.



- A Juicebox Protocol DAI terminal has not been deployed before.
- Software development is a risky endeavor.
- These funds may not be ideally distributed.
- These funds may be more useful later on.
- Market instability in and outside of crypto could continue, or get worse.

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 10 ETH and 12,200 dollars worth of ETH or DAI to the Developer Multisig, to thereafter be respectively distributed to Movement DAO's Native/Beta Juicebox treasuries and DAI registry, is hereby adopted and approved;

**RESOLVED FURTHER:** That each Service Provider, Authorized Member, and agent of the DAO is hereby jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any related documents, and to perform or resolve the obligations of the DAO, or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Service Providers to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

**Authors**

PLAINTIFF0003658

1. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E

2. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c
3. 0x30670d81e487c80b9edc54370e6eaf943b6eab39

# Footnotes

1. The DAO Multisig is a Gnosis Safe at
   0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 on the
   Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at
   0x2187e6a7c765777d50213346F0Fe519fCA706fbD on the
   Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| mip 0008.md | mi 0010.m |

PLAINTIFF0003659



LEGAL-TOOLS    **DAOLABS**



     

Approve Authorized Members to Retain Further Legal Counsel

  Thesis

  Specification

  Rationale

  Risks

  Snapshot Consensus by the DAO Members

    Authors

# Approve Authorized Members to Retain Further Legal Counsel

Authors: benreed.eth, filipv.eth
Date: 2023-01-03

*This <u>Emergency Proposal</u> has been created to affirm <u>DAO Multisig</u> Signer support of the changes proposed below.* **By voting affirmatively, Signers are explicitly approving the proposed changes.**

## Thesis

The DAO's Authorized Members and its Service Provider would like to retain legal counsel regarding the DAO's outstanding legal agreements, including the <u>GitBook</u>, the <u>Terms of Service</u>, and several proposed amendments, while also seeking feedback from the community to ensure that the DAO and its members are acting in accordance with the law.

Estimates suggest that a 50,000 DAI budget will be sufficient to retain appropriate legal counsel for this purpose.

## Specification

The <u>DAO Multisig</u>[1] shall transfer 50,000 DAI to the <u>Developer Multisig</u>.[2]

The Authorized Members and the Service Provider will administer this distribution and have the

PLAINTIFF0003660

authority to make relevant decisions when
executing this proposal.

# Rationale

Before implementing any operational or structural
changes  specifically those which affect the DAO
treasury  the Authorized Members would like to
receive legal counsel to ensure full compliance
with the law while maintaining full transparency.

# Risks

- Frequently invoking <u>Emergency Governance</u>
  risks alienating DAO members.
- This proposal's specification is open-ended,
  and relies on the sound judgement of the
  Authorized Members and the Service Provider.
- These funds may be more useful later on.
- Instability in the crypto and financial
  markets could continue or get worse.

---

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt
the following actions via Snapshot and resolves as
follows:

**RESOLVED:** That the transfer of 50,000 DAI from the
DAO Multisig to the Developer Multisig is hereby
adopted and approved;

**RESOLVED FURTHER:** That each Service Provider,
Authorized Member, and agent of the DAO is hereby
jointly and severally authorized to do any act,
matter, or thing, and to execute and deliver any
other document as he or she may deem necessary,
advisable, or incidental, in connection with the
preceding specification, and other sections
herein, or any related documents, and to perform
or resolve the obligations of the DAO, or its
affiliates.

**RESOLVED FURTHER:** That the Service Providers
(including Authorized Member and Secretary
hereof, eth) in a order a with commensurate

PLAINTIFF0003661



**benfeed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise

obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

**RESOLVED FURTHER:** That the Service Providers be, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, existing affiliates entities, contemplated affiliate entities, or such an Authorized Member, as any such Authorized Member may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such Authorized Member to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER: That any and all actions taken by the Service Providers to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E
2. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c
3. 0x20670d21 407 89L0 L E4070 6 f0ADL C L00

PLAINTIFF0003662

3. 0x306f0d81e48f c80b9edc543f0e6eaf94cf6eab39



# Footnotes

1. The DAO Multisig is a Gnosis Safe at
   0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 on
   the Ethereum Mainnet. ↩



2. The Developer Multisig is a Gnosis Safe at
   0x2187e6a7c765777d50213346F0Fe519fCA706fbD on
   the Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| mip-0009.md | mip-0011.md |

PLAINTIFF0003663



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



     

# Pay Deferred Legal Fees From 2022

Authors: benreed.eth, filipv.eth
Date: 2023-01-03

*This Emergency Proposal has been created to affirm DAO Multisig Signer support of the changes proposed below.* **By voting affirmatively, Signers are explicitly approving the proposed changes.**

## Thesis

Movement DAO's Guiding Principles appointed dao-lawfirm.eth as the DAO's Service Provider. dao-lawfirm.eth provided legal services to the Authorized Members and the DAO's affiliates throughout 2022, and, in good faith, deferred a portion of the commensurate legal fees. Those fees should be paid in 2023.

## Specification

The DAO Multisig[1] shall transfer 58,831.02 DAI to the Developer Multisig.[2] The Developer Multisig will then transfer the relevent funds to dao-lawfirm.eth.

### Deferred Legal Fees

The following represents costs associated with legal services that the Service Provider has provided to the DAO, including (but not limited to):

- Drafting governance documents, including the Terms of Service, Privacy Policies, and several letters;
- drafting documents for the formation of legal

Pay Deferred Legal Fees From 2022
  Thesis
  Specification
    Deferred Legal Fees
    Utilization
  Risks
  Snapshot Consensus by the DAO Members
    Authors

PLAINTIFF0003664

- drafting documents for the formation of legal entities, and filing those documents;

- providing agreement templates for use in <u>legal.juicebox.wtf</u>, and
- conducting tax estimations and impact assessments.

| Date | Description | Amount Incurred | Amount Deferred |
|------|-------------|-----------------|-----------------|
| 2023 01 02 | Deferred legal fees from Oct 2021 to Feb 2022 | 96,660 DAI | 58,831.0 2 DAI |

## Utilization

The Authorized Members **benreed.eth** and **jimmyethworld.eth** have reviewed the relevant information and confirmed that this proposal accords with the DAO's agreement with the Service Provider, **dao-lawfirm.eth**.

# Risks

- Frequently invoking <u>Emergency Governance</u> risks alienating DAO members.
- This might not be the most efficient way to accomplish the DAO's goals.

---

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 58,831.02 DAI to the Developer Multisig (hereinafter, "Payout of Deferred Legal Fees") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Developer Multisig shall transfer 58,831.02 DAI to the account specified by the Service Provider and that the Authorized Members are authorized to pay and reimburse expenses associated with any additional expenses of the DAO and the DAO's affiliate entities, including without limitation expenses incurred prior to the formation and/or incorporation of the entities.

PLAINTIFF0003665



**RESOLVED FURTHER:** That each Service Provider, Authorized Member, and agent of the DAO is hereby

jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any related documents, and to perform or resolve the obligations of the DAO, or its affiliates.

**RESOLVED FURTHER:** That the Authorized Members (including and specifically Member and Secretary **benreed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

**RESOLVED FURTHER:** That the Authorized Members be, and each of them hereby is, authorized and empowered to take any and all such further action, to execute and deliver any and all such further agreements, instruments, documents and certificates and to pay such expenses, in the name and on behalf of the DAO, existing affiliates entities, contemplated affiliate entities, or such an Authorized Member, as any such Authorized Member may deem necessary or advisable to effectuate the purposes and intent of the resolutions hereby adopted, the taking of such actions, the execution and delivery of such agreements, instruments, documents and certificates and the payment of such expenses by any such Authorized Member to be conclusive evidence of his or her authorization hereunder and the approval thereof.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall

PLAINTIFF0003666

constitute an original and all of which together shall constitute one action.

## Authors

1. <u>0xA4e6C2B6264652444B3F0cc1bB37496AE916931c</u>
2. <u>0x30670d81e487c80b9edc54370e6eaf943b6eab39</u>

# Footnotes

1. The DAO Multisig is a Gnosis Safe at
   <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> on the
   Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at
   <u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u> on the
   Ethereum Mainnet. ↩

Previous
mip-0010.md

Next
mip-0012.md

PLAINTIFF0003667

 LEGAL-TOOLS    **DAOLABS**    <span>Connect Wallet</span>



    

# Pay Deferred Service Provider Fees From 2022

Authors: benreed.eth, filipv.eth
Date: 2023-01-03

*This <u>Emergency Proposal</u> has been created to affirm <u>DAO Multisig</u> Signer support of the changes proposed below.* **By voting affirmatively, Signers are explicitly approving the proposed changes.**

## Thesis

dao-lawfirm.eth acted as the DAO's Service Provider throughout 2022, providing legal and custodial services to the DAO. In good faith, dao-lawfirm.eth deferred their <u>Service Provider Fee</u>[1], equal to 2% of assets under management per annum. This fee was originally to be paid on or about February 2nd, 2022.

## Specification

The <u>DAO Multisig</u>[2] shall transfer 334,487 DAI to the <u>Developer Multisig</u>.[3] The Developer Multisig will then transfer the relevent funds to dao-lawfirm.eth.

### Service Provider Fee

The following represents the Service Provider Fee the DAO has agreed to pay dao-lawfirm.eth for treasury oversight, governance, and expense/payout management.

Pay Deferred Service Provider Fees From 2022
  Thesis
  Specification
    Service Provider Fee
    Utilization
  Risks
  Snapshot Consensus by the DAO Members
      Authors

PLAINTIFF0003668



| Date | Description | Amount Incurred | Amount Paid | Amount Deferred | Treasury Balance |
|------|-------------|-----------------|-------------|-----------------|------------------|
| 2022-01-01 | Service Provider Fee | 334,487 DAI | 0 DAI | 334,487 DAI | $16,724,383.92 |

## Utilization

The Authorized Members **benreed.eth** and **jimmyethworld.eth** have reviewed the relevant information and confirmed that this proposal accords with the DAO's agreement with the Service Provider, **dao-lawfirm.eth**.

# Risks

- Frequently invoking <u>Emergency Governance</u> risks alienating DAO members.
- This might not be the most efficient way to accomplish the DAO's goals.

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of 334,487 DAI to the Developer Multisig (hereinafter, "Payout of the Service Provider Fee") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Developer Multisig shall transfer 334,487 DAI to the account specified by the Service Provider and that the Authorized Members are authorized to pay and reimburse expenses associated with any additional expenses of the DAO and the DAO's affiliate entities, including without limitation expenses incurred prior to the formation and/or incorporation of the entities.

**RESOLVED FURTHER:** That Authorized Members and agents of

PLAINTIFF0003669

the DAO are hereby jointly and severally authorized to
do any act, matter, or thing, and to execute and
deliver any other document as they may deem necessary,

advisable, or incidental, in connection with the
preceding specification, and other sections herein, or
any related documents, and to perform or resolve the
obligations of the DAO, or its affiliates.



**RESOLVED FURTHER:** That the Authorized Members
(including and specifically Member and Secretary
**benreed.eth**), in accordance with commensurate powers,
are authorized to execute and deliver any agreement in
the name of the DAO and to otherwise obligate the DAO
with respect to the purpose of the DAO, within general
guidelines and budgets approved by the Members;
however, Actions by the DAO Snapshot Consensus by the
Members may enact specific limitations on the authority
of the Service Provider from time to time.

**RESOLVED FURTHER:** That the Authorized Members be, and
each of them hereby is, authorized and empowered to
take any and all such further action, to execute and
deliver any and all such further agreements,
instruments, documents and certificates and to pay such
expenses, in the name and on behalf of the DAO,
existing affiliates entities, contemplated affiliate
entities, or such an Authorized Member, as any such
Authorized Member may deem necessary or advisable to
effectuate the purposes and intent of the resolutions
hereby adopted, the taking of such actions, the
execution and delivery of such agreements, instruments,
documents and certificates and the payment of such
expenses by any such Authorized Member to be conclusive
evidence of his or her authorization hereunder and the
approval thereof.

**RESOLVED FURTHER: That any and all actions taken by the
Authorized Members to carry out the purposes and intent
of the foregoing resolutions prior to their adoption
are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be
effective as of the date the DAO Entities receives the
consent of the DAO at the end of the Snapshot vote.
This action by the DAO Members consent may be executed
in any number of counterparts, each of which shall
constitute an original and all of which together shall
constitute one action.

PLAINTIFF0003670

## Authors

1. <u>0xA4e6C2B6264652444B3F0cc1bB37496AE916931c</u>
2. <u>0x30670d81e487c80b9edc54370e6eaf943b6eab39</u>

## Footnotes

1. The Service Provider, <u>Fees and Expenses</u> as outlined in Original Gitbook Policies, Let's start a movement post, dated 2/2/2022. ↩

2. The DAO Multisig is a Gnosis Safe at <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> on the Ethereum Mainnet. ↩

3. The Developer Multisig is a Gnosis Safe at <u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u> on the Ethereum Mainnet. ↩

Previous
mip 0011.md

Next
mi  0013.m

PLAINTIFF0003671

 LEGAL-TOOLS   **DAOLABS**                    **Connect Wallet**



    

Notice to Contributors of Questionnaire

  Thesis

  Motivation

  Specification

  Rationale

  Risks

  Snapshot Consensus by the DAO Members

     Author(s)

# Notice to Contributors of Questionnaire

Authors: benreed.eth
Date: 2023-01-04

This <u>Emergency Proposal</u> has been created to affirm <u>DAO Multisig</u>[1] Signer support of the items proposed below. **By voting affirmatively, Signers are explicitly approving the proposed items.**

## Thesis

To ensure Movement DAO's members and contributors are aware of important DAO Terms of Service, Policies, and certain amendment considerations; the Authorized Members have created a questionnaire to be completed by contributors. The questionnaire is intended to provide the DAO with information to help with its efforts in allocating resources and how to better inform DAO members of these decisions in the future.

## Motivation

The DAO has stated through its online materials and governance certain allocations of capital which it seeks to receive community feedback. In an effort to reach the widest audience of members and support the continued ethos of governance transparency, this governance Notice/Proposal seeks to ensure multiple avenues of communication are exploited in order to provide the DAO with accurate member and contributor feedback.

PLAINTIFF0003672

# Specification

DAO members and contributors are hereby notified and directed to fill out the Movement DAO Contributor questionnaire.

# Rationale

The questionnaire was created for the following reasons:

- To learn more about each contributor;
- To inform DAO contributors of important Terms of Service, Policies, and amendment considerations;
- To solicit feedback from DAO members and contributors;
- To provide multiple avenues of communication on important updates concerning the DAO; and
- To ensure the DAO's Authorized Members and Service Provider act in accordance with the will of the DAO.

# Risks

- Frequently invoking Emergency Governance risks alienating DAO members.
- There could be better avenues of communication.
- Member participation in the questionnaire could be limited.
- Feedback could be inconclusive and provide little consensus on the will of the DAO.

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO broadly solicited input from its members and contributors through governance notices via Snapshot;

**RESOLVED FURTHER:** That the Service Providers (including Authorized Member and Secretary **benreed.eth**), in accordance with commensurate powers, are authorized to execute and deliver any agreement in the name of the DAO and to otherwise obligate the DAO with respect to

PLAINTIFF0003673



DAO and to otherwise obligate the DAO with respect to the purpose of the DAO, within general guidelines and budgets approved by the Members; however, Actions by

the DAO Snapshot Consensus by the Members may enact specific limitations on the authority of the Service Provider from time to time.

**RESOLVED FURTHER: That any and all actions taken by the Service Providers to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified and confirmed.**

This action by the DAO Member by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

## Author(s)

1. [0xA4e6C2B6264652444B3F0cc1bB37496AE916931c](#)

## Footnotes

1. The Multisig is a Gnosis Safe at [0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6](#) on the Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| [mip-0012.md](#) | [mip-0014.md](#) |

PLAINTIFF0003674



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

# Proposal to Ratify Action to Cycle All Gnosis Keys

Author: benreed.eth
Date: 2023-01-31

This proposal seeks Movement Member's ratification of a recent action of the Authorized Members, benreed.eth and tankbottoms.eth, which was cycling all of the keys of the Gnosis Multi-sig 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 due to security concerns.

## Thesis

In response to the recent security issues and threats made against the DAO's treasury's Gnosis signing keys, the Authorized Members met and agreed to cycle all the Gnosis keys. The treasury's Gnosis multi-sig Gnosis 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 will immediately be replaced with the following keys.

1. eth:0x818e90cDc2771385d784563173046d7759c8117f
2. eth:0x468f178672C86bFA02e5E1B0413C3ccf55A37409
3. eth:0xA5B70097650FAeC3e87AA9174A76cd78925f7ae0
4. eth:0x752515a3A1091b9f1c04416CF79D1F14d2340085
5. eth:0x5d95baEBB8412AD827287240A5c281E3bB30d27E
6. eth:0x38F83dD64DADFd871BE920422B8Cb5703a1e45a3
7. eth:0x9245D6527462b76638789A78Cec69A4C003f878d
8. eth:0xe588A90B346236fCEc4543a101CD92d01C3fFfD6
9. eth:0x0ca396c41F6548a39D1982077C119eC1479b11bf
10. eth:0x008820F8256F950836775e52571347fFD5309d2b
11. eth:0x0087F67B6b0995D3e7D21f2b94Ef92F4582868aD
12. eth:0x73255155964A09ABb91994fe0EFB8D330f10aDAA

Proposal to Ratify Action to Cycle All Gnosis Keys
  Thesis
  Motivation
  Specification
  Rationale
  Risks
  Snapshot Consensus by the DAO Members
      Authors

**PLAINTIFF0003675**

13. eth:0xFeB18aef7a8BB0598A301274777fC9c525Ed9b98

# Motivation



The Gnosis holds a significant amount of treasury
assets entrusted to the DAO and its community in
furtherance of its vision. In addition to unforeseen
security concerns such as lost seed phrases, other
OpSec breaches, social engineering or unforeseen
motivations by one or more of the signers who are not
adhering in good faith or whose interests are
orthogonal to the DAO, the Gnosis signers shall be
cycled from the original founders and Service
Provider to certain Members as determined by the
Authorized Members.

Additionally, as a reminder, all Gnosis Multi
Signature signers are expected to act in accordance
with the DAO Governance Multi Signature sub section.

# Specification

1. Removing the following Signer(s):

- eth:0x550bD0F03580B9a687931af4d837F8e45D61d410;
- eth:0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498;
  and
- eth:0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57;

2. Addition of the above listed Signer(s).

# Rationale

- Authorized Members, benreed.eth and
  tankbottoms.eth, discussed security concerns and
  agreed that threats to the DAO and community
  were imminent;
- Current Service Provider, dao lawfirm.eth, has
  resigned;
- The Authorized Members convened, reviewed the
  pertinent facts, and resolved in authorizing
  this action;
- Given the current crypto market sentiment,
  practicing exceptional security precaution is
  expected and warranted;
- Multi Signature signer(s) should be comfortable
  with cryptographic transactions;

PLAINTIFF0003676

# Risks

- Authorized Members may have been compromised;
- The aforementioned individuals may not have the DAO's best interest in mind;
- The new replacement signers may not be trustworthy.



# Snapshot Consensus by the DAO Members

Whereas the DAO through its Authorized Members voted to adopt and resolve the following actions. The Authorized Members now seeks to ratify those actions via a Snapshot Consensus by the DAO Members.

**RESOLVED:** That the cycling of all keys associated with the <u>Movement Gnosis 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u>) is hereby adopted and approved;

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

PLAINTIFF0003677

## Authors

1. <u>0xA4e6C2B6264652444B3F0cc1bB37496AE916931c</u>

| Previous | Next |
|---|---|
| mip-0013.md | mip-0015.md |



PLAINTIFF0003678

  LEGAL-TOOLS    **DAOLABS**                                    **Connect Wallet**



     

# Proposal to Ratify the Termination of Certain Members

Author: benreed.eth
Date: 2023-01-31

This Snapshot proposal has been created to ratify
the membership termination actions by the Authorized
Members, benreed.eth and tankbottoms.eth.

## Thesis

The Authorized Members were concerned with certain
Member's ("Certain Members") activities which were
in violation of the DAO's <u>Code of Conduct</u> and/or the
DAO's <u>Guiding Principles</u> and/or the DAO's <u>Terms of
Service</u> and/or the DAO's <u>Token Terms of Service</u>
and/or the DAO's <u>GitBook</u>. The Authorized Members
disclosed all material information when they
convened and sought independent counsel in order for
them to render a fully-informed decision, with the
goal of balancing the Service Provider's security
concerns, membership privacy, as well as the DAO's
need to maintain a healthy and vibrant community.
Concerned with the current crypto-market sentiment,
the Authorized Members felt the need to practice
exceptional security precautions, operate with a
high degree of transparency and accountability, and
ensure that the DAO's treasury assets are protected.

The Certain Members are associated with the
following addresses, who are also signers of the
DAO's Gnosis Multi-Signature:

Proposal to Ratify the
Termination of Certain
Members

  Thesis

  Motivation

  Specification

  Rationale

  Risks

  Snapshot Consensus by the
DAO Members

    Authors

PLAINTIFF0003679

0x550bD0F03580B9a687931af4d837F8e45D61d410
0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498
0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57

Additionally, these addresses are also associated
with the Certain Members:

0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650
0x211be2dDC09c482B27Ed780A710b18d8Cb76328E
0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461



# Motivation

To protect the DAO community from actions taken by
the Certain Members that appeared to be malicious,
exploitative, and in bad faith in order to protect
the DAO's treasury and assets.

# Specification

1. Terminate any governance, voting, or community
   participation by the following addresses(s):

0x550bD0F03580B9a687931af4d837F8e45D61d410
0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498
0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57
0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650
0x211be2dDC09c482B27Ed780A710b18d8Cb76328E
0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461

2. Remove the above listed addresses from
   Snapshot, and any position of trust they may
   hold.

# Rationale

- The Authorized Members convened, reviewed the
  pertinent facts and resolved authorizing this
  action;
- dao-lawfirm.eth has resigned as the Service
  Provider leaving interim DAO oversight to the
  Authorized Members;
- Given the current crypto-market sentiment,
  practicing exceptional security precaution is
  expected and warranted;
- Multi-Signature Signer(s) should be comfortable
  with cryptographic transactions;

# Risks

PLAINTIFF0003680

RISKS

- Authorized Members may have been compromised;

- The aforementioned individuals may not have the DAO's best interest in mind;



# Snapshot Consensus by the DAO Members

Whereas the DAO through its Authorized Members voted to adopt and resolve the following actions. The Authorized Members now seeks to ratify those actions taken by a Snapshot Consensus by the DAO Members.

**RESOLVED:** That the Certain Members associated with the above listed addresses are concluded to have acted in bad faith, against the interest of the DAO, violated the <u>Code of Conduct</u>, its Terms of Service, and their immediate, irrevocable, membership termination therein is hereby adopted and approved;

**RESOLVED FURTHER:** That the DAO terminates and removes any formal, title, position, function, role, for <u>0xE41188926607921763D25392475f1156AC5f9033</u>, insofar they were an Authorized Member for "Meat space" activities as granted in <u>MIP 0004</u>;

**RESOLVED FURTHER:** That the DAO immediately terminates and removes any right to or the participation of governance and vote on community measures for the above listed addresses, and any addresses associated with them each listed above;

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and**

PLAINTIFF0003681

**intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.



---

## Authors

1. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

| Previous | Next |
|---|---|
| mip-0014.md | mip-0016.md |

PLAINTIFF0003682



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

# Proposal to the Update to the DAO's Snapshot Strategy

Authors: benreed.eth
Date: 2023-01-31

## Thesis

The DAO is governed by its community. Multi-sig transactions and signatures, as well as updates to the DAO process, must be ratified by the Governance Process prior to their execution. To support this process the DAO maintains <u>Snapshot Strategies</u> that assign, value, and record Member's voting rights in the <u>Snapshot Consensus Space</u>.

Therefore it is important for the Snapshot Strategies to accurately capture and reflect the correct assignment and value associated to Members. Upon any changes to Member's contributions or rights to participate in governance, due to a lack of good-standing as outlined in the DAO's <u>Terms of Service</u>, <u>Code of Conduct</u> and <u>Policies</u>; the Snapshot Strategies will require reconfiguration in order to incorporate any of these changes.

Authority to make changes to the Snapshot Strategies are outlined in the <u>Governance Process</u> as highlighted under Emergency Governance. It states, "the Authorized Members, individually, or collectively, they may take any and all on-chain or off-chain actions to protect the DAO's treasury and assets - including interfering with the execution of a proposal, approving a proposal, reconfiguring

Proposal to the Update to the DAO's Snapshot Strategy

Thesis

Motivation

Specification

Rationale

Risks

Snapshot Consensus by the DAO Members

Authors

PLAINTIFF0003683

Snapshot, or reconfiguring the Multi-sig."

The Authorized Members includes the appointed Authorized Members as ratified in MIP-0000, MIP-0004, and MIP-0007.

## Motivation

The Authorized Members recently took action to revoke and terminate membership rights of certain community Members ("Certain Members"), nullifying their right and ability to participate in governance. Therefore the existing Snapshot Strategy and Snapshot Consensus configuration is inaccurate and is in need of updating.

## Specification

The Authorized Members will update the Snapshot Strategies, removing the rights of the Certain Members no longer in good-standing. A detailed explanation of all changes and adjustments to the Snapshot Strategies will be posted online to ensure complete transparency.

## Rationale

The Authorized Members want to ensure the DAO's Governance process and is accurate and trustworthy for all Members of the community.

## Risks

- Transparent operation of the DAO is not certain or guaranteed.
- DAO governance is restricted until the Snapshot Strategies have been updated.
- Updating the Snapshot Strategy takes time and may be error prone.

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Authorized Members voted to adopt and resolve the following actions. The

PLAINTIFF0003684

Authorized Members now seeks to ratify those actions taken by a Snapshot Consensus by the DAO Members.

**RESOLVED:** That a new Snapshot Strategy incorporates the decisions of the Authorized Members to reconfigure the Snapshot Strategy to reflect actions taken by them to remove Certain Members from the community, is hereby adopted and approved;



**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. [0xA4e6C2B6264652444B3F0cc1bB37496AE916931c](#)

| Previous | Next |
|---|---|
| [mip-0015.md](#) | [mip-0017.md](#) |

PLAINTIFF0003685



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

Proposal for Outstanding Operational Expense Payouts

  Thesis

  Specification

    Outstanding Expenses

  Rationale

  Risks

  Snapshot Consensus by the DAO Members

      Authors

# Proposal for Outstanding Operational Expense Payouts

Authors: benreed.eth
Date: 2023-01-31

## Thesis

The DAO incurs monthly expenses in the form of developer payouts and operational expenses such as software and hosting services, merchandise, professional services, and other miscellaneous expense. Since December 2022 the DAO has yet to disperse payment for the development team's payouts and has depended on the personal contributions from Authorized Members, benreed.eth and tankbottoms.eth, to cover ongoing operational expenses. To sustain product development and continue to ensure the DAO's IRL business accounts remain in good standing, the DAO needs to disperse funds for outstanding payouts and operational expenses for the months of December 2022 and January 2023.

## Specification

The Gnosis Multi-sig[1] shall transfer DAI 511,794 and ETH 41.007 (ETH amount subject to change depending on ETH price at time of transfer), to the Developer Multisig[2].

The Authorized Members will transfer and distribute the relevant funds to reimburse the appropriate members and banking institutions for settlement of

PLAINTIFF0003686

all accounts.

## Outstanding Expenses

The table below outlines payouts required from the DAO for expenses incurred from December 2022 through January 2023:



| Category | Description | Amount (DAI) | Amount (ETH) |
|---|---|---|---|
| Developer Payouts | 2 months of developer payouts | DAI 431,500 | – |
| Software & Hosting Services | Google Domains, AWS, Fleek, etc. | DAI 10,070 | – |
| Merchandise | Supplies, hardware, etc. | DAI 12,393 | – |
| Miscellaneous | Transaction and bank fees, etc. | DAI 2,678 | – |
| Professional Services | Business, Accounting, and Security | DAI 3,738 | – |
| Travel & Expenses | Developer team onsite | DAI 4,415 | – |
| Member Reimbursements | 0x5d95...d27e and 0xa4e6...931c | DAI 47,000 | ETH 41.007 |

The total payout for DAO operations in December 2022 and January 2023 was DAI 511,794 and ETH 41.007.

# Rationale

Prompt payment for developer payouts and operational expenses ensure that the DAO continues to conduct itself professionally, avoid any potential delay in ongoing development, and prevents the DAO from incurring additional fees and/or debts.

## Risks

PLAINTIFF0003687

RISKS



- Failure to pay expenses harms the reputation and good standing of the DAO and it Authorized Members.
- Failure to pay expenses has the potential to expose the DAO to additional fees and/or debts.
- These funds may not be ideally distributed.
- These funds may be more useful later on.

---

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of DAI 511,794 and ETH 41.007 to the Developer Multisig (hereinafter, "Payout of Outstanding Expenses") is hereby adopted and approved;

**RESOLVED FURTHER:** That the Developer Multisig shall transfer DAI 511,794 and ETH 41.007 to the accounts specified by benreed.eth and tankbottoms.eth, and that the Authorized Members are authorized to pay and reimburse expenses incurred for outstanding developer services and operational expenses incurred by the DAO or the DAO's affiliate entity during the month of December 2022 and January 2023.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their**

PLAINTIFF0003688

intent of the foregoing resolutions prior their
adoption are approved, ratified, and confirmed.

This action by the Authorized Members shall be
effective as of the date the DAO receives the
consent of its Members via the Snapshot vote. This
action by the Authorized Members may be executed in
any number of counterparts, each of which shall
constitute an original and all of which together
shall constitute one action.



---

**Authors**

1. <u>0xA4e6C2B6264652444B3F0cc1bB37496AE916931c</u>

# Footnotes

1. The DAO Multisig is a Gnosis Safe at
   <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> on
   the Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at
   <u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u> on
   the Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| mip 0016.md | mip 0018.md |

PLAINTIFF0003689

 LEGAL-TOOLS    **DAOLABS**                                    **Connect Wallet**



     

# Proposal for Deferred 2022 Developer Payouts

Authors: benreed.eth
Date: 2023-01-31

## Thesis

Over the course of 2022, certain developer consultants ("Developers"), listed below, requested the DAO to defer payouts until the upcoming new year. The DAO accepted the request of the Developers and deferred certain payouts. Now that it is the new year, 2023, monies from deferred payouts can now be paid to the Developers.

## Motivation

Attracting and retaining top developer talent is the top priority for the DAO. In an effort to support this priority, the Service Provider and Authorized Members of the DAO, benreed.eth and tankbottoms.eth, agreed to the Developers request to defer payouts. It is in the best interest of the DAO to honor all agreements made with these Developers in order to avoid loss of talent and maintain the DAO's reputation.

## Specification

The <u>Gnosis Multi-sig</u>[1] shall transfer DAI 349,035, to the <u>Developer Multisig</u>[2].

Proposal for Deferred 2022 Developer Payouts
  Thesis
  Motivation
  Specification
    Deferred Developer Payout
    Utilization
  Rationale
  Risks
  Snapshot Consensus by the DAO Members
      Authors

PLAINTIFF0003690

## Deferred Developer Payout



The following table represents the total amount of deferred 2022 payouts now due to the Developers. The Developers each have agreements with the DAO and are recognized as senior developers within their respective technology areas: Solidity Smart Contract and UX front-end Typescript development.

| Due Date | Developer Consultant | Deferred Amount | Deferred Months | Practice Area |
|----------|---------------------|-----------------|-----------------|---------------|
| 2023-01-01 | 0xF1cf...eD7C | DAI 234,035 | January, October, November | Smart Contracts |
| 2023-01-01 | 0x89Ff...84fF | DAI 85,000 | October, November | UX Typescript |
| 2023 01 01 | 0x57a1...0d37 | DAI 30,000 | October, November | UX Typescript |

The total amount of developer payouts deferred in 2022 was DAI 349,035.

### Utilization

The Authorized Members, benreed.eth and tankbottoms.eth, have reviewed and confirm this was the agreement made with the above mentioned Developers.

# Rationale

The DAO is required to abide by it's Guiding Principles and Code of Conduct, requiring its Members to honor agreements made in good faith and follow through with deferred payouts. Additionally the DAO aspires to be an attractive destination for top talent in Web3; therefore, the DAO's Authorized Members want to continue to support requests of the few developers it employs including flexible payout requests.

# Risks

PLAINTIFF0003691

- Delay in the deferred payouts has resulted in loss of trust and goodwill from the Developers.

- Deferred payouts require additional overhead and administrative support to execute.
- Deferred payouts have the potential to distort budget burn rates and complicate accounting.



# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of DAI 349,035 to the Developer Multisig (hereinafter, "Deferred Developer Payout") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Developer Multisig further transfer DAI 349,035 to the accounts specified by the previously mentioned developers for the deferred 2022 payouts. Account transfers may include conversion to fiat currency and or other digital assets.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

PLAINTIFF0003692

## Authors

1. <u>0xA4e6C2B6264652444B3F0cc1bB37496AE916931c</u>

---

# Footnotes

1. The DAO Multisig is a Gnosis Safe at
   <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> on the
   Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at
   <u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u> on the
   Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| mip-0017.md | mip-0019.md |

PLAINTIFF0003693



LEGAL-TOOLS    **DAOLABS**                                            **Connect Wallet**



Proposal Regarding the Service Provider Fee Payout From 2022

  Thesis

  Specification

    Service Provider Fee

    Utilization

  Risks

  Snapshot Consensus by the DAO Members

      Authors

    

# Proposal Regarding the Service Provider Fee Payout From 2022

Authors: benreed.eth
Date: 2023-01-31

## Thesis

Dao-lawfirm.eth acted as the DAO's Service Provider throughout 2022, providing legal and custodial services to the DAO. In good faith, dao-lawfirm.eth deferred their <u>Service Provider Fee</u>[1], which was equal to 2% of assets under management per annum. This fee was originally to be paid on or around February 2nd, 2022. Now dao lawfirm.eth, in alignment with their resignation as Service Provider to Movement, has decided to relinquish their rights to the deferred fee that they were owed.

With that said, the core Movement team has found it instrumental to have a Service Provider or attorney engaged to help facilitate the legal and accounting activities, as well as the membership agreements with the Movement application. Furthermore, a Service Provider or attorney(s) will be a great resource in aiding Movement users seeking to streamline entity registration. Juicebox protocol and their community found significant value in the Movement legal tooling forms available online, and we would like to further refine these forms and better integrate them with Juicebox treasury creation workflows. Therefore, Movement will recre t dao

**PLAINTIFF0003694**

Therefore, Movement will respect dao lawfirm.eth's decision to resign, and the Authorized Members along with the Movement

community will determine the DAO's next steps in regard to retaining a new Service Provider and/or attorney(s), for the reasons just stated.



# Specification

The <u>DAO Multisig</u>[2] shall transfer DAI 334,487 to the <u>Developer Multisig</u>.[3] The Developer Multisig will then hold these funds in escrow until the Authorized Members and the community determine the DAO's next steps in regard to retaining a new Service Provider, and the DAO has sufficient grounds for moving these funds.

## Service Provider Fee

The following represents the amount owed by the DAO to dao-lawfirm.eth for the Service Provider fee which included providing services such as: treasury oversight, governance, and expense/payout management.

| Date | Description | Treasury Balance | Amount Incurred | Amount Paid | Amount Deferred |
|---|---|---|---|---|---|
| 2022-01-01 | Service Provider Fee | $16,724,383.92 | DAI 334,487 | DAI 0 | DAI 334,487 |

## Utilization

The Authorized Members, benreed.eth and tankbottoms.eth, have reviewed the relevant information and confirmed that this proposal accords with the DAO's agreement with the Service Provider, dao-lawfirm.eth.

