

🔥 Querying decentralized data...

# Let's Start a S Movement

$MOVE Presale

| $0 | ... | $0 |
|---|---|---|
| Total Raised | Time Remaining | Yearly Budget |

## MOVE is an experimental platform to promote social, public good and environmental change.

Web 2.0 movements live on Twitter, Facebook and GoFundMe. Web 3.0 Movements will live on DAOs.

Web 3.0 Movements are owned by their token holders. Movements have trustless funding that aligns incentives while it's leaders are held accountable by the community.

MOVE is building a better way for Movements to organize. The platform is currently under development and conducting a token presale to fund its endowment.

EXHIBIT 203                                                    PLAINTIFF0004032

# Organize Communities

Movement DAO seeks to make sophisticated DAOs more accessible. Movements elect governance and create projects. Community members can currently propose new Movement ideas, submit projects and even prefund movements. Learn More.

# Pool Capital

Movements will have built-in DeFi tools to support community fundraising. These include custom bonding curves, a yield farming treasury and a modular architecture. Movement tokens will be listed on major decentralized exchanges and benefit from endowment-backed price stability. Learn More.

# Compound Giving

Movements will enjoy pro-rata proceeds from a platform wide endowment. As Movement DAO grows, more Movements can be seeded, and more revenue goes to each Movement. With more Movements, Movement DAO also grows in size, unlocking a symbiotic network effect. Learn More.

PLAINTIFF0004033

## Recent Transactions

[View All]

# Let's Start a Movement

$MOVE Presale

[Movement DAO]  Legal  Docs  Code  Snapshot  Discord                    Sandbox

PLAINTIFF0004034