

Juicebox Explore Resources Create a project Connect

# test0524

Project #515 | Owned by 0x84E6E4...C418BE

test0524

OVERVIEW CYCLE TOKENS

| | |
|---|---|
| TOTAL VOLUME | Ξ0 |
| PROJECT BALANCE | Ξ0 |
| PAYOUTS | NO PAYOUTS |
| OWNER WALLET BALANCE | Ξ0.16984 |
| | ALL ASSETS |

VOLUME BALANCE 24 HO...

0 ETH Pay

Receive 1,000,000 tokens/1 ETH

## Activity

All events

Edited Cycle an hour ago
> Details 0x84e6e4...c418be

Created an hour ago
Project created 🎉 0x84e6e4...c418be

2 total

Back to top

**EXHIBIT 224**

PLAINTIFF0004308

5/24/23, 2:27 PM test0524 | DAOLabs

Treasuries   Collections   FAQ   Discord   Resources ⌄          43 gwei   🌐 EN   ☀︎☾          Connect

# test0524

🐦 @test2

test0524

ID:515  V3  🔧

| | |
|---|---|
| VOLUME ⓘ | Ξ 0 |
| IN TREASURY ⓘ | Ξ 0 |
| DISTRIBUTED ⓘ | 100% OVERFLOW |
| IN WALLET ⓘ | Ξ0.1698 |
| | ALL ASSETS 🔗 |

0                                    ETH    Pay

**Activity**                All events ▾

Created                                about 1 hour 🔗
Project created by 0x84e6...c418be

Load more

**VOLUME**   IN JUICEBOX                      24 HOURS ▾

0.10
0.08
0.06
0.04
0.02

36PM   6:00PM   9:24PM   12:47AM   4:11AM   7:35AM   10:58AM   2:22PM

**Tokens** ⓘ

Total supply:    0 tokens             [ Holders ]

**Funding cycle** ⓘ

CURRENT ⚠   UPCOMING ⚠   HISTORY

› Cycle #1 ⓘ 1              13d 22h 43m until #2

Back to top   |   Terms of Service
#d4b959d8-20230524-201424

PLAINTIFF0004309

Ξ0  AVAILABLE  ⓘ                                              Distribute funds

Ξ0 distributed

Ξ0.1698 👑 owner balance

Distribution splits ⓘ

---

0  TOKENS RESERVED  ⓘ                                         Distribute tokens

Reserved Tokens (0%) ⓘ

Back to top   |   Terms of Service

#d4b959d8-20230524-201424

**PLAINTIFF0004310**