# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON, | |
| Plaintiffs, | Action No.: 23-cv-20727-ALTMAN/Reid |
| v. | Honorable Roy K. Altman |
| MARK PHILLIPS and BENJAMIN REED, | |
| Defendants. | |
| MOVEMENTDAO and MARK PHILLIPS, | |
| Counterclaim-Plaintiffs | |
| v. | |
| RYAN BRESLOW, ALEX FINE, and JON GORDON, | |
| Counterclaim-Defendants | |

**PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS RYAN BRESLOW, ALEX FINE, AND JON GORDON'S NOTICE OF FILING PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon (collectively, "Plaintiffs"), through their undersigned counsel, hereby file this Notice Of Filing A Proposed Order.  The [Proposed] Order Granting Motion For Leave To File Exhibits Under Seal, if granted, permits Plaintiffs to file under seal: (1) the declaration of Jango.eth, (2) the declaration of Ryan Breslow, and (3) the appended exhibit thereto.  The [Proposed] Order Granting Motion For Leave To File Exhibits Under Seal is filed in connection with Plaintiffs' Motion For Leave To File Under Seal (Dkt. No. 111).

Dated:  June 9, 2023

John K. Shubin, Esq.
Dylan M. Helfand, Esq.
Jamie L. Katz, Esq.
**SHUBIN & BASS, P.A.**
150 W Flagler Street, Suite 1420
Miami, FL 33130
Tel.: (305) 381-6060
Fax: (305) 381-9457
Email:  jshubin@shubinbass.com
        jkatz@shubinbass.com
        dhelfand@shubinbass.com

*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon*

/s/ Benjamin J. Kussman
Christopher T. Berg (*pro hac vice pending*)
Benjamin J. Kussman (*pro hac vice pending*)
**ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
(310) 274-7100
Email:  cberg@egcfirm.com
        bkussman@egcfirm.com

*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June 2023, the foregoing was electronically filed with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to authorized CM/ECF files.

Nitoj P. Singh, Esq. (*Pro Hac Vice*)                    Attorneys for Defendants Mark
Jesse D. Franklin-Murdock. Esq. (*Pro Hac Vice*)    Phillips and Benjamin Reed
Harmeet Dhillon, Esq.
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
Office: 415-433-1700
Email:  nsingh@dhillonlaw.com
           jfranklin-murdock@dhillonlaw.com
            harmeet@dhillonlaw.com

Matthew Sarelson, esq.
Dhillon Law Group Inc.
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
Office: 305.773.1952
Fax: 415.520.6593
Email: msarelson@dhillonlaw.com

*/s/ Jamie L. Katz*
_____
Attorney