UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>      Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>      Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |
| MOVEMENTDAO and MARK PHILLIPS,<br><br>      Counterclaim-Plaintiffs<br><br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>Counterclaim-Defendants | |

**[PROPOSED] ORDER GRANTING MOTION FOR
<u>LEAVE TO FILE EXHIBITS UNDER SEAL</u>**

2255597.1

THIS CAUSE is before the Court on Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon's (collectively, "Plaintiffs") Motion For Leave To File Exhibits Under Seal (the "Motion"), served under Certificate of Service dated June 9, 2023.  The Court has reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is ORDERED that Plaintiffs' Motion For Leave To File Exhibits Under Seal is hereby GRANTED.  Plaintiffs' may file the declaration of Jango.eth (Exhibit No. 165), the declaration of Ryan Breslow (Exhibit No. 2), and its appended exhibit (Exhibit No. 367) under seal.

**DONE AND ORDERED** in Chambers at _____, Florida this \_\_\_ day of June, 2023.

Dated:

_____
United States District Judge