UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/Reid

**RYAN BRESLOW** *et al.*,

    *Plaintiffs/Counterclaim-Defendants*,

v.

**MARK PHILLIPS** *et al.*,

    *Defendants/Counterclaim-Plaintiffs*.

_____/

## ORDER

On June 9, 2023, the Plaintiffs/Counterclaim-Defendants filed a Motion for Leave to File Exhibits Under Seal (the "Motion") [ECF No. 111]. After careful review, we **GRANT** the Plaintiffs/Counterclaim-Defendants' Motion for Leave to File Exhibits Under Seal. The Plaintiffs/Counterclaim-Defendants may file Jango.eth's declaration [ECF No. 106-45] and Ryan Breslow's declaration [ECF No. 6] (and its appended exhibit) under seal.

**DONE AND ORDERED** in the Southern District of Florida on June 12, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record