UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>　　　　　　Defendants.<br><br>MOVEMENTDAO and MARK PHILLIPS,<br><br>　　　　　　Counterclaim-Plaintiffs<br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>Counterclaim-Defendants | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrew R. Iglesias of the law firm of Ellis George Cipollone O'Brien Annaguey LLP, 2121 Avenue of the Stars, 30th Floor, Los Angeles, CA 90067, (310) 274-7100, for purposes of appearance as co-counsel on behalf of Plaintiffs/Counterclaim-Defendants RYAN BRESLOW, ALEX FINE, and JON GORDON in the above-styled case only, and pursuant to Rule 2B of the CM/ECF

Administrative Procedures, to permit Andrew R. Iglesias to receive electronic filings in this case, and in support thereof states as follows:

1. Andrew R. Iglesias is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and California District Courts.

2. Movant, Jamie L. Katz, Esquire, of the law firm of Shubin & Bass, P.A., 150 West Flagler Street, Suite 1420, Miami, FL 33130, (305) 381-6060, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Andrew R. Iglesias has made payment of this Court's $213.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Andrew R. Iglesias, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrew R. Iglesias at email address: aiglesias@egcfirm.com.

WHEREFORE, Jamie L. Katz, moves this Court to enter an Order for Andrew R. Iglesias to appear before this Court on behalf of Plaintiffs/Counterclaim-Defendants RYAN BRESLOW, ALEX FINE, and JON GORDON for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrew R. Iglesias.

Dated:  June 14, 2023

Respectfully submitted,

**SHUBIN & BASS, P.A.**
150 West Flagler Street, Suite 1420
Miami, Florida 33130
Telephone (305) 381-6060
Fax: (305) 381-9457
jshubin@shubinbass.com
jkatz@shubinbass.com
dhelfand@shubinbass.com
eservice@shubinbass.com

By: /s/ Jamie L. Katz
John K. Shubin, Esq.
Fla. Bar. No. 771899
Jamie L. Katz, Esq.
Fla. Bar. No. 105634
Dylan Helfand
Fla. Bar. No. 1009129

*Attorneys for Plaintiffs/Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>                    Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>                    Defendants.<br><br>MOVEMENTDAO and MARK PHILLIPS,<br><br>                  Counterclaim-Plaintiffs<br><br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>Counterclaim-Defendants | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

## CERTIFICATION OF ANDREW R. IGLESIAS

Andrew R. Iglesias, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California Bar, and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated: June 14, 2023

                                                  /s/ Andrew R. Iglesias
                                                        Andrew R. Iglesias

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>    Plaintiffs,<br><br>v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>    Defendants.<br><br>MOVEMENTDAO and MARK PHILLIPS,<br><br>    Counterclaim-Plaintiffs<br>v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>Counterclaim-Defendants | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Andrew R. Iglesias, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Andrew R. Iglesias may appear and participate in this action on behalf of Plaintiffs/Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon. The Clerk shall provide electronic notification of all electronic filings to Andrew R. Iglesias, at aiglesias@egcfirm.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record