UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-RKA

RYAN BRESLOW, et al.,

Plaintiff(s),

vs.

MARK PHILLIPS, et al.,

Defendant(s).
_____/

FILED BY _____ D.C.
JUN 21 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
   Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Plaintiff Exhibits Re 106

[✓] Attachments
(Exhibit list, Order of Court)

Signature: _(signed)_
Print Name: Frank Cantillo
Agency or Firm: Shubin & Bass, P.A.
Address: 150 W. Flagler ST. Suite 1420
Miami, FL. 33130
Telephone: 305-381-6060
Date: 6/21/23

Exhibits Released by:
Richard Ramos
Records/Intake
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record