UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-RKA

RYAN BRESLOW, et al.,

Plaintiff(s),

vs.
MARK PHILLIPS, et al.,

Defendant(s).
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami  [ ] FTL  [ ] WPB

[✓] Other (Explain): Defendant Exhibits Re 100

[✓] Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: John Onta
Agency or Firm: Bestway Couris
Address: 2245 NE 4 Lane
         33033
Telephone: 305.788.8503
Date: 6-23-23

Exhibits Released by: _____
Records/Intake
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

---

**DEFENDANT AND COUNTERCLAIM-PLAINTIFFS MARK PHILLIPS AND BENJAMIN REED'S INDEX OF ADMITTED EXHIBITS**

| Exhibit Number | Bates Number | Description |
|---|---|---|
| 301 | 000001-000004 | MIP-0000: Adopt the Guiding Principles, Terms of Service, and Code of Conduct, dated August 9, 2022 |
| 302 | 000005-000005 | MIP-0000: Exhibit A - Certificate of Adoption of the Organization Documents, dated August 23, 2022 |
| 303 | 000006-000024 | MIP-0000: Exhibit B - Guiding Principles, dated August 23, 2022 |
| 304 | 000025-000043 | MIP-0000: Exhibit C- Terms of Service, dated August 21, 2022 |
| 305 | 000044-000047 | MIP-0000: Exhibit D - Code of Conduct, dated August 21, 2022 |
| 306 | 000048-000060 | MIP-0000: Exhibit E - Definitions, dated August 21, 2022 |
| 314 | 000078-000081 | MIP-0003: Bootstrap Product Development, dated August 22, 2022 |
| 316 | 000083-000083 | MIP-0003: Exhibit A - initialization budget, dated August 29, 2022 |
| 322 | 000112-000112 | MIP-0005 voting log, dated August 29, 2022 |
| 333 | 000201-000201 | MIP-0008 voting log, dated September 19, 2022 |
| 347 | 000257-000262 | MIP-0016: Proposal to the Update to the DAO's Snapshot Strategy, dated January 31, 2023 |
| 358 | 000306-000306 | MIP-0021 voting log, dated February 9, 2023 |
| 362 | 000319-000319 | MIP-0023 voting log, dated March 21, 2023 |
| 369 | 000354-000358 | Email dated December 29, 2021, from Marc Welton to Reed Yurchak; Mark Phillips re: Gitbook |
| 371 | 000360-000360 | Email dated January 12, 2022, from Reed Yurchak to Ryan Mallory; mmfredyh2@gmail.com re: N/A |
| 374 | 000363-000363 | Discord Chat with Fuego and OBStaker dated February 2, 2022 |
| 375 | 000364-000428 | Movement DAO (branch deployed) dated February 2, 2022 |
| 376 | 000429-000429 | Discord Chat with FoxFlint; cRekto; AliG; mr_fine; Fuego; ChoosingtheGarden; mrtdlgc; AmyMarcella and dated February 15, 2022 |

| 378 | 000431-000431 | Email dated April 11, 2022, from Marc Welton to Reed Yurchak; Mark Phillips re: https://gitbook.move.xyz/move/legal/token-sale-and-use |
| --- | --- | --- |
| 380 | 000433-000433 | Email dated July 11, 2022, from Benjamin Reed to Reed Yurchak re: Non profit |
| 381 | 000434-000446 | Email dated July 14, 2022, from Marc Welton to Mark Phillips re: Template, Draft documents |
| 382 | 000447-000449 | Email dated July 14, 2022, from Reed Yurchak to Mark Phillips re: Reminder: Invoice 1391 from Action Engine Inc. |
| 387 | 000458-000458 | Email dated August 17, 2022, from Benjamin Reed to Reed Yurchak re: Change of Registered Agent - DAOLABS, LLC |
| 388 | 000459-000459 | Text with Alex Fine and Mark Phillips dated August 24, 2022 |
| 389 | 000460-000460 | Text with Jon Gordon; Ryan Breslow and Mark Phillips dated August 27, 2022 |
| 394 | 000508-000510 | Email dated September 21, 2022, from Reed Yurchak to Benjamin Reed re: DAOLABS Inc EIN |
| 395 | 000511-000529 | Email dated October 1, 2022, from Reed Yurchak to Mark Phillips re: Movement GitBook |
| 396 | 000530-000533 | The Movement Endowment dated October 2, 2022 |
| 397 | 000534-000536 | Email dated October 17, 2022, from Reed Yurchak to Benjamin Reed re: Review please: DAOLABS Technology License Agreements |
| 399 | 000600-000602 | Email dated December 8, 2022, from Mark Phillips to Jon Gordon re: A.F. talking points |
| 405 | 000618-000619 | Email dated January 29, 2023, from Ryan Breslow to Reed Yurchak re: Some important notes |
| 418 | 000718-000718 | Email dated January 10, 2022, from Reed Yurchak to Benjamin Reed re: Custodial Account |
| 419 | 000719-000720 | Email dated January 10, 2022, from Reed Yurchak to Benjamin Reed re: Client Information Sheet (Crypto Custodial Account) |
| 420 | 000721-000726 | Email dated January 11, 2022, from Reed Yurchak to Benjamin Reed re: Engagement Letter, Custodial Crypto Account (fully executed) |
| 421 | 000727-000727 | Discord Chat with theryanking; myco|MOVE; OBStacker; rice$cracker and mr_fine dated March 24, 2022 |
| 423 | 000729-000729 | Discord Chat with Felixander; rice$cracker; _anna; Fuego and theryanking dated April 7, 2022 |

| 426 | 000732-000732 | Email dated August 9, 2022, from Benjamin Reed to Reed Yurchak; Mark Phillips re: [None] |
|---|---|---|
| 427 | 000733-000733 | Email dated August 17, 2022, from Benjamin Reed to Reed Yurchak re: Change of Registered Agent |
| 430 | 000736-000737 | Email dated September 27, 2022, from Mark Phillips to Reed Yurchak re: Jango Laboratory Inc Docs - 2 of 3 (no attachment) |
| 443 | 000855-000857 | Email dated December 26, 2021, from Marc Welton to j.ted-dao@protonmail.com re: Gitbook Legal Advice |
| 449 | 000924-000924 | Peace DAO Movement Juicebox |
| 461 | 001155-001189 | Declaration of John Gordon dated March 23, 2023 |
| 465 | 001267-001271 | Discord Chat with Fuego and tankbottoms dated N/A |
| 466 | 001272-001272 | Email dated October 26, 2022, from Ryan Breslow to Jon Gordon; Mark Phillips re: FYI |
| 471 | 001305-001311 | Discord Chat with notice to everyone on server |
| 472 | 001312-001313 | Discord Chat with Alex Fine, Benjamin Reed, David Steen, Jon Gordon, and others |
| 478 | 001325-001325 | Chat with Jon Gordon, Mark Phillps, David Steen, and others |
| 481 | 001533-001622 | Text Message chain with Jon Gordon |

Date: June 6, 2023

Respectfully submitted,

/s/ Jesse Franklin-Murdock

DHILLON LAW GROUP INC.
Matthew S. Sarelson (Florida Bar 888281)
MSarelson@dhillonlaw.com
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (Admitted *pro hac vice*)
NSingh@dhillonlaw.com
Jesse Franklin-Murdock (Admitted *pro hac vice*)

3

JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
415.433.1700

Attorneys for Defendant and Counterclaim-Plaintiff Mark Phillips; Defendant Benjamin Reed; and Counterclaim-Plaintiff MovementDAO