UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-20727-RKA

**RYAN BRESLOW**, *et al.*,

    Plaintiffs,

v.

**MARK PHILLIPS**, *et al.*,

    Defendants.

_____/

**MOVEMENTDAO**, *et al.*,

    Counterclaim-Plaintiffs,

v.

**RYAN BRESLOW**, *et al.*,

    Counterclaim-Defendants.

---

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF MARK PHILLIPS AND COUNTERCLAIM-PLAINTIFF MOVEMENTDAO'S UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE FOR BOTH SIDES ON PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS' FORTHCOMING MOTION TO DISMISS COUNTERCLAIM**

Pursuant to S.D. Fla. L.R. 7.1, Defendant and Counterclaim-Plaintiff Mark Phillips and Counterclaim-Plaintiff MovementDAO (collectively, "Counterclaim-Plaintiffs") hereby move for a mutual extension of the briefing schedule for Plaintiffs Ryan Breslow, Alex Fine, and Jon Gordon's (collectively, "Counterclaim-Defendants") forthcoming motion to dismiss Counterclaim-Plaintiffs' Counterclaim, which Counterclaim-Plaintiffs understand Counterclaim-Defendants will be filing on June 30, 2023.

Specifically, Counterclaim-Plaintiffs request that they be permitted to file a memorandum of law in opposition to the anticipated motion to dismiss twenty-eight (28) days after the filing of the motion, and that Counterclaim-Defendants be permitted to file a reply memorandum fourteen (14) days after the filing of the opposition memorandum.

Pursuant to Local Rule 7.1(A)(3), I hereby certify that counsel for Counterclaim-Plaintiffs conferred with counsel for Counterclaim-Defendants regarding the relief requested herein. This motion is unopposed by Counterclaim-Defendants.

                Respectfully submitted,

                /s/ Nitoj P. Singh

DHILLON LAW GROUP INC.
Matthew S. Sarelson (Florida Bar 888281)
MSarelson@dhillonlaw.com
1601 Forum Place, Suite 403
West Palm Beach, FL 33401
305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (Admitted *pro hac vice*)
NSingh@dhillonlaw.com
Jesse Franklin-Murdock (Admitted *pro hac vice*)
JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
415.433.1700

Attorneys for Defendant and Counterclaim-Plaintiff Mark Phillips; Defendant Benjamin Reed; and Counterclaim-Plaintiff MovementDAO