UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>        Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |
| MOVEMENTDAO and MARK PHILLIPS,<br><br>        Counterclaim-Plaintiffs<br><br>    v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>       Counterclaim-Defendants | |

**MOTION TO WITHDRAW BENJAMIN J. KUSSMAN AS COUNSEL**

      Attorney Benjamin J. Kussman, admitted *pro hac vice* in this action files this motion to withdraw as counsel of record and respectfully requests an order of this Court allowing him to withdraw as counsel for Plaintiffs and Crossclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon ("Plaintiffs") and states:

      1.    Attorney Benjamin J. Kussman (*pro hac vice*) wishes to withdraw as counsel for Plaintiffs because he is leaving the law firm of Ellis George Cipollone O'Brien LLP ("EGC") on or about July 21, 2023 and will thereafter be associated in the practice of law with another firm. Plaintiffs consent to his withdrawal.

      2.    Attorneys Christopher Berg and Andrew Iglesias of EGC have been admitted to appear *pro hac vice* as counsel for Plaintiffs.

3. Attorney Jamie L. Katz, of the firm Shubin Bass, P.C., is admitted to this Court and has appeared as counsel for Plaintiffs.

4. Ms. Katz will continue to act as local counsel in support of the *pro hac vice* admissions for attorneys Christopher Berg and Andrew Iglesias in accord with Local Rule 4(b)(3).

5. This motion is not being filed to hinder or delay this matter or to prejudice any party.

WHEREFORE, based on the foregoing, Benjamin J. Kussman respectfully requests an order confirming his withdrawal as counsel of record in this matter.

Dated: July 24, 2023

| | |
|---|---|
| /s/ Jamie L. Katz | /s/ Christopher T. Berg |
| John K. Shubin, Esq. | Christopher T. Berg (*pro hac vice*) |
| Dylan M. Helfand, Esq. | Benjamin J. Kussman (*pro hac vice*) |
| Jamie L. Katz, Esq. | Andrew Iglesias (*pro hac vice*) |
| **SHUBIN & BASS, P.A.** | **ELLIS GEORGE CIPOLLONE** |
| 150 W Flagler Street, Suite 1420 | **O'BRIEN ANNAGUEY LLP** |
| Miami, FL 33130 | 2121 Avenue of the Stars, 30th Floor |
| Tel.: (305) 381-6060 | Los Angeles, California 90067 |
| Fax: (305) 381-9457 | (310) 274-7100 |
| Email:  jshubin@shubinbass.com | Email:  cberg@egcfirm.com |
|         jkatz@shubinbass.com |         bkussman@egcfirm.com |
|         dhelfand@shubinbass.com | |
| | *Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |
| *Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on July 24, 2023 on all counsel of record.

/s/ Jamie L. Katz
Jamie L. Katz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>    Plaintiffs,<br><br>  v.<br><br>MARK PHILLIPS and BENJAMIN REED,<br><br>    Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br><br>Honorable Roy K. Altman |
| MOVEMENTDAO and MARK PHILLIPS,<br><br>    Counterclaim-Plaintiffs<br><br>  v.<br><br>RYAN BRESLOW, ALEX FINE, and JON GORDON,<br><br>    Counterclaim-Defendants | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CASE came on for consideration, without hearing, on the Motion to Withdraw as Counsel (the "Motion") for Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon ("Plaintiffs") filed pursuant to Local Rule 11.1(D)(3). The Court considers the Motion uncontested because no party filed an objection. Accordingly, it is

  **ORDERED:**

  1.  The Motion is **GRANTED.**

  2.  Attorney Benjamin J. Kussman of the law firm Ellis George Cipollone O'Brien Annaguey LLP is relived of further responsibility in this case as counsel for

Plaintiffs. **DONE AND ORDERED** in Chambers at Miami, Florida on July _____, 2023.

                                                HON. ROY K. ALTMAN
                                                UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF system on July 24, 2023 on all counsel of record.

/s/ Jamie L. Katz
Jamie L. Katz

Dated:  July 24, 2023

| | |
|---|---|
| John K. Shubin, Esq.<br>Dylan M. Helfand, Esq.<br>Jamie L. Katz, Esq.<br>**SHUBIN & BASS, P.A.**<br>150 W Flagler Street, Suite 1420<br>Miami, FL 33130<br>Tel.: (305) 381-6060<br>Fax: (305) 381-9457<br>Email:  jshubin@shubinbass.com<br>         jkatz@shubinbass.com<br>         dhelfand@shubinbass.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* | Christopher T. Berg (*pro hac vice*)<br>Benjamin J. Kussman (*pro hac vice*)<br>Andrew Iglesias (*pro hac vic*)<br>**ELLIS GEORGE CIPOLLONE O'BRIEN LLP**<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, California 90067<br>(310) 274-7100<br>Email:  cberg@egcfirm.com<br>         bkussman@egcfirm.com<br><br>*Attorneys for Plaintiffs Ryan Breslow, Alex Fine, And Jon Gordon* |