Clerk of the Court
Honorable Roy K. Altman

Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue
Courtroom 12-4
Miami, FL 33128

FILED BY_____ D.C.

SEP 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Breslow, et al. v Phillips, et al. No. 23-CV-20727 (S.D. Fla)**

Your Honor,

I am writing to submit the two attached documents regarding the case Breslow, et al. v Phillips, et al. . I am a member of the Movement DAO community, and due to previous hostile actions by the plaintiff Ryan Breslow against other members of our community, I'd like to remain anonymous. I believe that this information is relevant to the case, and I would like to inform the court of it.

The included documents can be summarized as follows:

1) **News Article: "The Information- Bolt Probed by SEC, Investors Over Statements Made During Fundraising"- July 21, 2023 7:10 AM PDT**
   https://www.theinformation.com/articles/bolt-probed-by-sec-investors-over-statements-made-during-fundraising
   - **Summary:** Breslow's company, Bolt Systems, has received a subpoena from the SEC regarding "material misrepresentations about the Company's financial condition and product pipeline that resulted in the $355 million Series E investors buying into the Company at a grossly inflated valuation" under Breslow's former leadership.

2) **Verified Complaint Filed In The Court Of Chancery Of The State Of Delaware: "Activant Ventures Advisors II LLC, Activant Ventures Advisors III, LLC, Activant Ventures II LP and Activant Ventures III, LP, Plaintiffs, V. Ryan Breslow, Esther Wocicki, Larrance Dopson, Brock Pierce and Maju Kuruvilla, Defendants and Bolt Financial, Inc., Nominal Defendant" - 2023-0721-nac- Public Version Filed July 20, 2023**
   - **Summary:** Bolt systems is being sued by Activant Ventures Advisors II LLC because Breslow removed 3 of the 5 board members from service due to their actions aimed at requiring Breslow repay a $30 million personal loan facility from JP Morgan Private Bank, guaranteed by Bolt, which he announced his intention to default on the loan.

**Relevance of the attached documents to the Breslow, et al. v Phillips, et al case:**

I believe that this information serves to shed additional light on the unscrupulous and fraudulent manner in which Mr. Breslow conducts business. We believe he used similarly deceptive tactics in his founding of Movement DAO and in the management of its financial affairs and promises to its contributing participants.

Thank you for your consideration.

Sincerely,

Anonymous

Clerk of the Court
400 North Miami Ave
Court room 12-4
Miami FL 33128

**Retail**
U.S. POSTAGE PAID
FCM LG ENV
VENICE, CA 90291
SEP 25, 2023
33128
**$8.10**
RDC 99
R2304W120085-16

**CERTIFIED MAIL**

7022 2410 0000 8391 0829

Clerk of the Court
Honorable Roy K. Altman
400 North Miami Avenue
Court room 12-4
Miami FL 33128

REC'D BY _____ D.C.
SEP 28 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI