UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **RYAN BRESLOW**, **ALEX FINE**, and **JON GORDON**<br><br>  Plaintiffs,<br><br>v.<br><br>**MARK PHILLIPS** and **BENJAMIN REED**,<br><br>  Defendants,<br><br>**MOVEMENTDAO** and **MARK PHILLIPS**,<br><br>  Counterclaim-Plaintiffs,<br><br>v.<br><br>**RYAN BRESLOW**, **ALEX FINE**, and **JON GORDON**,<br><br>  Counterclaim-Defendants. | Action No.: 23-cv-20727-ALTMAN/Reid<br>Honorable Roy K. Altman |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon, Defendants and Counterclaim-Plaintiffs Mark Phillips and Benjamin Reed, and Counterclaim-Plaintiff MovementDAO, by and through their undersigned counsel, stipulate to the dismissal of this Action, including the Complaint and Counterclaim, with prejudice. Each party shall bear his or its own attorneys' fees and costs.

This document is being electronically filed through the Court's CM/ECF System. In this regard, counsel for Defendants and Counterclaim-Plaintiffs hereby attest that (1) the content of

this document is acceptable to all persons required to sign the document; (2) Plaintiffs' counsel has agreed to the filing of this document; and (3) a record supporting this agreement is available for inspection or production if so ordered.

Respectfully submitted,

By: /s/ Christopher T. Berg

SHUBIN & BASS, P.A.
John K. Shubin
JShubin@shubinbass.com
Dylan M. Helfand
DHelfand@shubinbass.com
Jamie L. Katz
JKatz@shubinbass.com
150 W. Flagler Street, Suite 1420
Miami, Florida 33130
t.305.381.6060

ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP
Christopher T. Berg (*pro hac vice*)
CBerg@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
t.310.274.7100

Attorneys for Plaintiffs and Counterclaim-Defendants Ryan Breslow, Alex Fine, and Jon Gordon

By: /s/ Nitoj P. Singh

DHILLON LAW GROUP INC.
Matthew S. Sarelson
MSarelson@dhillonlaw.com
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
t.305.773.1952

DHILLON LAW GROUP INC.
Nitoj P. Singh (*pro hac vice*)
NSingh@dhillonlaw.com
Jesse Franklin-Murdock (*pro hac vice*)
JFranklin-Murdock@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA 94108
t.415.433.1700

Attorneys for Defendants and Counterclaim-Plaintiffs Mark Phillips, Benjamin Reed, and MovementDAO

**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice. The Court has considered the Joint Stipulation for Dismissal With Prejudice, and the pertinent portion of the record, it is hereby **ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation for Dismissal With Prejudice the above-captioned case is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

The Clerk of the Court is directed to close this case and deny any pending motions as moot.

**IT IS SO ORDERED.**

Dated: _____

                                                        Hon. Roy Altman
                                                        United States District Judge