UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20727-ALTMAN/Reid

**RYAN BRESLOW** *et al.*,

    *Plaintiffs/Counterclaim-Defendants*,

v.

**MARK PHILLIPS** *et al.*,

    *Defendants/Counterclaim-Plaintiffs*.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation for Dismissal with Prejudice [ECF No. 160] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 23, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record