# Risks

- Certain members acting in bad faith may continue to damage the DAO's reputation.
- This might not be the most efficient way to

PLAINTIFF0003695

accomplish the DAO's goals.

# Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of DAI 334,487 to the Developer Multisig (hereinafter, "Payout of the Service Provider Fee") is hereby adopted and approved;

**RESOLVED FURTHER:** That the Developer Multisig shall hold DAI 334,487 in escrow until the Authorized Members and the community determine the DAO's next steps in regard to retaining a new Service Provider, and the DAO has sufficient grounds for moving these funds. The Authorized Members are authorized to pay and reimburse expenses associated with any additional expenses of the DAO and the DAO's affiliate entities, including without limitation, expenses incurred prior to the formation and/or incorporation of the entities.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

This action by the Authorized Members shall be effective as of the date the DAO receives the

PLAINTIFF0003696

consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.



---

**Authors**

1. [0xA4e6C2B6264652444B3F0cc1bB37496AE916931c](#)

# Footnotes

1. The Service Provider, <u>Fees and Expenses</u> as outlined in Original Gitbook Policies, Let's start a movement post, dated 2/2/2022. ↩

2. The DAO Multisig is a Gnosis Safe at [0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6](#) on the Ethereum Mainnet. ↩

3. The Developer Multisig is a Gnosis Safe at [0x2187e6a7c765777d50213346F0Fe519fCA706fbD](#) on the Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| [mip 0018.md](#) | [mip 0020.md](#) |

PLAINTIFF0003697



LEGAL-TOOLS    **DAOLABS**                                    **Connect Wallet**



    

# Proposal for Payout of Deferred Legal and Indemnification Expenses

Authors: benreed.eth
Date: 2023-01-31

## Thesis

Movement DAO's <u>Guiding Principles</u> appointed <u>dao-lawfirm.eth</u> as the DAO's Service Provider. In addition to acting as the DAO's Service Provider, dao-lawfirm.eth also provided legal services to the Authorized Members and DAO's affiliates throughout 2022 and, in good faith, deferred a portion of the commensurate legal fees. Those fees are to be paid in 2023.

In addition, the Members of the DAO ratified <u>Adopt Actions</u> (MIP-004) which indemnifies the DAO Service Provider and Authorized Members, benreed.eth and tankbottoms.eth, for any and all costs, fees, expenses, and liabilities incurred in the performance of their duties as Authorized Members, and/or DAO Service Provider. In response to recent security concerns by certain member's ("Certain Members) that appeared to be malicious, exploitative, and in bad faith, the Authorized Members have approved disbursement of indemnification funds for tankbottoms.eth and benreed.eth, the former Service Provider dao-lawfirm.eth, and core Contributors from hereon referred to as the "Indemnified Members".

Proposal for Payout of Deferred Legal and Indemnification Expenses

Thesis

Specification

  Deferred Legal Fees

  Advance for Indemnified Members

    Utilization

Risks

Snapshot Consensus by the DAO Members

    Authors

PLAINTIFF0003698

# Specification

The <u>DAO Multisig</u>[1] shall transfer DAI 2,558,831 to the <u>Developer Multisig</u>.[2] The Developer Multisig will transfer and disburse the relevant funds to dao-lawfirm.eth and the above mentioned Indemnified Members.



## Deferred Legal Fees

The following represents costs associated with legal services performed by the Service Provider for the DAO and it's affiliates, including (but not limited to):

- Drafting governance documents such as Terms of Service, Privacy Policies, or Opinion letters;
- Drafting documents for the formation of legal entities, and filing those documents;
- Providing agreement templates for use in <u>legal.juicebox.wtf</u>; and,
- Conducting tax estimations and impact assessments.

| Date | Description | Amount Invoiced | Amount Deferred |
|------|-------------|-----------------|-----------------|
| 2023-01-01 | Deferred legal fees from Oct-2021 to Feb-2022 | DAI 96,660 | DAI 58,831 |

## Advance for Indemnified Members

The following represents the total sum of disbursements for the Indemnified Members. Each Member has been allocated an advance of DAI 500,000 prior to arbitration, until further notice by the Authorized Members.

| Date | Description | Per Member Amount | Total Amount |
|------|-------------|-------------------|--------------|
| 2023-01-22 | Advance for Indemnified | DAI 500,000 | DAI 2,500,0 |

PLAINTIFF0003699

| 01 23 | Members | 500,000 | 00 |



## Utilization

The Authorized Members benreed.eth and
tankbottoms.eth have reviewed the relevant
information and confirmed that this proposal
accords with the DAO's agreement with the Service
Provider, dao lawfirm.eth for the payout of
deferred legal fees.

The Authorized Members benreed.eth and
tankbottoms.eth have reviewed the relevant
information and confirmed that this proposal also
accords with actions ratified by Members of the
DAO MIP 0004 approving indemnification rights to
the above mentioned Indemnified Members.

# Risks

- Authorized members may require additional
  indemnification funds.
- This might not be the most efficient way to
  accomplish the DAO's goals.
- The funds could be better used somewhere
  else.

---

# Snapshot Consensus by the DAO
Members

Whereas the DAO through its Members voted to
adopt the following actions via Snapshot and
resolves as follows:

**RESOLVED:** That the DAO Multisig transfer of DAI
2,558,831 to the Developer Multisig (hereinafter,
"Payout of Deferred Legal Fees and
Indemnification Expenses") is hereby adopted and
approved;

**FURTHER RESOLVED:** That the Developer Multisig
shall transfer DAI 58,831 to the account
specified by the Service Provider, dao-
lawfirm.eth, and that the Authorized Members are
authorized to pay and reimburse expenses
associated with any additional expenses of the

PLAINTIFF0003700

DAO and the DAO's affiliate entities, including without limitation expenses incurred prior to the formation and/or incorporation of the entities.

**FURTHER RESOLVED:** That the Authorize Members further authorize, the Developer Multisig to transfer a total sum of DAI 2,500,000, a disbursement of DAI 500,000 to each of the Indemnified Members and the account its choosing as an advance indemnification as approved in Snapshot MIP-0004, however explicitly approved prior to arbitration, until further notice by this Committee is hereby adopted and approved. Any indemnification funds that are not utilized shall be returned to the DAO.



**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

# Footnotes

PLAINTIFF0003701

1. The DAO Multisig is a Gnosis Safe at
   <u>0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u>
   on the Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at
   <u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u>
   on the Ethereum Mainnet. ↩



| Previous | Next |
|---|---|
| mip-0019.md | mip-0021.md |

PLAINTIFF0003702

 LEGAL-TOOLS  **DAOLABS**                                    **Connect Wallet**



    

# Proposal for the DAO's 2023 Operational Budget

Authors: tankbottoms.eth, benreed.eth
Date: 2023-01-31

## Thesis

Transfer DAI 5,354,433 from the Gnosis Multisig[1] to the Developer Multisig[2] to extend product development runway of the DAO, funding 12 months of product development and operations including:

- Product development and development expenses;
- Tooling, product documentation;
- Legal and accounting services;
- Branding and design work;
- Community building, on boarding, business development, and marketing resources;
- NFT/DAO seed funds and creation of an NFT artist/creator grant; and,
- General reimbursements of operational expenses.

1. This payout includes funds for additional development headcount to accelerate product development.
2. This payout includes funds to partially hire various headcount to support marketing, business development, and onboarding functions for the DAO.
3. This payout includes ongoing budgeted expenses borne by the DAO and Authorized Members such as travel & lodging, hosting providers, online

Proposal for the DAO's 2023 Operational Budget
  Thesis
  Motivation
  Specification
    Multisig
    Proposed Budget
    Utilization
  Rationale
  Risks
  Snapshot Consensus by the DAO Members
      Authors

PLAINTIFF0003703

services and other miscellaneous operational
expenses.

4. This payout includes token purchases.

5. This payout includes marketing investment funds
   to seed the DAO with content from top NFT artist
   and creators, in addition to supporting the
   launch and growth of projects on the platform.



# Motivation

The previously approved <u>Bootstrap Product Development,
MIP 0003</u> expired December 31, 2022. This extends the
DAO's product development runway for the rest of the
year, 2023. By approving 12 months of product
development, it avoids the time consuming, cumbersome,
and ineffective method of managing operational costs
on a month to month basis.

The Authorized Members were provided with a contract
(between certain prior members), which in turn, they
promised to the core contributors certain compensation
and benefits, the expenditure of the budget was
intentionally throttled to elongate the capital
expenditures and ensure that the DAO could recruit and
add talent slowly given the larger crypto market;
additionally, the development engineering budget was
under the Authorized Members' "direct authority" with
complete "ownership of all operational decisions",
including the allocation of the DAI 1,000,000 token
purchases.

# Specification

## Multisig

The <u>Gnosis Multi-sig</u> shall transfer DAI 5,354,433 to
developer.movedao.eth
(<u>0x2187e6a7c765777d50213346F0Fe519fCA706fbD</u>), a Gnosis
Safe, which has 5 of 13 signers including:

1. <u>eth:0x818e90cDc2771385d784563173046d7759c8117f</u>
2. <u>eth:0x468f178672C86bFA02e5E1B0413C3ccf55A37409</u>
3. <u>eth:0xA5B70097650FAeC3e87AA9174A76cd78925f7ae0</u>
4. <u>eth:0x752515a3A1091b9f1c04416CF79D1F14d2340085</u>
5. <u>eth:0x5d95baEBB8412AD827287240A5c281E3bB30d27E</u>
6. <u>eth:0x38F83dD64DADFd871BE920422B8Cb5703a1e45a3</u>
7. <u>eth:0x9245D6527462b76638789A78Cec69A4C003f878d</u>
8. <u>eth:0xe588A90B346236fCEc4543a101CD92d01C3fFfD6</u>

PLAINTIFF0003704

9. eth:0x0ca396c41F6548a39D1982077C1198C1479b11bf
10. eth:0x008820F8256F950836775e52571347fFD5309d2b
11. eth:0x0087F67B6b0995D3e7D21f2b94Ef92F4582868aD

12. eth:0x73255155964A09ABb91994fe0EFB8D330f10aDAA
13. eth:0xFeB18aef7a8BB0598A301274777fC9c525Ed9b98

## Proposed Budget

See the Proposed Budget, attached hereto as Exhibit A.
These documents are high-level overviews and are
subject to change based on product development needs.
The Authorized Members intend to iterate on the budget
and continually publish updates to the DAO and its
community.

## Utilization

Both technical development and operations budgets
shall be utilized at the discretion of the Authorized
Members, benreed.eth and tankbottoms.eth, with
oversight from a newly acting interim Service
Provider. Newly established marketing, business
development, and community functions will also be
managed by the development team.

# Rationale

- This proposal provides funding to the development
  team, enabling them to launch and scale a suite
  of DAO applications and services, while
  continuing to ship product and feature
  enhancements throughout the course of this year,
  2023.
- Funding additional business development and
  marketing headcount will allow the DAO to recruit
  and secure top Web3 projects and partnerships,
  NFT artists, and creator talent for the DAO's
  platform, helping to build momentum and grow the
  DAO.

# Risks

- Original budget did not include marketing,
  business development, and community functions.
- Original budget did not include any redemptions
  which may be made available.
- Certain members or large token holders have
  reneged on their prior promises.

PLAINTIFF0003705

- …uges on their prior products…
- The Authorize Members may have to expend DAO resources for litigation and/or arbitration

  and/or indemnification.
- Transparent operation of the DAO is not certain or guaranteed.
- These funds may not be ideally distributed.
- These funds may be more useful later on.
- Additional funds may be required due to underestimation of costs.
- The DAO is delegating major responsibility by approving a budget for 12 months.



## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That the Gnosis Multisig transfer of DAI 5,354,433 to the Developer Multisig (hereinafter, "Budget") is hereby adopted and approved;

**FURTHER RESOLVED:** That the Authorized Members are authorized to pay and reimburse expenses associated with incorporation, organization, development, engineering compensation, subscriptions, marketing, and other expenses of the DAO and the DAO's affiliate entities, including without limitation, expenses incurred prior to the approval of this budget.

**RESOLVED FURTHER:** That the Authorized Members convened and are hereby jointly and severally authorized to take any and all actions, along with executing or signing any cryptocurrency transactions, and executing and delivering any other documents, agreements, instruments, and/or certificates as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other resolutions herein, or any related documents. This also includes authorization to perform or resolve the obligations of the DAO, and/or its affiliates.

**RESOLVED FURTHER: That any and all actions taken by the Authorized Members to carry out the purposes and intent of the foregoing resolutions prior to their adoption are approved, ratified, and confirmed.**

PLAINTIFF0003706

adoption are approved, ratified, and confirmed.

This action by the Authorized Members shall be effective as of the date the DAO receives the consent of its Members via the Snapshot vote. This action by the Authorized Members may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.



---

## Authors

1. [0x5d95baEBB8412AD827287240A5c281E3bB30d27E](#)
2. [0xA4e6C2B6264652444B3F0cc1bB37496AE916931c](#)

## Footnotes

1. The DAO Multisig is a Gnosis Safe at [0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6](#) on the Ethereum Mainnet. ↩

2. The Developer Multisig is a Gnosis Safe at [0x2187e6a7c765777d50213346F0Fe519fCA706fbD](#) on the Ethereum Mainnet. ↩

| Previous | Next |
|---|---|
| mip 0020.md | mip 0022.md |

PLAINTIFF0003707



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

# Emergency Proposal to Consolidate Crypto Pursuant to Court Order

Authors: benreed.eth
Date: 2023-03-06

## Thesis

This Emergency Proposal has been created to confirm the Movement community and Authorized Member's support of the following actions. By voting affirmatively, Members are explicitly approving the proposed actions.

Authorized Members **tankbottoms.eth**[1] and **benreed.eth**[2] recently had a complaint (Case No. 23-cv-20727) filed against them by Ryan Breslow[3], Alex Fine[4], and Jon Gordon[5] ("Plaintiffs") in the Southern District Court of Florida. Plaintiffs were part of the founding team of Movement DAO, and operated anonymously within the community. Plaintiffs were granted an Emergency Ex Parte Temporary Restraining Order ("TRO") against **tankbottoms.eth** and **benreed.eth**. The TRO requires **tankbottoms.eth** and **benreed.eth** to unwind certain Movement transactions. **Tankbottoms.eth** and **benreed.eth,** through counsel, intend to challenge the TRO, and seek clarification concerning the TRO.

## Motivation

Emergency Proposal to Consolidate Crypto Pursuant to Court Order

Thesis

Motivation

Specification

Snapshot Consensus by the DAO Members

Authors

PLAINTIFF0003708

**Tankbottoms.eth** and **benreed.eth,** through their counsel, **the Dhillon Law Firm,** intend to show the Court the issuance of the TRO was inappropriate, and will seek to lift all restrictions imposed by the TRO. However, in the interim, **tankbottoms.eth** and **benreed.eth** would like to demonstrate good faith compliance with the TRO, including unwinding certain past transactions by making the transfers specified below. The TRO may extend to certain other transfers, which counsel is identifying and indexing, and may be subject to further proposals. The Authorized Members still want to ensure that all Movement operations and activity that occur while this Complaint is being resolved abide by the DAO's governance outlined in the Guiding Principles, and associated governance materials.



## Specification

1. The Authorized Members will consolidate 4,217.951 DAI and 722.69 ETH from the **developer.movedao.eth** wallet to the **gnosis.movedao.eth** wallet.
2. **Benreed.eth** will transfer 148.53 ETH from **benreed.eth** to the **gnosis.movedao.eth** wallet.
3. Both **developer.movedao.eth** and **benreed.eth** will retain 1 ETH for any gas fees associated with this and future transactions.

The transfers **will not** serve as an acknowledgement of any culpability or liability on behalf of the Authorized Members, but simply are required pursuant to the TRO.

---

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** That it is in the best interest of the DAO for the Authorized Members and **benreed.eth.**

PLAINTIFF0003709



with support from legal counsel, to move 4,217.951 DAI and 722.69 ETH from the **developer.movedao.eth** wallet to the **gnosis.movedao.eth** wallet, and to move 148.53 ETH from **benreed.eth** to the **gnosis.movedao.eth** wallet;

**RESOLVED FURTHER:** That each Authorized Member and agent of the DAO is hereby jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding specification, and other sections herein, or any related documents.

This action by the DAO Members by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the majority vote cast or at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

## Authors

1. <u>0xA4e6C2B6264652444B3F0cc1bB37496AE916931c</u>

# Footnotes

1. **tankbottoms.eth** is the ENS of Mark Phillips. ↩

2. **benreed.eth** is the ENS of Benjamin Reed. ↩

3. **Ryan Breslow** employs the Ethereum address of 0xDbE76F6ae97dFD5bdd1D7DAD8972740d18aB2b57. ↩

4. **Alex Fine** employs the Ethereum addresses of jamesbarrie.eth, 0x211be2dDC09c482B27Ed780A710b18d8Cb76328E, 0xDe10F01e3f9bF288eF7A91cb4744B4AF3F2797F0, and 0x746cf650d4E5431474E8D4E2d5B6Bbe53772b498. ↩

5. **Jonathan Gordon** employs the Ethereum

PLAINTIFF0003710

5. **Jonathan Gordon** employs the Ethereum
   addresses of jimmyethworld.eth,
   0x58Ba373d9eE46ED5402a6A15fE9CcADc67dE1650,

   and
   0xb44A14dEcD9270E34E2dDaff4CD8690a2Cb88461.
   ↵



| Previous | Next |
|---|---|
| mip-0021.md | mip-0023.md |

PLAINTIFF0003711



LEGAL-TOOLS    **DAOLABS**                                    **Connect Wallet**



    

# Proposal for a Limited Waiver of the Attorney-Client Privilege and Attorney Work Product Doctrine with the Law Firm of Reed Yurchak

Authors: benreed.eth and tankbottoms.eth
Date: 2023-03-14

This Emergency Proposal has been created to confirm the Movement community and Authorized Member's support of the following actions. By voting affirmatively, Members are explicitly approving the proposed actions.

## Thesis

Authorized Members **tankbottoms.eth** and **benreed.eth** recently had a complaint filed against them by Ryan Breslow, Alex Fine, and Jon Gordon ("Plaintiffs") in the Southern District Court of Florida. Plaintiffs were part of the founding team of Movement DAO, and operated anonymously within the community. Plaintiffs have filed a motion for a preliminary injunction ("PI") against **tankbottoms.eth** and **benreed.eth,** whose counsel is now preparing a response to this motion. Part of the Authorized Member's response to this motion will include discussion of materials that may be subject to attorney-client privilege and the attorney work product doctrine, namely emails involving the Law Office of Reed

Proposal for a Limited Waiver of the Attorney-Client Privilege and Attorney Work Product Doctrine with the Law Firm of Reed Yurchak

  Thesis

  Motivation

  Snapshot Consensus by the DAO Members

    Authors

PLAINTIFF0003712



Yurchak (the "Firm"), a law firm who Movement engaged directly, and discussions of the work the Firm performed for Movement. Thus, the Authorized

Members propose that Movement waive the attorney-client privilege and attorney work product doctrine with respect to certain communications and documents related to the Firm, for the purpose of proving that the Firm did work for Movement in their opposition to the PI motion.

## Motivation

**Tankbottoms.eth** and **benreed.eth** feel that including these communications between Movement and the Firm will strengthen their opposition to Plaintiff's motion for a PI.

---

## Snapshot Consensus by the DAO Members

Whereas the DAO through its Members voted to adopt the following actions via Snapshot and resolves as follows:

**RESOLVED:** Movement will institute a limited waiver of the attorney-client privilege and attorney work product doctrine with the Firm;

**RESOLVED FURTHER:** That each Authorized Member and agent of the DAO is hereby jointly and severally authorized to do any act, matter, or thing, and to execute and deliver any other document as he or she may deem necessary, advisable, or incidental, in connection with the preceding resolution, and other sections herein, or any related documents.

This action by the DAO Members by Snapshot vote shall be effective as of the date the DAO Entities receives the consent of the DAO at the end of the Snapshot vote. This action by the DAO Members consent may be executed in any number of counterparts, each of which shall constitute an original and all of which together shall constitute one action.

---

PLAINTIFF0003713

## Authors

1. 0x5d95baEBB8412AD827287240A5c281E3bB30d27E
2. 0xA4e6C2B6264652444B3F0cc1bB37496AE916931c

| Previous | Next |
|---|---|
| mip-0022.md | README.md |



PLAINTIFF0003714



LEGAL-TOOLS    **DAOLABS**                    **Connect Wallet**



    

# Intro

## The Peace Movement DAO

The Peace Movement DAO's purpose is to fund life-saving assistance and support for Ukranian refugees and displaced people. The DAO is providing immediate support for Ukranians facing humanitarian crises, and will continue to provide support as they rebuild their lives.

Peace DAO is democratically governed by its community, **radically reducing overhead and maximizing impact.**

 

 

# FAQ

## *How does Peace DAO work?*

Intro
  The Peace Movement DAO
  FAQ
    How does Peace DAO work?
    How can I help?
    What is a DAO?

PLAINTIFF0003715



<u>Peace DAO</u> is using DAO technology to *radically* maximize impact per dollar.

Charitable organizations can be notoriously inefficient —in many cases, **less than 10% of donation revenue goes towards a charity's stated purpose.** When funds *do* get utilized, the spending is often opaque and out of touch, disconnected from genuine needs.

Instead of going towards impact, donations end up in the hands of administrators, advertisers, landlords, and lawyers. Not only does this reduce impact—it leaves donors feeling disillusioned and powerless to affect change.

In contrast, Peace DAO is:

- Transparent. Coordination takes place in our <u>public Discord server</u>. Anybody can join, read along, and contribute to our mission.
- Efficient. Peace DAO is <u>run by volunteers</u>, and deploys funds directly to those in need. Peace DAO doesn't spend on advertising, administration, or anything else that would take away from our impact.
- In touch. Peace DAO is directly accessible to those who need funds most, meaning resources can be allocated exactly where they are needed.
- Agile. Peace DAO is a small group, meaning funds can be deployed rapidly. Instead of having to go through layers of bureaucracy and management, proposals go <u>straight to DAO voting</u>.
- Accountable. Peace DAO is beholden to the will of its community and its <u>token holders</u>, expressed through democratic voting.

## *How can I help?*

Join the discussion in our <u>Discord server</u>! To donate and participate in our governance process, read our <u>first steps guide</u>.

## *What is a DAO?*

A DAO (Decentralized Autonomous Organization) is a community which uses cryptocurrency and other decentralized technologies to organize in novel ways. DAOs are usually:

- Decentralized, meaning there is no central

PLAINTIFF0003716



- Decentralized, meaning there is no central authority controlling the organization. DAOs are owned by their communities, who guide the DAO through democratic voting processes.
- Autonomous, meaning that core functions are handled automatically and transparently. DAOs use <u>smart contracts</u> and other decentralized technology to manage funds, control membership, and self-govern.
- Accessible—anybody can join a DAO and begin participating in meaningful ways. DAOs empower passionate contributors by transcending national and regional boundaries.
- Fully transparent. By design, DAOs have to build, operate, and communicate in the open.
- Censorship resilient due to their decentralized nature.

DAOs have raised millions of dollars, created thousands of jobs, and built products, infrastructure, and public goods used by millions.

| Previous | Next |
|---|---|
| mip-0023.md | donate.md |

PLAINTIFF0003717



LEGAL-TOOLS    **DAOLABS**

<span style="color:red">**Connect Wallet**</span>



   

Donate

What is an Ethereum wallet?

Setting Up Your Wallet

Getting ETH

Donating to Peace DAO

Video Guide

# Donate

This guide will teach you how to set up a wallet, get Ethereum, and donate to Peace DAO.

## What is an Ethereum wallet?

Ethereum is decentralized cryptocurrency which facilitates peer-to-peer transactions. Along with storing and transferring value, the Ethereum network can store and run computer programs called smart contracts. Smart contracts have many applications—they can perform computations, hold funds in escrow, create new currencies, store data, mint NFTs, send communications, and even generate graphics.

*Ethereum wallets* are applications which let you interact with the Ethereum network. Think of it like an internet banking account—without the bank. Your wallet lets you read your balance, send transactions, and connect to Ethereum applications.

## Setting Up Your Wallet

Visit Metamask's download page and install it to your device. Once installed, Metamask will greet you with a welcome screen:

PLAINTIFF0003718





# Welcome to MetaMask

Connecting you to Ethereum and the Decentralized Web.

We're happy to see you.



Select *Get Started*, and then select *Create a Wallet*. Metamask will guide you through the wallet creation process.

# Getting ETH

Open your Metamask wallet and select *Buy*.



# O ETH

$0.00 USD

  
Buy          Send        Swap

A prompt will ask which provider you would like to use:

| Provider | | Fees |
|----------|--|------|

PLAINTIFF0003719



| Provider | Fees |
|----------|------|
| Coinbase | 1% fees on all transactions. |

| Provider | Fees |
|----------|------|
| Pay | |
| Transak | 5% fees and a network fee. |
| Moonpay | 4.5% for card payments and 1% for bank transfers. Both options invoke a network fee. |
| Wyre | The greater between $5 or 2.9% + 30c. |

Make sure to buy some extra ETH for paying fees! Depending on your jurisdiction, you may be asked to present identifying documents when purchasing ETH.

## Donating to Peace DAO

Once you have ETH in your wallet, visit Peace DAO's Juicebox treasury. Click Connect in the upper right-hand corner, and select Metamask when prompted. Log in to your Metamask wallet, click Next, and then click Connect. Once connected, your wallet should appear in the upper right-hand corner like so:



All donations are paid in ETH, but you can denominate your donation in USD by clicking the light blue ETH toggle. Enter the amount of ETH or USD you would like to contribute, and click the Peace button to the right.



A series of pop-ups will guide you through relevant risks and disclosures. Please read these warnings carefully—if you have questions, ask for help in our Discord server. During this stage, you can add a public memo to be displayed alongside your contribution.

PLAINTIFF0003720



Confirm that you have read the warnings by clicking Pay. At this point, a Metamask pop-up will ask you to confirm the transaction.

Scroll down, double check the amount, and click Confirm.

**Thank you for your donation.** Tokens will be issued to your wallet automatically. To learn how you can use tokens and participate in the DAO, read <u>part two of this guide</u>.

*Note: All Ethereum transactions invoke "gas fees" which pay to maintain the Ethereum network. Metamask will automatically calculate your gas fee—exercise caution when editing this number, as it may cause your transaction to fail.*

## Video Guide

A video version of this article:



| Previous | Next |
|----------|------|
| README.md | join.md |

PLAINTIFF0003721



LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



     

Join Us
   Discord
   Voting
   Creating Proposals

# Join Us

*This guide will teach you how join Peace DAO.*

## Discord

Start by joining the <u>Movement DAO Discord server</u>, which hosts Peace DAO's communication channels. If you do not have a Discord account, you can create one for free at <u>discord.gg</u>.

Once you have joined, click Complete:



Read over the server rules, agree, and click Submit. Then click Join the Community in the #   | welcome channel:



PLAINTIFF0003722





Navigate to the #    next-step channel, and select
Peace DAO:



This will grant you access to Peace DAO's
communications channels. You can participate in
discussions, receive important announcements, and
follow along in the DAO's governance process.

# Voting

Peace DAO is governed by its community. To vote, visit
the #    voting channel and read over recent messages.
If there is an ongoing vote, you can vote by selecting
options beneath the voting message:

PLAINTIFF0003723





# Creating Proposals

To begin, read recent messages in the # |proposals channel. If you have a proposal idea, share it in that channel—either as a formal proposal or as an informal message. DAO members will help you to refine your proposal and prepare it for voting.



Previous
donate.md

Next
index.md

PLAINTIFF0003724



LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



   

Donate

What is an Ethereum wallet?

Setting Up Your Wallet

Getting ETH

Donating to Peace DAO

Video Guide

# Donate

This guide will teach you how to set up a wallet, get Ethereum, and donate to Peace DAO.

## What is an Ethereum wallet?

Ethereum is decentralized cryptocurrency which facilitates peer-to-peer transactions. Along with storing and transferring value, the Ethereum network can store and run computer programs called smart contracts. Smart contracts have many applications—they can perform computations, hold funds in escrow, create new currencies, store data, mint NFTs, send communications, and even generate graphics.

*Ethereum wallets* are applications which let you interact with the Ethereum network. Think of it like an internet banking account—without the bank. Your wallet lets you read your balance, send transactions, and connect to Ethereum applications.

## Setting Up Your Wallet

Visit Metamask's download page and install it to your device. Once installed, Metamask will greet you with a welcome screen:

PLAINTIFF0003725





## Welcome to MetaMask

Connecting you to Ethereum and the Decentralized Web.

We're happy to see you.

Get Started

Select *Get Started*, and then select *Create a Wallet*. Metamask will guide you through the wallet creation process.

# Getting ETH

Open your Metamask wallet and select *Buy*.



# 0 ETH

$0.00 USD


Buy


Send


Swap

A prompt will ask which provider you would like to use:

| Provider | Fees |
|----------|------|

PLAINTIFF0003726



| Provider | Fees |
|----------|------|
| Coinbase | 1% fees on all transactions. |
| Provider | Fees |
| Pay | |
| Transak | 5% fees and a network fee. |
| Moonpay | 4.5% for card payments and 1% for bank transfers. Both options invoke a network fee. |
| Wyre | The greater between $5 or 2.9% + 30c. |

Make sure to buy some extra ETH for paying fees! Depending on your
jurisdiction, you may be asked to present identifying documents when
purchasing ETH.

# Donating to Peace DAO

Once you have ETH in your wallet, visit Peace DAO's Juicebox treasury.
Click Connect in the upper right-hand corner, and select Metamask when
prompted. Log in to your Metamask wallet, click Next, and then click
Connect. Once connected, your wallet should appear in the upper right-
hand corner like so:



All donations are paid in ETH, but you can denominate your donation in
USD by clicking the light blue ETH toggle. Enter the amount of ETH or
USD you would like to contribute, and click the Peace button to the
right.



A series of pop-ups will guide you through relevant risks and
disclosures. Please read these warnings carefully—if you have
questions, ask for help in our Discord server. During this stage, you
can add a public memo to be displayed alongside your contribution.

PLAINTIFF0003727

Confirm that you have read the warnings by clicking Pay. At this
point, a Metamask pop-up will ask you to confirm the transaction.

Scroll down, double check the amount, and click Confirm.

**Thank you for your donation.** Tokens will be issued to your wallet
automatically. To learn how you can use tokens and participate in the
DAO, read <u>part two of this guide</u>.

*Note: All Ethereum transactions invoke "gas fees" which pay to
maintain the Ethereum network. Metamask will automatically calculate
your gas fee-exercise caution when editing this number, as it may
cause your transaction to fail.*



## Video Guide

A video version of this article:



| Previous | Next |
|---|---|
| join.md | juicebox0.png |

PLAINTIFF0003728



LEGAL-TOOLS   **DAOLABS**

Connect Wallet



PLAINTIFF0003729



PLAINTIFF0003730



LEGAL-TOOLS   **DAOLABS**

Connect Wallet



PLAINTIFF0003731



PLAINTIFF0003732



LEGAL-TOOLS   **DAOLABS**

Connect Wallet



PLAINTIFF0003733



PLAINTIFF0003734



LEGAL-TOOLS **DAOLABS**

Connect Wallet



PLAINTIFF0003735



PLAINTIFF0003736



LEGAL-TOOLS **DAOLABS**

Connect Wallet



PLAINTIFF0003737



PLAINTIFF0003738



LEGAL-TOOLS   **DAOLABS**

**Connect Wallet**



PLAINTIFF0003739



PLAINTIFF0003740



LEGAL-TOOLS   **DAOLABS**

Connect Wallet



PLAINTIFF0003741



PLAINTIFF0003742



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



PLAINTIFF0003743



PLAINTIFF0003744



LEGAL-TOOLS   **DAOLABS**

**Connect Wallet**



     

Join Us
   Discord
   Voting
   Creating Proposals

# Join Us

*This guide will teach you how join Peace DAO.*

## Discord

Start by joining the <u>Movement DAO Discord server</u>, which hosts Peace DAO's communication channels. If you do not have a Discord account, you can create one for free at <u>discord.gg</u>.

Once you have joined, click Complete:



Read over the server rules, agree, and click Submit. Then click Join the Community in the #   | welcome channel:



PLAINTIFF0003745





Navigate to the #    next-step channel, and select
Peace DAO:



This will grant you access to Peace DAO's
communications channels. You can participate in
discussions, receive important announcements, and
follow along in the DAO's governance process.

# Voting

Peace DAO is governed by its community. To vote, visit
the #    voting channel and read over recent messages.
If there is an ongoing vote, you can vote by selecting
options beneath the voting message:

PLAINTIFF0003746



# Creating Proposals

To begin, read recent messages in the #   |proposals channel. If you have a proposal idea, share it in that channel—either as a formal proposal or as an informal message. DAO members will help you to refine your proposal and prepare it for voting.



Previous
discord3.png

Next
multisig.md

PLAINTIFF0003747



LEGAL-TOOLS  **DAOLABS**    **Connect Wallet**



Multisig
  Definition
  Guidelines

    

# Multisig

*The Peace DAO Multisig is responsible for custody of* *Peace DAO's treasury* *and the execution of certain onchain actions in proposals.*

## Definition

The Peace DAO Multisig is a Gnosis Safe at 0xD2427c0e44D28Ea74c0504E072c6073d135569B2 (the "Multisig").

## Guidelines

The Multisig Safe Owners ("Signers") must agree to abide by the following principles:

1. Signers agree to act in accordance with the will of Peace DAO, as expressed through Peace DAO's governance process.
2. The Multisig must maintain a Safe threshold equal to or greater than 60 percent of the number of Multisig members.
3. Multisig transactions must be in accordance with Peace DAO's governance process.

Signers in violation of these principles are to be removed from the Multisig, at the discretion of dao-lawfirm.eth.

Previous
index.md

Next
process.md

PLAINTIFF0003748



PLAINTIFF0003749

 LEGAL-TOOLS **DAOLABS** [Connect Wallet]



Process

Step 0 – Discussion

Step 1 – Temperature Check

Step 2 – Snapshot Voting

Step 3 – Execution

    

# Process

Peace DAO is governed by its community, as expressed through <u>Peace Token</u> and <u>Peace DAO Movement NFT</u> voting.

## Step 0 – Discussion

Authors can submit proposals at any time by creating a discussion thread in the #　│proposals channel of the <u>Peace DAO Discord</u>.

> You can use the <u>proposal template</u> as a
> starti g  oi t. Whe  writi g yo r  ro osal, try
> to be as  etaile  as  ossible i  yo r
> s ecificatio .  ly i cl e what is  ecessary
> short, s ecific  ro osals are best.

## Step 1 – Temperature Check

Once a proposal is finalized, the author can create a **3 day temperature check** (react-vote Discord poll). During the temperature check, authors can update or redact their proposals based on the DAO's feedback.

## Step 2 – Snapshot Voting

A **4 day Snapshot vote** will be created for proposals which receive at least 6 affirmative temperature check votes. Each Snapshot proposal must include the full proposal text or a link to an immutable version of the

PLAINTIFF0003750

proposal text of a link to an external version of the full proposal text. Proposals must be announced in the DAO's Discord before voting opens.

[Peace DAO's Snapshot Space](#) will grant 1 vote per [Peace Token](#) and 200,000 votes per [Peace DAO Movement NFT](#).

## Step 3 - Execution



The DAO's [Multisig](#) executes proposals with at least 60% approval on Snapshot.

| Previous | Next |
|---|---|
| multisig.md | strategies.m |

PLAINTIFF0003751



LEGAL-TOOLS   **DAOLABS**

**Connect Wallet**



Snapshot Strategies



ERC-721 With Multiplier Delegation

# Snapshot Strategies

Peace DAO's Snapshot space employs three strategies:

# Contract Call

contract-call with the following parameters:

```
{
        "args": ["%{address}", "0x210"],
        "symbol": "PEACE",
        "address": "0xee2eBCcB7CDb34a8A822b589F9E8427C24351bfc",
        "decimals": 18,
        "methodABI": {
                "name": "balanceOf",
                "type": "function",
                "inputs": [
                        {
                                "name": "",
                                "type": "address",
                                "internalType": "address"
                        },
                        {
                                "name": "",
                                "type": "uint256",
                                "internalType": "uint256"
                        }
                ],
                "outputs": [
                        {
                                "name": "",
                                "type": "uint256",
                                "internalType": "uint256"
                        }
```

**PLAINTIFF0003752**

```
                ],
                "stateMutability": "view"


        }
}
```

# ERC-721 With Multiplier

erc721 with multiplier with the following parameters:

```
{
        "symbol": "PEACE",
        "address": "0x1c43E7Fb2885d9FF4403521eAE41d7943F7f51Ee",
        "multiplier": 200000
}
```

# Delegation

delegation with the following parameters:

```
{
        "symbol": "PEACE (delegated)",
        "strategies": [
                {
                        "name": "contract-call",
                        "params": {
                                "args": ["%{address}", "0x210"],
                                "symbol": "PEACE",
                                "address": "0xee2eBCcB7CDb34a8A822b589F9E8427C24351bfc",
                                "decimals": 18,
                                "methodABI": {
                                        "name": "balanceOf",
                                        "type": "function",
                                        "inputs": [
                                                {
                                                        "name": "",
                                                        "type": "address",
                                                        "internalType": "address"
                                                },
                                                {
                                                        "name": "",
                                                        "type": "uint256",
                                                        "internalType": "uint256"
                                                }
                                        ],
                                        "outputs": [
                                                {
                                                        "name": "",
```

PLAINTIFF0003753

```
                                        "type": "uint256",
                                        "internalType": "uint256"
                            }
                    ],
                      "stateMutability": "view"
                }
        }
    },
    {
            "name": "erc721-with-multiplier",
            "params": {
                    "symbol": "PEACE",
                    "address": "0x1c43E7Fb2885d9FF4403521eAE41d7943F7f51Ee",
                    "multiplier": 250000
            }
    }
  ]
}
```

Previous
process.md

Next
template.md

PLAINTIFF0003754



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

# Proposal Template

*Authors are advised to consider how their proposal will be executed in detail. This template is a suggestion— proposal authors can deviate from it. <u>Download here.</u>*

# Proposal Title

Author:
Creation Date: (YYYY-MM-DD)

## Thesis

*What's the idea?*

## Motivation

*Why now? What problems does this solve?*

## Specification

*How exactly will this be executed? Be specific and leave no ambiguity.*

## Rationale

*Why is this specification the best way to address this thesis?*

## Risks

Proposal Template
Proposal Title
  Thesis
  Motivation
  Specification
  Rationale
  Risks
  Timeline

PLAINTIFF0003755

What might go wrong?

# Timeline

*When exactly should this proposal take effect? When exactly should this proposal end?*



| Previous | Next |
|---|---|
| strategies.md | a   resses.m |

PLAINTIFF0003756



LEGAL-TOOLS    **DAOLABS**                                    **Connect Wallet**



Contract Addresses

    PeaceDAO Contract Addresses

    

# Contract Addresses

## PeaceDAO Contract Addresses

Peace DAO's Gnosis Multi-Signature Safe:
0xD2427c0e44D28Ea74c0504E072c6073d135569B2 (*Gnosis Safe*)

Peace DAO's Mainnet Ethereum NFT:
0x1c43E7Fb2885d9FF4403521eAE41d7943F7f51Ee (*OpenSea*)

Peace DAO's Mainnet Ethereum Token:
0xdE43304bD02E5517a1B646179eb9612b5d58E6A1[1]

*See the Juicebox Docs for Juicebox v1 and Juicebox v2 contract addresses.*

## Footnotes

1. To reduce gas fees, newly issued $PEACE tokens are stored in the Juicebox TicketBooth contract. The ERC-20 contract above reflects the total supply of claimed ERC-20 $PEACE tokens. To ascertain the total supply of claimed (ERC-20) and unclaimed $PEACE tokens, call the totalSupplyOf() function on the TicketBooth contract deployed to 0xee2eBCcB7CDb34a8A822b589F9E8427C24351bfc, passing the desired Ethereum address and the project ID **528** (hex encoded as 210) as arguments. ↩

Previous
template.md

Next
guiding-principals.md

PLAINTIFF0003757



PLAINTIFF0003758

 LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



    

# 'Guiding Principles'

##  PeaceDAO Guiding Principles

### Definitions.

▸ Definitions

### Introduction.

These guiding principles constitute an Agreement (hereinafter the **"Agreement"**) and are entered into by and amongst members of PeaceDAO (hereinafter **"PeaceDAO"**, **"DAO"** or **"⊕DAO"**), an unincorporated nonprofit association organized under the laws of the State of Delaware.

The following terms apply when you click to view or access DAO's Dapp or DAO's online services (including https://peace.move.xyz) (collectively, **"the DAO Services"** or **"Services"**), donate or transfer cryptocurrencies such as Ethereum, or transfer one or more ERC-20 (**"Tokens"**) or ERC-721 (**"NFTs"**) or other digital assets (collectively, **"Cryptographic currencies"**) to the DAO, become a Member of DAO, receive DAO Tokens, hold Governance Rights for the DAO, interact with or access the DAO's smart contracts in any way, provide services to the DAO, donate or transfer any property to the DAO, or otherwise interact with or access the DAO's current or future services. The DAO's governance is currently hosted on Peace DAO's Snapshot Space, however for the purpose of this agreement we refer to this as

'Guiding Principles'

 PeaceDAO Guiding Principles

Definitions.

Introduction.

1. Organization.

2. Membership; Governance Rights and Tokens; Limitations.

3. Liability.

4. Admission of Additional Members.

5. Management.

6. Withdrawal Rights; Compulsory Withdrawal.

7. Fees and Expenses.

8. Distributions; Dividends; Compensation.

9. Dissolution.

10. Limitations on Transfers.

11. Books and Records; Accounting and Tax Matters.

12. Waiver of Fiduciary Duties.

13. Intellectual Property Rights.

14. Derivative Matters.

15. Amendments.

16. Service Providers.

17. General Provisions.

PLAINTIFF0003759

part of the DAO Service.



**By doing any of the above, you signify your agreement to these terms. If you do not agree to be bound by the Agreement in its entirety, you may not access, interact with, or use the DAO Dapp or online services.**

Capitalized terms used herein have the meanings ascribed to them in the Definitions.

# 1. Organization.

**(a) Formation.** The DAO was formed on March 15, 2021. The obligations of members of the DAO shall be determined pursuant to the Delaware Uniform Unincorporated Nonprofit Association Act, Del. Code Ann. Tit. 6, §§ 1901-1916 inclusive (the **"Act"**), and this Agreement.

**(b) Purpose.** Peace DAO's purpose is to fund life-saving assistance and support for refugees of war and internally displaced people.

The DAO is an unincorporated association of individuals, corporations, statutory trusts, business trusts, estates, trusts, partnerships, limited liability companies, associations, joint ventures, and other legal or commercial entities, many of whom, if not all of whom, agree to join together for a common, nonprofit purpose. For the DAO, that purpose is encapsulated in its mission statement.

**The DAO is not intended to be or become an entity required to register as an "investment company" as defined in Section 3(a)(1)(A) of the Investment Company Act of 1940, as amended.**

*See the Peace DAO Intro.*

# 2. Membership; Governance Rights and Tokens; Limitations.

**(a) Governance Rights.** Governance Rights in the DAO are represented by Project Tokens, with each Token representing a fractional part of the Governance Rights of all Members (or assignees, as the case may be) equal to the quotient of one

PLAINTIFF0003760

as the case may be) equal to the quotient of one (1) divided by the total number of Tokens claimed

at any time. Member's Governance Rights are subject to <u>DAO Governance</u>.

**(b) Tokens.** As of the date hereof, there shall be an allowance of up to the max number of an unsigned integer or $2^{256-1}$, tokens authorized to represent membership interests in the DAO, unless otherwise agreed to and by the Members via a vote occurring through the Dapp. Membership in the DAO, as defined bey Del. Code Ann. Tit. 6, § 1901, shall be voluntary and open to any individual whose purpose or presumed intent is to contribute to the DAO and is willing to accept responsibilities and terms of membership. The DAO shall grant the initial Member's governance voting tokens proportional to total contributions to the <u>Peace Treasury</u>, which in turn governs the Gnosis multi-signature wallet[2].

Notwithstanding the foregoing or any other provision of this Agreement, the DAO may provide initial members Tokens for their role in conceiving and supporting the DAO.

**(c) Limitation to the DAO Protocol Configuration.** The DAO shall not configure its Juicebox Treasury with an undefined Reserved Rate, a Reserved Rate of 0%, a Redemption Rate of 100%, or a Discount Rate other than 0%. Within reason, the DAO shall not configure its Juicebox Treasury with any parameters that would cause the capital value of Token Redemptions via the Redemption Rate to exceed the cost basis required to issue those Tokens from the DAO's Juicebox Treasury.

**(d) Admission.** The DAO is a decentralized network of members and may admit or deny membership to individuals for any arbitrary purpose or lack of purpose.

All of the DAO's governing Members shall have their membership determined upon receipt of voting tokens acquired on a public blockchain via the DAO's Juicebox Project management page ("Cryptographic Units", and such holders, "Members"). Cryptographic Units are used for

PLAINTIFF0003761

participating in and improving the governance of
the DAO through affirmative votes effectuated via
the Designated Smart Contract (defined herein)

(such process, "Cryptographic Consensus") or more
commonly, Snapshot, the popular off-chain voting
protocol ("Snapshot"). Once the DAO's admission
requirements are met, a prospective Member's full
membership may be put up to a DAO vote. The DAO
will consistently review admissions, and if
necessary, Members may make adjustments to the
DAO admission requirements based on their
evolving needs and as registered in a successful
vote through the Designated Smart Contract.
Notwithstanding, the DAO may admit all
individuals who hold the DAO token by capturing
an inventory of all current holders and ratifying
the membership at Governance intervals from time
to time.

**(e) Token Liquidity Pools.** The DAO shall not
create any Liquidity Pools.

**(f) Governance Rights and Token Limitations.**
Governance Rights and the governance Tokens
provide no possibility of profits and losses, no
rights to distributions and dividends, and no
rights to ownership or management of the DAO.
Each Member (or assignees, as the case may be)
that receives or holds governance Tokens
expressly and unequivocally agrees that the
Tokens provide no rights to profits and/or
losses, that the Tokens do not entitle their
holder to distributions or dividends, and that
the Tokens do not make their holder an owner or
manager of the DAO.

**(g) Token Reserved Rate.** Notwithstanding the
foregoing or any other provision of this
Agreement, contributors to the DAO shall be
entitled to receive Reserved Rate Tokens by a
vote of the Members, via the Reserved Tokens
list, as defined by the DAO's Juicebox Project
configuration. Each Member expressly and
unequivocally agrees to 2(f) above.

**(h) Responsibilities.** As of the date hereof,
Members are not required to submit to any dues or
membership fees. However, in the event the
Members agree otherwise via a vote occurring
through the Dapp or Snapshot, each Member shall

**PLAINTIFF0003762**





keep reasonably current in payment of any dues or membership fees and other financial obligations

of membership, if applicable and determined by the DAO. Each Member shall notify the DAO of a Discord, Twitter, or other acceptable communication channel by which such Member may receive written or electronic materials required or permitted by this document, or shall notify the DAO that such Member lacks the standard acceptable addresses and designate a mutually acceptable form of communication.

**If you have received any Tokens or are otherwise a Member, you consent and agree to become legally bound by this Agreement as both a participant in the DAO and more specifically a DAO "Member".**

**(i) Information Rights.** Members shall have access to all information concerning operational and financial affairs of the DAO via

> **The Etherscan Mainnet Gnosis Multi-Signature Wallet**
> 0xD2427c0e44D28Ea74c0504E072c6073d13556
> 9B2,

> **An Ethereum Block Explorer**
> https://etherscan.io/address/0xD2427c0e
> 44D28Ea74c0504E072c6073d135569B2,

> **The DAO Juicebox Project Page**
> https://juicebox.money/p/peace, and

> **The DAO Snapshot**
> https://snapshot.org/#/peace.movedao.et
> h.

## 3. Liability.

**(a) No Member Liability.** Except as otherwise provided in this Agreement or the Act, no Member (or former Member) shall be personally liable for the obligations of the DAO, including any obligations owed by any such Member in connection with any breach of this Agreement. A debt, obligation, or other liability of the DAO is solely the debt, obligation, or other liability of the DAO. Members (or former Members) are not personally liable, directly or indirectly, by way

PLAINTIFF0003763



of contribution or otherwise, for a debt, obligation, or other liability of the DAO solely by reason of being or acting as a Member or acting on behalf of the DAO. The failure of the DAO to observe formalities relating to the exercise of its powers or management of its activities and affairs is not grounds for imposing liability on a Member of the DAO for a debt, obligation, or other liability of the DAO.

**(b) Member Limitations.** No Member shall have the right or power:

> **(i)** to cause the dissolution and winding up of the DAO; or

> **(ii)** to demand or receive property, including any Cryptographic Currency or ERC-20 or ERC-721 Tokens ("Cryptocurrency assets") donated or otherwise transferred to the DAO, except as agreed to by the Members or otherwise provided herein.

## 4. Admission of Additional Members.

**(a)** Subject to the provisions of this Agreement, the Members are authorized to accept additional donations from one or more Members, and to admit other Persons to the DAO as additional Members (each such additional Member and such existing Member is an "Additional Member"). Unless otherwise determined by the Members, any such Additional Members shall be admitted to the DAO only if such Member or Additional Member makes a donation via the Dapp.

**(b) Accession to Agreement.** Each Person who is to be admitted as an Additional Member pursuant to this Agreement shall agree to be bound by all of the terms of this Agreement as if they were a member from the inception of the DAO.

## 5. Management.

**(a)** Except as otherwise expressly required in this Agreement, the affairs of the DAO shall be carried on and managed exclusively by the Members, who shall have sole and absolute discretion with respect thereto. No Member shall

PLAINTIFF0003764

discretion with respect thereto. No Member shall
be a manager, as defined under the Act.



**(b)** Whenever any action, including any approval,
consent, decision, determination, or resolution
is to be taken or given by the Members or the DAO
under this Agreement or under the Act, it shall
be authorized by a vote of the Members via the
Dapp or the DAO's Snapshot Spaces, unless
otherwise provided herein. Such an authorization
may be evidenced by a vote facilitated via the
Dapp or the DAO's Snapshot Spaces and one or more
smart contracts, or by a written consent, in
accordance with this Agreement. The Members
intend that any action (which has been duly
approved in accordance with this Agreement) taken
by the DAO via a Dapp, a smart contract, or the
blockchain shall be a valid action of the Members
or the DAO, as applicable, and no Member shall
challenge the authority or validity of any such
action based solely on such fact.

**(c)** Except as otherwise expressly required in
this Agreement or in the Act, no single Member
(in their capacity as a Member) shall have
authority to bind the DAO in any way or to enter
into any agreement or contract obligating the DAO
in any way unless approved via a vote occurring
through the Dapp.

**(d)** To the extent that the Members have approved
a document in accordance with the terms of this
Agreement and the Act, any Member can be
expressly hereby authorized to execute and
deliver such document on behalf of the DAO.

**(e)** Members may appoint a proxy to vote or
otherwise act for the Member with regards to the
DAO pursuant to the Dapp.

**(f)** The DAO has the right to delegate certain
technical or administrative responsibilities to
third parties and provide them with reasonable
compensation.

**(g)** Reliance by Third Parties. Persons dealing
with the DAO are entitled to rely conclusively
upon the power and authority of the Members (and
any Person to whom the Members delegated any such
power and authority pursuant to this Agreement)

PLAINTIFF0003765

and acknowledge that such Member or designee is authorized to act on behalf of the DAO and may



bind the DAO or otherwise enter into a binding contract.

**(h) Other Activities.** Each Member acknowledges and agrees that in addition to transactions specifically contemplated by this Agreement, and subject to applicable law, the Members, the DAO, and their respective Affiliates and Representatives are each hereby authorized to obtain property or obtain services from, to provide property or provide services to, or otherwise enter into any transaction with any Member, or any Affiliate or Representative of any of the foregoing Persons.

## 6. Withdrawal Rights; Compulsory Withdrawal.

**(a) Limited Right to Withdraw.** A Member may withdraw at any time by transferring its Tokens to a third party. Such withdrawal shall be facilitated and executed, in part, using one or more smart contracts and shall be effective as of the date of transfer. Any withdrawal is irrevocable. Alternatively, a Member may redeem the entirety of the Tokens held, which are submitted to the Juicebox Protocol and burned, thereby reducing the total Token supply. In return, the Member receives some portion of their initial or cumulative DAO Membership holdings in Ethereum (or other Cryptographic Currency). A Member who burns the entirety of their token holdings shall be deemed to have withdrawn from the DAO. The DAO shall not be obligated to pay any interest or other compensation to a Member who redeems or withdraws its Tokens.

**(b) Compulsory Withdrawal.** Not in limitation of Section 6(a), the Members acting by vote via the Dapp may cause a Member to be compulsorily withdrawn from the DAO to the extent that such Members, in their reasonable discretion, determine it to be necessary, desirable, or appropriate, including, without limitation, to comply with applicable law or regulations, or to avoid a material adverse effect on the DAO or the

PLAINTIFF0003766

other Members. For the avoidance of doubt the Member proposed to be compulsorily withdrawn shall be entitled to vote with respect to any vote of the Members regarding such compulsory withdrawal.



**(c) Emergency Immediate Compulsory Withdrawal For Cause.** Not in limitation of Section 6(a), 6(b), any Member may, in their reasonable discretion, withdraw from the DAO if that member determines withdrawal to be necessary, desirable, or appropriate, including, without limitation, to comply with applicable law or regulations, or to avoid a material adverse effect on the DAO or the other Members.

## 7. Fees and Expenses.

**(a) Organizational Expenses.** The DAO shall bear all of its organizational expenses and costs, and may amortize these expenses for accounting and/or tax purposes.

**(b) Operating Expenses.**

> **(i)** The DAO shall bear all costs and expenses relating to its activities, maintenance, and operations, including, without limitation, all fees, expenses, and costs associated (directly or indirectly) with the acquiring, holding, monitoring, and commissioning of artwork, identifying DAO opportunities to fulfil its purpose and any extraordinary expenses (including, without limitation, litigation-related and indemnification expenses), legal, regulatory, research, consulting, compliance, auditing, accounting, and other professional fees and expenses, the costs of any administrator, the costs of any reporting to Members, expenses of any administrative proceedings undertaken by the applicable Member in its capacity, expenses incurred in connection with the dissolution, liquidation, and termination of the DAO, and other expenses related to the DAO as
> determined by the Members by a vote via

PLAINTIFF0003767

determined by the Members by a vote of
the Dapp (collectively, and together

with organizational expenses, the "DAO
Expenses").

**(ii)** DAO Expenses shall be allocated to
and funded by the DAO.

## 8. Distributions; Dividends; Compensation.

**(a)** The DAO shall not make any distributions of
any kind and it will not pay dividends of any
kind to any Member or director/officer or other
person who may have an ownership interest in the
DAO.

**(b)** The DAO may pay reasonable compensation or
reimburse reasonable expenses to a Member or
third-party for services rendered, confer
benefits on a Member or third party in conformity
with its nonprofit purposes, repurchase a
membership and repay a capital contribution made
by a Member to the extent authorized by this
Agreement, or make distributions of property to
Members upon winding up and termination to the
extent permitted by this Agreement.

## 9. Dissolution.

**(a) General.** The DAO shall be dissolved and its
affairs shall be wound up upon the earliest to
occur of:

> **(i)** a determination of the Members by
> Majority Vote; or

> **(ii)** the entry of a decree of judicial
> dissolution pursuant to the Act.

**(b)** Upon the dissolution of the DAO, assets shall
be distributed for one or more exempt purposes
within the meaning of section $501(c)(3)$ of the
Internal Revenue Code or the corresponding
section of any future federal tax code and
consistent with the goals and purpose of the DAO,
or shall be distributed to the federal
government, or to a state or local government,
for a public purpose. Any such assets not so
disposed of shall be disposed of by a court of

PLAINTIFF0003768

competent jurisdiction of the county in which the
principal office of the corporation is then

located, exclusively for such purposes or to such
organization or organizations, as said Court
shall determine, which are organized and operated
exclusively for such purposes.

## 10. Limitations on Transfers.



**(a) Transfers.** Governance Rights and Tokens are
not transferable, except to other members.
Members may vote to allow or disallow the ability
of Members to transfer their Governance Rights
and/or Tokens by a vote facilitated via the Dapp.
Tokens may become freely transferable to Ethereum
addresses outside of the DAO ("External
Addresses") by a vote of the Members. In the
event the Tokens become freely transferable to
External Addresses, you agree that holders of the
External Address shall automatically be granted
Membership rights, subject to this Agreement.

**(b) Admission of Substituted Members.** If the
transferee is not already a Member, any
transferee of Tokens transferred in accordance
with the provisions of this Section shall be
admitted as a Member. The DAO shall not recognize
for any purpose any purported transfer of all or
any part of a Member's interest or Tokens in the
DAO, and no purchaser, assignee, transferee, or
other recipient of all or any part of such Tokens
shall become a Member hereunder unless:

> **(i)** The transferee of Tokens
> transferred pursuant to this Section
> that is admitted to the DAO as a
> transferee Member shall succeed to the
> rights and liabilities of the
> transferor Member with respect to such
> transferred Tokens.

> **(ii)** Effect of Death, Dissolution, or
> Bankruptcy. Upon the death,
> incompetence, bankruptcy, insolvency,
> liquidation, or dissolution of a
> Member, the rights and obligations of
> that Member under this Agreement shall
> accrue to that Member's successor(s),

PLAINTIFF0003769

estate, or legal representative, and
each such Person shall be treated as an

unadmitted transferee of that Member's
Tokens, as described in the Act.



## 11. Books and Records; Accounting and Tax Matters.

The DAO shall not be obligated to keep any books
or records beyond what is made available via the
Dapp or available via the Ethereum blockchain.

## 12. Waiver of Fiduciary Duties.

**(a)** Except as expressly set forth in this
Section, in the event that any Member initiates
any Proceeding against the DAO and a judgment or
order not subject to further appeal or
discretionary review is rendered in respect of
such Proceeding, as the case may be, such Member
shall be solely liable for all costs and expenses
related to the Proceeding.

**(b)** Limitation by Law. No provision of this
Agreement shall be construed to provide for the
indemnification for any liability to the extent
(but only to the extent) that such
indemnification would be in violation of
applicable law, but instead shall be construed so
as to effectuate the provisions thereof to the
fullest extent permitted by law.

**(c)** Waiver of Fiduciary Duties. To the
fullest extent permitted by applicable
law, notwithstanding any other
provision of this Agreement or
otherwise of applicable law, including
any in equity or at law, no Member
shall have any fiduciary duty to the
DAO or to any Member by reason of this
Agreement or in its capacity as a
Member, except that the Members shall
be subject to the implied contractual
covenant of good faith and fair dealing
and the terms and provisions of this
Agreement. The provisions of this
Agreement, to the extent that they
restrict or eliminate the duties and

PLAINTIFF0003770

liabilities of the Members otherwise
existing at law or in equity, are
agreed by the parties hereto to replace

such other duties and liabilities of
the Members. Members will exercise any
rights under this Agreement consistent
with this Agreement.



## 13. Intellectual Property Rights.

**(a) Grant of Rights.** Members that join the DAO
grant to the DAO a perpetual, non-exclusive,
royalty-free license and right, and all ancillary
and subsidiary rights therein and thereto,
throughout the world, to use, edit, modify,
include, incorporate, adapt, record, reproduce,
display, and archive any copyrightable work
associated with any written copy, source code,
illustrations, and artwork (the "Work") in any
manner whatsoever, in or out of context, by any
and all means and/or devices and in any and all
media now or known hereafter—all in connection
with the production, exhibition, distribution,
exploitation, advertising, marketing, publicity,
and promotion of the DAO and its Purpose. The
term of this license begins whenever an
contribution is made through the DApp by a Person
entering into this Agreement as a member or is
subsequently admitted as a member pursuant to the
terms of this Agreement (i.e., any and all
Members).

**(b) Reservation of Rights.** All rights in any
copyrightable works not specifically granted to
the DAO here are reserved by the donating Member.
Specifically, the DAO acknowledges that its use
of the Work will not affect the Member's
continued and separate copyright ownership in the
Work, and that the Member may use and license
others to use the Work otherwise and elsewhere.

**(c) Representations and Warranties,
Indemnification.** The Member represents and
warrants that it is the owner of the entirety of
the rights in and to the Work and that the Member
has the full authorization and authority to enter
into this Agreement and grant the licenses
herein. No other rights, permissions, or consents
are necessary for the DAO to use the Work in

PLAINTIFF0003771

accordance with the licenses granted herein, and no fees, royalties, or use payments of any kind are due to the Member or third parties in

connection with the exercise of the licenses granted herein. The Member guarantees that the Work does not infringe any copyright or trademark, and that the Work does not violate any privacy, personal, proprietary, common law, or statutory right, of any Person. Licensor shall indemnify and hold Licensee (and its agents, Affiliates, assigns, heirs, or other successors in interest) harmless from any claim, loss, liability, damage, or expense (including reasonable attorneys' fees) arising out of any claim, lawsuit, or demand which is inconsistent with or arises out of warranties or representations in this Section.



**(d) Limited Field of Use.** Members' Work, notwithstanding the preceding provisions, **Grant of Rights 13.(a)** which is used by the DAO, shall limit the use insofar as it furthers the Purpose of the DAO. The field of use of the Work shall be limited to the Purpose as defined in **1. Organization.** The DAO shall not use the Work for any other purpose.

## 14. Derivative Matters.

**(a) No Derivative Actions.** No Member shall have the right to bring any action or proceeding in any court or before any arbitrator or other tribunal against the DAO or any other Member on account of any alleged or actual breach of this Agreement or any other agreement or instrument to which the DAO is a party or by which it is bound, or for any other purpose whatsoever, except as expressly provided in this Agreement.

## 15. Amendments.

**(a)** Except as otherwise provided herein, the terms and provisions of this Agreement may be amended only with the prior consent of Members acting by a vote via the Dapp.

**(b)** Amendments to this Agreement shall be made available via the Dapp.

**PLAINTIFF0003772**

## 16. Service Providers.

**(a) Appointment and Compensation of Service Providers.** The DAO shall have the right to appoint Service Providers to perform administrative services, responsibilities, and duties to carry on the DAO's operations, including maintenance of the Dapp and underlying smart contracts. The DAO shall have the right to provide Service Providers with reasonable compensation.



**(b) Limitation of Liability.** Notwithstanding anything contained in this Agreement to the contrary, any Service Provider of DAO shall not be liable for any error of judgment, mistake of law, or for any loss suffered by the DAO, its Members, Persons affiliated with the DAO or its Members, or third parties in connection with the matters to which this Agreement relates or for any services provided by a Service Provider, except for a loss resulting from a Service Provider's willful misfeasance, gross negligence, or reckless disregard in the performance of its duties under this Agreement. Furthermore, Service Providers shall not be liable for:

> **(i)** any action taken or omitted in accordance with or in reliance upon written or oral instructions, advice, data, documents, or information (without investigation or verification) received by Service Providers from any Person;

> **(ii)** any liability arising from the transfer or use of any Governance Rights or Tokens, including with respect to matters arising under applicable laws or private rights of action; or

> **(iii)** any action taken or omitted by the DAO, its Members, any affiliated Persons of the DAO or its Members, or any third party.

## 17. General Provisions.

PLAINTIFF0003773

**(a) Notices.** Subject to Section 5, all notices required to be delivered under this Agreement



shall be effective only if sent via Discord, Twitter, or another acceptable communication channel. In computing the period of time for the giving of any notice, the day on which the notice is given shall be excluded, and the day on which the matter noticed is to occur shall be included. If notice is given by electronic means, it shall be deemed given when sent; provided, that the sending party does not have reason to believe that such notice was not delivered.

**(b) Further Assurance.** Each Member agrees to perform all further acts and to execute, acknowledge, and deliver any document (including tax forms and information) that may reasonably be necessary to carry out the provisions of this Agreement.

**(c) Interpretation.** Unless otherwise indicated to the contrary herein by the context or use thereof the words, "herein," "hereto," "hereof," and words of similar import refer to this Agreement as a whole and not to any particular section or paragraph hereof; words importing the masculine gender shall include the feminine and neutral genders, and vice versa; and words importing the singular shall include the plural, and vice versa; plural forms of singular defined terms shall have corresponding meanings and singular forms of plural defined terms shall have corresponding meanings; the section headings contained in this Agreement are for reference purposes only and shall not affect the interpretation of this Agreement; references to statutes or regulations include amendments and successor or replacement statutes or regulations.

**(d) Severability.** If any term or provision of this Agreement or any application of this Agreement shall be declared or held invalid, illegal, or unenforceable, in whole or in part, whether generally or in any particular jurisdiction, such provision shall be deemed amended to the extent, but only to the extent, necessary to cure such invalidity, illegality, or unenforceability, and the validity, legality, and enforceability of the remaining provisions, both

PLAINTIFF0003774

enforceability of the remaining provisions, both
generally and in every other jurisdiction, shall
not in any way be affected or impaired thereby.

**(e) Binding Agreement.** This Agreement shall be
binding upon and inure to the benefit of the
parties and their respective heirs, executors,
administrators, successors, permitted assigns,
trustees, and legal representatives.

**(f) Creditors.** None of the provisions of this
Agreement shall be for the benefit of, or
enforceable by, any creditor of any Member or of
the DAO. No creditor who makes a loan to the DAO
may have or acquire, as a result of making the
loan, any direct or indirect interest in the
DAO's property.

**(g) Waiver.** Any term or condition of this
Agreement may be waived at any time by the party
or parties entitled to the benefit thereof, but
only by a writing signed by the party or parties
waiving such term or condition. No waiver of any
provision of this Agreement or of any right or
benefit arising hereunder shall be deemed to
constitute or shall constitute a waiver of any
other provision of this Agreement (whether or not
similar), nor shall any such waiver constitute a
continuing waiver, unless otherwise expressly so
provided in writing.

**(h) Waiver of Partition; No Bill for DAO
Accounting.** Each Member hereby irrevocably waives
any and all rights that it may have to maintain
an action for partition of any of the DAO's
property. Each Member covenants that it shall not
file a bill for DAO accounting.

**(i) Limitation of Liability.** Except for any
remedies that cannot be excluded or limited by
law, no party, or its agent, Affiliate, assigns,
heirs, or other successors in interest, will be
liable under this Agreement to another party, or
that party's agent, Affiliate, assigns, heirs, or
other successors in interest, or other third
party, for any special, reliance, punitive,
indirect, incidental, or consequential damages or
lost or imputed profits, lost data, lost
property, or any costs and fees. This limitation
of liability may not be valid in some
jurisdictions. Parties to this Agreement may have

PLAINTIFF0003775

jurisdictions. Parties to this Agreement have rights that cannot be waived under some laws. The DAO and its Members do not seek to limit the

DAO's or Members' warranties or remedies to any extent not permitted by law.



**(j) Governing Law; Jurisdiction; Venue.** Notwithstanding the place where this Agreement may be executed by any of the parties hereto, the parties expressly agree that all of the terms and provisions hereof shall be construed in accordance with and governed by the laws of the State of Nevada, without giving effect to the principles of choice or conflicts of laws thereof that would require that this Agreement be governed by the laws of another state. Each of the parties hereto consents and agrees to the exclusive personal jurisdiction of any state or federal court sitting in Nevada, and waives any objection based on venue or forum non conveniens with respect to any action instituted therein, and agrees that any dispute concerning the conduct of any party in connection with this Agreement shall be heard only in the courts described above.

**(k) Arbitration.** In consideration of the promises in this agreement, the parties agree that any and all controversies, claims, or disputes with anyone (including the DAO and any employee, officer, director, shareholder or benefit plan of the company in their capacity as such or otherwise) arising out of, relating to, or resulting from this Agreement, shall be subject to binding arbitration under the arbitration rules set forth in Nevada law and thereby agrees to waive any right to a trial by jury, include any statutory claims under state or federal law, including, but not limited to, claims under title vii of the civil rights act of 1964, the Americans with Disabilities Act of 1990, the Age Discrimination in Employment Act of 1967, the Older Workers Benefit Protection Act, the Worker Adjustment and Retraining Notification Act, discrimination or wrongful termination and any statutory claims. The parties further understand that this Agreement to Arbitrate also applies to any disputes that the DAO may have with a Member.

**(l) Procedure.** The parties agree that any

PLAINTIFF0003776



**(l) Procedure.** The parties agree that any
arbitration will be administered by the American
Arbitration Association ("AAA") and that the

neutral arbitrator will be selected in a manner
consistent with its national rules for the
resolution of employment disputes. The parties
agree that the Arbitrator shall have the power to
decide any motions brought by any party to the
arbitration, including motions for summary
judgment and/or adjudication and motions to
dismiss and demurrers, prior to any arbitration
hearing. The parties also agree that the
arbitrator shall have the power to award any
remedies, including attorneys' fees and costs,
available under applicable law. The parties
understand that they shall share equally in
paying for the administrative or hearing fees
charged by the arbitrator or AAA. The parties
agree that the Arbitrator shall administer and
conduct any arbitration in a manner consistent
with the rules and that to the extent that the
AAA's national rules for the resolution of
employment disputes conflict with the rules, the
rules shall take precedence. The parties agree
that the decision of the Arbitrator shall be in
writing.

**(m) Entire Agreement.** This Agreement (including
the exhibits hereto) supersedes any and all other
understandings and agreements, either oral or in
writing, among the parties with respect to the
subject matter hereof and constitutes the sole
agreement among the parties with respect thereto,
including but not limited to the Original
Agreement.

**(n) Amendment.** This Agreement may not be amended,
modified, or revoked, in whole or in part, or any
provisions waived, except via a vote occurring
through the Dapp.

**(o) Securities Laws Matters.** THE TOKENS HAVE NOT
BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933,
AS AMENDED, STATE SECURITIES LAWS, OR THE LAWS OF
ANY COUNTRY OUTSIDE THE UNITED STATES. THEY
PROVIDE NO RIGHT TO ANY PROFITS OR LOSSES OF THE
DAO NOR IS THERE A REASONABLE EXPECTATION OF
PROFIT FROM BUYING OR RECEIVING THE TOKENS. THE
TOKENS ONLY PROVIDE THE HOLDER WITH GOVERNANCE
RIGHTS THAT ARE SPECIFICALLY LIMITED IN THIS

PLAINTIFF0003777

RIGHTS THAT ARE SPECIFICALLY LIMITED IN THIS
AGREEMENT.



**(p) Communication by Electronic Means.** Unless
otherwise required by law or by agreement, any
notice, vote, consent, petition, or other oral or
written communication required or permitted can
be delivered by electronic means, provided that,
in the case where such communication expressly or
impliedly requires the signature of the person
submitting the communication, means are in place
to reasonably assure the authenticity of the
signature, including Cryptographic signatures.

## Footnotes

1. The maximum number of
   1157920892373161954235709850086879078532699846656405640394575840079131296639935 ↩

2. Gnosis Multi-Signature Wallet,
   :eth:0xAF28bcB48C40dBC86f52D459A6562F658fc94B1e ↩

| Previous | Next |
|---|---|
| addresses.md | membership-nft.md |

PLAINTIFF0003778

 LEGAL-TOOLS  **DAOLABS**                    **Connect Wallet**



'Intellectual Property'

    

# 'Intellectual Property'

PeaceDAO NFT contains artwork created by Natasha
Pankina, Illustrator and Designer ("Illustrator"). The
design, artwork, and animations were designed for
PeaceDAO and ownership of the membership NFT does not
grant ownership of anything beyond the NFT, such as the
intellectual property or copyright of the underlying
artwork. Thus the following terms apply to membership
NFTs with artwork which seeks to be retained.

## 4. License Rights

Your purchase of the NFT entitles you to receive
ownership in the NFT itself, including the right to
store and to further transfer the NFT in a subsequent
transaction.

We grant to you a non-exclusive, personal, limited
license to display the digital asset in connection with
a proposed transfer of the NFT.

We also grant to you a non-exclusive, personal, limited
license to display the Digital Asset in connection with
your personal, non-commercial use, provided that your
use of the digital asset:

- is not malicious, defamatory, harmful, trade
  libelous, obscene, indecent, abusive, offensive,
  threatening, harassing, violent,
  hateful,inflammatory, or otherwise objectionable
  or unlawful;
- does not have the purpose or effect of creating an
  intimidating or hostile environment;
- does not contain ethnic slurs or personal insults;

PLAINTIFF0003779



- does not promote sexually explicit or pornographic material, violence, hatred, intolerance, cruelty, or discrimination;

- does not promote any illegal activity or advocate, promote, or assist any unlawful act;
- does not involve commercial activities or sales or advertising; does not invade, violate, or infringe any patent, trademark, service mark, trade secret, copyright, or other intellectual property or other right of any person;
- is not combined or associated with any materials which violate these conditions.

We reserve all other rights in the Digital Asset. You do not have the right to

- modify the Digital Asset;
- incorporate the Digital Asset into any other work;
- display the Digital Asset for non-personal purposed;
- display the Digital Asset for commercial purposes;
- sub-license your rights to a third party **without our express written authorization**.

## 7. Intellectual Property

You acknowledge and agree we own all legal rights, title, and interest in all intellectual property rights in the Digital Asset. Your License Rights in the NFT are limited to those expressly stated in these Terms. We reserve all rights and ownership in and to the intellectual property rights in the NFT that are not expressly granted in the License Rights herein.

We are not responsible for the activities, including infringing activities, of others. We cannot guarantee that additional copies of the Digital Asset associated with the NFT you purchase will not be created or distributed us (absent a separate agreement to this effect) or by others.

You shall not:

- seek trademark, copyright, or other intellectual property protection in any Digital Asset of PeaceDAO or Illustrator;
- create any other non-fungible tokens based on any Digital Asset of PeaceDAO or Illustrator; or
- create any derivative works based on any Digital Asset of PeaceDAO or Illustrator.

PLAINTIFF0003780

| Previous | Next |
|---|---|
| guiding-principals.md | tos.md |



PLAINTIFF0003781



**LEGAL-TOOLS**    **DAOLABS**

**Connect Wallet**



     

# Terms of Service

## PeaceDAO Terms of Service

Last Updated: August 5th, 2022

## Introduction

Please read these terms of service ("Terms") carefully. These Terms are between you and Peace DAO (the "DAO," "we," "us," or "our") concerning your use of the DAO sites, including the sites currently located at https://peace.move.xyz, https://discord.gg/movexyz, https://doc.move.xyz, and https://juicebox.money/p/peace (the "Site" or "Sites") which operates on the Juicebox Protocol available on Ethereum via smart contracts ("Smart Contracts").

These Terms apply to you ("you," or "User") as a user of the Site information made available on the Site.

## By using the Site, you agree to these Terms

Certain features on the Sites may be offered while still in "beta" form ("Services"). By accepting these Terms or using the Services, You understand and acknowledge that the Services are being provided as a beta version and made available on an "As Is" or "As Available" basis. The Services may contain bugs, errors, and other problems.

You assume all risks and all costs associated with

Terms of Service

    PeaceDAO Terms of Service

    Introduction

    By using the Site, you agree to these Terms

    Information of a Legal, Accounting, or Tax Matters

    Risks Involved in the Use of the Smart Contracts

    Source Code Repositories

    The Decentralized Application

    Access to the Peace DAO Juicebox Application

    Securities Law Matters

    OFAC Compliance

    Third Party Links

    The Verbose Privacy Policy

    Disclaimers; Limitation of Liability

    Indemnification

    Arbitration

    Governing Law

    General

    Contacting Us

PLAINTIFF0003782



your use of the DAO services, including, without
limitation, any internet access fees, back-up
expenses, costs incurred for the use of your device

and peripherals, and any damage to any equipment,
software, information or data. In addition, we are
not obligated to provide any maintenance,
technical, or other support for the Services.

None of the information, services or materials
offered on the Sites constitute, or are intended to
constitute, legal, financial, tax, investment or
other advice, and you should not act or refrain
from acting based on any information, services or
materials provided on the Sites. All content on the
Sites is information of a general nature and does
not address the unique circumstances of any
particular user. You are strongly urged to consult
with your own legal, financial, tax, investment and
other advisors as to all legal, financial, tax and
investment-related questions you have.

You must be able to form a legally binding contract
online either as an individual or on behalf of a
legal entity. You represent that as a User, you
have the legal authority to bind the company or
other legal entity on which behalf you are acting
to these Terms, you are at least 18 years old or
the age of majority where you reside, whichever is
older, you can form a legally binding contract
online, and you have the full, right, power and
authority to enter into and to comply with the
obligations under these Terms on your own behalf,
or on behalf of the company or other legal entity
on which behalf you are acting.

You are advised to revisit these Terms periodically
to familiarize yourself with any changes to the
Terms. The DAO, in its sole and absolute
discretion, reserves the right to make changes to
these Terms. Any such changes are binding on Users
of the Site and will take effect immediately upon
posting to the Site. As a User, you agree to be
bound by any changes, variations, or modifications
to our terms of service and your continued use of
the Site shall constitute acceptance of any such
changes, variations, or modifications.

## Information of a Legal, Accounting, or Tax
## Matters

PLAINTIFF0003783



Any legal, financial, or tax comments within the Sites is provided for informational and

illustrative purposes only, and is not intended to constitute legal, financial, tax, or other advice. You should not act or refrain from acting based on any information gleaned from any documents, comments, or instructions. The DAO does not endorse or make any representation as to the capabilities of any legal or tax professional or advisors within our Sites (or the Internet) and the provision of contact information is not a recommendation that you hire any such person. Please check with your legal and tax advisors to make the best decisions for your specific circumstances.

## Risks Involved in the Use of the Smart Contracts

The DAO protocol runs entirely on publicly accessible smart contracts explained in detail throughout the Juicebox DAO's online documents, currently available at https://info.juicebox.money. The Juicebox DAO's protocol is public infrastructure running well-known code. All consequences from interacting with networks running the protocol are borne by the entities who sign each transaction. The protocol works according to the specifications outlined in these docs to the extent the code is written and deployed correctly, which is a collective responsibility and not guaranteed. There are major risks that this is not the case. Please do your own research.

## Source Code Repositories

No Warranties. Juicebox DAO's source code repository ("Repository") is only a presentation of information regarding certain view points and technologies. The statements contained in the Repository do not provide any advice, representation, warranty, certification, guarantee or promise relating to these technologies, any uses thereof or any of the other matters discussed in the Repository, nor does the Repository provide an offer or agreement to make such technologies available, maintain or update such technologies, or sell or buy any asset or enter into any transaction. You should not rely on the Repository

PLAINTIFF0003784

transaction. You should not rely on the repository
as a basis for making any financial or other
decision.

## The Decentralized Application



Juicebox DAO provides access to a decentralized
finance application ("Application") on the Ethereum
blockchain that allows individuals to contribute
Ethereum assets including Ethereum, ERC 20, ERC 721
("Cryptocurrency Assets") to the Peace DAO Treasury
as contributions. The Application may be configured
as to emit project tokens ("Project Tokens") which
may or may not have utility. The Application spans
a front end application, middleware (including
Interplanetary File System metadata, Graph
indexers, Blocknative API functions, Infura
services, Cloud Functions, etc.) and an array of
Ethereum smart contracts   the user at all times is
required to authorize the execution of the Smart
Contracts when interacting with their wallet. These
collected Cryptocurrency Assets are received by
projects created on the Juicebox DAO Application
with the support of the Smart Contracts, operated
by specific Users ("Managers" also known as
"Stewards") which the DAO has governance
appointment as described in the Stewards section.
The Stewards in conjunction with the Smart
Contracts and the Peace DAO NFT Community together
evaluate, propose, ratify and effectuate Peace DAO
Funding Initiatives. The Peace DAO Juicebox Project
receive Cryptocurrency Assets, disperses said
Cryptocurrency Assets and the emission rate of the
Project Tokens set to specific parameters via the
aforementioned governance. The DAO Application
provides for complete trust less transparent views
into the Project Tokens', Stewards', Community's
and Cryptocurrency Assets' life cycle, including
the Project Tokens' possible redemption, of which
the existing members, Stewards do now expect any
meaningful redemption possible.

Using the Juicebox Protocol may require that you
pay a fee, such as gas charges on the Ethereum
network, to perform a transaction. You acknowledge
and agree that the DAO has no control over any
transactions among Users over Juicebox DAO's
protocol, the method of payment of any such
transactions or any actual payments of such
transactions. Accordingly, you must ensure that you

PLAINTIFF0003785



have a sufficient balance of the applicable cryptocurrency tokens stored at your Juicebox Protocol compatible wallet address ("Cryptocurrency Wallet") to complete any such transaction the Juicebox Protocol or the Ethereum network before initiating such transaction.

## Access to the Peace DAO Juicebox Application

Access to the Site is provided on an "as is" and "as available" basis only. We do not guarantee that the Site, or any content on it, will always be available or uninterrupted. From time to time, access may be interrupted, suspended or restricted, including because of a fault, error or unforeseen circumstances or because we are carrying out planned maintenance. With regards to https://peace.move.xyz and the Sites; We reserve the right to limit the availability of the Sites to any person, geographic area or jurisdiction we so desire and/or to terminate your access to and use of the Sites, at any time and in our sole and absolute discretion. We may remove or amend the content of the Sites at any time. However, some of the content may be out of date at any given time and we are under no obligation to update it. We do not guarantee that the Sites, or any content on them, will be free from errors or omissions.

We will not be liable to you for any loss or damage you may suffer as a result of the Sites being unavailable at any time for any reason. You will comply with all applicable domestic and international laws, statutes, ordinances and regulations applicable to your use of the Sites.

**As a condition to accessing or using the Site, you will:**

1. only use the Site in accordance with these Terms;
2. ensure that all information that you provide on the Site is current, complete, and accurate;
3. ensure compliance with all U.S. Securities laws; and
4. maintain the security and confidentiality of access to your Cryptocurrency Wallet address.

**As a condition to accessing or using the Site, you**

PLAINTIFF0003786

As a condition to accessing or using the Site, you
will not:

1. violate any applicable law, including, without
   limitation, any relevant and applicable anti-
   money laundering and anti-terrorist financing
   laws as well as any relevant and applicable
   privacy and data collection laws, in each case
   as may be amended;
2. export, reexport, or transfer, directly or
   indirectly, any DAO technology in violation of
   applicable export laws or regulations;
3. infringe on or misappropriate any contract,
   intellectual property or other third-party
   right, or commit a tort while using the Site;
4. make commercial use of the Site or any of its
   content without our express written
   permission;
5. misrepresent the truthfulness, sourcing or
   reliability of any content on the Site;
6. use the Site to simulate communications from
   us or another service or entity in order to
   collect identity information, authentication
   credentials, or other information (known as
   'phishing');
7. use the Site in any manner that could
   interfere with, disrupt, negatively affect, or
   inhibit other users from fully enjoying the
   Site or the DAO protocol, or that could
   damage, disable, overburden, or impair the
   functioning of the Site or the DAO protocol in
   any manner;
8. attempt to circumvent any content filtering
   techniques or security measures that DAO
   employs on the Site, or attempt to access any
   service or area of the Site that you are not
   authorized to access;
9. use any robot, spider, crawler, scraper, or
   other automated means or interface not
   provided by us, to access the Site to extract
   data;
10. introduce any malware, virus, Trojan horse,
    worm, logic bomb, drop-dead device, backdoor,
    shutdown mechanism or other harmful material
    into the Site;
11. **post content or communications on the Site
    that are, in our sole and absolute discretion,
    libelous, defamatory, profane, obscene,
    pornographic, sexually explicit, indecent,**

PLAINTIFF0003787

lewd, vulgar, suggestive, harassing, hateful, threatening, offensive, discriminatory,

bigoted, abusive, inflammatory, fraudulent, deceptive or otherwise objectionable;



12. post content on the Site containing unsolicited promotions, commercial messages or any chain messages or user content designed to deceive or trick the user of the Site; or
13. encourage or induce any third party to engage in any of the activities prohibited under these Terms.

**You acknowledge that the Site and your use of the Site contain certain risks, including without limitation the following risks:**

1. That any Smart Contracts you interact with are entirely your own responsibility and liability, and that DAO is not party to the Smart Contracts;
2. That at any time, your access to your Cryptocurrency Assets may be suspended or terminated or there may be a delay in your access or use of your Cryptocurrency Assets which may result in the Cryptocurrency Assets diminishing in value or you being unable to complete a Smart Contract; and
3. That the Site and/or application may be suspended or terminated for any or no reason, which may limit your access to your Cryptocurrency Assets.

**Accordingly, you expressly agree that:**

1. You assume all risks in connection with your access and use of the Site, the DAO Application and the Smart Contracts; and
2. You expressly release the DAO, our contributors, members, and affiliates, and hold them harmless from and against, any and all liability, claims, causes of action, losses, expenses, or damages (whether arising in law or equity, including but not limited to special, consequential, indirect, punitive and exemplary damages, and including but not limited to economic loss, business disruption, and/or attorney's fees) arising from or in any way related to the Site, the Application and/or the Smart Contracts. You expressly

PLAINTIFF0003788

and/or the smart contracts. You expressly
waive all such claims against the Releases.

## Securities Law Matters



**ANY GOVERNANCE TOKENS RECEIVED BY MEMBERS HAVE NOT
BEEN APPROVED OR DISAPPROVED BY THE UNITED STATES
SECURITIES AND EXCHANGE COMMISSION, ANY STATE
SECURITIES COMMISSION, OR OTHER REGULATORY
AUTHORITY, NOR HAVE ANY OF THE FOREGOING
AUTHORITIES PASSED UPON THE MERITS OF THIS OFFERING
OR UPON THE ACCURACY OR ADEQUACY OF THIS AGREEMENT.
ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL
OFFENSE. THIS DOCUMENT DOES NOT CONSTITUTE AN OFFER
OR SOLICITATION TO ANYONE IN ANY JURISDICTION IN
WHICH SUCH OFFER OR SOLICITATION IS NOT AUTHORIZED.**

**ANY GOVERNANCE TOKENS THAT YOU MAY ACQUIRE HAVE NOT
BEEN REGISTERED UNDER THE SECURITIES ACT, STATE
SECURITIES LAWS, OR THE LAWS OF ANY COUNTRY OUTSIDE
THE UNITED STATES. THE DAO'S POSITION IS THAT THE
DAO'S GOVERNANCE TOKENS SHOULD NOT BE SINCE THE
PURPOSE OF THE DAO IS TO PROVIDE A BLOCKCHAIN
NATIVE ACCOUNTING APPLICATION, PROVIDE NO RIGHTS TO
ANY DISTRIBUTION OR PROFITS, AND ARE NON-
TRANSFERABLE EXCEPT DETAILED IN THE TERMS OF USE.**

## OFAC Compliance

The U.S. Department of Treasury, through the Office
of Foreign Assets Control ("OFAC"), prohibits U.S.
companies from engaging in all or certain
commercial activities with certain sanctioned
countries (each a "Sanctioned Country") and certain
individuals, organizations or entities, including
without limitation, certain "Specially Designated
Nationals" ("SDN") listed by OFAC. **If you use the
Sites, you expressly represent that you are not
located in a Sanctioned Country and are not listed
as an SDN. If the DAO determines that the Sites is
being used by prohibited persons, it will take any
and all actions to terminate that User's access to
the Sites.**

## Third Party Links

The Sites may contain hyperlinks or references to
third party websites. Any such hyperlinks or
references are provided for your information and

**PLAINTIFF0003789**



convenience only. We have no control over third party websites and accept no legal responsibility for any content, material or information contained in them. The display of any hyperlink and reference to any third-party website does not mean that we endorse that third party's website, products or services. Your use of a third-party site may be governed by the terms and conditions of that third-party site.

## The Verbose Privacy Policy

Certain areas of the Sites or Application including any and all interactions with the Ethereum blockchain, record your Cryptocurrency address and details of the transactions you authorize. You understand that in the aggregate of transactions, including parties you transact with, specific Cryptocurrency Assets you hold, including unique ENS domain NFTs, third-party NFTs, the Cryptocurrency address, metadata associated with any Smart Contract such as the executing function, its arguments (or parameters) will contain in aggregate information which *may* identify you personally.

The Ethereum blockchain transactions are not temporary or transient, but permanently, permission-less, accessible and the DAO, its contributors, affiliates are not engaged in profiling activities whatsoever. However, *any other* 3rd party, including government agencies and foreign adversaries, will have unfettered access to all your transactions on the blockchain forever.

Your authorization of transactions with your Cryptocurrency address, using Cryptocurrency Tokens, will result in the indelible dissemination of information to the Ethereum blockchain. Notwithstanding, the Application, handles as little personal information as possible, only your Cryptographic address. With regards to transaction with https://peace.move.xyz, including any payments or transfer of funds, any information you provide to the payment vendors we do not retain, have access to or control; your authorization of any payment or execution of transactions you provide to the https://peace.move.xyz site is voluntary, and final.

PLAINTIFF0003790

ALL SALES ARE FINAL. NO REFUNDS WILL BE GRANTED FOR ANY REASON. ALL RIGHTS RESERVED. NEITHER THE



PURCHASER NOR THE TICKET HOLDER SHALL BE ENTITLED TO A REFUND EXCEPT AS OTHERWISE REQUIRED BY LAW OR OTHERWISE DETERMINED BY THE DAO IN ITS SOLE DISCRETION.

Additionally, the Sites may employ Fathom Analytics for website traffic analytics, which doesn't use cookies and complies with the GDPR, ePrivacy (including PECR), COPPA and CCPA. The decision to potentially use this privacy-friendly analytics software, was in large part to ensure your IP address is only briefly processed by this 3rd party, and the DAO and the Application have no way of identifying you (aside from the aforementioned indelible entire history of Cryptographic transactions). As per the CCPA, your personal information is de-identified.

The purpose of Juicebox DAO potentially using Fathom Analytics is to understand the Application website traffic in the most privacy-friendly way possible so that Juicebox DAO can continually improve the Application. The lawful basis as per the GDPR is "Article 6(1)(f); where our legitimate interests are to improve our website and business continually." Additionally, the DAO and its contributors, have no interest in collecting this information.

## Disclaimers; Limitation of Liability

YOU EXPRESSLY AGREE THAT ACCESS TO AND USE OF THE SITE IS AT YOUR SOLE RISK AND IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE (EXCEPT ONLY TO THE EXTENT PROHIBITED UNDER THE LAWS APPLICABLE TO TERMS OF SERVICE WITH ANY LEGALLY REQUIRED WARRANTY PERIOD TO THE SHORTER OF THIRTY DAYS FROM FIRST USE OR THE MINIMUM PERIOD REQUIRED). WITHOUT LIMITING THE FOREGOING, NEITHER THE DAO NOR ITS AFFILIATES OR SUBSIDIARIES, OR ANY OF THEIR DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, ATTORNEYS, THIRD-PARTY PROVIDERS, DISTRIBUTORS,

PLAINTIFF0003791



LICENSEES, LICENSORS, SUCCESSORS OR ASSIGNS (COLLECTIVELY, "DAO PARTIES") WARRANT THAT THE SITE WILL BE UNINTERRUPTED, BUG-FREE OR ERROR-FREE, AND

NONE OF THE COMPANY PARTIES WARRANT THAT SMART CONTRACTS ARE MERCHANTABLE, FIT FOR ANY PARTICULAR PURPOSE, AND/OR RECOGNIZED BY ANY PARTICULAR JURISDICTION(S).

TO THE FULLEST EXTENT PERMITTED BY LAW, THE DISCLAIMERS OF LIABILITY CONTAINED HEREIN APPLY TO ANY AND ALL DAMAGES, LOSSES AND/OR INJURY WHATSOEVER CAUSED BY OR RELATED TO USE OF, OR INABILITY TO USE, THE SERVICES UNDER ANY CAUSE OR ACTION WHATSOEVER OF ANY JURISDICTION, INCLUDING, WITHOUT LIMITATION, ACTIONS FOR BREACH OF WARRANTY, BREACH OF CONTRACT AND/OR TORT (INCLUDING NEGLIGENCE). THE DAO PARTIES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE AND/OR CONSEQUENTIAL DAMAGES IN ANY WAY WHATSOEVER ARISING OUT OF THE USE OF, OR INABILITY TO USE, THE SITE. YOU FURTHER SPECIFICALLY ACKNOWLEDGE THAT THE DAO PARTIES ARE NOT LIABLE, AND YOU AGREE NOT TO SEEK TO HOLD THE DAO PARTIES LIABLE, FOR THE CONDUCT OF THIRD PARTIES, INCLUDING OTHER USERS OF THE SITE AND OPERATORS OF EXTERNAL WEBSITES, AND THAT THE RISK OF THE SITE AND EXTERNAL WEBSITES AND OF INJURY FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

IN THE EVENT THAT A COURT AND/OR ARBITRATOR(S) OF COMPETENT JURISDICTION HOLDS THAT ANY DAO PARTY IS LIABLE TO YOU (FOR EXAMPLE AND WITHOUT LIMITATION, BECAUSE ANY RELEASE OR WAIVER HEREUNDER IS FOUND TO BE VOID OR OTHERWISE UNENFORCEABLE, OR BECAUSE ANY CLAIMS ARE FOUND TO BE OUTSIDE THE SCOPE OF ANY SUCH RELEASE OR WAIVER), UNDER NO CIRCUMSTANCES WILL ANY OF THE DAO PARTIES BE LIABLE TO YOU IN THE AGGREGATE FOR MORE THAN THE AMOUNT YOU HAVE PAID THE **DAO DIRECTLY ARISING FROM YOUR CONTRIBUTION TO THE DAO** IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, WHETHER SUCH LIABILITY IS BASED ON BREACH OF WARRANTY, BREACH OF CONTRACT OR TORT (INCLUDING NEGLIGENCE) OR OTHERWISE.

We do not guarantee that the Sites will be secure or free from bugs or viruses.

You are responsible for configuring your information technology, computer programs and

PLAINTIFF0003792



information technology, computer program or
platform in order to access the Sites. You should
use your own virus protection software.

We cannot promise that the use of the Sites, or any
content taken from the Site, will not infringe the
rights of any third party.

Certain content and materials available on the
Sites are for informational purposes only and are
not intended to address your particular
requirements. In particular, the content and
materials available on the Sites do not constitute
any form of advice or recommendation by us, should
not be regarded as an offer, solicitation,
invitation or recommendation to buy or sell
investments, securities or any other financial
services and are not intended to be relied upon by
you in making any specific investment or other
decisions. We recommend that you seek independent
advice from your own financial advisors and legal
counsel before making any such decision.

Nothing included in the Sites constitutes an offer
or solicitation to sell, or distribution of,
investments and related services by the DAO to
anyone in any jurisdiction.

You may only participate with Smart Contracts on
the Site by linking your Cryptocurrency Wallet on
supported bridge extensions such as MetaMask.
MetaMask is an electronic wallet that allows you to
purchase, store, and engage in transactions using
Ethereum cryptocurrency. Before putting your
Cryptocurrency Asset into a Smart Contract, you
will be required to download a supported electronic
wallet extension and connect and unlock your
Cryptocurrency Wallet with that extension.

ALL TRANSACTIONS INITIATED THROUGH OUR SERVICE ARE
FACILITATED AND RUN BY THIRD-PARTY ELECTRONIC
WALLET EXTENSIONS, AND BY USING OUR SERVICES YOU
AGREE THAT YOU ARE GOVERNED BY THE TERMS OF SERVICE
AND PRIVACY POLICY FOR THE APPLICABLE EXTENSIONS.
FOR METAMASK, THOSE TERMS ARE AVAILABLE AT
https://metamask.io/terms.html AND
https://metamask.io/privacy.html.

## Indemnification

You agree to defend, indemnify and hold harmless

PLAINTIFF0003793



You agree to defend, indemnify and hold harmless the DAO, its members, affiliates, contributors, service providers, and their respective officers,

directors, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms or the failure to fulfill any obligations relating to the use of the Site incurred by you or any other person or entity using your account. We reserve the right to take over the exclusive defense of any claim for which we are entitled to indemnification under these Terms. In such event, you shall provide us with such cooperation as is reasonably requested by us, including, without limitation, disclosure of documents and providing testimony.

## Arbitration

**Informal Negotiations.** To expedite resolution and control the cost of any dispute, controversy or claim arising under or related to your account, the DAO protocol or Application, the Site, these Terms, or any other transaction involving you and the DAO, whether in contract, warranty, misrepresentation, fraud, tort, intentional tort, statute, regulation, ordinance, or any other legal or equitable basis (or the breach, termination, enforcement, interpretation or validity thereof) ("Dispute"), you and the DAO agree to first attempt to negotiate any Dispute (except those Disputes expressly provided below) informally for at least ninety (90) days before initiating any arbitration. Such informal negotiations commence upon written notice from one person to the other. You should send your notice in an appropriate Discord channel via https://discord.gg/movexyz or via a message on https://chat.blockscan.com addressed to the DAO Gnosis multi-signature address 0xD2427c0e44D28Ea74c0504E072c6073d135569B2 ("Notice Address"). The DAO will send its notice to you by the Discord handle provided by you in connection with the aforementioned notice or to the Cryptographic address used in connection with the Application via the aforementioned https://chat.blockscan.com/.

PLAINTIFF0003794



**Binding Arbitration.** If you and the DAO are unable to resolve a Dispute through informal negotiations, either you or the DAO may elect to have the Dispute (except those Disputes expressly excluded below) finally and exclusively resolved by confidential binding arbitration, and not in a class, representative or consolidated action or proceeding. In such event, these Terms memorialize a transaction in interstate commerce; (i) the Federal Arbitration Act (9 U.S.C. § 1, et seq.) governs the interpretation and enforcement of this Section; and (ii) this Section shall survive termination of these Terms.

Any election to arbitrate by one party shall be final and binding on the other, and your grounds for appeal are limited. YOU UNDERSTAND THAT ABSENT THIS PROVISION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A JURY TRIAL. The arbitrator may award you the same damages and relief as a court sitting in proper jurisdiction could, and may award declaratory or injunctive relief. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The arbitration shall be commenced and conducted under the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available at the AAA website. The determination of whether a Dispute is subject to arbitration shall be governed by the Federal Arbitration Act. The parties agree that the arbitrator shall have exclusive authority to decide all issues relating to the interpretation, applicability, enforceability and scope of this arbitration agreement. Your arbitration fees and your share of arbitrator compensation shall be governed by the AAA Rules and, where appropriate, limited by the AAA Consumer Rules. If such costs are determined by the arbitrator to be excessive, you will pay all arbitration fees and expenses. The arbitration may be conducted, at the option of the claimant, either in person or by video conference. The arbitrator will make a decision in writing, but need not provide a statement of reasons unless requested by a party. The arbitrator must follow applicable law,

PLAINTIFF0003795



and any award may be challenged within a reasonable
period of time (not to exceed 30 days) if the
arbitrator fails to do so. Except as otherwise
provided in this Agreement, you and the DAO may
litigate in court to compel arbitration, stay
proceedings pending arbitration or to confirm,
modify, vacate or enter judgment on the award
entered by the arbitrator. Judgment upon any award
rendered by the arbitrator(s) may be entered and
enforcement obtained thereon in any court having
jurisdiction. All arbitration proceedings shall be
closed to the public and confidential and all
records relating thereto shall be permanently
sealed, except as necessary to obtain court
confirmation of the arbitration award. Each party
shall have the right to participate by video
conference in order to minimize travel and expense
burdens. Subject to the terms and conditions of
these Terms, the arbitrator shall have authority to
grant any form of appropriate relief, whether legal
or equitable in nature, including specific
performance.

**Restrictions/No Class Actions.** You and the DAO
agree that any claim brought in connection with a
Dispute, whether resolved through arbitration or
not, will be brought between the DAO and you
individually, and that you may not assert any such
claim against the DAO as plaintiff or class member
in any purported class or representative
proceeding. To the fullest extent permitted by law,
(1) no arbitration shall be joined with any other;
(2) no Dispute between you and the DAO is to be
arbitrated on a class-action basis or will utilize
class action procedures; and (3) you may not bring
any Dispute in a purported representative capacity
on behalf of the general public, other Users of the
Site or any other persons. If this specific
provision is determined to be unenforceable, then
the entirety of this Arbitration section will be
null and void.

**Exceptions to Informal Negotiations and
Arbitration.** You and the DAO agree that the
following Disputes are not subject to the above
provisions concerning informal negotiations and
binding arbitration:

(1) any Disputes seeking to enforce or protect, or
concerning the validity of, any of your or the

PLAINTIFF0003796

concerning the validity of, any of your or the
DAO's intellectual property rights; and (2) any
claim for injunctive relief.

**Effect of Changes on Arbitration.** Notwithstanding
the provisions of these Terms, if the DAO changes
any of the terms of this Arbitration section after
the date you first accepted these Terms (or
accepted any subsequent changes to these Terms),
you may reject any such change by sending us
written notice (including by electronic mail to the
aforementioned Notice Address via
https://chat.blockscan.com/) within 30 days of the
date such change became effective, as indicated in
the "Last Updated" date above or in the date of the
DAO's e-mail to you notifying you of such change
(whichever is earlier). By rejecting any change,
you are agreeing that you will arbitrate any
Dispute between you and the DAO in accordance with
the terms of this Arbitration section as of the
date you first accepted these Terms (or accepted
any subsequent changes to these Terms.

**Small Claims Court.** Notwithstanding the foregoing,
you may bring an individual action in the small
claims court of your state or municipality if the
action is within that court's jurisdiction and is
pending only in that court.

## Governing Law

These Terms and all aspects of your use of the Site
shall be governed by and construed in accordance
with the internal laws of the United States and the
State of Delaware governing contracts entered into
and to be fully performed in Delaware (i.e.,
without regard to conflict of law's provisions)
regardless of your location except that the
Arbitration section above shall be governed by the
Federal Arbitration Act. For the purpose of any
judicial proceeding to enforce an arbitration award
or incidental to such arbitration or to compel
arbitration, or if for any reason a claim proceeds
in court rather than in arbitration, you hereby
submit to the non-exclusive jurisdiction of the
state and Federal courts sitting in Georgetown,
Delaware, and agree that service of process in such
arbitration or court proceedings shall be
satisfactorily made upon a party if sent by
certified, express or registered mail addressed to



PLAINTIFF0003797



it at the address set forth in the books and records of the DAO, or if no such address has been provided, by e-mail to the e-mail address, or by notice via Discord, or by the aforementioned chat to the Notice Address provided by the relevant party to the DAO in connection with its use of the Site. With respect to any Disputes not subject to informal dispute resolution or arbitration (as set forth above), you agree not to commence or prosecute any action in connection therewith other than in the state and Federal courts located in Georgetown, Delaware, and you hereby consent to, and waive all defenses of lack of personal jurisdiction and forum non conveniens with respect to, venue and jurisdiction in the state and Federal courts located in Georgetown, Delaware. To the extent non-U.S. laws mandate a different approach with respect to governing law, venue, statute of limitation, and dispute resolution method with respect to certain non-U.S. persons, each such required standard shall be applied, but all other provisions under this section shall remain in full force.

## General

If any clause or part of any clause of these Terms is found to be void, unenforceable or invalid, then it will be severed from these Terms, leaving the remainder in full force and effect, provided that the severance has not altered the basic nature of these Terms.

No single or partial exercise, or failure or delay in exercising any right, power or remedy by us shall constitute a waiver by us of, or impair or preclude any further exercise of, that or any right, power or remedy arising under these terms and conditions or otherwise.

If any of the provisions in these Terms are found to be illegal, invalid or unenforceable by any court of competent jurisdiction, the remainder shall continue in full force and effect.

The DAO shall not be liable for any unforeseeable event beyond its reasonable control not caused by its fault or negligence (each, a "force majeure event"), which causes the DAO to be unable to perform its obligations under these Terms, and

PLAINTIFF0003798



perform its obligations under these Terms and which it has been unable to overcome by the exercise of its due diligence, provided that the

DAO shall use reasonable efforts to avoid or remove such causes of nonperformance, shall suspend performance only for such period of time as is necessary as a result of such force majeure event and shall resume performance as quickly as reasonably possible.

All disclaimers, indemnities and exclusions in these Terms shall survive termination of the Terms and shall continue to apply during any suspension or any period during which the Site is not available for you to use for any reason whatsoever.

These Terms and the documents referred to in them set out the entire agreement between you and us with respect to your use of the Site, the DAO and the services provided via the Sites, and supersede any and all prior or contemporaneous representations, communications or agreements (written or oral) made between you or us.

## Contacting Us

Should you have any question about these Terms, or wish to contact us for any reason whatsoever, please do so by sending a message to the DAO's Discord public channels, or by sending a message via https://chat.blockscan.com/ addressed to the Notice Address, eth:0xD2427c0e44D28Ea74c0504E072c6073d135569B2, which has been provided for your convenience.

| Previous | Next |
|---|---|
| membership-nft.md | peace-000.md |

PLAINTIFF0003799

 LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



Ratify Peace DAO Governance and Multisig Processes

  Thesis

  Motivation

  Specification

  Rationale

  Risks

  Timeline

    

# Ratify Peace DAO Governance and Multisig Processes

Author: filipv
Date: 2022-08-12

## Thesis

Ratify and adopt the <u>Peace DAO Governance Process</u> and the <u>Peace DAO Multisig Process</u>.

## Motivation

Currently, Peace DAO does not utilize its <u>Peace Token</u> or its <u>Peace DAO Movement NFT</u> for voting.

Establishing a clear governance process will provide utility to the Token and the NFT, and will more accurately represent the will of donors and contributors.

## Specification

Ratify and adopt the <u>Peace DAO Governance Process</u> and the <u>Peace DAO Multisig Process</u> *(<u>IPFS Mirror</u>)*.

Update Peace DAO's <u>Snapshot</u>, <u>Discord server</u>, and other relevant resources to reflect these changes.

## Rationale

The Governance Process:

PLAINTIFF0003800



- is simple, reducing ambiguity, loopholes, and confusion. This encourages participation.

- takes place in public. It is transparent and promotes accountability.
- leaves complexity to individual proposals, allowing the DAO to be adaptable. The process can be amended to meet the DAO's needs over time.

The Multisig Process:

- is also simple and easy to understand, leading to similar benefits.
- has safety mechanisms in place (the dao-lawfirm.eth removal) but does not overly centralize execution. New Members must be added through standard governance processes.

## Risks

- These processes rely on sound distribution of tokens and NFTs, as well as sound Multisig Membership.
- Poor decision making, malicious behaviour, or bias from the Multisig could prove disastrous. Multisig Membership should expand over time.
- This government process is more rigid than the DAO's current processes. Although this will improve transparancy, it may make the DAO less flexible in urgent situations.
- The process has high thresholds, meaning only well liked proposals will pass.
- The process inherits risks of democracy.

## Timeline

These processes should be implemented once this proposal passes a 4-day basic single-choice <u>Snapshot vote</u>, only to be removed when superseded or amended by another proposal.



Previous
tos.md

Next
peace-001.md

PLAINTIFF0003801



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

# Ratify Peace DAO Guiding Principles and Terms of Service

Author: filipv
Date: 2022-08-12

## Thesis

Ratify the <u>Peace DAO Guiding Principles</u> and the <u>Peace DAO Terms of Service</u>.

## Motivation

Peace DAO was founded during an emergency, and has not yet ratified clear legal documents. These documents will provide greater legal and operational clarity to the DAO, mitigating existential risks to the DAO.

These documents will also clarify the roles and expectations of Members and contributors to the DAO, improving the DAO's clarity and transparency.

## Specification

Ratify and adopt the <u>Peace DAO Guiding Principles</u> and the <u>Peace DAO Terms of Service</u> (<u>*IPFS Mirror*</u>).

Update Peace DAO's <u>Discord server</u> and other relevant resources to reflect these changes.

## Rationale

Ratify Peace DAO Guiding Principles and Terms of Service

Thesis
Motivation
Specification
Rationale
Risks
Timeline

PLAINTIFF0003802

Ratifying the Guiding Principles will establish an Unincorporated Nonprofit Association, which will:

- Limit contributor liability.
- Allow the DAO to create bank accounts, hold property, and enter agreements.
- Clarify Membership and the DAO's internal processes.
- Improve Peace DAO's Legal Compliance.
- Clarify the ways Peace DAO can use intellectual property.

The Terms of Service will clarify:

- The ways in which individuals can interact with Peace DAO's online resources.
- Peace DAO's privacy policy.
- Peace DAO's governing laws and arbitration rules.
- Risks associated with Peace DAO's online resources.

## Risks

- By forming an Unincorporated Nonprofit Association, Peace DAO may incur taxes.
- These documents may not adequately address Peace DAO's legal concerns.
- These documents are long and may be difficult to read.

## Timeline

These documents should be implemented once this proposal is ratified, only to be removed when superseded or amended by another proposal.



Previous
peace-000.md



Next
README.md

PLAINTIFF0003803

 LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



Copyright
  Juicebox
  Syndicate
  The Open-Source
  Community

    

# Copyright

> (i) This website is open source, and accepts contributions on GitHub. If your copyright-protected material has been made available on this site without your permission, you can send a takedown request to f@daolabs.wtf

This website builds on top of existing resources made available by several groups. A huge thank you to:

## Juicebox

> *JuiceboxDAO helps people confidently run programmable and community funded treasuries from startup to scale, openly on Ethereum.*

Juicebox DAO and their partners are reponsible for creating and stewarding the Juicebox protocol, juicebox.money, and the artwork contained therein. If you are funding a project, goal, or community, look into:

- juicebox.money
- The Juicebox Discord
- @juiceboxETH on Twitter
- The Juice Docs

## Syndicate

> *Syndicate democratizes investing—empowering*

PLAINTIFF0003804

communities to raise and invest capital like
never before.

<u>Syndicate</u> is building protocols and tools for on-chain
and off-chain web3 investment clubs, coupled with easy-
to-deploy legal documents and entities.



Our <u>Delaware Investmentment Club LLC</u> documents are an
adapted version of Syndicate's LLC documents—if you are
creating an Investment Club LLC, look into:

- <u>syndicate.io</u>
- The <u>Syndicate Discord</u>
- <u>@SyndicateDAO</u> on Twitter
- <u>Syndicate on Mirror</u>

# The Open-Source Community

This website is powered by open source projects,
including <u>Svelte</u> and <u>mdsvex</u>.



| Previous | Next |
|---|---|
| peace 001.md | Bra i g |

PLAINTIFF0003805



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



THE MARK

   OFFICIAL LEGALESE
DOCUMENT

   ZERO ETH HOURLY RATE

   THE CROSSROADS

   STACKED

   BADGES

   THE CHEVRON

     

# THE MARK

The DAOLABS logo and mark consists of DAO and LABS intersecting each other. Being our mark, it identifies with our product applications. Additionally, our designer has created a number of DAOLABS stamps which we apply frequently: from document labelling to governance rewards.

The DAOLABS logo was designed by the venerable [Natalia Pankina](https://natasha-pankina.com), our swiss army designer, illustrator, and overlord of all things pixel. Natalia is responsible for creative illustrations across the UX and application control surfaces. Her branding efforts for DAOLABS and DAO-KIT have been made available for ecosystem participants wishing to reference our tools. Please review our [branding guidelines and terms of uses](/legal/policies/terms-of-service-application.md) if you have any further questions.

---

# OFFICIAL LEGALESE DOCUMENT

Unlike the acronym might suggest, DAOs, both registered and unregistered alike, do not "govern themselves" one can quickly be buried within a sea of legal



PLAINTIFF0003806



paperwork. The writer's last few months have been a non stop legalese fever dream, coming dangerously close to full legal comatose.

In an attempt to break the apparent ocean of clauses and terms, Natalia created an Official Legalese Seal both to be informative and to clearly label materials so that they are not accidentally read for casual reasons, for pleasure, or for passing the time. When you see this mark, rest assured that the following text will be extremely boring.

---

## ZERO ETH HOURLY RATE

We understand how hard it is to get good advice regarding the operation of your DAO, what tools you should use, a  how you should legally wrap your DAO (if at all). When creating a DAO, you are basically creating an entity, regardless of the mechanics dictating decision making and the allocatio  of funds. *Zero ETH Hourly Rate* is our commitment to make contracts, governance templates, and legal resources accessible for free through our DYOR a  form based contract templates. Knowing that not everyone will be comfortable with free resources, we have also partnered with dao lawfirm.eth to provide community members with pre paid hourly packages for consulting services ranging from one off transactional tasks to handling the entire formation and governance process so you can focus on your community.

PLAINTIFF0003807





## THE CROSSROADS



Our logo embodies DAOLABS' position at the intersection of many disciplines. As we develop Ethereum smart contracts, we make every effort to optimize code we

PLAINTIFF0003808



deploy we compress content, such as text, images, and JSONs; Natalia has compressed as well, optimizing the use of a "A" in two se arate words. DAOLABS bridges intersections between crypto and web3, startups, DeFi enthusiasts, creative communities and artists, and DAO purists. To that end, we find ourselves at a crossroads —both metaphorically and literally.

Meant to be the start of a golden ratio or Michelangelo's Vitruvian Man, the logo exhibits heavenly and numinous symmetry and proportions as presented in the crossroads.

---

## STACKED

An early rendition of the DAOLABS logo employed the following stacking and alignment experiments. Metaphorically, we want to create tooling which tears down barriers to entry and removes walls for anyone interested in crypto. We liken the state of crypto today to the early stages of the dot com era. In order to grow the ecosystem, we are fully invested in onboarding the next one billion people into crypto.



PLAINTIFF0003809





We utilized block text for DAOLABS because of its
resemblance to ascii artwork—some of which we include
in our smart contract deployments.

---

## BADGES

POAPS SCHMOAPS.

These perfectly circular logos, complete with tag line
enhancements, are DAOLABS' secret weapon: at a glance,
they appear formal and business ready but at closer
inspection it's a party all day.

The DAOLABS badges are our favorite, and are also
Natalia's trademark. Not only do they make great
profile pictures and POAPs we enjoy using them for
stamping documents, products, and ex erie ces; and the
circular frame around DAOLABS not only gives us the
ability to both convey more information, but also
allows us to add some humor t  this tagline ri h world

PLAINTIFF0003810

allows us to add some humor    this    rich world
we live in. Below are a few of our favorite badges:





Juicebox Legal Tools, Zero ETH
Hourly Rate



Entity Tooling Powered by the
Juicebox Protocol

PLAINTIFF0003811



Democratizing Entities,
Accessible Crypto



Governance, Governance,
Governance

PLAINTIFF0003812



Leveling the playing field for
fancy NFT and creator tooling



.com is so last semester, its
.wtf and .xyz, duh

## THE CHEVRON

PLAINTIFF0003813





Optimized for developer t-shirts, *THE CHEVRON* is notoriously attractive. Its hard lines, sharp edges, and subtle shading are known to leave observers bewildered. The "party-line" is to say that the text configuration resembles a check mark; however, it is well known that *THE CHEVRON* is in actuality a life-changing piece of art.

| Previous | Next |
|---|---|
| README.md | Application |

PLAINTIFF0003814



LEGAL-TOOLS    **DAOLABS**    **Connect Wallet**



     

THE APP
STAY TUNED

# THE APP

Effort is underway to better convey the names of the
various DAOs and parties involved in the DAOLABS
ecosystem. For example, DAOLABS, MovementDAO, PeaceDAO,
and the development application website currently using
the <u>Juicebox</u> branding, in fact, this is an artifact of
the fork — we decided to not introduce complexity to
the development process by redesigning the site at the
same time as expanding the application tooling.

Development efforts are underway to brand the new
application as well as the sections related to DAO and
Digital Objects tooling which will replace the
hodgepodge of applications currently employed. To that
end, we are exploring branding for both the
organization, decentralized application, specific
applications for DAOs and Digital Objects. We will
update this space when we make sufficient progress.

A new font we are experimenting with is called
Dreamland Font. See <u>Dreamland</u> and if you want to review
the current UX development efforts, we have enabled
public access to the <u>DAOLABS UX</u>.

# STAY TUNED

**PLAINTIFF0003815**





| Previous | Next |
|---|---|
| Branding | Example Notices |

PLAINTIFF0003816



LEGAL-TOOLS   **DAOLABS**

Connect Wallet



Isometric 1

Isometric 2

Isometric 3

Isometric 4

ⓘ Below are several examples of copyright notices within source code.

 

## Isometric 1



## Isometric 2



## Isometric 3

PLAINTIFF0003817



## Isometric 4



**Previous**
Application

Terms and Conditions F

PLAINTIFF0003818



LEGAL-TOOLS    **DAOLABS**                    **Connect Wallet**



Terms and Conditions
of Token Sale and Use

    

*Effective Date: January 1, 2022, Last updated:
December 22, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.em
ail , daolabs.wtf Document: Terms and Conditions of
Token Sale and Use*

## Terms and Conditions of Token Sale and Use

> (i) PLEASE READ THESE TERMS AND CONDITIONS OF
> TOKEN SALE AND  SE CAREF LLY BEFORE ACCESSING
> THE WEBSITE LOCATED AT HTTPS:  DAOLABS.WTF (THE
>  WEBSITE ) OR P RCHASING TOKENS OFFERED BY ANY
> PROJECT ON THE PLATFORM (THE  PLATFORM ). YO
> ACKNOWLEDGE THAT THERE ARE CERTAIN RISKS
> ASSOCIATED WITH P RCHASING THE TOKENS DESCRIBED
> HEREIN AND AGREE TO ASS ME S CH RISKS  PON ANY
> P RCHASE OF TOKENS. IN ADDITION, NOTE THAT THESE
> TERMS CONTAIN A BINDING CLASS ACTION WAIVER,
> WHICH, IF APPLICABLE TO YO , AFFECT YO R LEGAL
> RIGHTS. IF YO  DO NOT AGREE TO THESE TERMS, DO
> NOT P RCHASE THE TOKENS DESCRIBED HEREIN.

Prior to purchasing Tokens, you should carefully
consider these Terms and, to the extent necessary,
consult a lawyer, accountant, and/or tax professional,
as applicable.

Purchases of Tokens should be undertaken only by
individuals or companies that have significant
experience with, and understanding of, the usage and
intricacies of cryptographic tokens, including
Ethereum based tokens and blockchain based software

PLAINTIFF0003819

systems. Purchasers should have an expert understanding of the storage and transmission mechanisms associated with cryptographic tokens. While the Platform will be available to assist the Purchaser of Tokens during the Token Sale via instructions or an application, the Platform will not be responsible in any way for loss of any cryptocurrency, including Tokens, resulting from actions taken by, or omitted by Purchaser. If you do not have such experience or expertise, then you should not purchase Tokens or participate in the Token Sale. Your participation in the Token Sale is deemed to be your understanding and acknowledgment that you satisfy the requirements mentioned in this paragraph.



As further described herein, by purchasing Tokens, and to the extent permitted by law, you agree to not hold the Platform or its respective past, present, and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors and/or designees liable for any losses or any special, incidental, or consequential damages arising from, or in any way connected, to the sale of Tokens, including losses associated with these Terms.

**You acknowledge, understand and agree that:**

You are subject to and bound by these Terms by virtue of purchasing the Tokens.

The Tokens have no rights, intended uses or attributes outside of use with the Platform or as otherwise expressly referred to in these Terms.

1. A purchase of Tokens is non-refundable and cannot be cancelled.
2. A purchase of Tokens involves many, varied risks which can result in the loss of all amounts paid.
3. The Platform reserves the right to cancel or modify the Tokens at any time in its sole and absolute discretion. Including cancelling issuing Tokens, distributing Ethereum ERC-721 Tokens, or any other Token or asset.
4. The Platform reserves the right to providing Token purchasers with weighted whitelist voting access without any Tokens issuance.*
5. The Platform reserves the right to refuse or cancel Token purchase requests at any time in its

PLAINTIFF0003820

sole and absolute discretion.

6. The Tokens are not backed by any physical bullion or other assets which a Purchaser would have any rights or access to.

7. The Purchaser of Tokens (whether ERC-20 or ERC-721) or weighted whitelist voting privilege is not a security, investment, or any other type of financial instrument.

8. Other Token purchasers who made their purchase at a different time may receive more Tokens for the same amount paid.

9. These Terms limit the liability of the DAO and its Associated Parties (defined below) in connection with the sale of Tokens.



- Weighted whitelisting is a Cryptographic wallet address off-chain voting strategy employed by Snapshot.

### Right to review information

You have reviewed to your satisfaction all supporting documents and collateral sources concerning all risks with purchasing Tokens.

*NOTHING IN THESE TERMS SHALL BE DEEMED TO CONSTITUTE A PROSPECTUS OF ANY SORT, A SOLICITATION FOR INVESTMENT OR INVESTMENT ADVICE NOR DOES IT IN ANY WAY PERTAIN TO AN OFFERING OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES IN ANY JURISDICTION. TO THE MAXIMUM AMOUNT PERMITTED BY APPLICABLE LAW, EACH OF THE PLATFORM AND FOUNDATION (COLLECTIVELY, THE "ASSOCIATED PARTIES" AND EACH AN "ASSOCIATED PARTY") EXPRESSLY DISCLAIM AND SHALL NOT BE LIABLE FOR ANY AND ALL RESPONSIBILITY FOR ANY DIRECT OR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR OTHER LOSSES OF ANY KIND, IN TORT, CONTRACT OR OTHERWISE (INCLUDING BUT NOT LIMITED TO LOSS OF REVENUE, INCOME OR PROFITS, AND LOSS OF USE OR DATA), ARISING OUT OF OR IN CONNECTION WITH (I) THE PURCHASER'S ACCEPTANCE OF OR RELIANCE ON ANY INFORMATION CONTAINED IN THESE TERMS OR THE WHITEPAPER, (II) ANY ERROR, OMISSION OR INACCURACY IN ANY SUCH INFORMATION OR (III) ANY ACTION RESULTING THEREFROM.*

Previous
Example Notices

Next
Our Policies

PLAINTIFF0003821



LEGAL-TOOLS    **DAOLABS**

 **Connect Wallet**

About Us

This Section

    

# About Us

DAOLABS is building a powerful suite of tools for web3 communities: flexible enough to operate at any scale, with powerful token issuance, treasury management, fiat compatibility, governance, and legal compliance out of the box.

We also build tools like this website and manage governance and operations for our partners, including Movement DAO, The Peace Movement DAO, and dao-lawfirm.eth.

To learn more, visit the intro.

# This Section

This section contains our disclaimers, terms, policies, and conditions. Read these carefully before using this website.

- The Disclaimers are presented within the juicebox.wtf Terms of Service and have been consolidated for your convenience.
- Our Privacy Policy: we don't collect any information.
- You agree to our Terms of Service when you access our services. They dictate the conditions and ways in which you can use our resources.
- The Application Terms of Service are written with regards to DAO applications.
- The Terms and Conditions of Token Sale and Use apply when you purchase, sell, or otherwise use tokens from DAOLABS or on our Platform.

PLAINTIFF0003822

Prior to contributing to the <u>Movement Gnosis</u>
<u>eth:0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6</u> you

agreed to the following terms:

- GitBook Original Movement's <u>Terms of Service</u>,
  February 2, 2022, *for reference*.
- Movement's GitBook <u>Excerpts</u>, Disclaimers, and
  warnings, February 2, 2022, *for reference*.



| Previous | Next |
|---|---|
| Terms and Conditions Re Tokens | Disclaimers |

PLAINTIFF0003823



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

*Effective Date: August 20, 2022, Last updated: December 23, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email , daolabs.wtf*

*Document: Highlighted Disclaimers*

The following disclaimers are presented within the daolabs.wtf Terms of Service and have been consolidated here for your convenience.

>  None of the information, services or materials offere  o  o r Site co stit te, a  are  ot i te  e  to co stit te, legal, fi a cial, tax, i vestme t or other a vice, a   yo  sho l   ot act or refrai from acti g base  o  a y i formatio , services or materials  rovi e  o  this Site.

*Updated December 23, 2022*

> DAOLABS, its affiliates, including MOVEMENT DAO reserves the right to modify any of its terms and conditions, privacy policy, or any other terms on this website, or any other website operated by MOVEMENT, DAOLABS, or DAO-LAWFIRM with or without notice and without liability to you.

Limitation of Liability.

1. Prohibition from Illegal Activities.

2. Legal, Financial, Tax, Investment Information Presented.

3. Securities Law Matters.

4. Regarding Ethereum Platform Risks.

5. Regarding privacy.

PLAINTIFF0003824

# Limitation of Liability.

## 1. Prohibition from Illegal Activities.



> ⓘ You agree and acknowledge that the use of the services is made solely at your own risk and responsibility and that DAOLABS bares no responsibility or liability for your use of the DAO Beta Services provided including, without limitation, for any harm, loss, or damages arising from incorrect use of the services, including constructed transactions, network and technical failures, unauthorized access to any user wallets, legal and regulatory matters and consequences, or fraud conducted by third parties. You agree and acknowledge that you will not use the services:
>
> - (i) in a manner that violates any applicable law or regulation;
> - (ii) to fund terrorism or other criminal activity;
> - (iii) to circumvent any export restrictions or economic sanctions; or
> - (iv) to engage in unlawful money transmission, currency exchanging, or money laundering.

## 2. Legal, Financial, Tax, Investment Information Presented.

> ⓘ None of the information, services or materials offere  o  o r Site co stit te, a   are  ot i te  e  to co stit te, legal, fi a cial, tax, i vestme t or other a vice, a   yo sho l   ot act or refrai from acti g base  o  a y i formatio , servi es  r materia s  r vi e    this

PLAINTIFF0003825

Site. All co te t o  o r Site is
i formatio  of a ge eral  at re a    oes

not address the unique circumstances of
any particular user. You are strongly
urged to consult with your own legal,
financial, tax, investment and other
advisors as to all legal, financial, tax
and investment-related questions you have.



## 3. Securities Law Matters.

ⓘ Any Governance Tokens received by
Members have not been approved or
disapproved by the  nited States
Securities and Exchange Commission, any
state securities commission, or other
regulatory authority, nor have any of the
foregoing authorities passed upon the
merits of this offering or upon the
accuracy or adequacy of this agreement.
Any representation to the contrary is a
criminal offense. This document does not
constitute an offer or solicitation to
anyone in any jurisdiction in which such
offer or solicitation is not authorized.

ⓘ Any Governance Tokens that you may
acq ire have  ot bee  registere    er the
Sec rities Act, state sec rities laws, or
the laws of a y co  try o tsi e the   ite
States.  A  ABS'  ositio  is that they
sho l   ot be si ce the   r ose of
J icebox is to ma age Ethere m treas ries,
 rovi es  o rights to a y  istrib tio  or
 rofits, a   are  o  tra sferrable exce t
 etaile  i  the Terms of  se.

## 4. Regarding Ethereum Platform Risks.

Limitation of liability on a broader scope, with
Ethereum in general.

PLAINTIFF0003826



ⓘ  The  ser expressly knows and agrees
that the  ser is using the Ethereum

platform at the  ser's sole risk. The  ser
represents that the  ser has an adequate
understanding of the risks, usage and
intricacies of cryptographic tokens and
blockchain-based open source software, ETH
platform and ETH. The  ser acknowledges
and agrees that, to the fullest extent
permitted by any applicable law, the
disclaimers of liability contained herein
apply to any and all damages or injury
whatsoever caused by or related to risks
of, use of, or inability to use, ETH or
the Ethereum platform under any cause or
action whatsoever of any kind in any
jurisdiction, including, without
limitation, actions for breach of
warranty, breach of contract or tort
(including negligence) and that neither
Ethereum team shall be liable for any
indirect, incidental, special, exemplary
or consequential damages, including for
loss of profits, goodwill or data. Some
jurisdictions do not allow the exclusion
of certain warranties or the limitation or
exclusion of liability for certain types
of damages. Therefore, some of the above
limitations in this section may not apply
to a  ser.

## 5. Regarding privacy.

- <u>Privacy Policy</u>

| Previous | Next |
|---|---|
| Our Policies | MOVE Terms of Service |

PLAINTIFF0003827



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



    

*Effective Date: January 1, 2022, Last updated: January 8, 2023,*
*[0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email](), daolabs.wtf*

*Document: Move Terms of Service*

> This Terms of Service was provided within the Movement DAO GitBook published on or about February 2, 2022 via https: move.xyz and has been updated to correct any typos.

## TERMS AND CONDITIONS OF TOKEN SALE AND USE

### PLEASE READ THESE TERMS AND CONDITIONS OF TOKEN SALE AND USE

CAREFULLY READ BEFORE ACCESSING THE WEBSITE LOCATED AT HTTPS://MOVE.XYZ – THE MOVEMENT DAO (THE "WEBSITE" OR THE "DAO") (DEFINED BELOW) PRIOR TO PURCHASING TOKENS OR MAKING ANY CONTRIBUTIONS. THE LAW OFFICE OF REED YURCHAK (DAO-LAWFIRM.ETH) WILL ACT AS THE SERVICE PROVIDER (THE "SERVICE PROVIDER") FOR THE MOVEMENT DAO. YOU ACKNOWLEDGE THAT THERE ARE CERTAIN RISKS ASSOCIATED WITH PURCHASING THE TOKENS DESCRIBED HEREIN AND AGREE TO ASSUME SUCH RISKS UPON ANY PURCHASE OF TOKENS. IN ADDITION, NOTE THAT THESE TERMS CONTAIN A BINDING CLASS ACTION WAIVER, WHICH, IF APPLICABLE TO YOU, AFFECT YOUR LEGAL RIGHTS. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT PURCHASE THE TOKENS DESCRIBED HEREIN OR CONTRIBUTE ANY FUNDS.

**Prior to purchasing Tokens, you should carefully**

PLAINTIFF0003828

consider these Terms and, to the extent necessary,

consult a lawyer, accountant, and/or tax professional, as applicable.



Purchases of Tokens should be undertaken only by individuals or companies that have significant experience with, and understanding of, the usage and intricacies of cryptographic tokens, including Ethereum-based tokens and blockchain-based software systems. Purchasers should have an expert understanding of the storage and transmission mechanisms associated with cryptographic tokens. While the DAO will be available to assist the Purchaser of Tokens during the Token Sale, the DAO will not be responsible in any way for loss of any cryptocurrency, including Tokens, resulting from actions taken by, or omitted by Purchaser. If you do not have such experience or expertise, then you should not purchase Tokens or participate in the Token Sale. Your participation in the Token Sale is deemed to be your understanding and acknowledgment that you satisfy the requirements mentioned in this paragraph.

As further described herein, by purchasing Tokens, and to the extent permitted by law, you agree to not hold the DAO or its respective past, present, and future employees, officers, directors, contractors, consultants, equity holders, suppliers, vendors, service providers, parent companies, subsidiaries, affiliates, agents, representatives, predecessors, successors and/or designees liable for any losses or any special, incidental, or consequential damages arising from, or in any way connected, to the sale of Tokens, including losses associated with these Terms.

You acknowledge, understand and agree that:

You are subject to and bound by these Terms by virtue of purchasing the Tokens.

The Tokens have no rights, intended uses or attributes outside of use within the Movement Platform or as otherwise expressly referred to in these Terms.

- A purchase of Tokens is non-refundable and cannot be cancelled.
- A purchase of Tokens involves many varied risks which can result in the loss of all amounts paid.

PLAINTIFF0003829



- The DAO reserves the right to refuse or cancel Token purchase requests at any time in its sole and absolute discretion.
- The DAO reserves the right to issue ERC-721 Tokens in place of ERC-20 or no Tokens at all.
- The DAO reserves the right to provide Token purchasers with weighted whitelisted access to the platform governance voting, i.e. *Snaphot*
- The Tokens are not backed by any physical bullion or other assets which a Purchaser would have any rights or access to.
- Other Token purchasers who made their purchase at a different time may receive more Tokens from the DAO for the same amount paid.
- The Tokens are priced on a bonding curve which is a function involving the number of tokens and the order in which the purchases were made.
- The Tokens issued on a bonding curve may be dramatically different in the amount of Tokens issues to the same amount paid differing only in time.
- An ERC-721 Token in combination with the purchaser's cryptographic wallet address may be used to provide the purchaser with the participation rights associated with any Token.

These Terms limit the liability of the DAO and its Associated Parties (defined below) in connection with the sale of Tokens.

### Right to review information of the Movement DAO

You have reviewed to your satisfaction all supporting documents and collateral sources concerning the risks associate with purchasing Tokens.

NOTHING IN THESE TERMS SHALL BE DEEMED TO CONSTITUTE A PROSPECTUS OF ANY SORT, A SOLICITATION FOR INVESTMENT OR INVESTMENT ADVICE NOR DOES IT IN ANY WAY PERTAIN TO AN OFFERING OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES IN ANY JURISDICTION. TO THE MAXIMUM AMOUNT PERMITTED BY APPLICABLE LAW, EACH OF THE MOVEMENT ASSOCIATIONS (COLLECTIVELY, THE "ASSOCIATED PARTIES" AND EACH AN "ASSOCIATED PARTY") EXPRESSLY DISCLAIM AND SHALL NOT BE LIABLE FOR ANY AND ALL RESPONSIBILITY FOR ANY DIRECT OR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR OTHER LOSSES OF ANY KIND, IN TORT, CONTRACT OR OTHERWISE (INCLUDING BUT NOT LIMITED TO LOSS OF REVENUE, INCOME OR PROFITS, AND LOSS OF USE OR DATA), ARISING OUT OF OR IN CONNECTION WITH (I) THE

PLAINTIFF0003830

DATA), ARISING OUT OF OR IN CONNECTION WITH (I) THE
PURCHASER'S ACCEPTANCE OF OR RELIANCE ON ANY
INFORMATION CONTAINED IN THESE TERMS OR THE WHITEPAPER,

(II) ANY ERROR, OMISSION OR INACCURACY IN ANY SUCH
INFORMATION OR (III) ANY ACTION RESULTING THEREFROM.

Purchaser agrees to contribute funds to the DAO. The
DAO may or may not issue Project Tokens in the form of
ERC-20 or ERC-721 tokens. The Purchaser was not
provided with any specific Project Prospectus,
Whitepaper, or Memorandum.

| Previous | Next |
|----------|------|
| Disclaimers | DAOLABS Terms of Service |

PLAINTIFF0003831



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



     

*Effective Date: September 1, 2022, Last updated: August 27, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email , daolabs.wtf*

*Document: DAOLABS Terms of Service*

---

ⓘ This Terms of Service is specifically regar i g the  se of  aolabs.wtf's Treas ry website, which is c rre tly theme  exactly like htt s:  j icebox.mo ey while a  licatio  feat res are c rre tly    er  evelo me t.   e to the  ser's ability to obtai  toke s for co trib tio s, the followi g terms of service are i  effect.

---

PLEASE READ THIS TERMS OF SERVICE AGREEMENT (THE "TERMS OF SERVICE") CAREFULLY. THIS SITE AND ANY OTHER WEBSITES OF DAOLABS.WTF ("DAOLABS"), ITS AFFILIATES OR AGENTS (COLLECTIVELY, THE "SITE") IS CONTROLLED BY DAOLABS. THESE TERMS OF USE GOVERN THE USE OF THE SITE AND APPLY TO ALL INTERNET USERS VISITING THE SITE. BY ACCESSING OR USING THE SITE IN ANY WAY, INCLUDING USING THE SERVICES AND RESOURCES AVAILABLE OR ENABLED VIA THE SITE (EACH A "SERVICE" AND COLLECTIVELY, THE "SERVICES"). BY CLICKING ON THE "I ACCEPT" BUTTON, COMPLETING THE REGISTRATION PROCESS, AND/OR BROWSING THE SITE, YOU REPRESENT THAT (1) YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THE TERMS OF SERVICE, (2) YOU ARE OF LEGAL AGE TO FORM A BINDING CONTRACT WITH DAOLABS, AND (3) YOU HAVE THE AUTHORITY TO ENTER INTO THE TERMS OF USE PERSONALLY OR ON

Decentralized, Centralized Applications.

Parties, Notice addresses.

Introduction.

1. By using the Site, you agree to these Terms.

2. Information of a Legal, Accounting, or Tax Matters.

3. Risks Involved in the Use of the Smart Contracts.

4. Source Code Repositories.

5. Intellectual Property.

6. The Decentralized Application.

7. Access to DAOLABS Application.

8. Securities Law Matters.

9. OFAC Compliance.

10. Third Party Links.

11. Privacy Policy.

12. Disclaimers; Limitation of Liability.

13. Indemnification.

14. Arbitration.

15. Governing Law.

16. General.

17. Contacting Us.

PLAINTIFF0003832



ENTER INTO THE TERMS OF USE PERSONALLY OR ON
BEHALF OF THE ENTITY YOU HAVE NAMED AS THE USER,
AND TO BIND THAT ENTITY TO THE TERMS OF SERVICE.

THE TERM "YOU" REFERS TO THE INDIVIDUAL OR LEGAL
ENTITY, AS APPLICABLE, IDENTIFIED AS THE USER WHEN
YOU REGISTERED ON THE SITE. IF YOU DO NOT AGREE TO
BE BOUND BY THE TERMS OF SERVICE, YOU MAY NOT
ACCESS OR USE THIS SITE OR THE SERVICES.

PLEASE BE AWARE THAT SECTION 15 (ARBITRATION, OUR
DISPUTE RESOLUTION PROCESS) OF THIS AGREEMENT,
BELOW, CONTAINS PROVISIONS GOVERNING HOW DISPUTES
THAT YOU AND WE HAVE AGAINST EACH OTHER ARE
RESOLVED, INCLUDING, WITHOUT LIMITATION, ANY
DISPUTES THAT AROSE OR WERE ASSERTED PRIOR TO THE
EFFECTIVE DATE OF THIS AGREEMENT. IN PARTICULAR,
IT CONTAINS AN ARBITRATION AGREEMENT WHICH WILL,
WITH LIMITED EXCEPTIONS, REQUIRE DISPUTES BETWEEN
US TO BE SUBMITTED TO BINDING AND FINAL
ARBITRATION. UNLESS YOU OPT OUT OF THE ARBITRATION
AGREEMENT: (1) YOU WILL ONLY BE PERMITTED TO
PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF AGAINST
US ON AN INDIVIDUAL BASIS, NOT AS A PLAINTIFF OR
CLASS MEMBER IN ANY CLASS OR REPRESENTATIVE ACTION
OR PROCEEDING; AND (2) YOU ARE WAIVING YOUR RIGHT
TO PURSUE DISPUTES OR CLAIMS AND SEEK RELIEF IN A
COURT OF LAW AND TO HAVE A JURY TRIAL.

## Decentralized, Centralized Applications.

DAOLABS applications may be accessed at the
following URLs: daolabs.wtf, dao-lawfirm.xyz,
movement.xyz, juicebox.wtf, treasury.wtf,
tiles.wtf and any services used by DAOLABS, such
as Discord, Twitter, Instagram and Github.[^1]

## Parties, Notice addresses.

The parties to this agreement are **you** (user of
DAOLABS's decentralized application) and **DAOLABS**.
For the purpose of electronic communication or
other electronic notice you may contact DAOLABS
via its Service Provider at dao-lawfirm.xyz or by
e-mail at
0x752515a3A1091b9f1c04416CF79D1F14d2340085@ethereu
m.email or
0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereu
m.email .

PLAINTIFF0003833

# Introduction.



Please read these terms of service ("Terms") carefully. These Terms are between you and DAOLABS (the "DAOLABS," "we," "us," or "our") concerning your use of **DAOLABS' decentralized application ("DAPP") or websites,** including the sites listed above, other DAOLABS websites, and other websites maintained by DAOLABS (together the "Site" or "Sites") which may interact with and operate on the Juicebox protocol (the "Juicebox DAO Protocol") currently available on Ethereum via <u>smart contracts</u> ("Smart Contracts").

These Terms apply to you (**"you,"** or **"User"**) as a user of the Site information made available on the Site.

## 1. By using the Site, you agree to these Terms.

Certain features on the site may be offered while still in "beta" form (**"Services"**). By accepting these Terms or using the Services, You understand and acknowledge that the Services are being provided as a version and made available on an "As Is" or "As Available" basis. The Services may contain bugs, errors, and other problems.

You assume all risks and all costs associated with your use of DAOLABS services, including, without limitation, any internet access fees, back-up expenses, costs incurred for the use of your device and peripherals, and any damage to any equipment, software, information, or data. In addition, we are not obligated to provide any maintenance, technical support, or other support for the Services.

None of the information, services, or materials offered on the Sites constitute, or are intended to constitute, legal, financial, tax, investment, or other advice, and you should not act or refrain from acting based on any information, services, or materials provided on the Sites. All content on the Sites is information of a general nature and does not address the unique circumstances of any particular user. You are strongly urged to consult

PLAINTIFF0003834

with your own legal, financial, tax, investment,
and other advisors as to all legal, financial,
tax, and investment-related questions you have.

You must be able to form a legally binding
contract online either as an individual or on
behalf of a legal entity. You represent that as a
User, you have the legal authority to bind the
company or other legal entity on the behalf of
which you are acting to these Terms, you are at
least 18 years old or the age of majority where
you reside, whichever is older, you can form a
legally binding contract online, and you have the
full right, power, and authority to enter into and
to comply with the obligations under these Terms
on your own behalf, or on behalf of the company or
other legal entity on the behalf of which you are
acting.

PLEASE NOTE THAT THE AGREEMENT IS SUBJECT TO
CHANGE BY DAOLABS IN ITS SOLE DISCRETION AT ANY
TIME. When changes are made, DAOLABS will make a
new copy of the Terms of Service Agreement
available at the Site and any new Supplemental
Terms will be made available from within, or
through, the affected Service on the Site. We will
also update the "Last Updated" date at the top of
the Terms of Service Agreement. DAOLABS may
require you to provide consent to the updated
Agreement in a specified manner before further use
of the Site and/ or the Services is permitted. If
you do not agree to any change(s) after receiving
a notice of such change(s), you shall stop using
the Site and/or the Services. Otherwise, your
continued use of the Site and/or Services
constitutes your acceptance of such change(s).
PLEASE REGULARLY CHECK THE SITE TO VIEW THE THEN-
CURRENT TERMS.

As a User, you agree to be bound by any changes,
variations, or modifications to our terms of
service and your continued use of the Site shall
constitute acceptance of any such changes,
variations, or modifications.

## 2. Information of a Legal, Accounting, or Tax Matters.

Any legal, financial, or tax comments within the
Sites are provided for informational and

PLAINTIFF0003835





illustrative purposes only, and are not intended
to constitute legal, financial, tax, or other
advice. You should not act or refrain from acting

based on any information gleaned from any
documents, comments, or instructions within the
Sites. DAOLABS does not endorse or make any
representation as to the capabilities of any legal
or tax professional or advisors within our Sites
(or the Internet), and the provision of contact
information is not a recommendation that you hire
any such person. Please check with your legal and
tax advisors to make the best decisions for your
specific circumstances.

## 3. Risks Involved in the Use of the Smart Contracts.

DAOLABS' protocol runs entirely on publicly
accessible smart contracts explained in detail
throughout the Juicebox DAO's online documents,
currently available at
https://info.juicebox.money. The Juicebox DAO's
protocol is public infrastructure running well-
known code. All consequences from interacting with
networks running the protocol are borne by the
entities who sign each transaction. The protocol
works according to the specifications outlined in
these docs to the extent the code is written and
deployed correctly, which is a collective
responsibility and is not guaranteed. There are
major risks that the code is not written and
deployed correctly. **Please do your own research.**

## 4. Source Code Repositories.

No Warranties. DAOLABS's source code Repository is
only a presentation of information regarding
certain view points and technologies. The
statements contained in the Repository do not
provide any advice, representation, warranty,
certification, guarantee or promise relating to
these technologies, any uses thereof or any of the
other matters discussed in the Repository, nor
does the Repository provide an offer or agreement
to make such technologies available, maintain or
update such technologies, or sell or buy any asset
or enter into any transaction. You should not rely
on the Repository as a basis for making any
financial or other decision.

PLAINTIFF0003836

financial or other decision.

# 5. Intellectual Property.

The rights granted to you in the Agreement are
subject to the following restrictions: (a) you
shall not license, sell, rent, lease, transfer,
assign, reproduce, distribute, host or otherwise
commercially exploit DAOLABS' Properties or any
portion of DAOLABS' Properties, including the
Site; (b) you shall not frame or utilize framing
techniques to enclose any trademark, logo, or
other DAOLABS Properties (including images, text,
page layout or form) of DAOLABS; (c) you shall not
use any metatags or other "hidden text" using
DAOLABS' name or trademarks; (d) you shall not
modify, translate, adapt, merge, make derivative
works of, disassemble, decompile, reverse compile
or reverse engineer any part of DAOLABS'
Properties except to the extent the foregoing
restrictions are expressly prohibited by
applicable law; (e) you shall not use any manual
or automated software, devices or other processes
(including but not limited to spiders, robots,
scrapers, crawlers, avatars, data mining tools or
the like) to "scrape" or download data from any
web pages contained in the Site (except that we
grant the operators of public search engines
revocable permission to use spiders to copy
materials from the Site for the sole purpose of
and solely to the extent necessary for creating
publicly available searchable indices of the
materials, but not caches or archives of such
materials); (f) except as expressly stated herein,
no part of DAOLABS' Properties may be copied,
reproduced, distributed, republished, downloaded,
displayed, posted or transmitted in any form or by
any means; and (h) you shall not remove or destroy
any copyright notices or other proprietary
markings contained on or in DAOLABS' Properties.
Any future release, update or other addition to
DAOLABS' Properties shall be subject to the
Agreement. DAOLABS, its suppliers and Service
Providers reserve all rights not granted in the
Agreement. Any unauthorized use of any DAOLABS's
Property terminates the licenses granted by
DAOLABS pursuant to the Agreement.

**1. DAOLABS Properties.** Except with respect to Your
Content and User Content, you agree that DAOLABS



PLAINTIFF0003837



and its suppliers own all rights, title and interest in DAOLABS Properties. You will not remove, alter or obscure any copyright, trademark, service mark, or other proprietary rights notices incorporated in or accompanying any of DAOLABS Properties.

**2. Your Content.** DAOLABS does not claim ownership of Your Content. However, when you as a Registered User post or publish Your Content on or in DAOLABS Properties, you represent that you own and/or have a royalty-free, perpetual, irrevocable, worldwide, non-exclusive right (including any moral rights) and license to use, license, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, derive revenue or other remuneration from, and communicate to the public, perform and display Your Content (in whole or in part) worldwide and/or to incorporate it in other works in any form, media or technology now known or later developed, for the full term of any worldwide intellectual property right that may exist in Your Content.

**3. License to Your Content.** Subject to any applicable account settings that you select, you grant DAOLABS a fully paid, royalty-free, perpetual, irrevocable, worldwide, royalty-free, non-exclusive and fully sublicensable right (including any moral rights) and license to use, license, distribute, reproduce, modify, adapt, publicly perform, and publicly display Your Content (in whole or in part) for the purposes of operating and providing DAOLABS Properties to you and to our other Registered Users. Please remember that other Registered Users may search for, see, use, modify and reproduce any of Your Content that you submit to any "public" area of DAOLABS Properties. You warrant that the holder of any worldwide intellectual property right, including moral rights, in Your Content, has completely and effectively waived all such rights and validly and irrevocably granted to you the right to grant the license stated above. You agree that you, not DAOLABS, are responsible for all of Your Content that you Make Available on or in DAOLABS Properties. Any Content posted by you in your profile may not contain nudity, violence, sexually explicit, or offensive subject matter as

PLAINTIFF0003838

determined by DAOLABS in its sole discretion. You may not post or submit for print services a

photograph of another person without that person's permission.

## 6. The Decentralized Application.

DAOLABS provides access to a DAPP, a decentralized finance application, (**"Application"**) on the Ethereum blockchain that allows individuals to contribute Ethereum assets including Ethereum, ERC-20, ERC-721, and other Ethereum-based assets (**"Cryptocurrency Assets"**) to DAOLABS Treasury as contributions. The Application may be configured as to emit project tokens (**"Project Tokens"**) which may or may not have utility. The Application spans a front-end application, middleware (including Interplanetary File System metadata, Graph indexers, Blocknative API functions, Infura services, Cloud Functions, etc.) and an array of Ethereum smart contracts - the user is required to authorize the execution of the Smart Contracts when interacting with their wallet at all times.

Using DAOLABS' protocol may require that you pay a fee, such as gas fees on the Ethereum network, to perform a transaction. You acknowledge and agree that DAOLABS has no control over any transactions among Users over DAOLABS' protocol, or the method of payment of any such transactions or any actual payments of such transactions. Accordingly, you must ensure that you have a sufficient balance of the applicable cryptocurrency tokens stored at your DAOLABS protocol-compatible wallet address (**"Cryptocurrency Wallet"**) to complete any such transaction on DAOLABS protocol or the Ethereum network before initiating such a transaction.

## 7. Access to DAOLABS Application.

Access to the Site is provided on an "AS IS" and "as available" basis only. We do not guarantee that the Site, or any content on it, will always be available or uninterrupted. From time to time, access may be interrupted, suspended, or restricted, including because of a fault, an error, or unforeseen circumstances, or because we are carrying out planned maintenance. With regards



PLAINTIFF0003839



to the Sites; We reserve the right to limit the availability of the Site to any person, geographic area or jurisdiction we so desire and/or to terminate your access to and use of the Site, at any time and in our sole and absolute discretion. We may remove or amend the content of the Site at any time. Some of the Site content may be out of date at any given time and we are under no obligation to update it. We do not guarantee that the Site, or any content on it, will be free from errors or omissions.

We will not be liable to you for any loss or damage you may suffer as a result of the Site being unavailable at any time for any reason. You will comply with all applicable domestic and international laws, statutes, ordinances and regulations applicable to your use of the Site.

**Registering Your Account.** In order to access certain features of DAOLABS's Properties you may be required to become a Member. For purposes of the Agreement, a Member is also a "Registered User", which is a user who has registered an account on the Site ("Account"), and has a valid account on a third party service through which the user has connected to the Site (each such account, a "Third-Party Account").

**As a condition to accessing or using the Site, you will:**

1. only use the Site in accordance with these Terms;
2. ensure that all information that you provide on the Site is current, complete, and accurate;
3. ensure compliance with all U.S. Securities laws; and
4. maintain the security and confidentiality of access to your Cryptocurrency Wallet address.

You acknowledge that all Content, including DAOLABS Properties, is the sole responsibility of the party from whom such Content originated. This means that you, and not DAOLABS, are entirely responsible for all Content that **you upload, post, e-mail, transmit or otherwise make available ("Make Available")** through DAOLABS Properties ("Your Content"), and that you and other

PLAINTIFF0003840

Registered Users of DAOLABS Properties, and not
DAOLABS, are similarly responsible for all Content

that you and they Make Available through DAOLABS
Properties ("User Content").

You acknowledge that DAOLABS has no obligation to
pre-screen Content (including, but not limited to,
User Content), although DAOLABS reserves the right
in its sole discretion to pre-screen, refuse or
remove any Content. By entering into the
Agreement, you hereby provide your irrevocable
consent to such monitoring. You acknowledge and
agree that you have no expectation of privacy
concerning the transmission of Your Content,
including without limitation chat, text, or voice
communications. In the event that DAOLABS pre-
screens, refuses or removes any Content, you
acknowledge that DAOLABS will do so for DAOLABS'
benefit, not yours. Without limiting the
foregoing, DAOLABS shall have the right to remove
any Content that violates the Agreement or is
otherwise objectionable.

**As a condition to accessing or using the Site, you
will not:**

1. violate any applicable law, including,
   without limitation, any relevant and
   applicable anti-money laundering and anti-
   terrorist financing laws as well as any
   relevant and applicable privacy and data
   collection laws, in each case as may be
   amended;
2. export, reexport, or transfer, directly or
   indirectly, any DAOLABS technology in
   violation of applicable export laws or
   regulations;
3. infringe on or misappropriate any contract,
   intellectual property or other third-party
   right, or commit a tort while using the Site;
4. make commercial use of the Site or any of its
   content without our express written
   permission;
5. misrepresent the truthfulness, sourcing or
   reliability of any content on the Site;
6. use the Site or its content to simulate
   communications from us or another service or
   entity in order to collect identity
   information, authentication credentials, or

PLAINTIFF0003841

information, authentication credentials, or other information (known as 'phishing');

7.  use the Site in any manner that could interfere with, disrupt, negatively affect, or inhibit other users from fully enjoying the Site or DAOLABS protocol, or that could damage, disable, overburden, or impair the functioning of the Site or DAOLABS protocol in any manner;

8.  attempt to circumvent any content filtering techniques or security measures that DAOLABS employs on the Site, or attempt to access any service or area of the Site that you are not authorized to access;

9.  use any robot, spider, crawler, scraper, or other automated means or interface not provided by us, to access the Site to extract data;

10. introduce any malware, virus, Trojan horse, worm, logic bomb, drop-dead device, backdoor, shutdown mechanism or other harmful material into the Site;

11. **post content or communications on the Site that are, in our sole and absolute discretion, libelous, defamatory, profane, obscene, pornographic, sexually explicit, indecent, lewd, vulgar, suggestive, harassing, hateful, threatening, offensive, discriminatory, bigoted, abusive, inflammatory, fraudulent, deceptive, or otherwise objectionable;**

12. post content on the Site containing unsolicited promotions, commercial messages, or any chain messages or user content designed to deceive or trick the user of the Site; or

13. encourage or induce any third party to engage in any of the activities prohibited under these Terms.

**You acknowledge that the Site and your use of the Site contain certain risks, including, without limitation, the following risks:**

1.  that any Smart Contracts you interact with are entirely your own responsibility and liability;

2.  that at any time, your access to your

PLAINTIFF0003842

Cryptocurrency Assets may be suspended or terminated or there may be a delay in your access or use of your Cryptocurrency Assets

which may result in the Cryptocurrency Assets diminishing in value or you being unable to complete a transaction or interact with a Smart Contract; and

3. That the Site and/or application may be suspended or terminated for any or no reason, which may limit your access to your Cryptocurrency Assets.

**Accordingly, you expressly agree that:**

1. you assume all risks in connection with your access and use of the Site, DAOLABS Application and the Smart Contracts; and

2. you expressly release DAOLABS and our contributors, Members, and affiliates, and hold them harmless from and against any and all liability, claims, causes of action, losses, expenses, or damages (whether arising in law or equity, including but not limited to special, consequential, indirect, punitive, and exemplary damages, and including but not limited to economic loss, business disruption, and/or attorney's fees) arising from or in any way related to the Site, the Application, and/or the Smart Contracts. You expressly waive all such claims against the Releases.

**Feedback.** You agree that submission of any ideas, suggestions, documents, and/or proposals to DAOLABS through its suggestion, feedback, wiki, forums (e.g. Discord or Snapshot), or similar pages ("Feedback") is at your own risk and that DAOLABS has no obligations (including without limitation obligations of confidentiality) with respect to such Feedback. You represent and warrant that you have all rights necessary to submit the Feedback. You hereby grant to DAOLABS a fully paid, royalty-free, perpetual, irrevocable, worldwide, non-exclusive, and fully sub-licensable right and license to use, reproduce, perform, display, distribute, adapt, modify, re-format, create derivative works of, and otherwise commercially or non-commercially exploit in any manner, any and all Feedback, and to sublicense the foregoing rights in connection with the

PLAINTIFF0003843



the foregoing rights in connection with the operation and maintenance of DAOLABS Properties and/or DAOLABS's purpose.

**Export control.** You may not use, export, import, or transfer DAOLABS DAPP except as authorized under U.S. law and the laws of the jurisdiction in which you obtained DAOLABS property (DAPP or Site), and any other applicable laws. In particular, but without limitation, DAOLABS properties may not be exported or re-exported (a) into any United States embargoed countries, or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Person's List or Entity List. By using DAOLABS' DAPP, you represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties. You also will not use DAOLABS' DAPP for any purpose prohibited by U.S. law, including the development, design, manufacture or production of missiles, nuclear, chemical or biological weapons. You acknowledge and agree that products, services or technology provided by DAOLABS are subject to the export control laws and regulations of the United States. You shall comply with these laws and regulations and shall not, without prior U.S. government authorization, export, re-export, or transfer DAOLABS DAPP products, services or technology, either directly or indirectly, to any country in violation of such laws and regulations.

## 8. Securities Law Matters.

ANY GOVERNANCE TOKENS RECEIVED BY MEMBERS HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ANY STATE SECURITIES COMMISSION, OR OTHER REGULATORY AUTHORITY, NOR HAVE ANY OF THE FOREGOING AUTHORITIES PASSED UPON THE MERITS OF THIS OFFERING OR UPON THE ACCURACY OR ADEQUACY OF THIS AGREEMENT. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE. THIS DOCUMENT DOES NOT CONSTITUTE AN OFFER OR SOLICITATION TO ANYONE IN ANY JURISDICTION IN WHICH SUCH OFFER OR SOLICITATION IS NOT AUTHORIZED.

PLAINTIFF0003844



ANY GOVERNANCE TOKENS THAT YOU MAY ACQUIRE HAVE
NOT BEEN REGISTERED UNDER THE SECURITIES ACT,
STATE SECURITIES LAWS, OR THE LAWS OF ANY COUNTRY
OUTSIDE THE UNITED STATES. DAOLABS' POSITION IS
THAT DAOLABS' GOVERNANCE TOKENS SHOULD NOT BE
CONSIDERED OR REGARDED AS SECURITIES AS THE
PURPOSE OF DAOLABS IS TO PROVIDE A BLOCKCHAIN
NATIVE TREASURY MANAGEMENT APPLICATION AND DAOLABS
TOKENS PROVIDE NO RIGHTS TO ANY DISTRIBUTION OR
PROFITS, AND ARE NON-TRANSFERABLE AS DETAILED IN
THE TERMS OF USE.

### "Not an Invitation to Invest or Purchase."

The information contained on DAOLABS Properties is
not an invitation or solicitation to invest in or
purchase any cryptocurrency or NFTs or to invest
in the shares or other products or services or
otherwise deal in these or enter into a contract
with DAOLABS, any cryptocurrency marketplace or
any other company. The information provided herein
should not be relied upon in connection with any
investment decision. No reliance should be placed
on any statements, rankings or ratings on DAOLABS
Properties, whether for investment purposes or
otherwise.

## 9. OFAC Compliance.

The U.S. Department of Treasury, through the
Office of Foreign Assets Control ("OFAC"),
prohibits U.S. companies from engaging in all or
certain commercial activities with certain
sanctioned countries (each a "Sanctioned Country")
and certain individuals, organizations, or
entities, including, without limitation, certain
"Specially Designated Nationals" ("SDN") listed by
OFAC. **If you use the Site, you expressly represent
that you are not located in a Sanctioned Country
and are not listed as an SDN. If DAOLABS
determines that the Site is being used by
prohibited persons, it will take any and all
actions to terminate that User's access to the
Site.**

## 10. Third Party Links.

The Site may contain hyperlinks or references to

PLAINTIFF0003845



third party websites. Any such hyperlinks or references are provided for your information and convenience only. We have no control over third

party websites and accept no legal responsibility for any content, material, or information contained in them. The display of any hyperlink and reference to any third-party website does not mean that we endorse that third party's website, products, or services. Your use of a third-party site may be governed by the terms and conditions of that third-party site.

## 11. Privacy Policy.

Certain areas of the Site or Application, including any and all interactions with the Ethereum blockchain, record your Cryptocurrency address and details of the transactions you authorize. You understand that transactions, including parties you transact with, specific Cryptocurrency Assets you hold, including unique ENS domain NFTs, third-party NFTs, the Cryptocurrency address, metadata associated with any Smart Contract such as the executing function, its arguments (or parameters) will contain in aggregate information which *may* identify you personally.

The Ethereum blockchain transactions are not temporary or transient, but are permanently and permissionlessly accessible. DAOLABS, its contributors, and its affiliates are not engaged in profiling activities whatsoever; however, *any other* third party, including government agencies and/or foreign adversaries, will have unfettered access to all of your transactions on the blockchain forever.

Your authorization of transactions with your Cryptocurrency address, using Cryptocurrency Tokens, will result in the indelible dissemination of information to the Ethereum blockchain. Notwithstanding, the Application, handles as little personal information as possible, only your Cryptographic address. With regards to transaction with the Application, including any payments or transfer of funds, any information you provide to the payment vendors we do not retain, have access to or control; your authorization of any payment

PLAINTIFF0003846

or execution of transactions you provide to the
site is voluntary, and final.

Additionally, the Sites may employ Fathom
Analytics for website traffic analytics, which
doesn't use cookies and complies with the GDPR,
ePrivacy (including PECR), COPPA and CCPA. The
decision to potentially use this privacy-friendly
analytics software, was in large part to ensure
your IP address is only briefly processed by this
3rd party, and DAOLABS and the Site have no way of
identifying you (aside from the aforementioned
indelible entire history of Cryptographic
transactions). As per the CCPA, your personal
information is de-identified.

The purpose of DAOLABS potentially using Fathom
Analytics is to understand the Application website
traffic in the most privacy-friendly way possible
so that DAOLABS can continually improve the
Application. The lawful basis as per the GDPR is
"Article 6(1)(f); where our legitimate interests
are to improve our website and business
continually." Additionally, DAOLABS and its
contributors have no interest in collecting this
information.

## 12. Disclaimers; Limitation of Liability.

YOU EXPRESSLY AGREE THAT ACCESS TO AND USE OF THE
SITE IS AT YOUR SOLE RISK AND IS PROVIDED ON AN
"AS IS" AND "AS AVAILABLE" BASIS WITHOUT
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED,
INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE
OR IMPLIED WARRANTIES OF NON-INFRINGEMENT,
MERCHANTABILITY, OR FITNESS FOR A PARTICULAR
PURPOSE (EXCEPT ONLY TO THE EXTENT PROHIBITED
UNDER THE LAWS APPLICABLE TO TERMS OF SERVICE WITH
ANY LEGALLY REQUIRED WARRANTY PERIOD TO THE
SHORTER OF THIRTY DAYS FROM FIRST USE OR THE
MINIMUM PERIOD REQUIRED). WITHOUT LIMITING THE
FOREGOING, NEITHER DAOLABS NOR ITS AFFILIATES OR
SUBSIDIARIES, OR ANY OF THEIR DIRECTORS, OFFICERS,
EMPLOYEES, CONTRACTORS, AGENTS, ATTORNEYS, THIRD-
PARTY PROVIDERS, DISTRIBUTORS, LICENSEES,
LICENSORS, SUCCESSORS, OR ASSIGNS (COLLECTIVELY,
"DAOLABS PARTIES") WARRANT THAT THE SITE WILL BE
UNINTERRUPTED, BUG-FREE, OR ERROR-FREE, AND NONE
OF DAOLABS PARTIES WARRANT THAT SMART CONTRACTS

PLAINTIFF0003847



ARE MERCHANTABLE, FIT FOR ANY PARTICULAR PURPOSE, AND/OR RECOGNIZED BY ANY PARTICULAR JURISDICTION(S).

TO THE FULLEST EXTENT PERMITTED BY LAW, THE DISCLAIMERS OF LIABILITY CONTAINED HEREIN APPLY TO ANY AND ALL DAMAGES, LOSSES AND/OR INJURY WHATSOEVER CAUSED BY OR RELATED TO USE OF, OR INABILITY TO USE, THE SERVICES UNDER ANY CAUSE OR ACTION WHATSOEVER OF ANY JURISDICTION, INCLUDING, WITHOUT LIMITATION, ACTIONS FOR BREACH OF WARRANTY, BREACH OF CONTRACT AND/OR TORT (INCLUDING NEGLIGENCE). DAOLABS PARTIES SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE AND/OR CONSEQUENTIAL DAMAGES IN ANY WAY WHATSOEVER ARISING OUT OF THE USE OF, OR INABILITY TO USE, THE SITE. YOU FURTHER SPECIFICALLY ACKNOWLEDGE THAT DAOLABS PARTIES ARE NOT LIABLE, AND YOU AGREE NOT TO SEEK TO HOLD DAOLABS PARTIES LIABLE, FOR THE CONDUCT OF THIRD PARTIES, INCLUDING OTHER USERS OF THE SITE AND OPERATORS OF EXTERNAL WEBSITES, AND THAT THE RISK OF THE SITE AND EXTERNAL WEBSITES AND OF INJURY FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

IN THE EVENT THAT A COURT AND/OR ARBITRATOR(S) OF COMPETENT JURISDICTION HOLDS THAT ANY DAOLABS PARTY IS LIABLE TO YOU (FOR EXAMPLE AND WITHOUT LIMITATION, BECAUSE ANY RELEASE OR WAIVER HEREUNDER IS FOUND TO BE VOID OR OTHERWISE UNENFORCEABLE, OR BECAUSE ANY CLAIMS ARE FOUND TO BE OUTSIDE THE SCOPE OF ANY SUCH RELEASE OR WAIVER), UNDER NO CIRCUMSTANCES WILL ANY OF DAOLABS PARTIES BE LIABLE TO YOU IN THE AGGREGATE FOR MORE THAN THE AMOUNT YOU HAVE PAID THE **DAOLABS DIRECTLY ARISING FROM YOUR CONTRIBUTION TO DAOLABS** IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, WHETHER SUCH LIABILITY IS BASED ON BREACH OF WARRANTY, BREACH OF CONTRACT OR TORT (INCLUDING NEGLIGENCE) OR OTHERWISE.

We do not guarantee that the Site will be secure or free from bugs or viruses.

You are responsible for configuring your information technology, computer programs and platform in order to access the Site. You should use your own virus protection software.

We cannot promise that the use of the Site, or any

PLAINTIFF0003848



we cannot promise that the use of the Site, or any content taken from the Site, will not infringe the rights of any third party.

Certain content and materials available on the Site are for informational purposes only and are not intended to address your particular requirements. In particular, the content and materials available on the Site do not constitute any form of advice or recommendation by us, should not be regarded as an offer, solicitation, invitation or recommendation to buy or sell investments, securities or any other financial services and are not intended to be relied upon by you in making any specific investment or other decisions. We recommend that you seek independent advice from your own financial advisors and legal counsel before making any such decision.

Nothing included in the Site constitutes an offer or solicitation to sell, or distribution of, investments and related services by DAOLABS to anyone in any jurisdiction.

You may only participate with Smart Contracts on the Site by linking your Cryptocurrency Wallet on supported bridge extensions such as MetaMask (currently available at https://metamask.io/). MetaMask is an electronic wallet that allows you to purchase, store, and engage in transactions using Ethereum cryptocurrency. Before putting your Cryptocurrency Asset into a Smart Contract, you will be required to download a supported electronic wallet extension and connect and unlock your Cryptocurrency Wallet with that extension.

ALL TRANSACTIONS INITIATED THROUGH OUR SERVICE ARE FACILITATED AND RUN BY THIRD-PARTY ELECTRONIC WALLET EXTENSIONS, AND BY USING OUR SERVICES YOU AGREE THAT YOU ARE GOVERNED BY THE TERMS OF SERVICE AND PRIVACY POLICY FOR THE APPLICABLE EXTENSIONS. FOR METAMASK, THOSE TERMS ARE AVAILABLE AT https://metamask.io/terms.html AND https://metamask.io/privacy.html.

## 13. Indemnification.

You agree to indemnify and hold DAOLABS and its parents, subsidiaries, affiliates, officers, employees, agents, partners, suppliers, and licensors (each a "DAOLABS Party" and

PLAINTIFF0003849



licensors (each, a "DAOLABS Party" and collectively, the "DAOLABS Parties") harmless from any losses, costs, liabilities, and expenses

(including reasonable attorneys' fees) relating to or arising out of any and all of the following: (a) Your Content; (b) your use of, or inability to use, any DAOLABS Property; (c) your violation of the Agreement; (d) your violation of any rights of another party, including any Registered Users; or (e) your violation of any applicable laws, rules, or regulations. DAOLABS reserves the right, at its own cost, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with DAOLABS in asserting any available defenses. This provision does not require you to indemnify any of DAOLABS Parties for any unconscionable commercial practice by such party or for such party's fraud, deception, false promise, misrepresentation, or concealment, or suppression or omission of any material fact in connection with the Website or any Services provided hereunder. You agree that the provisions in this section will survive any termination of your Account, the Agreement, and/or your access to DAOLABS Properties.

## 14. Arbitration.

**Informal Negotiations.** To expedite resolution and control the cost of any dispute, controversy or claim arising under or related to your account, DAOLABS protocol or Application, the Site, these Terms, or any other transaction involving you and DAOLABS, whether in contract, warranty, misrepresentation, fraud, tort, intentional tort, statute, regulation, ordinance, or any other legal or equitable basis (or the breach, termination, enforcement, interpretation or validity thereof) (**"Dispute"**), you and DAOLABS agree to first attempt to negotiate any Dispute (except those Disputes expressly provided below) informally for at least ninety (90) days before initiating any arbitration. Such informal negotiations commence upon written notice from one person to the other. You should send your notice in an appropriate Discord channel via https://discord.gg/movexyz or via a message on https://chat.blockscan.com addressed to DAOLABS' Gnosis multi-signature

PLAINTIFF0003850

address 0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6 or using the above emails



0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email or 0x752515a3a1091b9f1c04416cf79d1f14d2340085@ethereum.email@ethereum.email (**"Notice Address"**). DAOLABS will send its notice to you by the Discord handle provided by you in connection with the aforementioned notice or to the Cryptographic address used in connection with the Application via the aforementioned https://chat.blockscan.com/.

**Binding Arbitration.** If you and DAOLABS are unable to resolve a Dispute through informal negotiations, either you or DAOLABS may elect to have the Dispute (except those Disputes expressly excluded below) finally and exclusively resolved by confidential binding arbitration, and not in a class, representative or consolidated action or proceeding. In such event, these Terms memorialize a transaction in interstate commerce; (i) the Federal Arbitration Act (9 U.S.C. § 1, et seq.) governs the interpretation and enforcement of this Section; and (ii) this Section shall survive termination of these Terms.

Any election to arbitrate by one party shall be final and binding on the other, and your grounds for appeal are limited. YOU UNDERSTAND THAT ABSENT THIS PROVISION, YOU WOULD HAVE THE RIGHT TO SUE IN COURT AND HAVE A JURY TRIAL. The arbitrator may award you the same damages and relief as a court sitting in proper jurisdiction could, and may award declaratory or injunctive relief. In addition, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. The arbitration shall be commenced and conducted under the Commercial Arbitration Rules of the American Arbitration Association ("AAA") and, where appropriate, the AAA's Supplementary Procedures for Consumer Related Disputes ("AAA Consumer Rules"), both of which are available at the AAA website. The determination of whether a Dispute is subject to arbitration shall be governed by the Federal Arbitration Act. The parties agree that the

PLAINTIFF0003851



arbitrator shall have exclusive authority to decide all issues relating to the interpretation, applicability, enforceability and scope of this

arbitration agreement. Your arbitration fees and your share of arbitrator compensation shall be governed by the AAA Rules and, where appropriate, limited by the AAA Consumer Rules. If such costs are determined by the arbitrator to be excessive, you will pay all arbitration fees and expenses. The arbitration may be conducted, at the option of the claimant, either in person or by video conference. The arbitrator will make a decision in writing, but need not provide a statement of reasons unless requested by a party. The arbitrator must follow applicable law, and any award may be challenged within a reasonable period of time (not to exceed 30 days) if the arbitrator fails to do so. Except as otherwise provided in this Agreement, you and DAOLABS may litigate in court to compel arbitration, stay proceedings pending arbitration or to confirm, modify, vacate or enter judgment on the award entered by the arbitrator. Judgment upon any award rendered by the arbitrator(s) may be entered and enforcement obtained thereon in any court having jurisdiction. All arbitration proceedings shall be closed to the public and confidential and all records relating thereto shall be permanently sealed, except as necessary to obtain court confirmation of the arbitration award. Each party shall have the right to participate by video conference in order to minimize travel and expense burdens. Subject to the terms and conditions of these Terms, the arbitrator shall have authority to grant any form of appropriate relief, whether legal or equitable in nature, including specific performance.

**Restrictions/No Class Actions.** You and DAOLABS agree that any claim brought in connection with a Dispute, whether resolved through arbitration or not, will be brought between DAOLABS and you individually, and that you may not assert any such claim against DAOLABS as plaintiff or class Member in any purported class or representative proceeding. To the fullest extent permitted by law, (1) no arbitration shall be joined with any other; (2) no Dispute between you and DAOLABS is to be arbitrated on a class-action basis or will utilize class action procedures; and (3) you may

PLAINTIFF0003852



not bring any Dispute in a purported
representative capacity on behalf of the general
public, other Users of the Site or any other
persons. If this specific provision is determined
to be unenforceable, then the entirety of this
Arbitration section will be null and void.

**Exceptions to Informal Negotiations and
Arbitration.** You and DAOLABS agree that the
following Disputes are not subject to the above
provisions concerning informal negotiations and
binding arbitration:

(1) any Disputes seeking to enforce or protect, or
concerning the validity of, any of your or
DAOLABS' intellectual property rights; and (2) any
claim for injunctive relief.

**Effect of Changes on Arbitration.** Notwithstanding
the provisions of these Terms, if DAOLABS changes
any of the terms of this Arbitration section after
the date you first accepted these Terms (or
accepted any subsequent changes to these Terms),
you may reject any such change by sending us
written notice (including by electronic mail to
the aforementioned Notice Address via
https://chat.blockscan.com/) within 30 days of the
date such change became effective, as indicated in
the "Last Updated" date above or in the date of
DAOLABS' e-mail to you notifying you of such
change (whichever is earlier). By rejecting any
change, you are agreeing that you will arbitrate
any Dispute between you and DAOLABS in accordance
with the terms of this Arbitration section as of
the date you first accepted these Terms (or
accepted any subsequent changes to these Terms.

**Small Claims Court.** Notwithstanding the foregoing,
you may bring an individual action in the small
claims court of your state or municipality if the
action is within that court's jurisdiction and is
pending only in that court.

**Release.** You hereby release DAOLABS, affiliates,
Service Provider, and their successors from
claims, demands, any and all losses, damages,
rights, and actions of any kind, including
personal injuries, death, and property damage,
that is either directly or indirectly related to
or arises from your use of DAOLABS' DAPP.

PLAINTIFF0003853



including but not limited to, any use of any
information, ratings, rankings, scores, tips, or
advice Made Available via DAOLABS' DAPP and any
reliance thereon, of any kind arising in
connection with or as a result of the Agreement or
your use of DAOLABS' DAPP. If you are a California
resident, you hereby waive California Civil Code
Section 1542, which states, "A general release
does not extend to claims that the creditor or
releasing party does not know or suspect to exist
in his or her favor at the time of executing the
release and that, if known by him or her, would
have materially affected his or her settlement
with the debtor or released party." The foregoing
release does not apply to any claims, demands, or
any losses, damages, rights, and actions of any
kind, including personal injuries, death, or
property damage for any unconscionable commercial
practice by a DAOLABS Party or for such party's
fraud, deception, falsehood, promise,
misrepresentation, or concealment, suppression, or
omission of any material fact in connection with
the DAPP or DAOLABS' Site or any Services provided
hereunder.

## 15. Governing Law.

These Terms and all aspects of your use of the
Site shall be governed by and construed in
accordance with the internal laws of the *United
States and the State of Delaware* governing
contracts entered into and to be fully performed
in *Delaware* (i.e., without regard to conflict of
law's provisions) regardless of your location
except that the Arbitration section above shall be
governed by the Federal Arbitration Act. For the
purpose of any judicial proceeding to enforce an
arbitration award or incidental to such
arbitration or to compel arbitration, or if for
any reason a claim proceeds in court rather than
in arbitration, you hereby submit to the non-
exclusive jurisdiction of the state and Federal
courts sitting in *Georgetown, Delaware*, and agree
that service of process in such arbitration or
court proceedings shall be satisfactorily made
upon a party if sent by certified, express or
registered mail addressed to it at the address set
forth in the books and records of DAOLABS, or if
no such address has been provided, by e-mail to

PLAINTIFF0003854



the e-mail address, or by notice via Discord, or
by the aforementioned chat to the Notice Address

provided by the relevant party to DAOLABS in
connection with its use of the Site. With respect
to any Disputes not subject to informal dispute
resolution or arbitration (as set forth above),
you agree not to commence or prosecute any action
in connection therewith other than in the state
and Federal courts located in *Georgetown,
Delaware*, and you hereby consent to, and waive all
defenses of lack of personal jurisdiction and
forum non conveniens with respect to, venue and
jurisdiction in the state and Federal courts
located in *Georgetown, Delaware*. To the extent
non-U.S. laws mandate a different approach with
respect to governing law, venue, statute of
limitation, and dispute resolution method with
respect to certain non-U.S. persons, each such
required standard shall be applied, but all other
provisions under this section shall remain in full
force.

## 16. General.

If any clause or part of any clause of these Terms
is found to be void, unenforceable or invalid,
then it will be severed from these Terms, leaving
the remainder in full force and effect, provided
that the severance has not altered the basic
nature of these Terms.

No single or partial exercise, or failure or delay
in exercising any right, power or remedy by us
shall constitute a waiver by us of, or impair or
preclude any further exercise of, that or any
right, power or remedy arising under these terms
and conditions or otherwise.

If any of the provisions in these Terms are found
to be illegal, invalid or unenforceable by any
court of competent jurisdiction, the remainder
shall continue in full force and effect.

DAOLABS shall not be liable for any unforeseeable
event beyond its reasonable control not caused by
its fault or negligence (each, a "force majeure
event"), which causes DAOLABS to be unable to
perform its obligations under these Terms, and
which it has been unable to overcome by the

PLAINTIFF0003855

which it has been unable to overcome by the
exercise of its due diligence, provided that
DAOLABS shall use reasonable efforts to avoid or



remove such causes of nonperformance, shall
suspend performance only for such period of time
as is necessary as a result of such force majeure
event and shall resume performance as quickly as
reasonably possible.

All disclaimers, indemnities and exclusions in
these Terms shall survive termination of the Terms
and shall continue to apply during any suspension
or any period during which the Site is not
available for you to use for any reason
whatsoever.

These Terms and the documents referred to in them
set out the entire agreement between you and us
with respect to your use of the Site, DAOLABS and
the services provided via the Site and supersede
any and all prior or contemporaneous
representations, communications or agreements
(written or oral) made between you or us.

## 17. Contacting Us.

Should you have any question about these Terms, or
wish to contact us for any reason whatsoever,
please do so by sending a message to DAOLABS'
Discord public channels, or by sending a message
via https://chat.blockscan.com/ addressed to the
Notice Address
eth:0x143cC0A996De329C1C5723Ee4F15D2a40c1203c6,
which has been provided for convenience, or to the
above referenced Service Provider notice address.

---

[1]: Additional domains include: *dao advice.xyz,
dao advisors.xyz, move.xyz, movementdao.org,
movementdao.xyz, movementdao.wtf, mvmtdao.xyz,
themovementdao.xyz, bannymart.xyz, bannyverse.xyz,
juicebox.beer, juicebox.builders, juicebox.cafe,
juicebox.cash, juicebox.click, juicebox.cash,
juicebox.coffee, juicebox.cool,
juicebox.directory, juicebox.domains,
juicebox.engineering, juicebox.fund, juicebox.fyi,
juicebox.lol, juicebox.miami, juicebox.monster,
juicebox.name, juicebox.page, juicebox.plus,
juicebox.wtf, treasury.wtf, treasuries.wtf,
tiles.wtf*

PLAINTIFF0003856

| Previous | Next |
|---|---|
| MOVE Terms of Service | Terms of Service |



PLAINTIFF0003857



LEGAL-TOOLS **DAOLABS**

**Connect Wallet**



    

*Effective Date: September 1, 2022, Last updated: November 13th, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@etherum.email , daolabs.wtf*

*Document: Website Terms of Service*

> (i) This website is available to individuals or projects which use the Juicebox protocol. This Terms of Service is specifically regarding the use of this website.

The following governs your use of all the web pages hosted by <u>daolabs.wtf</u>, and any affiliates or partners owned or managed by DAOLABS (collectively referred to as **"DAOLABS"**, "Legal Resources", "we" or the "Site"). By accessing or using the Site, you expressly agree and consent to the following terms and conditions. If you do not accept the following terms and conditions, then do not use this Site.

# 1. WHO DOES THIS APPLY TO?

This Agreement is applicable to any User who enters the Site. The definition of a "User" is an end-user who either creates a registration on our Site in order to create a form, downloads or prints any information, content, materials or documents (referred to throughout as "Site Content"), whether published by DAOLABS or

1. WHO DOES THIS APPLY TO?

2. WHAT IS YOUR OBLIGATION AS A USER?

3. PENALTIES FOR IMPROPER USE.

4. LICENSE OF SITE CONTENT.

5. WHEN YOU WANT TO UPLOAD/POST OR DISTRIBUTE FORMS AND DOCUMENTS.

6. DAOLABS DOES NOT PROVIDE LEGAL ADVICE.

7. CONTRIBUTIONS OR PAYMENTS.

8. REFUND AND EXCHANGE POLICY.

9. THIRD PARTIES LINKS, PRODUCTS, AND INTEGRATIONS.

10. REPRESENTATIONS AND WARRANTIES.

11. LIABILITY DISCLAIMER.

12. PROPRIETARY RIGHTS.

13. FITNESS FOR USE.

14. BINDING ARBITRATION.

15. MONTHLY SUBSCRIPTIONS (or FREE TRIAL).

16. PRICING CHANGES.

17. GENERAL TERMS.

PLAINTIFF0003858

created by the User or makes use of any of the
Site's services. A User also includes anyone who
uses any of our products or tools without
registering on our Site. These Terms of Use apply
to all Site Content and services made available
through the Site at any time, including those not
available as of the "Effective Date" above.



## 2. WHAT IS YOUR OBLIGATION AS A USER?

You represent that you are at least 18 years of
age and are not prohibited from receiving
services under the laws of the applicable
jurisdiction. You agree to provide accurate and
complete information on the Site's registration
form. You acknowledge that DAOLABS owns your
account and that you have no ownership rights to
your account. You agree to abide by the following
rules:

- You agree not to disseminate your user name
  or password and that you are responsible for
  maintaining the confidentiality of your user
  name and password to protect your personal
  information. Whether you authorize it or
  not, you are responsible for any and all
  uses of your registration.
- You agree to notify DAOLABS immediately of
  any unauthorized use of your registration
  and password.
- You agree not to present DAOLABS Site
  Content (or permit Site Content to be
  presented) in such a way that it appears to
  be available from a third-party Web site.
- You agree to not delete or revise any
  material posted by others.
- You agree to not breach or attempt to breach
  the security measures incorporated in the
  Site or access data not intended for your
  use.
- You agree to not log into a server or
  account which you are not authorized to use.
- You agree that you will not use the Site to
  advertise or offer to sell or buy any goods
  or services.
- You agree to not use the Site for any
  unlawful purpose or in any manner that would

PLAINTIFF0003859

violate international, federal, or local
laws or regulations.



- You agree not to interfere with the service
  to any User, host, or network.
- You agree not to modify, reverse engineer,
  decompile, translate or disassemble any
  portion of the Site. · You agree not to
  forge any TCP/IP packet header or any part
  of the header information in any e-mail or
  posting.
- You agree to access the Site only through
  the interfaces provided by the Site using a
  web browser.- - You agree to not use the
  software, devices, script robots, other
  means or processes to access, "scrape,"
  "crawl," or "spider" any web pages or other
  services contained in or on the Site. · You
  agree to not use or copy information,
  content or any data you view on and/or
  obtain from the Site to provide any service
  that is competitive with the Site.
- You agree to report inappropriate postings
  or conduct to DAOLABS.
- You agree to not

  - (i) copy, print (except for the
    express limited purpose
    permitted), republish, display,
    distribute, transmit, sell, rent,
    lease, loan or otherwise make
    available in any form or by any
    means all or any portion of the
    Site or any Site Content retrieved
    therefrom without DAOLABS' express
    written permission;
  - (ii) use the Site or any materials
    obtained from the Site to develop
    or as a component of, any
    information, storage and retrieval
    system, database, information
    base, or similar resource (in any
    media now existing or hereafter
    developed), that is offered for
    commercial distribution of any
    kind, including through sale,
    license, lease, rental,
    subscription, or any other
    commercial distribution mechanism.

PLAINTIFF0003860



To the extent you use or obtain a contract, application, agreement, or other Site Content from

DAOLABS, its licensors, or the Site, all such information is intended by DAOLABS for personal use by individual consumers only.

# 3. PENALTIES FOR IMPROPER USE.

Your violation of any of these Rules may result in civil or criminal liability. DAOLABS will investigate occurrences relating to such violations and may involve and cooperate with law enforcement authorities in prosecuting Users involved in such violations. If DAOLABS determines you misled DAOLABS or violated these rules or the Terms of Use, we reserve the right to terminate this Agreement and your use of the Site. DAOLABS is under no obligation to monitor the conduct of its Users, but it may investigate and respond when violations are reported. It is your responsibility to ensure that your use of the Site complies with these Terms of Use and all applicable laws.

# 4. LICENSE OF SITE CONTENT.

DAOLABS grants you a non-exclusive, non-transferable, revocable license to:

- access and use the Site strictly in accordance with this Agreement;
- use the Site solely for personal, non-commercial uses;
- share your content with friends, relatives and trusted advisors for the purpose of assisting you with your personal
- print information from the Site solely for personal, non-commercial purposes maintaining all copyright and other policies contained therein.

# 5. WHEN YOU WANT TO UPLOAD/POST OR DISTRIBUTE FORMS AND DOCUMENTS.

PLAINTIFF0003861

Your submission of information to the Site, including the uploading of Documents is also



governed by DAOLABS' Privacy Policy, the terms of which are fully incorporated by reference herein. You agree that you are solely responsible for the content of any Document you post to the Site and any consequences arising from such posting. In order to maintain Site integrity and a positive Site experience for all, the following rules apply:

Your Documents may not contain:

- (i) confidential or private information belonging to others;
- (ii) material that infringes on intellectual property rights, or violates the privacy or publicity rights of others;
- (iii) anything sexually explicit, obscene, libelous, defamatory, threatening, harassing, abusive, or hateful;
- (iv) anything offensive to another person or entity;
- (v) anything that may give rise to criminal or civil liability,
- (vi) anything providing instructional information about illegal activities;
- (vii) any computer code, file, or program that is harmful or invasive or may damage or hijack the operation of, or to monitor the use of, any hardware, software or equipment; or
- (viii) any unauthorized advertising, promotional material, "junk mail," "spam," "chain letter," "pyramid scheme" or investment opportunity, or any other form of solicitation.

You may not use your Documents to:

- (i) impersonate another person, living or dead;
- (ii) post false, inaccurate or misleading information;
- (iii) post advertisements;
- (iv) post chain letters or pyramid schemes;
- (v) post opinions or notices, commercial or otherwise; or
- (vi) restrict the ability of any other

PLAINTIFF0003862

- (vi) restrict the ability of any other person to use the Site.

If you have an idea or information that you want to remain confidential or do not want others to use, or that is subject to third party rights that may be infringed by your sharing it, do not post it to any portion of the DAOLABS' Site or to any other site through DAOLABS.



**DAOLABS IS NOT RESPONSIBLE FOR A USER'S MISUSE OR MISAPPROPRIATION OF ANY CONTENT OR INFORMATION POSTED ON OR THROUGH OUR SITE.**

DAOLABS has no obligation to review Documents posted on the Site, but it may do so in its sole discretion. Documents found to violate these Terms of Use may be removed at DAOLABS' sole discretion and may result in DAOLABS terminating your use of the Site or our services.

**Special Terms Related To Profiles and Documents:**
As part of the services offered on our Site, DAOLABS permits the creation of an electronic profile for individuals who register for the Site ("Profiles"). These profiles may include graphics, images, text, or data. DAOLABS does not screen or review any of the User-posted/uploaded materials to determine suitability for any purpose. In addition, DAOLABS shall not be considered an agent for anyone submitting a Document or other materials through the Site or any company that may view a person's Document or materials through the Site. Nothing herein shall be construed to create an employer-employee, agency, or other relationship between DAOLABS and any individual or entity. DAOLABS has no responsibility for, control over or liability related to anyone using this Site or any Document posted or uploaded to the Site. The Site is merely a venue for Users to create and edit Documents and for others to view Documents when the User provides permission. DAOLABS does not review, screen, edit or monitor the Documents posted on our Site or make any judgments about or selections of Documents or individuals. DAOLABS is not a party to any transaction between Users through the Site and has no control over the Documents or the quality, truth, accuracy,

PLAINTIFF0003863

reliability, completeness, or timeliness of such
materials. DAOLABS makes no representations or

warranties about any material Users post on our
Site.

# 6. DAOLABS DOES NOT PROVIDE LEGAL ADVICE.

DAOLABS is not a law firm. By using this Site,
you acknowledge and agree that DAOLABS and its
affiliates are not providing legal advice or
acting as your attorney, and you assume full
responsibility for any consequences and costs
associated with your use of this Site and as it
relates to your legal matters. No attorney-client
relationship or privilege is created with
DAOLABS. DAOLABS strives to keep its legal
documents accurate, current, and up-to-date.
However, because the law changes rapidly, DAOLABS
cannot guarantee that all of the information on
the Site or downloadable documentation is
completely current. The law is different from
jurisdiction to jurisdiction and may be subject
to interpretation by different courts. The law is
a personal matter, and no general information or
legal tool like the kind DAOLABS provides can fit
every circumstance. Furthermore, the legal
information contained on the Site or downloadable
documentation is not legal advice and is not
guaranteed to be correct, complete, or up-to-
date. Therefore, if you need legal advice for
your specific problem, or if your specific
problem is too complex to be addressed by our
tools, you should consult a licensed attorney in
your area. **If prior to your payment, you believe
that DAOLABS is giving you any legal advice,
opinion or recommendation about your legal
rights, remedies, defenses, options, selection of
forms or strategies, you will not proceed with a
payment, and any payment that you do make will be
null and void.** DAOLABS is not a party to any
agreement that you enter into as a result of the
use of any Document that you create, use, or
download from the Site. Use of the Site and any
Document does not constitute an attorney-client
relationship, joint venture, or partnership
between DAOLABS and any User or third party.

PLAINTIFF0003864

# 7. CONTRIBUTIONS OR PAYMENTS.



Use of the DAOLABS services is free for individuals or Cryptographic Addresses related to the Juicebox Protocol. Individuals who have created a Juicebox Project, or are related to a Payout Address, Reserved Rate Address shall be given access to the DAOLABS Legal Resources services.

At this time separate payment or billing is not an option, however, they may be added in the future. The following section relates to our agreement as it relates to any future payment or billing services.

In order to use our services that have fees associated with them, you must provide accurate billing and payment information. You agree to pay DAOLABS for all charges incurred as a result of your use of the Site, including all applicable taxes, fees, and surcharges. You authorize DAOLABS to bill your designated payment method for such charges. If DAOLABS, for any reason, does not receive payment from your designated payment method, you agree to pay all amounts due upon demand by DAOLABS or its vendor. Every time you use the Site, you reaffirm that

- *(i) DAOLABS (or its billing agent) is authorized to bill your chosen payment method;*
- *(ii) DAOLABS may submit charges incurred under your account for payment; and*
- *(iii) you will be responsible for such charges.*

DAOLABS may use a domestic or an international third-party payment service, the latter of which could result in international transaction fees billed to your credit card, (collectively, the "Payment Service"), to collect payments for all fees. Any international transaction fees that you may incur are charged by your bank and not by DAOLABS. All questions concerning such fees should be directed towards your bank. Any information you provide us in connection with the payment that we provide to the Payment Service will be subject to the Payment Service's user

PLAINTIFF0003865

will be subject to the Payment Service's
agreement and privacy policy, not this Agreement
or our Privacy Policy. You acknowledge and agree

that DAOLABS is not liable for the Payment
Service's services, its site, or any acts or
omissions of the Payment Service.

The Price and availability of any product or
service offered through the Site are subject to
change without notice. Refunds and exchanges will
be subject to DAOLABS' refund and exchange
policies then in effect. You agree to pay all
charges incurred by you or on your behalf through
the Site, at the price(s) in effect when such
charges are incurred, including without
limitation, any applicable taxes.

# 8. REFUND AND EXCHANGE POLICY.

DAOLABS currently does not offer refunds or
exchanges for any of its services. DAOLABS
reserves the right to change this policy at any
time. For specific questions regarding our refund
and exchange policy, please contact us at
m@daolabs.xyz or
0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethere
um.email

# 9. THIRD PARTIES LINKS, PRODUCTS, AND INTEGRATIONS.

Third parties may offer or provide materials
through the pages on our Site. You also may
obtain access to other sites on the Internet
through the pages on our Site. By providing this
service, DAOLABS is not undertaking any
responsibility or liability for information or
publications of third parties on the Internet
even if you access them through these pages. The
use of these third-party services/ add-ons
require customers to agree to additional terms
and conditions. Your dealings with, or
participation in promotions of, advertisers found
on or through the Site, including payment and
delivery of related goods or services and any
other terms, conditions, warranties or
representations associated with such dealings,
are solely between you and that third party.

PLAINTIFF0003866

are solely between you and that third party.
DAOLABS is not responsible in any way for
customer's data once it is transmitted, copied,

or removed from our site by the customer or under
direction or control of the customer. DAOLABS
does not warrant or support any third-party
content or services, you agree that DAOLABS shall
not be responsible or liable for any loss or
damage of any sort incurred as the result of any
such dealings or as the result of the presence of
such third parties' links and/or ads or third
party products and services on the Site and
DAOLABS expressly disclaims any responsibility or
liability for any material communicated by third
parties through these pages or for any claims,
damages or losses resulting from the use thereof.
We and/or third-parties may make available
through the Site message boards, chat
functionality and comment features to which you
are able to post information and materials (each,
a "Forum").

**PLEASE BE AWARE THAT SUCH FORUMS MAY BE PROVIDED
BY A THIRD PARTY, AND MAY BE SUBJECT TO THE TERMS
AND CONDITIONS OF SUCH THIRD PARTY AS WELL AS
THIS AGREEMENT**

DAOLABS does not warrant or support any third-
party content or services and disclaims all
liability for these items and their access to
DAOLABS services, including their modification,
deletion, or collection of customer data.

# 10. REPRESENTATIONS AND WARRANTIES.

DAOLABS makes no representations or warranties
with regard to the Site Content (including,
without limitation, third party material) or
communications from Customer Service
representatives, all of which are provided on an
"as is" and/or "as available" basis. DAOLABS
hereby disclaims all warranties, express or
implied, including without limitation the implied
warranties of merchantability and fitness for a
particular purpose. DAOLABS makes no
representations or warranties that the services
provided by the Site or any customer service

PLAINTIFF0003867

representatives will be uninterrupted or error-
free, that defects will be corrected, or that the
pages or the server that makes them available are



free from viruses, worms or other harmful
components. If your use of the Site results
directly or indirectly in the need for servicing
or replacing equipment or data, DAOLABS is not
responsible for such costs. DAOLABS also makes no
representations or warranties as to whether the
information accessible via these pages or
customer service representatives, including
information posted by Users or third parties, is
accurate, complete, current, reliable or
truthful. DAOLABS assumes no responsibility for
the timeliness, deletion, mis-delivery, or
failure to store any User communications or
personalization settings. Nothing on the Site
shall be considered an endorsement,
representation, or warranty with respect to any
User or third-party, any website, product,
service, experience, recruiting, hiring, or
otherwise. No advice or information obtained by
any User from DAOLABS or its personnel shall
create any warranty not expressly provided for in
this Agreement. You agree that any reliance on
materials/information posted by Users or on any
other form of communication with Users will be at
your own risk. DAOLABS acts as, among other
things, a portal for the online distribution and
publication of User submitted information and has
no obligation to screen communications or
information in advance and is not responsible for
screening or monitoring User posted material or
information, although it reserves the right to do
so. DAOLABS makes no representations or
guarantees regarding the effectiveness or
timeliness of the Site Content in meeting
objectives of Users. DAOLABS does not guarantee
that Documents created, checked or reviewed using
the Site, Documents written by DAOLABS or
materials posted by Users will result in an
agreement, contract or successful application,
for whatever reason made, made by any User or
third party. You hereby represent and warrant
that you

- (i) are using the Site Content solely for
  your own personal use and not for any
  business or research purpose;

PLAINTIFF0003868



- (ii) are not a human resource specialist, researcher, hiring manager or another similar employee of a business or organization that is accessing employment hiring or firing Site Content for use in your job duties or for the benefit of your employer or organization;
- (iii) will not use the Site Content for commercial purposes and will not aggregate, redistribute or otherwise transmit the Site Content to any other individual or entity; and
- (iv) will not use (or plan, encourage or help others to use) the Site for any purpose or in any manner that is prohibited by this Terms of Use Agreement or by applicable law.

## 11. LIABILITY DISCLAIMER.

YOU EXPRESSLY UNDERSTAND AND AGREE THAT DAOLABS AND ITS PARENT, SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS OR ANYONE ELSE WHO HAS BEEN INVOLVED IN THE CREATION, PRODUCTION, OR DELIVERY OF THESE PAGES, SERVICES, AND SITE CONTENT SHALL NOT BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA (INCLUDING, WITHOUT LIMITATION, ANY DOCUMENTS WRITTEN OR CREATED BY DAOLABS, AND ANY OTHER USER INFORMATION PROVIDED IN CONNECTION THEREWITH) OR OTHER INTANGIBLE LOSSES (EVEN IF DAOLABS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (a) THE USE OR THE INABILITY TO USE THE SITE; (b) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION OR SERVICES PURCHASED OR OBTAINED OR MESSAGES RECEIVED OR TRANSACTIONS ENTERED INTO THROUGH OR FROM THE SITE; (c) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (d) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE SITE; OR (e) ANY OTHER MATTER RELATING TO THE SITE OR THE SITE CONTENT. DAOLABS RESERVES THE RIGHT AT ANY TIME TO MODIFY OR DISCONTINUE, TEMPORARILY OR PERMANENTLY, THE SITE (OR ANY PART THEREOF) WITH OR WITHOUT NOTICE. YOU AGREE THAT DAOLABS SHALL NOT BE

PLAINTIFF0003869



LIABLE TO YOU OR TO ANY THIRD PARTY FOR ANY
MODIFICATION, SUSPENSION OR DISCONTINUANCE OF THE
SITE. IF ANY LIMITATIONS ARE HELD INAPPLICABLE OR

UNENFORCEABLE FOR ANY REASON, THEN DAOLABS'S
MAXIMUM LIABILITY TO YOU FOR ANY NON-DIRECT TYPE
OF DAMAGES SHALL BE LIMITED TO U.S. $50.00 IN THE
AGGREGATE. IN NO EVENT SHALL DAOLABS (ITS PARENT,
SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES,
AGENTS, PARTNERS, AND LICENSORS OR ANYONE ELSE
WHO HAS BEEN INVOLVED IN THE CREATION,
PRODUCTION, OR DELIVERY OF THESE PAGES), BE
LIABLE FOR ANY DIRECT DAMAGES IN EXCESS IN THE
AGGREGATE OF U.S. $50.00 OR FIVE TIMES THE AMOUNT
OF YOUR MOST RECENT MONTHLY PAYMENT (IN THE EVENT
YOU ARE A PAYING SUBSCRIBER), WHICHEVER IS LESS.
IF ANY PART OF THE EXCLUSIONS OF DAMAGES OR
LIMITATIONS OF LIABILITY SET FORTH HEREIN IS
UNENFORCEABLE UNDER APPLICABLE LAW, DAOLABS'S
AGGREGATE LIABILITY RELATED THERETO WILL BE
LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW,
EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.
DAOLABS CANNOT AND DOES NOT CHECK EACH USER'S
IDENTITY. WE ARE NOT INVOLVED IN USER-TO-USER
DEALINGS NOR DO WE CONTROL THE BEHAVIOR OF
PARTICIPANTS ON ANY SITE. THEREFORE, IN THE EVENT
THAT YOU HAVE A DISPUTE WITH ONE OR MORE USERS,
YOU RELEASE DAOLABS (AND OUR AGENTS AND
EMPLOYEES) FROM CLAIMS, DEMANDS AND DAMAGES
(ACTUAL AND CONSEQUENTIAL AND DIRECT AND
INDIRECT) OF EVERY KIND AND NATURE, KNOWN AND
UNKNOWN, SUSPECTED AND UNSUSPECTED, DISCLOSED AND
UNDISCLOSED, ARISING OUT OF OR IN ANY WAY
CONNECTED WITH SUCH DISPUTES. IF YOU ARE A
CALIFORNIA RESIDENT, YOU WAIVE CALIFORNIA CIVIL
CODE SECTION 1542, WHICH SAYS: "A GENERAL RELEASE
DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES
NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR
AT THE TIME OF EXECUTING THE RELEASE, WHICH IF
KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED
HIS OR HER SETTLEMENT WITH THE DEBTOR."

## 12. PROPRIETARY RIGHTS.

The Site and all rights, title, and interest in
and to the Site is the sole property of DAOLABS
and/or its Affiliates or licensors, and is
protected by U.S. copyright and international
treaties. " DAOLABS " and the DAOLABS design logo

PLAINTIFF0003870

may be registered service or trademarks.
related products and service names, design marks,
and slogans are also the service marks or



trademarks of DAOLABS. In addition, the "look"
and "feel" of the Site (including color
combinations, button shapes, layout, design, and
all other graphical elements) are protected by
DAOLABS' trademarks, service marks, and
copyrights. Each User retains ownership of any
materials the User submits through the Site
(each, a "Submission"). However, in order to make
Submissions available on the Site and to best
provide you with services tailored to such
Submissions, DAOLABS require certain rights to
User Submissions. By submitting materials to our
Site, including Documents, the User grants to
DAOLABS and its designees a worldwide, non-
exclusive, transferable, royalty-free, fully paid
up, perpetual, irrevocable right and license,
without compensation or further notice to you:
(i) to use, reproduce, distribute, adapt, edit,
modify, create derivative works of, publicly
display and publicly perform such Submission, and
the contents of such Submission, in any media now
known or hereafter developed, for DAOLABS's
business, marketing and promotional purposes and
(ii) to sublicense the foregoing rights, through
multiple tiers, to the maximum extent permitted
by applicable law; provided however, such rights
shall be subject to any restrictions or
limitations established by the User in connection
with the creation or maintenance of such Document
(for example, if you limit availability of your
Document, DAOLABS will use commercially
reasonable efforts to ensure that the
availability of your Document complies with the
settings you selected). By way of further
explanation, DAOLABS would not be able to perform
many of the services we offer without your
granting DAOLABS these rights. For example,
without the right to "adapt," we would be unable
to make the necessary changes to the Submissions
so that the Submissions meet our technical
criteria; without the right to reproduce, we
would be unable to make copies of Submissions on
our servers to post the Submissions. For each
Submission, you represent and warrant that you
have all rights necessary for you to grant the
licenses as set forth in this section and that

PLAINTIFF0003871

such Submission through the Site complies with all applicable laws, rules, and regulations. You acknowledge that you are solely responsible for verifying any and all information contained in any Submission, including, without limitation, confirming your own data, terms, or language, and that DAOLABS is not responsible for correcting any information provided to any third party. You further irrevocably waive any "moral rights" or other rights with respect to attribution of authorship or integrity of materials regarding each Submission that you may have under any applicable law under any legal theory. If you have a good faith belief that materials available on the Site infringe your copyright, send DAOLABS a notice requesting that we remove the material or block access to it and we will investigate the claim and inform you of the results.



## 13. FITNESS FOR USE.

DAOLABS makes no representation as to appropriateness or availability for use of any of its Site Content in any particular location. Those who choose to access these pages do so on their own initiative and are solely responsible for compliance with local laws.

## 14. BINDING ARBITRATION.

THIS SECTION PROVIDES FOR RESOLUTION OF DISPUTES THROUGH FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR INSTEAD OF IN A COURT BY A JUDGE OR JURY.

If any dispute arises, you must first contact DAOLABS by e-mail at m@daolabs.wtf, so that we can endeavor to resolve the issue. In the event that we cannot resolve a dispute within thirty (30) days of notification, then all disputes arising under or relating to this Agreement shall be settled by arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules and Supplementary Procedures for Consumer-Related Disputes ("Supplementary Procedures") as it may be amended from time to time.

PLAINTIFF0003872

# 15. MONTHLY SUBSCRIPTIONS (or FREE TRIAL).

Pricing for DAOLABS Legal Resources has not been determined. While the services are currently free, they may change in the future. At this time access and use to this website is limited to individuals who have created a Juicebox project, thus access to the site may be limited to wallets or individuals who are associated with a Juicebox project either as a project owner or project member.



# 16. PRICING CHANGES.

Effective: August 22, 2022, DAOLABS published pricing or restrictions of the following products: Subscription: Juicebox Protocol project with 5 ETH

A grace period of 90 days after the effective date will be provided to all individuals regardless of ownership of a Juicebox project NFT.

DAOLABS shall have the right to increase prices from time to time. Any such price change shall not apply to subscriptions or purchases submitted before August 22, 2019, unless the User stops for any reason making payments after August 22, 2019. DAOLABS will notify the User (not applicable to PayPal customers) to remind him or her to make the respective payments. If User declines to make such payments, User will no longer have the right to remain with the price made available to User before August 22, 2019, and will be subject to the new pricing structure. For Users that have registered using 3rd party payment facilitator, please refer to those Legal Agreements for the 3rd party Services.

# 17. GENERAL TERMS.

- **Entire Agreement.** This Terms of Use Agreement constitutes the full agreement between you and DAOLABS and governs your use of the Site, superseding any prior agreements between you and DAOLABS with

PLAINTIFF0003873

respect to the Site.

- **User Remedies.** You acknowledge that, except as expressly provided elsewhere in this

  Agreement, your only right with respect to any dissatisfaction with any modification or discontinuation of service made by DAOLABS or any policies or practices in providing this Site or our products, including without limitation any change in content or any change in the amount or type of fees or charges associated with our products, is to cancel your subscription or user account, as applicable. In no event shall you seek or be entitled to rescission, injunctive or other equitable relief, or to enjoin or restrain the operation of the DAOLABS' services.

- **Choice of Law and Forum.** The Terms of Use and the relationship between you and DAOLABS shall be governed by the laws of the State of Washington without regard to its conflict of law provisions. You and DAOLABS agree to submit to the personal and exclusive jurisdiction of the courts located within the county of King, Washington. You agree to defend, indemnify, and hold harmless DAOLABS (and its officers, directors, employees, and agents) from and against any third-party claims, actions or demands (including, without limitation, costs, damages, and reasonable legal and accounting fees) alleging or resulting from or in connection with your use of the Site.

- **Waiver and Severability of Terms.** The failure of DAOLABS to exercise or enforce any right or provision of the Terms of Use shall not constitute a waiver of such right or provision. In the event that any provision of the Terms of Use is found by a court of competent jurisdiction to be invalid, the parties agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms of Use shall remain in full force and effect.

- **Statute of Limitations.** You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Site



PLAINTIFF0003874



or the Terms of Use must be filed within one (1) year after such claim or cause of action arose or be forever barred. DAOLABS reserves the right to update or amend these Terms of Use at any time without notice.

- **Term and Termination.** This Agreement is effective until terminated. DAOLABS, at its sole discretion, may terminate your access to or use of the Site, at any time and for any reason. Such termination, including deactivation or deletion of your password and user name, and all related information and files associated with it may happen without prior notice. DAOLABS is not liable to you or any third party for any termination of your access to the Site or to any such information or files and shall not be required to make such information or files available to you.
- **For purposes of service messages and notices about the services to you, notice shall consist of an e-mail from DAOLABS to the e-mail address associated with your account, regardless of any other information we may have. DAOLABS shall have no liability associated with your failure to maintain accurate contact information.**
- **Customer Service.** No customer service representatives used by DAOLABS are permitted to bind the company or contravene this Terms of Use Agreement. In addition, DAOLABS expressly disclaims any liability for information provided by its customer service representatives to the extent the information is inconsistent with the information set forth herein.
- **Section Titles.** Section titles in this Terms of Use Agreement are for convenience only and have no legal effect ·
- **Privacy Information.** Please review our complete Privacy Policy which is fully incorporated by reference into this Terms of Use Agreement. If you have questions about any of the provisions described above, please contact us at the above e-mail address.

Previous
DAOLABS Terms of

Next
GitBook Excerpts

PLAINTIFF0003875

Service

PLAINTIFF0003876

 LEGAL-TOOLS  **DAOLABS**

**Connect Wallet**



    

*Effective Date: January 1, 2022, Last updated: December 20, 2022,*
*0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email , daolabs.wtf Document: Movement GitBook Excerpts.*

> (i) The following <u>MOVEMENT GitBook</u> excerpts, published on February 2, 2022, are provided for reference.

# Page 4

> ⚠️  $MOVE Governance tokens are not to be deemed or interpreted to be representative of any kind of: Currency, legal tender, money or deposit
>
> - Investment (whether secured or unsecured), equity interest, proprietary interest and economic rights
> - Equity, debt or hybrid instrument, security collective investment scheme managed fund, financial derivative, futures contract, deposit, commercial paper, negotiable instrument, investment contract, note, bond, warrant, certificate or instrument entitling the holder to interest, dividends or any kind of return, nor

Page 4

Page 5

Page 8

  Movement DAO Membership

Page 22

  Slow Start

Page 31

Page 31

Page 55

  Security

    Slow Start

    Vetoer

Page 69

  FAQ

Page 84

Page 92

  Terms of Use

    Disclaimer

    Overview

    How You Accept These Terms

    Eligibility

    Your Account With Movement DAO

    Intellectual Property

    Your Use of Our Services

    Limitation of Liability

    Warranty Disclaimer

    Indemnification (or What

PLAINTIFF0003877

dividends or any kind of recurring or
any other financial instrument; or...

- Right, title, interest or benefit
  whatsoever in whole or in part, in any
  person or property, or any assets

⚠️  $MOVE Governance tokens are not
guaranteed or secured by any person, asset
or entity in any way. The team is not under
any obligation to issue replacement tokens
if they are lost, stolen, destroyed, or
otherwise inaccessible for any reason.

*Id.*

⚠️  $MOVE Governance tokens are not
guaranteed or secured by any person, asset
or entity in any way. The team is not under
any obligation to issue replacement tokens
if they are lost, stolen, destroyed, or
otherwise inaccessible for any reason.

# Page 5

⚠️  $Movement tokens are not to be
deemed or interpreted to be representative
of any kind of:

- Currency, legal tender, money or
  deposit
- Investment (whether secured or
  unsecured), equity interest,
  proprietary interest and economic
  rights
- Equity, debt or hybrid instrument,
  security collective investment scheme
  managed fund, financial derivative,
  futures contract, deposit, commercial
  paper, negotiable instrument,
  investment contract, note, bond,
  warrant, certificate or instrument

Happens If You Get Us Sued*)

Time Limitation on Claims

Governing Law

Note to International
Users

Termination

No Waiver

Severability

Mandatory Arbitration &
Waiver of Right to Class
Action

Force Majeure

Entire Agreement

PLAINTIFF0003878

entitling the holder to interest,

dividends or any kind of return, nor
any other financial instrument; or...
- right, title, interest or benefit
whatsoever in whole or in part, in any
person or property, or any assets

⚠️  $Movement tokens are not guaranteed
or secured by any person, asset or entity
in any way. The team is not under any
obligation to issue replacement tokens if
they are lost, stolen, destroyed, or
otherwise inaccessible for any reason.



# Page 8

## Movement DAO Membership

In addition to participating in the community to
brainstorm, weed out, and distill the very best
$(Movements), $MOVE members are responsible for
proposing and voting on the following:

1. How the endowment, long term, and short term
   funds are allocated,
2. Scoping out and executing upon the mission
   and vision of the DAO,
3. Engage and foster community in both as a
   steward of the endowment but in the tooling
   in which the DAO invests its time and energy
   to enable its members.

Movement DAO membership is required by the
communities which use its platform to create
$Movements, is given to individuals who are
stewarding it mission and goals, and is available
to people who choose to help fund its treasury
directly during the initial endowment seed or by
acquiring its token on the secondary market.

# Page 22

## Slow Start

PLAINTIFF0003879

Until Movement DAO is able to operate with
confidence for some time, the following safe

guards were put into place until the community
deems them unnecessary. The safe guards are
encoded into the adapters and extension smart
contracts.



1. Financial transactions are handled after any
   votes by an IRL law firm *(dao-lawfirm.eth)*
   acting as a service provider.
2. DAO founders may elect to operate with a
   Vetoer role which may veto any pending
   proposal.*
3. A number of Movement DAO's Gnosis Safe
   signers are publicly known individuals.**

- dao-lawfirm, IRL Law Office of Reed Yurchak,
  was appointed the Service Provider ** dao-
  lawfirm.eth and tankbottoms.eth

# Page 31

How do I know the token launch is fair?

Movement DAO cares deeply about building healthy
communities. Therefore, an ethical token release
is core to our mission. Movement DAO is taking
the following steps to ensure a transparent,
equitable, and community oriented launch:

1. When transferring tokens from the bonding
   curve wallet into the movement vault, the
   community has the right to veto the
   destination address. Therefore, community
   funds cannot be moved without community
   approval.
2. A registered law firm acts as a signatory on
   the funds wallet. They **therefore owe a
   fiduciary duty to the movement and will
   employ their expertise to ensure that no
   funds are moved in violation of the movement
   rules and no requests for funding would be
   indicative of fraudulent activity.**
3. Tokens will not be distributed without
   community approval. The community will have
   72 hours to review the Merkel airdrop list.
4. Funds raised from the movement bonding curve
   go into an endowment as opposed to a liquid

PLAINTIFF0003880

spending pool. This endowment helps to
preserve long term funding for the project.

# Page 31

Movement DAO has earmarked 5% of tokens for the
community and will distribute over **$1,000,000** in
tokens over the first year directly for community
contributions.

# Page 55

# Security

## Slow Start

Until Movement DAO is able to operate with
confidence for some time, the following safe
guards were put into place until the community
deems them unnecessary. The safe guards are
encoded into the adapters and extension smart
contracts.

1. Financial transactions are handled after any
   votes by a IRL law firm acting as a service
   provider.
2. DAO founders may elect to operate with a
   Vetoer role which may veto any pending
   proposal.
3. A number of Movement DAO's Gnosis Safe
   signers are publicly known individuals.

## Vetoer

Until Movement DAO is able to operate with
confidence for some time, the following safe
guards were put into place until the community
deems them unnecessary. The safe guards are
encoded into the adapters and extension smart
contracts.

1. Financial transactions are handled after any
   votes by a IRL law firm acting as a service
   provider.
2. DAO founders may elect to operate with a
   Vetoer role which may veto any pending
   proposal.
3. A number of Movement DAO's Gnosis Safe

PLAINTIFF0003881

5. A number of movement DAO's chosis of its
   signers are publicly known individuals.

# Page 69

# FAQ

### What is an "initiative"?

Initiatives are projects proposed by the movement
community. Token holders vote on which
initiatives receive funding. Funding is provided
by the reserve pool & direct tributes. Funding is
distributed incrementally when predetermined
milestones are achieved. Initiatives are proposed
with those milestones.

### What are the differences between $MOVE and $(Movement) tokens?

MOVE tokens represent the potential to mint new
movements and influence how the entire system is
governed. In addition, the MOVE token is the
native currency used to purchase movement tokens.
Given this powerful utility and the inherent
demand for $MOVE tokens, this token has the
potential to appreciate in value over time as the
ecosystem grows. The $MOVE ecosystem also earns
movement tokens for each newly minted movement
and revenue generated through network activity
tributes. Revenue generated through network
tribute goes towards the MOVE enDAOment.

### What is a Defi Endowment?

The Defi Endowment is a pool of tokens (both
$MOVE and $(Movement) tokens) that are owned by
the governance DAO. This pool of assets is used
to permanently generate income for funding
movements and their initiatives. Income is
generated through network activity related to
trading and swapping of tokens, as well as yield
farming of stablecoin assets.

### What are the benefits for token holders?

Movement tokens have the potential to accrue
value over time, as the price is directly tied to
the growth of a movement community. Movement

PLAINTIFF0003882

4/12/23, 2:39 PM    Case 1:23-cv-20727-RKA    Document 106-51    Entered on FLSD Docket 06/09/2023    Page 347
                                                                    move-gitbook-excerpts.md
                                                                    of 371

communities have the flexibility to set their own
economic design including variables such as
bonding curves, transaction tributes, vesting,

and deflation. Movement tokens also represent
voting rights for governance and funding
initiatives. Like $MOVE token holders,
$(Movement) token holders are incentivized to
take action against malicious actors in their
communities.



### How are tokens distributed?

Both $MOVE and $(Movement) tokens are distributed
via a mechanism called a bonding curve. A bonding
curve is an encoded formula that determines the
price of each incremental token that is minted
(purchased) or burned (sold) based on the total
supply. Instead of minting a large supply of
tokens at the onset of the project, Movement DAO
uses this minting and burning mechanism so that
these communities are formed, grow and thrive as
decentralized communities from the beginning. The
bonding curve is not only ideal for ensuring
decentralization, fairness, and stability, it is
also an important element used for continuous
funding for movements.

### Why should I trust this platform?

The system is built in a way that designs bad
behavior out of the system by using carefully
designed incentive systems. First, the use of
bonding curve token distribution ensures that the
project will be decentralized and community owned
from the beginning. The founders tokens will be
locked for 6 years from launch, meaning there is
no return on investment to the founders until the
platform is fully built, operational and
successful in its objectives. The system also
establishes trust with its community by adopting
state of the art mechanism design concepts. We
have built this system on the shoulders of
giants. Users can rest assured that the
underlying code has been audited for
functionality and security.

# Page 84

Token Sale and Use

PLAINTIFF0003883

Page 92

# Terms of Use

**Movement DAO takes the law very seriously. All individuals who engage with the Movement DAO platform should understand the legal disclaimers.** Have fun.

## Disclaimer

Movement DAO seeks to be as diligent as possible in compiling and updating the information on its website. **However, there is no guarantee of the correctness and completeness of the information provided herein. Equally, the DAO does not guarantee that this information is always up-to-date and such information is subject qualify to change without prior notice.**

Certain capitalized terms are described in the Glossary and above in the FAQ. The FAQs is a summary based on the information found on this site or provided to the members by the DAO. Members should consult his or her own tax, financial, and legal advisors prior to making any investment in the DAO. Nothing in these FAQs shall be considered to be tax, financial, or legal advice to any member purchasing tokens or otherwise contributing to the DAO. For questions, please reach out to https://move.xyz.

Welcome to Movement DAO! Please read these Terms of Use (the "Agreement" or "Terms") carefully, along with any other policies or notices and our Privacy Policy (defined below) located at https://move.xyz, as they lay out the rules, terms, and guidelines for you to follow when using and accessing our website or participating in the DAO. This Agreement governs your use of Movement DAO and constitutes a legally binding agreement between each user ("you," "your," or "User") and Movement DAO ("we," "us," or "our"...

**We may revise these Terms at any time without notice to you.** If you have any questions about these Terms, please contact us at https://move xyz In order to be a contributor to Movement DAO

PLAINTIFF0003884



or purchase tokens on the DAO, you must register for and maintain an active personal user Services account ("Account"). You must be at least eighteen (18) years of age, or the age of legal majority in your jurisdiction (if different than 18) to obtain an Account, unless a specific Service permits otherwise.

## Overview

This section is a brief summary of the highlights of the terms of use of the DAO's website or services. We know that many terms of services can be long and full of confusing language so we have done our best to summarize the Terms in language that you will understand. When you accept this Agreement, you are accepting all of our Terms and not just this section. Simply by browsing the Site, you are agreeing to our Terms, so please read carefully.

Movement DAO is an experimental, novel approach to nonprofits devoted to performing good works and encouraging social justice in today's contemporary society. The DAO is a blockchain-based organization that raises funds through the purchase of tokens that entitles the purchaser, or member, to champion specific nonprofit works or projects and seek additional funding from like-minded individuals. Movement DAO hosts blockchain software as a backend service for customers who set up their own accounts and purchase tokens.

**Movement DAO is neither designed to be, nor is it set up to be, an investment vehicle and no jurisdiction has deemed any token produced by Movement DAO to be a "security" as defined by the 1933 Securities and Exchange Act ("The Act"). Movement DAO is specifically designed to take advantage of the benefits of the blockchain and cryptocurrencies to ensure that contributions to nonprofit works will have a larger impact based upon larger financial backing than traditional nonprofit corporations or charities.**

## How You Accept These Terms

By accessing our site or setting up an account in

PLAINTIFF0003885

any manner, you acknowledge that you have read,
understood, and agree to these Terms, as well as
the accompanying privacy policy ("Privacy
Policy"), which is accessible at
https://move.xyz.

Note that we reserve the right to modify the
Terms at any time in our sole discretion. Any
changes to the Terms will be posted on our
website at https://move.xyz and will become
effective immediately upon posting. It is your
responsibility to check for updates to these
Terms periodically.

## Eligibility

You must be at least eighteen (18) years of age,
or the age of legal majority in your jurisdiction
(if different than eighteen (18) years of age),
to contribute to Movement DAO or purchase tokens.
In addition the purchase of tokens at this point
is limited to those who qualify as "accredited"
investors under the Act.

You can only participate in and enjoy the
benefits of membership to the extent the laws of
your jurisdiction or the laws of the United
States do not bar you from doing so. Please make
sure these Terms are in compliance with all laws,
rules, and regulations that apply to you.

By contributing to Movement DAO or becoming a
member of our community, you represent and
warrant that you meet all eligibility
requirements we outline in these Terms. We always
reserve the right to exercise our discretion as
we see fit to refuse to allow certain individuals
to contribute or become members of the DAO and
further we may also change our eligibility
criteria at any time.

### Your Account With Movement DAO

In order to become a member of our community, you
will need to create an Account to be able to
purchase tokens as outlined above. In order to
create an Account, you will need to provide us
with your your full name, organization, email
address, phone number, billing address and

https://move.xyz/daolabs/policies/move-gitbook-excerpts.md

PLAINTIFF0003886

account login information. In addition, we may
collect information regarding other accounts you

choose to link with Movement DAO (e.g., Metamask,
Google, etc.).

By creating an Account, here are a few common
sense rules and acknowledgements that we ask you
comply with and understand:

**Be honest with us.** Provide accurate information
about yourself. It is not copacetic to use false
information or impersonate another person or
company through your Account. Any failure to
provide complete and accurate information can
lead to the immediate termination of your Account
-- and we do not want to do that!

**You are responsible for your Account.** You are
solely responsible for any activity on your
Account or any actions undertaken by your
membership in a community. If you are sharing an
Account with other people (e.g., if you are
representing a business entity or trust), then
you will ultimately be responsible for all
activity. If you are registering as a business
entity, you personally guarantee that you have
the authority to agree to the Terms on behalf of
the business and must notify us that you are
purchasing the tokens on behalf of a business
which membership shall be managed by you. Your
Account is not transferable. You are solely
responsible for any activity on your Account, so
it is important to keep your Account password
secure. In case of a dispute over the identity of
the user, the authorized account holder of the
Movement DAO or purchaser of the tokens will be
deemed to be the user. "Authorized account
holder" of an account is defined as the natural
person assigned to the email address associated
with the Account.

**Be clear about our relationship.** Creating an
account and purchasing tokens from Movement DAO
does not create an agency, partnership, joint
venture, employment, or franchisee relationship
with the DAO. No confidential, fiduciary,
contractually implied, or other relationship is
created with the DAO other than pursuant to these
Terms. You will become a member of the community

PLAINTIFF0003887



Terms. You will become a member of the community
and enjoy all of the rights and benefits of
membership as outlined above.

**Passwords.** You are responsible for safeguarding
the password that you use to access Movement DAO
or any wallet designed to hold any tokens
purchased through the DAO. We encourage you to
use "strong" passwords with your Account.

**Emails.** By creating an Account, you agree that
you may receive communications from Movement DAO,
such as newsletters, special offers, and account
reminders and updates. You will also receive
emails or communications designed to update you
on any project or movement that you have
indicated interests you and in which you wish to
participate.

**Impersonation.** If someone has created an account
in which he or she pretends to be you, and you
send us a request to take down that account,
please be sure that you have included the email
address of the fake account. You agree to: (a)
immediately notify us upon becoming aware of any
unauthorized use of your password or Account or
any other breach of security; and (b) ensure that
you exit from your Account at the end of each
session when using Movement DAO.

We will not be liable for any loss or damage
arising from your failure to comply with this
section of the Terms.

## Intellectual Property

Movement DAO contains material, trademarks, and
other proprietary information, including but not
limited to text, software, photos, and graphics,
and may in the future include video, graphics,
music, and sound ("Content"), which is protected
by copyright law, unregistered trademarks,
database rights, and other intellectual property
rights. Unless otherwise provided, we exclusively
own the Content and your membership in a
community of the DAO does not grant you any
right, title, or interest in or to the Content.

## Your Use of Our Services

PLAINTIFF0003888



You are responsible for all of your actions in
connection with Movement DAO and for any use of
your Movement DAO Account or use of the tokens.

When using your membership in accordance with
these Terms, we grant you a limited, personal,
non-commercial, non-exclusive, non-transferable,
non-assignable, and revocable license to use
Movement DAO and its name, resources and
services. When using the rights of your
membership, we ask that you abide by some common
sense ground rules:

**Don't Use Your Membership to Break the Law or
Sponsor Movements that are Illegal.** You agree
that you will not violate any laws when
associated with Movement DAO. This includes any
local, provincial, state, federal, national, or
international laws or regulations that may apply
to you.

**Don't Try To Harm Our System.** You agree not to
distribute any virus, worm, Trojan horse, or
other harmful computer virus or malicious code
through Movement DAO. You also agree to not take
any action that may impose an unreasonable or
disproportionately large load on our
infrastructure.

**Don't Attempt to Circumvent Our Security.** You
agree not to bypass, circumvent, or attempt to
bypass or circumvent any measures we may use to
prevent or restrict access to Movement DAO,
including without limitation other accounts,
computer systems, or networks or virtual networks
connected to Movement DAO.

**Respect our Service.** Do not take any action that:
(i) interferes or attempts to interfere with the
proper working of Movement DAO; (ii) circumvents
any security-related features of Movement DAO;
(iii) recruits or otherwise solicits any member
of Movement DAO to participate in or fund
projects promoted by or recommended by the DAO;
or, (iv) use your membership in any way that
harms the reputation or goals of Movement DAO.

**Use of Cryptocurrency.** You represent and warrant
that any cryptocurrency transfer that you make
through Movement DAO is legal in your
jurisdiction. We will not be held liable for any

PLAINTIFF0003889



loss or damages due to your non-compliance. All cryptocurrency transfers are made voluntarily and at your sole discretion, and you realize all risks of using cryptocurrency and blockchain technology, which are generally understood and recognized in accordance with the warnings of the financial regulators of countries across the world, as well as the risks specified in this Agreement. Movement DAO is not responsible for any cryptocurrency that may be lost through the process of smart contract execution or due to the volatility of cryptocurrencies on the market.

Any use of Movement DAO, its resources or tokens, other than as specifically authorized in these Terms, without our prior written permission, is strictly prohibited and will terminate your right to membership or continued participation in Movement DAO.

License You Grant to Us Over Member Content. Any content that you produce or provide to Movement DAO or its movements, including any recommendation for movements or projects, advertising or promotion of any project, will be owned by you. We do not own any of your content. However, by providing content to us, you implicitly give permission and grant us a license to use it as we deem necessary to support any project or to the benefit of the community.

When you submit code, post, or otherwise direct communications to Movement DAO (through the use of the Site, or via a phone call, email, Discord, Slack message, etc., with us) you give us a worldwide, non- exclusive, royalty-free license to modify, use, adapt, copy, reproduce, modify and publish your User Content. You agree that this license includes the right for us to use your User Content for promotion or advertising purposes and to improve the Site. You agree that the User Content is non-confidential and that we have the right to unrestricted use for any purpose, commercial or otherwise, without acknowledgment or compensation to you.

In uploading any work through our Services as User Content, you authorize other members who have access to that Service to make personal and customary use of the work and acknowledge that it

PLAINTIFF0003890

customary use of the work and acknowledge that it
may not be protected by copyright.



Permission to Use Your Content. You retain all
ownership rights (to the extent there is any) in
any User Content that you provide to Movement DAO
to submit, post, or display on or through the
Movement DAO. However, by submitting any User
Content, you hereby grant us a universal,
irrevocable, perpetual, non- exclusive,
transferable, royalty-free license to use, view,
copy, adapt, modify, distribute, license
(including under an open source license), sell,
transfer, publicly display, publicly perform,
transmit, stream, broadcast, access, view, and
otherwise exploit such User Content, in full or
in part, in connection with Movement DAO or its
projects or movements, subject to the terms of
our Privacy Policy. Note that this means that we
may use any published listings for commercial
means and may sell or exchange information
(except personal information pursuant to our
Privacy Policy) with third parties.

Responsibility for Your Content. You should only
provide Content that you have the right to share
and are comfortable sharing with others under
this Agreement. You are proscribed from
uploading, posting, or otherwise transmitting any
User Content to, or through, Movement DAO
including the suggestion of any project or
movement or content in support of a project or
movement that infringes, misappropriates, or
otherwise violates any copyright, trademark, or
other intellectual property right, right of
privacy, right of publicity, or any other right
of any entity or person, or that is unlawful,
threatening, libelous, defamatory, obscene,
scandalous, inflammatory, pornographic, or
profane, or that could constitute or encourage
conduct that would be considered a criminal
offense, give rise to civil liability, or
otherwise violate any law or Movement DAO rule or
policy. If you do so, we reserve the right to
remove any and all of your User Content from our
site or material provided to our members at any
time in our sole discretion. Moreover, you
warrant that you have all rights, licenses,
consents, permissions and authority necessary to

PLAINTIFF0003891

grant the rights granted herein for any Content submitted or posted on the Movement DAO. You specifically represent and warrant that such

Content will not contain material subject to copyright or other proprietary rights, unless you possess legal entitlement to that material and the authority to grant the license described above.



Approval of Content. We do not verify or pre-approve any posted User Content, and material in the form of opinions and we specifically state that any opinion published or otherwise provided by a member is not adopted by the DAO nor the opinion of Movement DAO. Warranty & Limitation of Liability (or The Things You Cannot Sue Us For)

## Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT WILL WE OR ANY OF OUR OFFICERS, DIRECTORS, REPRESENTATIVES, AGENTS, SERVANTS, COUNSEL, EMPLOYEES, CONSULTANTS, LAWYERS, AND OTHER PERSONNEL AUTHORIZED TO ACT, ACTING, OR PURPORTING TO ACT ON OUR BEHALF (COLLECTIVELY THE "MOVEMENT DAO") BE LIABLE TO YOU UNDER CONTRACT, TORT, STRICT LIABILITY, NEGLIGENCE, OR ANY OTHER LEGAL OR EQUITABLE THEORY, FOR: (A) ANY LOST PROFITS, DATA LOSS, COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, OR DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, COMPENSATORY, OR CONSEQUENTIAL DAMAGES (INCLUDING ATTORNEYS' FEES AND ALL RELATED COSTS AND EXPENSES OF LITIGATION AND ARBITRATION, OR AT TRIAL OR ON APPEAL, IF ANY, WHETHER OR NOT LITIGATION OR ARBITRATION IS INSTITUTED) OF ANY KIND WHATSOEVER RESULTING FROM: (I) YOUR MEMBERSHIP IN MOVEMENT DAO; (II) ANY MONETARY LOSS YOU ASSOCIATE WITH THE PURCHASE OF ANY TOKENS ASSOCIATED WITH MOVEMENT DAO; (III) ANY LOSS YOU ASSOCIATE WITH A PROJECT OR MOVEMENT IN WHICH YOU PARTICIPATE OR CONTRIBUTE THE BACKING OF YOUR TOKENS.

THESE LIMITATIONS APPLY REGARDLESS OF LEGAL THEORY, WHETHER BASED ON TORT, STRICT LIABILITY, BREACH OF CONTRACT, BREACH OF WARRANTY, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT WE WERE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

PLAINTIFF0003892

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR

INCIDENTAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

## Warranty Disclaimer

\*\*MOVEMENT DAO MAKES NO WARRANTY OF SUCCESS OF ANY PROJECT OR MOVEMENT NOR DOES IT MAKE REPRESENTATION OR WARRANTY REGARDING THE WORTH OR VALUE OF ANY TOKEN PURCHASED IN SUPPORT OF A PROJECT OR MOVEMENT. THE MEMBER AGREES THAT HE OR SHE ACCEPTS ALL RISK OF LOSS FOR ANY TOKEN PURCHASED THROUGH MOVEMENT DAO AND THAT NO REPRESENTATION REGARDING THE FUTURE VALUE OF ANY TOKEN HAS BEEN PROVIDED TO ANY MEMBER OF THE DAO. SOME STATES DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, SO THE FOREGOING DISCLAIMERS MAY NOT APPLY TO YOU. THIS PARAGRAPH GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY ALSO HAVE OTHER LEGAL RIGHTS THAT VARY FROM STATE TO STATE.

## Indemnification (or What Happens If You Get Us Sued)

To the extent permitted by applicable law, you agree to defend, indemnify, and hold harmless the Movement DAO from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorneys' fees) arising from: (i) any action taken by you while a member that causes harm; (ii) any User Content you post, program, upload, use, distribute, store, or otherwise transmit through the Site or in conjunction with any project or movement associated with Movement DAO; (iii) your violation of any term of this Agreement; or, (iv) your violation of any law, rule, or regulation, or the rights of any third party.

## Time Limitation on Claims

You agree that any claim you may have arising out of or related to your relationship with us must be filed within one (1) year after such claim arose where, for purposes of this section, the time that the injury or harm occurred — not when

PLAINTIFF0003893

time that the injury or harm occurred - even
it was discovered thereafter - is where it arose;
otherwise, your claim is permanently barred.

## Governing Law

No matter where you are located, the laws of the
State of Florida will govern these Terms and the
parties' relationship as if you signed these
Terms in Florida, without regard to Florida
state's conflicts of laws rules. If any
provisions of these Terms are inconsistent with
any applicable law, those provisions will be
superseded or modified only to the extent such
provisions are inconsistent. The parties agree to
submit to the federal or state courts in Miami
Dade County, Florida, for exclusive jurisdiction
of any dispute arising out of or related to your
use of the Services or your breach of these
Terms. You waive any objection based on lack of
personal jurisdiction place of residence improper
venue or forum non conveniens in any such action

Our failure to enforce any right or provision of
these Terms will not be considered a waiver of
those rights. If any provision of these Terms is
held to be invalid or unenforceable by a court,
the remaining provisions of these Terms will
remain in effect.

## Note to International Users

Movement DAO is based in the United States, but
will have international reach. If you are a user
accessing the Site from the European Union, Asia,
or any other region with laws or regulations
governing personal data collection, use, and
disclosure that differ from United States laws,
please be advised that through your continued use
of the Site, which is governed by United States
law, you are transferring your personal
information to the United States and you consent
to that transfer.

## Termination

We reserve the right to terminate your membership
for misconduct or conduct detrimental to the
community upon vote by the community. Termination
of membership removes the right to vote on any



PLAINTIFF0003894

action of any movement, suggest movements, make recommendations or suggestions to any movement, but it does not deprive the member of his or her tokens. That member shall still be allowed to sell the tokens, at his or her discretion, on the bonding curve, as outlined above.



## No Waiver

Our failure to exercise, or delay in exercising, any right, power, or privilege under this Agreement shall not operate as a waiver; nor shall any single or partial exercise of any right, power, or privilege preclude any other or further exercise thereof.

## Severability

If it turns out that any term or provision of this Agreement is invalid, void, or, for any reason, unenforceable, such term or provision will be deemed severable and limited or eliminated to the minimum extent necessary. The limitation or elimination of this term or provision will not affect any other terms of this Agreement.

## Mandatory Arbitration & Waiver of Right to Class Action

The parties agree to mandatory arbitration to resolve any dispute arising from this Agreement or your membership or association with Movement DAO. ARBITRATION PREVENTS YOU FROM SUING IN COURT OR FROM HAVING A JURY TRIAL. THE PARTIES HEREBY EXPRESSLY WAIVE TRIAL BY JURY. The parties agree that: (i) any arbitration will occur in Miami, FL; and, (ii) the arbitration will be conducted confidentially by a single arbitrator in accordance with the rules of American Arbitration Association for arbitration of consumer-related disputes, in the English language, and with limited discovery. At your request, hearings may be conducted in person or virtually or telephonically and the arbitrator may provide for submitting and determining motions on briefs, without oral hearings. Other than class procedures and remedies discussed below, the arbitrator has the authority to grant any remedy

PLAINTIFF0003895

arbitrator has the authority to grant any remedy
that would otherwise be available to a court or
other tribunal. THE PREVAILING PARTY IN ANY

ACTION OR PROCEEDING TO ENFORCE THESE TERMS SHALL
BE ENTITLED TO COSTS AND ATTORNEYS' FEES. THE
ARBITRATION DECISION MAY BE ENFORCED IN ANY
COURT. WHETHER THE DISPUTE IS HEARD IN
ARBITRATION OR IN COURT, YOU AND MOVEMENT DAO
WILL NOT PARTICIPATE IN OR

COMMENCE A CLASS ACTION LAWSUIT, CLASS
ARBITRATION, OR OTHER SIMILAR REPRESENTATIVE
ACTION OR PROCEEDINGS. YOU SPECIFICALLY
ACKNOWLEDGE THAT BY BECOMING A MEMBER OF MOVEMENT
DAO YOU VOLUNTARILY GIVE UP THESE RIGHTS.



## Force Majeure

We shall not be held liable for any delays,
failure in performance, or interruptions of
service which result directly or indirectly from
any cause or condition beyond our reasonable
control, including but not limited to: any delay
or failure due to any act of God, act of civil or
military authorities, act of terrorism, civil
disturbance, war, strike or other labor dispute,
fire, interruption in telecommunications or
Internet services or network provider services,
failure of equipment and/or software, other
catastrophe, or any other occurrence which is
beyond our reasonable control and shall not
affect the validity and enforceability of any
remaining provisions. This would include any
delay in providing funding to a movement or other
delay associated with a project of Movement DAO
due to an act described above.

## Entire Agreement

This Agreement sets forth the entire
understanding and agreement as to the subject
matter hereof including membership in Movement
DAO or the purchase of any tokens associated with
Movement DAO and supersedes any and all prior
discussions, agreements, and understandings of
any kind (including without limitation any prior
versions of this Agreement) and every nature
between us. Except as provided for above, any
modification to this Agreement must be in writing

PLAINTIFF0003896

and must be signed by both parties.

Questions or Comments We welcome comments, questions, concerns, and suggestions. Please send us a message at https://move.xyz.



| Previous | Next |
|---|---|
| Terms of Service | Privacy Policy |

PLAINTIFF0003897



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



     

*Effective Date: August 27, 2022, Last updated: December 22, 2022,* 0x3fa802d55c2eaebe6333e217323e7f07a2ca92b4@ethereum.email *, daolabs.wtf* _Document: Privacy Policy.

DAOLABS and specifically this website does not collect any information. All form data is used immediately to update the working document and provide you with a printable, downloadable copy. We do not employ any cookies, database, or persistence.

| Previous | Next |
|---|---|
| GitBook Excerpts | February 3, 2023 |

PLAINTIFF0003898



PLAINTIFF0003899



LEGAL-TOOLS    **DAOLABS**

**Connect Wallet**



Relevant Documents

    

The Authorized Members and core team would like to issue a statement with regards to January's governance cycle in order to provide context into some recent events and their actions in response to them.

Proposals MIP-0014, MIP-0015, and MIP-0016 address a series of security issues and threats made against the DAO, its treasury, and the larger community which the Authorized Members have had to address this past month. Given the current crypto-market sentiment and severity of the issues, the Authorized Members practiced exceptional security precautions to ensure adequate protections were in place for Movement and to ensure there were sufficient grounds to share what has taken place more broadly.

Due to the conflict inherent with the issues, the Service Provider has chosen to resign, leaving the responsibility of enforcing the DAO's Guiding Principles, Code of Conduct, and Policies solely to the Authorized Members. The Authorized Members always operate with DAO's best interest in mind, working hard to maintain the DAO's original vision of creating a positive, healthy, and productive environment for all members and ensuring the DAO continues to operate in a transparent, community-first, and legally compliant manner.

When the DAO initially launched, a number of individuals (referred to as "Certain Individuals") contributed considerably to the DAO's treasury as well as drafted the original GitBook, which established the vision, purpose, and terms of the DAO's membership. To show their commitment to the DAO, as well as assure subsequent Ethereum or DAI contributions these Certain Individuals promised to lock up their contributions for

**PLAINTIFF0003900**

Individuals promised to lock up their contributions for
six (6) years, along with other material promises which



were relied upon to establish the authenticity and
trustworthiness of the project.

Over the past couple of months, these Certain
Individuals have acted contrary to their original
promises, making several demands in bad faith to the
Authorized Member, tankbottoms.eth, including ordering
that the Authorized Members and the DAO renege on
payouts it had promised to contributors and the prior
Service Provider, immediately cease all operations,
invalidate any voting escrow agreements in order to
enable Certain Individuals payouts from the Movement
treasury. Doing so not only goes against the original
terms to which they authored and subsequently agreed to
but exposes the Authorized Members and the entire
community to potential legal action by being out of
compliance with U.S. Securities and Employment and
Labor laws and open to civil litigation. It would also
severely harm the continued development and launch of
the DAO's applications and services. In addition, the
Certain Individuals began to make disingenuous claims
against the Authorized Member.

In response to these spurious allegations, the
Authorized Members believed it was in the best interest
of the DAO to take immediate action to protect the DAO.
These actions included terminating Certain Individuals
governance rights and Movement membership, updating
Movement's Snapshot Spaces to reflect the removal of
the Certain Individuals' governance rights, rotating
the Gnosis treasury's signing keys, submission of
additional governance proposals related to this matter
that sought community ratification, and fulfilling MIP-
0004's prior approval of providing the Authorized
Members with indemnification funds in advance of any
potential litigation. Further details of these actions
are included in the Authorized Member meeting minutes,
which encapsulates the formal meeting the Authorized
Members held to discuss this matter and decide how to
address the situation.

It is worth noting that the DAO is currently in the
process of testing on-chain treasury mechanics with
regards to the the treasury applications which all
contributors, including the Certain Individuals
recently terminated, will be able to redeem against the

PLAINTIFF0003901



DAO's treasury. The Authorized Members and the core contributors are working diligently to propose to the community specific treasury configurations to address

the original agreed voting escrow as well as specific Juicebox Protocol variables (including funding cycle duration, contribution weights, discount rate, reserved rate, redemption rate, ballot redemption rate, distribution limit, and distribution limit currency) as described in the Guiding Principles 2(b), (d)(ii), and (g). Additional information regarding the Juicebox Protocol can be found at https://info.juicebox.money/user/configuration/ which details the various parameters that can be configured and their effects on the treasury.

These actions were carefully weighed by the Authorized Members (with input from community members, the DAO's counsel, and independent directors ready to serve on an independent committee) and deemed necessary for maintaining the integrity of the community. It is important to understand that these actions were taken only after repeated attempts were made to resolve the aforementioned issues and encouraging the Certain Individuals to adhere to their original promises and claims, or to bring their demands before the broader DAO community, such that the DAO could make an informed decision on how to proceed.

The Authorized Members and core team strongly encourage the DAO community to review the documentation and proposals that have been created in regard to this matter (links below), to voice any concerns or questions they have in Discord, and to actively participate in governance. With that said, there will be a **Discord community call** on **Thursday February 9, 2023 at 6PM UTC (10AM PST, 12PM CST, 1PM EST)** where the Authorized Members will be available to address any concerns or questions that community members may have.

## Relevant Documents

1. Movement DAO Meeting Minutes from January 31, 2023.
2. Movement DAO Governance Proposals: – MIP-0014: Proposal to Ratify Action to Cycle All Gnosis – MIP-0015: Proposal to Ratify the Termination of Certain Members – MIP-0016: Proposal to Update to the DAO's Snapshot Strategy
3. Movement DAO Policies: – Guiding Principles – Code

PLAINTIFF0003902

Case 1:23-cv-20727-RKA   Document 106-51   Entered on FLSD Docket 06/09/2023   Page 367
of 371



Previous
Privacy Policy

Next
January 31, 2023

PLAINTIFF0003903



LEGAL-TOOLS     **DAOLABS**                                    **Connect Wallet**



    

Export configuration

Downloadable configuration

A lot of progress has been made with the DAOLABS platform and in particular the NFT creation tooling. Our goal is to create a seamless experience for creators, communities and crypto-native users to merge the world of NFTs and DAOs by pairing the two powerful crypto technologies into a single experience. We are working on a number of ways to do this, of course, starting with the Juicebox Protocol to create treasuries and NFT creation tools which supports state-of-the-art NFT asset creation workflows from algorithmic p5.js sketches to audio and video support to PFPs which route proceeds directly to their DAO.

(i) The current Juicebox themed  X will be
re lace  with a  ew bra   a   esig , the
f  ctio ality will largely remai  the same. We
are  oi g this si ce we  se the J icebox
Protocol a   give   the com lexity of the  A
 latform we stro gly believe that its  ot i  the
i terest of the cry to comm  ity to have so ma y
 iffere t ty es of  A s, share  treas ry
 latforms, of G osis Xs a   so o . We will
match the J icebox  X ex erie ce whe
i teracti g with J icebox s ecific treas ries,
however the  A  ABS treas ries will share ma y
of the same tools, feat res, a   f  ctio ality,
b t will have a  itio al tools, workflows, a
feat res which we are excite  to share i  the
comi g mo ths.

## Export configuration

PLAINTIFF0003904



We think that the workflow for NFT creation is a bit
too complex. Within any collection a number of
individuals may be involved. The collection creator or
curator, the artist or artists, marketing or branding,
smart contract developer, and so the opportunities for
issues with the collection itself, review of each
piece, errors in metadata, and even the owner of the
final collection each introduces a new point of
failure. The solution? A consistent export and import
format so that each participant or contributor can load
the collection, view its components, amend and share
with the other contributors. This way the individual
responsible for the collection deployment can review
and even provide teams and communities with options on
how collections are deployed. Of course you can
configure the collection royalty receiver, the
collection proceeds receiver or splits contract or
directly with the treasury. Or for curated branded
collections or membership collections, each DAO may
define how proceeds are routed, distributed or split or
each of the parties may import the collection
configuration and deploy it themselves, reducing the
risk of sharing contract owner keys.

## Downloadable configuration

MeowsDAO Genesis Collection configuration is
demonstrated below with the following walk through.

| Previous | Next |
|---|---|
| February 3, 2023 | BLOG |

PLAINTIFF0003905



LEGAL-TOOLS **DAOLABS**

**Connect Wallet**



Update Blog

    

# Update Blog

DAOLABS.wtf is building a powerful suite of tools for web3 communities: flexible enough to operate at any scale, with powerful token issuance, treasury management, fiat compatibility, governance, and legal compliance out of the box. There are a lot of moving parts, and we are constantly working to improve the application, admittedly it may be hard to keep up with all the changes. This blog is a place where we will post updates, walk through videos and general information about the platform, partner projects, and related information.

| Previous | Next |
|---|---|
| January 31, 2023 | BLOG |

PLAINTIFF0003906



PLAINTIFF0003907